KRISTEN L. BOYLES (CSBA # 158450)
PATTI A. GOLDMAN (WSBA # 24426)
*[Pro Hac Vice Admission Pending]*
ASHLEY BENNETT (WSBA # 53748)
*[Pro Hac Vice Admission Pending]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph:  (206) 343-7340 | Fax:  (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*

AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. BOX 1027
Klamath, CA 95548
Ph:  (707) 482-1350 | Fax:  (707) 482-1377
acordalis@yuroktribe.nsn.us

DANIEL CORDALIS (CSBA #321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, CA 95519
Ph: (303) 717-4618
dcordalislaw@gmail.com

*Attorneys for Plaintiff Yurok Tribe*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br>v. | Case No.   3:19-cv-04405<br><br>Related Cases: No. C16-cv-06863-WHO<br>No. C16-cv-04294-WHO<br><br>CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT - 1 -

| | |
|---|---|
| U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Administrative Procedure Act Case |

Plaintiff Pacific Coast Federation of Fishermen's Associations has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

Plaintiff Institute for Fisheries Resources has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

DATED this 31st day of July, 2019.

Respectfully submitted,

/s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSBA # 158450)
PATTI A. GOLDMAN (WSBA # 24426)
*[Pro Hac Vice Admission Pending]*
ASHLEY BENNETT (WSBA # 53748)
*[Pro Hac Vice Admission Pending]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph:  (206) 343-7340 | Fax:  (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*

/s/ Amy Cordalis
AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. Box 1027
Klamath, CA 95548

CORPORATE DISCLOSURE STATEMENT - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104-1711*
*(206) 343-7340*

| | |
|---|---|
| 1 | Ph: (707) 482-1350 | Fax: (707) 482-1377 |
| 2 | acordalis@yuroktribe.nsn.us |

*/s/ Daniel Cordalis*
DANIEL CORDALIS (CSBA # 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, CA 95519
Ph: (303) 717-4618
dcordalislaw@gmail.com

*Attorneys for Plaintiff Yurok Tribe*

CORPORATE DISCLOSURE STATEMENT - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104-1711*
*(206) 343-7340*