UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>   Defendants. | Case No. 19-cv-04405-WHO<br><br>**ORDER GRANTING KLAMATH WATER USERS ASSOCIATION'S MOTION TO INTERVENE**<br><br>Re: Dkt. No. 20 |

On October 4, 2019, Klamath Water Users Association ("KWUA") filed a motion to intervene in this matter as a defendant. Dkt. No. 20. Defendants United States Bureau of Reclamation and National Maine Fisheries Service take no position on this motion. Dkt. No. 25. Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources do not oppose this motion provided that KWUA complies with any briefing schedule agreed to between plaintiffs and defendants for plaintiffs' motion for preliminary injunction. Dkt. No. 26. On October 18, 2019, plaintiffs filed their motion for preliminary injunction, with responses due by November 1, 2019, and replies due by November 8, 2019. Dkt. No. 27. The motion for preliminary injunction will be heard on January 15, 2020.

KUWA's motion to intervene is GRANTED and the hearing set on November 13, 2019 is vacated. KWUA must comply with the briefing schedule on plaintiff's motion for preliminary injunction. KWUA's answer to the complaint previously lodged with this court shall be deemed filed as of the date of this order. Dkt. No. 20-3.

**IT IS SO ORDERED.**

Dated: October 28, 2019

William H. Orrick
United States District Judge