JEAN E. WILLIAMS
Deputy Assistant Attorney General
THOMAS K. SNODGRASS, Senior Attorney (CO Bar No. 31329)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
thomas.snodgrass@usdoj.gov

SETH BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0206 | Fax: 202-305-0275

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants, <br><br> and | Case No. 3:19-cv-04405-WHO <br><br> **NOTICE OF APPEARANCE** |

|  | ) |
| --- | --- |
| KLAMATH WATER USERS ASSOCIATION, | )<br>)<br>) |
|  | ) |
| Intervenor-Defendant. | ) |

To the Clerk of this Court and all parties of record:

Pursuant to Local Civil Rule 5-1(c), please enter the appearance of Thomas K. Snodgrass, United States Department of Justice, as co-counsel of record in this matter on behalf of Defendants United States Bureau of Reclamation and National Marine Fisheries Service ("Federal Defendants"). Mr. Snodgrass enters his appearance as co-counsel for Federal Defendants in addition to Robert P. Williams and Kaitlyn Poirier, who previously appeared on their behalf. Mr. Snodgrass is registered for Electronic Case Filing ("ECF"). Mr. Snodgrass' contact information is as follows:

**Mailing Address and Overnight Delivery/Street Address**
Thomas K. Snodgrass, Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

**Telephone And Fax Numbers**
Telephone: (303) 844-7233
Facsimile:  (303) 844-1350

**Electronic Correspondence**
thomas.snodgrass@usdoj.gov

Dated: November 5, 2019

                                                Respectfully submitted,

                                                JEAN E. WILLIAMS
                                                Deputy Assistant Attorney General
                                                United States Department of Justice

                                                /s/ *Thomas K. Snodgrass*
                                                THOMAS K. SNODGRASS, Senior Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
thomas.snodgrass@usdoj.gov

*Attorneys for Defendants*