JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESROUCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION,<br><br>Intervenor-Defendant. | Case No. 3:19-cv-04405-WHO<br><br>**STIPULATED HEARING DATE AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 27)** |

Plaintiffs have filed a motion for preliminary injunction noticed for hearing on January 15, 2020 at 2:00 P.M. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. ECF No. 27. Counsel for Plaintiffs, Federal Defendants, and Intervenor Defendants have met and conferred and agreed that the hearing on Plaintiffs' motion may be continued to February 5, 2020. The parties further agree that the following briefing schedule on Plaintiffs' motion may apply. Wherefore:

THE PARTIES STIPULATE AS FOLLOWS:

1. Federal Defendants and Intervenor-Defendants may file their respective oppositions to Plaintiffs' motion for preliminary injunction by December 6, 2019.

2. Plaintiffs may file their reply brief by January 22, 2020.

3. The hearing on Plaintiffs' motion may be held on February 5, 2020.

IT IS SO STIPULATED

Dated: October 31, 2019

    Respectfully submitted,

    JEAN E. WILLIAMS, Deputy Assistant Attorney General
    SETH M. BARSKY, Chief
    S. JAY GOVINDAN, Assistant Chief

    */s/ Robert P. Williams*
    ROBERT P. WILLIAMS, Sr. Trial Attorney
    KAITLYN POIRIER, Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 307-6623 (tel)
    (202) 305-0275 (fax)
    kaitlyn.poirier@usdoj.gov

    ***Attorneys for Federal Defendants***

    */s/ Patti A. Goldman* (with permission on 10/31/2019)
    PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
    KRISTEN L. BOYLES (CSBA # 158450)

ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***


/s/ *Paul S. Simmons* (with permission on 10/31/2019)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

***Attorneys for Defendant-Intervenor***
***KLAMATH WATER USERS ASSOCIATION***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 5, 2019

_____
William H. Orrick,
United States District Court Judge