SOMACH SIMMONS & DUNN, PC
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
rdeitchman@somachlaw.com
jmueller@somachlaw.com

Attorneys for Defendant-Intervenor
KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>                      Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>                      Defendants.<br><br>KLAMATH WATER USERS ASSOCIATION,<br><br>                      Defendant-Intervenor. | Case No. 3:19-cv-04405-WHO<br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable William H. Orrick |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Pursuant to Local Civil Rule 5-1(c), please enter the appearance of Richard S. Deitchman, Somach Simmons & Dunn, as co-counsel of record in this matter on behalf of Defendant-Intervenor Klamath Water Users Association (KWUA). Mr. Deitchman enters his appearance as co-counsel for KWUA in addition to Paul S. Simmons and Jared S. Mueller, who previously

appeared on their behalf.  Mr. Deitchman is registered for Electronic Case Filing (ECF).

Mr. Deitchman's contact information is as follows:

> Richard S. Deitchman
> Somach Simmons & Dunn
> 500 Capitol Mall, Suite 1000
> Sacramento, CA 95814
> Telephone: (916) 446-7979
> Facsimile: (916)446-8199
> Email: rdeitchman@somachlaw.com

SOMACH SIMMONS & DUNN, PC

DATED:  November 6, 2019        By  *s/ Richard S. Deitchman*
                                    Richard S. Deitchman
                                    Paul S. Simmons
                                    Attorneys for Defendant-Intervenor
                                    Klamath Water Users Association

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on November 6, 2019, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*/s Richard S. Deitchman*
Richard S. Deitchman

NOTICE OF APPEARANCE -3-