001118

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31



Figure 118.   Suitability of predicted habitat versus observed juvenile locations for steelhead within the Rranch study site. Fish collections were made at approximately 1340 cfs.   Fish at far lower left are outside computational mesh.

001119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26   Figure 119.   Suitability of predicted habitat versus observed juvenile locations for steelhead within the Seiad study site.
27                      Fish collections were made at approximately 1500 cfs.  Simulated flows are approximately 1450 cfs.
28
29
30
31

001120



Figure 120.   Suitability of predicted habitat versus observed juvenile locations for steelhead within the Seiad study site. Fish collections were made at approximately 1625 cfs.

001121

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



28   Figure 121.   Suitability of predicted habitat versus observed juvenile locations for steelhead within the Young's Bar study
29                     site.  Fish collections were made at approximately 2825 cfs.  Simulated flow is approximately 3140 cfs.  High
30                     value habitat will shift toward the center of the stream at observed fish flow.



Figure 122.   Suitability of predicted habitat versus observed juvenile locations for steelhead within the Trees of Heaven study site.   Fish collections were made at approximately 6000 cfs.  Simulated flow is approximately 5860 cfs.   High value habitat will shift toward the center of the stream at observed fish flow.  Note:  Darkest brown habitats are essential no value habitats.



Figure 123.    Suitability of predicted habitat versus observed juvenile locations
for steelhead within the Orleans study site.   Fish collections were
made at approximately 2225 cfs.

1 <u>**River Reach Level Habitat Results**</u>
2
3 As was noted previously, the site-specific habitat modeling at each USU 2-
4 dimensional study site was 'scaled' to the reach level by assigning reach level
5 weightings to each node based on the nodes assigned mesohabitat
6 classification. These results are comparable to the reach level habitat versus
7 discharge relationships derived from the USGS/USFWS 1-dimensional based
8 habitat modeling reported earlier. Differences are to be expected given the basic
9 differences between the computational representation (i.e., cross section versus
10 three-dimensional topography) of the channel and the associated hydraulic and
11 habitat modeling algorithms. This is discussed more later in the report.
12
13 Figures 124 through 127 provide the reach level relationships between habitat
14 and discharge for the four reach level segments used in this analysis. Figures
15 128 through 131 provide this same information where the habitat has been
16 normalized for each species and life stage to the percent of maximum habitat.
17



18
19 Figure 124. Relationship between available habitat and discharge for each
20 species and life stage for the Iron Gate to Shasta River reach.
21
22
23
24
25
26
27
28



Figure 125.   Relationship between available habitat and discharge for each species and life stage for the Shasta River to Scott River reach.



Figure 126.   Relationship between available habitat and discharge for each species and life stage for the Scott River to Salmon River reach.



1
2 Figure 127.   Relationship between available habitat and discharge for each
3           species and life stage for the Salmon River to Trinity River reach.
4



5
6 Figure 128.   Relationship between percent of maximum habitat and discharge
7           for each species and life stage for the Iron Gate to Shasta River
8           reach.
9



1
2   Figure 129.   Relationship between percent of maximum habitat and discharge
3                 for each species and life stage for the Shasta River to Scott River
4                 reach.
5



6
7   Figure 130.   Relationship between percent of maximum habitat and discharge
8                 for each species and life stage for the Scott River to Salmon River
9                 reach.

1



Figure 131. Relationship between percent of maximum habitat and discharge for each species and life stage for the Salmon River to Trinity River reach.

Study results for the Trinity to estuary reach are not reported due to the poor hydraulic model performance at the Youngs Bar study site (see 2-dimensional hydraulic modeling).

**Comparison of 1-dimensional versus 2-dimensional Modeling Results**

USGS/USFWS based 1-dimensional modeling results for the two reach level segments represented by the Iron Gate to Shasta River and the Shasta River to Scott River can be compared with the USU derived results using 2-dimensional hydraulic modeling. This comparison is intended to highlight both similarities and differences that arise out of the different approaches to field data collection, hydraulic modeling, and the way habitat is computed. Each technique approaches the modeling using different objectives and assumptions. Both approaches produce valid modeling results as demonstrated by the various validation steps described previously.

A comparison of Figures 88 and 131 for the Iron Gate to Shasta River reach based on the percent of maximum habitat relationships over the same flow ranges for the USGS/USFWS and USU study results shown similar overall relationships in the habitat versus discharge functions. These differences between the 1-dimensional and the 2-dimensional based results are attributed to the linkage between the field based cross section representation of the

mesohabitats, the way in which these results are scaled to the reach total, and differences in how the mesohabitat proportions are calculated at the reach level. A cross section within a specific mesohabitat type only provides a single estimate of the width of the feature while in the 2-dimensional representation the explicit changes in channel width for each mesohabitat are utilized.  Secondly, the mesohabitat weighting used in the 2-dimensional habitat modeling are derived from area calculations rather than longitudinal distances.  Another factor is that in the hydraulic simulations based on the 2-dimensional model, the area of each mesohabitat unit changes differently compared to the cross section view at different flow rates.  The area is explicitly determined by the interplay between the water surface elevation and the associated area of each mesohabitat unit represented spatially by the topography within the channel rather than by a fixed single width associated with the cross section data sets.

The normalized habitat relationships are fundamentally similar in terms of the functional relationships and the flow ranges at which the maximum habitat conditions are predicted for the different species and life stages.  The more 'jagged' appearance in the 1-dimensional modeling results represents an underlying 'artifact' of the velocity simulations when employing more than one velocity calibration set in the hydraulic simulations.  This is a common occurrence in PHABSIM and an expected result for these simulations (see Hardy 2000 for a discussion on this phenomenon).  In the 2-dimensional hydraulic simulations, velocities are not used in the calibration process of the model and therefore these simulations are not affected by this 'artifact'.

Both sets of simulations show expected habitat response functions that match well with field based observations for fry and spawning life stages as well as producing consistent results in terms of the juvenile life stages. We consider the results for both modeling approaches to represent valid but independent estimates of the flow versus habitat relationships within these two reaches.  We also considered that the observed differences are within expected ranges of variability given the nature and differences in the respective modeling approaches from our experience in other systems.

**Bioenergetics and Developmental Based Habitat Modeling**

The following section of the report examines temperature related issues in light of bioenergetics and developmental issues associated with egg incubation, emergence, and growth through the spring and early summer period.  The analyses focus on salmonids and chinook in particular.

<u>**Spawning, Emergence and Growth**</u>

Water temperature can be considered a "master control factor" in the ecology of aquatic organisms.  Water temperature affects both the physiology and behavior of poikilothermic species (e.g., fish).  In fish for example, temperature regimes

influence migration, egg maturation, spawning, incubation success, growth, inter- and intraspecific competitive ability, and resistance to parasites, diseases, and pollutants (Armour 1991; McCullough 1999).   In the Klamath River, water temperature has been implicated as a limiting factor for anadromous fish. Of particular concern are the potential impacts of increased temperatures due to reservoirs and water withdrawls. Bartholow (1995) identified high fall and early spring temperatures as critical time periods potentially affecting fall chinook salmon. Development of eggs and alevins and growth of fry are particularly sensitive to temperature.   To identify the effects of various flow regimes on temperature and chinook development, hydrology and water temperature model runs for each flow scenario based on the 39 year simulation period  (1961-1999) were used to calculate relative emergence timing and growth of fry to outmigration. For these simulations, the analysis was confined to the Iron Gate to Shasta River reach.  In this instance, the analyses used a 'no project' simulation based on Upper Klamath Lake net inflows to extend the simulation period of record.

### Incubation and Emergence

To generate a relative analysis of water temperature on the rate of development of chinook salmon eggs from fertilization to emergence we identified an approximate mean spawning time from USFWS spawning survey data (Tom Shaw, Pers. Comm.).  The approximate mean date of spawning was October 25. We then used this starting date to calculate the maximum, minimum, and mean number of days to emergence for each of the flow scenarios over the 39 year simulation period.  Daily temperature units (degree days) required for emergence were approximated as 1600 temperature units (°F) (Piper et al. 1982; T.D. Beacham, Pers. Comm.).  Clearly, the beginning time for egg development (spawning date) and the exact number of degree-days for emergence can vary with various temperature regimes. However, we used a fixed spawning time and constant 1600 temperature units for emergence, to simplify the analysis between different flow regimes.  Suitable temperatures during incubation were assumed to be between approximately 5 and 14 °C; significant mortality occurs outside this temperature window (McCullough 1999).

The minimum, maximum, and average number of days required for emergence for each of the scenarios are provided in Table 44.  Table 44 also shows the number of days during the 39 years that temperatures during incubation were below or above the 5 to 14 °C incubation temperature window.  Each of the flow scenarios take approximately 175 days to reach 1600 degree days (°F) except the No Project scenario which takes 15 days longer.  Colder fall temperatures in the No Project scenario increased the emergence time.

The average number of days in each year that exceed the 5 and 14 °C incubation temperature window is 69 to 70 for all scenarios except for the No

1  Project scenario, which is 60 days.  The number of days colder than the window
2  range from  27 to 28, except for the No Project scenario, which is 45 days.
3
4
5  Table 44.    Summary of days below and above 5 and 14 degrees C during the
6              incubation period of Oct 25 -March 13 for all years for all flow
7              alternatives. Also Average, maximum, and minimum number of days
8              to reach 1600 degree days (F) for emergence.
9

| Criteria | ESA_P1 | Ferc_ESA | No Project | USGS |
|---|---|---|---|---|
| average days <= 5C | 27 | 27 | 45 | 28 |
| Max days <=5C | 45 | 46 | 65 | 46 |
| Min days <=5C | 0 | 0 | 0 | 0 |
| average days >=14C | 69 | 70 | 60 | 70 |
| Max days >=14C | 72 | 72 | 72 | 72 |
| Min days >=14C | 39 | 39 | 0 | 39 |
| average days that meet both criteria | 97 | 97 | 105 | 98 |
| max days that meet both criteria | 117 | 118 | 133 | 118 |
| min days that meet both criteria | 39 | 39 | 0 | 39 |
| | | | | |
| Days to reach 1600 degree days for all alternative for all years | | | | |
| | ESA_P1 | Ferc_ESA | No Project | USGS |
| average days to reach 1600 dd | 173 | 176 | 190 | 176 |
| max days to reach 1600 dd | 201 | 201 | 201 | 201 |
| min days to reach 1600 dd | 127 | 125 | 150 | 123 |

10
11  ***Growth of Fry***
12
13  We modeled approximate growth of fry following emergence using the Wisconsin
14  bioenergetics model.  Food consumption was estimated by roughly calibrating a
15  proportion of maximum consumption (P-value) to observed growth and
16  temperature data from 1993 (Tom Shaw, Pers. Comm.). The parameters used
17  for the bioenergetics mass balance equations were the default parameters for
18  chinook salmon (Stewart and Iberra 1991).  Following calibration of the P-value,
19  a typical beginning growth/emergence date of March 14 was assumed (Tom
20  Shaw, Pers. Comm.) and growth for each water year and flow scenario was
21  modeled through May 31 (approximate date of outmigration).   Outmigration
22  typically occurs when fish reach 55 mm or approximately 1.8 grams.  A weight
23  versus length relationship was generated from field data (Tom Shaw, Pers.
24  Comm.).  Figure 132 shows this relationship.
25



1
2
3 Figure 132.   Fork length (mm) versus weight (g) for Klamath Chinook (Tom
4              Shaw, unpublished data).
5
6 The approximate P-value calibration is shown in Figure 133.   Mean fish size
7 versus time to emergence is plotted for measured fish lengths from 1993 field
8 data.   The field data are uncertain in terms knowing the specific date since
9 emergence.   They simply reflect the date of field sampling, not the date since
10 emergence (Tom Shaw, Pers. Comm.).   Ascertaining time from emergence for
11 the field data is particularly difficult due to the uncertain source of fish in the
12 sampling data (i.e., tributaries or mainstem).   For analysis purposes, chinook size
13 at emergence is assumed to be 33 mm or 0.37 grams on March 14.   Clearly
14 there is some discrepancy between the measured data and the calibration P-
15 value growth data; however, we use the two together as an "order of magnitude"
16 validity check.   The P-value used for the analysis was 0.76.
17



1
2   Figure 133.   Bioenergetics P-value calibration data.   Start date is March 14
3              (emergence),   start   weight   0.37   grams,   and   P-value   0.76.
4              Measured fish sizes are from USFWS sampling data (see text for
5              discussion).
6
7   Modeled growth for each of the water years and flow scenarios were summarized
8   for comparative purposes.  The average, minimum, and maximum fish sizes on
9   May 31 are shown in Table 45.   Very little difference occurs between flow
10  scenarios and fish growth.  Slightly warmer temperatures during the March 14 –
11  May 31 period for the No Project scenario result in slightly faster growth.  Under
12  the No Project scenario fish reach 55 mm (1.83 g) just after May 31 about 4 days
13  faster than other flow scenarios.
14
15  Table 45.   Chinook fry summary growth by flow scenario from emergence
16              assumed to be from March 14 to May 31.
17

|  | ESA_P1 | | FERC_ESA | | No Project | | USGS Historic | |
|---|---|---|---|---|---|---|---|---|
|  | weight (g) | length (mm) | weight (g) | length (mm) | weight (g) | length (mm) | weight (g) | length (mm) |
| average | 1.60 | 52.78 | 1.58 | 52.55 | 1.73 | 54.11 | 1.59 | 52.70 |
| max | 1.95 | 56.14 | 1.95 | 56.18 | 1.96 | 56.29 | 1.96 | 56.25 |
| min | 1.25 | 48.79 | 1.25 | 48.78 | 1.40 | 50.58 | 1.24 | 48.66 |

The effects on emergence timing and growth rate to outmigration between the flow scenarios are relatively small except for the incubation/emergence with the No Project scenario that exhibits colder temperatures during the fall months and 15 days longer emergence on average.  The No Project scenario also exhibits slightly warmer temperatures during spring (March 14 - May 31) and as a result chinook fry grow slightly faster reaching 55 mm about 4 days sooner than other flow scenarios.  In total the No Project scenario has approximately 10 days later outmigration than the other flow scenarios.

## Bioenergetics Modeling of Fry and Juvenile Salmonids

The model used in this study was developed by Addley (1993).  The following section is adapted from Addley (1993) and Guensch et al., (2001).  The later reference can be consulted for results on the field validation of the model, while Ludlow and Hardy (1996) compare this approach to HSC based modeling. Addley and Hardy (1999) discuss its integration and application within the context of multidisciplinary assessment frameworks in large river systems.

This model simulates the Net Energy Intake (NEI) for a drift feeding salmonid by calculating gross energy intake (GEI), which is the total prey energy a fish can consume in a given time, and then subtracting energy losses.  Energy losses consist of metabolic costs, digestive costs, and non-assimilated energy costs. Metabolic costs include routine basal metabolism while maintaining a station in the current and prey capture costs.  Digestive cost is the energy required to digest prey.  Non-assimilated energy is energy egested in feces, and excreted as ammonia and urea in urine.  NEI is calculated by:

$$NEI = GEI - CC - SC - F_d - U - F \tag{1}$$

where:

$CC$ is the prey capture cost,
$SC$ is the stationary swimming and basal metabolic cost,
$F_d$ is the digestion cost,
$U$ is energy lost in urine, and
$F$ is the non-assimilated energy lost in feces.

Calculation of $GEI$ for a fish in a given position involves determination of the maximum capture area ($MCA$ [m$^2$]), which is then multiplied by the drift-energy density and the water velocity.  Calculation of $MCA$ assumes the fish maintains a holding position in the current and makes forage attempts for drifting prey (Figure 134).

1
2
3



4
5   Figure 134.   Diagram showing geometric variables in MCA calculation.
6
7   The *MCA* is a semicircular area that is perpendicular to the fish's orientation (i.e.
8   perpendicular to velocity field), within which the fish can capture prey before it
9   drifts past.  The radius of the MCA semicircle is the maximum capture distance
10  (*MCD* [m]), and is calculated from the combination of reaction distance, water
11  velocity, and the fish's potential swimming speed.  Note the *MCD* is not constant
12  in all radial directions from the fish's focal point.  It can be smaller vertically than
13  laterally for example, because of increased water velocity higher in the water
14  column.  Specifically, *MCD* is determined by setting the time required for drift to
15  pass the fish from its maximum reaction distance upstream equal to the time
16  required for the fish to intercept the prey.   This process results in the following
17  equation for MCD:
18

19
$$MCD = \sqrt{\frac{RD^2 * (VMAX^2 - V^2_{mean})}{V^2_{prey} + VMAX^2 - V^2_{mean}}} \qquad (2)$$

20  where:
21
22      *RD* is the reaction distance of the fish (cm),
23      $V_{prey}$ is the velocity of the prey(m s$^{-1}$),
24      $V_{mean}$ is the mean water velocity along the *MCD* radii (m s$^{-1}$), and

1   *VMAX* is the swimming speed used to capture prey.  For example the 60-
2   minute maximum sustainable swimming speed of the fish (m s$^{-1}$) or
3   calculation of the most efficient swimming velocity could be used for this
4   value.  For a detailed derivation of this expression see Addley (1993).

6   Reaction distance is a function of fish size (Dunbrack and Dill 1983; Schmidt and
7   O'Brien 1982), prey size (Confer and Blades 1975; Vinyard and O'Brien 1976;
8   Confer et al. 1978; Henderson and Northcote 1985; Schmidt and O'Brien 1982;
9   Dunbrack and Dill 1983), light levels (Confer et al. 1978; Kettle and O'Brien 1978;
10  Levine et al. 1979; Henderson and Northcote 1985; Lazzaro 1987), and turbidity
11  (Vinyard and O'Brien 1976; Confer et al. 1978).  Addley derived the following
12  implicit equation relating prey length and fish length to daytime reaction distance
13  from the empirical data of Dunbrack and Dill (1983).

15
$$PL = \left(RD^2 + 50 * RD\right) * \frac{\left(1 + 5.8 * e^{-0.34*FL}\right)}{1725} \tag{3}$$

17  In equation 3, *PL* is the prey length (mm) and *FL* is the fish length (cm).  The
18  reaction distances derived from expression 3 are then adjusted for turbidity within
19  the model using equation 4 (adapted from Barrett et al. 1992):

21
$$RD' = \frac{RD * \left(-2.27 * TURB + 100\right)}{100} \tag{4}$$

22  where:

24      *TURB* is the turbidity (NTU).

26  The MCA is then calculated as the sum of the incremental areas associated with
27  each MCD as follows:

28
$$MCA = \sum_{j=1}^{m} \frac{d\theta}{2} * MCD_j^2 \tag{5}$$

29  Where:

31      $d\theta$ is an incremental angle equal to 0.314 radians and is perpendicular to the
32      flow vectors and the fish. We used *m*=10 to provide a half circle shaped
33      capture window with $\theta$ ranging from 0.0 to 3.14 radians.

35  The idealized *GEI* (*GEI$^*$*) is then computed from the following:

36
$$GEI^* = \sum_{i=1}^{n} MCA_i * V_{mean} * DD_i * PE_i \tag{6}$$

38  where, *DD* and *PE* are the drift density (prey ft$^{-3}$) and energy content (J prey$^{-1}$) for
39  the *i*[th] prey size, respectively.  *GEI$^*$* is the energy passing through the *MCA* if all
40  prey are captured.  This of course is not possible because at high drift densities
41  other prey items pass during a foraging attempt.  In addition, not all foraging

1  attempts are successful.   Therefore, the $GEI^*$ is adjusted as follows for these
2  influences to obtain actual $GEI$:

3
$$GEI = \frac{GEI^* * PC * T_w}{T_w + T_f} \qquad (7)$$

4
5  where:
6
7      $PC$ is the probability of successful capture,
8      $T_w$ is the average time waiting to feed (s), and
9      $T_f$ is the duration of a forage attempt (s).
10
11  Rearranging equation 7 into the terms of the original variables results in:
12

13
$$GEI = \frac{MCA * V_{mean} * DD * PE * PC}{1 + t_f * MCA * V_{mean} * DD} \qquad (8)$$

14
15  To obtain the net energy input, this $GEI$ equation is adjusted for assimilation
16  losses, capture costs, and swimming costs. The swimming cost at the focal
17  position ($SC$) is calculated with expression 9 adopted from Stewart (1980)

18
$$SC(J/h) = 1.4905 * FWT^{(0.784*e^{(0.068*T)})} * e^{((0.0259-0.0005*T)*\frac{FV}{30.48})} \qquad (9)$$

19
20  where:
21
22      $FWT$ is the fish weight (g),
23      $T$ is the water temperature ($^o$C), and
24      $FV$ is the focal velocity (cm s$^{-1}$).
25
26  The capture cost ($CC$) is then given by:
27
28
$$CC_i(J/prey) = 6/3600 * SCOST(VMAX) * TC_i . \qquad (10)$$

29
30  The subscript $i$ indicates the prey class, 3600 (s hr$^{-1}$) is a conversion factor, and
31  $TC$ is the estimated time of capture (s prey$^{-1}$) for prey class $i$.  The cost of steady
32  swimming at VMAX is multiplied by 6 to estimate capture costs because the
33  dynamic action involved in prey capture is more costly than steady swimming. The
34  $PE$ term is replaced by the energy term incorporating assimilation losses (<u>E</u>
35  [j prey$^{-1}$]) with the capture costs subtracted. Elliott  (1976) estimated assimilation
36  losses to be at least $25 - 30\%$ of energy intake. Therefore, we used E = 0.58*PE
37  for a conservative estimate.   The resulting NEI equation is:
38

39
$$NEI(J/t) = \frac{\sum_{i=1}^{n} MCA_i * V_{mean} * DD_i * (E_i - CC_i) - SC}{1 + \sum_{i=1}^{n} t_{fi} * MCA_i * V_{mean_i} * DD_i} . \qquad (11)$$

The NEI equation (equation 11) is essentially the same form as the Holling disk equation (Holling 1959) with the swimming cost subtracted.  The model evaluates NEI with equation 11, at each grid point representing hydraulic properties, temperature, and invertebrate drift density by size class.  Table 46 lists the final set of model equations and where necessary clarification comments.

The basic model was integrated with the 2-dimensional hydraulic model output for the estimation of the NEI associated with each node in the computational mesh at a given flow rate.  The hydraulic model solutions were modified for input to the bioenergetics model to simulate the capture area oriented perpendicular to the direction of the velocity vector at each computational mesh node location using the following procedure.

At each computational node, we interpolated the depth and velocity at eleven 'new' nodes perpendicular to the velocity vector at that node location. The interpolation consisted of creating velocities and depths at these eleven points (five new nodes spaced 1 foot apart on each side of the original mesh node). The interpolated depths and velocities were used as input for the bioenergetic model. The bioenergetic model was then run for simulated flow results at each site with site-specific temperatures (derived from HEC5Q as described below), macroinvertebrate drift density (see Table 27), and the following species. The species specific length versus weight equations were developed from empirical data as shown in Figures 135 through 137.  The following equations were utilized in the bioenergetics analysis from the regression results.  The length for each species indicated refers to the length utilized in the bioenergetics modeling.

Steelhead (160 mm): $Weight(g) = 10^{(3.107*\mathrm{Log}(FL(mm))-5.153)}$

Chinook (40 mm): $Weight(g) = 10^{(3.11*Log(FL(mm))-5.15)}$

Coho (115 mm): $Weight(g) = 10^{(3.2*Log(FL(mm))-5.3266)}$

1
2
Table 46.    Equations used in the net energy intake (NEI) model (Addley 1993).

| Parameter & Units | Equation/Calculation Method | Discussion and Citations |
|---|---|---|
| $NEI_i$ (J•hr$^{-1}$) | $$NEI = \frac{\sum_{i=1}^{n} MCA_i \cdot V_{ave\,i} \cdot DD_i \cdot PC_i \cdot (E_i - CC_i) - SC}{1 + \sum_{i=1}^{n} t_{f\,i} \cdot MCA_i \cdot V_i \cdot DD_i}$$ | Net energy intake rate based on possible gross energy intake minus energy costs and losses for each prey class i. |
| $MCD_{ij}$ (ft) | $$MCD_{ij} = \sqrt{\frac{RD_i^2 \left( V_{max}^2 - V_{mean_j^2} \right)}{V_{max}^2 + V_p - V_{mean_j^2}}}$$ | Maximum capture distance, calculated in the plane transverse and perpendicular to the fish by an iterative computer program where $V_{mean\,j}$ = mean velocity along $MCD_{ij}$ (calculated within the computer program) and $RD_i$ is the reaction distance for prey size i |
| $V_{max}$ (ft•s$^{-1}$) | $$V_{max} = 13.86 \left( \frac{21.42 - T}{3.92} \right)^{0.24} e^{0.24 \left( 1 - \left( \frac{21.42 - T}{3.92} \right) \right)} TL^{0.63}$$ | Maximum sustained fish velocity equation derived from Brett & Glass (1973) T=temperature (°C) TL=total length (cm) |
| $RD_i$ (ft) | $$PL_i = \left( RD_i^2 + 50\ RD_i \right) \left( \frac{1 + 5.8\ e^{-.034(FL)}}{1725} \right)$$ | Reaction distance equation derived from data of Dunbrack & Dill (1983) where $PL_n$ = prey length (mm), $RD_i$ = reaction distance (cm), and FL = total fish length (mm) |
| $RD_i^{'}$ (ft) | $$RD_i' = \frac{RD_i \left( -2.27 \cdot TURB + 100 \right)}{100}$$ | Reaction distance from equation above adjusted for turbidity (TURB) with equation adapted from Barrtett et al. (1992). |
| $V_{mean\,ij}$ (ft•s$^{-1}$) | Computed within computer program from velocity data. | Average velocity along MCD radian j for prey class i. |
| $MCA_i$ (ft$^2$) | Area circumscribed by the arc created by connecting the ends of the $MCD_j$ radians in the plane transverse and perpendicular to the fish (calculated with a computer program) | Maximum capture area at a location given water depth, water velocity, and channel morphology |
| $V_{ave\,i}$ (ft•s$^{-1}$) | Computed within computer program from velocity data. | Average water velocity in the MCA for prey class i. |
| $DD_i$ (prey•ft$^3$) | Site specific emperical data | Measured daytime drift density in for each prey size i |
| $PC_i$ | Assume probability of capture equals 1.0 | Probability of successful prey capture |
| $PE_i$ (J•prey$^{-1}$) | $$PE_i = 0.3818 \left( PL_i \right)^{2.46}$$ | Prey energy derived from Smock (1980) and Cummins and Wuycheck (1971), where $PL_n$ = prey length (mm). |
| $E_i$ (J•prey$^{-1}$) | $$0.58\ PE_i$$ | Energy assimilated (gross energy intake minus 14% for food digestion and 28% for losses due to excretion and feces) . |

3
4



1    Figure 135.   Relationship between size and weight for steelhead used to
2                  develop the species-specific growth equations for use in the
3                  bioenergetics model.



4    Figure 136.   Relationship between size and weight for chinook used to develop
5                  the species-specific growth equations for use in the bioenergetics
6                  model.
7
8

1



2   Figure 137.   Relationship between size and weight for coho used to develop the
3                 species-specific growth equations for use in the bioenergetics
4                 model.
5

6   Although the fitted relationship for coho appears to under predict the weight at
7   the upper size ranges, we felt that the relationship is adequate for the size coho
8   used in our analysis (i.e., 115mm). Additional data on weight for fish greater than
9   80 mm would be valuable to improve this relationship.
10

11   The sizes used in the analysis for each species were selected based on the
12   length frequency of fish observations obtained from work on the development of
13   HSC and fish location observations for the habitat modeling validation described
14   previously. Temperatures were selected to represent the average conditions
15   during spring associated with chinook fry use in the river. Steelhead and coho
16   juveniles used the average temperature during the July through September
17   period to correspond with the late summer outmigration from tributaries and late
18   summer rearing period in the main stem Klamath River (see Table 22).
19

20   The invertebrate densities, distribution of the invertebrate densities by size
21   classes, and the temperature used in the simulations at each study site are
22   provided in Table 47. The invertebrate densities were obtained from the
23   sampling results at each study site (see Table 27). The temperatures were
24   estimated from the HEC5Q model simulation results at each site under existing
25   conditions (i.e., USGS historical operations scenario as described previously).

1  The size class for each species and 'life stage' were selected to represent the
2  'average' size during the simulation period.
3
4  Table 47.      Field derived or simulated bioenergetics model input parameters
5                 used in the simulations at each study site.
6

| RRanch | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.080 | 0.018 | 0.009 | 0.014 | 0.213 | 0.502 | 0.244 | 20.54 |

| Trees of Heaven | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.081 | 0.064 | 0.014 | 0.020 | 0.262 | 0.363 | 0.277 | 20.64 |

| Brown Bear | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.023 | 0.508 | 0.025 | 0.139 | 0.220 | 0.090 | 0.018 | 20.77 |

| Seiad | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.050 | 0.021 | 0.009 | 0.001 | 0.077 | 0.537 | 0.355 | 20.44 |

| Rogers Creek | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.022 | 0.155 | 0.018 | 0.000 | 0.082 | 0.372 | 0.373 | 20.56 |

| Orleans | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.022 | 0.155 | 0.018 | 0.000 | 0.082 | 0.372 | 0.373 | 20.72 |

| Saints Bar Rest | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Invert Density | Percent Distribution by Size | | | | | | |
| | per cubic foot | 11 mm | 9 mm | 7 mm | 5 mm | 3 mm | 1 mm | Temp C |
| | 0.028 | 0.03 | 0.003 | 0.016 | 0.087 | 0.684 | 0.180 | 20.49 |

7
8  *Chinook Fry (40mm)*
9
10 The bioenergetics model for chinnok fry (i.e., 40 mm) and these associated data
11 at the RRanch study site were used to compute the NEI response surface over a
12 range of combined depth and velocity.   The response surface for this species
13 and life stage (i.e., size) at other study sites based on the input data in Table 46
14 will result in small or at best moderate shifts left or right in this basic relationship
15 based on the combination of drift availability and temperature differences.  This
16 response surface (Figure 138) clearly shows the upper threshold for velocities at
17 about 1.5 feet/second and optimal velocities at around 0.5 feet per second.
18 Below this velocity the NEI surface also shows a rapid decline.
19
20 These results in terms of the velocity dimension of the response surface are very
21 similar to the site-specific HSC relationship for chinook fry velocity (see Figure
22 47).  The response surface also shows that NEI rapidly increases up to a depth
23 of about 1.2 feet and then becomes insensitive to further increases in depth.
24 This is somewhat different from the site-specific chinook fry depth HSC (see

1   Figure 48).  The HSC show depths to be optimal around 1.0 foot and then the
2   depth suitability declines at both higher and lower depth values.  We attribute this
3   difference between the two modeling approaches to the following factor.   At
4   present, there is no mechanistic 'behavioral' component within the bioenergetics
5   model to factor in the selection of shallow water for predator avoidance (or, for
6   example, other behavioral issues such as surface feeding).  The observed strong
7   associations of chinook fry with vegetative escape cover in the main stem
8   Klamath was discussed in the HSC section of the report.  This association with
9   shallow, vegetation escape cover, in part, accounts for the truncated depth
10  suitability reflected in Figure 48.  The incorporation of predation avoidance (e.g.,
11  distance to escape cover) within the bioenergetics model is feasible but was
12  beyond the scope of this effort.  It would be possible to just simply limit the
13  usable depths in the bioenergetics model based on the observed empirical HSC
14  data.  Because the velocity suitability of the bioenergetics model is very similar to
15  the HSC criteria, limiting depths based on the HSC criteria, however, produces
16  bioenergetics results nearly identical those obtained by simply using the HSC
17  criteria.
18



19
20  Figure 138.   Chinook 40 mm total length NEI response surface for depth and
21              velocity based on temperature and drift characteristics for the
22              RRanch study site.
23
24
25

1   To illustrate chinook fry habitat based strictly on energetics (i.e., no truncation of
2   depth suitability due to predation avoidance) we modeled a range of flows that
3   could be present when chinook fry are in the system.   The spatial distribution of
4   chinook fry (40 mm) at the RRanch Study Site for flow rates of 713, 1342, 2500,
5   and 5226 cfs are shown in Figure 139.
6



7
8   Figure 139.   Chinook fry (40 mm) NEI magnitude and spatial distributions at the
9                       RRanch study site for flow rates of 713, 1342, 2500, and 5226 cfs.
10
11   The amount and distribution of positive NEI areas within the study site remain
12   relatively constant over the range of simulated flow rates between approximately
13   700 to 1300 cfs and encompass a large proportion of the main channel.   The
14   areas that are not energetically favorable (i.e., negative) are indicated by the lack
15   of color in the image.   From a purely energy flow perspective, these results
16   indicate that large areas of the channel are suitable at lower flow rates compared
17   to the amount of suitable areas at the two higher flow rates.   The primary factor in
18   the spatial distribution and amount of suitable habitat at the lower flow rate is
19   related to the fact that the modeling results do not incorporate key behavioral
20   constraints that actually make these areas unusable (i.e., availability of escape
21   cover).
22
23   Finally, the simulated conditions at the flow rates for 2500 and ~5200 cfs show
24   an important result.   At a flow rate of 2500 cfs the velocities within the main
25   channel are beginning to become sufficiently high that the energetically favorable
26   areas are now confined to the river margins.   This is even more evident at 5200

1   cfs.  This is ecologically important in that it constrains energetically favorable
2   conditions in contact with escape cover at the stream margins and 'excludes'
3   access to the main river channel.  This is also interesting in light of the estimated
4   unimpaired mean monthly flows during the March to early June period, which
5   range between 4000 and 2500 cfs at this study site (see Figure 37).  This period
6   corresponds to chinook fry rearing at this study site (see Table 29).  This spatial
7   linkage between favorable energetic locations and proximity to escape cover is
8   considered a critical factor in the successful rearing for chinook fry (and similar
9   sized life stages of other species).
10
11  ***Steelhead Juvenile (160mm)***
12
13  The bioenergetics model for steelhead juvenile (i.e., 160 mm) and the associated
14  data at the RRanch study site were used to compute the NEI response surface
15  over a range of combined depth and velocity.   The response surface for this
16  species and life stage (i.e., size) at other study sites based on the input data in
17  Table 46 will result in small or at best moderate shifts left or right in this basic
18  relationship based on the combination of drift availability and temperature
19  differences.    This response surface (Figure 140) clearly shows the upper
20  threshold for velocities near 2.3 feet/second and optimal velocities at around 1.3
21  feet per second.  Below this velocity the NEI surface also shows a rapid decline.



22
23  Figure 140.   Steelhead 160 mm total length NEI response surface for depth and
24              velocity based on temperature and drift characteristics for the
25              RRanch study site.

These results in terms of the velocity dimension of the response surface are very similar to the site-specific HSC relationship for summertime steelhead velocity (see Figure 51).  The temperature used in the simulations more closely reflects the collection conditions associated with summertime steelhead HSC than spring or combined seasonal HSC results.  The response surface also shows that NEI rapidly increases up to a depth of about 1.2 feet and then becomes relatively insensitive to further increases in depth.  The rising portion of the NEI response surface matches the site-specific summertime steelhead depth HSC (see Figure 52) in this regard.  However, the HSC show that the depth suitability declines at higher depth values.  We attribute this 'decline' in the depth HSC to be reflective of both predation avoidance behavior (i.e., use of shallower water) as well as the potential for depth limitations associated with surface feeding behavior on drift. These are known factors in other salmonid species.  Our own analysis of prey recognition distance (i.e., reaction distance) based on the prey size distribution in the Klamath River strongly suggests that 90 percent of the prey sizes in the Klamath River are only observable at a distance of approximately 1.0 to 2.0 feet. Thus surface feeding would largely be limited to shallow water.  The observation data in the HSC for steelhead indicate that the addition of a depth restriction in the bioenergetics model may be warranted at a future date.

### Coho Juvenile (115mm)

The bioenergetics model for coho juvenile (i.e., 115 mm) and the associated data at the RRanch study site were used to compute the NEI response surface over a range of combined depth and velocity. This response surface (Figure 141) clearly shows the upper threshold for velocities near 2.0 feet/second and optimal velocities at the 0.9 to 1.0 feet per second range.  Below this velocity, the NEI surface also shows a rapid decline with very little NEI associated with zero velocity (i.e., lower left corner of Figure 141).

These results in terms of the velocity dimension of the response surface are very similar to the envelope HSC relationship for summertime steelhead velocity (see Figure 75).  The envelope HSC for velocity extends the suitability range to 2.5 feet per second but at very low suitabilities.  The response surface also shows that NEI rapidly increases up to a depth of about 1.2 feet and then becomes insensitive to further increases in depth.  The rising portion of the NEI response surface is similar to the envelope depth HSC (see Figure 76).  Although not strongly represented by the few available coho HSC used in the development of the envelope HSC, the depths decline from optimal values around 2.5 feet to zero suitability at 5.5 feet. We believe this 'decline' in the depth HSC to be 'real' and reflective of both predation avoidance behavior (i.e., use of shallower water) as well as the potential for depth limitations associated with surface feeding behavior on drift as noted above.   This comparison also suggests that the addition of a depth restriction in the bioenergetics model may be warranted.



Figure 141.   Coho 115 mm total length NEI response surface for depth and velocity based on temperature and drift characteristics for the RRanch study site.

### *Study Site Specific Bioenergetics Results*

Appendix B contains NEI surface plots for selected flow rates at each study reach for chinook, steelhead, and coho simulations.   These examples are provided for comparative purposes to the physical habitat HSC based modeling. Although we had anticipated that this modeling approach might reflect juvenile fish distributions 'better' than the HSC based modeling, the similarity of the NEI response surface and the HSC tended to yield equivalent results.   Also as noted in the discussions for each species above, the incorporation of a depth and/or distance to escape cover component to the bioenergetics modeling needs to be explored further.   This was beyond the scope of existing resources and budget for this project.

The NEI simulations however, were valuable as a form of HSC validation, especially for the velocity curves.   The results infer the importance of incorporating behavioral requirements of young life stages in the modeling of available habitat.   This is particularly true for the association of escape cover for fry life stages as implemented in the physical habitat modeling approaches using the HSC criteria as discussed above.

**Chemical Processes**

In this section of the report, the water quality and temperature modeling results are discussed. As was noted earlier, the HEC-5Q water quality modeled was adapted by the USGS for use within SIAM and was the tool used to generate results for use in the Phase II assessments.

**Water Quality (Temperature) Modeling using SIAM**

Within the MODSIM and HEC5Q portions of SIAM several preset flow scenarios and associated computational networks are available. Network 2 is designed to model the river without any of the existing dams or alterations to the system (this is no longer supported by the USGS). The HEC5Q portion of Network 2 is based upon a 30-day month, 360-day year, with water quality output on a daily time-step. Note that MODSIM (flow) in Network 2 is a monthly time step for the period of record. Daily flows are derived in SIAM by dividing the monthly values by 30. Network 3 includes all dams and alterations to the system and produces output from Upper Klamath Lake to the estuary. The HEC5Q output changes in Network 3 to a standard month, 365-day year, with no February 29th. The output is still a daily time step and MODSIM flow output is still monthly.

SIAM provides a graphical interface to view results and comparisons between alternatives that are modeled using the same network. However, further data reduction was necessary using Microsoft's Excel spreadsheets as part of our evaluations. This was required to allow for a comparison between Network 2 and 3 outputs with their different time step accounting and enhanced our ability to observe trends differently than the SIAM interface allowed.

In our applications of SIAM we found that the user needs to evaluate the simulations carefully given the following observed behavior in the HEC5Q model:

1. Negative water temperatures as low as $-5.3$ $C^o$ were obtained. HEC5Q has an error of plus or minus, 0.5 $C^o$. SIAM or HEC5Q does not correct any negative values to 0 $C^o$, or account for the heat of fusion for ice creation (USGS, Blair Hanna). The SIAM interface 'screens' these values but they are retained in the simulation output from HEC5Q.

2. Positive water temperatures as high as 120 $C^o$ could be obtained **before** the model would "crash". This served as a warning that the model was being pushed/forced past its capability, or that an unrealistic flow scenario was input.

3. If a reservoir volume was adjusted too low, or a flow regime was attempted that forced the residence time in the reservoir to

violate HEC5Q's requirement of a residence time being greater than 1 day, results similar to number 2 above could be obtained.

4. SIAM is limited in returning visual warnings of violations of preset limits or requirements for MODSIM and HEC5Q. The modeler must be vigilant in screening outputs for erroneous results, and knowledge of the Klamath River System is required.

5. The current linkage between MODSIM and HEC5Q cannot accurately model the reach from Upper Klamath Lake to Iron Gate Dam for five water year types with different operating criteria when modifications are attempted through the SIAM interface.

The reader is directed to the Hydrology modeling section of the report above for a detailed description of our use of the MODSIM and HEC5Q models implemented for the scenario evaluations.

## QA/QC of Model Simulation Results

As part of our QA/QC evaluations of the temperature (and flow) modeling to determine if the model was producing reasonable results, we systematically checked model outputs for all simulated scenarios. This included screening for excessively high or low temperatures, and expected within year fluctuations in temperature values.  QA/QC evaluations also examined the simulations to check that the program maintained a minimum Upper Klamath Lake storage that matched the 4139-foot elevation selected for Upper Klamath Lake minimums. This check also ensured that no upper extremes in lake storage values were generated.  Finally, flows generated at Iron Gate (and other node locations) were examined for unrealistic simulated values prior to using the results.

The No_Project scenario was difficult to compare to the other alternatives. The No_Project scenario uses Network 2 (360-day year) and all other alternatives use Network 3 (365 day year) for modeling.  This different time step accounting required an adjustment in the No_Project results to represent a 365-day year for a systematic comparison.  This was achieved by the following steps:

*Temperature*

The No_Project scenario used a 30-day month (Feb included). This was standardized to match output using Network 3 by adding a 31st of the month and interpolating the required value between the 30th and the 1st day of the next month. In February, the two extra days were eliminated. A 365-day year was produced.

*Flow*

Both the Network 2 and Network 3 flow outputs are based upon total volume for the month. The daily values were obtained by dividing the total by the number of days in a month represented by the specific Network (30-days for Network 2 or the standard calendar for Network 3).   Standardizing flow values between networks was accomplished using the same procedure as described for temperature above.

*Temperature Run-Sum Calculations*

Simulation results for temperature were summarized using a run-sum analysis. This type of analysis counts the number of events ('sum') that exceed some threshold criteria and tracks the length or 'run' for each event.  Run-sum water temperature calculations were based upon the following:

1. Chronic events occur when water temperatures equal or exceed 16 C$^{o}$ for seven or more consecutive days.
2. Acute events are associated with water temperatures equal or greater than 22 C$^{o}$.

These definitions were adopted by the USGS in SIAM and are primarily used as a relative index to compare water temperature simulation results between scenarios.

**Comparison of Modeled Scenario Temperatures**

The simulated daily temperature results from 1974 to 1997 water years for modeled scenarios at each USU study site (see Table 19) are presented in this section.  Note that Saints Rests Bar data has been omitted.  In addition, for the unimpaired no project scenario, only results between Iron Gate Dam and Seiad are available since the HSC5Q model network file for this scenario stops at the Seiad gage (see Hydrology section).

**Simulated Daily Temperature Time Series**

The daily simulation results for each station for all scenarios are provided in Appendix C.  Figure 142 through 145 show the results for the Iron Gate study site, which is illustrative of the remaining stations.  During most years, the chronic threshold for water temperature (i.e., 16 C) was violated almost continuously during June, July, and August for all flow scenarios.  There is also an apparent slight upward trend in the temperature over the last decade that is associated with the meteorological data in the HEC5Q data sets.  The results are consistent with the findings of Bartholow (1995) and generally support the conclusion that during low flow summer periods the conditions in the Klamath main stem are likely marginal for anadromous species due to elevated temperature.

1
2



3  Figure 142.   Daily mean temperatures at Iron Gate for the unimpaired no project
4                scenario (1974 to 1997 water years).



5
6  Figure 143.   Daily mean temperatures at Iron Gate for the USGS Historical
7                project operations (1974 to 1997 water years).
8



1    Figure 144.   Daily mean temperatures at Iron Gate for the FERC_ESA scenario
2                        (1974 to 1997 water years).
3



4    Figure 145.   Daily mean temperatures at Iron Gate for the FP1_ESA scenario
5                        (1974 to 1997 water years).
6

1   **Simulated Mean Monthly Temperatures**
2
3   The simulation results of daily temperatures from 1974 to 1997 for each station
4   were used to compute the long-term mean monthly temperatures for each
5   scenario.  These results are presented in Figures 146 to 152.  The corresponding
6   tabular data that includes the monthly mean, standard deviation, maximum, and
7   minimum temperatures are provided in Appendix D.
8
9   The results for the unimpaired no project flows suggest that the average monthly
10  temperatures immediately below Iron Gate are slightly warmer than the other
11  scenarios, including existing conditions,  (~2 C) during the spring and summer
12  period.  However, it is difficult to attribute a strong significance to these results
13  given the uncertainties in the modeling of pre-project conditions in Upper
14  Klamath Lake and upstream of Iron Gate.  However, the results during the
15  October through December period are sufficiently large that likely the main stem
16  in this reach was indeed cooler existing conditions as shown in the results. The
17  results also show that below the Trees of Heaven site (below the confluence of
18  the Shasta River) that the mean monthly summer temperatures are essentially
19  the same for all scenarios (see the results at the Brown Bear study site).  The
20  influence of the Scott River inflows under the unimpaired flow scenario is readily
21  apparent in the much lower year round mean monthly temperatures observed at
22  Seiad.
23
24  *Iron Gate*



25  Figure 146.   Mean monthly temperatures at Iron Gate for all simulated scenarios
26                (1974 to 1997 water years).
27

1    *Trees of Heaven*



2    Figure 147.   Mean monthly temperatures at Trees of Heaven for all simulated
3                  scenarios (1974 to 1997 water years).
4
5    *Brown Bear*
6



7    Figure 148.   Mean monthly temperatures at Brown Bear for all simulated
8                  scenarios (1974 to 1997 water years).

1
2 ***Seiad***



3 Figure 149.   Mean monthly temperatures at Seiad for all simulated scenarios
4              (1974 to 1997 water years).
5
6 ***Rogers Creek***
7



8 Figure 150.   Mean monthly temperatures at Rogers Creek for all simulated
9              scenarios (1974 to 1997 water years).

1   *Orleans*



2   Figure 151.   Mean monthly temperatures at Orleans for all simulated scenarios
3            (1974 to 1997 water years).
4
5   *Saints Rest Bar*
6



7   Figure 152.   Mean monthly temperatures at Saints Rest Bar for all simulated
8            scenarios (1974 to 1997 water years).

## Run Sum Analysis of Chronic and Acute Temperatures

Table 48 contains the run sum length analysis for both acute and chronic temperatures based on each of the flow scenarios at each of the study sites. These results for the Iron Gate to Seiad reach are interesting in light of the unimpaired no project scenario comparisons. The unimpaired average mean daily temperatures are lower than all scenarios and are attributed to the lower winter temperatures (see Figures 146 through 152). This is also reflected in the lower total number of days above 16 C. The unimpaired results show a greater number of events above 16 C but they are considerably less in terms of their average length. The maximum length of events greater than 16 C is also smaller than other scenarios. Average temperatures associated with these events show very little variation between scenarios (i.e., +/- 1 C).

A comparison of the acute event results also show that the unimpaired flow scenario had the greatest number of days and number of events above 22 C. However, the average length of the acute events was generally shorter in the upper reaches of the main stem. With the exception of the FERC_ESA scenario, the unimpaired scenario also had the lowest maximum length of acute events immediately below Iron Gate and was generally similar to other scenarios below the Shasta River. The implications of these results are discussed further in the instream flow recommendations.

1  Table 48.    Run sum length analysis of daily temperatures for each flow
2  scenario at each study site.

| | | All | | Chronic Events >16 °C | | | | | | Acute Events > 22 °C | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Alternative | Max Mean Daily Temperature (°C) | Average Mean Daily Temperature (°C) | # of Days > 16°C | Events > 16°C (1 or more days) | Ave. Length of Events >16°C (days) | Max Length of Events >16°C (days) | Chronic Events >= 7 Days >16°C (days) | Average Temp of Events >16°C | # of Days > 22°C | Acute Events > = 22°C (1 or more days) | Ave. Length of Events >22°C (days) | Max Length of Events >22°C (days) | Average Temp of Events >22°C |
| Iron Gate CP40* | FP1_ESA | 23.6 | 11.5 | 3165 | 29 | 109.1 | 161 | 25 | 19.2 | 99 | 8 | 12.4 | 44 | 22.5 |
| | FERC_ESA | 22.2 | 11.2 | 2963 | 27 | 109.7 | 151 | 25 | 18.8 | 15 | 2 | 7.5 | 8 | 22.1 |
| | USGS_PROJ | 22.8 | 11.2 | 3030 | 29 | 104.5 | 144 | 27 | 18.8 | 38 | 1 | 38.0 | 38 | 22.4 |
| | NO_PROJECT | 26 | 11.0 | 2937 | 76 | 41.3 | 129 | 40 | 19.7 | 442 | 78 | 4.6 | 22 | 22.9 |
| Trees of Heaven CP80* | FP1_ESA | 23.5 | 11.7 | 3134 | 39 | 84.6 | 158 | 28 | 19.3 | 116 | 21 | 5.5 | 45 | 22.5 |
| | FERC_ESA | 22.2 | 11.2 | 2969 | 28 | 106.0 | 152 | 25 | 18.8 | 17 | 2 | 8.5 | 9 | 22.0 |
| | USGS_PROJ | 23.2 | 11.6 | 3058 | 58 | 55.0 | 141 | 27 | 19.0 | 45 | 8 | 5.6 | 12 | 22.5 |
| | NO_PROJECT | 25.4 | 10.5 | 2668 | 81 | 29.5 | 119 | 45 | 19.3 | 259 | 59 | 4.4 | 17 | 22.8 |
| Brown Bear CP110* | FP1_ESA | 24.4 | 11.7 | 3097 | 70 | 42.6 | 140 | 30 | 19.4 | 208 | 53 | 3.7 | 19 | 22.6 |
| | FERC_ESA | 24.2 | 11.6 | 3062 | 89 | 33.3 | 139 | 35 | 19.2 | 108 | 37 | 2.9 | 12 | 22.5 |
| | USGS_PROJ | 24.3 | 11.6 | 3069 | 76 | 37.6 | 141 | 36 | 19.3 | 167 | 52 | 2.9 | 12 | 22.6 |
| | NO_PROJECT | 25.7 | 10.5 | 2698 | 95 | 25.5 | 111 | 50 | 19.5 | 313 | 71 | 3.7 | 16 | 22.9 |
| Seiad CP130* | FP1_ESA | 24.1 | 11.4 | 2861 | 74 | 35.1 | 136 | 31 | 19.2 | 175 | 50 | 3.3 | 17 | 22.6 |
| | FERC_ESA | 23.7 | 11.3 | 2772 | 88 | 29.8 | 115 | 44 | 18.9 | 83 | 32 | 2.8 | 10 | 22.4 |
| | USGS_PROJ | 24.2 | 11.3 | 2769 | 86 | 26.5 | 116 | 38 | 19.0 | 128 | 42 | 2.4 | 10 | 22.6 |
| | NO_PROJECT | 24.7 | 9.1 | 2001 | 109 | 18.0 | 68 | 44 | 18.8 | 117 | 34 | 3.2 | 14 | 22.8 |
| Rogers CP170* | FP1_ESA | 25.1 | 11.5 | 2854 | 114 | 26.9 | 118 | 44 | 19.4 | 286 | 73 | 3.2 | 14 | 22.8 |
| | FERC_ESA | 24.9 | 11.4 | 2797 | 129 | 23.1 | 114 | 58 | 19.3 | 256 | 72 | 2.8 | 12 | 22.8 |
| | USGS_PROJ | 25.1 | 11.4 | 2785 | 129 | 22.8 | 114 | 53 | 19.3 | 278 | 75 | 3.0 | 12 | 22.9 |
| | NO_PROJECT | This location not supported for the No_Project Scenario in SIAM | | | | | | | | | | | | |
| Orleans CP190* | FP1_ESA | 26.2 | 11.5 | 2845 | 135 | 19.0 | 115 | 52 | 19.6 | 394 | 114 | 2.7 | 9 | 23.0 |
| | FERC_ESA | 26.1 | 11.5 | 2804 | 150 | 18.6 | 96 | 61 | 19.5 | 256 | 72 | 2.8 | 12 | 22.8 |
| | USGS_PROJ | 26 | 11.5 | 2803 | 140 | 18.3 | 95 | 61 | 19.6 | 404 | 120 | 2.5 | 8 | 23.1 |
| | NO_PROJECT | This location not supported for the No_Project Scenario in SIAM | | | | | | | | | | | | |
| Saint's Rest Bar CP210* | FP1_ESA | 26.2 | 11.5 | 2844 | 131 | 23.5 | 116 | 52 | 19.6 | 401 | 121 | 2.6 | 9 | 23.0 |
| | FERC_ESA | 26.2 | 11.5 | 2806 | 150 | 18.6 | 96 | 59 | 19.6 | 393 | 122 | 2.4 | 8 | 23.1 |
| | USGS_PROJ | 26.1 | 11.5 | 2800 | 148 | 17.9 | 95 | 62 | 19.6 | 424 | 126 | 2.7 | 9 | 23.1 |
| | NO_PROJECT | This location not supported for the No_Project Scenario in SIAM | | | | | | | | | | | | |

Klamath River, Mean Daily Water Temperature (°C), Modeled with SIAM. Period of Record 1974-97 (8668 Days)

* SIAM control point designation that corresponds to the USU study site at this location

3
4
5

# Instream Flow Recommendations

In this section of the report, the results from the two-dimensional site-specific analyses are used to recommend instream flows for each river reach in the main stem Klamath River from Iron Gate Dam to below the Trinity River.  When evaluating these instream flow recommendations, we remind the reader that the overall objective of the Phase II study is to make revised flow recommendations that will maximize the potential to meet recovery and sustainability of the anadromous species and other aquatic resources in the Lower Klamath River. Recommendations are provided to the Department of Interior in light of these Phase II objectives.   The study results could be used to consider other management objectives such as trade-offs between different flow regimes representing various other management and/or policy objectives.   This will undoubtedly include potential trade-offs between ESA driven lake elevations in Upper Klamath Lake versus the downstream needs of the anadromous species and other potential demands on the water resources in the basin.  The evaluation of alternative policy or management objectives for recommending alternative instream flow regimes was not within the purview of this effort and was beyond the scope of the Phase II study.

We have approached the development of flow recommendations from the premise that they should attempt to mimic the seasonal pattern and general magnitude of the natural flow hydrograph for a given water year type.   The recommendations should also ensure that the underlying characteristic of the flow hydrograph varies between water year types (i.e., 90 through 10 percent exceedence flows).  This logically follows from the previous discussions on the ecological basis of instream flow regimes or more succinctly from 'the natural flow paradigm' (e.g., Poff et al., 1997).  This is particularly important since the main analytical assessments conducted in Phase II rely primarily on physical habitat simulations.  As such, these modeling efforts do not incorporate all the physical, chemical, and biological processes or their linkages within a river ecosystem.  Use of the physical habitat results was made in light of their inherent limitations to define or necessarily 'protect' these processes.  The instream flow recommendations were made in light of both physical habitat as well as factors that are more generally related to physical, chemical, and biological processes.

From a physical habitat perspective, we approached the flow recommendations from the objective to maximize habitat conditions if possible for target species and life stages. We recognized that under any 'natural' flow regime, 'optimal' or maximum habitat conditions do not necessarily occur for a given species or life stage in any or all locations or for all time periods.  One component of our flow recommendations targeted habitat conditions that are similar in characteristics to those found under the unimpaired flow regime on a seasonal basis and its inherent variability by water year type.

1    **Reference Conditions: Unimpaired No Project Simulated Flows and Habitat**
2
3    In Phase II, we relied on simulated hydrology to estimate the unimpaired flows at
4    Iron Gate Dam as an alternative to the adjusted gage data used in Phase I.  We
5    believe that this simulated hydrology represents the best available information for
6    estimating flow (and habitat) 'reference conditions' below Iron Gate Dam under
7    unimpaired flow conditions for the purposes of this study.  Figure 153 shows the
8    10 to 90 percent monthly exceedence flows below Iron Gate (SIAM CP40 see
9    Figure 5).  This has been plotted on an annual rather than water year basis to
10   emphasize the seasonal (i.e., winter, spring, summer and early fall)
11   characteristics of the monthly flows.
12



13
14   Figure 153.    Monthly flows associated with the 10 to 90 percent exceedence
15                  ranges below Iron Gate Dam (SIAM CP40 see Figure 5).
16
17   There are certain characteristics of the hydrograph shown in Figure 153 that
18   were considered in the recommendation process in Phase II.  We view the
19   overall trend in the progressive lengthening of the runoff signature with
20   decreasing exceedence values (i.e., higher flows) during the December to June
21   period to be an inherent property of the Klamath River hydrograph.  As runoff
22   volume proportionally increases, the runoff period lengthens and magnitudes of
23   the flows increase.  We attempted to retain this more variable characteristic of
24   the flow regime during this period in formulating our flow recommendations.  The
25   simulation results for the summer period show a markedly different characteristic

with a narrow range of flow variability.  This 'stability' in the summer and early fall flow regimes has been noted by other investigators (Balance Hydrologics, (1996), USGS (1996)) as a characteristic of the Klamath River.  We also strived to retain this characteristic in our flow recommendations during this period.

We recognize that the results shown are derived from simulation modeling with their attendant assumptions and data sources, and therefore these estimated flow results are not exact.  They have been used as a tool to characterize the hydrograph in a manner that lends itself to establishing instream flows that conceptually links the seasonal and inter-annual variability of the hydrograph to the ecological requirements of the target species (e.g., monthly periodicity). Although a number of different statistical representations of the hydrology were examined (e.g., see USGS 1996, Balance Hydrologics 1996, mean monthly flows, etc) the use of flow exceedence ranges was also selected to be compatible with the USBR Klamath Project operations model (KPSIM).  As noted previously, this modeling tool sets water year definitions based on water year type exceedence forecasts.  This allows for the evaluation of the results from an existing decision framework in terms of water year classifications.

The habitat modeling results at the reach level (i.e., percent of maximum habitat) represents a 'theoretical' relationship between flow and habitat availability. However, these results can only be interpreted in light of the specific hydrology associated with a given study reach.  Integration of the unimpaired hydrology and physical habitat simulation results allows the establishment of a habitat 'reference condition' for each target species and life stage for these flow conditions.  The integration of hydrology and habitat results was undertaken for each target species and life stage for each monthly flow exceedence level.  The inclusion or exclusion of a specific target species and life stage for a given month within a river reach was based on the monthly species periodicity results developed for the study (see Table 29).

The physical habitat availability was accomplished by selecting a monthly flow value at a given exceedence level and then interpolating the habitat from the percent of maximum habitat versus discharge relationship (e.g., see Figure 128) for a given study reach.  This was repeated for each month for each exceedence range and for each life stage present according to the species periodicity for that river reach.

These estimates of habitat availability (as percent of maximum habitat) in each monthly for each exceedence flow range were then considered to represent the best estimate of habitat reference conditions associated with the unimpaired flows for each river reach.  Since, the reach level habitat results were obtained by weighting study site results over the entire river reach (see Figure 5), the simulated flows associated with the midpoint of each river reach were used in the calculations.  Utilizing the reach midpoint hydrology was considered the least

1  biased approach for estimating the reach level habitat values versus using either
2  the starting or the ending river reach hydrology.
3
4  **Flow Recommendation Methodology**
5
6  The development of the instream flow recommendations was simplified by the
7  construction of a composite monthly habitat matrix that associated a single
8  'priority' species and life stage to each month.  The species and life stage priority
9  system for each month was based on the presence of chinook spawning,
10  followed by chinook fry, coho fry, steelhead fry, and then steelhead juveniles.
11  This 'rank ordering' of the species and life stages was derived based on input
12  from the Technical Team and stressed the importance of protecting each
13  successive life history phase (i.e., spawning/incubation, fry, then juveniles) using
14  the monthly species periodicities for each river reach.   Discussions with the
15  Technical Team also considered the relative importance between chinook, coho,
16  and steelhead on a monthly basis in terms of their utilization of the main stem,
17  timing of outmigration from tributaries, and overall status of the various species
18  within the basin.
19
20  The basic procedure used to assign the priority species to a month was to
21  designate chinook spawning as a priority in the October through January period.
22  Chinook fry was then assigned as the priority during the February through May
23  period.  Most chinook fry begin to outmigrate from the Iron Gate to Shasta River
24  reach in late May or early June, so coho fry were assigned to the month of June.
25  Steelhead fry were then assigned to July followed by 'summer' steelhead 1[+] in
26  August and September.  The monthly composite habitat matrix was then derived
27  by computing the percent of maximum habitat for chinook spawning, chinook fry,
28  coho fry, steelhead fry, and 'summer' steelhead 1[+] based on the estimated
29  monthly unimpaired flows at each flow exceedence level.
30
31  These results for the Iron Gate to Shasta River reach based on the species and
32  life stage periodicity are provided in Table 49.  Each species and life stage has
33  been color coded for clarity.   Lighter shading indicates lower expected use (or
34  importance) within this reach for that particular month and was a factor in the
35  development of the monthly composite habitat matrix illustrated in Table 50,
36  which retains the color associations for species in Table 49.
37
38
39
40
41
42
43
44
45
46

Table 49.    Percent of maximum habitat based on the estimated unimpaired flows for chinook spawning, chinook fry, coho fry, steelhead fry, and 'summer' steelhead 1[+] in the Iron Gate to Shasta River reach.

| Chinook Spawning | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 24 | 15 | 16 | 15 | | | | | | 91 | 77 | 33 |
| 20 | 47 | 23 | 22 | 23 | | | | | | 95 | 88 | 53 |
| 30 | 50 | 37 | 26 | 28 | | | | | | 97 | 93 | 70 |
| 40 | 67 | 48 | 35 | 32 | | | | | | 99 | 94 | 83 |
| 50 | 75 | 65 | 44 | 45 | | | | | | 100 | 97 | 88 |
| 60 | 81 | 69 | 56 | 65 | | | | | | 100 | 99 | 92 |
| 70 | 87 | 80 | 72 | 78 | | | | | | 100 | 100 | 97 |
| 80 | 94 | 89 | 85 | 86 | | | | | | 100 | 100 | 98 |
| 90 | 97 | 96 | 96 | 96 | | | | | | 97 | 100 | 100 |
| **Chinook Fry** | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
| 10 | 97 | 82 | 84 | 82 | 97 | 100 | | | | | | |
| 20 | 97 | 96 | 96 | 97 | 100 | 97 | | | | | | |
| 30 | 96 | 100 | 98 | 99 | 100 | 95 | | | | | | |
| 40 | 89 | 97 | 100 | 100 | 97 | 87 | | | | | | |
| 50 | 85 | 91 | 98 | 98 | 95 | 84 | | | | | | |
| 60 | 81 | 88 | 94 | 91 | 87 | 72 | | | | | | |
| 70 | 75 | 81 | 87 | 83 | 76 | 67 | | | | | | |
| 80 | 67 | 73 | 77 | 76 | 72 | 61 | | | | | | |
| 90 | 62 | 63 | 63 | 63 | 64 | 58 | | | | | | |
| **Coho Fry** | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
| 10 | | 89 | 90 | 89 | 99 | 92 | | | | | | |
| 20 | | 100 | 100 | 99 | 96 | 86 | | | | | | |
| 30 | | 93 | 98 | 97 | 93 | 83 | | | | | | |
| 40 | | 86 | 94 | 95 | 87 | 73 | | | | | | |
| 50 | | 76 | 89 | 88 | 84 | 69 | | | | | | |
| 60 | | 73 | 81 | 77 | 72 | 59 | | | | | | |
| 70 | | 66 | 72 | 68 | 62 | 54 | | | | | | |
| 80 | | 59 | 63 | 62 | 59 | 50 | | | | | | |
| 90 | | 52 | 51 | 51 | 53 | 47 | | | | | | |
| **Steelhead Fry** | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
| 10 | | | | 83 | 94 | 100 | 89 | 74 | 72 | | | |
| 20 | | | | 92 | 98 | 97 | 84 | 68 | 66 | | | |
| 30 | | | | 97 | 99 | 95 | 74 | 62 | 65 | | | |
| 40 | | | | 98 | 98 | 90 | 69 | 61 | 64 | | | |
| 50 | | | | 98 | 96 | 87 | 66 | 60 | 61 | | | |
| 60 | | | | 93 | 89 | 76 | 64 | 59 | 60 | | | |
| 70 | | | | 86 | 80 | 71 | 61 | 57 | 59 | | | |
| 80 | | | | 79 | 76 | 65 | 59 | 57 | 57 | | | |
| 90 | | | | 67 | 69 | 61 | 57 | 57 | 57 | | | |
| **Steelhead 1+ Summer** | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
| 10 | | | | | | 30 | 39 | 53 | 55 | | | |
| 20 | | | | | | 32 | 44 | 59 | 61 | | | |
| 30 | | | | | | 33 | 53 | 68 | 62 | | | |
| 40 | | | | | | 39 | 57 | 72 | 64 | | | |
| 50 | | | | | | 42 | 61 | 74 | 72 | | | |
| 60 | | | | | | 51 | 65 | 79 | 76 | | | |
| 70 | | | | | | 56 | 73 | 84 | 79 | | | |
| 80 | | | | | | 63 | 78 | 85 | 84 | | | |
| 90 | | | | | | 71 | 85 | 90 | 89 | | | |

1  Table 50.      Monthly composite habitat matrix based on priority species and life
2                 stages in the Iron Gate to Shasta River reach.
3

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 24 | 82 | 84 | 82 | 97 | 92 | 89 | 53 | 55 | 91 | 77 | 33 |
| 20 | 47 | 96 | 96 | 97 | 100 | 86 | 84 | 59 | 61 | 95 | 88 | 53 |
| 30 | 50 | 100 | 98 | 99 | 100 | 83 | 74 | 68 | 62 | 97 | 93 | 70 |
| 40 | 67 | 97 | 100 | 100 | 97 | 73 | 69 | 72 | 64 | 99 | 94 | 83 |
| 50 | 75 | 91 | 98 | 98 | 95 | 69 | 66 | 74 | 72 | 100 | 97 | 88 |
| 60 | 81 | 88 | 94 | 91 | 87 | 59 | 64 | 79 | 76 | 100 | 99 | 92 |
| 70 | 87 | 81 | 87 | 83 | 76 | 54 | 61 | 84 | 79 | 100 | 100 | 97 |
| 80 | 94 | 73 | 77 | 76 | 72 | 50 | 59 | 85 | 84 | 100 | 100 | 98 |
| 90 | 97 | 63 | 63 | 63 | 64 | 47 | 57 | 90 | 89 | 97 | 100 | 100 |

chinook spawning
chinook fry
coho fry
steelhead fry
steelhead 1+

4
5  This composite monthly habitat matrix was then used as an initial guide in
6  selecting recommended flows for a given month at the various exceedence levels
7  as described below.
8
9  Selection of recommended monthly flows at each exceedence level involved an
10 iterative process that compared computed habitat for a target flow rate against
11 the reference habitat for the priority species and life stage in a given month.
12 Target flows were incrementally lowered from the unimpaired flow while
13 attempting to 'improve' or retain the same general habitat magnitude as the
14 reference habitat condition.  The extent that flows could be adjusted and still
15 achieve an equivalent (or improved) reference habitat value was highly
16 dependent on the habitat versus discharge relationship for a given species and
17 life stages over specific flow ranges.
18
19 Once a target flow regime at an exceedence level was determined, adjustments
20 in the monthly flows were made in order to preserve the underlying seasonal
21 shape of the unimpaired flow hydrograph.  Specifically this involved retaining the
22 approximate magnitude changes month-to-month reflected in the unimpaired
23 hydrology at each exceedence level.  This step also included the evaluation of
24 the relative differences between monthly flows at different exceedence flow
25 levels to ensure that a rational relationship was retained between different
26 exceedence levels (i.e., water year types).  This was approached by examining
27 the month-to-month and exceedence-to-exceedence changes in flow for the
28 unimpaired flow regimes and adjusting the target flows to retain this relative
29 difference.
30

1   When this final set of adjustments were made, the results for other species and
2   life stages were compared to their respective reference habitat conditions.
3   Based on this review of other species and life stages, no additional adjustments
4   to the flows were deemed necessary in all cases. The final set of recommended
5   target flows at each exceedence flow level were also plotted and compared
6   against the unimpaired flow regime to verify that no irrational results had been
7   obtained (i.e., the recommended flows preserved the seasonal and exceedence
8   flow characteristics of the hydrograph).
9
10  The flow recommendation process noted above also included a consideration of
11  the water temperature results for the various flow scenarios.  We consider that
12  the existing state of the summer and early fall temperature regime in the main
13  stem Klamath River to be sufficiently stressful (i.e., almost continual exposure to
14  chronic temperature levels regardless of exceedence flow levels) that flow rates
15  during this period were not recommended lower than 1000 cfs under any
16  circumstance.   This flow is approximately equivalent to the 90 percent
17  exceedence flow during August and September under estimated unimpaired flow
18  conditions.  Unimpaired flows during this period only range between 1000 cfs and
19  ~ 2100 cfs (i.e., the 10 percent exceedence).   Our assessment of the
20  temperature simulation results is that flows below 1000 cfs exacerbates these
21  deleterious temperature conditions and places the anadromous species at
22  greater ecological risk.  Additional temperature modeling underway by U.C. Davis
23  that incorporates the Shasta River will help in future evaluations but were not
24  available for use in this study.
25
26  **Iron Gate Dam to Shasta River Reach**
27
28  The estimated unimpaired monthly flows for each exceedence level below Iron
29  Gate Dam (CP 40) are provided in Table 51. These values were derived from the
30  MODSIM outputs within SIAM.
31
32  Table 51.     Simulated unimpaired monthly flows for the Iron Gate to Shasta
33               River Reach for the 10 to 90 percent exceedence flow levels.
34

| Exceedence | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 5282 | 6439 | 6302 | 6430 | 5259 | 4163 | 2829 | 2131 | 2076 | 2169 | 2664 | 4522 |
| 20 | 3792 | 5416 | 5463 | 5391 | 4613 | 3690 | 2528 | 1935 | 1843 | 1991 | 2284 | 3541 |
| 30 | 3666 | 4245 | 5045 | 4869 | 4313 | 3473 | 2129 | 1639 | 1813 | 1885 | 2081 | 2910 |
| 40 | 2990 | 3724 | 4394 | 4541 | 3785 | 2870 | 1986 | 1490 | 1754 | 1700 | 2020 | 2460 |
| 50 | 2738 | 3072 | 3913 | 3841 | 3568 | 2689 | 1854 | 1425 | 1503 | 1589 | 1897 | 2282 |
| 60 | 2541 | 2914 | 3389 | 3078 | 2848 | 2216 | 1739 | 1300 | 1377 | 1492 | 1717 | 2100 |
| 70 | 2299 | 2559 | 2838 | 2637 | 2361 | 2033 | 1462 | 1158 | 1296 | 1450 | 1613 | 1903 |
| 80 | 2037 | 2249 | 2390 | 2342 | 2218 | 1797 | 1325 | 1141 | 1174 | 1394 | 1584 | 1762 |
| 90 | 1871 | 1922 | 1909 | 1908 | 1962 | 1533 | 1148 | 1004 | 1021 | 1163 | 1434 | 1643 |

35
36

1 The corresponding percent of maximum habitat associated with each priority
2 species and life stage is provided in Table 50 (see above).  These flows and
3 associated habitat values were used in the procedure described above to derive
4 the monthly flow recommendations for the Iron Gate to Shasta River Reach at
5 the 10 to 90 percent exceedence ranges and are provided in Table 52.
6
7 Table 52.   Percent of maximum habitat for the recommended monthly flows in
8             the Iron Gate to Shasta River Reach at each exceedence flow
9             level.

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 38 | 99 | 96 | 97 | 100 | 87 | 78 | 63 | 61 | 97 | 90 | 53 |
| 20 | 51 | 100 | 99 | 100 | 100 | 81 | 74 | 68 | 66 | 98 | 93 | 68 |
| 30 | 68 | 95 | 100 | 100 | 97 | 73 | 69 | 73 | 70 | 100 | 95 | 85 |
| 40 | 76 | 91 | 98 | 97 | 94 | 67 | 64 | 77 | 73 | 100 | 97 | 90 |
| 50 | 85 | 85 | 94 | 93 | 91 | 61 | 61 | 81 | 77 | 100 | 99 | 94 |
| 60 | 90 | 79 | 88 | 85 | 82 | 55 | 60 | 86 | 82 | 99 | 100 | 98 |
| 70 | 94 | 72 | 77 | 72 | 69 | 50 | 58 | 90 | 86 | 97 | 100 | 100 |
| 80 | 99 | 63 | 66 | 63 | 62 | 48 | 57 | 90 | 88 | 97 | 99 | 100 |
| 90 | 100 | 58 | 58 | 58 | 58 | 46 | 57 | 90 | 90 | 96 | 97 | 99 |

chinook spawning
chinook fry
coho fry
steelhead fry
steelhead 1+

10
11 The corresponding difference in the percent of maximum habitat between the
12 unimpaired and recommended flow regimes for each month at each exceedence
13 flow level is provided in Table 53.
14
15 Table 53.   Difference between percent of maximum habitat for unimpaired and
16             recommended flow regimes in the Iron Gate to Shasta River
17             Reach.

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 14 | 16 | 13 | 15 | 2 | -5 | -11 | 9 | 7 | 6 | 13 | 21 |
| 20 | 5 | 3 | 3 | 3 | 0 | -5 | -10 | 9 | 4 | 3 | 5 | 16 |
| 30 | 18 | -5 | 2 | 1 | -3 | -9 | -5 | 5 | 8 | 3 | 2 | 15 |
| 40 | 9 | -6 | -2 | -3 | -3 | -5 | -5 | 4 | 9 | 1 | 3 | 7 |
| 50 | 10 | -6 | -5 | -5 | -4 | -8 | -5 | 6 | 5 | 0 | 2 | 6 |
| 60 | 10 | -9 | -6 | -5 | -5 | -4 | -4 | 7 | 6 | -1 | 1 | 5 |
| 70 | 7 | -10 | -9 | -11 | -8 | -4 | -2 | 6 | 7 | -3 | 0 | 3 |
| 80 | 5 | -11 | -12 | -13 | -11 | -2 | -2 | 5 | 4 | -3 | -1 | 2 |
| 90 | 3 | -5 | -5 | -5 | -6 | -1 | 0 | 0 | 1 | -1 | -3 | -1 |

chinook spawning
chinook fry
coho fry
steelhead fry
steelhead 1+

In this instance, the 'balancing' between habitat magnitudes and retention of the overall shape in the month-to-month and exceedence-to-exceedence flow patterns resulted in a slightly greater reduction of habitat values relative to the unimpaired reference conditions at the 70 and 80 percent exceedence flow levels during the February to May period compared to other exceedence levels. This was considered an 'equitable' tradeoff to maintain the characteristic of the underlying hydrograph properties.

The corresponding monthly instream flow recommendations at each exceedence flow level are provided in Figure 154.



| | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 4200 | 5000 | 5400 | 5200 | 4500 | 3800 | 2300 | 1800 | 1840 | 1900 | 2200 | 3500 |
| 20 | 3585 | 4250 | 4850 | 4650 | 4100 | 3350 | 2135 | 1635 | 1705 | 1780 | 2085 | 2950 |
| 30 | 2970 | 3500 | 4300 | 4100 | 3700 | 2900 | 1970 | 1470 | 1570 | 1660 | 1970 | 2400 |
| 40 | 2685 | 3110 | 3850 | 3700 | 3400 | 2600 | 1750 | 1360 | 1460 | 1565 | 1840 | 2215 |
| 50 | 2400 | 2720 | 3400 | 3300 | 3100 | 2300 | 1530 | 1250 | 1350 | 1470 | 1710 | 2030 |
| 60 | 2200 | 2460 | 2900 | 2750 | 2600 | 2050 | 1390 | 1125 | 1225 | 1335 | 1555 | 1815 |
| 70 | 2000 | 2200 | 2400 | 2200 | 2100 | 1800 | 1250 | 1000 | 1100 | 1200 | 1400 | 1600 |
| 80 | 1750 | 1900 | 2000 | 1900 | 1850 | 1575 | 1125 | 1000 | 1050 | 1150 | 1300 | 1450 |
| 90 | 1500 | 1600 | 1600 | 1600 | 1600 | 1350 | 1000 | 1000 | 1000 | 1100 | 1200 | 1300 |

Figure 154.   Recommended monthly instream flows below Iron Gate Dam at each exceedence flow level.

The recommended flow regimes can be compared to the unimpaired flow regimes shown in Figure 153. This comparison shows that both the seasonal and intra-annual flow variability of the recommended flows 'mimic' the unimpaired flow regime while retaining close agreement with the predicted amounts of available physical habitat (see Table 53).

1   **Shasta to Scott River Reach**
2
3   The estimated unimpaired flows for the middle of this reach (CP 100) were used
4   for the calculation of the reference habitat conditions.  These flows are provided
5   in Table 54.
6
7   Table 54.   Simulated unimpaired monthly flows for the Shasta River to Scott
8              River Reach for the 10 to 90 percent exceedence flow levels
9              (middle of reach).
10

| Exceedence | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 7593 | 8313 | 7519 | 7743 | 6427 | 4828 | 3082 | 2273 | 2238 | 2416 | 3355 | 6491 |
| 20 | 5243 | 7340 | 7028 | 6187 | 5430 | 4424 | 2956 | 2120 | 2086 | 2212 | 2569 | 4356 |
| 30 | 4579 | 5138 | 6265 | 5858 | 4947 | 3788 | 2404 | 1717 | 1940 | 2115 | 2413 | 3479 |
| 40 | 3516 | 4576 | 5644 | 5272 | 4228 | 3117 | 2107 | 1560 | 1897 | 1900 | 2368 | 2849 |
| 50 | 3336 | 3746 | 4770 | 4606 | 4043 | 2998 | 1974 | 1539 | 1603 | 1776 | 2251 | 2712 |
| 60 | 2951 | 3353 | 3892 | 3690 | 3398 | 2582 | 1845 | 1410 | 1456 | 1657 | 1918 | 2474 |
| 70 | 2658 | 2921 | 3323 | 2961 | 2670 | 2259 | 1544 | 1210 | 1386 | 1614 | 1842 | 2164 |
| 80 | 2539 | 2715 | 2751 | 2649 | 2459 | 1986 | 1401 | 1200 | 1229 | 1569 | 1796 | 2041 |
| 90 | 2156 | 2219 | 2149 | 2098 | 2180 | 1636 | 1202 | 1021 | 1059 | 1277 | 1634 | 1884 |

11
12   The monthly composite habitat matrix was generated for this river reach using
13   the same process and priority life stages as discussed above.  The priority
14   species and life stage associated with a given month was modified to reflect the
15   differences in the monthly species and life stage periodicities unique to this reach
16   (see Table 29).  In this instance, chinook fry were extended to June in lieu of
17   using coho fry.
18
19   The composite habitat matrix associated with the unimpaired flows for the Shasta
20   to Scott River Reach is provided in Table 55.  This table retains the same color
21   scheme as the Iron Gate to Shasta River reach.
22
23   The recommended flows in the Shasta to Scott River Reach were initially
24   evaluated by adding the reach gains to the recommended flows below Iron Gate
25   Dam (CP 40) that corresponded to the control point at the middle of this river
26   reach (i.e., CP 100).  This process of propagating the Iron Gate to Shasta River
27   reach recommendations downstream was utilized to assess if the flow
28   recommendations could be achieved by maintaining hydrologic continuity
29   between the reaches if possible.  The corresponding composite habitat matrix at
30   the reach level is provided in Table 56 and Table 57 shows the difference
31   compared to the unimpaired habitat values.
32
33
34
35
36

1
2
3  Table 55.    Monthly composite habitat matrix based on priority species and life
4              stages in the Shasta River to Scott River Reach for unimpaired
5              flows (middle of reach).
6

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 39 | 73 | 77 | 76 | 87 | 100 | 90 | 70 | 70 | 70 | 57 | 41 |
| 20 | 45 | 78 | 81 | 90 | 98 | 99 | 88 | 71 | 71 | 73 | 67 | 50 |
| 30 | 48 | 99 | 89 | 96 | 99 | 92 | 71 | 77 | 73 | 75 | 70 | 56 |
| 40 | 56 | 100 | 97 | 99 | 97 | 81 | 59 | 81 | 74 | 80 | 71 | 63 |
| 50 | 57 | 92 | 100 | 100 | 96 | 78 | 54 | 81 | 80 | 84 | 73 | 65 |
| 60 | 62 | 86 | 94 | 91 | 87 | 68 | 50 | 85 | 83 | 87 | 80 | 69 |
| 70 | 65 | 77 | 86 | 78 | 71 | 56 | 41 | 89 | 85 | 88 | 82 | 74 |
| 80 | 68 | 72 | 73 | 70 | 63 | 47 | 35 | 90 | 89 | 89 | 83 | 76 |
| 90 | 74 | 55 | 52 | 50 | 53 | 38 | 28 | 96 | 95 | 96 | 88 | 81 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

7
8
9  Table 56.    Monthly composite habitat matrix based on priority species and life
10             stages in the Shasta River to Scott River Reach based on reach
11             gains added to the Iron Gate to Shasta River Reach recommended
12             flows (middle of reach).
13

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 42 | 88 | 84 | 80 | 90 | 100 | 80 | 73 | 72 | 72 | 66 | 44 |
| 20 | 47 | 97 | 85 | 94 | 99 | 96 | 71 | 76 | 75 | 76 | 68 | 53 |
| 30 | 51 | 95 | 96 | 99 | 100 | 90 | 60 | 81 | 77 | 79 | 69 | 58 |
| 40 | 58 | 94 | 100 | 100 | 98 | 80 | 53 | 84 | 81 | 83 | 73 | 60 |
| 50 | 59 | 85 | 98 | 97 | 91 | 72 | 47 | 85 | 84 | 86 | 75 | 69 |
| 60 | 62 | 83 | 91 | 88 | 82 | 62 | 41 | 89 | 86 | 90 | 79 | 74 |
| 70 | 69 | 83 | 79 | 73 | 73 | 52 | 37 | 95 | 89 | 93 | 83 | 79 |
| 80 | 72 | 73 | 68 | 57 | 55 | 42 | 28 | 94 | 92 | 95 | 87 | 81 |
| 90 | 80 | 48 | 47 | 45 | 46 | 34 | 27 | 95 | 95 | 97 | 91 | 88 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

14
15
16
17
18

1
2
3    Table 57.    Difference between percent of maximum habitat for unimpaired and
4        recommended flow regimes in the Shasta River to Scott River
5        Reach (middle of reach).
6

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 3 | 15 | 6 | 4 | 3 | 0 | -10 | 3 | 2 | 2 | 9 | 3 |
| 20 | 2 | 18 | 4 | 4 | 1 | -2 | -17 | 5 | 4 | 3 | 1 | 3 |
| 30 | 3 | -4 | 7 | 3 | 0 | -3 | -11 | 3 | 4 | 4 | -1 | 2 |
| 40 | 3 | -6 | 3 | 1 | 1 | -1 | -5 | 3 | 7 | 3 | 3 | -3 |
| 50 | 2 | -7 | -2 | -3 | -5 | -6 | -7 | 4 | 4 | 2 | 2 | 4 |
| 60 | 0 | -3 | -3 | -3 | -4 | -6 | -9 | 4 | 2 | 3 | -1 | 5 |
| 70 | 4 | 7 | -7 | -5 | 2 | -4 | -4 | 5 | 4 | 5 | 1 | 5 |
| 80 | 4 | 1 | -5 | -13 | -8 | -4 | -7 | 4 | 4 | 6 | 4 | 5 |
| 90 | 5 | -7 | -5 | -5 | -7 | -4 | -2 | -1 | 0 | 1 | 4 | 8 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

7
8  Based on this comparison we felt the maintaining hydrologic continuity between
9  these reaches provided a reasonable basis to factor into the flow
10  recommendations. We recognize that the estimated reach gains in MODSIM are
11  impacted by depletions within the Shasta River and that they can be improved
12  once additional flow depletion analyses are completed as part of ongoing studies.
13  This is clearly illustrated in Figure 155, which depicts the flow regime immediately
14  below the Shasta River derived by adding the reach gains to the instream flow
15  recommendations for the Iron Gate to Shasta River Reach.
16
17  This figure clearly illustrates that adjustments to the flow regime for some months
18  and flow exceedence levels were required to obtain a rational flow regime for the
19  instream flow recommendations. These preliminary values were adjusted using
20  the same basic procedure as followed in the Iron Gate to Shasta River Reach in
21  order to derive the final instream flow recommendations for this reach. These
22  values are provided in Figure 156.
23
24
25



1  Figure 155.  Monthly flows below the Shasta River based on reach gains added
2            to the flow recommendations in the Iron Gate to Shasta River
3            Reach.



4
5  Figure 156.  Recommended instream flows below the Shasta River at each
6            exceedence flow level.
7

1  **Scott River to Salmon River Reach**
2
3  The estimated unimpaired flows for the middle of this reach (CP 160) were used
4  for the calculation of the reference habitat conditions.  These flows are provided
5  in Table 58.
6
7  Table 58.    Simulated unimpaired monthly flows for the Scott River to Salmon
8              River Reach for the 10 to 90 percent exceedence flow levels
9              (middle of reach).
10

| Exceedence | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 19723 | 20625 | 15395 | 14523 | 12441 | 9185 | 4245 | 2745 | 2646 | 3023 | 7839 | 16914 |
| 20 | 11596 | 12320 | 13798 | 11717 | 10524 | 6837 | 3840 | 2513 | 2476 | 2911 | 5053 | 10707 |
| 30 | 10214 | 10852 | 13222 | 10693 | 9380 | 6154 | 3245 | 2122 | 2276 | 2484 | 4495 | 6739 |
| 40 | 8441 | 9305 | 11055 | 9488 | 7061 | 4747 | 2696 | 1981 | 2138 | 2315 | 3326 | 5584 |
| 50 | 5391 | 6789 | 8886 | 8107 | 6581 | 4350 | 2486 | 1744 | 1829 | 2096 | 2636 | 3989 |
| 60 | 5063 | 6275 | 6565 | 6060 | 6224 | 3974 | 2384 | 1665 | 1677 | 1989 | 2297 | 3630 |
| 70 | 4696 | 5295 | 5877 | 4876 | 4407 | 3332 | 1968 | 1445 | 1613 | 1840 | 2232 | 3190 |
| 80 | 4269 | 4247 | 4774 | 4411 | 3622 | 2806 | 1857 | 1389 | 1389 | 1701 | 2123 | 2692 |
| 90 | 2998 | 3566 | 3657 | 3531 | 3254 | 2124 | 1438 | 1129 | 1178 | 1426 | 2045 | 2646 |

11
12  The monthly composite habitat matrix was generated for this river reach using
13  the same process and priority life stages as discussed above.  The priority
14  species and life stage associated with a given month was modified to reflect the
15  differences in the monthly species and life stage periodicities unique to this reach
16  (see Table 29).  In this instance, chinook fry were extended to June in lieu of
17  using coho fry.
18
19  The composite habitat matrix associated with the unimpaired flows for the Scott
20  River to Salmon River Reach is provided in Table 59.  Note that in Table 59,
21  '#N/A' indicates that the unimpaired flows were outside the simulated flow range
22  used in the physical habitat simulations and therefore these values were not able
23  to be computed.  This table retains the same color scheme as the Iron Gate to
24  Shasta River reach.
25
26  The recommended flows in the Scott River to Salmon River Reach were initially
27  evaluated by adding the reach gains to the recommended flows below the
28  Shasta River (CP 80) that corresponded to the control point at the middle of this
29  river reach (i.e., CP 160).  The corresponding composite habitat matrix at the
30  reach level is provided in Table 60 and Table 61 shows the difference compared
31  to the unimpaired habitat values.
32
33
34
35
36

1
2  Table 59.   Monthly composite habitat matrix based on priority species and life
3            stages in the Scott River to Salmon River Reach for unimpaired
4            flows. (Note: #N/A means flows were beyond habitat simulation
5            ranges).
6

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | 97 | 78 | 91 | 92 | 100 | 58 | #N/A |
| 20 | #N/A | #N/A | #N/A | #N/A | #N/A | 82 | 80 | 93 | 93 | 99 | 89 | #N/A |
| 30 | 39 | #N/A | #N/A | #N/A | 97 | 75 | 80 | 96 | 95 | 97 | 94 | 71 |
| 40 | 52 | 97 | #N/A | 97 | 85 | 69 | 78 | 97 | 96 | 96 | 100 | 85 |
| 50 | 87 | 81 | 96 | 93 | 79 | 70 | 77 | 98 | 98 | 94 | 98 | 98 |
| 60 | 89 | 76 | 79 | 74 | 75 | 73 | 77 | 99 | 99 | 91 | 95 | 99 |
| 70 | 92 | 69 | 73 | 69 | 69 | 77 | 75 | 100 | 99 | 86 | 95 | 100 |
| 80 | 95 | 70 | 69 | 69 | 75 | 77 | 75 | 100 | 100 | 81 | 94 | 99 |
| 90 | 100 | 75 | 75 | 75 | 77 | 74 | 73 | 99 | 99 | 73 | 92 | 99 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

7
8
9  Table 60.   Monthly composite habitat matrix based on priority species and life
10           stages in the Scott River to Salmon River Reach based on reach
11           gains added to the Shasta River Reach recommended flows
12           (middle of reach). (Note: #N/A means flows were beyond habitat
13           simulation ranges).
14

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | 92 | 80 | 95 | 95 | 99 | 76 | #N/A |
| 20 | #N/A | #N/A | #N/A | #N/A | 100 | 78 | 80 | 97 | 96 | 97 | 93 | 50 |
| 30 | 42 | #N/A | #N/A | 100 | 97 | 72 | 79 | 98 | 97 | 95 | 97 | 66 |
| 40 | 49 | 95 | 95 | 95 | 84 | 69 | 78 | 98 | 98 | 94 | 99 | 88 |
| 50 | 65 | 96 | 90 | 87 | 77 | 71 | 76 | 99 | 99 | 93 | 99 | 92 |
| 60 | 91 | 82 | 83 | 75 | 70 | 74 | 76 | 100 | 99 | 88 | 99 | 98 |
| 70 | 94 | 72 | 70 | 69 | 68 | 77 | 75 | 99 | 100 | 79 | 97 | 100 |
| 80 | 99 | 69 | 68 | 72 | 74 | 76 | 73 | 99 | 99 | 75 | 92 | 99 |
| 90 | 99 | 75 | 74 | 75 | 77 | 73 | 73 | 99 | 99 | 72 | 84 | 95 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

15
16
17
18

Table 61.    Difference between percent of maximum habitat for unimpaired and recommended flow regimes in the Scott River to Salmon River Reach (middle of reach). (Note: #N/A means flows were beyond habitat simulation ranges).

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | -4 | 2 | 4 | 3 | 0 | 18 | #N/A |
| 20 | #N/A | #N/A | #N/A | #N/A | #N/A | -4 | 0 | 4 | 3 | -2 | 4 | #N/A |
| 30 | 3 | #N/A | #N/A | #N/A | 0 | -3 | -1 | 1 | 2 | -2 | 3 | -4 |
| 40 | -3 | -1 | #N/A | -3 | -1 | 0 | -1 | 1 | 2 | -2 | -1 | 3 |
| 50 | -22 | 14 | -5 | -6 | -2 | 1 | -1 | 1 | 1 | -1 | 1 | -6 |
| 60 | 2 | 6 | 4 | 0 | -6 | 2 | -1 | 1 | 1 | -3 | 4 | -1 |
| 70 | 1 | 3 | -3 | 0 | -1 | 0 | 0 | -1 | 0 | -7 | 2 | 0 |
| 80 | 4 | -1 | 0 | 3 | -1 | -1 | -1 | 0 | 0 | -7 | -2 | 0 |
| 90 | 0 | 0 | -1 | 0 | 0 | -1 | 0 | 0 | 0 | -1 | -8 | -3 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

These results illustrate the inherent uncertainty in the existing flow accretions estimated within the MODSIM module of SIAM.  The low negative habitat value in January for chinook spawning (i.e., -22 percent) is due to an 'abnormally' low relative value in the accretions between at the 50 percent flow exceedence value compared to the accretions at the 60 and 40 percent values.  This apparent discrepancy in the estimated flows was taken into account during the flow recommendation process by adjusting the recommended flows to retain a rational magnitude between adjacent months and adjacent exceedence levels. This is illustrated further by an examination of Figure 157, which depicts the flow regime immediately below the Scott River derived by adding the reach gains to the instream flow recommendations for the Shasta River Reach.

This figure clearly illustrates that some adjustments to the flow regime for some months and flow exceedence levels were required to obtain a rational flow regime for the instream flow recommendations.  These preliminary values were adjusted using the same basic procedures described previously.   The final recommended instream flow values immediately below the Scott River are provided in Figure 158.



1
2  Figure 157.  Monthly flows below the Scott River based on reach gains added to
3              the flow recommendations in the Shasta River to Scott River
4              Reach.
5



6
7  Figure 158.  Recommended instream flows below the Scott River at each
8              exceedence flow level.
9

1 **Salmon River to Trinity River Reach**
2
3 The estimated unimpaired flows for the middle of this reach (CP 190) were used
4 for the calculation of the reference habitat conditions.  These flows are provided
5 in Table 62.
6
7 Table 62.     Simulated unimpaired monthly flows for the Salmon River to Trinity
8              River Reach for the 10 to 90 percent exceedence flow levels.
9

| Exceedence | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 34460 | 34963 | 26537 | 23239 | 20800 | 15147 | 5863 | 3373 | 3228 | 4076 | 14569 | 31486 |
| 20 | 19747 | 22863 | 22939 | 19452 | 18165 | 11274 | 5141 | 3156 | 2909 | 3976 | 8561 | 19554 |
| 30 | 17341 | 17594 | 21607 | 17751 | 15931 | 8987 | 4496 | 2778 | 2757 | 3035 | 7939 | 10560 |
| 40 | 15349 | 14982 | 17915 | 15133 | 11185 | 7328 | 3591 | 2647 | 2423 | 2771 | 4740 | 9651 |
| 50 | 8981 | 11791 | 13983 | 12348 | 10032 | 6407 | 3199 | 2109 | 2206 | 2647 | 3209 | 6219 |
| 60 | 8403 | 9981 | 10987 | 9992 | 9624 | 6026 | 3058 | 1983 | 2084 | 2482 | 2962 | 5467 |
| 70 | 7408 | 8351 | 9236 | 8239 | 6962 | 4777 | 2611 | 1807 | 1838 | 2234 | 2840 | 4803 |
| 80 | 6580 | 7398 | 7878 | 7219 | 5575 | 3592 | 2401 | 1726 | 1652 | 1885 | 2728 | 3677 |
| 90 | 4359 | 5565 | 6047 | 5374 | 4906 | 2960 | 1869 | 1377 | 1403 | 1662 | 2547 | 3259 |

10 The monthly composite habitat matrix was generated for this river reach using
11 the same process and priority life stages as discussed above.  The priority
12 species and life stage associated with a given month was modified to reflect the
13 differences in the monthly species and life stage periodicities unique to this reach
14 (see Table 29).  In this instance, chinook fry were extended to June in lieu of
15 using coho fry.
16
17
18 The composite habitat matrix associated with the unimpaired flows for the
19 Salmon River to Trinity River Reach is provided in Table 63.  Note that in Table
20 63, '#N/A' indicates that the unimpaired flows were higher than the simulated flow
21 range used in the physical habitat simulations and therefore these values were
22 not able to be computed.  This table retains the same color scheme as the Iron
23 Gate to Shasta River reach.
24
25 The recommended flows in the Salmon River to Trinity River Reach were initially
26 evaluated by adding the reach gains to the recommended flows below the Scott
27 River (CP 130) that corresponded to the control point at the middle of this river
28 reach (i.e., CP 160).  The corresponding composite habitat matrix at the reach
29 level is provided in Table 64 and Table 65 shows the difference compared to the
30 unimpaired habitat values.
31
32
33
34
35
36

Table 63.    Monthly composite habitat matrix based on priority species and life stages in the Salmon River to Trinity River Reach for unimpaired flows. (Note: #N/A means flows were beyond habitat simulation ranges).

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | 92 | 99 | 89 | 90 | 98 | 30 | #N/A |
| 20 | #N/A | #N/A | #N/A | #N/A | #N/A | 85 | 99 | 91 | 93 | 97 | 72 | #N/A |
| 30 | #N/A | #N/A | #N/A | #N/A | 92 | 85 | 96 | 94 | 94 | 89 | 79 | 52 |
| 40 | 28 | 92 | #N/A | 92 | 84 | 92 | 89 | 95 | 96 | 84 | 99 | 62 |
| 50 | 68 | 86 | 90 | 87 | 82 | 94 | 85 | 99 | 98 | 82 | 92 | 95 |
| 60 | 74 | 82 | 84 | 82 | 82 | 96 | 84 | 99 | 99 | 79 | 88 | 99 |
| 70 | 85 | 88 | 84 | 88 | 93 | 99 | 81 | 100 | 99 | 75 | 86 | 100 |
| 80 | 92 | 91 | 90 | 92 | 99 | 89 | 80 | 100 | 100 | 68 | 84 | 95 |
| 90 | 99 | 99 | 96 | 100 | 99 | 84 | 78 | #N/A | #N/A | 62 | 80 | 92 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

Table 64.    Monthly composite habitat matrix based on priority species and life stages in the Salmon River to Trinity River Reach based on reach gains added to the Scott River Reach recommended flows (middle of reach). (Note: #N/A means flows were beyond habitat simulation ranges).

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | 88 | 98 | 94 | 95 | 94 | 41 | #N/A |
| 20 | #N/A | 92 | #N/A | 92 | 92 | 82 | 96 | 96 | 96 | 88 | 78 | 32 |
| 30 | 29 | 92 | 92 | 92 | 91 | 89 | 90 | 98 | 98 | 84 | 94 | 47 |
| 40 | 47 | 91 | 90 | 87 | 84 | 93 | 85 | 99 | 99 | 79 | 100 | 77 |
| 50 | 51 | 84 | 85 | 84 | 83 | 96 | 82 | 99 | 99 | 75 | 97 | 87 |
| 60 | 86 | 82 | 82 | 87 | 88 | 100 | 81 | 99 | 100 | 73 | 93 | 98 |
| 70 | 95 | 86 | 88 | 92 | 91 | 99 | 80 | #N/A | 100 | 68 | 84 | 98 |
| 80 | 99 | 91 | 93 | 96 | 98 | 89 | 78 | #N/A | #N/A | 65 | 78 | 96 |
| 90 | 97 | 98 | 98 | 100 | 98 | 83 | 78 | #N/A | #N/A | #N/A | 75 | 92 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

1    Table 65.    Difference between percent of maximum habitat for unimpaired and
2                recommended flow regimes in the Salmon River to Trinity River
3                Reach (middle of reach). (Note: #N/A means flows were beyond
4                habitat simulation ranges).
5

| Composite Matrix | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | #N/A | #N/A | #N/A | #N/A | #N/A | -4 | 0 | 5 | 5 | -3 | 11 | #N/A |
| 20 | #N/A | #N/A | #N/A | #N/A | #N/A | -3 | -3 | 6 | 3 | -9 | 5 | #N/A |
| 30 | #N/A | #N/A | #N/A | #N/A | -1 | 4 | -6 | 4 | 4 | -5 | 14 | -5 |
| 40 | 19 | 0 | #N/A | -5 | 0 | 2 | -3 | 4 | 3 | -6 | 0 | 16 |
| 50 | -17 | -2 | -5 | -3 | 1 | 2 | -2 | 0 | 1 | -7 | 5 | -7 |
| 60 | 12 | 0 | -2 | 4 | 6 | 4 | -3 | 0 | 1 | -6 | 5 | -1 |
| 70 | 10 | -2 | 4 | 4 | -1 | 0 | -2 | #N/A | 1 | -7 | -1 | -2 |
| 80 | 7 | -1 | 4 | 4 | -1 | 1 | -2 | #N/A | #N/A | -2 | -5 | 1 |
| 90 | -2 | -1 | 2 | 0 | -1 | 0 | 0 | #N/A | #N/A | #N/A | -5 | 0 |

chinook spawning
chinook fry
steelhead fry
steelhead 1+

6
7
8    Figure 159 depicts the flow regime immediately below the Salmon River derived
9    by adding the reach gains to the instream flow recommendations for the Scott
10   River Reach.
11
12   This figure clearly illustrates that some adjustments to the flow regime for some
13   months and flow exceedance levels were required to obtain a rational flow
14   regime for the instream flow recommendations. These preliminary values were
15   adjusted using the same basic procedures described previously.  The final
16   instream flow recommended values immediately below the Salmon River are
17   provided in Figure 160.
18



1    Figure 159.   Monthly flows below the Salmon River based on reach gains added
2                  to the flow recommendations in the Scott River Reach.
3



| | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 31700 | 28500 | 26300 | 22500 | 20000 | 14300 | 5300 | 3000 | 2700 | 3900 | 14000 | 26900 |
| 20 | 22300 | 23400 | 22700 | 19800 | 17900 | 11100 | 4800 | 2600 | 2600 | 3200 | 9300 | 17200 |
| 30 | 18600 | 19900 | 19300 | 18400 | 16800 | 8600 | 4000 | 2400 | 2400 | 2800 | 7400 | 13800 |
| 40 | 15300 | 17300 | 16200 | 14300 | 12500 | 7600 | 3600 | 2300 | 2250 | 2600 | 6100 | 9400 |
| 50 | 12800 | 15000 | 14300 | 12300 | 10700 | 6800 | 3100 | 2100 | 2100 | 2450 | 4400 | 8700 |
| 60 | 8300 | 11800 | 11700 | 10500 | 9300 | 5900 | 2900 | 2000 | 1900 | 2250 | 3600 | 6900 |
| 70 | 7600 | 10100 | 9800 | 8900 | 7900 | 5200 | 2700 | 1800 | 1750 | 2000 | 3100 | 5200 |
| 80 | 6500 | 7900 | 8300 | 7400 | 6500 | 4000 | 2150 | 1650 | 1550 | 1900 | 2700 | 4100 |
| 90 | 4450 | 5700 | 6600 | 6500 | 4800 | 3050 | 1975 | 1300 | 1300 | 1650 | 2400 | 3700 |

4
5    Figure 160.   Recommended instream flows below the Salmon River at each
6                  exceedence flow level.

1
2
3 **Trinity River to Estuary Reach**
4
5 As noted previously in the report, no habitat simulations were conducted for this
6 river reach due to inadequate performance of the hydraulic model for the
7 downstream most study site.  However, flow recommendations are made for this
8 river reach using the same procedure for other reaches to propagate the
9 recommended flows from the Salmon River to Trinity River Reach.   The
10 corresponding instream flow recommendations are shown in Figure 161.
11



Trinity River to Estuary

| | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 85800 | 85000 | 74400 | 62100 | 41100 | 26700 | 9600 | 5400 | 5200 | 8400 | 40000 | 85000 |
| 20 | 68700 | 65100 | 61700 | 47000 | 36900 | 21000 | 8600 | 5000 | 4900 | 6800 | 27300 | 50700 |
| 30 | 51200 | 54900 | 55400 | 41400 | 32600 | 17800 | 7500 | 4600 | 4100 | 5700 | 17300 | 35000 |
| 40 | 39500 | 43100 | 43300 | 31000 | 24500 | 15000 | 6800 | 4500 | 4000 | 5100 | 13200 | 26000 |
| 50 | 34500 | 38900 | 38600 | 27600 | 20100 | 12500 | 5800 | 4100 | 3800 | 4500 | 9200 | 20600 |
| 60 | 26500 | 31900 | 30200 | 24400 | 17200 | 10900 | 5400 | 3900 | 3600 | 4100 | 7500 | 17100 |
| 70 | 20600 | 27900 | 26400 | 20300 | 15600 | 9300 | 4800 | 3500 | 3400 | 4000 | 5900 | 13600 |
| 80 | 16700 | 21400 | 21500 | 19000 | 13600 | 8300 | 4500 | 3300 | 3200 | 3500 | 5400 | 9800 |
| 90 | 10300 | 17600 | 16700 | 14100 | 11600 | 7000 | 4000 | 3000 | 2600 | 3000 | 4500 | 6800 |

12
13 Figure 161.   Recommended instream flows below the Trinity River at each
14             exceedence flow level.
15
16 **Flow Recommendation Implementation**
17
18 An objective of the Phase II study was to develop instream flow
19 recommendations for different water year types.  In Phase I, we relied on the
20 definition of five water year types based on net inflow to Upper Klamath Lake and
21 this operational definition was retained in Phase II (see Hydrology section).
22 However, as the results in the previous section indicate, we have actually
23 developed flow recommendations associated with 'nine' water year types and as
24 will be discussed below, we are recommending that these results be used to
25 specify instream flow regimes as a 'continuous function' rather than only five

water year types.  Our motivation for this approach is illustrated by the following example.

Instream flow requirements for the previously defined five-water year types were derived by assigning required flows below Iron Gate Dam using the following exceedence values:

- Extremely Wet       10 percent exceedence
- Wet                        30 percent exceedence
- Average                 50 percent exceedence
- Dry                         70 percent exceedence
- Critically Dry          90 percent exceedence

These recommended instream flow requirements below Iron Gate Dam for each of these five water year types were then used to simulate Klamath Project Operations using KPSIM.  In these simulations, we used the USFWS 2000 Biological Opinion Upper Klamath Lake water surface elevations and the historical net inflows to Upper Klamath Lake.  For this analysis, we used the project operations over the 1961 to 1997 period of record.

Table 66 shows a summary of river flows below Iron Gate Dam for these simulation results.  Values in red indicate that the target flows could not be met, non-zero values indicate flows in excess of the recommended flows, and a zero value indicates that the flow release equaled the target flow (i.e., the flow recommendation).  When examining these results, it should be noted that the 'discrepancy' between the target instream flow recommendations and the flow values derived from the simulations are related to project operations, year-to-year variation in Upper Klamath Lake inflows, and carry over storage between years.  This simulation was also undertaken to check whether the Phase II recommended flows could be physically met over a long-term set of simulated historical net inflows to Upper Klamath Lake.  This analysis confirmed that the project could be operated to achieve these recommendations in all but 19 of the 468 simulated months in this period of record.  It is important to note that for these simulations rely on the net inflows to Upper Klamath Lake (i.e., existing depletions are included).

The corresponding KPSIM Upper Klamath Lake demands, shortages, and inflows for this simulated period are provided in Figure 162.  These data show effect of the recommended flow regime on agricultural and refuge demands.

1   Table 66.   KPSIM simulation results for flows at Iron Gate Dam based on the
2            Phase II flow recommendations by five water year types.

| Water Year | Oct | Nov | Dec | Jan | Feb | Mar 1-15 | Mar 16-31 | Apr 1-15 | Apr 16-30 | May 1-15 | May 16-31 | Jun 1-15 | Jun 16-30 | Jul 1-15 | Jul 16-31 | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1992 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1994 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (256.0) | (256.0) | (221.4) | (221.4) | (236.4) | (236.4) | (170.1) | (170.1) | (156.8) | (150.4) |
| 1991 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1981 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1968 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1988 | 0.0 | 0.0 | 0.0 | 8.1 | 189.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1977 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (26.3) | (21.0) |
| 1990 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1979 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1973 | 0.0 | 0.0 | 530.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1987 | 0.0 | 433.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1970 | 0.0 | 0.0 | 16.0 | 3773.5 | 1718.7 | 1456.9 | 1896.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1980 | 0.0 | 0.0 | 589.8 | 2129.8 | 1430.7 | 583.9 | 623.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1961 | 0.0 | 0.0 | 468.5 | 0.0 | 59.0 | 214.5 | 254.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1966 | 364.2 | 1250.5 | 201.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 44.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1962 | 0.0 | 0.0 | 806.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1964 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (44.2) | (20.5) | (25.4) |
| 1976 | 0.0 | 728.7 | 432.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1997 | 0.0 | 122.1 | 3059.4 | 6820.5 | 1917.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1986 | 0.0 | 246.7 | 0.0 | 418.3 | 4139.7 | 3305.8 | 3302.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1995 | (146.4) | (156.8) | (168.8) | (89.2) | (343.7) | (293.6) | (293.6) | 0.0 | 73.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1978 | 0.0 | 0.0 | 0.0 | 1979.2 | 785.9 | 191.9 | 188.1 | 3.2 | 322.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1965 | 0.0 | 0.0 | 5089.1 | 5687.5 | 4171.5 | 778.2 | 774.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1985 | 0.0 | 2444.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1996 | 0.0 | 0.0 | 55.6 | 1557.2 | 6163.3 | 1312.7 | 1309.0 | 13.6 | 351.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1989 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 805.0 | 599.3 | 937.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1963 | 1025.0 | 1265.4 | 1381.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (40.5) | 0.0 |
| 1972 | 0.0 | 140.1 | 0.0 | 0.0 | 4977.7 | 5925.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1967 | 0.0 | 0.0 | 988.8 | 701.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1969 | 0.0 | 0.0 | 882.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1993 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1998 | 0.0 | 7.1 | 0.0 | 1463.2 | 159.5 | 438.3 | 434.5 | 0.0 | 86.8 | 1097.7 | 1116.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1982 | 0.0 | 641.6 | 4745.2 | 1392.4 | 4737.6 | 1331.1 | 1327.4 | 1260.9 | 1599.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1975 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1974 | 0.0 | 1022.9 | 2923.0 | 4058.8 | 376.5 | 1119.5 | 1115.8 | 2196.1 | 2534.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1999 | 0.0 | 695.1 | 492.9 | 122.4 | 0.0 | 0.0 | 0.0 | 0.0 | 598.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1984 | 0.0 | 690.9 | 2574.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1971 | 0.0 | 404.5 | 2156.3 | 2310.8 | 0.0 | 0.0 | 0.0 | 0.0 | 67.5 | 81.4 | 100.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1983 | 0.0 | 0.0 | 766.4 | 0.0 | 573.9 | 1895.3 | 1891.6 | 0.3 | 315.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Min | (146.4) | (156.8) | (168.8) | (89.2) | (343.7) | (293.6) | (293.6) | (256.0) | (256.0) | (221.4) | (221.4) | (236.4) | (236.4) | (170.1) | (170.1) | (156.8) | (150.4) |
| Average | 31.9 | 254.8 | 695.1 | 851.7 | 668.7 | 443.9 | 491.2 | 97.9 | 171.2 | 24.6 | 25.5 | (6.1) | (6.1) | (4.4) | (6.2) | (5.6) | (5.0) |
| Max | 1025.0 | 2444.8 | 5089.1 | 6820.5 | 6163.3 | 4977.7 | 5925.9 | 2196.1 | 2534.2 | 1097.7 | 1116.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

3



4
5   Figure 162.   Upper Klamath Lake demands, shortages, and inflows using the
6             Phase II instream flow recommendations for five water year types.

**Draft – Subject to Change**

1   The simulated flows derived from the KPSIM modeling for these
2   recommendations were then used to calculate the associated percent of
3   maximum habitat for all species and life stages.  These values for the priority
4   species and life stages are shown in Table 67.  This also provides a comparison
5   of the percent of maximum habitat for the other flow scenarios described in the
6   hydrology section (i.e., FERC, USGS historical, and Phase I).
7
8   Table 67.    Percent of maximum habitat for priority species and life stages (see
9                 text) in the Iron Gate to Shasta River Reach for various flow
10                alternatives.
11

| Extremely Wet WY | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unimpaired | 24 | 82 | 84 | 82 | 97 | 92 | 89 | 53 | 55 | 91 | 77 | 33 |
| Phase II | 25 | 74 | 86 | 96 | 100 | 93 | 74 | 68 | 66 | 98 | 73 | 21 |
| USGS Historical | 24 | 81 | 76 | 94 | 98 | 58 | 57 | 88 | 68 | 78 | 47 | 41 |
| FERC_ESA | 26 | 74 | 81 | 96 | 94 | 60 | 57 | 90 | 79 | 99 | 93 | 94 |
| Phase I | 26 | 74 | 83 | 96 | 94 | 73 | 64 | 77 | 75 | 94 | 93 | 100 |

| Wet WY | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unimpaired | 50 | 100 | 98 | 99 | 100 | 83 | 74 | 68 | 62 | 97 | 93 | 70 |
| Phase II | 54 | 97 | 100 | 97 | 94 | 67 | 64 | 77 | 73 | 100 | 95 | 78 |
| USGS Historical | 59 | 96 | 100 | 98 | 90 | 44 | 57 | 89 | 77 | 99 | 93 | 56 |
| FERC_ESA | 70 | 96 | 98 | 100 | 72 | 45 | 57 | 90 | 79 | 56 | 86 | 72 |
| Phase I | 76 | 96 | 100 | 98 | 90 | 59 | 64 | 77 | 75 | 100 | 97 | 88 |

| Average WY | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unimpaired | 75 | 91 | 98 | 98 | 95 | 69 | 66 | 74 | 72 | 100 | 97 | 88 |
| Phase II | 69 | 91 | 94 | 93 | 91 | 61 | 61 | 81 | 77 | 100 | 98 | 93 |
| USGS Historical | 93 | 79 | 91 | 84 | 58 | 57 | 57 | 89 | 78 | 99 | 93 | 56 |
| FERC_ESA | 92 | 76 | 91 | 81 | 52 | 57 | 57 | 90 | 79 | 95 | 100 | 98 |
| Phase I | 84 | 90 | 91 | 93 | 90 | 77 | 64 | 77 | 75 | 100 | 99 | 93 |

| Dry WY | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unimpaired | 87 | 81 | 87 | 83 | 76 | 54 | 61 | 84 | 79 | 100 | 100 | 97 |
| Phase II | 90 | 72 | 77 | 72 | 69 | 50 | 58 | 90 | 86 | 97 | 100 | 100 |
| USGS Historical | 100 | 58 | 75 | 57 | 52 | 57 | 57 | 90 | 87 | 99 | 99 | 100 |
| FERC_ESA | 100 | 58 | 80 | 55 | 52 | 57 | 98 | 90 | 79 | 99 | 99 | 100 |
| Phase I | 84 | 90 | 91 | 88 | 84 | 69 | 61 | 83 | 77 | 100 | 100 | 93 |

| Criticaly Dry WY | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unimpaired | 97 | 63 | 63 | 63 | 64 | 47 | 57 | 90 | 89 | 97 | 100 | 100 |
| Phase II | 100 | 58 | 58 | 58 | 58 | 46 | 57 | 90 | 90 | 96 | 97 | 99 |
| USGS Historical | 95 | 52 | 53 | 52 | 52 | 58 | 58 | 99 | 95 | 89 | 90 | 91 |
| FERC_ESA | 99 | 55 | 55 | 55 | 52 | 57 | 57 | 90 | 79 | 99 | 99 | 99 |
| Phase I | 100 | 63 | 87 | 58 | 57 | 57 | 57 | 100 | 94 | 91 | 95 | 99 |

12

1   The results in Figure 162 clearly illustrate that effect of specifying a single
2   instream flow regime to a water year type that in actuality covers a range of
3   inflow volumes.   In essence, approximately half the time, the inflows will be
4   higher and half the time the inflows will be lower than the index water year
5   classification (i.e., the midpoint of each water year class).   Therefore, at the
6   upper end of a water year interval, instream flows are met and shortages are
7   minimized.  At the bottom end of a water year interval, the instream flows are met
8   at the 'expense' of increased shortages.  This also in effect reduces the intra-
9   annual variability in the hydrology around these five water year based instream
10  flow recommendations.
11
12  Alternatively, we propose that the instream flow recommendations can be used
13  to specify the flow releases based on the computed inflow exceedence level.
14  This could be accomplished by a simple linear interpolation of the instream flow
15  requirements using the exceedence flow level recommendations provided in this
16  report.   This would have the advantage of a continuous scale in the required
17  instream flows that are directly linked to inflow volumes to Upper Klamath Lake.
18  This would provide the basis for a more ecologically oriented flow regime that
19  preserves greater intra-annual variability than achievable under a five-water year
20  classification scheme.  It also has the advantage of reducing apparent shortages
21  associated with other water demands over the lower half of each 'water year'
22  interval.   These reduction in shortages would occur since the instream flow
23  requirement moves up or down according to inflow volume rather than remaining
24  at a fixed level over a broad range of inflows for a single water year classification.
25
26   We also recommend that a 'unidirectional' mode of operation be implemented
27  for ramping flow releases between successive monthly flow targets.    The
28  'ramping rate' should be tied to expected inflow volume and next sequential
29  monthly flow target such that changes in the between day flows should occur
30  approximately a week period.   This could be accomplished by computing the
31  expected change in inflow volumes at Iron Gate Dam including the increase or
32  decrease in the target instream flow regime and dividing this flow volume by
33  seven.  This would then set the approximate daily change in flows to ramp up or
34  down to meet the next sequential flow target.  Operational limitations at Iron Gate
35  Dam also need to be considered since flow control is limited by turbine and spill
36  gate capacities when computing these desired transitional flows.
37

# Summary

The Phase II study relied on site-specific physical habitat modeling and estimated unimpaired hydrology below Iron Gate Dam to recommend instream flows for each river reach. The study utilized state-of-the-art field data collection strategies and habitat modeling. The study results are considered to represent the best available science upon which to make instream flow recommendations or evaluation of alternative flow allocation strategies. However, the evaluation of alternative flow allocation strategies was not part of the Phase work plan and is beyond the scope of this effort.

The study results based on physical habitat modeling implemented several unique approaches that involved distance to escape cover in the habitat simulations. Both the site-specific HSC and habitat modeling approach were validated based on predicted versus observed habitat use by different species and life stages within the main stem Klamath River where these data were available. For several species and life stages (i.e., chinook juvenile, coho fry, and steelhead fry) a procedure for developing envelope HSC from literature-based curves was developed. This general approach was validated by comparisons of habitat simulation results between envelope derived HSC and the available site-specific HSC for chinook spawning, chinook fry, and steelhead $1^+$ summertime.

Hydraulic simulations were conducted using a two-dimensional hydraulic simulation algorithm and three-dimensional channel topographies over extensive study reaches. These hydraulic simulations and corresponding spatial representation of the study reaches provided improved hydraulic simulations of velocities for the habitat modeling. This approach also relied on the integration of substrate and vegetation mapping results in GIS that greatly enhanced the process of habitat model development and validation.

Phase II relied on estimated unimpaired hydrology below Iron Gate Dam. These simulated unimpaired conditions are considered to represent the best available estimates of unaltered flows below Iron Gate Dam. These simulated results were used in conjunction with the habitat modeling results for target species and life stages to provide an estimate of monthly habitat availability over a range of flow exceedence levels. These reference conditions were then used in an iterative procedure to develop reach specific monthly flow recommendations for five water year types.

The flow recommendations also considered the simulation of water temperature profiles below Iron Gate Dam. These results supported the findings in Phase I that flows should remain above ~ 1000 cfs during the later summer and early fall period. Temperature conditions during this period remain at or above chronic temperature exposure rates and reducing flows below 1000 cfs is considered to

increase the ecological risk to the anadromous species in the main stem Klamath River.

These flow recommendations are intended to meet the objectives of Phase II to provide flows necessary for recovery and to meet other objectives of the Department of Interior including tribal trust and ESA issues. Although the flow recommendations are provided specific for five water year types, results (i.e., recommendations) were generated for the 10 to 90 percent exceedence flow ranges. The intent was to provide greater flexibility on associating the variability in water year type definitions to finer increments rather than the larger range of flows associated with the existing USBR 4 water year types or the five used in our assessments. This would allow a better match between actual water forecast volumes and an appropriate scaling of the instream flows. This should be explored further in future study efforts.

## Recommendations

Based on the technical assessments conducted as part of Phase II the following recommendations were identified:

1. Due to problems with the field data, site characteristics, and hydraulic modeling performance at the study site below the Trinity River, additional data at this site involving expanded topography upstream of the existing site boundary should be considered. This would permit the integration of this data with the existing topography and calibration data sets to permit habitat modeling in this lower reach of the main stem Klamath River. An additional study site nearer the estuary would also provide better resolution of the habitat versus discharge characteristics by expanding the characterization for this section of the river.

2. Additional data on fish observations at each of the study sites should continue on a seasonal basis. This is particularly true for steelhead fry, coho fry, and coho juveniles. These data would be important to ultimately improve the envelope base habitat suitability curves or development of site-specific habitat suitability curves for these species and life stages. The revised curves could then be used to refine or update the flow recommendations for each river reach.

3. Additional work on the water quality modeling of the main stem is critical. We believe that extending the water quality model developed by Dr. Mike Deas to encompass the entire main stem would be the best approach. This model is computationally better suited to address the critical temperature issues than the analytical capabilities of the HEC5Q model in SIAM.

4. We also believe that a more refined Klamath Project Operations model should be explored. The refinement should allow the instream flow targets at Iron Gate Dam to be adjusted to a specific value based on the

1    cumulative inflow into Upper Klamath Lake over the October to March
2    period and then adding the April forecast values to define the water year
3    type.  The water year type would be defined by the associated inflow
4    exceedence curve.  This exceedence value could then be used with the
5    10 to 90 percent exceedence flow based instream flow recommendations
6    to assign the target flow regime below Iron Gate Dam.  This could be
7    accomplished by a simple linear interpolation of the results.  This has the
8    advantage of eliminating the large discrete jumps in the instream flow
9    regimes inherent in the five-water year type classification.  As the water
10   forecasts were updated each month, then a revised instream flow
11   schedule could be computed based on the revised exceedence forecast.
12   This type of system would better track the changes in seasonal hydrology
13   and not hold flow unnecessarily high(or low) when updated forecasts
14   become available.  We feel this would represent a more ecologically
15   favorable characteristic to the flow regimes below Iron Gate Dam.
16
17
18
19
20
21

# Literature Cited

Aadland, L.P. (1993). Stream habitat types: their fish assemblages and relationship to flow. North American Journal of Fisheries Management 13:790-806.

Addley, R. C. (1993). A Mechanistic Approach to Modeling Habitat Needs of Drift Feeding Salmonids. MS Thesis. Utah State University, Logan UT.

Addley, R.C., and T.B. Hardy. (1999). Three Dimensional Physical and Bioenergetics Habitat in Large River Systems Using State-of-the-Art Hydroacoustics, GPS, GIS, Photogrammetry, and Computational Fluid Dynamics. In: Proceedings of the 3rd International Symposium on Ecohydraulics – Strategies for Sampling, Characterization and Modeling of Aquatic Ecosystems in Applied Multi-disciplinary Assessment Frameworks.

Allan, D. (1995). Stream Ecology. Chapman and Hall, Oxford London. 387pp.

Arcement, Jr., G.J. and V.R. Schneider. (1989). Guide for Selecting Manning's Roughness Coefficients for Natural Channels and Flood Plains. United States Geological Survey Water-Supply Paper 2339. 38pp.

Armour, C.L. (1991). Guidance for evaluating and recommending temperature regimes to protect fish. U.S. Department of Interior, Fish and Wildlife Service, Washington, D.C. Instream Flow Information Paper 28. Biological Report 90(22).13pp.

Bain, M.B. (1995). Habitat at the local scale: multivariate patterns for stream fishes. Bulletin Francais de la Peche et Piscic et de la Pisciculture 337/338/339:165-177.

Bain, M.B., J. T. Finn, and H. E. Booke. (1988). Streamflow regulation and fish community structure. Ecology 69(2):382-392.

Balance Hydrologics, INC. (1996). Initial assessment of pre- and post-Klamath Project hydrology on the Klamath River and Impacts of the project on instream flows and fisheries habitat. 39pp and appendix.

Bardonnet, A., and P. Gaudin. (1990). Diel pattern of downstream post-emergence displacement of grayling (Thymallus thymallus L., 1758). Journal of Fish Biology 37:623-627.

Bardonnet, A., P. Gaudin, and J. Thorpe. (1993). Diel rhythm of emergence and of first displacement downstream in trout (Salmo trutta L.), Atlantic Salmon (Salmo salar L.), and grayling (Thymallus thymallus L.). Journal of Fish Biology 43:755-762.

Barrett, J. C., G. D. Grossman, and J. Rosenfeld. (1992). Turbidity induced changes in reactive distance of rainbow trout. Trans. Am. Fish. Soc. 121: 437-443.

Bartholow, J.M. (1995). Review and Analysis of Klamath River Basin Water Temperatures as a Factor in the Decline of Anadromous Salmonids with Recommendations for Mitigation. In: Compilation of Phase I Reports for the Klamath River Basin, May 1995, River Systems Management Section, NBS-MidContinent Ecological Science Center, Fort Collins, Colorado.

Bayha, K.D. (1978).   Instream flow methodologies for regional and national assessments.  Instream Flow Information Paper No. 7.  FWS/OBS 78/61.  Ft. Collins, CO.

Bevelhimer, M.S. (1996).  Relative importance of temperature, food, and physical structure to habitat choice by smallmouth bass in laboratory experiments.  Transactions of the American Fisheries Society 125(2):274-283.

Bovee, K.D., T.J. Newcomb, and T.G. Coon. (1994).  Relations between habitat variability and population dynamics of bass in the Huron River, Michigan.  National Biological Survey Biological Report 21. 63 pp.

Bovee, K.D. (1995).   A comprehensive overview of the Instream Flow Incremental Methodology.  National Biological Service, Fort Collins, CO., 322pp.

Bowen, Z.H., M.C. Freeman, and K.D. Bovee.  (1998). Evaluation of generalized habitat criteria for assessing impacts of altered flow regimes on warmwater fishes.   Transactions of the American Fisheries Society 127:455-468.

Boydston, L.B., (1977). Adult harvest and escapement study – lower Klamath River tagging study. Performance Report, Calif. Dept. of Fish and Game.

Bozek, M.A., and F.J. Rahel. (1992).   Generality of microhabitat suitability models for young Colorado River cutthroat trout (Oncorhynchus clarki pleuriticus) across sites and among years in Wyoming Streams.  Canadian Journal of Fisheries and Aquatic Sciences 49:552-564.

Brown, L.R., and P.B. Moyle.  (1991).  Status of coho salmon in California.  Report to the National Marine Fisheries Service, Submitted July 1991.  114pp.

Busby, P. J., T. C. Wainwright, and R.S. Waples.  (1994).  Status review for Klamath Mountains Province steelhead.   U.S. Dep. Commer., NOAA Tech. Memo.  NMFS-NWFSC-19, 130pp.

Capra, H., P. Breil and Y. Souchon. (1995).  A new tool to interpret magnitude and duration of fish habitat variations.  Regulated Rivers: Research and Management 10:281-289.

CDFG (1959). The Anadromous Fisheries of the Klamath River with Respect to the Iron Gate Development, Department of Fish and Game.

CDM (1986). Minimum Instream Flow Study.  Camp, Dresser, and McKee. Final Report.  Commonwealth of Virginia State Water Control Board.

CDFG. (1995). Klamath River Basin Fall Chinook Salmon Run-Size, In-River Harvest Escapement – 1995 Season.  Klamath Trinity Program.

CH2MHill.  (1985).  Klamath River Basin Fisheries Resource Plan.  Contract Report to US.  Bureau of the Interior, Bureau of Indian Affairs.  CH2M-Hill, Redding, Calif. 404pp.

Chow, V.T. (1959) Open-Channel Hydraulics.  McGraw-Hill Book Company.  ISBN 07-010776-9.  680pp.

Colwell, R.K., and D.J. Futuyma. (1971).  On the measurement of niche breadth and overlap.  Ecology 52(4):567-576.

Confer, J.L., and P.L. Blades. (1975).   Omnivorous zooplankton and planktivorous fish.  Limnol. and Oceanogr.  20(4):571-579.

1 Confer, J. L., G. L. Howick, M. H. Corzette, S. L. Kramer, S. Fitzgibbon, and R.
2       Landesberg. (1978). Visual predation by planktivores. Oikos 31: 27-37.
3 Coots, M. (1954). Klamath River 1953 King Salmon Count Klamathon Racks,
4       Siskiyou, Inland Fisheries Branch California Department of Fish and
5       Game.
6 Coots, M. (1962). Shasta River, Siskiyou County, 1958 king salmon count with
7       yearly totals from 1930-1961. California Department of Fish and Game.
8       Inland fisheries Branch. Marine Resources Administrative Report No. 62-
9       64. 5 p.
10 Coots, M. (1967). Anglers guide to the Klamath River. Calif. Dept. of Fish and
11       Game, Sacramento, California.
12 Coots, M. (1972). Fish and wildlife resource relationships in Basin 1A-Klamath
13       River. California Department of Fish and Game, Task 3.
14 Coots, M. (1973). A study of juvenile steelhead, Salmo gairdenerii gairdernii
15       Richardson, in San Gregorio Creek and lagoon, San Mateo County, March
16       through August, 1971. CDFG Anad. Fish. Br. Admin.
17 Crisp, D.T. and M.A. Hurley. (1991). Stream channel experiments on
18       downstream movement of recently emerged trout, Salmo trutta L., and
19       salmon, S. Salar L.-II. Effects of constant and changing velocities and of
20       day and night upon dispersal rate. Journal of Fish Biology 39:363-370.
21 Deas, M. (1999). Klamath River Modeling Project. Center for Environmental and
22       Water Resources Engineering, Department of Civil and Environmental
23       Engineering, Water Resources Modeling Group. U.C. Davis. Project No.
24       96-HP-01.
25 Dibble, E.D. and K.J. Killgore. (1994). A habitat-based approach for studying
26       fish-plant interactions. In: Proceedings of the 28th Annual Meeting,
27       Aquatic Plant Control Program, 15-18 November 1994, Baltimore,
28       Maryland.
29 Dunbar, M., and A. Ibbotson. (2001). Further validation of PHABSIM for the
30       habitat requirements of salmonid fish. Centre for Ecology and Hydrology
31       Final Project Report to the Environment Agency (W6-036) and CEH
32       (C00962).
33 Dunbrack, R.L. and Dill, L.M. (1983). A model of size dependent surface feeding
34       in a stream dwelling salmonid. Eviron. Biol. Fishes 8: 203-216.
35 Easton, R.S. and D.J. Orth. (1992). Ontogenetic diet shifts of age-0 smallmouth
36       bass (Micropterus dolomieu Lacepede) in the New River, West Virginia,
37       USA. Ecology of Freshwater Fish 1:86-98.
38 Elliott, J.M. (1976). Energy losses in the waste products of brown trout (Salmo
39       trutta L.). Journal of Animal Ecology, 45: 5610580.
40 EPRI (1986). Instream Flow Methodologies. Final Report, EA-4819 Research
41       Project 2194-2. Electric Power Research Institute, Palo Alto, California.
42 Estes, C.C. (1985). Evaluation of methods for recommending instream flows to
43       support spawning by salmon. Thesis submitted for Master of Science,
44       Washington State University.

Everest, F.H., and D.W. Chapman.  (1972). Habitat selection and spatial interaction by juvenile Chinook salmon and steelhead trout in two Idaho streams.  J. Fish. Res. Bd. Canada 29:91-100.

Fernet, D.A. (1987).  A comparison of the Weighted Usable Width, Modifed Tennant and Instream flow Incremental Methodolofy Analysis of Instream Flow Needs in Pekisko Creek.  Environmental Management Associates, Calgary, Alberta.

Filbert, R.B., and C.P. Hawkins. (1995).  Variation in condition of rainbow trout in relation to food, temperature, and individual length in the Green River, Utah.  Transactions of the  American Fisheries Society 124(6):824-835.

Fortune, J.D., A.R. Gerlach, and C.J. Hanel. (1966). A study to determine the feasibility of establishing salmon and steelhead in the Upper Klamath Basin. Oregon State Game Commission and Pacific Power and Light.

Goodwin, P., and T.B. Hardy. (1999).  Integrated Simulation of Physical, Chemical and Ecological Processes for River Management.  Journal of Hydroinformatics.  01:1 33-58.

Garret, R. (1997). Klamath/Central Pacific Coast Ecoregion Restoration Strategy, Vols. I-IV, Klamath Falls, OR, Klamath Basin Ecosystem Restoration Office.

Gore, J.A. (1989).  Models for predicting benthic macroinvertebrate habitat suitability under regulated flows. In: J.A. Gore, J.A. and G.E. Petts, (eds.), Alternatives in regulated river management, Pp. 254-265, CRC Press Inc., Boca Raton, Florida.

Gore, J.A., and  J.M. Nestler.  (1988). Instream flow studies in perspective. Regulated Rivers:  Research and Management. Vol. 2:93-101.

Gorman, O. T., J. R. Karr.  (1978).  Habitat structure and stream fish communities. Ecology. 59(3):507-515.

Guensch, G.R., T.B. Hardy, and R.C. Addley. (2001). Validation of an Individual-Based, Mechanistic Habitat Selection Model for Drift-Feeding Salmonids. Canadian Journal of Fisheries and Aquatic Science. 58(3):446-457.

Hardy, T.B. (1998a).  The Future of Habitat Modeling and Instream Flow Assessment Techniques.  Regulated Rivers: Research and Management 14:405-420.

Hardy, T. B. (1998b).  Experts Report - Multiple Use Sustained Yield Act - Fisheries Claims Quantification.  Snake River Basin Adjudication, Department of Justice. 157pp +appendices.

Hardy, T.B. (1999).  Evaluation of Interim Instream Flow Needs in the Klamath River – Phase I.  Institute for Natural Systems Engineering, Utah Water Research Laboratory, Utah State University.  53pp +Appendicies.

Hardy, T.B. (2000).  The Theory and Application of the Physical Habitat Simulation System (PHABSIM) for Windows (PHABWin-98) Lecture and Laboratory Manual.  Institute for Natural Systems Engineering, Utah State University.  273pp.

Hearne, J., I. Johnshom, and P. Armitage. (1994).  Determination of ecologically acceptable flows in rivers with seasonal changes in the density of macrophyte.  Regulated Rivers: Research and Management 9:177-184.

Heggenes, J. (1990). Habitat utilization and preferences in juvenile Atlantic salmon (Salmo salar) in streams. Pages 342-354 John Wiley and Sons.

Heland, M., P. Gaudin, and A. Bardonnet. (1995). First behavioral adjustments in relation to habitat use after emergence in running water salmonids. Bulletin Francais de la Peche de la Pisciculture 337/338/339:191-197.

Henderson, M.A. and T.G. Northcote. (1985). Visual prey detection and foraging in sympatric cutthroat trout (Salmo clarki clarki) and dolly varden (Salvelinus malma). Can. J. Fish. Aquat. Sci. 42: 785-790.

Hill, J. and G.D. Grossman. (1993). An energetic model of microhabitat use for rainbow trout and rosyside dace. Ecology, 74: 685-698.

Hill, M.R., W.S. Platts, and R.L. Beschta. (1991). Ecological and geomorphological concepts for instream and out-of-channel flow requirements. Rivers 2:198-210.

Hiser, C. (1994). CDFG, Iron Gate Hatchery.

Holling, C.S. (1959). Some characteristics of simple types of predation and parasitism. Can. Entomol. 91: 385-398.

Horwitz, R.J. (1978). Temporal variability patterns and the distributional patterns of stream fishes. Ecological Monographs, Vol. 48: 307-321.

Hutchinson, G.E. (1957). Concluding Remarks. Cold Spring Harbor Symposium, Quant. Biol., 22, 415-427.

Jager, H.I., D.L. Deangelis, M.J. Sale, W. Van Winkle, D.D. Schmoyer, M.J. Sabo, D.J. Orth, and J.A. Lukas. (1993). An individual-based model for smallmouth bass reproduction and young-of-the-year dynamics in streams. Rivers 4:91-113.

Johnson, I.W., C.R.N. Elliot and A. Gustard. (1995). Modeling the effect of groundwater abstraction on salmonid habitat availability in the River Allen, Dorset, England. Regulated Rivers: Research and Management 10:229-238.

Johnson, I.W., F.M., and F.M. Law. (1995). Computer models for quantifying the hydro-ecology of British Rivers. Journal of CIWEM 9:290-297.

Jowett, I.G. (1992). Models of the abundance of large brown trout in New Zealand rivers. North American Journal of Fisheries Management 12:417-432.

Jowett, I.G., J. Richardson, J.F. Biggs, C.W. Hickey, and J.M. Quinn. (1991). Microhabitat preferences of benthic invertebrates and the development of generalized Deleatidium spp. Habitat suitability curves, applied to four New Zealand streams. New Zealand Journal of Marine and Freshwater Research 25:187-199.

Joy, E.T. Jr., et al. (1981). An evaluation of instream flow methods for use in West Virginia. Report from Division of Wildlife Resources, West Virginia Department of Natural Resources, to Ohio River Basin Commission, Cincinnati, Ohio.

KRBFTF. (1991). Long Range Plan for the Klamath River Basin Conservation Area Fishery Restoration Program. Yreka, CA, Klamath River Basin

Fisheries Task Force.

Kettle, D. and W.J. O'Brien.  1978.  Vulnerability of Arctic zooplankton species to predation by small lake trout (Salvelinus namaycush).  Fish. Res. Board Canada 35: 1495-1500.

Lancaster, J., and A.G. Hildrew. (1993).  Flow refugia and the microdistribution of lotic macroinvertebrates.  Journal of the North American Benthological Society 12(4):385-393.

Lazzaro, X. (1987).  A review of planktivorous fishes: their evolution, feeding behaviour, selectivities, and impacts. Hydrobiol. 146: 97-167.

Leclerc, M., A. Boudreault, J.A. Bechara, and G. Corfa. (1995). Two-dimensional hydrodynamic modeling: a neglected tool in the instream flow incremental methodology. Transactions of the American Fisheries Society 124(5):645-662.

Leidy R.A., and G.R. Leidy.  (1984).  Life stage periodicities of anadromous salmonids in the Klamath River basin, northwestern California.  U.S. Fish and Wildlife Service, Sacramento, Calif.  21pp plus tables and appendices.

Levine, J. S., P. S. Lobel, and E.F. McNichol Jr.  (1979).  Visual communication in fishes, p. 447-475.  In M.A. Ali (ed.), Environmental physiology of fishes. Plenum Press, New York and London. 723pp.

Lobb, M. D. III and D. J. Orth. (1991).  Habitat use by an assemblage of fish in a large warmwater stream.  Transactions of the American Fisheries Society 120:65-78.

Ludlow, J.A. and T.B. Hardy. (1996).  Comparative evaluation of suitability cruve based habitat modeling and a mechanistic based bioenergetic model using 2-dimensional hydraulic simulations in a natural river system.  Proceedings of the 2nd International Symposium on Habitat Hydraulics, June 1996, Quebec, Canada. B519-B530.

May, R. M., and R. H. MacArthur. (1972).  Niche overlap as a function of environmental variability.  Proceedings of the National Academy of Sciences, USA 69(5):1109-1113.

McCullough, D.A. (1999).  A review and synthesis of effects of alterations to the water temperature regime on freshwater life stages of slamoninds, with special reference to chinook salmon.  Contract report EPA 910-R-99-010, July 1999.

McLean, S.R., S.R. Wolfe, and J.M. Nelson. (1999).  Predicting boundry shear stress and sediment transport over bed forms.  Journal of Hydraulic Engineering.  July 1999:725-736.

Modde, T. and T. B. Hardy. (1992).  Influence of Different Microhabitat Criteria on Salmonid Habitat Simulation.  Rivers: 3:1  37-44 pp.

Moffett, J.W. and S.H. Smith. (1950).  Biological investigations of the fishery resources of the Trinity River, California.  Special Scientific Report No. 12.  U.S. Fish and Wildlife Service. 71pp.

Moore, K.M.S. and S.V. Gregory  (1988).  Summer Habitat Utilization and Ecology of Cutthroat Trout Fry (Salmo Clarki) in Casdace Maountain Streams. Can. J. Fish. Aquat. Sci.; 45(11):1921-1930.

1   Moyle, P.B. (1976).  Inland Fishes of California.  University of California Press.
2        Berkley and Los Angeles.  404pp.
3   Moyle, P.B., J.E. Williams, and E.D. Wikramanayake. (1989). Fish species of
4        special concern of California. Final report to California Dept. of Fish and
5        Game, Contract No. 7337.
6   Moyle, P.B., and D.M. Baltz.  (1985). Microhabitat use by an assemblage of
7        California   stream   fishes:    Developing   criteria   for   instream   flow
8        determinations.  Transactions of the American Fisheries Society 114:695-
9        704.
10  Muhar S., S. Schmutz and M. Jungwirth. (1995).  River restoration concepts -
11       goals and perspectives.  Hydrobiologia 303:183-194.
12  Nehring, R.B. and R.M. Anderson. (1993).  Determination of population-limiting
13       critical salmonid habitats in Colorado streams using IFIM/PHABSIM.
14       Rivers 4:1-19.
15  NMFS (1997).  Endangered and Threatened Species; Threatened Status for
16       Southern Oregon/Northern California Coast Evolutionarily Significant Unit
17       (ESU) of Coho Salmon. Final Rule; notice of determination.  62 FR 87.
18  NMFS (1998).  Endangered and Threatened Species: Threatened Status for Two
19       ESUs of Steelhead in Washington, Oregon, and California. Final rule;
20       notice of determination.  63 FR 13347.
21  Nelson, F.A. (1980).  Evaluation of selected instream flow methods in Montana.
22       In: Proc. 60th Ann. Conf. Western Assoc. Fish and Wildlife Agencies, pp.
23       412-432.
24  Nelson, J.M. (1996).   Predictive techniques for river channel evolution and
25       maintenance.  Air and Soil Pollution. 90:321-333.
26  Nelson, J.M., R.L. Shreve, R. McLean, and T.G. Drake. (1995).  Role of near-bed
27       turbulence structure in bed load transport and bed form mechanics.  Water
28       Resources Research. 31(8):2071-2086.
29  Nillson, C., A. Ekblad, M. Gardfjell, and B. Carlberg. (1991).  Long-term effects of
30       river regulation on river margin vegetation. Journal of Applied Ecology
31       28:963-987.
32  Orth D.J., (1987).  Ecological considerations in the development and application
33       of  instream  flow-habitat  models.    Regulated  Rivers:  Research  and
34       Management.  Vol. 1, 171-181.
35  Orth, D.J. (1995).  Food web influences on fish population responses to instream
36       flow.  Bulletin Francais del la Peche de la Pisciculture 337/338/339:317-
37       328.
38  Orth, D.J. and O.E. Maughan.  (1981).  Evaluation of the "Montana Method" for
39       recommending instream flows in Oklahoma streams.  Proc. Okla. Acad.
40       Sci. 61:62-66.
41  Orth,  D.J.  and  O.E.  Maughan.   (1982).    Evaluation  of  the  incremental
42       methodology for recommending instream flows for fish.  Transactions of
43       the American Fisheries Society 111:413-445.
44  Ott, A.G. and K.E. Tarbox.   (1977). "Instream flow" applicability of existing
45       methodologies for Alaskan waters.  Final Report prepared for Alaska
46       Department of Fish and Game.

PaciCorp. (1995).  Available water supply estimates for Iron Gate Fish Hatchery, Klamath River, Calif.  Federal Energy Regulatory Commission Project License No. 2082.  20pp plus appendix.

Petts, G., I. Maddoc, M. Bickerton, and A.J.D. Ferguson. (1995).  Linking hydrology and ecology: the scientific basis for river management.  The ecological basis for river management.  John Wiley and Sons limited.  pp. 1-16.

PFMC (1991).  Preseason Report I, Stock Abundance Analysis for 1991 Ocean Salmon Fisheries.  Prepared by the Salmon Technical Team for the Pacific Fishery Management Council, Portland Oregon.

PFMC (1998).  Preseason Report I, Stock Abundance Analysis for 1999 Ocean Salmon Fisheries.  Prepared by the Salmon Technical Team for the Pacific Fishery Management Council, Portland Oregon.

Pianka, E.R. (1974).  Niche overlap and diffuse competition. Proceedings of the National Academy of Sciences, USA 71(5):2141-2145.

Piper, R.G., I.B. McElwain, L.E. Orme, J.P. McCraren, L.G. Fowler, and J.R. Lenard. (1982).  Fish hatchery management.  US Department of the Interior. Fish and Wildlife Service.  Washington, D.C. 517pp.

Poff, N.L., J.D. Allan, M.B. Bain, J.R. Karr, K.L. Prestegaard, B.D. Richter, R.E. Sparks, and J.C. Stromberg.  (1997).  The natural flow regime – A paradigm for river conservation and restoration.

Poff, N.L. and J.V. Ward. (1990).  Physical habitat template of lotic systems: Recovery in the context of historical pattern of spatiotemporal heterogeneity. Environmental Management 14(5):629_645.

Powers, M.E.. Matthews, W.J., and Stewart, A.J. (1985).  Grazing minnows, piscivorous bass, and stream algae: Dynamics of a strong interaction. Ecology 66(5): 1448-1456.

Prewitt, C.G. and C.A. Carlson.  (1979).  Evaluation of four instream flow methodologies used on the Yampa and White Rivers, Colorado.  U.S. Dept. of Interior, Bureau of Land Management, Biological Sciences Series No. 2, Denver, CO.

PWA (2001).  Hydrodynamic modeling of Upper Klamath Lake.  Phillip Williams and Associates, Ltd.  September 5, 2001.  Technical report prepared for the Bureau of Reclamation. 20pp.

Rabeni, C. F. and R. B. Jacobson. (1993).  The importance of fluvial hydraulics to fish-habitat restoration in low-gradient alluvial streams.  Freshwater Biology 29:211-220.

Railsback, S.F., R.F. Blackett, and N. D. Pottinger. (1993).  Evaluation of the fisheries impact assessment and monitoring program for the Terror Lake hydroelectric project.  Rivers 4(4):312-327.

Rankel, G.L.  (1982).  An appraisal of the status and future of wild chinook salmon in the Klamath River drainage.  Wild Trout and Steelhead Fisheries:  Laws and Law Enforcement.  Proceedings of a Symposium. California Trout.

Reiser, D.W., T.A. Wesche and C. Estes. (1989).  Status of instream flow litigation and practices in North America.  Fisheries 14(2):22-29.

Roell, M.J. and D.J. Orth. (1994).  Trophic basis of production of stream-dwelling smallmouth bass, rock bass, and flathead catfish in relation to invertebrate bait harvest.  Transactions of the American Fisheries Society 122:46-62.

Scheildegger, K.J., and M.B. Bain.  (1995). Larval fish distribution and microhabitat use in free-flowing and regulated rivers.  Copeia 1:125-135.

Schlosser, I. J.  (1987). The role of predation in age-and size-related habitat use by stream fishes.  Ecology 68(3):651-659.

Schoener, T.W.  (1988). The ecological niche.  Pages 79-111 in J.M. Cherrett, eds., Ecological Concepts.  Blackwell Scientific.

Schirvell, C.S. (1986). Pitfalls of physical habitat simulation in the Instream Flow Incremental Methodology. Canadian Fisheries and Aquatic Sciences Technical Report 1460. 68 pp.

Schirvell, C.S. (1994).  Effect of changes in streamflow on the microhabitat use and movements of sympatic juvenile coho (Oncorhynchus kisutch) and Chinook salmon (O. tshawytscha) in a natural stream. Can. J. Fish. Aquat. Sci. 51:1644-1652.

Schmidt, D. and W.J. O'Brien.  (1982). Planktivorous feeding ecology of Arctic grayling (*Thymallus arcticus*). *Can. J. Fish. Aquat. Sci.*  39: 475-482.

Smith, J.J., and H.W. Li.  (1983). Energetic factors influencing foraging tactics of juvenile steelhead trout, Salmo gairdneri.  Pages 173-180 in D.L.G. Noakes, eds., Predators and prey in fishes.  The Hague.

Snyder, J.O. (1930).  Salmon of the Klamath River California.  Fish Bulletin No. 34. Division of Fish and Game.  130pp.

Snyder, J.O.  (1933).  A steelhead migration in the Shasta River.  Calif.  Fish Game 19(4): 252-254.

Stalnaker, C., B.L. Lamb, J. Henriksen, K. Bovee, and J. Bartholow. (1995).  The Instream Flow Incremental Methodology – A Primer for IFIM.  U.S. Department of the Interior, National Biological Service, Washington, D.C. Biological Report 29, March 1995.

Stanford, J.A. (1994). Instream flows to assist the recovery of endangered fishes of the upper Colorado River basin. National Biological Survey Biological Report 24. 47 pp.

Statzner, B. (1988).  Growth and reynolds number of lotic macroinvertebrates: a problem for adaptation of shape to drag, Oikos 51:84-87.

Statzner, B., and B. Higler. (1986).  Stream hydraulics as a major determinant of benthic invertebrate zonation patterns.  Freshwater Biology 16:127-139.

Statzner, B., F. Kohman, and A.G. Hildrew. (1991).  Calibration of FST-hemispheres against bottom shear stress in a laboratory flume. Freshwater Biology 26:227-231.

Stewart, D. J. (1980). Salmonid predators and their forage base in Lake Michigan: a bioenergetics-modeling synthesis.  Ph.D. Dissertation, University of Wisconsin, Madison, Wisconsin.

Stewart, D.J., and M. Iberra.  (1991).  Predationa and production by Salmonine fishes in Lake Michigan, 1978-88.  Can. J. Fish. Aquat. Sci.  8:909-922.

Stromberg, J.C. (1993).   Instream flow models for mixed deciduous riparian vegetation within a semiarid region.   Regulated Rivers: Research and Management 8:225-235.

Stromberg, J.C., D.T. Patten, and B.D. Richter. (1991).   Flood flows and dynamics of Sonoran riparian forests.   Rivers 2(3):221-235.

Studley, T.K. and nine other authors. (1995).   Response of fish populations to altered flows project.   Volume 1:Predicting trout populations from stream flow and habitat variables.   Pacific Gas and Electric Company, San Ramon, CA 94583. Vvpp.

Sullivan, C.M. (1989).   Juvenile life history and age composition of mature fall chinook salmon returning to the Klamath River, 1984-1986.   Masters thesis. Humboldt State University, Arcata, California.  134pp.

Thomas, J.A., and K.D. Bovee. (1993).  Application and testing of a procedure to evaluate transferability of habitat suitability criteria.   Regulated Rivers: Research and Management 8:285-294.

Thompson, D.M., J.M. Nelson, and E.E. Wohl.  (1998).   Interactions between pool geometry and hydraulics.  Water Resources Research. 34(12):3673-3681.

Topping, D.J., D.M. Rubin, J.M. Nelson, P.J. Kinzel III, I.C. Corson. (2000).   Colorado River sediment transport. 2. Systematic bed-elevation and grain-size effects of sand supply limitation.   Water Resources Research. 36(2):543-570.

Trihey and Associates, INC. (1996).  Instream flow requirements for tribal trust species in the Klamath River.  43pp.

USBR (1997).  Biological Assessment of the Klamath Project 1997 Operations Plan.

USFWS   (1960).   A preliminary survey of fish and wildlife resources of northwestern California.  Department of the Interior.  104 p.

USFWS, Hoopa Valley Tribe, USGS, USBOR, NMFS, and CDFG. (1998).  Trinity River Flow Evaluation.

USGS (1995).  Klamath River Basin Characterization of Hydrology Data From USGS Records.  In: Compilation of Phase I Reports for the Klamath River Basin,  May  1995,  River  Systems  Management  Section,  NBS-MidContinent Ecological Science Center, Fort Collins, Colorado.

USGS (2001).  System Impact Assessment Model (SIAM) for the Klamath River Version 2.72  (March, 2001).  Midcontinent Ecological Science Center, Fort Collins, Colorado.

Vinson, M., and C. Hawkins. (1996).  Effects of sampling area and subsampling procedures on comparisons of taxa richness among streams.  Journal of the North American Benthological Society.  15:393-400.

Vinyard, G. L.  and W. J. O'Brien.  (1976).  Effects of light and turbidity on the reactive distance of bleugill (Lepomis macrochrus).  J. Fish Res. Board Canada 33: 2845-2849.

Wales, J.H.  (1951).  Decline of the Shasta River king salmon run.  Calif. Dept. Fish Game, Inl.  Fish.  Admin.  Rept.  82 p.

Wallace, M., Califronia Deparment of Fish and Game, Inland Fisheries Division, Arcata,CA. (Cited as pers. com. by USFWS in comments to draft report).

Weisberg, S.B., A.J. Janicki, J. Gerritsen, and H.T. Wilson. (1990). Enhancement of benthic macroinvertebrates by minimum flow from a hydroelectric dam.  Regulated Rivers: Research and Management 5:265-277.

Weisberg, S.B. and W.H. Burton. (1993).  Enhancement of fish feeding and growth following an increase in minimum flow below the Comowingo Dam. North American Journal of Fisheries Management 13:103-109.

Weitkamp, L. A., T. C. Wainwright, G. J. Bryant, G. B. Milner, D. J. Teel, R. G. Kope, and R.S. Waples. (1995). Status review of coho salmon from Washington, Oregon, and California. U.S. Dep. Commer., NOAA Tech. Memo. NMFS-NWFSC-24, 258 p.

Wood, R.K., and D.E. Whelan. (1962).  Low-flow regulation as a means of improving stream fishing.  In: Proc. 16th Ann. Conf. SE Assoc. of Game and Fish Commissioners, Charleston, SC.

# Appendix A – HSC Literature

Arctic Environmental Information and Data Center, 1981.  An assessment of environmental effects of construction and operation of the proposed Terror Lake Hydroelectric Facility, Kokiak, Alaska. Instream Flow Studies. Final Report. University of Alaska, Anchorage, AK: 418 pp.

Baltz, D. M. and P.B. Moyle, 1981. Segregation by species and size class of rainbow trout (Salmo gairdneri), and Sacrament sucker (Catostoumus occidentalis), in three California streams. Environmental Biology of Fishes, Vol. 10 No. ½ pp. 101-110 Beak Consultants, Inc, 1985. Sandy River instream flow study for the city of Portland. Beak Consultants, Ind., Portland, OR. 67 pp.

Bovee, K. D. 1978. Probability-of-use criteria for the family salmonidae: Instream flow information paper No. 4, U.S. Fish and Wildlife Service, FWS/OBS-78/07, Ft. Collins, Colorado.

Burger, C. V., D. B. Wangaard, R. L. Wilmon, and A. N. Palmisano, 1982. Salmon investigations in the Kenai River, Alaska, 1979-1981.  USDI Fish Wildl. Servl Nat. Fish. Res. Cen., Seattle, WA 178 pp.

Bustard, D.R. and D. W. Narver, 1975.  Aspects of the winter ecology of juvenile coho Salmon (Oncorhynchus kisutch) and steelhead trout (Salmo gairdneri).  J. Fish. Res. Board Can. 32:667-680.

Campbell, R. F. and B. R. Eddy, 1988. Verification of habitat utilization criteria for juvenile fall chinook in the North Fork of the Lewis River, Washington. Report to Pacific Power and Light Company, Portland.

Chapman, D. W., 1984.  Hydrographs and instream flow requirement of fish: Green, Cedar and White Rivers.  Report to Muckleshoot Indian Tribe, Auburn Washington Cochnauer, T. and T. Elms-Cockrum, 1986. Probability-of-use curves for selected Idaho fish species.  Project Performance report.  Project F-71-R-10.  Idaho Dept. of Fish and Game, USA.

Corning, R. V., and G. Elliott, 1987.  An evaluation of IFIM curves developed for the Swanson River rainbow trout populations.  Draft report for U.S. Fish and Wildlife Service, Alaska Inves.  Field Office.  Anchorage, Alaska 24 pp.

Estes, C., 1984.  An evaluation of methods for recommending instream flows to support spawning by salmon.  M.S. Thesis.  Washington State University, Washington.  156 pp. plus App.

Estes, C. and K. L. Kuntz.  1986 Kenai River habitat study.  Volume 27, July 1, 1985 – June 30, 1986, Federal Aid in Fish Restoration and Anadromous Fish Studies.  Alaska Dept. of Fish and Game.  Juneau.

Everest, F. H., and D. W. Chapman, 1972.  Habitat selection and spatial interaction by juvenile chinook salmon and steelhead in two Idaho streams.  J. Fish. Res. Board Can. 29:91 – 100.

Hampton, M., 1988.  Development of habitat preference criteria for anadromous salmonids of the Trinity River.  U.S. Dept. Int., Fish Wildlife Serv., Div. Ecol. Serv., Sacramento, California.  93 pp.

Hanson, D. F., Morhardt, J.E., and T. R. Lambert, 1987.  Development of habitat suitability criteria for trout in the Kings River Basin, California.  Prepared for Pacific Gas and Electric Co. Res., Dev., and Demo, Program, by EA Engineering, Sci., and Tech., Lafayette, CA.

Hickman, T. and R. F. Raleigh, 1982.  Habitat suitability index models: cutthroat trout.  U.S. Fish and Wildlife Service.  FWS/OBS-82/10.5.  Fort Collins, Colorado.

Hill, D. M., and G. E. Hauser, 1985.  The effects of proposed water supply withdrawals on fish habitat in the Piney River.  Tech. Rep. Div. Air and Water Resl., Office Natural Res. and Econ.  Devel.  Tenn. Valley Auth. TVA/ONRED/AWR-86/12.54 pp plus app.

Hosey, and Associates, 1986.  Unpublished curves (curve lib).

June, J. A., 1981.  Life history and habitat utilization of cutthroat trout (Salmoclarki) in a headwater stream on the Olympic Peninsula, Washington.  M. S. Thesis.  University of Washington, Seattle.

Kurko, K. W., 1977.  Investigations on the amount of potential spawning area available to chinook, pink, and chum salmon in the upper Skagit River, Washington.  M.S. Thesis.University of Washington, Seattle.

Leclerc, J., nd.  Marsquage et reperage radiotelemetricques de 71 especes do poisson du territoire central du project archipel entre Octobre 1982 et Aout 1983, synthese des resultats.  Archipel de Montreal, rapport technique, poisson 5.  Quebec.  152-153 pp.

McConnell, W. J., 1989.  Habitat suitability curves for white sturgeon.  Report to U.S. Fish and Wildlife Service, Ft. Collins.

Moyle, P. B. and D. M. Baltz, 1985.  Microhabitat use by an assemblage of California  stream fishes: Developing criteria for instream flow determinations.  Transactions of the Amer. Fish. Soc.  114:695-704.

Nehring, R. B. and D. D. Miller, nd.  The influence of spring discharge levels on rainbow and brown trout  recruitment and survival, Black Canyon of the Gunnison River, Colorado, as determined by  IFIM/PHABSIM models. Colorado Division of Wildlife Report, Montrose, Colorado.

Parsons, B. G. M. and W. A. Hubert, 1988.  Influence of habitat availability on spawning site selection by kokanees in streams.  North American Journal of fisheries Management 8:426-431

Pratt, K.  L., 1984.  Habitat use and species interactions of juvenile cutthroat (Salmo clarkilewisi) and bull trout (Salvelinus confluentus) in the upper Flathead River basin. M. S. Thesis, University of Idaho, Moscow.  95 pp.

Pruitt, T. A. and R. L. Nadeau, 1978.  Recommended stream resource maintenance flows on seven southern Idaho streams.  Instream Flow information paper no. 8.  U.S. Dept. Int., Fish and Wildlife Service, Div. Ecol. Serv., Boise, Idaho.

Raleigh, R. F., Hickman, T., and P. C. Nelson, 1984.  Habitat suitability information: rainbow trout.  U. S. Fish and Wildlife Service.  FWS/OBS-78/07, Ft. Collins, Colorado.

Raleigh, R. F., Miller, W. J., and P. C. Nelson, 1986.  Habitat suitability index models and instream flow suitability curves: chinook salmon.  U.S. Dept. Int., Fish and Wildlife Service, Div. Ecol. Serv., Fort Collins.

Reid, G. E., 1971.  St. Joe River cutthroat trout and northern squawfish studies (research).  Job Completion Report.  F-60-R-2.  Idaho Dept. of Fish and Game, USA.

Reiser, D. W. and R. G. White, 1981.  Influence of streamflow reduction on salmonid embryo development and fry quality.  Idaho Water & Energy Res. Inst. Res. Tech. Comp. Rep. Project A-058-IDA.  166 pp.

Reiser, D. W., 1986.  Habitat Rehabilitation – Panther Creek, Idaho – Final Report to Bonneville Power Administration.  BPA Project No. 84-29.  Portland.

Reiser, D. W., G. Lewis, and P. DeVries, 1988.  Feasibility study fisheries habitat enhancement project East Fork Salmon River, Idaho.  Report to Shoshone-Bannock Tribes, Fort Hall, Idaho.

Rubin, S. P. and T. C. Bjornn, 1989.  Habitat suitability curves, weighted usable area, and the distribution of juvenile chinook salmon and steelhead in summer in three Idaho streams.  Idaho Coop. Fish and Wildlife, University of Idaho, Moscow, Idaho.

Sams, R. E. and L. S. Pearson, 1963.  The depth and velocity of water over redd sites selected by various salmonid species.  Environmental Management Section, Oregon Dept. of Fish and Wildlife, Portland. 36 pp.

Sando, S. K., 1981.  The spawning and rearing habitats of rainbow trout and brown trout in two rivers in Montana.  Montana State University, Bozeman, MT.  55 pgs.

Sanford, R. A., 1984.  PHABSIM error analyses: Techniques and case studies.  M.S. Thesis.University of Washington, Seattle.

Sheppard, J. D. and J. H. Johnson, 1985.  Probability-of-use for depth, velocity, and substrate by sub-yearling coho salmon and steelhead in Lake Ontario tributary streams.N. Amer. J. Fish Manage. 5:277-282.

Stempel, J. M., 1984.  Development of fish preference curves for spring chinook and rainbow trout in the Yakima River Basin.  U.S. Fish Wildlife Service., Ecological Services, Moses Lake, Washington.  20 pp.

Suchanek, P. M., K. J. Kuntz, and J. P. McDonnell, 1984.  The relative abundance, distribution and instream flow relationships of juvenile salmon in the lower Susitna River.  Report #7, part 2.  Alaska Dept. of Fish and Game, Susitna River Aquatic Studies Program, Anchorage, Alaska.

Suchanek, P. M., R. P. Marshall, S. S. Hale, and D. C. Schmidt, 1984.  Juvenile salmon rearing suitability criteria.  Part 3 in D. C. Schmidt, S. S. Hale, D. L. Crawford, and P. M. Suchanek, eds.  Resident and juvenile anadromous fish investigations (May-October 1983).  Alaska Dept. Fish Game Susitna Hydro Aquatic Studies Report No. 2, Anchorage, Alaska.

U.S. Forest Service, 1989.  Gaws SI curve data.  Unpublished data provided by D. Duff, Ogden, Utah.United States Fish and Wildlife Service, 1987. Curve file data.  National Ecology Research Center, Ft. Collins.

United States Fish and Wildlife Service, 1989.  Curve file data.  National Ecology Research Center, Ft. Collins.

United States Fish and Wildlife Service and Hoopa Valley Tribe, 1998.  Trinity River Flow Evaluation.

Valdez, R. A., 1978.  The Central Utah Project and cutthroat trout stream habitat. Dept. of Wil. Sci.,  UMC 52, Utah State University, Logan, Utah.  24 pp.

Vincent-Lang, K., A. Hoffman, A. Bingham, and C. Estes, 1984.  Habitat suitability criteria for chinook, coho and pink salmon spawning in tributaries of the Middle Susitna River.  Chapter 9 in C. C. Estes, and D. S. Vincent-Lang, eds.  Aquatic habitat and instream flow investigations (May-October 1983). Alaska Dept. Fish Game Susitna Hydro Aquatic Studies Report No. 3, Anchorage, Alaska.

Vogel, D. A., 1982.  Preferred spawning velocities, depths, and substrates for fall chinook salmon in Battle Creek, California.  U.S. Fish and Wildlife Service, Red Bluff, California.

Wampler, P. L., 1985.  Habitat Preference curves for hatchery reared juvenile fall chinook salmon in a small western Washington stream.  Trans.  U.S. Fish and Wildlife Service, Olympia, Washington.

Washington Department of Fish and Wildlife, 1987.  Curve file data.  Department of Ecology, Olympia, Washington.

Wilson, W. J., E. W. Toihey, J. E. Baldridge, C. D. Evans, J. G. Thiele, and D. E. Trudgen, 1981.  An assessment of environmental effects of construction and operation of the proposed Terror Lake hydroelectric facility, Kodiak, Alaska.   Instream  flow  studies  final  report.   Ardic  Environmental Information and Data Center.  University of Alaska, Anchorage, Alaska.

1                          **Appendix B - Net Energy Surface Plots**



2
3       Figure B1.     NEI Magnitude, with fish observations, for RRanch, Chinook 40mm
4                      at 148cms.
5



6
7       Figure B2.     NEI Magnitude, with fish observations, for RRanch, Steelhead
8                      160mm at 38cms.

001204

1



2
3
4   Figure B3.    NEI Magnitude, with fish observations, for RRanch, Steelhead
5                        160mm at 38cms (zoom).



6
7   Figure B4.    NEI Magnitude, with fish observations, for RRanch, Steelhead
8                        160mm at 38cms (zoom).

1



2
3
4   Figure B5.   NEI Magnitude, with fish observations, for RRanch, Coho 115mm at
5            38cms.



6
7   Figure B6.   NEI Magnitude, with fish observations for Tree of Heaven, Chinook
8            40mm at 165.9cms.

1



2
3
4   Figure B7.    NEI Magnitude, with fish observations, for Tree of Heaven,
5                 Steelhead 160mm at 165.9cms.
6



7
8   Figure B8.    NEI Magnitude for Seiad, with fish observations, Steelhead 160mm
9                 at 48cms

1



2
3  Figure B9.   NEI Magnitude for Orleans, with fish observations, Chinook 40mm
4           at 90.56cms.
5



6
7  Figure B10.  NEI Magnitude for Orleans, with fish observations, Steelhead
8           160mm at 60cms.
9
10

1   **Appendix C – Simulated Temperature Profiles**
2
3
4



5   Figure C1.   Daily mean temperatures at Iron Gate for the unimpaired no project
6              scenario (1974 to 1997 water years).



7
8   Figure C2.   Daily mean temperatures at Iron Gate for the USGS Historical
9              project operations (1974 to 1997 water years).

1



2 Figure C3.   Daily mean temperatures at Iron Gate for the FERC_ESA scenario
3            (1974 to 1997 water years).
4



5 Figure C4.   Daily mean temperatures at Iron Gate for the FP1_ESA scenario
6            (1974 to 1997 water years).

1   ***Trees of Heaven***
2



3   Figure C5.   Daily mean temperatures at Trees of Heaven for the unimpaired no
4               project scenario (1974 to 1997 water years).
5



6
7   Figure C6.   Daily mean temperatures at Trees of Heaven for the USGS
8               Historical project operations (1974 to 1997 water years).
9



1 Figure C7.   Daily mean temperatures at Trees of Heaven for the FERC_ESA
2            scenario (1974 to 1997 water years).
3



4
5 Figure C8.   Daily mean temperatures at Trees of Heaven for the FP1_ESA
6            scenario (1974 to 1997 water years).

1   *Brown Bear*
2



3   Figure C9.    Daily mean temperatures at Brown Bear for the unimpaired no
4                 project scenario (1974 to 1997 water years).



5
6   Figure C10.   Daily mean temperatures at Brown Bear for the USGS Historical
7                 project operations (1974 to 1997 water years).
8
9



1   Figure C11.   Daily mean temperatures at Brown Bear for the FERC_ESA
2             scenario (1974 to 1997 water years).



3
4   Figure C12.   Daily mean temperatures at Brown Bear for the FP1_ESA scenario
5             (1974 to 1997 water years).
6

1    *Seiad*



2    Figure C13.   Daily mean temperatures at Seiad for the unimpaired no project
3                         scenario (1974 to 1997 water years).
4



5
6
7    Figure C14.   Daily mean temperatures at Seiad for the USGS Historical project
8                         operations (1974 to 1997 water years).



1   Figure C15.   Daily mean temperatures at Seiad for the FERC_ESA scenario
2              (1974 to 1997 water years).
3



4
5   Figure C16.   Daily mean temperatures at Seiad for the FP1_ESA scenario (1974
6              to 1997 water years).

1   *Rogers Creek*
2



3   Figure C17.   Daily mean temperatures at Rogers Creek for the USGS Historical
4                  project operations (1974 to 1997 water years).
5



6
7   Figure C18.   Daily mean temperatures at Rogers Creek for the FERC_ESA
8                  scenario (1974 to 1997 water years).
9



Figure C19.  Daily mean temperatures at Rogers Creek for the FP1_ESA scenario (1974 to 1997 water years).

***Orleans***



Figure C20.  Daily mean temperatures at Orleans for the USGS Historical project operations (1974 to 1997 water years).



1
2   Figure C21.   Daily mean temperatures at Orleans for the FERC_ESA scenario
3                 (1974 to 1997 water years).
4



5
6   Figure C22.   Daily mean temperatures at Orleans for the FP1_ESA scenario
7                 (1974 to 1997 water years).
8
9

1    *Saints Rest Bar*
2



3    Figure C23.   Daily mean temperatures at Saints Rest Bar for the USGS
4                  Historical project operations (1974 to 1997 water years).



5
6
7    Figure C24.   Daily mean temperatures at Saints Rest Bar for the FERC_ESA
8                  scenario (1974 to 1997 water years).

1



2
3   Figure C25.   Daily mean temperatures at Saints Rest Bar for the FP1_ESA
4                scenario (1974 to 1997 water years).
5
6
7

1
2

## Appendix C - Simulated Water Temperatures Statistics

| Klamath River, Iron Gate | | | | | | |
|---|---|---|---|---|---|---|
| Water Temperature, Period of Record 1974-97 | | | | | | |
| Modeled with SIAM, cp40 (location in SIAM corresponding to Iron Gate) | | | | | | |
| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
| | | | Mean | StDev | Max | Min |
| No_Project | Oct | 713 | 11.6 | 2.9 | 18.1 | 5.2 |
| | Nov | 690 | 4.6 | 2.3 | 11.2 | 0.2 |
| | Dec | 713 | 1.6 | 1.6 | 9.5 | 0.0 |
| | Jan | 744 | 1.4 | 1.2 | 7.1 | 0.0 |
| | Feb | 672 | 2.7 | 1.7 | 7.3 | 0.0 |
| | Mar | 744 | 6.6 | 1.9 | 11.5 | 1.8 |
| | April | 720 | 10.3 | 2.1 | 16.2 | 5.2 |
| | May | 744 | 14.5 | 2.0 | 19.9 | 8.6 |
| | June | 720 | 18.1 | 2.0 | 24.0 | 12.8 |
| | July | 744 | 20.9 | 1.5 | 25.7 | 16.3 |
| | Aug | 744 | 21.1 | 1.6 | 26.0 | 16.3 |
| | Sept | 720 | 17.7 | 2.0 | 22.7 | 11.2 |
| USGS_With_Project | Oct | 713 | 15.6 | 1.7 | 19.1 | 10.1 |
| | Nov | 690 | 9.9 | 2.7 | 15.8 | 2.7 |
| | Dec | 713 | 3.9 | 2.4 | 10.0 | 0.4 |
| | Jan | 744 | 1.6 | 1.2 | 7.7 | 0.3 |
| | Feb | 672 | 2.0 | 1.1 | 6.2 | 0.4 |
| | Mar | 744 | 4.9 | 1.6 | 8.8 | 1.8 |
| | April | 720 | 8.8 | 1.8 | 13.2 | 4.4 |
| | May | 744 | 12.8 | 1.9 | 17.3 | 8.2 |
| | June | 720 | 16.5 | 1.5 | 19.3 | 11.8 |
| | July | 744 | 19.1 | 1.0 | 22.8 | 16.1 |
| | Aug | 744 | 20.4 | 0.7 | 22.8 | 19.1 |
| | Sept | 720 | 18.7 | 1.1 | 22.1 | 15.5 |
| FERC_ESA | Oct | 713 | 15.4 | 2.0 | 19.2 | 8.5 |
| | Nov | 690 | 9.6 | 2.6 | 15.5 | 2.6 |
| | Dec | 713 | 3.9 | 2.2 | 9.3 | 0.5 |
| | Jan | 744 | 1.5 | 1.1 | 7.7 | 0.5 |
| | Feb | 672 | 2.0 | 1.1 | 6.1 | 0.4 |
| | Mar | 744 | 5.0 | 1.6 | 8.9 | 1.7 |
| | April | 720 | 8.9 | 1.7 | 13.0 | 4.6 |
| | May | 744 | 12.8 | 1.8 | 17.2 | 8.1 |
| | June | 720 | 16.3 | 1.5 | 19.3 | 12.1 |
| | July | 744 | 18.8 | 1.0 | 21.8 | 16.1 |
| | Aug | 744 | 20.3 | 0.7 | 22.2 | 18.8 |
| | Sept | 720 | 18.7 | 1.1 | 21.5 | 15.6 |
| FP1_ESA | Oct | 713 | 15.9 | 1.8 | 19.5 | 9.9 |
| | Nov | 690 | 10.2 | 2.6 | 16.1 | 3.2 |
| | Dec | 713 | 4.0 | 2.3 | 10.0 | 0.6 |
| | Jan | 744 | 1.5 | 1.2 | 7.8 | 0.3 |
| | Feb | 672 | 1.9 | 1.1 | 6.1 | 0.4 |
| | Mar | 744 | 5.0 | 1.6 | 8.8 | 1.7 |
| | April | 720 | 9.0 | 1.8 | 13.3 | 4.9 |
| | May | 744 | 13.1 | 1.9 | 17.5 | 8.0 |
| | June | 720 | 16.9 | 1.5 | 20.4 | 12.5 |
| | July | 744 | 19.8 | 1.0 | 23.4 | 16.9 |
| | Aug | 744 | 21.0 | 0.8 | 23.6 | 19.2 |
| | Sept | 720 | 19.1 | 1.1 | 22.4 | 15.9 |

3
4
5
6
7

| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
|---|---|---|---|---|---|---|
| | | | Mean | StDev | Max | Min |
| **No_Project** | Oct | 713 | 10.6 | 2.7 | 16.9 | 4.7 |
| | Nov | 690 | 4.1 | 2.1 | 10.1 | 0.0 |
| | Dec | 713 | 1.4 | 1.4 | 8.4 | 0.0 |
| | Jan | 744 | 1.2 | 1.1 | 6.0 | 0.0 |
| | Feb | 672 | 2.4 | 1.5 | 6.8 | 0.0 |
| | Mar | 744 | 6.0 | 1.8 | 10.9 | 1.5 |
| | April | 720 | 9.7 | 2.1 | 15.8 | 4.7 |
| | May | 744 | 13.7 | 2.0 | 19.6 | 7.9 |
| | June | 720 | 17.4 | 2.0 | 23.7 | 12.0 |
| | July | 744 | 20.3 | 1.6 | 24.8 | 15.4 |
| | Aug | 744 | 20.5 | 1.7 | 25.4 | 15.3 |
| | Sept | 720 | 16.9 | 2.1 | 21.7 | 10.3 |
| **USGS_With_Project** | Oct | 713 | 15.2 | 1.7 | 19.1 | 10.0 |
| | Nov | 690 | 9.5 | 2.5 | 15.1 | 2.9 |
| | Dec | 713 | 4.1 | 2.2 | 9.2 | 0.5 |
| | Jan | 744 | 2.3 | 1.2 | 8.0 | 0.7 |
| | Feb | 672 | 2.9 | 1.2 | 6.9 | 0.6 |
| | Mar | 744 | 5.6 | 1.5 | 9.8 | 2.5 |
| | April | 720 | 9.3 | 1.7 | 13.2 | 5.3 |
| | May | 744 | 13.3 | 1.8 | 17.9 | 8.5 |
| | June | 720 | 17.1 | 1.5 | 20.5 | 12.2 |
| | July | 744 | 19.7 | 1.1 | 23.2 | 16.5 |
| | Aug | 744 | 20.5 | 0.8 | 23.2 | 18.8 |
| | Sept | 720 | 18.6 | 1.2 | 21.8 | 15.3 |
| **FERC_ESA** | Oct | 713 | 15.2 | 1.9 | 19.2 | 8.8 |
| | Nov | 690 | 9.5 | 2.4 | 15.1 | 2.9 |
| | Dec | 713 | 4.2 | 2.0 | 9.2 | 0.8 |
| | Jan | 744 | 2.2 | 1.1 | 8.0 | 0.8 |
| | Feb | 672 | 2.8 | 1.1 | 6.4 | 0.6 |
| | Mar | 744 | 5.5 | 1.5 | 9.1 | 2.3 |
| | April | 720 | 9.2 | 1.7 | 13.1 | 4.8 |
| | May | 744 | 13.1 | 1.8 | 17.7 | 8.4 |
| | June | 720 | 16.8 | 1.5 | 20.5 | 12.3 |
| | July | 744 | 19.4 | 1.0 | 22.6 | 16.0 |
| | Aug | 744 | 20.4 | 0.7 | 22.7 | 18.7 |
| | Sept | 720 | 18.7 | 1.2 | 21.4 | 15.5 |
| **FP1_ESA** | Oct | 713 | 15.5 | 1.7 | 19.4 | 9.8 |
| | Nov | 690 | 9.8 | 2.4 | 15.4 | 3.4 |
| | Dec | 713 | 4.2 | 2.1 | 9.2 | 0.8 |
| | Jan | 744 | 2.1 | 1.2 | 8.1 | 0.6 |
| | Feb | 672 | 2.6 | 1.1 | 6.4 | 0.5 |
| | Mar | 744 | 5.5 | 1.5 | 9.3 | 2.3 |
| | April | 720 | 9.3 | 1.8 | 13.4 | 5.3 |
| | May | 744 | 13.4 | 1.9 | 18.0 | 8.4 |
| | June | 720 | 17.2 | 1.5 | 20.5 | 12.8 |
| | July | 744 | 20.1 | 1.0 | 23.4 | 17.6 |
| | Aug | 744 | 21.0 | 0.8 | 23.5 | 19.4 |
| | Sept | 720 | 18.9 | 1.2 | 22.0 | 15.8 |

Table title:
**Klamath River, Trees of Heaven**
Water Temperature, Period of Record 1974-97
Modeled with SIAM, cp80 (location in SIAM corresponding to Trres of Heaven)

1
2
3
4
5
6
7

| Klamath River, Brown Bear | | | | | | |
|---|---|---|---|---|---|---|
| Water Temperature, Period of Record 1974-97 | | | | | | |
| Modeled with SIAM, cp110 (location in SIAM corresponding to Brown Bear) | | | | | | |
| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
| | | | Mean | StDev | Max | Min |
| No_Project | Oct | 713 | 10.6 | 2.8 | 17.2 | 4.7 |
| | Nov | 690 | 4.0 | 2.2 | 10.1 | 0.0 |
| | Dec | 713 | 1.3 | 1.5 | 8.7 | 0.0 |
| | Jan | 744 | 1.1 | 1.1 | 5.8 | 0.0 |
| | Feb | 672 | 2.4 | 1.6 | 7.2 | 0.0 |
| | Mar | 744 | 6.1 | 1.8 | 11.2 | 1.4 |
| | April | 720 | 9.8 | 2.2 | 16.4 | 4.6 |
| | May | 744 | 13.9 | 2.1 | 20.1 | 8.1 |
| | June | 720 | 17.6 | 2.1 | 24.3 | 11.8 |
| | July | 744 | 20.5 | 1.7 | 25.2 | 15.3 |
| | Aug | 744 | 20.7 | 1.8 | 25.8 | 15.2 |
| | Sept | 720 | 17.1 | 2.2 | 22.3 | 10.0 |
| USGS_With_Project | Oct | 713 | 14.8 | 1.9 | 19.2 | 9.5 |
| | Nov | 690 | 9.0 | 2.4 | 14.7 | 2.7 |
| | Dec | 713 | 3.7 | 2.1 | 9.4 | -0.9 |
| | Jan | 744 | 2.1 | 1.2 | 7.8 | 0.3 |
| | Feb | 672 | 2.9 | 1.3 | 7.6 | -0.3 |
| | Mar | 744 | 5.7 | 1.6 | 10.8 | 2.4 |
| | April | 720 | 9.5 | 1.8 | 14.3 | 5.4 |
| | May | 744 | 13.7 | 2.0 | 19.0 | 8.8 |
| | June | 720 | 17.7 | 1.7 | 22.9 | 12.5 |
| | July | 744 | 20.4 | 1.3 | 24.0 | 15.8 |
| | Aug | 744 | 20.7 | 1.1 | 24.3 | 18.0 |
| | Sept | 720 | 18.4 | 1.4 | 21.7 | 13.1 |
| FERC_ESA | Oct | 713 | 14.8 | 2.0 | 19.2 | 8.7 |
| | Nov | 690 | 9.0 | 2.3 | 14.7 | 2.7 |
| | Dec | 713 | 3.8 | 2.0 | 8.9 | -0.4 |
| | Jan | 744 | 2.1 | 1.1 | 7.8 | 0.5 |
| | Feb | 672 | 2.8 | 1.2 | 6.4 | -0.2 |
| | Mar | 744 | 5.6 | 1.5 | 9.7 | 2.2 |
| | April | 720 | 9.4 | 1.8 | 13.8 | 5.2 |
| | May | 744 | 13.5 | 1.9 | 18.7 | 8.7 |
| | June | 720 | 17.5 | 1.7 | 22.4 | 12.5 |
| | July | 744 | 20.2 | 1.3 | 24.2 | 15.5 |
| | Aug | 744 | 20.6 | 1.0 | 23.9 | 17.9 |
| | Sept | 720 | 18.5 | 1.3 | 21.5 | 13.8 |
| FP1_ESA | Oct | 713 | 15.0 | 1.9 | 19.5 | 9.6 |
| | Nov | 690 | 9.3 | 2.4 | 15.0 | 3.0 |
| | Dec | 713 | 3.9 | 2.1 | 9.1 | -0.6 |
| | Jan | 744 | 2.0 | 1.2 | 7.9 | 0.3 |
| | Feb | 672 | 2.6 | 1.2 | 6.4 | -0.3 |
| | Mar | 744 | 5.6 | 1.6 | 9.8 | 2.2 |
| | April | 720 | 9.5 | 1.8 | 14.0 | 5.3 |
| | May | 744 | 13.7 | 1.9 | 18.7 | 8.7 |
| | June | 720 | 17.6 | 1.5 | 21.8 | 12.9 |
| | July | 744 | 20.5 | 1.2 | 24.0 | 17.2 |
| | Aug | 744 | 21.1 | 1.1 | 24.4 | 18.3 |
| | Sept | 720 | 18.7 | 1.3 | 22.1 | 14.0 |

1
2
3
4
5
6
7

| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
|---|---|---|---|---|---|---|
| | | | Mean | StDev | Max | Min |
| **No_Project** | Oct | 713 | 9.9 | 2.7 | 16.7 | 4.0 |
| | Nov | 690 | 3.4 | 2.0 | 9.6 | 0.0 |
| | Dec | 713 | 0.9 | 1.1 | 6.2 | 0.0 |
| | Jan | 744 | 0.8 | 0.8 | 4.8 | 0.0 |
| | Feb | 672 | 1.9 | 1.2 | 5.7 | 0.0 |
| | Mar | 744 | 4.6 | 1.4 | 8.6 | 1.0 |
| | April | 720 | 7.5 | 1.7 | 12.3 | 3.6 |
| | May | 744 | 10.5 | 1.8 | 16.1 | 5.5 |
| | June | 720 | 14.1 | 2.5 | 22.0 | 8.8 |
| | July | 744 | 18.4 | 2.2 | 24.0 | 12.5 |
| | Aug | 744 | 19.6 | 2.0 | 24.7 | 14.2 |
| | Sept | 720 | 16.3 | 2.2 | 21.7 | 9.4 |
| **USGS_With_Project** | Oct | 713 | 14.3 | 1.9 | 18.9 | 9.1 |
| | Nov | 690 | 8.4 | 2.2 | 14.2 | 2.8 |
| | Dec | 713 | 3.6 | 1.9 | 9.1 | -1.3 |
| | Jan | 744 | 2.5 | 1.3 | 7.7 | 0.2 |
| | Feb | 672 | 3.5 | 1.5 | 8.4 | -0.4 |
| | Mar | 744 | 6.0 | 1.5 | 10.7 | 2.5 |
| | April | 720 | 9.3 | 1.7 | 14.1 | 5.2 |
| | May | 744 | 12.7 | 1.9 | 17.8 | 8.0 |
| | June | 720 | 16.3 | 1.8 | 22.2 | 11.6 |
| | July | 744 | 19.6 | 1.6 | 23.6 | 13.9 |
| | Aug | 744 | 20.4 | 1.2 | 24.2 | 17.5 |
| | Sept | 720 | 18.1 | 1.5 | 21.8 | 12.5 |
| **FERC_ESA** | Oct | 713 | 14.5 | 2.0 | 19.0 | 8.5 |
| | Nov | 690 | 8.4 | 2.2 | 14.2 | 2.7 |
| | Dec | 713 | 3.8 | 1.8 | 8.9 | -0.9 |
| | Jan | 744 | 2.5 | 1.2 | 7.8 | 0.5 |
| | Feb | 672 | 3.4 | 1.3 | 7.1 | -0.3 |
| | Mar | 744 | 5.9 | 1.4 | 9.9 | 2.4 |
| | April | 720 | 9.2 | 1.7 | 14.1 | 5.1 |
| | May | 744 | 12.6 | 1.8 | 17.9 | 7.9 |
| | June | 720 | 16.2 | 1.8 | 21.9 | 11.5 |
| | July | 744 | 19.4 | 1.5 | 23.2 | 13.9 |
| | Aug | 744 | 20.3 | 1.1 | 23.7 | 17.5 |
| | Sept | 720 | 18.2 | 1.4 | 21.6 | 13.2 |
| **FP1_ESA** | Oct | 713 | 14.6 | 1.9 | 19.2 | 9.3 |
| | Nov | 690 | 8.7 | 2.3 | 14.4 | 3.2 |
| | Dec | 713 | 3.8 | 1.9 | 8.9 | -1.0 |
| | Jan | 744 | 2.4 | 1.3 | 7.8 | 0.2 |
| | Feb | 672 | 3.2 | 1.4 | 7.1 | -0.4 |
| | Mar | 744 | 5.9 | 1.4 | 9.9 | 2.4 |
| | April | 720 | 9.2 | 1.7 | 13.9 | 5.1 |
| | May | 744 | 12.9 | 1.9 | 18.0 | 7.9 |
| | June | 720 | 16.6 | 1.7 | 21.6 | 12.3 |
| | July | 744 | 20.0 | 1.3 | 23.8 | 15.4 |
| | Aug | 744 | 20.8 | 1.2 | 24.1 | 17.9 |
| | Sept | 720 | 18.4 | 1.4 | 22.2 | 13.4 |

**Klamath River, Seiad**
Water Temperature, Period of Record 1974-97
Modeled with SIAM, cp130 (location in SIAM corresponding to Seiad)

1
2
3
4
5
6
7

| Klamath River, Rogers | | | | | | |
|---|---|---|---|---|---|---|
| Water Temperature, Period of Record 1974-97 | | | | | | |
| Modeled with SIAM, cp170 (location in SIAM corresponding to Rogers) | | | | | | |
| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
| | | | Mean | StDev | Max | Min |
| No_Project | Oct | 713 | Water temperatures are not modeled by SIAM at this location for the No_Project. | | | |
| | Nov | 690 | | | | |
| | Dec | 713 | | | | |
| | Jan | 744 | | | | |
| | Feb | 672 | | | | |
| | Mar | 744 | | | | |
| | April | 720 | | | | |
| | May | 744 | | | | |
| | June | 720 | | | | |
| | July | 744 | | | | |
| | Aug | 744 | | | | |
| | Sept | 720 | | | | |
| USGS_With_Project | Oct | 713 | 13.7 | 2.1 | 19.0 | 7.9 |
| | Nov | 690 | 7.8 | 2.2 | 13.9 | 2.4 |
| | Dec | 713 | 3.4 | 1.9 | 9.3 | -3.4 |
| | Jan | 744 | 2.7 | 1.5 | 7.8 | -0.4 |
| | Feb | 672 | 3.9 | 1.6 | 9.3 | -1.0 |
| | Mar | 744 | 6.4 | 1.5 | 11.6 | 2.5 |
| | April | 720 | 9.7 | 1.9 | 14.9 | 5.2 |
| | May | 744 | 13.2 | 2.1 | 19.0 | 8.3 |
| | June | 720 | 17.0 | 2.1 | 23.9 | 11.6 |
| | July | 744 | 20.3 | 1.8 | 24.7 | 13.6 |
| | Aug | 744 | 20.6 | 1.6 | 25.1 | 16.6 |
| | Sept | 720 | 17.9 | 1.8 | 22.7 | 10.9 |
| FERC_ESA | Oct | 713 | 13.8 | 2.2 | 19.1 | 7.3 |
| | Nov | 690 | 7.7 | 2.2 | 13.9 | 2.2 |
| | Dec | 713 | 3.4 | 1.9 | 9.1 | -3.4 |
| | Jan | 744 | 2.7 | 1.4 | 7.8 | -0.4 |
| | Feb | 672 | 3.9 | 1.5 | 8.1 | -1.0 |
| | Mar | 744 | 6.4 | 1.5 | 10.8 | 2.4 |
| | April | 720 | 9.7 | 1.8 | 15.0 | 5.2 |
| | May | 744 | 13.2 | 2.0 | 20.5 | 8.2 |
| | June | 720 | 17.0 | 2.1 | 23.5 | 11.5 |
| | July | 744 | 20.2 | 1.8 | 24.9 | 14.3 |
| | Aug | 744 | 20.4 | 1.5 | 24.8 | 16.6 |
| | Sept | 720 | 17.9 | 1.7 | 22.4 | 11.5 |
| FP1_ESA | Oct | 713 | 13.9 | 2.1 | 19.3 | 8.1 |
| | Nov | 690 | 8.0 | 2.2 | 14.1 | 2.6 |
| | Dec | 713 | 3.6 | 1.9 | 9.2 | -3.0 |
| | Jan | 744 | 2.6 | 1.5 | 7.8 | -0.3 |
| | Feb | 672 | 3.6 | 1.5 | 7.5 | -1.0 |
| | Mar | 744 | 6.3 | 1.5 | 10.6 | 2.4 |
| | April | 720 | 9.6 | 1.8 | 14.7 | 5.2 |
| | May | 744 | 13.2 | 2.0 | 18.9 | 8.2 |
| | June | 720 | 17.1 | 1.9 | 23.0 | 12.4 |
| | July | 744 | 20.4 | 1.6 | 24.7 | 14.9 |
| | Aug | 744 | 20.8 | 1.5 | 25.1 | 16.9 |
| | Sept | 720 | 18.1 | 1.7 | 23.0 | 11.6 |

1
2
3
4
5
6
7

| Klamath River, Orleans | | | | | | |
|---|---|---|---|---|---|---|
| Water Temperature, Period of Record 1974-97 | | | | | | |
| Modeled with SIAM, cp190 (location in SIAM corresponding to Orleans) | | | | | | |
| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
| | | | Mean | StDev | Max | Min |
| No_Project | Oct | 713 | Water temperatures are not modeled by SIAM at this location for the No_Project. | | | |
| | Nov | 690 | | | | |
| | Dec | 713 | | | | |
| | Jan | 744 | | | | |
| | Feb | 672 | | | | |
| | Mar | 744 | | | | |
| | April | 720 | | | | |
| | May | 744 | | | | |
| | June | 720 | | | | |
| | July | 744 | | | | |
| | Aug | 744 | | | | |
| | Sept | 720 | | | | |
| USGS_With_Project | Oct | 713 | 13.3 | 2.3 | 19.2 | 7.0 |
| | Nov | 690 | 7.3 | 2.3 | 13.7 | 1.7 |
| | Dec | 713 | 3.1 | 2.0 | 9.2 | -5.0 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -1.1 |
| | Feb | 672 | 3.9 | 1.7 | 9.4 | -1.6 |
| | Mar | 744 | 6.5 | 1.6 | 12.0 | 2.3 |
| | April | 720 | 9.8 | 2.0 | 15.2 | 5.2 |
| | May | 744 | 13.5 | 2.2 | 19.8 | 8.3 |
| | June | 720 | 17.4 | 2.3 | 25.0 | 11.4 |
| | July | 744 | 20.7 | 2.0 | 25.8 | 13.6 |
| | Aug | 744 | 20.7 | 1.9 | 26.0 | 16.0 |
| | Sept | 720 | 17.8 | 2.0 | 23.4 | 10.3 |
| FERC_ESA | Oct | 713 | 13.7 | 2.3 | 19.2 | 7.1 |
| | Nov | 690 | 7.4 | 2.2 | 13.7 | 1.6 |
| | Dec | 713 | 3.2 | 2.0 | 9.0 | -5.2 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -1.1 |
| | Feb | 672 | 3.8 | 1.5 | 8.2 | -1.6 |
| | Mar | 744 | 6.3 | 1.5 | 11.1 | 2.2 |
| | April | 720 | 9.7 | 1.9 | 15.2 | 5.1 |
| | May | 744 | 13.4 | 2.2 | 19.5 | 8.2 |
| | June | 720 | 17.3 | 2.3 | 24.6 | 11.3 |
| | July | 744 | 20.6 | 2.0 | 26.1 | 13.6 |
| | Aug | 744 | 20.7 | 1.8 | 25.9 | 15.9 |
| | Sept | 720 | 17.8 | 2.0 | 23.1 | 10.7 |
| FP1_ESA | Oct | 713 | 13.5 | 2.3 | 19.4 | 7.1 |
| | Nov | 690 | 7.6 | 2.3 | 13.9 | 1.8 |
| | Dec | 713 | 3.3 | 2.0 | 9.1 | -4.6 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -0.8 |
| | Feb | 672 | 3.6 | 1.6 | 7.6 | -1.6 |
| | Mar | 744 | 6.3 | 1.5 | 11.0 | 2.2 |
| | April | 720 | 9.7 | 1.9 | 14.9 | 5.1 |
| | May | 744 | 13.5 | 2.1 | 19.5 | 8.2 |
| | June | 720 | 17.4 | 2.0 | 24.2 | 12.2 |
| | July | 744 | 20.7 | 1.7 | 25.4 | 14.7 |
| | Aug | 744 | 20.9 | 1.8 | 26.2 | 16.3 |
| | Sept | 720 | 18.0 | 2.0 | 23.7 | 10.8 |

1
2
3
4
5
6
7

| Klamath River, Saint's Rest Bar | | | | | | |
|---|---|---|---|---|---|---|
| Flow and Water Temperature, Period of Record 1974-97 | | | | | | |
| Modeled with SIAM, cp210 (location in SIAM corresponding to Saint's Rest Bar) | | | | | | |
| Alternative | Month | n | Mean Daily Water Temperature (°C) | | | |
| | | | Mean | StDev | Max | Min |
| No_Project | Oct | 713 | Water temperatures are not modeled by SIAM at this location for the No_Project. | | | |
| | Nov | 690 | | | | |
| | Dec | 713 | | | | |
| | Jan | 744 | | | | |
| | Feb | 672 | | | | |
| | Mar | 744 | | | | |
| | April | 720 | | | | |
| | May | 744 | | | | |
| | June | 720 | | | | |
| | July | 744 | | | | |
| | Aug | 744 | | | | |
| | Sept | 720 | | | | |
| USGS_With_Project | Oct | 713 | 13.2 | 2.4 | 19.1 | 6.9 |
| | Nov | 690 | 7.3 | 2.3 | 13.6 | 1.6 |
| | Dec | 713 | 3.1 | 2.0 | 9.3 | -5.3 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -1.1 |
| | Feb | 672 | 3.9 | 1.7 | 9.4 | -1.7 |
| | Mar | 744 | 6.5 | 1.6 | 12.0 | 2.3 |
| | April | 720 | 9.8 | 2.0 | 15.2 | 5.1 |
| | May | 744 | 13.5 | 2.2 | 19.9 | 8.3 |
| | June | 720 | 17.5 | 2.3 | 25.1 | 11.4 |
| | July | 744 | 20.8 | 2.0 | 25.9 | 13.6 |
| | Aug | 744 | 20.7 | 1.9 | 26.1 | 15.9 |
| | Sept | 720 | 17.8 | 2.0 | 23.5 | 10.2 |
| FERC_ESA | Oct | 713 | 13.4 | 2.4 | 19.4 | 7.0 |
| | Nov | 690 | 7.5 | 2.3 | 13.8 | 1.7 |
| | Dec | 713 | 3.3 | 2.0 | 9.1 | -4.8 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -0.9 |
| | Feb | 672 | 3.6 | 1.6 | 7.7 | -1.7 |
| | Mar | 744 | 6.3 | 1.5 | 11.0 | 2.2 |
| | April | 720 | 9.7 | 1.9 | 14.9 | 5.1 |
| | May | 744 | 13.5 | 2.1 | 19.6 | 8.2 |
| | June | 720 | 17.4 | 2.1 | 24.3 | 12.1 |
| | July | 744 | 20.7 | 1.7 | 25.5 | 14.7 |
| | Aug | 744 | 20.9 | 1.8 | 26.2 | 16.2 |
| | Sept | 720 | 17.9 | 2.0 | 23.8 | 10.7 |
| FP1_ESA | Oct | 713 | 13.6 | 2.3 | 19.2 | 7.0 |
| | Nov | 690 | 7.3 | 2.2 | 13.7 | 1.5 |
| | Dec | 713 | 3.2 | 2.0 | 9.0 | -5.5 |
| | Jan | 744 | 2.5 | 1.5 | 7.6 | -1.2 |
| | Feb | 672 | 3.8 | 1.5 | 8.2 | -1.7 |
| | Mar | 744 | 6.4 | 1.5 | 11.2 | 2.2 |
| | April | 720 | 9.8 | 1.9 | 15.3 | 5.1 |
| | May | 744 | 13.4 | 2.2 | 19.6 | 8.2 |
| | June | 720 | 17.4 | 2.4 | 24.7 | 11.3 |
| | July | 744 | 20.7 | 2.0 | 26.2 | 13.6 |
| | Aug | 744 | 20.7 | 1.8 | 26.0 | 15.8 |
| | Sept | 720 | 17.8 | 2.0 | 23.2 | 10.5 |

1
2
3
4

Technical Memorandum

Habitat Versus Discharge Relationships for Coho Fry and Juvenile in the Klamath River

Prepared by:
Dr. Thomas B. Hardy
Watershed Systems Group, INC

Prepared for:
ECO Resource Group

February 19, 2017

## Introduction

Watershed Systems Group, INC was tasked with generating habitat versus flow relationships for coho fry and juvenile life stages at the existing Klamath River study sites utilized in Hardy Phase II (Hardy et al., 2006).  These habitat versus flow relationships for each life stage were extracted by Mesohabitat Units (MHUs) and provided to the USGS Columbia Research Laboratory for use in populating the Salmonid Simulator System (S3) computational cells.  This process follows the analytical steps utilized by S3 for implementation of the Chinook model in the Klamath River.  This Technical Memorandum documents the data and analytical process utilized to generate the habitat versus discharge relationships provided to the USGS.  The Memorandum also documents the technical differences in HSC and habitat modeling subsequent to Hardy Phase II.

## Hardy Phase II Fry and Juvenile Escape Cover Modeling for Chinook and Coho

Hardy Phase II (Hardy et al. 2006) documents the underlying data and literature sources for all HSC and habitat modeling equations for Chinook and coho fry and juvenile life stages.  All depth and velocity HSC were developed using nonparametric tolerance limits (Bovee 1986) while substrate/escape cover HSC were fitted using normalized frequencies since their data were categorical. Distance to escape cover for Chinook and coho fry utilized a binary function based on the cumulative frequency of distance to cover in which 95 percent of all observations were observed.  Distance to escape cover for juveniles relied on a functional relationship based on normalized frequencies over the range of distances in which 95 percent of fish were observed. Lack of empirical data from the Klamath River existed for the development of site-specific HSC for depth and velocity for coho juveniles so envelope curves were developed based on existing HSC in the literature.  The escape cover and distance to escape cover relationships for Chinook juveniles were utilized for coho juveniles in the simulations given lack of literature data for these relationships.

The final form of the conceptual habitat models for these species and life stages utilized depth and velocity HSC in conjunction with escape cover types and distance from escape cover HSC.  In addition, the conceptual habitat models for these species and life stages also incorporated parameters for an escape cover depth threshold and an escape cover velocity threshold.  The basic form of the conceptual habitat model has the form:

$$CSI = (Depth_{SI} * Velocity_{SI})^{1/2} * CompositeEscapeCover_{SI}$$

Where the CompositeEscapeCover$_{SI}$ is the area weighted average of the composite suitability of all nodes within the specified distance to escape cover relationship (DistEC$_{SI}$), having a specific type of escape cover (EscapeCover$_{SI}$) that meets the escape cover depth threshold (ECDepthThreshold$_{SI}$) and the escape cover velocity threshold (ECVelThreshold$_{SI}$) as follows:

$$CompositeEscapeCover_{SI} = EscapeCover_{SI} * DistEC_{SI} * ECDepthThreshold_{SI} * ECVelThreshold_{SI}$$

The distance to escape cover was either binary (e.g., Chinook and coho fry) or a functional relationship with distance (e.g., Chinook and coho juvenile).  The escape cover depth threshold (ECDepthThreshold$_{SI}$) is a binary value and is utilized to ensure that any node within the specified distance to escape cover is at least that depth or more to ensure that the fish has access to the node at that flow rate.  The escape cover velocity threshold (ECVelThreshold$_{SI}$) is a binary value and is utilized to ensure that any node within the specified distance to escape cover has a velocity less than the indicated value at that flow

2

rate to ensure the node does not have a limiting velocity.  The depth and velocity threshold values were developed through discussions with the Hardy Phase II Technical Team.  Table 1 provides a summary of the depth and velocity escape cover threshold values used for fry and juvenile modeling.

Table 1. Habitat model parameters for escape cover depth and velocity thresholds for Chinook and coho life stages.

|  | Escape Cover Thresholds | |
| --- | --- | --- |
| Species/Life Stage | Depth (ft) | Velocity (ft/s) |
| Chinook Fry | 0.3 | 2.0 |
| Chinook Juveniles | 0.6 | 3.5 |
| Coho Fry | 0.3 | 1.5 |
| Coho Juveniles | 0.6 | 2.5 |

Habitat modeling results were presented as Weighted Usable Area (WUA) in square feet per 1000 feet of stream versus discharge derived from the length of each study site and WUA versus discharge as a percent of maximum habitat at each study site.  In addition, the WUA versus discharge relationships at each study site were scaled to the reach level based on proportional weighting of habitat types measured at the reach scale.

**Secretarial Determination Fry and Juvenile Escape Cover Modeling for Chinook and Coho**

During the development of habitat versus flow relationships for use in SALMOD as part of the Secretarial Determination on dam removal in the Klamath River, habitat suitability criteria were reexamined. Although that work focused on Chinook life stages, other species and life stages modeled as part of the original Hardy Phase II work were reviewed (see Hardy, 2012).  The simulations were rerun with the original coho fry habitat suitability curves for depth and velocity, distance to escape cover, escape cover threshold depth, and maximum escape cover velocity as used in the Hardy Phase II work, but substituted the Chinook Fry Escape Cover suitability codes for the coho codes.  Habitat modeling followed the same procedures employed in Hardy Phase II.

SALMOD required the assignment of habitat versus discharge relationships for each Chinook life stage to individual computational cells.  The number and sequence of SALMOD computational cells were derived from the ground based habitat mapping between Iron Gate Dam and the estuary utilized in Hardy Phase II.  Mesohabitat specific discharge versus habitat relationships were derived at each study site by overlaying the mesohabitat mapping results onto the computational mesh.  The habitat versus flow relationships were then extracted for each habitat type in the study site.  The mesohabitat specific relationships were then 'extrapolated' to the same mesohabitat types for other computational cells in SALMOD.  The extrapolation procedure accounted for changes in flow accretions and channel widths when extrapolating upstream or downstream by scaling the study site mesohabitat specific habitat versus flow relationships.  Source and target mesohabitats (i.e. computational cells) were selected based on proximity to study sites, geomorphology of the channel, and mesohabitat type.  As would be expected given the computational differences to 'extrapolate' or scale study sites to the reach level, the reach level habitat versus discharge relationships are different between Hardy Phase II and the corresponding reach level relationships derived from SALMOD.  This procedure is explained in more detail in Perry (2017).

3

**Klamath River S3 Chinook Fry and Juvenile HSC and Habitat Modeling**

During the initial implementation of the S3 model to the Klamath, new depth, velocity and distance to escape cover HSC for Chinook fry and juvenile were developed based on probability density functions (e.g. see Som et al., 2015). These are shown below:

The Chinook fry depth HSC curve is based on a scaled gamma distribution pdf,

$$HSC = \frac{\left[\frac{1}{(0.093^{3.833})\Gamma(3.833)}\right](x^{2.833})e^{\left(\frac{-x}{0.093}\right)}}{2.475} \tag{1}$$

where $x$ is a depth value (in meters) and $\Gamma()$ is the standard gamma function.

The Chinook fry velocity HSC curve is based on a scaled kappa distribution pdf,

$$F = \left[1 - 0.553\left(1 + \frac{0.225(x - 0.042)}{0.099}\right)^{\frac{-1}{0.225}}\right]^{\frac{1}{0.553}} \tag{2}$$

$$HSC = \frac{\frac{1}{0.099}\left(1 + \frac{0.225(x - 0.042)}{0.099}\right)^{\frac{-1.225}{0.225}} F^{0.447}}{5.311} \tag{3}$$

where $x$ is a velocity value (in m/s).

The Chinook fry distance to cover HSC curve is based on a scaled generalized Pareto distribution pdf,

$$y = \frac{1}{0.345}log\left(1 + \frac{0.345(x + 0.035)}{0.186}\right); HSC = \frac{\frac{1}{0.186}e^{-y(1.345)}}{4.2072} \tag{4}$$

where $x$ is a distance to cover value (in meters).

The Chinook juvenile depth HSC curve is based on a scaled gamma distribution pdf,

$$HSC = \frac{\left[\frac{1}{(0.164^{2.7})\Gamma(2.7)}\right](x^{1.7})e^{\left(\frac{-x}{0.164}\right)}}{1.778} \tag{5}$$

where $x$ is a depth value (in meters) and $\Gamma()$ is the standard gamma function.

4

The Chinook juvenile velocity HSC curve is based on a scaled kappa distribution pdf (not all that different from the fry version),

$$F = \left[ 1 - 0.23 \left( 1 + \frac{0.172(x - 0.078)}{0.089} \right)^{\frac{-1}{0.172}} \right]^{\frac{1}{0.23}} \tag{6}$$

$$HSC = \frac{\frac{1}{0.089} \left( 1 + \frac{0.172(x - 0.078)}{0.089} \right)^{\frac{-1.172}{0.172}} F^{0.77}}{4.731} \tag{7}$$

where $x$ is a velocity value (in m/s).

The Chinook juvenile distance to cover HSC curve is based on a scaled kappa distribution pdf,

$$F = \left[ 1 - 0.804 \left( 1 + \frac{0.273(x - 0.025)}{0.319} \right)^{\frac{-1}{0.273}} \right]^{\frac{1}{0.804}} \tag{8}$$

$$HSC = \frac{\frac{1}{0.319} \left( 1 + \frac{0.273(x - 0.025)}{0.319} \right)^{\frac{-1.273}{0.273}} F^{0.196}}{2.121} \tag{9}$$

where $x$ is a velocity value (in m/s).

A comparison between Hardy Phase II and S3 Chinook Fry HSC for depth and velocity are shown in Figure 1. It is evident that the S3 HSC tend to have a slightly more restricted range of 1.0 suitability compared to the somewhat broader range evident in the non-parametric tolerance limit derived HSC in Hardy Phase II. The habitat equation utilized in S3 for Chinook fry and juveniles is also different than that utilized in Hardy Phase II or SLAMOD applications. The S3 habitat equation for both Chinook life stages is:

$$WUA_{cell} = (Depth_{si} * Velocity_{si} * EscapeCoverDistance_{si})^{1/3}$$

Where the depth, velocity and distance to escape cover are derived from the appropriate pdf equations above. The mesohabitat specific habitat versus flow relationships were extracted from each study site as noted previously and then extrapolated to the corresponding S3 computational cells using the same procedure as previously described for SALMOD. As would be expected given the fundamental differences in the shape of the HSC and habitat model equations, the mesohabitat and reach level WUA versus flow relationships are different from Hardy Phase II and the SLAMOD applications.



Figure 1. Hardy Phase II HSC versus S3 HSC for Chinook fry depth and velocity. NOTE that the S3 curves are in meters and meters/second.

**Klamath River S3 Coho Fry and Juvenile HSC and Habitat Modeling**

Coho fry data from the Klamath River were collected from 1999 through 2005. Table 2 provides a summary of the number of collections as a function of flow rate as well as number of coho collected with each sample. As noted in Hardy Phase II, the coho fry HSC were developed using non-parametric tolerance limits and the juvenile HSC were derived from an envelope curve approach using available literature HSC. As part of the current modeling effort a literature review was undertaken for potentially new coho HSC information. Based on the literature review no modifications were made to either coho fry or juvenile depth, velocity, distance to escape cover, threshold depth, or threshold velocity criteria. The depth and velocity HSC coordinates are provided in Table 3. The same escape cover HSC were utilized for both coho juvenile and fry (Table 4).

The same analytical procedures as described previously were utilized to extract and then extrapolate mesohabitat specific habitat versus discharge relationships for use in S3. This is explained in more detail by Perry (2017).

Table 2. Coho fry observation data by discharge and number of coho caught in each sample from the Klamath River 1999 through 2005.

| Coho Total Observations | | | | | |
|---|---|---|---|---|---|
| Year | <1500 | 1501-3000 | 3001-4500 | >4501 | Total |
| 1999 | | | 1 | 1 | 2 |
| 2000 | | 5 | 2 | | 7 |
| 2001 | 1 | 2 | | | 3 |
| 2002 | 7 | 22 | | | 29 |
| 2003 | | 5 | 2 | | 7 |
| 2005 | 51 | 38 | | 20 | 109 |
| Total | 59 | 72 | 5 | 21 | 157 |
| | | | | | |
| Coho Total Numbers | | | | | |
| Year | <1500 | 1501-3000 | 3001-4500 | >4501 | Total |
| 1999 | | | 1 | 2 | 3 |
| 2000 | | 6 | 2 | | 8 |
| 2001 | 1 | 2 | | | 3 |
| 2002 | 10 | 25 | | | 35 |
| 2003 | | 8 | 2 | | 10 |
| 2005 | 55 | 49 | | 22 | 126 |
| | 66 | 90 | 5 | 24 | 185 |

7

Table 3.  Coho fry and juvenile depth and velocity HSC.

| Coho Juvenile | | | | |
|---|---|---|---|---|
| Velocity (ft/s) | SI | | Depth (ft) | SI |
| 0.00 | 0.40 | | 0.00 | 0.00 |
| 0.10 | 1.00 | | 0.25 | 0.00 |
| 0.50 | 1.00 | | 1.50 | 1.00 |
| 2.00 | 0.00 | | 2.75 | 1.00 |

| Coho Fry | | | | |
|---|---|---|---|---|
| Velocity (ft/s) | SI | | Depth (ft) | SI |
| 0.00 | 0.10 | | 0.00 | 0.00 |
| 0.03 | 0.50 | | 0.03 | 0.02 |
| 0.10 | 1.00 | | 0.10 | 0.07 |
| 0.20 | 1.00 | | 0.20 | 0.13 |
| 0.30 | 1.00 | | 0.30 | 0.20 |
| 0.40 | 1.00 | | 0.40 | 0.35 |
| 0.50 | 1.00 | | 0.50 | 0.50 |
| 0.60 | 0.75 | | 0.60 | 0.75 |
| 0.70 | 0.50 | | 0.70 | 1.00 |
| 0.80 | 0.44 | | 0.80 | 1.00 |
| 0.90 | 0.38 | | 0.90 | 1.00 |
| 1.00 | 0.32 | | 1.00 | 1.00 |
| 1.10 | 0.26 | | 1.10 | 1.00 |
| 1.20 | 0.20 | | 1.20 | 1.00 |
| 1.30 | 0.15 | | 1.30 | 1.00 |
| 1.40 | 0.10 | | 1.40 | 0.88 |
| 2.80 | 0.03 | | 1.50 | 0.75 |
| 3.20 | 0.01 | | 1.60 | 0.63 |
| 3.50 | 0.00 | | 1.70 | 0.50 |
| | | | 1.80 | 0.40 |
| | | | 1.90 | 0.30 |
| | | | 2.00 | 0.20 |
| | | | 2.10 | 0.18 |
| | | | 2.20 | 0.16 |
| | | | 2.30 | 0.14 |
| | | | 2.40 | 0.12 |
| | | | 2.50 | 0.10 |
| | | | 2.60 | 0.08 |
| | | | 2.70 | 0.06 |
| | | | 2.80 | 0.04 |
| | | | 3.00 | 0.00 |

8

Table 4. Escape cover HSC for coho fry and juvenile life stages.

| Channel Index Code | Description | SI |
|---|---|---|
| 1 | Filamentous Algae | 0.00 |
| 2 | Non-emergent rooted aquatic | 0.50 |
| 3 | Emergent Rooted aquatic | 0.50 |
| 4 | Grass | 1.00 |
| 5 | Sedges | 1.00 |
| 6 | Cockleburs | 1.00 |
| 7 | Grape vines | 1.00 |
| 8 | Willows | 1.00 |
| 9 | Berry Vines | 1.00 |
| 10 | Trees <4" dbh | 1.00 |
| 11 | Trees >4" dbh | 1.00 |
| 12 | Root wads | 1.00 |
| 13 | Aggregate of small veg dom (<4") | 0.50 |
| 14 | Aggregate of large veg dom (>4") | 0.50 |
| 15 | Duff leaf litter organic debris | 0.00 |
| 16 | SWD <4x12" | 1.00 |
| 17 | LWD >4-12" | 1.00 |
| 18 | Clay | 0.00 |
| 19 | Sand or silt | 0.00 |
| 20 | Course Sand | 0.00 |
| 21 | Small Gravel | 0.00 |
| 22 | Medium Gravel | 0.00 |
| 23 | Large Gravel | 0.00 |
| 24 | Very Large Gravel | 0.00 |
| 25 | Small Cobble | 0.10 |
| 26 | Medium Cobble | 0.10 |
| 27 | Large Cobble | 0.10 |
| 28 | Small Boulder | 0.10 |
| 29 | Medium Boulder | 0.10 |
| 30 | Large Boulder | 0.10 |
| 31 | Smooth Bedrock | 0.00 |
| 32 | Rough Bedrock | 0.00 |
| 33 | Other | 0.00 |
| 999 | Not Present | 0.00 |

**References**

Bovee, K.D.  (1986).  Development and evaluation of habitat suitability criteria for use in the Instream Flow Incremental Methodology.  Instream Flow Information Paper 21.  U.S. Fish and Wildl. Serv. Biol. Rep. (86(7). 235pp.

Hardy, T.B., C. Addley, and E. Saraeva. 2006. Evaluation of Instream Flow Needs in the Lower Klamath River. Phase II final report for the U.S. Department of the Interior. 229pp.

Hardy, T. (2012).  Technical Memorandum - Revised Coho Fry Habitat versus Discharge Relationships for the Klamath River. Provided to the National Marine Fisheries Service, February 5, 2012.

Perry, R. (2017). Methods used in the Stream Salmonid Simulator (S3) to generate habitat areas for juvenile Chinook salmon for the Klamath River Essential Fish Habitat Consultation.  USGS, Western Fisheries Research Center.  13 January 2017.

Som, N.A., D.H. Goodman, R.W. Perry, and T.B. Hardy. 2015.  Habitat suitability criteria via parametric distributions: Estimation, model selection, and uncertainty.  River Research and Applications. DOI: 10.1002/rra.2900.

| Coho Total Observations | | | | | |
|---|---|---|---|---|---|
| Year | <1500 | 1501-3000 | 3001-4500 | >4501 | Total |
| 1999 | | | 1 | 1 | 2 |
| 2000 | | 5 | 2 | | 7 |
| 2001 | 1 | 2 | | | 3 |
| 2002 | 7 | 22 | | | 29 |
| 2003 | | 5 | 2 | | 7 |
| 2005 | 51 | 38 | | 20 | 109 |
| Total | 59 | 72 | 5 | 21 | 157 |

| Coho Total Numbers | | | | | |
|---|---|---|---|---|---|
| Year | <1500 | 1501-3000 | 3001-4500 | >4501 | Total |
| 1999 | | | 1 | 2 | 3 |
| 2000 | | 6 | 2 | | 8 |
| 2001 | 1 | 2 | | | 3 |
| 2002 | 10 | 25 | | | 35 |
| 2003 | | 8 | 2 | | 10 |
| 2005 | 55 | 49 | | 22 | 126 |
| | 66 | 90 | 5 | 24 | 185 |

| Coho Juvenile | | | | |
|---|---|---|---|---|
| Velocity (ft/s) | SI | | Depth (ft) | SI |
| 0.00 | 0.40 | | 0.00 | 0.00 |
| 0.10 | 1.00 | | 0.25 | 0.00 |
| 0.50 | 1.00 | | 1.50 | 1.00 |
| 2.00 | 0.00 | | 2.75 | 1.00 |

| Coho Fry | | | | |
|---|---|---|---|---|
| Velocity (ft/s) | SI | | Depth (ft) | SI |
| 0.00 | 0.10 | | 0.00 | 0.00 |
| 0.03 | 0.50 | | 0.03 | 0.02 |
| 0.10 | 1.00 | | 0.10 | 0.07 |
| 0.20 | 1.00 | | 0.20 | 0.13 |
| 0.30 | 1.00 | | 0.30 | 0.20 |
| 0.40 | 1.00 | | 0.40 | 0.35 |
| 0.50 | 1.00 | | 0.50 | 0.50 |
| 0.60 | 0.75 | | 0.60 | 0.75 |
| 0.70 | 0.50 | | 0.70 | 1.00 |
| 0.80 | 0.44 | | 0.80 | 1.00 |
| 0.90 | 0.38 | | 0.90 | 1.00 |
| 1.00 | 0.32 | | 1.00 | 1.00 |

| | | | | |
|---|---|---|---|---|
| 1.10 | 0.26 | | 1.10 | 1.00 |
| 1.20 | 0.20 | | 1.20 | 1.00 |
| 1.30 | 0.15 | | 1.30 | 1.00 |
| 1.40 | 0.10 | | 1.40 | 0.88 |
| 2.80 | 0.03 | | 1.50 | 0.75 |
| 3.20 | 0.01 | | 1.60 | 0.63 |
| 3.50 | 0.00 | | 1.70 | 0.50 |
| | | | 1.80 | 0.40 |
| | | | 1.90 | 0.30 |
| | | | 2.00 | 0.20 |
| | | | 2.10 | 0.18 |
| | | | 2.20 | 0.16 |
| | | | 2.30 | 0.14 |
| | | | 2.40 | 0.12 |
| | | | 2.50 | 0.10 |
| | | | 2.60 | 0.08 |
| | | | 2.70 | 0.06 |
| | | | 2.80 | 0.04 |
| | | | 3.00 | 0.00 |

Escape Cover – Coho Fry and Juvenile

| Channel Index Code | Description | SI |
|---|---|---|
| 1 | Filamentous Algae | 0.00 |
| 2 | Non-emergent rooted aquatic | 0.50 |
| 3 | Emergent Rooted aquatic | 0.50 |
| 4 | Grass | 1.00 |
| 5 | Sedges | 1.00 |
| 6 | Cockleburs | 1.00 |
| 7 | Grape vines | 1.00 |
| 8 | Willows | 1.00 |
| 9 | Berry Vines | 1.00 |
| 10 | Trees <4" dbh | 1.00 |
| 11 | Trees >4" dbh | 1.00 |
| 12 | Root wads | 1.00 |
| 13 | Aggregate of small veg dom (<4") | 0.50 |
| 14 | Aggregate of large veg dom (>4") | 0.50 |
| 15 | Duff leaf litter organic debris | 0.00 |
| 16 | SWD <4x12" | 1.00 |
| 17 | LWD >4-12" | 1.00 |
| 18 | Clay | 0.00 |

| 19 | Sand or silt | 0.00 |
| 20 | Course Sand | 0.00 |
| 21 | Small Gravel | 0.00 |
| 22 | Medium Gravel | 0.00 |
| 23 | Large Gravel | 0.00 |
| 24 | Very Large Gravel | 0.00 |
| 25 | Small Cobble | 0.10 |
| 26 | Medium Cobble | 0.10 |
| 27 | Large Cobble | 0.10 |
| 28 | Small Boulder | 0.10 |
| 29 | Medium Boulder | 0.10 |
| 30 | Large Boulder | 0.10 |
| 31 | Smooth Bedrock | 0.00 |
| 32 | Rough Bedrock | 0.00 |
| 33 | Other | 0.00 |
| 999 | Not Present | 0.00 |

Habitat Equations

Combined Suitability = $(Depth_{si} * Velocity_{si}) * Escape\ Cover_{si}$

Where:

Escape Cover$_{si}$ = Escape Cover$_{type}$ * Escape Cover$_{Distance}$ * Escape Cover$_{Distance}$ * Escape Cover$_{Velocity}$

Escape Cover$_{si}$ = Area average escape cover suitability derived from the Escape Cover$_{type}$ (see table above) in the existing computation cell and adjacent computation cells within the user specified Escape Cover$_{Distance}$, as long as the adjacent computational cell met the minimum depth requirements specified by the Escape Cover$_{Distance}$, and velocity less than the specified Escape Cover$_{Velocity}$ magnitude.

In these simulations, the Escape Cover$_{Distance}$, Escape Cover$_{Minimum\ Depth}$, and Escape Cover$_{Velocity}$ are treated as binary conditions.

The Escape Cover$_{Distance}$ constrains the grid search to observed data where coho were observed in association with escape cover (see figure below). Since larger sized coho were generally found somewhat farther from escape cover as compared to smaller individuals, fry were constrained to within 2.0 feet and juvenile to within 5.0 feet of escape cover.  The Escape Cover$_{Minimum\ Depth}$ ensured the adjacent computational cell had a depth of water sufficient to cover the body depth of the life stage, while the Escape Cover$_{Velocity}$ threshold specifies a maximum velocity in the adjacent computation cell

that the life stage could maintain position.



Juvenile:

        Escape Cover$_{Distance}$ 5.0 feet or at least one adjacent surrounding computational cell.

        Escape Cover$_{Minimum\ Depth}$ 0.6 feet.

        Escape Cover$_{Velocity}$ 2.5 feet/second.

Fry:

        Escape Cover$_{Distance}$ 2.5 feet or at least one adjacent surrounding computation cell.

        Escape Cover$_{Minimum\ Depth}$ 0.3 feet.

        Escape Cover$_{Velocity}$ 2.0 feet/second.

Evaluation of Interim Instream Flow Needs in the Klamath River

Phase I

Final Report

Prepared for:

Department of the Interior

Prepared by:

Institute for Natural Systems Engineering
Utah Water Research Laboratory
Utah State University
Logan, Utah 84322-4110

August 5, 1999

## Executive Summary

This report reviews the historical and existing status of the anadromous fish within the lower Klamath River (i.e., below Iron Gate Dam) and highlights those factors which have been attributed to the decline in these fisheries. The report also makes interim minimum monthly flow recommendations for the main stem Klamath River below Iron Gate Dam downstream to the Scott River. These interim minimum instream flow recommendations are based on a variety of hydrology based modeling approaches which represent different, yet valid approaches to estimating required flow regimes. The report also provides a qualitative evaluation of additional factors such as temperature and habitat maintenance flows. The recommended interim minimum flows seek to provide the basis or starting point upon which restoration and maintenance of the aquatic resources within the Klamath River can be achieved in light of the Department of the Interior's trust responsibility to protect tribal rights and resources as well as other statutory responsibilities, such as the Endangered Species Act.

This report was developed for the Department of the Interior (DOI) who provided access to a technical review team composed of representatives of the U.S. Fish and Wildlife Service, Bureau of Reclamation, Bureau of Indian Affairs, U.S. Geological Survey and participation by the National Marine Fisheries Service. The technical review team also included participation by the Yurok, Hoopa, and Karuk Tribes given the Departments trust responsibilities and the California Department of Fish and Game as the state level resource management agency. The technical review team provided invaluable assistance in the review of methods used in the analysis, provided comments on the draft reports, various data and additional material for use in completion of the final report. In addition, several agencies and private individuals provided written comments on the Draft Report, which have been addressed in the report where appropriate.

## Acknowledgments

The completion of this work in large part can be attributed to the efforts of the U.S. Fish and Wildlife Service Arcata Field Office staff and in particular to Mr. Thomas Shaw for providing much of the supporting site specific field and fisheries data used in the analyses. The efforts of the various Tribal fisheries personnel in suppling additional fisheries collection data was also very beneficial. In particular, Mr. Mike Belchik provided many rare and dated references on the fisheries within the Klamath Basin. The U.S. Fish and Wildlife Service office in Yreka also deserves credit for having supplied the bulk of the background material used in the evaluation of historical and existing conditions within the Klamath Basin as well as updated GIS coverages of species distributions. A special thanks is also given to Mr. Mike Deas (U.C. Davis) for providing technical assistance for the temperature simulations. Mr. Larry Dugan of the Bureau of Reclamation is also acknowledged for his tireless efforts in chasing down endless technical details regarding Klamath Project operations. The Technical Team also provided critical evaluation of the Draft and Final Reports. Finally, the

001244

completion of this work would not have been possible without the support of the staff at Institute for Natural Systems Engineering.

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Introduction   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Background   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Chapter I      Historical Conditions . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Chapter II     Current Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Chapter III    Assessment of Interim Flow Needs . . . . . . . . . . . . . . . . . . 2

Chapter I - Historical Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Historical Fisheries Resources and Distributions  . . . . . . . . . . . . . . . . . . 3
        Steelhead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
        Coho Salmon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Chinook Salmon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Green (and White) Sturgeon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Coastal Cutthroat Trout  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Eulachon (Candlefish)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        Pacific Lamprey  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Life History Traits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        Steelhead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        Coho Salmon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        Chinook Salmon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        Green Sturgeon  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        Coastal Cutthroat Trout  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Eulachon (Candlefish)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Pacific Lamprey  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Historical Hydrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Chapter II - Current Conditions and Historical Factors Affecting Fisheries Resources . 10
    Current Distribution of Anadromous Species  . . . . . . . . . . . . . . . . . . . . . 10
    Factors Attributed to the Decline of Anadromous Species  . . . . . . . . . . . . . . 10
        The Upper Klamath Basin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        The Upper Trinity Subbasin  . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        The Shasta Subbasin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        The Scott Subbasin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        The Salmon Subbasin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        The Mid-Klamath Subbasin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        The Mid-Trinity Subbasin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        The South Fork Trinity Subbasin . . . . . . . . . . . . . . . . . . . . . . . . . 19
        The Lower Trinity Subbasin  . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

iii

The Lower Klamath Subbasin (Below Scott River) . . . . . . . . . . . . . . . . 21
Overall Population Trends in Anadromous Species . . . . . . . . . . . . . . . . . . 22
Steelhead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Coho . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Chinook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Chapter III - Assessment of Interim Flow Needs . . . . . . . . . . . . . . . . . . . . . . . 25
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Hydrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Iron Gate Mean Annual, Average and Median Monthly Flows . . . . . . . 27
Historical (Pre-Project) Water Year Classifications below Iron Gate . . . 28
Iron Gate Monthly Flow Exceedance Value Estimates . . . . . . . . . . . . 30
Life History Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
The Ecological Basis of Flow Regimes for Aquatic Resources . . . . . . . . . . . 32
Applied Assessment Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Hydrology Based Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Hoppe Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
New England Flow Recommendation Policy . . . . . . . . . . . . . . 38
Northern Great Plains Resource Program Method . . . . . . . . . . 39
Tennant Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Washington Base Flow Method . . . . . . . . . . . . . . . . . . . . . . . 42
Review of Field Based Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Recommended Flows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Iron Gate Dam to the Shasta River . . . . . . . . . . . . . . . . . . . . . . . . . 43
Evaluation of Water Temperatures . . . . . . . . . . . . . . . . . . . . . . . . . 45
Shasta River to Scott River . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Monthly Transition Flows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Fisheries Habitat Maintenance Flow Component . . . . . . . . . . . . . . . . . . . 50

Literature Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

## Introduction

This report provides interim minimum flow recommendations, using the best available scientific methods given the available data, to address minimum instream flows required to support the ecological needs of aquatic resources, particularly anadromous fish species, in the Klamath River Basin.  The report proposes minimum flows for the main stem Klamath River below Iron Gate Dam on an interim basis pending the completion of more intensive, site-specific instream flow analyses. The report outlines the approach taken to estimate minimum interim instream flow needs of the aquatic resources within the main stem Klamath River in California.  The purpose of this effort is to recommend minimum flows within the main stem Klamath River below Iron Gate Dam on a monthly basis necessary to aid restoration efforts and the maintenance of the aquatic resources within the Klamath River in light of the Department of the Interior's trust responsibility to protect tribal rights and resources as well as other statutory responsibilities, such as the Endangered Species Act. Recommendations are made in light of existing literature and, where appropriate, hydrological based analyses and life history requirements of the anadromous species and related flow dependant aquatic resources (e.g., aquatic macroinvertebrates).  It is recognized that many other factors within the Klamath Basin such as appropriate flow regimes within tributary systems and a variety of land use related efforts will be required before successful restoration can be achieved.  The determination of interim minimum flow releases within the main stem Klamath River below Iron Gate Dam represents an important first step in this longer term effort necessary for the restoration of the anadromous fish within the Klamath Basin.  For the purposes of this report and unless otherwise specifically stated, the Upper Klamath Basin is considered to be above Iron Gate Dam, while the Lower Klamath Basin lies below Iron Gate Dam.

## Background

Heightened consideration of necessary instream flow requirements in the Klamath River Basin has occurred since the passage of the 1986 Klamath River Basin Restoration Act, the development of annual and longer-term operations plans for the Bureau of Reclamation's Klamath Project, and the listing and proposed listings of Klamath River Basin anadromous fish.  For the past 37 years, instream flows within the lower Klamath River have been substantially determined by the minimum flow regime specified at Iron Gate Dam under PacifiCorp's license from the Federal Energy Regulatory Commission.  Although PacifiCorp is obligated to meet FERC minimum flows, they have operated the facility according to the Bureau of Reclamation Annual Operating Plans since 1996.  Several instream flow studies or requisite components (e.g., suitability curve development) are currently underway in the Klamath Basin; however, these studies will not be completed for several years.  As such, these studies cannot provide substantive input to the determination of the flow needs of the aquatic resources in the Klamath River on a more immediate basis; i.e., to provide scientifically based interim flow levels for tribal trust resources in the Klamath River in California for discussion and consideration in the on-going negotiations in the Upper Klamath

Basin adjudication in Oregon as well as the development of operations plans for the Klamath Project.

Although the "Trihey Report" - an interim instream flow analysis based on the Tennant method and developed by consultants to the Yurok Tribe-provided a sound rational basis for the recommendation of the instream flow needs for the purposes of the Klamath Project operations, a more detailed and expanded assessment was desired to address flow needs within the Klamath River Basin in California.   The report is organized into three sections as follows:

## Chapter I      Historical Conditions

Chapter I focuses on a review of available historical information on the physical, chemical and biological conditions within the Klamath River, where in the context of this report, historical refers to pre-development conditions within the Klamath Basin.   This section focuses on establishment of the historical context upon which existing conditions and recommended flow regimes can be assessed.   Because of the integrated nature of the Klamath Basin as an ecological system, information is presented on the principal tributary systems in the Klamath Basin: Shasta, Scott, Salmon and Trinity Rivers. The report provides a synoptic overview of the life history requirements, spatial and temporal distributions, and potential limiting factors which may influence anadromous fish and other flow related aquatic resources.

## Chapter II      Current Conditions

This section of the report focuses on an assessment of the existing conditions within the Klamath Basin which have a direct or indirect effect on the flow dependent aquatic resources within the Klamath River.   The report includes summary information on the temporal and spatial factors which have, or are suspected to have, impacted the resources both within the main stem Klamath River and its tributaries.

## Chapter III      Assessment of Interim Flow Needs

This section of the report provides a discussion of the methods and analyses utilized for recommending necessary interim minimum instream flows for the aquatic resources within the Klamath River pending further site specific studies.   This section of the report emphasizes the assessment of an ecologically based minimum flow regime necessary to protect the physical, chemical and biological processes necessary to aid in the restoration and maintenance of the aquatic resources in light of the Departments statutory and fiduciary responsibilities within the Klamath River Basin.

## Chapter I - Historical Conditions

**Historical Fisheries Resources and Distributions**

Both historical and existing distribution maps for fisheries resources within the Klamath River Basin discussed below are provided in Appendix A (USFWS 1999). The historical (pre-development) distribution of anadromous species within the Klamath River Basin extended above Upper Klamath Lake into the Sprague and Williamson River systems and Spencer Creek (Coots 1962, Fortune et al., 1966). Historical distributions in the Lower Klamath Basin (i.e., below Klamath Lake) included the Klamath main stem, Shasta, Scott, Salmon, and Trinity Rivers including many of the smaller tributary streams within the Lower Klamath River Basin. The anadromous species which utilized the Upper Klamath River Basin included chinook salmon and probably included steelhead and coho (e.g., CDFG 1954). The anadromous species in the Lower Klamath Basin include spring/summer, fall and winter run steelhead, spring and summer/fall run chinook, and coho. Other salmon reported from the Klamath include the chum and pink (Synder 1931). The Klamath Basin Ecosystem Restoration (1997) report lists chum salmon as being extirpated from the Klamath Basin but infrequent captures of both still occur.

Other important fisheries resources include white and green sturgeon, pacific lamprey, coastal cutthroat trout, and eulachon (candlefish) (KRBFTF 1991). However, lack of historical quantitative collection data (i.e., pre-1900's) makes the determination of the historical distribution of these species difficult beyond that of the main stem and tributaries in the Lower Klamath River.

### *Steelhead*

Historically, the Klamath supported large populations of spring/fall/winter run steelhead populations (Synder 1931, CDFG 1959, 1989). Steelhead were historically distributed throughout the main stem and principal tributaries within the Lower Klamath Basin such as the Shasta, Scott, Salmon, and Trinity River basins, and included many of the smaller tributary streams. Steelhead were also likely distributed in upstream tributaries of Upper Klamath Lake in the Upper Klamath Basin. Snyder (1931) and Fortune et al. (1966) indicate the likely presence of steelhead in the Upper Basin in the Sprague and Williamson Rivers but that the historical data was inconclusive. Steelhead are also known to utilize the main stem Klamath River in cold water refugia at tributary confluences (Belchik, pers. com). The fall/winter run steelhead utilized the Salmon, Scott, Trinity, and South and North Fork Trinity Rivers. In addition, Elk, Clear, Indian, Independence and Blue Creeks are known to contain fall steelhead. Historically however, steelhead would utilize any tributary with access for spawning and juveniles would migrate upstream in tributaries even where spawning habitat did not exist. Summer run steelhead are known to utilize the Salmon, New, Scott and South and North Fork Trinity Rivers, Wooly, Redcap, Elk, Bluff, Dillon, Indian, Clear, Canyon, Camp, Blue, Grider and Ukonom Creeks (see citations in KRBFTF 1991).

3

### Coho Salmon

The historical distribution of coho salmon in the Klamath River Basin is reported to have historically occurred in 113 tributary streams in the Klamath-Trinity River drainage (Brown and Moyle 1991). Their historical utilization of the Upper Klamath Basin is not known from conclusive records (Fortune et al., 1966). Historical data document the collection of coho as far upstream as the Klamathon Racks (Synder 1931) and are known to inhabit the Shasta, Scott, Salmon and Trinity River Basins. It is assumed that all tributaries with sufficient access and habitat supported coho.

### Chinook Salmon

The historical distribution of chinook salmon in the Klamath River Basin is known to have extended above Klamath Lake into the Sprague and Williamson Rivers (Fortune et al. 1966). They were also distributed throughout the Lower Klamath Basin in the principal tributaries (i.e., Trinity, Scott, Shasta, and Salmon Rivers) and several of the smaller stream systems such as Fall, Jenny, and Bogus Creeks (Coots 1962). Historically, spring chinook runs were considered to be more abundant prior to the turn of the century (Moyle 1976, Moyle et al., 1989) when compared to the dominance of summer/fall runs since that time (Snyder 1931). Spring chinook were historically collected in the vicinity of the current Iron Gate Dam (Iron Gate Hatchery records). During the pre-1900s some of the spring run chinook were destined for the Salmon River, other lower main stem tributaries and likely tributaries upstream of Klamath Lake (Snyder 1931, Fortune et al. 1966). The apparent shift to a summer/fall run population occurred by the end of the first decade following 1900 (see citations in Snyder 1931, Moffett and Smith 1950).

### Green (and White) Sturgeon

No quantitative data on the historical upstream distribution of green or white sturgeon are known but have been observed in the main stem Klamath River as far upstream as Iron Gate Dam. It is not known whether Klamath Lake would have posed an upstream migration barrier, though sturgeon are still found in Klamath Lake but are thought to be extremely rare (Belchik, pers. com.). Green sturgeon have also been observed in the Trinity and South Fork Trinity Rivers, and in the Salmon River (see citations in KRBFTF 1991).

### Coastal Cutthroat Trout

Coastal cutthroat trout are known to be distributed throughout the lower Klamath River tributaries but the population status and distributions are poorly known. Collections from the estuary, lower tributaries, and Hunter Creek are documented (see citations in KRBFTF 1991).

4

### Eulachon (Candlefish)

Eulachon are thought to extremely rare or extirpated in the Klamath River (Belchik, pers. com.). Historical use suggest that they utilized the lower 5 to 7 miles of the Klamath River during March and April for spawning. Eggs incubate for approximately two to three weeks and the larvae then migrate back to the ocean (Moyle 1976 as cited in KRBFTF 1991).

### Pacific Lamprey

The distribution of lamprey in the Klamath River is poorly known. Lamprey have been observed on salmon at the Klamathon Racks and collected from Cottonwood Creek near Hornbrook (Coots 1962) which may represent a non-anadromous form in the Klamath Basin. Lamprey have also been observed in the Trinity River and dwarfed landlocked forms have also been reported from the Klamath River above Iron Gate Dam and in Upper Klamath Lake. Lamprey are also suspected of utilizing the Scott, Shasta, and Salmon Rivers (see citations in KRBFTF 1991).

### Life History Traits

The following section provides a synoptic description of key life history traits for each of the species. For a more complete treatment of life history traits the reader is referred to Leidy and Leidy (1984), BOR (1997), DOI (1985) and KRBFTF (1991).

### Steelhead

The Klamath Basin supports three runs of steelhead generically referred to as spring/ summer, fall and winter runs. Typically mature spring/summer steelhead enter the Klamath River between mid-April to late May. These fish migrate upstream to most of the principal tributaries including many of the larger creeks where they hold until spawning between January/April of the next year. Weir counts on the New River which is approximately 84 miles from the delta showed adult summer steelhead show downstream migration in mid-March, peaked in mid-April and diminished by the end of May (USFWS pers. com.). Fall run steelhead will typically enter the River as early as July, but primarily during October and November were they hold for several months before moving to spawning areas in smaller tributaries. Winter run steelhead typically move into the River between December through February and may continue through May while migrating to their spawning areas. Approximately 16 to 22 percent of spawning steelhead are repeat spawners (USFWS pers. com.) One of the more unique characteristics of the Klamath River Basin is the presence of half pounders. These steelhead are immature (non-spawning) males and females, which are found in the summer and fall run steelhead migrations. Half pounders that enter the Klamath River generally return to the ocean the following winter or spring. After egg deposition, eggs typically incubate from 4 to 7 weeks with the fry typically emerging during

March through June.   The length of time for egg incubation is a function of water temperature.   The juveniles may remain in freshwater for one to three years before emigration.  Emigration of natural steelhead smolts from the Klamath Basin typically occurs between March to late July.  Field collections suggest that most emigrating steelhead arrive in the estuary during April and May. Although steelhead utilize the Klamath River as a migratory corridor to access spawning tributaries,  some spawning does occur in the main stem. Its importance to resident life stages throughout the year cannot be understated.  For example, a large percentage of wild Klamath River steelhead show two years of freshwater growth and a half-pounder life stage exists.  Tributary out-migration data show that a large percentage of steelhead entering the Klamath are fry and yearlings that must rear in the main stem for an additional year or two.  Half-pounders rear in the Klamath and tributaries from August-April.   Steelhead prefer water temperatures which range between 7.2 and 14.4 C . Optimal growth temperatures range between 10.0 and 12.8 C.  Upper lethal limits on temperature have been reported as 23.9 C.

## *Coho Salmon*

Coho typically migrate into the Klamath River during mid-September through mid-January. Upstream migrations are typically associated with pulse flows due to fall rain events. Although coho primarily spawn in tributary streams from November through Jan. they have been observed spawning in side channels, at tributary confluences, and suitable shoreline habitats in the main stem.  Egg incubation lasts approximately seven weeks and typically occurs during November through March.  Alevins remain in the gravel approximately two to three weeks and then emerge as free swimming fry during February to mid-May with the peak in April and May.  Coho will typically rear in freshwater for one year before emigrating to the ocean.  This usually occurs  in the spring following the first winter.  Out migration can begin as early as February and continue through mid-June, with peak numbers arriving in the estuary during April and May.  Optimal temperature ranges for coho are 3.3 to 20.5 C, although preferred rearing temperatures are 12.0 to 14.0 C.  Upper lethal temperatures have been reported as 25.6 C.

## *Chinook Salmon*

Spring chinook salmon typically enter the Klamath River as early as February through the month of July.  Peek immigration has been reported as occurring from March to mid-June. Migrating adults tend to hold in deeper pools of the tributaries where they remain throughout the summer before spawning in the fall.  Spawning may occur from September through mid-November.  Spring chinook spawning in the Salmon River occurs from mid-September through mid-October.  Spring chinook are generally believed to migrate farther upstream than the fall runs.  Once the eggs are deposited incubation generally occurs from 40 to 60 days.  Alevins and fry remain in the gravel for approximately two to four weeks and begin to emerge during December.  However, USFS emergence traps on the Salmon River show emergence extending into late May.   Optimal incubation temperatures range between 4.4

6

and 13.3 C.  Spring chinook will typically hold in freshwater for approximately one year with emigration generally occurring through March to July although USFS Salmon River outmigration traps show that spring chinook smolts emigrate during fall and spring months. Typical rearing habitats for juvenile spring chinook are runs and pools. Optimal temperature for juvenile spring chinook ranges between 13.9 C and 19.4 C.  Upper threshold temperature for juveniles has been reported as 25 C.

Fall chinook are typically separated into two runs, fall and late fall runs.  The fall run enters the Klamath river from mid-July through mid-October while the late fall run occurs from November through December with some as late as February.  Fall chinook spawning occurs throughout the lower reaches of tributaries with less than one-third of the total fall chinook run utilizing the main stem Klamath River for spawning.  Although approximately 50 percent of the main stem Klamath spawning occurs in the upper 13 miles, significant spawning occurs as far downstream as Happy Camp at river mile 110.  Spawning, in limited numbers, has be observed downstream as far as Orleans.  Egg incubation generally requires 50 to 60 days at water temperatures which range between 5 C and 14.4 C.  Some have reported emergence of the fry from the gravel during the November to February period.  However, Klamath River main stem spawning and temperature data collected by the USFWS in 1993 and 1994 was used to predict emergence timing for the 1994 and 1995 water years using daily temperature units.  Emergence from the 1993 run began in early February and peaked in early March 1994 compared to water year 1995 when emergence began in early March and peaked in early April (USFWS pers. com.).  Emergence timing in the tributaries is believed to be earlier than the main stem.   Due to different life history strategies, outmigration of natural chinook is year round.  Type I chinook outmigrate in the spring and early summer months.  Type II outmigrate in the fall and Type III hold over through the winter and migrate in early spring (Sullivan 1989).  The majority of Klamath River chinook outmigrate using the Type I strategy.  Mid-Klamath River tributaries such as Elk Creek have a Type II strategy.  A wet and cold spring can cause a shift of the peak outmigration up to one month later than a dry warm water year.  Young of year chinook outmigrating through the Big Bar trap subside in early August.  Shasta River chinook outmigrate from late January through early May.  The secondary pulse should not be confused with the fall, Iron Gate Hatchery release.

### Green Sturgeon

Both white and green sturgeon have been found in the Klamath River, however the green sturgeon is the most abundant of the two.  The white sturgeon are known to periodically migrate up the Klamath River (see citation in DOI 1985).  Green sturgeon typically enter the Klamath River in late February and may continue to do so through late July.  Although sturgeon have been observed as far upstream as Iron Gate Dam they typically do not migrate above Ishi Pishi Falls on the main stem Klamath.  As noted previously migrating sturgeon also utilize the Trinity, South Fork Trinity, and lower Salmon River.  Spawning typically occurs during March to July with peak spawning occurring during April, May to mid-

June. Emigration of post spawning adults generally occurs throughout the summer and fall with peaks in August and September. Out migration of sturgeon juveniles may occur when they are less than one year old or as long as two years old. Out migration begins in the upper reaches of the basin as early as July while peaking in September in downstream areas.

### Coastal Cutthroat Trout

It is believed that coastal cutthroat trout enter the Klamath River during the November through March period and spawn during the spring. Juveniles may rear for up to one or two years in either streams or the estuary before migrating to the ocean.

### Eulachon (Candlefish)

Eulachon typically enter the lower Klamath River during the March and April period and spawn immediately. Eggs typically incubate for two to three weeks after which the larvae out migrate.

### Pacific Lamprey

Very little information is known about the Pacific lamprey within the Klamath River Basin. The Yurok Tribal Fisheries Program has documented lamprey entering the Klamath River from October through April with the peak often occurring in December or January. Lamprey are thought to spawn during April to July. Egg incubation typically occurs over a two to three-week period with the ammocoetes remaining in the substrate for up to five or six years before out migrating. Emigration is thought to typically occur during the late summer months. However, observed immigrations in March appear to be associated with high flows (Walt Lara Sr. pers. com. cited by Belchik pers. com.). Lamprey have been observed spawning in Dillon Creek in June and eyed juveniles as free swimming and attached to steelhead in cool water refugia from Bluff Creek to Bogus Creek (Belchik, unpublished data).

### Historical Hydrology

Most of the existing stream gage records are highly impacted by upstream water use and therefore determination of historical conditions is difficult. The following summary is primarily taken from USGS (1995) which completed a characterization of hydrology data in the Klamath River Basin based on periods of record for existing gages. The analysis conducted by USGS indicated that at annual flow-volume level, gage data do not strongly reflect changes in water allocation strategies in the main stem Klamath River near Keno, the Shasta River, the Scott River, or the Salmon River. However, flow alterations (e.g., depletions and seasonal shifts in the magnitude) are evident at the monthly level. The annual flow regime downstream of Lewiston in the Trinity River clearly reflects the large trans-Basin diversions which began in 1961 with the construction and operation of the Central Valley Project Trinity

River Division. This change in hydrology becomes less detectable downstream during high flow periods due to unimpaired runoff at downstream locations in the Trinity River and is not readily apparent in main stem of the Klamath during the spring runoff period in normal and above normal water years.

One of the more unique characteristics of the historical flow regime of the main stem Klamath River was the rather 'smooth' annual hydrograph, which is attributed to the hydraulic buffering of the large storage capacity in Tule, Upper and Lower Klamath Lakes prior to development in the upper basin (Balance Hydrologics, Inc. 1996). Within year variability of flows on a seasonal and daily basis within the main stem below Copco are well-documented. In addition, seasonal shifts in the annual hydrograph are readily apparent due to water allocation practices in the upper Klamath Basin as reflected in the gage data below Iron Gate Dam, which are well-documented. These include flow depletions of 250,000+ acre feet and seasonal shifts in the pattern of the annual hydrograph. These changes are discussed further in Chapters II and III.

The following discussion on changes to within year hydrology is confined to the lower Klamath Basin and is presented here for convenience. The analysis by USGS concluded:

> " The Klamath River at Keno, Shasta River near Yreka and the Scott River near Ft. Jones are influenced by irrigated agricultural water use. Two of these locations show a discernible change in relative runoff compared to the Salmon River beginning about the 1960's. ... we conclude this phenomenon is not due to changes in the Salmon River drainage, but due to changes in the upper Klamath and Scott basins. These changes could be due to changes in crop patterns, irrigation techniques, water demand due to a persistent change in summer weather patterns or other causes. We believe this phenomenon is related to man's activities."

The documented changes in flow below Iron Gate Dam in terms of annual flow depletions within the Upper Klamath Basin, changes in the seasonal distribution of flows, the current status of the anadromous stocks which include listed or proposed listing of fish under the ESA, curtailment and or loss of tribal, commercial, and recreational fishing opportunities, as well as historical and current concerns over the adequacy of the FERC flow regime highlights the need for an assessment of instream flow needs within the main stem Klamath River and tributary systems.

## Chapter II - Current Conditions and Historical Factors Affecting Fisheries Resources

### Current Distribution of Anadromous Species

Both historical and existing fish species distribution maps are provided in Appendix A. At the present, habitat of anadromous salmonids is limited in the Klamath River Basin to the main stem and tributaries downstream of Iron Gate Dam. Upstream distribution in several of the tributaries (e.g., Trinity) has also been limited due to construction of dams and diversions. Access to the Upper Klamath Basin by anadromous species was effectively stopped with the completion of Copco Dam No. 1 in 1917 although reduced access to tributaries in the Upper Klamath Basin likely occurred starting as early as the 1912-14 period with construction of the Lost River diversion canal and completion of Chiloquin Dam. Access to the upper reaches of the Trinity River and its tributaries were blocked in 1961 with completion of Lewiston Dam. The final reduction in upstream main stem habitat access occurred in 1962 with the completion of Iron Gate Dam. The following synopsis on the existing distribution of key species was primarily adopted from DOI (1985) and BOR (1997) and references contained in the annotated bibliography in Appendix C.

### Factors Attributed to the Decline of Anadromous Species

The decline of anadromous species within the Klamath River Basin can be attributed to a variety of factors which include both flow and non-flow factors. These include over harvest, affects of land-use practices such as logging, mining, stream habitat alterations, and agriculture. Other important factors have included climatic change, flood events, droughts, El Nino, fires, changes in water quality and temperature, introduced species, reduced genetic integrity from hatchery production, predation, disease, poaching. Significant effects are also attributed to water allocation practices such construction of dams which blocked substantial areas from upstream migration and have also included flow alterations in the timing, magnitude, duration and frequency of flows in many stream segments on a seasonal basis. The following synopsis is taken primarily from DOI (1985), BOR (1997), KBRBFTF (1991) and references in the attached annotated bibliography contained in Appendix C.

Based on a review of the literature examined for this study, it is reasonable to assume that the Klamath River Basin was primarily in a natural state prior to about 1800. However, by the mid 1800s a variety of factors were already contributing to the decline of the anadromous stocks. During this period both accelerated timber harvest, placer/gravel/suction mining, and commercial exploitation of salmon stocks were underway. Over exploitation of the commercial fisheries (ocean and in river), placer mining, and local dam construction were attributed to declining salmon stocks as early as the 1920s. Snyder (1931) considered the decline of the spring run chinook to have occurred prior to the closure of the river at Copco in 1917 and attributed this decline primarily to over exploitation of the salmon stocks and placer/gravel/suction mining in the Basin. The concern of over exploitation and declines in the anadromous stocks of the Klamath River Basin led to the

10

closure of commercial fishing in 1933.  Prior to the 1990's, excessive ocean harvest rates seriously reduced salmon stock abundance in the Klamath River System.  Passage of the Pacific Fisheries Management Council's Salmon Plan in 1978, followed by the formation of the Klamath River Salmon Management Group in 1985 and the Klamath River and the Klamath Fisheries Management Council in 1987 has led to improved management of Klamath Basin fisheries resources.  During the 1980's, ocean harvest rates on age-4 Klamath fall chinook averaged 53 percent (PFMC 1991), however since 1991 the average age-4 ocean harvest is less than 12.5 percent (PFMC 1998).  This reduction in ocean harvest is partially due to the recognition of river tribal fishing rights, as well as to regulations for conservation of Klamath Basin fall chinook.  Age-4 river harvest rates have also substantially declined since 1990, dropping from an average of 65 percent from 1986-1989 to an average of 32 percent following 1989.

Timber harvest activities within the Klamath River Basin have also contributed to the long-term decline in the salmon stocks beginning from the turn-of-the-century.  This included deterioration of habitat from increased sediment loading and general deterioration of large-scale watershed areas.  The extensive placer/gravel/suction mining within the Basin resulted in serious habitat modifications beginning in the early 1900s and directly impacted salmon runs during this period. The extensive habitat modifications to both the main stem and tributary systems are still evident today (e.g., the Scott River).

Although upstream migration of the anadromous stocks were effectively blocked with the construction of Copco Dam in 1917, water allocation practices to meet agricultural demands in the upper Klamath Basin continued to affect downstream anadromous species due to alteration in the shape and magnitude of the hydrograph below Iron Gate Dam. Diversion of water to meet agricultural demands in both the Scott and the Shasta River systems are attributed to significant reductions in habitat availability and quality for spawning and rearing chinook. Depletion of stream flows in the Scott River and almost every tributary within this subbasin are associated with severe limitations for coho and steelhead juvenile rearing habitat availability and stranding of juvenile fall chinook, coho, and steelhead during the irrigation season in average and below average water years.  Diversion of water for agricultural purposes, and the associated agricultural return flows, are attributed to higher than normal water temperatures and degraded water quality in both the Shasta and Scott River systems.  Spring run chinook and spring run steelhead are considered to be extinct or at best remnant populations in the Scott and Shasta rivers and is attributed to poor summer flow conditions.  Iron Gate Dam also blocked access to several cool water springs and tributaries below Copco Dam that were utilized by spring chinook such as Jenny and Fall Creeks.  These creeks and the main stem Klamath River continued to support chinook prior to construction of Iron Gate Dam (Kent Bulfinch, pers. com. cited by Belchik, pers. com.).

Although historical data does not exist to determine the temperature and water quality regime of the main stem Klamath River below Klamath Lake, existing flows within the main stem Klamath River below the Scott River during the late summer period have been

associated with conditions that can result in lethal combinations of high temperature and low dissolved oxygen, as evidenced by fish kills. Bartholow (1992) evaluated available water temperature data in the Klamath Basin and generally concluded that during low flow summer periods the natural conditions in the Klamath main stem are likely marginal for anadromous species due to elevated temperature. However, existence and use of thermal refugia is well documented.

It is evident from the available data that the completion of Copco Dam in 1917 and completion of Trinity Dam in 1962 significantly reduced the Basin wide distribution of anadromous species. However, the construction of dams associated with placer/gravel/suction mining, timber harvest, and fisheries practices impacted anadromous species prior to these major dams. For example, a splash dam constructed on the main stem Klamath River at Klamathon in 1889 effectively blocked upstream migration of anadromous species to the upper Klamath Basin until 1902. Effective blockage of several tributary streams by dams for mining also occurred in the 1930s, many of which were not removed until the 1950s. This included Hopkins, Camp, Indian, Beaver, Dutch and Cottonwood Creeks on the main stem Klamath, and several tributaries in both the Salmon and Scott River basins. Dwinell Dam was completed in 1928 on the upper Shasta River, which effectively blocked upstream migration. No minimum instream flow was required at this facility.

The existence of Trinity/Lewiston Dams, and Iron Gate Dam, and Dwinell Dam are also attributed to negative changes to the quality and quantity of available spawning gravels suitable for use by anadromous species below these facilities. Prior to the construction of Iron Gate Dam, hydropower releases (i.e., rapid flow ramping) were also associated with deleterious conditions for spawning and young of the year anadromous species in the main stem Klamath River. Iron Gate operations have flow ramping rate criteria under Article 40 of PacificCorp FERC License which states that a ramping rate not to exceed 3 inches per hour or 250 cfs/hour whichever produces the least amount of fluctuation as measured at the Iron Gate gage. PacificCorp voluntarily targets ramp rates at Iron Gate gage to approximate two inches per hour (Frank Shrier, pers. com.). Large-scale changes in the channel form below Trinity Dam are also known to have resulted in loss of productive salmon rearing habitat. Restoration of the channel is being recommended in the Trinity River Flow Evaluation Report by alterations in the Trinity flow release schedule as well as mechanical restoration activities but restoration of recommended restoration measures have not yet occurred. Recommendations from this study include both modification in the minimum instream flow requirements as well as the release of flood flows for rehabilitation of the riparian community and stream channel.

Additional factors which impacted the anadromous species in the Klamath Basin have included high pre-spawning mortalities in the 1950 through 1953 period and adverse effects due to extreme flooding in 1955, 1964, and 1974 and drought during 1976-77. The pre-spawning mortality was associated with hatchery produced fall chinook returning to the Fall

Creek Hatchery where over escapement to the Hatchery resulted in fish being forced back into the Klamath River where a lack of natural spawning gravel caused redd superimposition. In addition, suspected higher mortalities associated with angling is also suspected (see Appendix C). The extensive and extreme magnitude of fires in 1987 are also considered to have been deleterious to anadromous species due to the increased run off from the disturbed watersheds within the Klamath Basin. Cumulative impacts to many of the tributary watersheds in conjunction with alteration of the hydrograph below Iron Gate Dam is attributed to the formation and persistence of large delta fans at tributary confluences. These fans during periods of low flow may inhibit or have completely blocked access to these tributaries by anadromous species. Finally, concern has been raised over the increase predation of anadromous species by the resurgence of the sea lion populations at the mouth of the Klamath River and predation by brown trout below Lewiston Dam on the Trinity River. Although these other cumulative factors have contributed to limiting conditions for many of the aquatic resources, reduction in habitat access due to existing dams and continuing alterations in the flows (with associated deteriorated water quality) remain important limiting factors. This includes the downstream and cumulative effects of changes in flow and water quality in the main stem Klamath River.

### The Upper Klamath Basin

The construction of Copco Dam was started in 1910 and likely impacted upstream migration of anadromous species at that time. The Dam was completed in 1917 and effectively eliminated over 100 miles of potential anadromous fish habitat in the upper Klamath Basin. The continuing effect on the lower Klamath Basin is primarily due to changes in the hydrology and potentially water quality. Releases below Iron Gate Dam have been associated with water temperatures above acute salmonid exposure criteria (i.e., 20 C) and dissolved oxygen below chronic exposure levels (i.e., 7 mg/l) during the late summer. Most water quality problems within the main stem Klamath River associated with fish kills have been reported below the Scott River. Although as noted previously, naturally high water temperatures were likely pre-main stem dam construction due to the large surface areas associated with Upper and Lower Klamath Lakes some mitigating inflows from springs and tributaries likely offset these temperatures to some degree and provided cool or cold water refugia to salmonids. Water allocation practices to meet agricultural demands now result in higher winter flows and lower summer flows compared to the natural hydrograph. Poor water quality arising from Upper Klamath Lake is a combination of natural high concentrations of nutrients in tributaries of Klamath Lake and nutrient enrichment due to land-use practices in the upper Basin. It may be difficult to ameliorate water quality in the Lower Klamath Basin given the water quality characteristics in the Upper Klamath Basin. Increased flows are anticipated to improve water quality to some degree, but changes in water management and land use practices may also be required to fully address water quality issues in the lower basin.

13

### The Upper Trinity Subbasin

With the completion of Trinity Dam and Lewiston Dam, access to the entire upper Trinity subbasin was effectively blocked for all anadromous species in 1962. This included spring and fall chinook salmon, coho, steelhead, and Pacific lamprey which were known to utilize this subbasin for spawning and rearing habitat (see Appendix A). Estimated losses for chinook spawning habitat is 59 miles and 109 miles for steelhead habitat. It is unknown how much coho habitat was lost but would likely be similar to chinook.

Prior to 1981 flows in the Trinity River below Lewiston were reduced by approximately 80 percent. In addition to a substantial reduction in the base flow regime, operations eliminated almost all flood events. This resulted in substantial channel alterations below the facility in the main stem of the Trinity River which are associated with deleterious conditions for anadromous species and major changes in the channel form. Pending the completion of the Trinity River Flow Evaluation Report and the associated EIS/EIR flows currently in the main stem Trinity River remain significantly reduced.

### The Shasta Subbasin

Water quality in the Shasta River has been impacted with the creation of Lake Shastina in 1928 which receives high nutrient loading due to upstream land-use practices. Problems associated with adverse water temperatures for anadromous species have been recognized in the Shasta River for over 20 years, which are attributable to the numerous water diversions on the Shasta River and its tributaries and agricultural practices within the Basin. The Shasta River has been highly impacted from grazing practices. The lack of large woody debris in the stream and loss of recruitment potential has decreased the complexity of the river channel from many years. The loss of significant riparian areas from over grazing has also been attributed to elevated adverse water temperatures. Several tributaries are also poorly connected to the main stem Shasta (e.g., Little Shasta Creek) and very low dissolved oxygen levels occur in some reaches during critical low flow summer periods (Deas, pers. com.).

Historical anadromous fish using the Shasta River basin include fall chinook, coho, fall steelhead and Pacific lamprey. Historical data indicate a decline in chinook spawning runs within the Shasta Basin since the 1930s. Available data for both coho and steelhead spawning runs are not entirely reliable to ascertain long-term population trends, although steelhead are considered to have experienced declines. It is estimated that the Shasta River presently maintains approximately 35 miles of fall chinook habitat and 38 miles of coho habitat and are similar to values reported in 1955 but remain below pre-development levels. However, actual utilization of this remaining habitat is contingent upon suitable flow conditions which may not be met during average and dry years due to water diversion. Fall steelhead habitat is estimated at approximately 55 miles and is somewhat reduced compared to estimates derived in 1955. Lake Shastina has likely blocked suitable habitat

upstream that was historically utilized by steelhead in the headwaters of the Shasta River. The lack of gravel recruitment below Lake Shastina may also negatively affect river morphology and fish habitat. Accessibility to the currently available steelhead habitat is contingent upon suitable flow conditions and lack of migration barriers at agricultural diversions (see Appendix A).

Overall, anadromous fish production in the Shasta River basin is considered to be limited by low flows and high summer water temperatures, stream diversions and degraded spawning gravels. Cumulative depletions of water for agricultural use during the May through October period of average and dry years may restrict access by fall chinook to the lower 10 to 15 miles of the river. Low flow conditions during these types of water years also reduce suitable rearing habitat for both coho and steelhead juveniles. However, water quality in the Big Springs area remains tolerable for rearing juveniles through the summer months. These conditions are acerbated due to increased water temperatures which can exceed upper limits for the anadromous species. These conditions have resulted in a known fish kills for juvenile steelhead. Additional impacts within the Basin are associated with grazing practices which can result in increases in sedimentation which adversely affects steelhead spawning and rearing habitats. No quantitative data on the distribution or abundance of Pacific lamprey is currently known.

### The Scott Subbasin

Principal factors affecting the distribution and quality of habitat within the Scott River basin are associated with the numerous agricultural diversions along the main stem of the River and its tributaries as well as the loss of beavers, grazing and levies which have contributed to degradation of habitat and alterations in the Scott River channel. . Existing diversions within the main stem Scott River and its tributaries exceed 650 cfs. The cumulative effects of these diversions are severely depleted instream flows in many sections. Additional flow reductions, including dry channels, have been associated with groundwater pumping for irrigated land use, which affect both tributary streams as well as the lower main stem Scott River.

Current anadromous use of the Scott River include fall chinook salmon, coho salmon, fall steelhead, and Pacific lamprey. Fall chinook salmon are known to utilize the main stem Scott River and several of its major tributaries. It is believed that both coho and steelhead are more widely distributed but no quantitative information exists to estimate runs sizes. Trend data on chinook salmon would appear to indicate a general decline in the Scott River basin since the 1960s at least. In the absence of more quantitative data it is assumed that the trends in coho and steelhead within the Scott subbasin are reflected in the overall trends for the remainder of the Klamath Basin at-large. However, during the past decade, steelhead numbers (fall, winter and spring/summer-run) have declined dramatically on the Klamath River side of the Klamath Basin relative to numbers found on the Trinity River side. Many of the index streams in this area of the Basin have their headwaters in wilderness

15

areas, suggesting the limiting environmental bottleneck is in the main stem Klamath River (CDFG, pers. com.). It is estimated that approximately 59 total river miles of habitat within the Scott River, East Fork Scott River and lower Mill Creek currently exist for fall chinook. The estimated historical miles of available coho salmon habitat in the Scott River basin was 126 miles. Available data suggests that existing habitat now constitutes approximately 88 miles. The estimated extent of steelhead habitat is approximately 142 miles within this Basin (see Appendix A).

The anadromous fish production within the Scott River basin is impacted by reduced flows, degraded spawning habitat, high summer water temperatures, and several un-screened diversions. Cumulative water withdrawals in conjunction with groundwater pumping during the agricultural season of May to October currently limits upstream migration for fall chinook at approximately River mile 42. In average to dry years these low flows severely limit both coho and steelhead juvenile rearing habitat suitability and availability during the May to October period. These low flows in conjunction with agricultural return flows are also associated with high water temperatures in the main stem Scott River and many of its tributaries. Land-use practices have been noted to cause increase sedimentation problems over most of the main stem Scott River.

### The Salmon Subbasin

The Salmon River represents one of the most pristine watersheds still existing within the entire Klamath River basin. Although a high percentage of the Salmon River is under a wilderness designation, other areas have significant road networks and have undergone significant timber harvest. In addition to the timber harvest practices, grazing and the 1987 fire have had negative affects on the Salmon River watershed and Salmon River channel. The Salmon River supports spring and fall chinook salmon, coho salmon, spring and fall steelhead, Pacific lamprey and green sturgeon. Fall chinook populations within the Salmon River have shown declines which are associated with factors external to the Salmon River. Insufficient data presently exists to make inferences on the status of coho populations within the Salmon River, but are believed to reflect overall trends within the lower Klamath River basin. The current status of steelhead populations are also not known but again, but summer steelhead numbers have stayed depressed in the Salmon River drainage and numerous other tributaries such as Clear Creek, Bluff Creek and Dillon Creek (CDFG, pers. com.). No quantitative information on the distribution and status of Pacific lamprey is known. No quantitative information on the status of green sturgeon populations is known and they are considered to inhabit the lower six miles of the Salmon River.

Current estimates of fall chinook habitat within the Salmon River are approximately 81 miles, which is approximately nine miles less than the highest historical estimates. Historical estimates of coho habitat within the Salmon River and its tributaries is approximately 105 miles. Existing estimates are approximately 85 miles. Historical estimates for steelhead

and within the Salmon River do not exist but all are assumed to be similar to that of coho which would be approximately 109 miles (see Appendix A).

No significant impediments to anadromous fish production within the Salmon River basin currently exist. However, areas of unstable spawning gravels have been identified in reaches of both the North Fork and South Fork Salmon Rivers. Finally, elevated water temperatures which exceed upper growth requirements for salmonid juveniles have occasionally been reported. These events are attributed to natural climatic factors.

### The Mid-Klamath Subbasin

The Klamath Task Force defines the Mid-Klamath Subbasin as the main stem Klamath River from Iron Gate Dam to Weitchpec. This section of the main stem Klamath River can be impacted by water quality from upstream releases at Iron Gate during low flow periods. Elevated water temperatures during the late summer period have been observed. In the past decade this reach of the main stem Klamath River has been impacted by reductions in water quality as a consequence of timber management and mining activities. These are primarily associated with increased turbidity. Water releases at Iron Gate Dam due to Klamath Project operations impact main stem river flows in this reach of river. Water allocation practices within both the Shasta and Scott River basins also contribute to flow alterations in this reach of river. Changes in the flow regime are generally reflected in increased winter flows and reduced summer flows when compared to historical conditions as noted by USGS (1995)        and Balance Hydrologics, Inc (1996).

The main stem Klamath River and many of its tributaries are utilized by spring and fall chinook salmon, coho, and spring and fall steelhead. Pacific lamprey and green sturgeon are also known to utilize this reach of river. The main stem Klamath should not be considered only a migration corridor. In 1995, over 6,000 fall chinook spawned in the main stem (USFWS pers. com.). The production from these spawners must rear in the main stem through time of smoltification. In addition to the main stem recruitment, tributary pre-smolt outmigrants must rear in the main stem until smoltification. These fish rely on the main stem Klamath for up to 2 years. Lamprey and sturgeon rely on rearing in the Klamath rive for up to 5 or 6 years and 1 to 3 year, respectively. In addition, spawning in the main stem by chinook is known to occur from below Iron Gate downstream to Orleans. Overall trends in anadromous fish for this subbasin generally reflect the long-term declines for the Klamath River basin as noted previously. The remaining chinook populations are primarily composed of fall run. The specific status of coho within this reach of the main stem Klamath River and tributaries is also difficult to ascertain due to lack of site-specific quantitative data. In general it is assumed that populations follow the general trend for the lower Klamath River basin. This also applies to steelhead. No quantitative data are available on the status or distribution of Pacific lamprey but are believed to have river access similar to that of steelhead. No quantitative data for green sturgeon populations are available for this reach of river.

Estimated available habitat for spring and fall chinook is approximately 168 miles within this subbasin. The estimated available habitat for steelhead within this section of the mid Klamath Basin is approximately 250 miles of spawning in rearing habitat. Coho are estimated to have access to approximately 190 miles (see Appendix A).

Principal factors affecting anadromous fish production within this section of the Klamath Basin include high water temperatures and water quality (e.g., pH and dissolved oxygen), suspected loss of spawning gravels, flow reductions for some tributary systems, flow depletions within the Upper Klamath River Basin and altered characteristics in the timing and magnitude of main stem flows. In addition, Highway 96 and parallel roads to the main stem and tributaries have caused effects to fish habitats and access. Alterations in the channel due to upstream dams have been associated with armoring of the stream bed and lack of gravel recruitment from blocked upstream sources. Land-use practices in several of the tributaries have resulted in sedimentation which has adversely impacted fall chinook, steelhead, and coho production in Dry, Ten Mile, Elk, Indian, and Thompson Creeks. Several tributaries are also impacted by agricultural diversions either from un-screened diversions or flow reductions during the agricultural season. Land use practices such as logging, homesteading, road building, grazing, etc, have impacted many tributaries within this Subbasin and those mentioned previously are just examples.

### The Mid-Trinity Subbasin

Flow releases below Lewiston Reservoir had historically resulted in a much colder water temperatures during the summer and warmer temperatures during the winter when compared to natural conditions and have adversely impacted anadromous species. Alterations in the flow regime to address these issues are currently underway. During the period of 1963 and 1981 flows in the main stem Trinity below Lewiston Dam were reduced by approximately 80 percent and peak flows were essentially eliminated. This resulted in a substantial narrowing of the river channel and fossilization of point bars by riparian vegetation. This was associated with reduced quantity and quality of anadromous rearing habitat. Subsequently, improved minimum instream flows as well as initiation of higher flow events have been undertaken in an attempt to rehabilitate the river channel and associated riparian community.

Utilization of the mid-Trinity subbasin by anadromous species include fall and spring chinook, coho, spring and fall steelhead, green sturgeon, and Pacific lamprey. Overall populations of chinook are considered to have declined within this basin. Although escapement estimates for coho vary, there has not been a discernible decline noted for this basin since closure of Lewiston Dam. The estimates of the escapement from this section of the Klamath Basin clearly indicate a substantial decline for steelhead. No quantitative data exists to estimate populations status or trends for either the Pacific lamprey or green sturgeon.

18

Available habitat for both coho and chinook salmon are estimated at about 140 miles. Total estimated habitat for steelhead is approximately 225 miles. Green sturgeon are considered to have limited access to approximately nine miles of the main stem Trinity River downstream of Burnt Ranch (see Appendix A).

Although the most significant reduction in both quantity and quality of available habitat for anadromous species occurred with the construction of the Lewiston and Trinity dams, other factors such as poor land-use practices have also contributed. Additionally, significantly degraded habitat is attributed to the 1964 flood. Problems continue within this subbasin due to erosion, bank instability, and sediment input which had adverse impacts on available anadromous fish habitat.

The primary factors which are considered to limit anadromous fish production in the Trinity River subbasin include reduced flows from agricultural diversions, migration barriers, sedimentation, and riparian encroachment on the main stem Trinity River channel. Formation of tributary deltas have also occurred due to the lack of higher flow releases from the upstream dams which can inhibit or preclude access to tributaries by anadromous species during low flow periods. Formation of these deltas are also associated with increased sediment loads due to poor land-use practices in several of the tributaries. As noted previously, the lack of high flow events since closure of Lewiston Dam have resulted in significant encroachment by riparian vegetation which has led to alteration in the physical characteristics of the river channel. This general narrowing and deepening has resulted in significant losses to important early life stage rearing habitats for many of the anadromous species. Both the increased minimum flows and prescribed high flow releases from Lewiston Dam are anticipated to improve these conditions. Although not a major factor, some agricultural diversions in the basin may unnecessarily reduce access to spawning in rearing areas for anadromous species. Finally, hydraulic and dredge mining activities have impacted the Trinity and its tributaries for many years.

### The South Fork Trinity Subbasin

Although no major water development has occurred within the South Fork Trinity River subbasin, sedimentation from the naturally erodible soils has increased due to poor land-use practices in the past, primarily by timber management activities. The 1964 flood resulted in a significant deterioration of anadromous spawning habitats in this tributary, which is still undergoing rehabilitation through natural processes today. Fires, timber harvest, road construction and historic mining practices with the added large flood events have all played a role in the loss of anadromous salmonid production within this Subbasin.

Historical distributions of anadromous species within the South Fork Trinity subbasin include fall, winter, and spring run steelhead, spring and fall chinook salmon, coho, green sturgeon, and Pacific lamprey. Overall trends for the anadromous species are generally considered

to be in decline reflective of the entire lower Klamath Basin. No quantitative data presently exists to determine the populations status for Pacific lamprey and green sturgeon.

Existing estimates of available anadromous species habitat are considered to be nearer historical conditions than in previous decades after the 1800's and are attributable to habitat improvement efforts over the past 20 years. The estimated steelhead distribution indicates they have access to approximately 190 miles of river habitat, which include both spawning in rearing areas. Estimated coho habitat is approximately 115 miles in this basin. The current distribution of chinook within the basin indicates that existing available habitat is near historical levels and is approximately 115 miles. Although no quantitative data exists to estimate the distribution of Pacific lamprey they are currently believed to have access to similar areas as that of steelhead (see Appendix A).

The primary factors which affect anadromous fish production include sedimentation, reduced water quality, areas of reduced flows from agricultural diversions, hydroelectric developments, and upstream migration barriers at agricultural diversions. Adverse impacts due to sedimentation have been a historical problem throughout the subbasin due to the natural characteristics of the underlying geomorphology. These problems, however, have also been increased due to some historical land-use practices primarily associated with timber harvesting. Although natural in origin, the 1964 flood resulted in serious sediment induced problems such as disruption of spawning riffles, filling of rearing and holding habitats (i.e., pools), and in many locations stream channels were significantly widened and became shallower. In some instances the loss of the riparian community in conjunction with the widening of the stream channel has been attributed as the mechanism for elevated water temperatures which may limit the amount of anadromous species habitat in this system. Agricultural diversions primarily during the irrigation season are known to result in reduced flows in several of the tributaries which may impact rearing habitat for anadromous species in the Hayfork Creek watershed.

### The Lower Trinity Subbasin

Major factors which impact the salmonid production capacity in the lower Trinity River are due to upstream water allocation practices at Lewiston and Trinity dams. As noted previously, these diversions have resulted in a 70 to 90 percent reduction in base flows with operation of the Trinity River Division. This reach of the Trinity River has also experienced elevated water temperatures during the summer which has been attributed to reduced summer flows from upstream diversions in conjunction with lost riparian vegetation shading. Slightly increased releases subsequent to 1981 from Lewiston Dam have had no appreciable effect on the thermal regime or anadromous species habitat within this segment of the river however, the minimum prescribed flow pending the completion of the Trinity Flow Study and implementation of recommended measures still represents the third lowest flow of record. Historical water pollution problems have also been associated with fish kills within this section of the river but are not known to occur today.

This segment of the Trinity River contains important habitat for spawning fall chinook, spring chinook, winter and fall steelhead, coho, green sturgeon, and Pacific lamprey. Many of the tributary streams in this segment of the river are also important rearing habitats for these anadromous species. Coho are known to require one year of freshwater growth. Coho that exit tributaries within or outside of this subbasin that are pre-smolts, must rear in the main stem Klamath River until smoltification has completed. The overall population trends for chinook salmon follow those described for other segments of the Trinity River. Historical utilization of the Trinity by coho salmon is not well understood and it is felt that a few coho currently utilize this segment of the river for spawning and rearing. Reliable quantitative data for population trends for steelhead, spring chinook, green sturgeon and Pacific lamprey are not available for this area of the river. It is generally believed, however, that steelhead are below historical conditions in this basin (see Appendix A).

The historical distribution of chinook only indicate utilization of the main stem, and the degree to which tributary systems were utilized is unknown. No historical distribution data exists to estimate habitat use for coho, steelhead, green sturgeon, or Pacific lamprey. It should be noted that considerable restoration efforts for habitat improvement in the post 1964 flood event have occurred within this and upstream segments of the Trinity basin as a whole.

The primary factors which are considered to limit anadromous fish production in the lower Trinity subbasin include loss of juvenile rearing habitat as a consequence of high summer water temperatures within the main stem, reduction in suitable spawning gravels from sedimentation from several tributaries, reduction in steelhead rearing habitat due to water diversion practices, and migration barriers due to agricultural diversions. Many of the sedimentation problems, however, can be attributed to natural processes. Adverse logging practices in the tributaries to the Trinity River have also been associated with degradation of anadromous fish habitat.

### The Lower Klamath Subbasin (Below Scott River)

The Lower Klamath Subbasin is defined by the Klamath Task Force starting at Weitchpec to the mouth. Flows and water quality in this section of the main stem Klamath River can be dominated by tributary inflows and releases from Iron Gate Dam during low flow periods. Outside of the high spring run off period, flow patterns are affected by the cumulative water allocation practices in the respective tributaries and operation of the Klamath Project, especially during below normal water years.

Anadromous species which use the main stem Klamath River include spring and fall chinook salmon, spring, fall and winter steelhead, coho, Pacific lamprey and green sturgeon. This section of the main stem represents an important migration corridor for these anadromous species. However, CDFG has presented information that suggests that there is a delay in movement of fish through the lower Klamath (Wallace, CDFG, pers. com.). This information indicates the importance of adequate flows for rearing life stages of fall chinook and other

21

species. Pre-smolt coho and steelhead originating from upstream and adjacent tributaries must also reside in the lower Klamath main stem until smoltification has completed. Furthermore, this section of the main stem represents the principal spawning area for green sturgeon. Although definitive data does not exist to quantitatively assess the status of the anadromous stocks, the available data indicate that fall chinook populations are severely below historical levels. Populations of coho may reflect levels indicative of the 1960s but are considered below historical numbers. As has been indicated previously, steelhead are considered to have declined from historical levels.

Estimated habitat use within this section of the Klamath Basin indicates that approximately 100 miles of spawning and incubation habitat are utilized by chinook. The estimated available coho habitat is approximately 130 miles, while estimated steelhead habitat is approximately 150 miles. Green sturgeon are considered to utilize approximately 66 miles of the lower main stem Klamath River. Distribution information for Pacific lamprey is not available but is considered to be approximately the same as that noted for steelhead. Generally the current distribution of available habitat for these anadromous species are considered to represent historical conditions (see Appendix A). Although available habitat is near historical levels in terms of miles, alterations in the flow pattern and water quality effectively reduce the amount of effective habitat during seasonal periods.

The primary factors which are considered to potentially limit anadromous fish production in this segment of the main stem Klamath River are associated with historical degradation of habitat due to land-use practices such as timber management as well as by the cumulative effects of upstream flow depletions and alterations in the seasonal hydrograh. These impacts are associated with degradation of spawning gravel from sedimentation and historically from the creation of migration barriers. At present, migration barriers in this section of the main stem and tributaries are not considered problematic. This section of the main stem Klamath River is also known to experience elevated summer water temperatures. These temperatures can often exceed optimal limits for rearing of juvenile spring chinook, coho, and steelhead.

**Overall Population Trends in Anadromous Species**

The following section provides a brief synopsis of the population trends for steelhead, coho, and chinook salmon within the Klamath Basin. Unless otherwise noted, this material is taken from the coho and steelhead status review documents of the National Marine Fisheries Service and
the Biological Assessment on the Klamath Project 1997 Operations Plan.

*Steelhead*

Run sizes prior to the 1900s is difficult to ascertain, but were likely to have exceeded up to several million fish. This is based on the descriptions of the salmon runs near the turn of the

century provided in Snyder (1938). The best quantitative historical run sizes in the Klamath and Trinity river systems were estimated at 400,000 fish in 1960 (USFWS 1960, cited in Leidy and Leidy 1984), 250,000 in 1967 (Coots 1967), 241,000 in 1972 (Coots 1972) and 135,000 in 1977 (Boydston 1977). Busby et al. (1994) reported that the hatchery influenced summer/fall-run in the Klamath Basin (including the Trinity River stocks) during the 1980's numbered approximately 10,000 while the winter-run component of the run was estimated to be approximately 20,000. Monitoring of adult steelhead returns to the Iron Gate Hatchery have shown wide variations since monitoring began in 1963. However, estimates during the 1991 through 1995 period have been extremely low and averaged only 166 fish per year compared to an average of 1935 fish per year for 1963 through 1990 period (Hiser 1994). In 1996 only 11 steelhead returned to Iron Gate Hatchery. NMFS considers that based on available information, Klamath Mountain Province steelhead populations are not self-sustaining and if present trends continue there is a significant probability of endangerment (NMFS 1995a). They are a candidate for listing under the ESA at this time.

*Coho*

At present, coho populations are substantially lower than historical population levels evident at the turn of the century and are listed as threatened under the ESA. NMFS estimated that at least 33 populations are at moderate to high risk of extinction at this time. Coho populations within the Southern Oregon/Northern California Coast Evolutionarily Significant Unit (ESU), which includes the Klamath River Basin, are severely depressed and that within the California portion of the ESU, approximately 36 percent of coho streams no longer have spawning runs (NMFS 1995b). Annual spawning escapement to the Klamath River system in 1983 was estimated to range from 15,400 to 20,000 (USFWS 1983, cited in Leidy and Leidy 1984). These estimates, which include hatchery stocks, could be less than 6 percent of their abundance in the 1940's and populations have experienced at least a 70 percent decline in numbers since the 1960's (CDFG (1994) as cited by Weitkamp et al. 1995). Monitoring of coho returns at the Iron Gate Hatchery have ranged from 0 fish in 1964 to 2,893 fish in 1987 and are highly variable. Based on limited monitoring data from the Shasta River, coho returns have been variable since 1934 and show a great decrease in returns for the past 7 years.

*Chinook*

The total annual catch and escapement of Klamath River chinook salmon in the period between 1915 and 1928 was estimated at between 300,000 and 400,000 (Rankel 1978). Coots (1973) estimated that 148,500 chinook entered the Klamath River system in 1972. Between 1978 and 1995 the average annual fall chinook escapement, including hatchery-produced fish was 58,820 with a low of 18,133 (CDFG 1995). Overall, fall chinook numbers have declined drastically within the Klamath Basin during this century. As noted previously, spring chinook runs appear to be in remnant numbers within the Klamath River Basin and

001270

have been completely extirpated from some of their historically most productive streams, such as the Shasta River (Wales 1951).

## Chapter III - Assessment of Interim Flow Needs

### Introduction

The overall objective of this chapter is to provide estimates of the interim minimum monthly flows necessary to aid in the restoration and maintenance of the aquatic resources within the Lower Klamath River. Instream flow estimates for the major tributaries within the Lower Klamath River Basin will be further addressed in Phase II. The Department has important obligations concerning these resources, including trust responsibility to Klamath Basin Tribes and its statutory responsibilities including the Endangered Species Act and Klamath Basin Restoration Act. These estimates of required flows from the Upper Klamath Basin are primarily for use in the Alternative Dispute Resolution (ADR) process of the Oregon water rights adjudication as well as for the Department's efforts to develop annual and long-term operations plans for the Bureau of Reclamation's Klamath Project. This chapter reviews the basis for establishing the estimated flows available from the Upper Klamath Basin in light of pre-project, historical and current conditions. This is followed by a summary of the monthly species and life stage periodicity of key salmonid species. A review of several techniques considered for the purposes of estimating flow requirements is also provided. Results from the application of the various assessment techniques are provided and compared to various historical and existing recommended flow regimes. The chapter concludes with the specific recommendations for interim minimum monthly flows.

It must be emphasized that the recommended minimum monthly flows in this report are intended as interim recommendations pending completion of more detailed site specific studies and inclusion of tributary instream flows. It is anticipated that refinements will occur as the on-going site specific intensive flow studies are completed (including tributaries) and through the process of adaptive management within the context of other management programs within the Klamath Basin. The basic techniques utilized for estimating the minimum instream flows do not necessarily encompass temperature or water quality needs of the fisheries which have been treated qualitatively in this report. A more rigorous treatment of temperature and water quality is being undertaken as part of Phase II.

### Hydrology

Although a variety of flow analyses have been conducted within the Klamath Basin, two principal works were reviewed extensively for this report: USGS (1995) and Balance Hydrologics, Inc. (1996). In both of these efforts, analyses were conducted to characterize both existing and historical hydrology within the Lower Klamath River Basin on an annual, monthly and daily basis. Although these two reports differ somewhat in their conclusions on the degree or magnitude of changes, differences are attributed to the purposes of the analyses, analytical techniques and underlying assumptions. One of the findings of the USGS is that, on a total annual flow volume basis, flows from the Upper Klamath Basin have not changed 'substantially' over time compared to the total annual flow volume within the Shasta

River (i.e., pre versus post Klamath Project flows in the main stem Klamath River). However, USGS and Balance Hydrologics (1996) both note that annual depletions from the Upper Klamath Basin (i.e., above Iron Gate) are evident and that both monthly and daily flows show the effects of water use in the Upper Klamath Basin. This includes increased flows in the Klamath River from the Lost River diversions during the winter and spring runoff periods which were not quantified as part of this analysis.

What the two analyses found in common is that the estimated average annual outflow from the Upper Klamath Basin at Keno was approximately 1.5 million ac-ft (2,156 cfs).  The equivalent 'pre-project' estimated average annual flow at Iron Gate for a normal water year, which accounts for accretions in flow below Keno, was approximately 1.8 million ac-ft (2,575 cfs).  This value was derived by adjusting the computed mean annual flow from the 1905 to 1912 period of record at the Keno gage to account for the above normal precipitation pattern during this gaged period (see Balance Hydrologics, Inc., 1996).  In comparison, the long term average annual flow at Iron Gate for the 1961 to 1996 period of record is 2060 cfs.  The difference between the historical and existing mean annual flow is approximately 515 cfs which corresponds to roughly 372,800 ac-feet.  This compares to reported consumptive uses for the Klamath Project (i.e., depletions to the main stem Klamath River below Iron Gate) which have been estimated at between 245,000 and 350,000+ ac-feet depending on water year type, but do not account for consumptive uses above Klamath Lake (BOR, 1992; Larry Dugan, pers. com.).  Klamath Project operations may result in as much as 500,000 ac-feet deliveries for agricultural and related demands during dry water years.  In addition, water management practices in the Upper Klamath Basin above Iron Gate result in seasonal flows that are now higher in the late winter and early spring and lower during the summer period compared to expected historical flow patterns.  There is also a strong indication that flows are more variable now (see Balance Hydrologics, Inc., 1996).  This is attributed to the use of water for agricultural purposes, power generation, and perhaps the effect of lost seasonal flow buffering with the loss of storage in Lower Klamath and other Upper Klamath Basin wetlands.

The estimated pre-project flows in the main stem Klamath River at Keno and Iron Gate were selected as the best representative values in the application of the various methods discussed below.  The choice of these locations and the estimated pre-project flows is justified since these values integrate basically all the flows leaving Oregon, and represent the best estimate of hydrologic conditions which the anadromous stocks would have evolved under.  Several flow statistics were required for the evaluation of instream flows within the context of this report.  These are the average annual flow, mean and median monthly flows, and various monthly flow duration statistics.  These statistics represent values necessary for the application of several of the hydrology based instream flow methods used in the analyses in this report as discussed below.

*Iron Gate Mean Annual, Average and Median Monthly Flows*

The mean annual, and average monthly flows below Keno and Iron Gate for a normal water year were taken from Balance Hydrologics, Inc. (1996) and provided in Table 1. As noted above, the Iron Gate values were obtained from the 1905-1912 gage readings at Keno adjusted to a normal water year flows and include estimated normal year accretions between the Keno and Iron Gate gages. The BOR concurred that, at present, these mean annual and monthly flows were the best estimates of pre-project flows in the main stem Klamath River below Iron Gate Dam (Larry Dugan, pers. com.).

The median monthly flows at Iron Gate were derived from the Keno daily discharge data for the 1905-1912 period of record by computing the monthly flow duration statistics (see Appendix B). These values were then adjusted by 1.04 following the work of Balance Hydrologics, Inc (1996) to approximate an average water year. The monthly average water year accretions listed in Table 1 were then added to obtain the estimated median monthly flows for Iron Gate shown in Table 2.

Table 1.    Estimated pre-project mean annual and average monthly flows in cfs  at Keno and Iron Gate Dam. (Note: MAF = Mean Annual Flow)

|  | Keno 1905-1912 Mean (cfs) | Keno Adjusted Index (1.04) Normal Year | Percent of MAF | Monthly Normal Year Accretions (cfs) | Iron Gate Normal Mean (cfs) | Percent of MAF |
|---|---|---|---|---|---|---|
| Oct | 1236 | 1188 | 0.57 | 348 | 1536 | 0.60 |
| Nov | 1518 | 1460 | 0.70 | 349 | 1809 | 0.70 |
| Dec | 1915 | 1841 | 0.89 | 517 | 2358 | 0.92 |
| Jan | 2295 | 2207 | 1.06 | 620 | 2827 | 1.10 |
| Feb | 2670 | 2567 | 1.24 | 764 | 3331 | 1.29 |
| Mar | 3027 | 2911 | 1.40 | 693 | 3604 | 1.40 |
| Apr | 3326 | 3198 | 1.54 | 659 | 3857 | 1.50 |
| May | 3182 | 3060 | 1.48 | 567 | 3627 | 1.41 |
| Jun | 2630 | 2529 | 1.22 | 401 | 2930 | 1.14 |
| Jul | 1809 | 1739 | 0.84 | 408 | 2147 | 0.83 |
| Aug | 1202 | 1156 | 0.56 | 347 | 1503 | 0.58 |
| Sep | 1060 | 1019 | 0.49 | 351 | 1370 | 0.53 |
| Mean (cfs) | 2156 | 2073 | | | 2575 | |

27

Table 2.    Estimated pre-project median monthly flows in cfs at Keno and Iron Gate Dam.

|  | Keno 1905-1912 Median (cfs) | Keno Adjusted Index (1.04) Normal Year | Monthly Normal Year Accretions (cfs) | Iron Gate Normal Year Median (cfs) |
|---|---|---|---|---|
| Oct | 1240 | 1192 | 348 | 1540 |
| Nov | 1495 | 1438 | 349 | 1787 |
| Dec | 1830 | 1760 | 517 | 2277 |
| Jan | 2250 | 2163 | 620 | 2783 |
| Feb | 2640 | 2538 | 764 | 3302 |
| Mar | 2690 | 2587 | 693 | 3280 |
| Apr | 3100 | 2981 | 659 | 3640 |
| May | 3060 | 2942 | 567 | 3509 |
| Jun | 2480 | 2385 | 401 | 2786 |
| Jul | 1760 | 1692 | 408 | 2100 |
| Aug | 1160 | 1115 | 347 | 1462 |
| Sep | 1050 | 1010 | 351 | 1361 |
| Mean (cfs) | 2063 | 1984 |  | 2486 |

### Historical (Pre-Project) Water Year Classifications below Iron Gate

Monthly flows indicative of five water year classifications were also estimated.  These flows were used for comparative purposes of what different types of water year flow patterns may have looked like under pre-project conditions compared to the recommended minimum instream flow requirements.   These water year classifications were based on the same exceedance ranges of mean annual flow as utilized in the 'Trinity River Flow Evaluation Study'.  Specifically, the mean annual flow for each water year at the Iron Gate gage for the period of record 1961 to 1996 was used to compute the corresponding mean annual flow duration curve (see Figure 1).

Water year classifications were associated with the following   exceedance ranges: extremely wet (< 12 percent); wet ($\geq$ 12 percent and < 40 percent); normal ($\geq$ 40 percent and < 60 percent); dry ($\geq$ 60 percent and < 88 percent); and critically dry ($\geq$ 88 percent). The average of all mean annual flows which fell into a particular water year classification category was then assigned as the mean annual flow for that water year category as listed in Table 3.  The mean annual flow for each water year category was then partitioned into monthly values utilizing the percent of mean annual flow based on the pre-project monthly flow distributions at Iron Gate Dam (see Table 1) and are provided in Table 4.

28



**Figure 1.**   Mean annual flow duration for Keno (1905-1912) and below Iron Gate Dam (1961-1996) period of record.

It is recognized that use of the Iron Gate period of record reflects varying amounts of flow depletions by water year type and that these annual flow volumes are underestimated by upper basin depletions but this approach is considered to be a workable approximation for comparative purposes. It is also recognized that the monthly flow distributions can change depending on water year type, but a more rigorous approach utilizing correlations of historical gage data from the upper Klamath Basin and estimated historical flow depletions was beyond the scope of this project. Also, existing daily flow records at Iron Gate are significantly impacted by water allocation practices and therefore their use was discarded as a basis to derive these pre-project water year flow patterns on a monthly basis.

Table 3.    Iron Gate mean annual flow exceedance values derived from the 1961-1996 period of record and corresponding water year classifications.

| Extremely Wet | | | Wet | | | Normal | | | Dry | | | Critically Dry | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exceedance | Year | Flow (cfs) | Exceedance | Year | Flow (cfs) | Exceedance | Year | Flow (cfs) | Exceedance | Year | Flow (cfs) | Exceedance | Year | Flow (cfs) |
| 2.70 | 196 | 3660 | 18.22 | 197 | 3120 | 40.54 | 196 | 2172 | 62.16 | 198 | 1794 | 89.19 | 198 | 1240 |
| 5.41 | 198 | 3482 | 18.92 | 199 | 3026 | 43.24 | 196 | 2074 | 64.86 | 199 | 1670 | 91.80 | 199 | 967 |
| 8.11 | 198 | 3382 | 21.62 | 199 | 2824 | 45.95 | 197 | 2054 | 67.57 | 196 | 1631 | 94.59 | 199 | 901 |
| 10.81 | 197 | 3217 | 24.32 | 197 | 2821 | 48.65 | 198 | 2011 | 70.27 | 196 | 1621 | 97.30 | 199 | 640 |
| 13.51 | 197 | 3178 | 27.03 | 198 | 2598 | 51.35 | 196 | 1938 | 72.97 | 198 | 1588 | | | |
| | | | 29.73 | 198 | 2449 | 54.05 | 199 | 1927 | 75.68 | 196 | 1502 | | Aver | 937 |
| | Aver | 3380 | 32.43 | 197 | 2421 | 56.76 | 196 | 1807 | 78.38 | 197 | 1485 | | | |
| | | | 35.14 | 197 | 2294 | 59.46 | 197 | 1807 | 81.08 | 199 | 1355 | | | |
| | | | 37.84 | 198 | 2241 | | | | 83.78 | 198 | 1300 | | | |
| | | | | | | | Aver | 1975 | 86.49 | 197 | 1281 | | | |
| | | | | Aver | 2622 | | | | | Aver | 1523 | | | |

Table 4.    Estimated natural mean monthly flow patterns (cfs) by water year category at Iron Gate Dam based on mean annual flows using the 1961-1996 period of record.

| | Ext. Wet | Wet | Normal | Dry | Critically Dry |
|---|---|---|---|---|---|
| MAF (cfs) | 3380 | 2622 | 1975 | 1523 | 937 |
| Oct | 1938 | 1503 | 1132 | 873 | 537 |
| Nov | 2360 | 1846 | 1391 | 1072 | 660 |
| Dec | 3002 | 2329 | 1754 | 1353 | 832 |
| Jan | 3598 | 2791 | 2102 | 1621 | 997 |
| Feb | 4186 | 3247 | 2446 | 1886 | 1160 |
| Mar | 4746 | 3681 | 2773 | 2138 | 1316 |
| Apr | 5214 | 4045 | 3047 | 2350 | 1446 |
| May | 4989 | 3870 | 2915 | 2248 | 1383 |
| Jun | 4123 | 3199 | 2409 | 1858 | 1143 |
| Jul | 2836 | 2200 | 1657 | 1278 | 786 |
| Aug | 1884 | 1462 | 1101 | 849 | 522 |
| Sep | 1662 | 1289 | 971 | 749 | 461 |

**Iron Gate Monthly Flow Exceedance Value Estimates**

Pre-project median monthly flows (i.e., 50 percent exceedance) as well as 40, 60, 70, 80 and 90 percent exceedance values were estimated at Iron Gate for use in several of the instream flow analyses. The daily flow records at Iron Gate Dam are sufficiently impacted by water allocation practices that their direct use for computing monthly exceedance values was deemed inappropriate. The required flows for specific monthly exceedance values were derived by computing the monthly flow-exceedance values using the daily flow records for the 1905-1912 period of record at Keno (see Appendix B). Since this period of record corresponds to an above normal precipitation patten, the flows were adjusted at each of these exceedance values by 1.04 to derive a 'normal year' estimate for each of the flow-exceedance values at Keno. The corresponding flow for each exceedance value at Iron

30

Gate was then obtained by adding normal year accretions below Keno for the 40, 50, and 60 percent exceedance values. Although Balance Hydrologics, Inc. (1996) infer that accretions for wet, normal, dry and critically dry water years were previously computed by CH2MHill for the BOR (see Page 15 in Balance Hydrologics, Inc., 1996), only normal and wet year accretions were reported. The BOR provided estimated accretions for dry years (1977, 1981, 1987, 1992, 1994), which were averaged for each month and then added to the flows associated with the 70, 80, and 90 percent exceedance values to obtain these estimates at Iron Gate. These values are provided in Table 5. It is recognized that this particular approach to estimating the required flow values associated with particular exceedance ranges for use in the hydrology based instream flow approaches discussed below likely over estimates to some degree the flows at high exceedance ranges and to some degree under estimates the flows at low exceedance ranges. However, since most of the hydrology based methods are oriented toward estimation of minimum flows rather than optimal flows, this bias is not considered problematic for the intent of this work. Given the objectives of this report and in light of the depleted conditions of the fish resources in the Klamath River Basin, a conservative approach which provides protection of the aquatic resources is deemed most appropriate. Although a more detailed examination of flows based on mass balance simulations using MODSIM or other models will be undertaken as part of Phase II, the simulation of flows below Iron Gate which include accretions and depletions suffers from the same lack of quantitative data requiring similar but different types of assumptions.

Table 5.     Estimated Iron Gate pre-project flows (cfs) for associated monthly exceedance values used in various hydrology methods and where derived from an analysis of the daily flow records at Keno for the 1905-1912 period of record.

| Exceedance | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 2889 | 3351 | 3674 | 3784 | 3692 | 2988 | 2379 | 1626 | 1524 | 1540 | 1801 | 2344 |
| 50 | 2783 | 3302 | 3280 | 3640 | 3509 | 2786 | 2100 | 1462 | 1361 | 1540 | 1787 | 2277 |
| 60 | 2591 | 3033 | 3231 | 3572 | 3192 | 2670 | 1879 | 1366 | 1332 | 1463 | 1743 | 2209 |
| 70 | 2269 | 2567 | 2659 | 2935 | 2791 | 2389 | 1691 | 1273 | 1196 | 1320 | 1640 | 1877 |
| 80 | 2125 | 2423 | 2620 | 2935 | 2714 | 2245 | 1585 | 1182 | 1162 | 1272 | 1582 | 1839 |
| 90 | 2096 | 2375 | 2466 | 2771 | 2560 | 2034 | 1460 | 1128 | 1068 | 1186 | 1476 | 1820 |

**Life History Requirements**

A considerable amount of information has been developed on the life history requirements and seasonal utilization of the Klamath River for anadromous species within the Klamath Basin (i.e., coho, chinook, and steelhead). However, very little data presently exists for other important tribal trust species, such as sturgeon and lamprey. Because of the lack of specific information for these species, only the anadromous species were specifically considered. However, if the habitat requirements of the anadromous species and their respective life stages are met, then it is assumed (given lack of data to suggest otherwise) that adequate protection for other tribal trust species within the river corridor

31

will be met. This is often an assumption that must be made when conducting more intensive site-specific studies (e.g., IFIM) where a lack of sufficient information exists to develop habitat suitability criteria for all target species of interest.

Excellent summaries on life history requirements for the anadromous species within the Klamath Basin can be found in Birk (1996), Shaw et al. (1997), and Leidy and Leidy (1984). The basic life history needs in terms of consideration of timing can be summarized with a species and life stage monthly periodicity table. Table 6 was adapted from Birk (1996) and Shaw et al. (1997) and revised by the DOI Technical Review Team to be broadly representative of the life stage periodicity for anadromous species within the main stem Klamath River and for use in this report for the various analyses. This table is provided as a generalized overview of the timing and use of the main stem Klamath River in order to focus the assessment of flow regimes throughout the year. The monthly periodicity is represented by range defined by the earliest and latest month reported by the various investigators and technical review team.

**The Ecological Basis of Flow Regimes for Aquatic Resources**

River ecosystems create a temporally and spatially variable physical, chemical, and biological template within which fish and other aquatic resources can exist if they possess the proper suite of physiological, behavioral, and life history traits (Poff and Ward, 1990; Orth, 1987). This environmental template and species specific set of traits is often characterized as a multi-dimensional niche of environmental conditions (e.g., envelopes of depth, velocity, substrate, temperature) and resources (e.g., food, space) which describes the environmental conditions necessary for species survival. Suitable environmental conditions and resources must be available in terms of their quantity, quality and timing in order to sustain a viable long term population (Statzner, 1988; May and MacArthur, 1972; Pianka, 1974; Colwell and Futuyma, 1971). Because a variety of factors and resources are required to meet the life history requirements of species, the short and long term success of individuals and ultimately populations can be limited by a single factor or by a combination of factors. In river systems, the suitability of environmental conditions for aquatic resources are directly related to the characteristics of the flow regime. Therefore, quantification of flow requirements which will provide for the long term protection of the aquatic resources must be undertaken from an ecological basis in light of the flow dependent environmental factors which may limit these aquatic resources.

As an important initial step in meeting these requirements, the determination of interim minimum instream flow needs within the main stem Klamath River below Iron Gate Dam which will protect and aid in the restoration of the anadromous species is required. This need is evident given the concern raised by fisheries biologists on appropriate flows at the time of the construction of Iron Gate Dam, the fact that the existing FERC flow schedule was a negotiated settlement in which flows were not always associated with biologically based recommendations, the depleted status of the stocks which has resulted in listed and proposed listing of species under the ESA, tribal, commercial, and recreational harvest have

32

been curtailed or eliminated, and the historical and current concern of the resident state, federal, and tribal fisheries biologists and program managers over the adequacy of the existing flow regime below Iron Gate Dam (and other tributaries) (see Appendix C).

In essence, an ecologically based flow regime must incorporate the spatial and temporal flow conditions necessary to ensure long-term protection of the aquatic resources. The flow regime must maintain the linkage between the physical, chemical, and biological components of river ecosystems, which result in the formation and persistence of fish and macroinvertebrate habitat. Quantification methodologies currently recognize that suitable flow regimes can be broken down into four basic flow components (Petts et al., 1995; Hill et al., 1991). These four flow components are fish habitat base flows, channel maintenance flows, riparian flows, and valley maintenance flows. Although the specific methods by which each of these flow components are quantified vary, all components are essential to maintain the ecological health of the stream system (Hill et al., 1991).