Table 6.    Life stage monthly periodicity for anadromous species in the Klamath River.

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chinook Salmon Holding and Migration** | | | | | | | | | | | | |
| Adult Fall Run | | | | | | | | | | | | |
| Adult Late Fall Run | | | | | | | | | | | | |
| Spring Run | | | | | | | | | | | | |
| **Chinook Salmon Spawning** | | | | | | | | | | | | |
| Fall Run | | | | | | | | | | | | |
| Late Fall Run | | | | | | | | | | | | |
| Spring Run | | | | | | | | | | | | |
| **Chinook Salmon Emergence** | | | | | | | | | | | | |
| Fall Run | | | | | | | | | | | | |
| Spring Run | | | | | | | | | | | | |
| **Chinook Salmon Rearing** | | | | | | | | | | | | |
| Fall Run | | | | | | | | | | | | |
| Late Fall Run | | | | | | | | | | | | |
| Spring Run | | | | | | | | | | | | |
| **Chinook Salmon Outmigration** | | | | | | | | | | | | |
| Fall Run | | | | | PEAK | PEAK | PEAK | PEAK | PEAK | PEAK | PEAK | |
| Spring Run | PEAK | | | | | PEAK | PEAK | PEAK | | | | PEAK |
| Yearlings | | | | | | | | | | | | |
| **Coho Salmon** | | | | | | | | | | | | |
| Holding and Migration | | | | | | | | | | | | |
| Coho Spawning | | | | | | | | | | | | |
| Coho Emergence | | | | | | | | | | | | |
| Coho Rearing | | | | | | | | | | | | |
| Coho Outmigration | | | | | PEAK | PEAK | PEAK | PEAK | PEAK | PEAK | | |
| **Steelhead** | | | | | | | | | | | | |
| Holding and Migration | | | | | | | | | | | | |
| Summer/Spring Run | | | | | | | | | | | | |
| Fall Run | | | | | | | | | | | | |
| Winter Run | | | | | | | | | | | | |
| Downstream Run | | | | | | | | | | | | |
| Half-pounder Run | | | | | | | | | | | | |
| Steelhead Spawning | | | | | | | | | | | | |
| Steelhead Emergence | | | | | | | | | | | | |
| Steelhead Rearing and Outmigration | | | | | | | | | | | | |

001280

This report focuses on the fish habitat base flow component. Quantification of the remaining flow components were approximated given the existing state of the physical system, which presently allows propagation of these higher flow events within the main stem Klamath River. Specifically, with the exception of sustained drought periods, uncontrolled releases from the Upper Klamath Basin below Iron Gate Dam continue with sufficient frequency and magnitude, which are likely to protect the physical processes within the main stem Klamath River necessary for channel and riparian maintenance flows. This flow component has not been quantified as part of Phase I, but will be addressed under work for Phase II.

Efforts directed at the evaluation of minimum instream flow requirements that aid in the restoration and maintenance of aquatic resources has already resulted in the development and application of a large number of methodologies over the past several decades and continues at an elevated rate today. Excellent reviews of many of the techniques developed and applied within the United States and elsewhere can be found in Reiser et al. (1989), CDM (1986), EPRI (1986), and Gore (1989). A broad area of research within the "discipline" of instream flow assessments is focused on modification or extension of existing methodologies, while other efforts are being directed at development and application of new tools. This is driven to some extent by the current ecosystem management objectives of resource agencies and a growing consensus among both researchers and practitioners that the disciplinary basis upon which the fundamental science and analytical procedures are developed, validated and applied in instream flow assessments will continue to benefit from a broader ecological perspective (Orth, 1995; Stanford, 1994).

This has lead to research focused on the development and application of tools and assessment frameworks aimed at a quantitative characterization of the factors controlling fisheries resources rather than continued application of tools for evaluation of a single target species from the limited perspective of physical habitat. This broadly includes research on trophic level dynamics, process oriented delineation of flow induced changes in the physical and biological components of the aquatic environment (e.g., the Trinity River Flow Evaluation Report), and in the development of broader based ecological frameworks for the evaluation of impact assessments or restoration efforts in aquatic ecosystems (e.g. Johnson and Law, 1995; Johnson et al., 1995; Hearne et al., 1994; Capra et al., 1995; Leclerc et al., 1995; Addley, 1993; Nehring and Anderson, 1993; Muhar et al., 1995).

Other pertinent research within the broader arena of instream flows has focused on the delineation of key life history characteristics in terms of ontogenetic shifts in habitat use under natural and induced flow variability (Heland et al., 1995; Bardonnet and Gaudin, 1990; Bardonnet et al., 1993; Crisp and Hurley, 1991), the relationship between flow and macroinvertebrate community dynamics (Lancaster and Hildrew, 1993; Gore, 1989; Jowett et al., 1991; Weisberg et al., 1990; Statzner et al., 1991), and the importance of trophic level dependancies between macroinvertebrates and fish (Filber and Hawkins, 1995; Bevelhimer, 1996; Weisberg and Burton, 1993; Easton and Orth, 1992; Roell and Orth, 1994). Efforts employing mechanistic individual based bioenergetics, physical habitat based

approaches utilizing population models, and multi-variate statistical approaches have also produced encouraging results (Addley, 1993; Jager et al., 1993; Bovee et al., 1994; Hill and Grossman, 1993; Jowett, 1992). This has included results based on linking community level distribution and abundance with spatially explicit delineations of the habitat mosaic at the meso-scale (Aadland, 1993; Dibble and Killgore, 1994; Bain, 1995; Jowett, 1992). A broader view of the river corridor as an integrated ecosystem has also provided excellent research on methods and frameworks for delineating the process driven linkages between flow, sediment transport, channel structure, and the riparian community (Hill et al., 1991; Nillson et al., 1991; Rabeni and Jacobson, 1993; Stromberg et al., 1991; Stromberg, 1993).

Many of these techniques will be applicable to the Klamath Basin for quantification of instream flow needs and in the application of an adaptive management program as part of on-going management efforts. However, most are beyond the specific scope of this report but have been incorporated into on-going efforts under Phase II.

**Applied Assessment Methods**

A total of 14 analysis methods covering a range of analytical techniques were initially considered for use in the evaluation of minimum flow needs in the lower Klamath River Basin for the aquatic resources (Table7). A concise description of these various methods can be found in CDM (1986). Although a wide array of potential assessment methods were considered, the lack of requisite data precluded many of these methods for consideration at this time.

Table 7.     Instream Analysis Methods Reviewed.

<u>**Hydrology Based Methods**</u>

Hoppe Method
New England Flow Recommendation Policy
Northern Great Plains Resource Program Method
Washington Base Flow Method
Tennant Method

<u>**Field Based Methods**</u>

Idaho Method                                         Indicator Species Method
Instream Flow Incremental Methodology                Oregon Usable Width Method
U.S. Forest Service Region 6 Method                  Washington Spawning Method
Washington Rearing Method                            Waters Method
Weighted Usable Width Method

The potential applicability of each method was evaluated based on underlying assumptions, type of system(s) in which the method was developed or applied, target species, previous applications to large rivers with anadromous species and specific data requirements. The USFWS/USGS have collected data at a number of study reaches which characterize important habitats for anadromous fish species in the main stem Klamath River below Iron Gate Dam. These data include channel topography, water surface elevations and velocity profiles. After a review of these data, the field based methods highlighted in Table 7 and discussions with the DOI Technical Review Team, the use of these data for the various field based methods was deferred to Phase II. This is primarily a function of field collection of additional velocity data sets and desire to undertake a comprehensive review of available Habitat Suitability Criteria (HSC) for the target anadromous species and life stages rather then reliance on use of the HSC developed for the Trinity River.

The hydrology methods discussed below were applied in deriving flow estimates within the main stem Klamath River. Each method is described briefly and the manner in which the method was applied or adopted is discussed. Methods were modified or adapted based the physical or biological setting of the Klamath River and input from the review team. It must be stressed that the approach taken in this report (and the philosophy of the review team) was that if a method was broadly applicable from a biological perspective and where basic assumptions could be reasonably met, it was applied. This approach attempts to avoid a prior or post priori justification of a single method and strives to treat each method as providing independently derived estimates based on valid but unique underlying assumptions. The estimates from each technique were then 'aggregated' based on a simple average to derive the final flow recommendations on a monthly basis.

## Hydrology Based Methods

### Hoppe Method

This method was developed from studies on the Frying Pan River, Colorado and estimates flow requirements from percentiles on an annual flow duration curve for salmonid species. A flow that is equaled or exceeded 17 percent of the time is set for a 48 hour period to maintain flushing flows. As noted previously, this component of the flow regime is not addressed quantitatively in this report. The flow that is equaled or exceeded 40 percent of the time is recommended for protection of spawning flows and the flow that is equaled or exceeded 80 percent of the time is recommended to maintain flows for food production and aquatic cover. In essence, this approach strives to protect the higher flow component associated with the spring high flow spawning period and to provide survival habitat in terms of food production and physical habitat during the low flow periods.

The biological rationale for this approach was adapted for the Klamath River by using the monthly 40 percent exceedance flows to protect spawning and incubation for the September through February period, the monthly 60 percent exceedance flows during March through

May period to protect incubating eggs and the monthly 80 percent exceedance flows for the June through August period for food production and protection of rearing habitats for fish. The actual monthly exceedance values were utilized in order to preserve the characteristics of the pre-project flow patterns within a normal water year. The exceedance values for each monthly time period were derived from Table 5 and the resulting instream flows for each month utilizing this approach are provided in Table 8.

Table 8.       Estimated monthly instream flows based on application of the Hoppe Method.

|     | Exceedance | Estimated MIF |
| --- | --- | --- |
| Oct | 40 | 1540 |
| Nov | 40 | 1801 |
| Dec | 40 | 2344 |
| Jan | 40 | 2889 |
| Feb | 40 | 3351 |
| Mar | 60 | 3231 |
| Apr | 60 | 3572 |
| May | 60 | 3192 |
| Jun | 80 | 2245 |
| Jul | 80 | 1585 |
| Aug | 80 | 1182 |
| Sep | 40 | 1524 |

### *New England Flow Recommendation Policy*

This method is based on the assumption that aquatic resources have evolved to survive the most severe or adverse environmental conditions in the most stressful month of the year and encompasses both salmonid and invertebrate species. Utilizing hydrology records, the aquatic base flow is set as the median August flow, unless superceded by spawning requirements which are equivalent to the historical (pre-project) median flow throughout the spawning period. Where inadequate flow records exist or where flows have been altered from water projects, recommendations are derived from the average median August flows computed from representative streams in the region in terms of cubic feet per square mile (cfsm). In this instance, the 'default' flows are 0.5 cfsm for all times of the year unless superceded by spawning and incubation flows which are defined as 1.0 cfsm in the fall/winter or 4.0 cfsm in the spring for the entire applicable spawning and incubation periods.

This method was adopted for application in the Klamath by computing the flow associated with the 50 percent exceedance value for the spawning period from September to February using the daily flow records at Keno for the 1905-1912 period of record. The computed flow (1630 cfs) was then adjusted by 1.04 and the monthly accretions for each of these months were added to the flow estimate. A similar approach was taken for the incubation/emergence period during February through May using Keno daily flow records for the 1905-1912 period of record. The computed 50 percent exceedance flow of 2870 cfs

then adjusted by 1.04 and the normal year accretions for each month were added to this value. Finally, the daily gage data for August at Keno using the daily flow records from the 1905-1912 period of record was computed and then adjusted by 1.04. The monthly normal water year accretions were then added to each month. The highest monthly required flow was then selected for each month and set as the instream flow requirement. The corresponding monthly values are provided in Table 9.

Table 9.     Estimated monthly instream flows based on application of the New England Aquatic Base Flow Method.

|  | August | Spawning | Inc/Emergence | Maximum MIF | Accretions | Estimated MIF |
|-----|--------|----------|---------------|-------------|------------|---------------|
| Oct | 1462 | 1567 |  | 1567 | 348 | 1915 |
| Nov | 1462 | 1567 |  | 1567 | 349 | 1916 |
| Dec | 1462 | 1567 |  | 1567 | 517 | 2084 |
| Jan | 1462 | 1567 |  | 1567 | 620 | 2187 |
| Feb | 1462 | 1567 | 2760 | 2760 | 764 | 3524 |
| Mar | 1462 |  | 2760 | 2760 | 693 | 3453 |
| Apr | 1462 |  | 2760 | 2760 | 659 | 3419 |
| May | 1462 |  | 2760 | 2760 | 567 | 3327 |
| Jun | 1462 |  |  | 1462 | 401 | 1863 |
| Jul | 1462 |  |  | 1462 | 408 | 1870 |
| Aug | 1462 |  |  | 1462 | 347 | 1809 |
| Sep | 1462 | 1567 |  | 1567 | 351 | 1918 |

**Northern Great Plains Resource Program Method**

This method was developed from the assumption that established aquatic resource populations (independent of species composition) are a result of normal or average flows as opposed to 'abnormal' flows (e.g., extreme low or high flow components of the flow regime). The approach is based on the computation of mean monthly flows from the existing period of record and in the situation where the mean monthly flows are normally distributed, the 't' statistic is used the establish the bounds for normal flows. That is, extreme values are discarded. Where mean monthly flows are not normally distributed, then professional judgement is utilized to censor the data records.

The daily flow records for each retained month are then used to construct monthly flow duration curves and the flow that is equaled or exceeded 90 percent of the time is specified as the required flow to protect the aquatic ecosystem in that month. Further adjustments are made to recommended flows during the spring runoff period using a flow that is 'near the mean annual flow of record' during the high flow months. During low flow months, additional reductions in the flow may be made where 'sharing' of water with beneficial out-of-stream uses may be warranted. These two flow adjustments are based on professional judgement and negotiations. Adjustments for low flow months was deemed inappropriate

given the status of the anadromous stocks in the Klamath River Basin and as noted previously, the high flow component is not considered under Phase I.

Since the existing historical flow records at Keno have such a short period of record, all the data were utilized to derive monthly flow durations. The corresponding 90 percent exceedance values were then obtained from the monthly flow duration analyses. In this instance, the estimated dry year accretions were added to each monthly value after adjusting by 1.04 to eliminate the above normal year bias. The corresponding recommended monthly flows are provided in Table 10.

Table 10.    Estimated monthly instream flows based on application of the Northern Great Plains Resource Program Methodology.

|       | Estimated MIF |
|-------|---------------|
| Oct   | 1186          |
| Nov   | 1476          |
| Dec   | 1820          |
| Jan   | 2096          |
| Feb   | 2375          |
| Mar   | 2466          |
| Apr   | 2771          |
| May   | 2560          |
| Jun   | 2034          |
| Jul   | 1460          |
| Aug   | 1128          |
| Sep   | 1068          |

**Tennant Method**

This basic methodology attempts to protect the health of aquatic habitat based on an observed correlation between habitat conditions and flow regime as a percentage of the mean annual flow. The technique was developed from a variety of streams which were dominated by salmonid species but has been broadly applied to a wide range of systems including non-salmonid systems. Table 11 lists the criteria developed by Tennant for different levels of aquatic habitat protection.

Tennant is broadly accepted in the literature as a reconnaissance-level technique. It was previously employed by Trihey (1996) to estimate instream flow requirements for tribal trust species in the Klamath River. These estimated flows subsequently served as a basis by which the 'Modified Yurok' flow regime proposal was developed for consideration in Klamath Project operations. The modified Yurok proposal was developed through a facilitated

workshop of Klamath Basin fisheries biologists and represents a DELPHI based recommendation.

Table 11.    Instream Flow Regimes for Fish, Wildlife, Recreation and Related Environmental Resources

| Flow Type | Recommended Base Flow Regimes | (% Mean Annual Flow) |
|-----------|-------------------------------|----------------------|
| | Oct - Mar | Apr - Sep |
| Flushing Flow | 200 | 200 |
| Optimum Range | 60-100 | 60-100 |
| Outstanding Range | 40 | 60 |
| Excellent | 30 | 50 |
| Good | 20 | 40 |
| Fair | 10 | 30 |
| Poor or Minimum | 10 | 10 |
| Severe Degradation | 0-10 | 0-10 |

At its most fundamental level, the Tennant Method relies on the available long term gage data to derive an exceedance based flow level. As such, it inherently incorporates the range of water year variability by nature of the flow exceedance basis of the computations. What remains difficult however, is the selection of an 'appropriate' percent of the mean annual flow to utilize and how then this flow volume should be partitioned between various months based on the life history needs of the target species and life stages. There is no widely accepted 'method' or 'rule-of-thumb' that can be relied on to select the flow category for use in defining a flow recommendation (see Table 11). Comparative studies between Tennant and more site-specific studies would suggest that flow criteria between the 30 percent and 60 percent ranges of MAF are common (Wesche 1973, Wood and Whelan 1962, Joy et al. 1981, Orth and Maughan 1981, Prewitt and Carlson 1979, Nelson 1980). It recognized that many of these applications targeted species and river systems that are very different from the Klamath, but remain roughly consistent across species and systems. Nelson (1980) suggests that the Tennant Method may in some instances overestimate instream flow requirements compared to site-specific analyses in larger river basins. However, this is not known to be generally true across a variety of systems. Fundamentally, the use of Tennant for estimating minimum instream flows remains widely applied and accepted.

Given the objectives of this analysis and a desire to maintain a conservative view toward protection of the aquatic resources within the Klamath River, an 80 percent basis of MAF was selected for use in this application of Tennant. This represents the mid-point of the Optimal Range for protection (see Table 11) . This percent of the mean annual flow was partitioned between all months within the year based on the percent distribution of pre-project mean monthly flows (see Table 1). In this instance, the application of the Tennant Method was 'modified' to allow the hydrograph to mimic natural flows patterns as is commonly undertaken with this technique for adjustment of seasonal flow patterns (e.g., Ott

and Tarbox 1977, Bayha 1978, Estes 1985, Fernet 1987, Trihey 1996). The resulting instream flow values are provided in Table 12.

Table 12.    Estimated monthly instream flows based on application of the Tennant using the mid-point of the Optimum Range or 0.8 of the MAF.

| | Estimated MIF (cfs) |
|---|---|
| Oct | 1229 |
| Nov | 1447 |
| Dec | 1886 |
| Jan | 2262 |
| Feb | 2665 |
| Mar | 2883 |
| Apr | 3086 |
| May | 2902 |
| Jun | 2344 |
| Jul | 1718 |
| Aug | 1202 |
| Sep | 1096 |

### *Washington Base Flow Method*

This methodology estimates the required instream flow levels based on a ranking of the stream in terms of wildlife, fisheries, scenic and esthetic, water quality, navigational, and other environmental values. The technique is applicable to salmonid systems. The average rating is then used in a nomographic solution to obtain a flow-duration percentile. This flow-duration percentile is then used to estimate the flow recommendation using the flow duration curve for the river. In the absence of site specific rankings in each of these categories, the highest stream ranking (i.e., 24) was chosen and the solution for Western Washington during the low flow period was selected for use with this technique. This choice is justified given the high value fisheries, ESA considerations, high recreational values of the main stem Klamath River below Iron Gate Dam including both sport fishing and recreational boating, and the importance of this river for overall environmental concerns to tribal trust resources.

The resulting flow-duration statistic would be the 60 percent exceedance. This basic technique was modified for this report to utilize the 60 percent exceedance value on a monthly basis in order to preserve the natural pattern of seasonal flows. The monthly 60 percent flow exceedance values based on the daily discharges at Keno for the 1905-1912 period of record were used and the normal year monthly accretions were added to each month (see Appendix B). The preservation of the seasonal pattern of natural flows is considered important in light of the flow dependant cues of anadromous species to flow timing in the main stem in conjunction with tributary flows. The resulting instream flow estimates from this technique are provided in Table 13.

Table 13.    Estimated monthly instream flows based on application of the Washington Base Flow Method.

|  | 60 Percent Exceedance | Accretions (cfs) | Estimated MIF (cfs) |
|---|---|---|---|
| Oct | 1160 | 348 | 1508 |
| Nov | 1450 | 349 | 1799 |
| Dec | 1760 | 517 | 2277 |
| Jan | 2050 | 620 | 2670 |
| Feb | 2360 | 764 | 3124 |
| Mar | 2640 | 693 | 3333 |
| Apr | 3030 | 659 | 3689 |
| May | 2730 | 567 | 3297 |
| Jun | 2360 | 401 | 2761 |
| Jul | 1530 | 408 | 1938 |
| Aug | 1060 | 347 | 1407 |
| Sep | 1020 | 351 | 1371 |

## Review of Field Based Methods

The application of the field based methods will be delayed for consideration under Phase II pending completion of additional field work, identification of appropriate HSC for each of the anadromous species and life stages and development of analytical approaches wherein substrate and cover use can be included. The preliminary analyses conducted utilizing the hydraulic data from the USFWS/USGS and HSC from the Trinity River clearly showed for example, that failure to include appropriate cover functions in the analysis for the early life stages produced results that did not match known habitat use within the Klamath River based on extensive field observations by resident biologists.  Although some of the preliminary results for specific species and life stages could have been utilized in this report, the use of partial results for specific methods was considered inappropriate and potentially misleading.  These technical issues are presently being addressed under Phase II in collaboration with the technical review team.

## Recommended Flows

### Iron Gate Dam to the Shasta River

Since each of the various techniques were considered to provide a independent estimate of required flows based on differing but valid biological assumption, the individual monthly values for each method were averaged across all techniques to derive the 'best estimate' of the recommended minimum monthly instream flows.  The resulting monthly instream flow recommendations for Iron Gate to the Shasta River are provided in Table 14.

Table 14.    Summary of pre-project normal water year mean and median flows at Iron Gate Dam, instream flow estimates (cfs) by method and recommended monthly Minimum Instream Flows (MIF) below Iron Gate Dam.

|  | Iron Gate Mean Flows | Iron Gate Median Flows | Hoppe | NEABF | NGP | Tennant | Washington | MIF |
|---|---|---|---|---|---|---|---|---|
| Oct | 1536 | 1540 | 1540 | 1915 | 1186 | 1229 | 1508 | 1476 |
| Nov | 1809 | 1787 | 1801 | 1916 | 1476 | 1447 | 1799 | 1688 |
| Dec | 2358 | 2277 | 2344 | 2084 | 1820 | 1886 | 2277 | 2082 |
| Jan | 2827 | 2783 | 2889 | 2187 | 2096 | 2262 | 2670 | 2421 |
| Feb | 3331 | 3302 | 3351 | 3524 | 2375 | 2665 | 3124 | 3008 |
| Mar | 3604 | 3280 | 3231 | 3453 | 2466 | 2883 | 3333 | 3073 |
| Apr | 3857 | 3640 | 3572 | 3419 | 2771 | 3086 | 3689 | 3307 |
| May | 3627 | 3509 | 3192 | 3327 | 2560 | 2902 | 3297 | 3056 |
| Jun | 2930 | 2786 | 2245 | 1863 | 2034 | 2344 | 2761 | 2249 |
| Jul | 2147 | 2100 | 1585 | 1870 | 1460 | 1718 | 1938 | 1714 |
| Aug | 1503 | 1462 | 1182 | 1809 | 1128 | 1202 | 1407 | 1346 |
| Sep | 1370 | 1361 | 1524 | 1918 | 1068 | 1096 | 1371 | 1395 |

These values are compared to pre-project, historical (Klamath Project Operations) and previous monthly instream flows in Table 15. The MIF recommendations can be compared to the water year type classifications in Table 4 which reflect between 250,000 and 500,000 acre-feet depletions from the Upper Klamath Basin depending on water year type.

Table 15.    Comparison of pre-project mean flows in a normal year, recommended monthly instream flows and previous instream flow recommendations and historical Iron Gate releases (1961-1996) period of record (all flows are in cfs).

|  | Pre-project Mean | MIF | Iron Gate 1961-96 | FERC | Trihey | Yurok |
|---|---|---|---|---|---|---|
| Oct | 1536 | 1476 | 1664 | 1300 | 1200 | 1300 |
| Nov | 1809 | 1688 | 2142 | 1300 | 1500 | 1500 |
| Dec | 2358 | 2082 | 2744 | 1300 | 1500 | 1500 |
| Jan | 2827 | 2421 | 2825 | 1300 | 1500 | 1500 |
| Feb | 3331 | 3008 | 3047 | 1300 | 1500 | 1500 |
| Mar | 3604 | 3073 | 3601 | 1300 | 1500 | 1500 |
| Apr | 3857 | 3307 | 2970 | 1300 | 2000 | 2000 |
| May | 3627 | 3056 | 2046 | 1000 | 2500 | 2500 |
| Jun | 2930 | 2249 | 1050 | 710 | 1700 | 1700 |
| Jul | 2147 | 1714 | 758 | 710 | 1000 | 1300 |
| Aug | 1503 | 1346 | 970 | 1000 | 1000 | 1300 |
| Sep | 1370 | 1395 | 1303 | 1300 | 1000 | 1300 |

What is apparent for the summary comparisons of the Iron Gate to Shasta River results, is that basically the flow recommendations during the September through March period would have been met under historical operations of the Klamath Project, while actual flows were below the recommend flows during the remaining months of the year.  The current lack of sufficient storage (e.g., increased retention from restored wetlands and marshes, or increased capacity of existing facilities) in the Upper Klamath Basin precludes the ability to hold water during the early spring period when higher than pre-project flows are now typical.  This lack of adequate storage may prevent the release of water necessary for the attainment of the recommended flows due to high demands during the later spring and summer period to meet existing water allocations within the Upper Klamath Basin (i.e., above Iron Gate).

The results indicate that in general, the current recommended minimum instream flows below Iron Gate Dam are higher than previous recommendations.  The major difference in the recommended flow regime and that of the modified Yurok and Trihey proposed flow regimes is the attempt to track the shape of the natural pattern in the hydrograph.  This is considered important in terms of linking the magnitude and timing of the flow releases below Iron Gate to better match the pre-project relationship of higher flows within tributaries.  This pattern of flow is anticipated to provide a better ecological flow regime which maintains not only the physical but ecological linkages between the main stem and  tributary systems.  The recommended flows are substantially higher than the existing FERC flows.  A comparison of the FERC flow regime and the water year based classification in Table 4, shows that the FERC flow regime is basically at or below critically dry exceedance flows.  Note that the water year volumes reported in Table 4 are underestimated by the magnitude of the annual depletions (i.e., 250,000 - 500,000 acre-feet) depending on water year type.  This is particularly evident during the summer and early fall period when low flows can contribute to high water temperatures below Iron Gate Dam.  The FERC recommended flow regime also departs substantially from the natural flow regime of the Klamath River throughout the whole year.  Concerns raised during the construction of Iron Gate Dam by resident fisheries scientists were raised over the appropriate minimum flows and clearly the record shows that the final FERC flow regime was a negotiated settlement and not derived from strong biological evaluations of the flow needs of the fishery in the main stem Klamath River below Iron Gate Dam (see Appendix C).

## Evaluation of Water Temperatures

At this juncture, the various techniques employed implicitly assume that other factors such as water quality or temperature are not limiting.  This of course is not true for the main stem Klamath River below Iron Gate Dam where deleterious water temperatures and low dissolved oxygen have been associated with fish kills during the late summer low flow period.  Bartholow (1995) reviewed the available data on temperature effects on anadromous species in the Klamath River found that the main stem Klamath experiences elevated temperatures deleterious to salmonids from May through October.  Bartholow

considered acute thermal effects for salmonids, especially egg and larval life stages were to be expected to occur at mean daily water temperatures of 20 C or for consecutive exposures at a weekly mean temperature at 15 C. He concluded that water temperatures in the Klamath are presently marginal at best for anadromous salmonids for much of the summer and early fall period. The USGS presently utilizes the EPA Quality Criteria for Water within SIAM which considers acute thermal conditions for coho and chinook salmon as 22 C and chronic exposures to occur at 16 C. Empirical observations of fish mortalities below Iron Gate during the summer period dictates that the flow dependant nature of the thermal regime on a seasonal basis needs to be factored into the flow recommendations.

As a preliminary screening of the relationship between flow and temperature below Iron Gate, Mr. Mike Deas (U.C. Davis) provided simulations of daily water temperatures for mid-August from Iron Gate Dam (RM 190.1) to the USGS Gage near Seiad Valley (RM 128.9). Simulations were completed for steady state releases from Iron Gate for at least 7 days prior to August 14 to ensure no transients in the system. Because tributary flow contributions changes daily and water temperature changes hourly, a dynamic component exists in the August 14 mean/max/min data, but it is minor. Simulated flows were made between 200 and 3000 cfs. At low flow rates, water temperature results are compromised due to physical representation of river geometry where modeled flows are excessively shallow due to fixed trapezoidal cross sections. Maximum daily temperatures are probably too high and minimums too low for flows <500 cfs. Mean temperatures are probably representative. The effect of tributary contributions on maximum and minimum temperatures may not be representative. Lower river results are probably more realistic due to increased tributary and accretion contributions. Based on these caveats, only the simulated data from 500 to 1500 cfs were used in the following assessments. Although these simulations are only a first approximation, the results shown in Figures 2 and 3 for mean and maximum daily temperatures respectively, demonstrate a clear relationship between flow release volume and thermal response in the main stem Klamath River at least downstream to the Scott River, where ambient conditions then dominate.

It is evident that a clear relationship exists between increasing flow rates and reduction in the both the mean and maximum daily temperatures in the longitudinal profile of temperatures below Iron Gate Dam. This is attributed to the known relationship between higher flow volumes and damping of the range in maximum daily temperatures due to higher thermal mass with increasing flow rates. Previous work by PacifiCorp (1995) and Bartholow (1995) indicate that Iron Gate Dam may not have sufficient storage (or a deep water release point) sufficient to mitigate thermal effects with cool/cold water releases downstream of Iron Gate Dam for any substantial length of time and may place required cool water needs of the Iron Gate Dam Hatchery at risk. However, flow reductions in dry or critically dry years during late summer and early fall clearly have the potential to exacerbate thermal effects down stream of Iron Gate Dam.

46

Additional temperature modeling was conducted by the USGS for the recommended monthly instream flows in the Draft Final Report below Iron Gate Dam based on 1996 observed meteorological conditions. Only summary results were obtained from the BOR in the form of daily temperature plots below Iron Gate and Seiad which indicate that a 0.0 C to 0.6 C range in increased mean daily temperatures. Although the overall average difference compared to the 1996 baseline averaged less than 0.4 C for the July through September period, this magnitude is likely within the noise of model input parameters given the gross estimations of wind speed, relatively humidity, air temperature, shading, and other model parameters. The temperature differential at Seiad was less than the ranges found immediately below Iron Gate Dam.

The results from these temperature simulations clearly reinforce the concerns of the effects of low flow released during the summer period below Iron Gate Dam. The data also suggest that the recommended flow regimes will provide an incremental improvement to the thermal regime below Iron Gate Dam in terms of both the mean and maximum daily temperatures. It should be noted that prior to the construction of Iron Gate Dam as well as under natural conditions, a substantial volume of the flows in the vicinity of Iron Gate Dam were dominated by cold water inflows from springs and tributaries and would have contributed to the maintenance of cool water refugia within this reach of river. Historical fisheries data clearly show that prior to building Iron Gate Dam that this section of the Klamath River (i.e., above present Iron Gate Dam) supported anadromous species which targeted these cold water inflows (Robert Franklin and Kent Bulfinch, pers. com.). Although existing conditions within the Klamath River in terms of Iron Gate Dam, upstream reservoirs, and Klamath Lake result in higher than would be expected temperature releases from Iron Gate Dam compared to natural conditions, this is not justification to consider lower flow releases as adequate to meet the anadromous species needs at this time. The temperature results basically support the higher flow recommendations within the main stem Klamath River below Iron Gate Dam compared to existing flow regimes.

These results, in conjunction with the flow recommendation analysis would suggest that instream flow recommendations should not be adjusted for water year types represented by dry and critically dry water years pending more refined analyses based on site specific methodologies. It is also recognized that alterations and refinements in the derived flow estimates will be made in the future based on availability of additional data (e.g., USFWS/USGS cross section data) and application of additional assessment techniques being undertaken as part of Phase II.



**Figure 2.**  Longitudinal profiles of simulated mean water temperatures below Iron Gate Dam typical of mid-August meteorological conditions.



**Figure 3.**  Longitudinal profiles of simulated mean water temperatures below Iron Gate Dam typical of mid-August meteorological conditions.

48

***Shasta River to Scott River***

The 1933 to 1996 gage data for the Shasta River near Yreka was used to compute the long term mean annual flow (173 cfs) and subsequently to estimate the mean monthly flows as shown in Table 16 and are underestimated due to diversions and depletions associated with agricultural practices within the basin.

Table 16.    Estimated mean monthly flows (cfs) in the Shasta River near Yreka (1933-1996) period of record.

| October | 151.3 |
|---|---|
| November | 194.6 |
| December | 276.6 |
| January | 324.2 |
| February | 337.2 |
| March | 309.1 |
| April | 201.5 |
| May | 131.5 |
| June | 96.9 |
| July | 43.2 |
| August | 38.1 |
| September | 74.6 |

Furthermore, it is desirable to maintain the linkage between both flow timing and magnitudes for the main stem Klamath River and tributaries in order to maximize the opportunity for emigration and immigration of anadromous salmonids. Therefore, the average instream flow recommendations derived for the Iron Gate to Shasta River were adjusted by adding the average monthly 'accretions' corresponding to the mean monthly flows in Table 16 to estimate the instream flows for the Shasta to Scott River reach. Pending more specific work within the tributaries as well as the main stem of the Klamath River, this approach was considered conservative in terms of maintaining flow linkages both within the two reaches of the main stem of the Klamath River as well as between the main stem and the Shasta River. The resulting instream flows are presented in Table 17.

***Monthly Transition Flows***

Existing ramping rates for this facility are presently being evaluated by PacifiCorp and Reclamation during the fall of 1999 as directed in the 1999 Biological Opinion, and will be addressed in a more quantitative manner as part of the Phase II effort. However, because of the possibility of stranding of young-of-the-year salmonids in April, May and June, it would be prudent to limit ramping rates to no more than 50 cfs per hour (Larry Dugan, pers. com.)

Table 17.      Recommended monthly instream flows for the Shasta to Scott River reach.

|      | Iron Gate Shasta MIF Flows | Mean | Monthly Estimated MIF |
|------|------|------|------|
| Oct  | 1476 | 151 | 1627 |
| Nov  | 1688 | 195 | 1883 |
| Dec  | 2082 | 277 | 2359 |
| Jan  | 2421 | 324 | 2745 |
| Feb  | 3008 | 337 | 3345 |
| Mar  | 3073 | 309 | 3382 |
| Apr  | 3307 | 201 | 3508 |
| May  | 3056 | 131 | 3187 |
| Jun  | 2249 | 97 | 2346 |
| Jul  | 1714 | 43 | 1757 |
| Aug  | 1346 | 38 | 1384 |
| Sep  | 1395 | 75 | 1470 |

## Fisheries Habitat Maintenance Flow Component

As previously noted, the techniques discussed above are generally more relevant for recommendations for the fisheries base flow component but are not necessarily suitable for estimating the physical processes important to channel or riparian maintenance flow needs. These two elements of the flow regime can conceptually be regarded as a fisheries habitat maintenance flow since it attempt to maintain the dynamic linkage between flow, sediment transport, and the riparian community within the river channel. These combined processes ultimately determine the quantity and quality of available fisheries habitat. The quantitative estimation of this component of the flow was beyond the scope of this work and will be addressed in Phase II. However, previous work by other investigators discussed above has shown that flows with a return period of 1 to 3 years may be adequate for maintaining the physical and biological linkage between flow, sediment transport and riparian dynamics in channels. The Tennant Method suggests a value equal to 200 percent of the mean annual flow (see Table 11) which would correspond to approximately 5150 cfs although some data suggests that flows associated with 300 percent of the mean annual flow may be more appropriate (CDFG, pers. com.). A review of discharge data at Iron Gate shows that flows of these magnitudes are being met frequently under existing operations and therefore should not pose a problem in meeting this component of the flow regime. Pending more site specific analyses, the Tennant Method flow regime is recommended for the protection of this component of the flow regime. Based on the historical distribution of flows within the main stem Klamath below Iron Gate (see Table 1) these flows should be applied during the January to June period when above normal water year conditions exits within the upper Klamath Basin.

## Literature Cited

Addley, R.C. (1993).  A mechanistic approach to modeling habitat needs of drift-feeding salmonids. Master Thesis, Department of Civil and Environmental Engineering, Utah State University, Logan, Utah.

Annear, T.C. and A.L. Conder. 1984.  Relative bias of several fisheries instream flow methods.  North American Journal of Fisheries Management 4:531-539.

Bain, M.B. (1995).  Habitat at the local scale: multivariate patterns for stream fishes. Bulletin Francais de la Peche et Piscic et de la Pisciculture 337/338/339:165-177.

Balance Hydrologics, INC.  1996.  Initial assessment of pre- and post-Klamath Project hydrology on the Klamath River and Impacts of the project on instream flows and fisheries habitat.  39pp and appendix.

Bardonnet, A., and P. Gaudin. (1990).  Diel pattern of downstream post-emergence displacement of grayling (Thymallus thymallus L., 1758).  Journal of Fish Biology 37:623-627.

Bardonnet, A., P. Gaudin, and J. Thorpe. (1993).  Diel rhythm of emergence and of first displacement downstream in trout (Salmo trutta L.), Atlantic Salmon (Salmo salar L.), and grayling (Thymallus thymallus L.). Journal of  Fish Biology 43:755-762.

Bartholow, John M.   1995.   Review and Analysis of Klamath River Basin Water Temperatures as a Factor in the Decline of Anadromous Salmonids with Recommendations for Mitigation. In: Compilation of Phase I Reports for the Klamath River Basin, May 1995, River Systems Management Section, NBS-MidContinent Ecological Science Center, Fort Collins, Colorado.

Bayha, K.D. 1978.  Instream flow methodologies for regional and national assessments. Instream Flow Information Paper No. 7.  FWS/OBS 78/61.  Ft. Collins, CO.

Bevelhimer, M.S. (1996).  Relative importance of temperature, food, and physical structure to habitat choice by smallmouth bass in laboratory experiments.  Transactions of the American Fisheries Society 125(2):274-283.

Birk, S. (1996).  General Biology of Anadromous Salmonid Affected by the Klamath Reclamation Project.

Bovee, K.D., T.J. Newcomb, and T.G. Coon. (1994). Relations between habitat variability and population dynamics of bass in the Huron River, Michigan. National Biological Survey Biological Report 21. 63 pp.

Capra, H., P. Breil and Y. Souchon. (1995).  A new tool to interpret magnitude and duration of fish habitat variations.  Regulated Rivers: Research and Management 10:281-289.

CDM (1986). Minimum Instream Flow Study.   Camp, Dresser, and McKee. Final Report. Commonwealth of Virginia State Water Control Board.

Colwell, R.K., and D.J. Futuyma. (1971).  On the measurement of niche breadth and overlap.  Ecology 52(4):567-576.

Crisp, D.T. and M.A. Hurley. (1991). Stream channel experiments on downstream movement of recently emerged trout, Salmo trutta L., and salmon, S. Salar L.-II. Effects of constant and changing velocities and of day and night upon dispersal rate. Journal of Fish Biology 39:363-370.

Dibble, E.D. and K.J. Killgore. (1994). A habitat-based approach for studying fish-plant interactions. In: Proceedings of the 28th Annual Meeting, Aquatic Plant Control Program, 15-18 November 1994, Baltimore, Maryland.

Easton, R.S. and D.J. Orth. (1992). Ontogenetic diet shifts of age-0 smallmouth bass (Micropterus dolomieu Lacepede) in the New River, West Virginia, USA. Ecology of Freshwater Fish 1:86-98.

EPRI (1986). Instream Flow Methodologies. Final Report, EA-4819 Research Project 2194-2. Electric Power Research Institute, Palo Alto, California.

Estes, C.C. 1985. Evaluation of methods for recommending instream flows to support spawning by salmon. Thesis submitted for Master of Science, Washington State University.

Estes, C.C. and J.F. Orsborn. 1986. Review and analysis of methods for quantifying instream flow requirements. Water Resources Bulletin Vol. 22, No. 3:389-398.

Fernet, D.A. 1987. A comparison of the Weighted Usable Width, Modified Tennant and Instream flow Incremental Methodology Analysis of Instream Flow Needs in Pekisko Creek. Environmental Management Associates, Calgary, Alberta.

Filbert, R.B., and C.P. Hawkins. (1995). Variation in condition of rainbow trout in relation to food, temperature, and individual length in the Green River, Utah. Transactions of the American Fisheries Society 124(6):824-835.

Gore, J.A. (1989). Models for predicting benthic macroinvertebrate habitat suitability under regulated flows. In: J.A. Gore, J.A. and G.E. Petts, (eds.), Alternatives in regulated river management, Pp. 254-265, CRC Press Inc., Boca Raton, Florida.

Hearne, J., I. Johnshom, and P. Armitage. (1994). Determination of ecologically acceptable flows in rivers with seasonal changes in the density of macrophyte. Regulated Rivers: Research and Management 9:177-184.

Heland, M., P. Gaudin, and A. Bardonnet. (1995). First behavioral adjustments in relation to habitat use after emergence in running water salmonids. Bulletin Francais de la Peche de la Pisciculture 337/338/339:191-197.

Hill, J., and G.D. Grossman. (1993). An energetic model of microhabitat use for rainbow trout and rosyside dace. Ecology 74:685-698.

Hill, M.R., W.S. Platts, and R.L. Beschta. (1991). Ecological and geomorphological concepts for instream and out-of-channel flow requirements. Rivers 2:198-210.

Jager, H.I., D.L. Deangelis, M.J. Sale, W. Van Winkle, D.D. Schmoyer, M.J. Sabo, D.J. Orth, and J.A. Lukas. (1993). An individual-based model for smallmouth bass reproduction and young-of-the-year dynamics in streams. Rivers 4:91-113.

Johnson, I.W., C.R.N. Elliot and A. Gustard. (1995). Modeling the effect of groundwater abstraction on salmonid habitat availability in the River Allen, Dorset, England. Regulated Rivers: Research and Management 10:229-238.

Johnson, I.W., F.M., and F.M. Law. (1995). Computer models for quantifying the hydro-ecology of British Rivers. Journal of CIWEM 9:290-297.

Jowett, I.G. (1992). Models of the abundance of large brown trout in New Zealand rivers. North American Journal of Fisheries Management 12:417-432.

Jowett, I.G. (1993). A method for objectively identifying pool, run, and riffle habitats from physical measurements. New Zealand Journal of Marine and Freshwater Research 27:241-248.

Joy, E.T. Jr., et al., 1981. An evaluation of instream flow methods for use in West Virginia. Report from Division of Wildlife Resources, West Virginia Department of Natural Resources, to Ohio River Basin Commission, Cincinnati, Ohio.

Lancaster, J. And A.G. Hildrew. (1993). Flow refugia and the microdistribution of lotic macroinvertebrates. Journal of the North American Benthological Society 12(4):385-393.

Leclerc, M., A. Boudreault, J.A. Bechara, and G. Corfa. (1995). Two-dimensional hydrodynamic modeling: a neglected tool in the instream flow incremental methodology. Transactions of the American Fisheries Society 124(5):645-662.

Leidy R.A., and G.R. Leidy. 1984. Life stage periodicities of anadromous salmonids in the Klamath River basin, northwestern California. U.S. Fish and Wildlife Service, Sacramento, Calif. 21pp plus tables and appendices.

Mathews, R.C., Jr., and X. Bao. 1991. The Texas method or preliminary instream flow assessment. Rivers, Vol. 2, No. 4, 295-310pp.

May, R. M., and R. H. MacArthur. (1972). Niche overlap as a function of environmental variability. Proceedings of the National Academy of Sciences, USA 69(5):1109-1113.

Muhar S., S. Schmutz and M. Jungwirth. (1995). River restoration concepts - goals and perspectives. Hydrobiologia 303:183-194.

Nehring, R.B. and R.M. Anderson. (1993). Determination of population-limiting critical salmonid habitats in Colorado streams using IFIM/PHABSIM. Rivers 4:1-19.

Nelson, F.A. 1980. Evaluation of selected instream flow methods in Montana. In: Proc. 60th Ann. Conf. Western Assoc. Fish and Wildlife Agencies, pp. 412-432.

Nillson, C., A. Ekblad, M. Gardfjell, and B. Carlberg. 1991. Long-term effects of river regulation on river margin vegetation. Journal of Applied Ecology 28:963-987.

Orth D.J., 1987. Ecological considerations in the development and application of instream flow-habitat models. Regulated Rivers: Research and Management. Vol. 1, 171-181.

Orth, D.J. (1995). Food web influences on fish population responses to instream flow. Bulletin Francais del la Peche de la Pisciculture 337/338/339:317-328.

Orth, D.J. and O.E. Maughan. 1981. Evaluation of the "Montana Method" for recommending instream flows in Oklahoma streams. Proc. Okla. Acad. Sci. 61:62-66.

Ott, A.G. and K.E. Tarbox. 1977. "Instream flow" applicability of existing methodologies for Alaskan waters. Final Report prepared for Alaska Department of Fish and Game.

PaciCorp. 1995.  Available water supply estimates for Iron Gate Fish Hatchery, Klamath River, Calif.  Federal Energy Regulatory Commission Project License No. 2082. 20pp plus appendix.

Petts, G.E. and I. Maddock, 1996, Flow allocation for in-river needs, in River Restoration, edited by G.E. Petts and P. Calow, pp. 60-79, Blackwell Science Ltd.

PFMC 1991.  Preseason Report I, Stock Abundance Analysis for 1991 Ocean Salmon Fisheries.   Prepared by the Salmon Technical Team for the Pacific Fishery Management Council, Portland Oregon.

PFMC 1998.  Preseason Report I, Stock Abundance Analysis for 1999 Ocean Salmon Fisheries.   Prepared by the Salmon Technical Team for the Pacific Fishery Management Council, Portland Oregon.

Pianka, E.R. (1974).  Niche overlap and diffuse competition. Proceedings of the National Academy of Sciences, USA 71(5):2141-2145.

Poff, N.L. and J.V. Ward. (1990).  Physical habitat template of lotic systems: Recovery in the context of historical pattern of spatiotemporal heterogeneity.  Environmental Management 14(5):629-645.

Prewitt, C.G. and C.A. Carlson. 1979.  Evaluation of four instream flow methodologies used on the Yampa and White Rivers, Colorado.  U.S. Dept. of Interior, Bureau of Land Management, Biological Sciences Series No. 2, Denver, CO.

Rabeni, C. F. and R. B. Jacobson. 1993.  The importance of fluvial hydraulics to fish-habitat restoration in low-gradient alluvial streams.  Freshwater Biology 29:211-220.

Reiser, D.W., T.A. Wesche and C. Estes. (1989).  Status of instream flow litigation and practices in North America.  Fisheries  14(2):22-29.

Roell, M.J. and D.J. Orth. (1994).   Trophic basis of production of stream-dwelling smallmouth bass, rock bass, and flathead catfish in relation to invertebrate bait harvest.  Transactions of the American Fisheries Society 122:46-62.

Shaw, T. (1997). DRAFT REPORT Klamath River (Iron Gate Dam to Seiad Creek) Life Stage Periodicities for Chinook, Coho, and Steelhead. Arcata, CA, U.S. Fish and Wildlife Service.

Snyder, J.O. (1930).  Salmon of the Klamath River California.  Fish Bulletin No. 34. Division of Fish and Game.  130pp.

Stanford, J.A. (1994). Instream flows to assist the recovery of endangered fishes of the upper Colorado River basin. National Biological Survey Biological Report 24. 47 pp.

Statzner, B. (1988).  Growth and reynolds number of lotic macroinvertebrates: a problem for adaptation of shape to drag, Oikos 51:84-87.

Statzner, B., F. Kohman, and A.G. Hildrew. (1991).  Calibration of FST-hemispheres against bottom shear stress in a laboratory flume.  Freshwater Biology 26:227-231.

Stromberg, J.C. 1993. Instream flow models for mixed deciduous riparian vegetation within a semiarid region.  Regulated Rivers: Research and Management 8:225-235.

Stromberg, J.C., D.T. Patten, and B.D. Richter. 1991.  Flood flows and dynamics of Sonoran riparian forests.  Rivers 2(3):221-235.

Sullivan, C.M. 1989. Juvenile life history and age composition of mature fall chinook salmon returning to the Klamath River, 1984-1986. Masters thesis. Humboldt State University, Arcata, California. 134pp.

Tennant, D.L. 1976. Instream flow regimes for fish, wildlife, recreation and related environmental resources. Fisheries 1(4):6-10.

Trihey and Associates, INC. 1996. Instream flow requirements for tribal trust species in the Klamath River. 43pp.

USDOI, NBS. 195. The Instream Flow Incremental Methodology, A primer for IFIM. 44pp.

USGS, 1995. Klamath River Basin Characterization of Hydrology Data From USGS Records. In: Compilation of Phase I Reports for the Klamath River Basin, May 1995, River Systems Management Section, NBS-MidContinent Ecological Science Center, Fort Collins, Colorado.

Vogel, D.A. 1997. Comments on the Trihey and Associates' March 1996 Report on a Proposed Klamath River Flow Regime Downstream of Iron Gate Dam. 20pp.

Wallace, M., Califronia Deparment of Fish and Game, Inland Fisheries Division, Arcata,CA. (Cited as pers. com. by USFWS in comments to draft report).

Weisberg, S.B. and W.H. Burton. (1993). Enhancement of fish feeding and growth following an increase in minimum flow below the Comowingo Dam. North American Journal of Fisheries Management 13:103-109.

Weisberg, S.B., A.J. Janicki, J. Gerritsen, and H.T. Wilson. (1990). Enhancement of benthic macroinvertebrates by minimum flow from a hydroelectric dam. Regulated Rivers: Research and Management 5:265-277.

Wesche, T.A. 1973. Parametric determination of minimum streamflow for trout. Water Resources Series No. 37, Water Resour. Res. Inst., Univ. of Wyoming, Laramie, WY.

Wesche, T.A. and P.A. Rechard. 1980. A summary of instream flow methods for fisheries and related research needs. 122pp.

Wood, R.K., and D.E. Whelan. 1962. Low-flow regulation as a means of improving stream fishing. In: Proc. 16th Ann. Conf. SE Assoc. of Game and Fish Commissioners, Charleston, SC.

BUREAU OF RECLAMATION Mail - some pertinent Hardy files

001302



**Westfall, Sterling <sjwestfall@usbr.gov>**

---

## Fwd: some pertinent Hardy files

**Bottcher, Jared** <jbottcher@usbr.gov>        Wed, Oct 9, 2019 at 9:01 PM
To: Sterling Westfall <sjwestfall@usbr.gov>

15

---------- Forwarded message ---------
From: **Bottcher, Jared** <jbottcher@usbr.gov>
Date: Thu, Sep 19, 2019 at 8:45 AM
Subject: some pertinent Hardy files
To: Mark Johnson <mark@kwua.org>, Paul Simmons <psimmons@somachlaw.com>

📄   kwl_708.pdf

--
Jared Bottcher
Deputy Area Manager
Bureau of Reclamation – Klamath Basin Area Office
Interior Region 10 – California-Great Basin

6600 Washburn Way
Klamath Falls, OR 97603
541-880-2588 (o); 541-591-2583 (c)
jbottcher@usbr.gov

--
Jared Bottcher
Deputy Area Manager
Bureau of Reclamation - Klamath Basin Area Office
Interior Region 10 - California-Great Basin

6600 Washburn Way
Klamath Falls, OR 97603
541-880-2588 (o); 541-591-2583 (c)
jbottcher@usbr.gov

---

**4 attachments**

📘 **5. HSC_Memo_Jan 13 2017.docx**
    33K

📘 **7. Final HSC_Memo_For EFH_Febuary 18, 2017.docx**
    466K

📕 **Technical Memorandum_Hardy_2012 (1).pdf**
    212K

📕 **HardyandAddley2001.pdf**
    23735K

# Technical Memorandum

## Revised Coho Fry Habitat versus Discharge Relationships for the Klamath River

Mr. Jim Simondet
National Marine Fisheries Service
1655 Heindon Road
Arcata, CA 95521-4573

This technical memorandum provides revised habitat versus flow relationships for Coho Fry at selected Hardy Phase II study sites. These relationships reflect revised escape cover suitability codes. During the development of habitat versus flow relationships for use in SALMOD as part of the Secretarial Determination on dam removal in the Klamath River, habitat suitability criteria were reexamined. Although that work focused on Chinook life stages, other species and life stages modeled as part of the original Hardy Phase II work were reviewed. This included discussions of the original data sources, knowledge gained from observations within the Klamath Basin subsequent to the Hardy Phase II efforts, and general discussions of life history requirements. It should be noted that at the time the Hardy Phase II work was undertaken, deference was given to escape cover codes based on data for the target species and life stage such as coho fry. I have reviewed those data again and feel (as then) that there are some inherent bias in the collections due to the timing of the collections and likely reflect conditions more appropriate for juveniles and furthermore, believe that sufficient collection data within the Klamath Basin has clearly documented that basically both Chinook and Coho fry utilize the same basic escape cover types. This makes rational sense for salmonids of this size range given their limited swimming capabilities and basic predator avoidance behaviors. Position choice for fry of salmonids is more a function of ichtomechanics (i.e., swimming form and musculature) than differences in species specific behavioral differences (e.g., Katapodis 1994). That is a position I articulated clearly during the Hardy Phase II process. Based on these factors, the simulations were rerun with the original Coho fry habitat suitability curves for depth and velocity, distance to escape cover, escape cover threshold depth, and maximum escape cover velocity as used in the Hardy Phase II work, but have substituted the Chinook Fry Escape Cover suitability codes. Tabular and graphical results are provided with this memo. I also want to emphasize that the Hardy Phase II report should be consulted to examine the study sites when interpreting these results. For example, the habitat versus flow relationship at Brown Bear makes sense given Brown Bear's channel confinement (lower width:depth ratio, being narrow and relatively fast and deep along the shore, with Rip-rap and roads along both banks. Please feel free to send this out for review and comment, and if comments are provided, I would be happy to discuss or respond.

Katapodis, C. 1994. Analysis of ichthyomechanical data for fish passage or exclusion system design. Proc. Int. Phys. Symp. Vancouver, Canada, July 16-21, 1994. P 318-323.

Respectfully,

Dr. Thomas B. Hardy, Ph.D.
Chief Science Officer, River Systems Institute
Texas State University
San Marcos, Texas 78666

1 – February 5, 2012



| Revised Habitat (Percent of Maximum) versus Discharge (cfs) Relationships for Coho  Fry in the Klamath River | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Discharge(cfs) | Tree of Heaven | Discharge(cfs) | Seiad | Discharge(cfs) | RRanch | Discharge(cfs) | Rogers | Discharge(cfs) | Brown Bear |
| 600 | 28.88 | 999 | 48.04 | 503 | 46.94 | 1300 | 50.54 | 636 | 100.00 |
| 912 | 37.82 | 1156 | 46.03 | 713 | 47.74 | 1804 | 57.11 | 931 | 64.76 |
| 1224 | 43.36 | 1313 | 44.30 | 927 | 51.85 | 2971 | 76.42 | 1226 | 51.90 |
| 1629 | 46.40 | 1469 | 43.01 | 1140 | 55.58 | 3807 | 84.08 | 1629 | 43.10 |
| 2034 | 51.10 | 2083 | 44.76 | 1393 | 63.43 | 4642 | 82.68 | 2032 | 42.47 |
| 2672 | 71.17 | 2697 | 53.14 | 1647 | 67.83 | 5493 | 80.90 | 2723 | 56.12 |
| 3309 | 86.24 | 3310 | 49.69 | 1900 | 73.43 | 6331 | 82.65 | 3415 | 46.72 |
| 3946 | 98.03 | 3924 | 43.60 | 2191 | 81.68 | 7170 | 84.76 | 4106 | 47.92 |
| 4584 | 100.00 | 4538 | 44.49 | 2482 | 90.05 | 8009 | 86.45 | 4798 | 38.07 |
| 5221 | 91.46 | 5498 | 56.34 | 2773 | 95.17 | 8847 | 84.61 | 5489 | 30.16 |
| 5859 | 82.76 | 6459 | 70.54 | 3064 | 97.89 | 9686 | 87.54 | 6180 | 21.94 |
| 6496 | 72.57 | 7420 | 88.26 | 3365 | 99.50 | 10524 | 95.87 | 6872 | 20.46 |
| 7332 | 62.81 | 8380 | 98.93 | 4086 | 100.00 | 11329 | 96.20 | 7563 | 19.98 |
| 8169 | 56.57 | 9341 | 100.00 | 4817 | 96.86 | 12164 | 100.00 | 8382 | 20.24 |
| 9005 | 51.30 | 10301 | 99.96 | 5548 | 92.51 | 13000 | 97.76 | 9199 | 19.49 |
|  |  |  |  | 6365 | 66.56 |  |  |  |  |
|  |  |  |  | 7183 | 56.66 |  |  |  |  |
|  |  |  |  | 8000 | 51.35 |  |  |  |  |

# Evaluation of Interim Instream Flow Needs in the Klamath River

## Phase II

## Final Report

### Prepared for:

### U.S. Department of the Interior



### Prepared by:

Dr. Thomas B. Hardy
Mr. R. Craig Addley
Institute for Natural Systems Engineering
Utah Water Research Laboratory
Utah State University
Logan, Utah 84322-4110

November 21, 2001

# Acknowledgements

The completion of this work in large part can be attributed to the efforts of the U.S. Fish and Wildlife Service Arcata Field Office staff and in particular to Mr. Thomas Shaw for providing much of the supporting site-specific field data, habitat mapping, and fisheries data used in the analyses.  The efforts of the various Tribal fisheries personnel were critical in supplying additional fisheries collection data, and intensive site substrate and cover mapping.  In particular, the efforts of Tim Hayden, Charlie Chamberlain and Mike Belchik.  USGS personnel from the Midcontinent Ecological Science Center also provided valuable assistance and field data used in the cross section based hydraulic and habitat modeling.  Mr. Gary Smith and Mike Rode of the California Department of Fish and Game also provided critical information on site-specific habitat suitability criteria and conceptual foundations for the escape cover analysis used in the habitat simulations.  Much of this work was also supported by work of Tim Harden (Harden and Associates).  The Bureau of Reclamation also provided valuable input during the Phase II study process on Klamath Project operations.  A special thanks is also given to Mr. Mike Deas (U.C. Davis) for providing water temperature simulations below Iron Gate Dam.  The Technical Team also provided critical input and review of all technical elements of this work as well as providing reviews of the report.  Finally, the completion of this work would not have been possible without the tireless efforts of Jennifer Ludlow, Mark Winkelaar, James Shoemaker, Shannon Clemens, Jerilyn Brunson, William Bradford, Sarah Blake, Brandy Blank, Matt Combes, Leon Basdekas, and Aaron Hardy at the Institute for Natural Systems Engineering, Utah State University.

# Executive Summary

Previous instream flow recommendations developed as part of Phase I (Hardy, 1999) recommended interim instream flows in the main stem Klamath River based on analyses of hydrology data.  At that time, site-specific data suitable for analysis and evaluation using habitat based modeling were not available.  This report details the analytical approach and modeling results from site-specific studies conducted within the main stem Klamath River below Iron Gate Dam downstream to the estuary.  Study results are utilized to make revised interim instream flow recommendations necessary to protect the aquatic resources within the main stem Klamath River between Iron Gate and the estuary.  This report also makes specific recommendations for future research needs as part of the on-going strategic instream flow studies being undertaken by the U.S. Fish and Wildlife Service and collaborating private, local, state, federal, and tribal entities.

This report was developed for the Department of the Interior (DOI) who provided access to a technical review team composed of representatives of the U.S. Fish and Wildlife Service, Bureau of Reclamation, Bureau of Indian Affairs, U.S. Geological Survey, and the National Marine Fisheries Service.  The technical

1   review team also included participation by the Yurok, Hoopa Valley, and Karuk
2   Tribes given the Departments trust responsibilities and the California Department
3   of Fish and Game as the state level resource management agency.    The
4   technical review team provided invaluable assistance in the review of methods
5   and results used in the analysis, provided comments on draft sections of the
6   report, and provided data and supporting material for use in completion of the
7   Phase II report. In addition, several agencies and private individuals provided
8   written comments on the Preliminary Draft Report, which have been addressed in
9   this report where appropriate.
10
11  This report is organized to follow the general process used to implement the
12  technical studies.   It first provides important background information on the
13  historical and current conditions of the anadromous species, highlights factors
14  that have contributed to their decline, provides an overview of the Phase I study
15  process and its principal findings.  The report then continues with a description of
16  the Phase II technical study process.   Key sections address methods and
17  findings for each technical component such as study design, study site selection,
18  field methods, analytical approaches, summary results, and recommended
19  instream flows.
20
21  The Phase II study relied on state-of-the-art field data collection methodologies
22  and modeling of physical habitat for target species and life stages of anadromous
23  fish.   The field methods were directed toward achieving a three-dimensional
24  representation of each study site that incorporated between 0.6 to over one mile
25  of river depending on the specific study site.   At each study site, a spatially
26  explicit substrate and vegetation map was developed and then integrated with
27  the three-dimensional channel topography in GIS.   Fieldwork also involved
28  collection of hydraulic calibration data and fish observation data.   The later
29  information was used in the development of habitat suitability criteria, conceptual
30  habitat model development and implementation, and habitat model validation
31  efforts.
32
33  Hydrology in the main stem Klamath River below Iron Gate Dam was estimated
34  differently for different purposes in Phase II.  For example, we used simulated
35  unimpaired inflows (i.e., no depletions) to Upper Klamath Lake routed to Iron
36  Gate Dam with no Klamath Project imposed water demands.  This simulated
37  scenario represents the best available estimates of the unimpaired flows below
38  Iron Gate Dam for the purposes of this study.   The remaining flow scenarios
39  included the use of Upper Klamath Lake net inflows, historical Klamath Project
40  water demands, and the USFWS Biological Opinion (2000) target Upper Klamath
41  Lake water elevations.  These scenarios represent different potential operational
42  flow scenarios as points of reference to the instream flow recommendations
43  developed as part of Phase II.   Differences between these simulated flow
44  scenarios required the use of different models and/or modeling assumptions.
45  The assumptions and modeling tools are described in the appropriate technical
46  sections of the report.   The estimated hydrology at each study site was used in

both the physical habitat modeling and temperature simulations using the USGS Systems Impact Assessment Model (SIAM) or its components.

Physical habitat modeling at each study site relied on two-dimensional hydraulic simulations that were coupled to three-dimensional habitat models.  The analytical form of the habitat models varied for spawning, fry, and 'juveniles' (i.e., pre-smolts).  These modeling results were compared to available 1-dimensional cross section based hydraulic and habitat modeling at study sites that overlapped between existing USFWS/USGS and Phase II studies.

Habitat suitability criteria for target species and life stages of anadromous fish were developed from site-specific data for chinook spawning, chinook fry, and steelhead 1[+].  These curves were validated both by field observations using the habitat modeling results as well as by comparison to results from an individual based bioenergetics model for drift feeding salmonids developed at USU.  A separate procedure was developed to obtain habitat suitability curves for chinook juvenile (i.e., pre-smolts), steelhead fry, and coho fry based on available literature data.  This approach used a systematic process to construct an 'envelope' habitat suitability curve that encompassed the available literature curves.  The overall process included a validation component that compared the habitat versus discharge relationships between envelope curves to the site-specific curves for chinook spawning, chinook fry, and steelhead 1[+].  The results validated the use of the envelope curves for use as interim criteria pending further research and development of site-specific curves for these species and life stages within the Klamath River.

Habitat modeling involved the integration of substrate and cover mapping with the three-dimensional topography and hydraulic properties at each study site with the habitat suitability curves.  Habitat modeling was undertaken for chinook spawning, fry, and juveniles, coho fry and juveniles, and steelhead fry and steelhead 1[+].  Different habitat models were developed for spawning, fry, and juveniles.  The study generated a salmonid fry habitat model that incorporated a distance to escape cover that also required sufficient depth within the escape cover in order for it to be utilized at a given flow rate.  This model also incorporated quantitative differences in the type of escape cover.

The habitat modeling results for each species and life stage were validated against the spatial distribution of each species and life stage surveyed at study sites at different flow rates. These results generally demonstrated that the integrated habitat modeling was validated for the study in terms of spawning and fry life stages.  Our assessment of the pre-smolt or juvenile life stage results is that they are consistent for the existing habitat model assumptions.  However, we discuss what we perceive to be inherent biases in these results (juveniles) based on the existing habitat model structure and make specific recommendations of what additional work would likely improve the results for this particular life stage.

Temperature simulations based on the unimpaired flow regime below Iron Gate Dam were conducted with HEC5Q as part of the SIAM applications. These results supported the findings in Phase I that flows lower than ~ 1000 cfs during the late summer would likely increase the environmental risk to anadromous species due to almost continual exposure to chronic temperature thresholds. We believe that these simulation results show that there is very little flexibility for reservoir operations at Iron Gate Dam to mitigate deleterious flow dependent temperature effects. This finding has previously been reported by the USGS (Bartholow 1995) and Deas (1999).

The integration of the habitat modeling with the unimpaired hydrology was used to develop habitat reference values for target species and life stages at each study reach on a monthly basis for flow exceedance ranges between 10 and 90 percent. The reference habitat value was computed as the percent of maximum habitat associated with the unimpaired flow values for each species and life stage on a monthly basis. This reference habitat value was used as one 'target' condition to guide the selection of monthly flow recommendations at a given exceedance flow level.

The flow recommendation process also employed a prioritization of species and life stages to be considered within the year and/or within a specific month. The prioritization of life stages was taken from the life history sequence of anadromous species (i.e., spawning, fry, and then juveniles). The initial priority order for species was defined as chinook, then coho, and finally steelhead. It is stressed that this initial prioritization was used to conceptually simplify the flow recommendation process only, and that all species and life stages were examined as part of the overall analysis. The process then relied on an iterative procedure to select target flows for each month at a given exceedance level. This procedure attempted to pick a target flow that would simultaneously preserve the underlying characteristics of the seasonal unimpaired hydrograph at that exceedance flow, the underlying relationship of the unimpaired hydrograph between all exceedance flow levels, while striving to maximize habitat for the priority species and life stages relative to the unimpaired habitat reference conditions. The corresponding monthly flow rates at each exceedance level were then used to compute the percent of maximum habitat for all other species and life stages in a given month. These values were then compared to their respective unimpaired habitat values to ensure that adequate protection of habitat for non–priority species and life stages remained reasonable.

The flow recommendations developed in the Iron Gate to Shasta River Reach were 'propagated' downstream to each successive reach by addition of the reach gains as presently defined by the USGS in their MODSIM module of SIAM. It is recognized that these reach gains reflect existing depletions in tributary systems (e.g., Shasta and Scott Rivers) but are the only estimates presently available for use in the simulation models for the system. The flow recommendations for each river reach were then used to compute the percent of maximum habitat on a

monthly basis for each species and life stage.  The recommended flow based calculation of percent of maximum habitat for each species and life stage was then compared against the associated unimpaired flow based habitat values.

Although flow recommendations were developed for the 10 to 90 percent exceedence range (i.e., nine water year types), five water year types were identified representing Critically Dry, Dry, Average, Wet, and Extremely Wet inflow conditions for Upper Klamath Lake.  These water year classifications parallel those developed for the Trinity River and were used as operational definitions in the Phase I report.  Furthermore, the USBR KPSIM model was modified to use this five-water year type format for simulating operations under different instream flow requirements below Iron Gate Dam.  The 90, 70, 50, 30, and 10 percent exceedence flow levels were assigned to each of these water year types, respectively (i.e., critically dry to extremely wet).  This assignment was used to demonstrate several key points regarding the use of recommendations at this level of resolution (i.e., five water year types) and how the existing operational models for the Klamath Project simulate flow scenarios.

These five water year type dependent recommendations were utilized in the U.S. Bureau of Reclamation's Klamath Project Simulation Module (KPSIM) to simulate project operations over the 1961 to 1997 period of record.  This analysis confirmed that the project could be operated to achieve these recommendations in all but 19 of the 468 simulated months in this period of record.  These results also highlighted that an alternative water year 'classification' strategy for specifying instream flows should be considered in lieu of a five water year type scheme.  We provide a specific recommendation of how this could be approached based on the instream flow recommendations developed in Phase II.

**Table of Contents**

Acknowledgements ...................................................................................... i
Executive Summary ..................................................................................... i
Table of Contents ....................................................................................... vi
Introduction ................................................................................................. 1
Background .................................................................................................. 2
Overview of Fisheries Resources ............................................................... 3
    Historical Distribution ............................................................................. 3
        Steelhead ........................................................................................ 3
        Coho Salmon .................................................................................. 4
        Chinook Salmon ............................................................................. 4
        Green (and White) Sturgeon .......................................................... 4
        Coastal Cutthroat Trout ................................................................. 5
        Eulachon (Candlefish) ................................................................... 5
        Pacific Lamprey ............................................................................. 5
    Current Distribution ................................................................................ 5
    Overall Population Trends in Anadromous Species ................................. 6
        Steelhead ........................................................................................ 6
        Coho ............................................................................................... 6
        Chinook .......................................................................................... 7
    Factors Attributed to the Decline of Anadromous Species ..................... 7
        Basin Wide Overview ..................................................................... 7
        The Upper Klamath Basin ........................................................... 10
        The Shasta Subbasin .................................................................. 11
        The Scott Subbasin ..................................................................... 12
        The Salmon Subbasin ................................................................. 13
        The Mid-Klamath Subbasin ......................................................... 14
        The Trinity Subbasin ................................................................... 15
            Upper Trinity Subbasin .......................................................... 15
            The Mid-Trinity Subbasin ....................................................... 16
            The South Fork Trinity Subbasin ............................................ 17
            The Lower Trinity Subbasin .................................................... 18
        The Lower Klamath Subbasin ..................................................... 19
    Life History Traits ................................................................................. 20
        Steelhead ...................................................................................... 21
        Coho Salmon ................................................................................ 21
        Chinook Salmon ........................................................................... 22
        Green Sturgeon ............................................................................ 23
        Coastal Cutthroat Trout ............................................................... 23
        Eulachon (Candlefish) ................................................................. 23
        Pacific Lamprey ........................................................................... 24
    The Ecological Basis of Flow Regimes for Aquatic Resources ........................... 24
    Phase I Process and Interim Instream Flow Recommendations ...................... 27
        Phase I General Process ............................................................. 27
        Phase I Technical Approach ......................................................... 27

Phase I Hydrology Analyses ......................................................... 27
    Iron Gate Mean Annual, Average and Median Monthly Flows ................... 30
    Iron Gate Monthly Flow Exceedence Value Estimates ......................... 32
    Review of Hydrology Based Methods Used in Phase I ........................ 33
        Hoppe Method ...................................................... 33
        New England Flow Recommendation Policy ............................. 33
        Northern Great Plains Resource Program Method ...................... 34
        Tennant Method ..................................................... 35
        Washington Base Flow Method ....................................... 36
    Phase I Recommended Interim Flows ....................................... 37
        Iron Gate Dam to the Shasta River ................................. 37
        Shasta River to Scott River ....................................... 39
        Monthly Transition Flows .......................................... 40
        Phase I Evaluation of Water Temperatures .......................... 40
Phase II ..................................................................... 44
Phase II General Process ..................................................... 44
    Study Design ............................................................ 44
Phase II Integrated Assessment Framework ..................................... 45
Delineation of the Spatial Domain ............................................ 46
    River Reach Stratification .............................................. 46
    Overview of Study Site Selection ........................................ 47
        Habitat Mapping ................................................... 48
        Selection of USGS/USFWS Study Sites ............................... 49
        Selection of USU Study Sites ...................................... 52
Physical Processes ........................................................... 52
    Channel Characterization ................................................ 52
        USGS/USFWS Field Methodologies for Channel Characterization ........... 53
        USU Field Methodologies for Channel Characterization ................. 55
            Establishment of a Control Network for Aerial Photogrammetry........... 56
            Aerial Photogrammetry Image Acquisition and Digital Terrain Modeling. 56
            Aerial Photogrammetry Data Reduction ............................. 58
            Hydro-acoustic Mapping of Underwater Topography and Data Reduction
            .................................................................. 68
            Integration of Photogrammetry and Hydro-acoustic Data................ 70
        Water Surface Elevation and Water Velocity Mapping.................... 70
        Substrate and Vegetation Mapping .................................... 71
    Hydraulic Modeling ...................................................... 77
        USGS/USFWS 1-dimensional Hydraulic Modeling ......................... 77
            Water Surface Modeling ............................................ 77
            Velocity Modeling ................................................. 80
        USU Two-dimensional Hydrodynamic Modeling ........................... 81
            Development of Computational Meshes................................ 82
            Water Surface Modeling ............................................ 82
            Velocity Modeling ................................................. 86
        Ranges of Simulated Flows ........................................... 87
    Hydrology ............................................................... 88

MODSIM and KPSIM Linkages ................................................................... 92
KPSIM Modifications ........................................................................... 93
1. Change of Agriculture and Refuge Wet Year Type Demands........... 93
2. KPSIM Priority Switching Between Upper Klamath Lake and Klamath River ............................................................................................. 95
Year Type Classifications ................................................................... 96
Simulated Unimpaired Flows below Iron Gate Dam (No_Project)............... 96
Historical Klamath Project Operations (USGS_Historical) ........................ 100
Simulated Klamath Project Operations with FERC Flows (FERC_ESA)... 100
Simulated Klamath Project Operations with Phase I Recommendations (FP1_ESA) ............................................................................................. 100
Relationship between MODSIM Computational Nodes and USU Study Sites ............................................................................................................. 100
Comparison of Modeled Scenario Hydrology ............................................. 101
Mean Monthly Flows ........................................................................... 101
Iron Gate Dam ............................................................................... 101
Trees of Heaven ............................................................................ 102
Brown Bear..................................................................................... 102
Seiad .............................................................................................. 103
Rogers Creek ................................................................................. 103
Orleans ........................................................................................... 104
Saints Rest Bar .............................................................................. 104
Monthly Flow Durations ...................................................................... 105
Iron Gate Dam ............................................................................... 105
Trees of Heaven ............................................................................ 106
Brown Bear..................................................................................... 107
Seiad .............................................................................................. 108
Rogers Creek Bar .......................................................................... 109
Orleans ........................................................................................... 110
Saints Rest Bar .............................................................................. 111
Phase I versus Phase II Estimated Flow Comparisons............................. 111
Biological Processes........................................................................................ 112
Macroinvertebrate Sampling and Processing ............................................. 112
Fish Habitat Utilization.................................................................................. 112
Selection of Target Species and Life Stages for Phase II Evaluations ......... 113
Species and Life Stage Periodicities ........................................................... 114
Habitat Suitability Criteria ............................................................................ 114
The Ecological Basis of Habitat Suitability Criteria (i.e. Niche Theory) ..... 116
Site Specific HSC ......................................................................................... 119
Substrate and Vegetation Coding for HSC ........................................... 119
Chinook Spawning............................................................................ 120
Chinook Fry...................................................................................... 122
Steelhead 1[+] .................................................................................. 126
Literature Based Habitat Suitability Criteria............................................ 132
Envelope HSC Development Procedure ............................................... 133
Steelhead – Fry................................................................................ 134

Coho – Fry .................................................................................................. 136
Coho – Juvenile ......................................................................................... 138
Chinook – Juvenile ..................................................................................... 140
Chinook – Fry ............................................................................................ 142
Chinook – Spawning .................................................................................. 144
Steelhead – 1$^+$ ......................................................................................... 147
Site-Specific versus Envelope HSC Validation Test .................................. 149
Physical Habitat Modeling ........................................................................ 153
One-dimensional Cross Section Based Habitat Modeling ......................... 156
USGS/USFWS Study Site Weightings for Reach Level Habitat Results 156
Fry Life Stages - Escape Cover Dependent Modeling .......................... 157
Steelhead 1$^+$ Habitat Modeling ......................................................... 159
Salmon Spawning Habitat Modeling .................................................... 159
Habitat Modeling Implementation ........................................................ 159
Evaluation of Study Site Specific Habitat Modeling Results ................. 160
River Reach Level Habitat Modeling Results ....................................... 160
Two-dimensional Based Habitat Modeling ........................................... 163
USU Study Site Weightings for Reach Level Habitat Results ............... 163
Fry Escape Cover Modeling .................................................................. 164
Steelhead 1$^+$ Habitat Modeling ......................................................... 166
Salmon Spawning Habitat Modeling .................................................... 166
HSC and Habitat Modeling Field Validation ......................................... 166
Chinook Spawning ................................................................................ 167
Chinook Fry .......................................................................................... 177
Steelhead Fry ....................................................................................... 184
Coho Fry ............................................................................................... 186
Chinook Juvenile .................................................................................. 186
Coho Juvenile ....................................................................................... 186
Steelhead Juvenile ............................................................................... 191
River Reach Level Habitat Results ........................................................ 201
Comparison of 1-dimensional versus 2-dimensional Modeling Results .... 205
Bioenergetics and Developmental Based Habitat Modeling ....................... 206
Spawning, Emergence and Growth ........................................................ 206
Incubation and Emergence ................................................................... 207
Growth of Fry ....................................................................................... 208
Bioenergetics Modeling of Fry and Juvenile Salmonids ........................ 211
Chinook Fry (40mm) ............................................................................. 219
Steelhead Juvenile (160mm) ................................................................ 222
Coho Juvenile (115mm) ....................................................................... 223
Study Site Specific Bioenergetics Results ............................................ 224
Chemical Processes ................................................................................... 225
Water Quality (Temperature) Modeling using SIAM .............................. 225
QA/QC of Model Simulation Results ...................................................... 226
Temperature ........................................................................................ 226
Flow ...................................................................................................... 227
Temperature Run-Sum Calculations ..................................................... 227

1   Comparison of Modeled Scenario Temperatures ....................................... 227
2      Simulated Daily Temperature Time Series.......................................... 227
3      Simulated Mean Monthly Temperatures ........................................... 230
4         Iron Gate .............................................................................. 230
5         Trees of Heaven ..................................................................... 231
6         Brown Bear............................................................................ 231
7         Seiad ..................................................................................... 232
8         Rogers Creek ......................................................................... 232
9         Orleans .................................................................................. 233
10        Saints Rest Bar ...................................................................... 233
11     Run Sum Analysis of Chronic and Acute Temperatures ........................... 234
12  Instream Flow Recommendations................................................................ 236
13     Reference Conditions: Unimpaired No Project Simulated Flows and Habitat237
14     Flow Recommendation Methodology ................................................ 239
15        Iron Gate Dam to Shasta River Reach........................................ 242
16        Shasta to Scott River Reach ................................................... 245
17        Scott River to Salmon River Reach ........................................... 249
18        Salmon River to Trinity River Reach .......................................... 253
19        Trinity River to Estuary Reach ................................................. 257
20     Flow Recommendation Implementation ............................................ 257
21  Summary..................................................................................................... 262
22  Recommendations....................................................................................... 263
23  Literature Cited........................................................................................... 265
24  Appendix A – HSC Literature ...................................................................... 276
25  Appendix B - Net Energy Surface Plots ...................................................... 280
26  Appendix C – Simulated Temperature Profiles ........................................... 285
27        Trees of Heaven ..................................................................... 287
28        Brown Bear............................................................................ 289
29        Seiad ..................................................................................... 291
30        Rogers Creek ......................................................................... 293
31        Orleans .................................................................................. 294
32        Saints Rest Bar ...................................................................... 296
33  Appendix C - Simulated Water Temperatures Statistics ................................. 298
34

**Introduction**

1
2
3   The determination of necessary instream flow requirements in the main stem
4   Klamath River has received heightened attention since the passage of the 1986
5   Klamath River Basin Restoration Act, the development of annual and longer-term
6   operations plans for the Bureau of Reclamation's Klamath Project, and the listing
7   or proposed listings of Klamath River Basin anadromous fish.  For the past 38
8   years, instream flows within the Klamath River below Iron Gate Dam have been
9   substantially determined by the minimum flow regime specified at Iron Gate Dam
10  under PacifiCorp's license from the Federal Energy Regulatory Commission.
11  Although PacifiCorp is obligated to meet FERC minimum flows, they have
12  generally operated the facility according to the Bureau of Reclamation Annual
13  Operating Plans since 1996.
14
15  Interim flow recommendations for the Department of Interior were developed for
16  the main stem Klamath River in Phase I (Hardy, 1999) using the best available
17  scientific methods and data at that time.  Those recommendations were made to
18  address instream flows required to support the ecological needs of aquatic
19  resources, particularly anadromous fish species, in the Klamath River below Iron
20  Gate Dam.  The Phase I report provided a review of available historical
21  information on the physical, chemical and biological conditions within the
22  Klamath River, and included information on the principal tributary systems in the
23  Klamath Basin: Shasta, Scott, Salmon and Trinity Rivers. It included a synoptic
24  overview of the life history requirements, spatial and temporal distributions, and
25  potential limiting factors that may influence anadromous fish and other flow
26  related aquatic resources.
27
28  Phase I provided a discussion of the hydrology based methods and analyses
29  utilized for recommending interim instream flows.  It emphasized the need for an
30  ecologically based flow regime in order to protect the physical, chemical and
31  biological processes necessary to aid in the restoration and maintenance of the
32  aquatic resources in the main stem Klamath River.  The recommended instream
33  flows in Phase I were made on an interim basis pending the completion of more
34  intensive, site-specific instream flow analyses that are the subject of this report
35  (Phase II).
36
37  The purpose of the Phase II study is to provide revised recommendations for
38  seasonal instream flows within the main stem Klamath River below Iron Gate
39  Dam based on different water year types.  These flow recommendations are
40  necessary to aid restoration efforts and the maintenance of the aquatic resources
41  within the main stem Klamath River in light of the Department of the Interior's
42  trust responsibility to protect tribal rights and resources as well as other statutory
43  responsibilities, such as the Endangered Species Act.
44
45  Revised recommendations are made in light of site-specific hydraulic, habitat,
46  water quality and temperature analyses and the life history requirements of the

1    anadromous species and other related flow dependent aquatic resources (e.g.,
2    aquatic macroinvertebrates).  The Phase II recommended instream flows within
3    the main stem Klamath River below Iron Gate Dam represent progress in the
4    longer-term effort to restore anadromous fisheries within the Klamath Basin.
5    Figure 1 provides an overview of the Klamath River Basin and shows the
6    subbasin delineations used below in the description of factors affecting
7    anadromous species.  The Phase II technical assessments were confined to the
8    main stem Klamath River between Iron Gate Dam and the estuary.
9



10
11    Figure 1.     Klamath River Basin with major subbasin delineations.
12
13
14                          **Background**
15
16    In this section of the report, key background information developed during the
17    Phase I efforts are summarized.  This information is intended to set the historical
18    and existing context of the fisheries resources in the Klamath River Basin as a

whole while providing specific information on the main stem Klamath River below Iron Gate Dam. Both historical and existing distribution maps for fisheries resources within the Klamath River Basin developed by the USFWS were a major source of information (CH2MHILL 1985). These maps were provided as Appendix A in the Phase I report. Additional information was used as noted in the citations below.

### Overview of Fisheries Resources

The historical (pre-development) distribution of anadromous species within the Klamath River Basin extended above Upper Klamath Lake into the Sprague and Williamson River systems and Spencer Creek (Coots 1962, Fortune et al., 1966). Historical distributions in the Lower Klamath Basin (i.e., below Klamath Lake) included the Klamath main stem, Shasta, Scott, Salmon, and Trinity Rivers including many of the smaller tributary streams within the Lower Klamath River Basin.

The anadromous species that utilized the Upper Klamath River Basin included chinook salmon and probably included steelhead and coho (e.g., Coots 1954). The anadromous species in the Lower Klamath Basin include spring/summer, fall and winter run steelhead, spring and summer/fall run chinook, and coho. Other salmon reported from the Klamath include the chum and pink (Snyder 1930). The Klamath Basin Ecosystem Restoration report (Garret 1997) lists chum salmon as being extirpated from the Klamath Basin but infrequent captures of both chum and pink salmon still occur.

Other important fisheries resources include white and green sturgeon, pacific lamprey, coastal cutthroat trout, and eulachon (candlefish) (KRBFTF 1991). However, lack of historical quantitative collection data (i.e., pre-1900's) makes the determination of the historical distribution of these species difficult beyond that of the main stem and tributaries in the Lower Klamath River.

### Historical Distribution

### Steelhead

Historically, the Klamath supported large populations of spring/fall/winter run steelhead populations (Snyder 1930, CDFG 1959). Steelhead were distributed throughout the main stem and principal tributaries within the Lower Klamath Basin such as the Shasta, Scott, Salmon, and Trinity River basins, and many of the smaller tributary streams. Steelhead were also likely distributed in upstream tributaries of Upper Klamath Lake in the Upper Klamath Basin. Snyder (1930) and Fortune et al. (1966) indicate that steelhead were likely present in the Upper Basin in the Sprague and Williamson Rivers but that the historical data is inconclusive. Presently, steelhead are known to utilize the main stem Klamath River in cold water refugia at tributary confluences (Belchik, pers. com). The

fall/winter run steelhead utilized the Salmon, Scott, Trinity, and South and North Fork Trinity Rivers.  In addition, Elk, Clear, Indian, Independence and Blue Creeks are known to contain fall steelhead.  Historically however, steelhead would utilize any tributary with access for spawning and juveniles would migrate upstream in tributaries even where spawning habitat did not exist.  Summer run steelhead are known to utilize the Salmon, New, Scott and South and North Fork Trinity Rivers, Wooly, Redcap, Elk, Bluff, Dillon, Indian, Clear, Canyon, Camp, Blue, Grider and Ukonom Creeks (see citations in KRBFTF 1991).

## Coho Salmon

The historical distribution of coho salmon in the Klamath River Basin is reported to have included 113 tributary streams in the Klamath-Trinity River drainage (Brown and Moyle 1991).  Their historical utilization of the Upper Klamath Basin is not known from conclusive records (Fortune et al., 1966).  Historical data document the collection of coho as far upstream as the Klamathon Racks (Snyder 1930) and they are now known to inhabit the Shasta, Scott, Salmon and Trinity River Basins.  It is assumed that all tributaries with sufficient access and habitat supported coho.

## Chinook Salmon

The historical distribution of chinook salmon in the Klamath River Basin is known to have extended above Klamath Lake into the Sprague and Williamson Rivers (Fortune et al. 1966).  They were also distributed throughout the Lower Klamath Basin in the principal tributaries (i.e., Trinity, Scott, Shasta, and Salmon Rivers) and several of the smaller stream systems such as Fall, Jenny, and Bogus Creeks (Coots 1962).  Historically, spring chinook runs were considered to be more abundant prior to the turn of the century (Moyle 1976, Moyle et al., 1989) when compared to the dominance of summer/fall runs since that time (Snyder 1930).  Spring chinook were historically collected in the vicinity of the current Iron Gate Dam (Iron Gate Hatchery records).  During the pre-1900s some of the spring run chinook were destined for the Salmon River, other lower main stem tributaries and likely tributaries upstream of Klamath Lake (Snyder 1930, Fortune et al. 1966).  The apparent shift to a summer/fall run population occurred by the end of the first decade following 1900 (see citations in Snyder 1930, Moffett and Smith 1950).

## Green (and White) Sturgeon

No quantitative data on the historical upstream distribution of green or white sturgeon are known but they have been observed in the main stem Klamath River as far upstream as Iron Gate Dam.  It is not known whether Klamath Lake would have posed an upstream migration barrier.  Sturgeon are still found in Klamath Lake but are thought to be extremely rare (Belchik, pers. com.).  Green

sturgeon have also been observed in the Trinity and South Fork Trinity Rivers, and in the Salmon River (see citations in KRBFTF 1991).

**Coastal Cutthroat Trout**

Coastal cutthroat trout are known to be distributed throughout the lower Klamath River tributaries but the population status and distributions are poorly known. Collections from the estuary, lower tributaries, and Hunter Creek are documented (see citations in KRBFTF 1991).

**Eulachon (Candlefish)**

Eulachon are thought to be extremely rare or extirpated in the Klamath River (Belchik, pers. com.). Historical data suggests that they utilized the lower 5 to 7 miles of the Klamath River during March and April for spawning. Eggs incubate for approximately two to three weeks and the larvae then migrate back to the ocean (Moyle 1976 as cited in KRBFTF 1991).

**Pacific Lamprey**

The distribution of lamprey in the Klamath River is poorly known. Lamprey have been observed on salmon at the Klamathon Racks and they have been collected from Cottonwood Creek near Hornbrook (Coots 1962). This may represent a non-anadromous form in the Klamath Basin. Lamprey have also been observed in the Trinity River and dwarfed landlocked forms have also been reported from the Klamath River above Iron Gate Dam and in Upper Klamath Lake. Lamprey are also suspected of utilizing the Scott, Shasta, and Salmon Rivers (see citations in KRBFTF 1991).

**Current Distribution**

At the present, habitat of anadromous salmonids is limited in the Klamath River Basin to the main stem and tributaries downstream of Iron Gate Dam. Upstream distribution in several of the tributaries (e.g., Trinity) has also been limited due to construction of dams and diversions. Access to the Upper Klamath Basin by anadromous species was effectively stopped with the completion of Copco Dam No. 1 in 1917 although reduced access to tributaries in the Upper Klamath Basin likely occurred starting as early as the 1912-14 period with construction of the Lost River diversion canal and completion of Chiloquin Dam. Access to the upper reaches of the Trinity River and its tributaries were blocked in 1961 with completion of Lewiston Dam. The final reduction in upstream main stem habitat access occurred in 1962 with the completion of Iron Gate Dam. The following synopsis on the existing distribution of key species was primarily adopted from CH2MHILL (1985) and USBR (1997) and references contained in the annotated bibliography of Appendix C in the Phase I report.

1   **Overall Population Trends in Anadromous Species**
2
3   The following section provides a brief synopsis of the population trends for
4   steelhead, coho, and chinook salmon within the Klamath Basin.   Unless
5   otherwise noted, this material is taken from the coho and steelhead status review
6   documents of the National Marine Fisheries Service and the Biological
7   Assessment on the Klamath Project 1997 Operations Plan.
8
9   <u>Steelhead</u>
10
11   Run sizes prior to the 1900s are difficult to ascertain, but were likely to have
12   exceeded up to several million fish.   This is based on the descriptions of the
13   salmon runs near the turn of the century provided in Snyder (1933).   The best
14   quantitative historical run sizes in the Klamath and Trinity river systems were
15   estimated at 400,000 fish in 1960 (USFWS 1960, cited in Leidy and Leidy 1984),
16   250,000 in 1967 (Coots 1967), 241,000 in 1972 (Coots 1972) and 135,000 in
17   1977 (Boydston 1977).   Busby et al. (1994) reported that the hatchery influenced
18   summer/fall-run in the Klamath Basin (including the Trinity River stocks) during
19   the 1980's numbered approximately 10,000 while the winter-run component of
20   the run was estimated to be approximately 20,000.   Monitoring of adult steelhead
21   returns to the Iron Gate Hatchery have shown wide variations since monitoring
22   began in 1963.   However, estimates during the 1991 through 1995 period have
23   been extremely low and averaged only 166 fish per year compared to an average
24   of 1935 fish per year for 1963 through 1990 period (Hiser 1994). In 1996 only 11
25   steelhead returned to Iron Gate Hatchery. NMFS considers that based on
26   available information, Klamath Mountain Province steelhead populations are not
27   self-sustaining and if present trends continue, there is a significant probability of
28   endangerment (NMFS 1998).   However, steelhead were not listed under the
29   ESA.
30
31   <u>Coho</u>
32
33   At present, coho populations are substantially lower than historical population
34   levels evident at the turn of the century and are listed as threatened under the
35   ESA. NMFS estimated that at least 33 populations are at moderate to high risk of
36   extinction at this time.   Coho populations within the Southern Oregon/Northern
37   California Coast Evolutionarily Significant Unit (ESU), which includes the Klamath
38   River Basin, are severely depressed and that within the California portion of the
39   ESU, approximately 36 percent of coho streams no longer have spawning runs
40   (NMFS 1997).   Annual spawning escapement to the Klamath River system in
41   1983 was estimated to range from 15,400 to 20,000 (USFWS 1983, cited in
42   Leidy and Leidy 1984).   These estimates, which include hatchery stocks, could
43   be less than 6 percent of their abundance in the 1940's and populations have
44   experienced at least a 70 percent decline in numbers since the 1960's (CDFG
45   1994 as cited by Weitkamp et al. 1995).   Monitoring of coho returns at the Iron
46   Gate Hatchery have ranged from 0 fish in 1964 to 2,893 fish in 1987 and are

1  highly variable.  Based on limited monitoring data from the Shasta River, coho
2  returns have been variable since 1934 and show a great decrease in returns for
3  the past 7 years.
4
5  **Chinook**
6
7  The total annual catch and escapement of Klamath River chinook salmon in the
8  period between 1915 and 1928 was estimated at between 300,000 and 400,000
9  (Rankel 1982).   Coots (1973) estimated that 148,500 chinook entered the
10  Klamath River system in 1972.  Between 1978 and 1995 the average annual fall
11  chinook escapement, including hatchery-produced fish was 58,820 with a low of
12  18,133 (CDFG 1995).  Overall, fall chinook numbers have declined drastically
13  within the Klamath Basin during this century.  As noted previously, spring chinook
14  runs appear to be in remnant numbers within the Klamath River Basin and have
15  been completely extirpated from some of their historically most productive
16  streams, such as the Shasta River (Wales 1951).
17
18  **Factors Attributed to the Decline of Anadromous Species**
19
20  **Basin Wide Overview**
21
22  The decline of anadromous species within the Klamath River Basin can be
23  attributed to a variety of factors which include both flow and non-flow factors.
24  These include over harvest, affects of land-use practices such as logging,
25  mining, stream habitat alterations, and agriculture.  Other important factors have
26  included climatic change, flood events, droughts, El Nino, fires, changes in water
27  quality and temperature, introduced species, reduced genetic integrity from
28  hatchery production, predation, disease, and poaching.
29
30  Significant effects are also attributed to water allocation practices such
31  construction of dams that blocked substantial areas from upstream migration and
32  have included flow alterations in the timing, magnitude, duration and frequency of
33  flows in many stream segments on a seasonal basis.  The following synopsis is
34  taken primarily from CH2MHILL (1985), USBR (1997), KBRBFTF (1991) and
35  references contained in the annotated bibliography contained in Appendix C in
36  the Phase I report.
37
38  Based on a review of the literature examined during the Phase I study, it is
39  reasonable to assume that the Klamath River Basin was primarily in a natural
40  state prior to about 1800.  However, by the mid 1800s a variety of factors were
41  already contributing to the decline of the anadromous stocks.  During this period
42  both accelerated timber harvest, placer/gravel/suction mining, and commercial
43  exploitation of salmon stocks were underway.
44
45  Over exploitation of the commercial fisheries (ocean and in river), placer mining,
46  and local dam construction were attributed to declining salmon stocks as early as

the 1920s.  Snyder (1930) considered the decline of the spring run chinook to have occurred prior to the closure of the river at Copco in 1917 and attributed this decline primarily to over exploitation of the salmon stocks and activities associated with placer, gravel, and suction mining in the Basin.  The concern of over exploitation and declines in the anadromous stocks of the Klamath River Basin led to the closure of commercial fishing in 1933.  Prior to the 1990's, excessive ocean harvest rates seriously reduced salmon stock abundance in the Klamath River System.

Passage of the Pacific Fisheries Management Council's Salmon Plan in 1978, followed by the formation of the Klamath River Salmon Management Group in 1985 and the Klamath River and the Klamath Fisheries Management Council in 1987 has led to improved management of Klamath Basin fisheries resources. During the 1980's, ocean harvest rates on age-4 Klamath fall chinook averaged 53 percent (PFMC 1991), however since 1991 the average age-4 ocean harvest is less than 12.5 percent (PFMC 1998).  This reduction in ocean harvest is partially due to the recognition of river tribal fishing rights, as well as to regulations for conservation of Klamath Basin fall chinook.  Age-4 river harvest rates have also substantially declined since 1990, dropping from an average of 65 percent from 1986-1989 to an average of 32 percent following 1989.

Timber harvest activities within the Klamath River Basin have also contributed to the long-term decline in the salmon stocks beginning from the turn-of-the-century.  This included deterioration of habitat from increased sediment loading and general deterioration of large-scale watershed areas.   The extensive placer/gravel/suction mining within the Basin resulted in serious habitat modifications beginning in the early 1900s and directly impacted salmon runs during this period. The extensive habitat modifications to both the main stem and tributary systems are still evident today (e.g., the Scott River).

Although upstream migration of the anadromous stocks were effectively blocked with the construction of Copco Dam in 1917, water allocation practices to meet agricultural demands in the upper Klamath Basin continued to affect downstream anadromous species due to alteration in the shape and magnitude of the hydrograph below Iron Gate Dam.

Diversion of water to meet agricultural demands in both the Scott and the Shasta River systems has been implicated as causing significant reductions in habitat availability and quality for spawning and rearing chinook. Depletions of stream flow in the Scott River and almost every tributary within this subbasin are associated with severe limitations for coho and steelhead juvenile rearing habitat availability and stranding of juvenile fall chinook, coho, and steelhead during the irrigation season in average and below average water years.  Diversion of water for agricultural purposes and the associated return flows are responsible for higher than normal water temperatures and degraded water quality in both the Shasta and Scott River systems.

Spring run chinook and spring run steelhead are considered to be extinct or at remnant population levels in the Scott and Shasta rivers largely as a result of poor summer flow conditions.  Iron Gate Dam has also blocked access to several cool water springs and tributaries (Jenny and Fall Creeks) below Copco Dam that were utilized by spring chinook.  These creeks and the main stem Klamath River supported chinook prior to construction of Iron Gate Dam (Kent Bulfinch, pers. com. cited by Belchik, pers. com.).

Although historical data does not exist to determine the temperature and water quality regime of the main stem Klamath River below Klamath Lake, existing flows below the Scott River during the late summer period have been associated with lethal combinations of high temperature and low dissolved oxygen, as evidenced by fish kills.  Bartholow (1995) evaluated available water temperature data in the Klamath Basin and generally concluded that during low flow summer periods the natural conditions in the Klamath main stem are likely marginal for anadromous species due to elevated temperature.  However, existence and use of thermal refugia is well documented.

It is evident from a review of the available data that the completion of Copco Dam in 1917 and completion of Trinity Dam in 1962 significantly reduced the Basin wide distribution of anadromous species.  However, the construction of localized dams associated with placer, gravel, and suction mining, timber harvest, and fisheries practices impacted anadromous species prior to these major dams.  For example, a splash dam constructed on the main stem Klamath River at Klamathon in 1889 effectively blocked upstream migration of anadromous species to the upper Klamath Basin until 1902.

Effective blockage of several tributary streams by dams for mining also occurred in the 1930s, many of which were not removed until the 1950s.  This included Hopkins, Camp, Indian, Beaver, Dutch and Cottonwood Creeks on the main stem Klamath, and several tributaries in both the Salmon and Scott River basins.  Dwinell Dam was completed in 1928 on the upper Shasta River, which effectively blocked upstream migration.  No minimum instream flow was required at this facility.

The existence of Trinity/Lewiston Dams, and Iron Gate Dam, and Dwinell Dam are also attributed to negative changes to the quality and quantity of available spawning gravels suitable for use by anadromous species below these facilities.  Prior to the construction of Iron Gate Dam, hydropower releases (i.e., rapid flow ramping) were also associated with deleterious conditions for spawning and young of the year anadromous species in the main stem Klamath River.  Iron Gate operations have flow ramping rate criteria under Article 40 of PacifiCorp FERC License that states that a ramping rate not to exceed 3 inches per hour or 250 cfs/hour whichever produces the least amount of fluctuation as measured at the Iron Gate gage.  PacifiCorp voluntarily targets ramp rates at Iron Gate gage to approximate two inches per hour (Frank Shrier, pers. com.).

Large-scale changes in the channel form below Trinity Dam are also known to have resulted in loss of productive salmon rearing habitat. Restoration of the channel is being recommended in the Trinity River Flow Evaluation Report (USFWS et al., 1998). Recommendations from this study include both modifications in the minimum instream flow requirements as well as the release of flood flows for rehabilitation of the riparian community and stream channel.

Additional factors that impacted the anadromous species in the Klamath Basin have included high pre-spawning mortalities in the 1950 through 1953 period and adverse effects due to extreme flooding in 1955, 1964, and 1974 and drought during 1976-77. The pre-spawning mortality was associated with hatchery produced fall chinook returning to the Fall Creek Hatchery where over escapement to the Hatchery resulted in fish being forced back into the Klamath River where a lack of natural spawning gravel caused redd superimposition. In addition, higher mortalities associated with angling are also suspected (see Appendix C in Phase I report).

The extensive and extreme magnitude of fires in 1987 is also considered to have been deleterious to anadromous species due to the increased run off from the disturbed watersheds within the Klamath Basin. Cumulative impacts to many of the tributary watersheds in conjunction with alteration of the hydrograph below Iron Gate Dam have contributed to the formation and persistence of large delta fans at tributary confluences. These fans during periods of low flow may inhibit or have completely blocked access to these tributaries by anadromous species.

Finally, concern has been raised over increased predation of anadromous species by the resurgence of the sea lion populations at the mouth of the Klamath River and predation by brown trout below Lewiston Dam on the Trinity River. Although these other cumulative factors have contributed to limiting conditions for many of the aquatic resources, reduction in habitat access due to existing dams and continuing alterations of the flows (with associated deteriorated water quality) remain important limiting factors. In particular, this includes the main stem Klamath River.

## The Upper Klamath Basin

The construction of Copco Dam was started in 1910 and likely impacted upstream migration of anadromous species at that time. The Dam was completed in 1917 and effectively eliminated over 100 miles of potential anadromous fish habitat in the upper Klamath Basin. The continuing effect on the Lower Klamath Basin is primarily due to changes in the hydrology and potentially water quality. Releases below Iron Gate Dam have been associated with water temperatures above acute salmonid exposure criteria (i.e., 20 C) and dissolved oxygen below chronic exposure levels (i.e., 7 mg/l) during the late summer. Most water quality problems within the main stem Klamath River

associated with fish kills have been reported below the Scott River.  Although as noted previously, naturally high water temperatures likely existed prior to main stem dam construction.  This was due to the large surface areas associated with Upper and Lower Klamath Lakes.  Ssome mitigating cool water inflows from springs and tributaries likely offset these temperatures to some extent and provided cool or cold water refugia to salmonids.  Water allocation practices to meet agricultural demands now result in higher winter flows and lower summer flows compared to the natural hydrograph.  Poor water quality arising from Upper Klamath Lake is a combination of natural high concentrations of nutrients in tributaries of Klamath Lake and nutrient enrichment due to land-use practices in the upper Basin.  It may be difficult to ameliorate water quality in the Lower Klamath Basin given the water quality characteristics in the Upper Klamath Basin.  Increased flows are anticipated to improve water quality to some degree, but changes in water management and land use practices may also be required to fully address water quality issues in the lower basin.

## The Shasta Subbasin

Water quality in the Shasta River has been impacted by the creation of Lake Shastina in 1928.  This reservoir receives high nutrient loading due to upstream land-use practices.  Problems associated with adverse water temperatures for anadromous species have been recognized in the Shasta River for over 20 years, which are attributable to the numerous water diversions on the Shasta River and its tributaries and agricultural practices within the Basin.  The Shasta River has been highly impacted from grazing practices.  The lack of large woody debris in the stream and loss of recruitment potential has decreased the complexity of the river channel for many years.  The loss of significant riparian areas from over grazing has also contributed to elevated adverse water temperatures. Several tributaries are also poorly connected to the main stem Shasta (e.g., Little Shasta Creek) and very low dissolved oxygen levels occur in some reaches during critical low flow summer periods (Deas, pers. com.).

Historical anadromous fish using the Shasta River basin include fall chinook, coho, fall steelhead and Pacific lamprey.  Historical data indicate a decline in chinook spawning runs within the Shasta Basin since the 1930s.  Available data for both coho and steelhead spawning runs are not entirely reliable to ascertain long-term population trends, although steelhead is considered to have experienced declines.

It is estimated that the Shasta River presently maintains approximately 35 miles of fall chinook habitat and 38 miles of coho habitat and are similar to values reported in 1955 but remain below pre-development levels.  However, actual utilization of this remaining habitat is contingent upon suitable flow conditions that may not be met during average and dry years due to water diversion.  Fall steelhead habitat is estimated at approximately 55 miles and is somewhat reduced compared to estimates derived in 1955.

Lake Shastina has likely blocked suitable habitat upstream that was historically utilized by steelhead in the headwaters of the Shasta River.   The lack of gravel recruitment below Lake Shastina may also negatively affect river morphology and fish habitat.   Accessibility to the currently available steelhead habitat is contingent upon suitable flow conditions and lack of migration barriers at agricultural diversions (see Appendix A in Phase I report).

Overall, anadromous fish production in the Shasta River basin is thought to be limited by low flows and high summer water temperatures, stream diversions and degraded spawning gravels.  Cumulative depletions of water for agricultural use during the May through October period of average and dry years may restrict access by fall chinook to the lower 10 to 15 miles of the river.   Low flow conditions during these types of water years also reduce suitable rearing habitat for both coho and steelhead juveniles.

In this area however, water quality in the Big Springs area remains tolerable for rearing juveniles through the summer months. These conditions are exacerbated due to increased water temperatures that can exceed upper limits for the anadromous species.  These conditions have resulted in a known fish kills for juvenile steelhead.  Additional impacts within the Basin are associated with grazing practices that can result in increases in sedimentation that adversely affects steelhead spawning and rearing habitats.   No quantitative data on the distribution or abundance of Pacific lamprey is currently known.

**The Scott Subbasin**

Principal factors affecting the distribution and quality of habitat within the Scott River basin are associated with the numerous agricultural diversions along the main stem of the River and its tributaries as well as the loss of beavers, grazing and levies which have contributed to degradation of habitat and alterations in the Scott River channel.  Existing diversions within the main stem Scott River and its tributaries exceed 650 cfs.  The cumulative effects of these diversions are severely depleted instream flows in many sections.  Additional flow reductions, including dry channels, have been associated with groundwater pumping for irrigated land use, which affect both tributary streams as well as the lower main stem Scott River.

Current anadromous use of the Scott River includes fall chinook salmon, coho salmon, fall steelhead, and Pacific lamprey.  Fall chinook salmon are known to utilize the main stem Scott River and several of its major tributaries.  It is believed that both coho and steelhead are more widely distributed but no quantitative information exists to estimate runs sizes.  Trend data on chinook salmon would appear to indicate a general decline in the Scott River basin since the 1960s at least.  In the absence of more quantitative data it is assumed that the trends in coho and steelhead within the Scott subbasin are reflected in the overall trends for the remainder of the Klamath Basin at-large.

However, during the past decade, steelhead numbers (fall, winter and spring/summer-run) have declined dramatically on the Klamath River side of the Klamath Basin relative to numbers found on the Trinity River side.  Many of the index streams in this area of the Basin have their headwaters in wilderness areas, suggesting the limiting environmental bottleneck is in the main stem Klamath River (CDFG, pers. com.).  It is estimated that approximately 59 total river miles of habitat within the Scott River, East Fork Scott River and lower Mill Creek currently exist for fall chinook.  The estimated historical miles of available coho salmon habitat in the Scott River basin was 126 miles.  Available data suggests that existing habitat now constitutes approximately 88 miles.  The estimated extent of steelhead habitat is approximately 142 miles within this Basin (see Appendix A in Phase I report).

The anadromous fish production within the Scott River basin is impacted by reduced flows, degraded spawning habitat, high summer water temperatures, and several un-screened diversions.  Cumulative water withdrawals in conjunction with groundwater pumping during the agricultural season of May to October currently limits upstream migration for fall chinook at approximately River mile 42.  In average to dry years these low flows severely limit both coho and steelhead juvenile rearing habitat suitability and availability during the May to October period.  These low flows in conjunction with agricultural return flows are also associated with high water temperatures in the main stem Scott River and many of its tributaries. Land-use practices have been noted to cause increase sedimentation problems over most of the main stem Scott River.

**The Salmon Subbasin**

The Salmon River represents one of the most pristine watersheds still existing within the entire Klamath River basin.  Although a high percentage of the Salmon River is under a wilderness designation, other areas have significant road networks and have undergone significant timber harvest.  In addition to the timber harvest practices, grazing and the 1987 fire have had negative affects on the Salmon River watershed and Salmon River channel.  The Salmon River supports spring and fall chinook salmon, coho salmon, spring and fall steelhead, Pacific lamprey and green sturgeon.  Fall chinook populations within the Salmon River have shown declines that are associated with factors external to the Salmon River.

Insufficient data presently exists to make inferences on the status of coho populations within the Salmon River, but they are believed to reflect overall trends within the Lower Klamath River Basin.  The current status of steelhead populations are also not known, but again, summer steelhead numbers have stayed depressed in the Salmon River drainage and numerous other tributaries such as Clear Creek, Bluff Creek and Dillon Creek (CDFG, pers. com.).  No quantitative information on the distribution and status of Pacific lamprey is known.  No quantitative information on the status of green sturgeon populations

is known although they are considered to inhabit the lower six miles of the Salmon River.

Current estimates of fall chinook habitat within the Salmon River are approximately 81 miles, which is approximately nine miles less than the highest historical estimates. Historical estimates of coho habitat within the Salmon River and its tributaries are approximately 105 miles. Existing estimates are approximately 85 miles. Historical estimates for steelhead within the Salmon River do not exist but they are assumed to be similar to that of coho and therefore are approximately 109 miles (see Appendix A in Phase I report).

No significant impediments to anadromous fish production within the Salmon River basin currently exist. However, areas of unstable spawning gravels have been identified in reaches of both the North Fork and South Fork Salmon Rivers. Finally, elevated water temperatures that exceed upper growth requirements for salmonid juveniles have occasionally been reported. These events are attributed to natural climatic factors.

### The Mid-Klamath Subbasin

The Klamath Task Force defines the Mid-Klamath Subbasin as the main stem Klamath River from Iron Gate Dam to Weitchpec. This section of the main stem Klamath River can be impacted by water quality from upstream releases at Iron Gate during low flow periods. Elevated water temperatures during the late summer period have been observed. In the past decade this reach of the main stem Klamath River has been impacted by reductions in water quality as a consequence of timber management and mining activities. These are primarily associated with increased turbidity. Water releases at Iron Gate Dam due to Klamath Project operations impact main stem river flows in this reach of river. Water allocation practices within both the Shasta and Scott River basins also contribute to flow alterations in this reach of river. Changes in the flow regime are generally reflected in increased winter flows and reduced summer flows when compared to historical conditions as noted by USGS (1995)   and  Balance Hydrologics, Inc (1996).

The main stem Klamath River and many of its tributaries are utilized by spring and fall chinook salmon, coho, and spring and fall steelhead. Pacific lamprey and green sturgeon are also known to utilize this reach of river. The main stem Klamath should not be considered only a migration corridor. In 1995, over 6,000 fall chinook spawned in the main stem (USFWS pers. com.). The production from these spawners must rear in the main stem until smoltification occurs. In addition to the main stem recruitment, tributary pre-smolt outmigrants must rear in the main stem until smoltification. These fish rely on the main stem Klamath River for up to 2 years. Lamprey and sturgeon rely on rearing in the Klamath River for up to 5 or 6 years and 1 to 3 years, respectively. In addition, spawning in the main stem by chinook is known to occur from below Iron Gate downstream

1  to Orleans.  Overall trends in anadromous fish for this subbasin generally reflect
2  the long-term declines for the Klamath River basin as noted previously.  The
3  remaining chinook populations are primarily composed of fall run.  The specific
4  status of coho within this reach of the main stem Klamath River and tributaries is
5  also difficult to ascertain due to lack of site-specific quantitative data.  In general
6  it is assumed that populations follow the general trend for the Lower Klamath
7  River basin.  This also applies to steelhead.  No quantitative data are available
8  on the status or distribution of Pacific Lamprey but they are believed to be
9  distributed similar to that of steelhead.  No quantitative data for green sturgeon
10  populations are available for this reach of river.
11
12  Estimated available habitat for spring and fall chinook is approximately 168 miles
13  within this subbasin.  The estimated available habitat for steelhead within this
14  section of the mid Klamath Basin is approximately 250 miles of spawning and
15  rearing habitat.  Coho are estimated to have access to approximately 190 miles
16  (see Appendix A in Phase I report).
17
18  Principal factors affecting anadromous fish production within this section of the
19  Klamath Basin include high water temperatures and poor water quality (e.g., pH
20  and dissolved oxygen), suspected loss of spawning gravels, flow reductions for
21  some tributary systems, flow depletions within the Upper Klamath River Basin
22  and altered characteristics in the timing and magnitude of main stem flows. In
23  addition, Highway 96 and parallel roads to the main stem and tributaries have
24  impacted fish habitats and access.  Alterations in the channel due to upstream
25  dams have been associated with armoring of the stream bed and lack of gravel
26  recruitment from blocked upstream sources.  Land-use practices in several of the
27  tributaries have resulted in sedimentation that has adversely impacted fall
28  chinook, steelhead, and coho production in Dry, Ten Mile, Elk, Indian, and
29  Thompson Creeks.   Several tributaries are also impacted by agricultural
30  diversions either from un-screened diversions or flow reductions during the
31  agricultural season.  Land use practices such as logging, homesteading, road
32  building, grazing, etc, have impacted many tributaries within this Subbasin and
33  those mentioned previously are just examples.
34
35  **The Trinity Subbasin**
36
37  In the following section for the Trinity Subbasin, the discussion of the factors that
38  have affected anadromous species are broken down into the three distinct areas.
39  These three areas are the Upper, Middle, and Lower Trinity Subbasins.
40
41  This convention was retained to be consistent with previous work and is the
42  terminology utilized in the Phase I report.
43  ***Upper Trinity Subbasin***
44
45  With the completion of Trinity Dam and Lewiston Dam, access to the entire upper
46  Trinity subbasin was effectively blocked for all anadromous species in 1962.

1   This included spring and fall chinook salmon, coho, steelhead, and Pacific
2   lamprey that were known to utilize this subbasin for spawning and rearing habitat
3   (see Appendix A in Phase I report).   Estimated losses for chinook spawning
4   habitat is 59 miles and 109 miles for steelhead habitat.  It is unknown how much
5   coho habitat was lost but it would likely be similar to chinook.
6
7   Prior to 1981, flows in the Trinity River below Lewiston were reduced by
8   approximately 80 percent.  In addition to a substantial reduction in the base flow
9   regime, operations eliminated almost all flood events.  This resulted in substantial
10  channel alterations in the main stem of the Trinity River that are associated with
11  deleterious conditions for anadromous species and major changes in the channel
12  form.  Pending the completion of the Trinity River Flow Evaluation Report and the
13  associated EIS/EIR flows currently in the main stem Trinity River remain
14  significantly reduced.
15
16  **The Mid-Trinity Subbasin**
17
18  Flow releases below Lewiston Reservoir had historically resulted in colder water
19  temperatures during the summer and warmer temperatures during the winter
20  when compared to natural conditions, and these conditions have adversely
21  impacted anadromous species.  Alterations in the flow regime to address these
22  issues are currently underway.  During the period of 1963 and 1981 flows in the
23  main stem Trinity below Lewiston Dam were reduced by approximately 80
24  percent and peak flows were essentially eliminated.    This resulted in a
25  substantial narrowing of the river channel and fossilization of point bars by
26  riparian vegetation.  This was associated with reduced quantity and quality of
27  anadromous rearing habitat. Subsequently, improved minimum instream flows as
28  well as initiation of higher flow events have been undertaken in an attempt to
29  rehabilitate the river channel and associated riparian community.
30
31  Utilization of the mid-Trinity subbasin by anadromous species includes fall and
32  spring chinook, coho, spring and fall steelhead, green sturgeon, and Pacific
33  lamprey.  Overall populations of chinook are considered to have declined within
34  this basin.  Although escapement estimates for coho vary, there has not been a
35  discernible decline noted for this basin since closure of Lewiston Dam.  The
36  estimates of the escapement from this section of the Klamath Basin clearly
37  indicate a substantial decline for steelhead.  No quantitative data exists to
38  estimate population status or trends for either the Pacific lamprey or green
39  sturgeon.
40
41  Available habitat for both coho and chinook salmon are estimated at about 140
42  miles.  Total estimated habitat for steelhead is approximately 225 miles.  Green
43  sturgeon are considered to have limited access to approximately nine miles of
44  the main stem Trinity River downstream of Burnt Ranch (see Appendix A in
45  Phase I report).
46

Although the most significant reduction in both quantity and quality of available habitat for anadromous species occurred with the construction of the Lewiston and Trinity dams, other factors such as poor land-use practices have also contributed. Additionally, significantly degraded habitat is attributed to the 1964 flood. Problems continue within this subbasin due to erosion, bank instability, and sediment input which had adverse impacts on available anadromous fish habitat.

The primary factors that are considered to limit anadromous fish production in the Trinity River subbasin include reduced flows from agricultural diversions, migration barriers, sedimentation, and riparian encroachment on the main stem Trinity River channel. Formation of tributary deltas is also occurred due to the lack of higher flow releases from the upstream dams that can inhibit or preclude access to tributaries by anadromous species during low flow periods. Formation of these deltas are also associated with increased sediment loads due to poor land-use practices in several of the tributaries. As noted previously, the lack of high flow events since closure of Lewiston Dam has resulted in significant encroachment by riparian vegetation that has led to alteration in the physical characteristics of the river channel. This general narrowing and deepening has resulted in significant losses to important early life stage rearing habitats for many of the anadromous species. Both the increased minimum flows and prescribed high flow events from Lewiston Dam are anticipated to improve these conditions. Although not a major factor, some agricultural diversions in the basin may unnecessarily reduce access to spawning and rearing areas for anadromous species. Finally, hydraulic and dredge mining activities have impacted the Trinity and its tributaries for many years.

### *The South Fork Trinity Subbasin*

Although no major water development has occurred within the South Fork Trinity River subbasin, sedimentation from the naturally erodible soils has increased due to poor land-use practices in the past, primarily by timber management activities. The 1964 flood resulted in a significant deterioration of anadromous spawning habitats in this tributary, which is still undergoing rehabilitation through natural processes today. Fires, timber harvest, road construction and historic mining practices with the added large flood events have all played a role in the loss of anadromous salmonid production within this Subbasin.

Historical distributions of anadromous species within the South Fork Trinity subbasin include fall, winter, and spring run steelhead, spring and fall chinook salmon, coho, green sturgeon, and Pacific lamprey. Overall, trends for the anadromous species are generally considered to be in decline reflective of the entire Lower Klamath Basin. No quantitative data presently exists to determine the population status for Pacific lamprey and green sturgeon.

Existing estimates of available anadromous species habitat are considered to be nearer historical conditions than in previous decades after the 1800's and are attributable to habitat improvement efforts over the past 20 years. The estimated steelhead distribution indicates they have access to approximately 190 miles of river habitat, which include both spawning in rearing areas. Estimated coho habitat is approximately 115 miles in this basin. The current distribution of chinook within the basin indicates that existing available habitat is near historical levels and is approximately 115 miles. Although no quantitative data exists to estimate the distribution of Pacific lamprey they are currently believed to have access to similar areas as that of steelhead (see Appendix A in Phase I report).

The primary factors that affect anadromous fish production include sedimentation, reduced water quality, areas of reduced flows from agricultural diversions, hydroelectric developments, and upstream migration barriers at agricultural diversions. Adverse impacts due to sedimentation have been a historical problem throughout the subbasin due to the natural characteristics of the underlying geology. These problems, however, have increased due to some historical land-use practices primarily associated with timber harvesting. Although natural in origin, the 1964 flood resulted in serious sediment induced problems such as disruption of spawning riffles, filling of rearing and holding habitats (i.e., pools), and in many locations stream channels were significantly widened and became shallower. In some instances, the loss of the riparian community in conjunction with the widening of the stream channel has been attributed as the mechanism causing elevated water temperatures that may limit the amount of anadromous species habitat in this system. Agricultural diversions primarily during the irrigation season are known to result in reduced flows in several of the tributaries that may impact rearing habitat for anadromous species in the Hayfork Creek watershed.

### The Lower Trinity Subbasin

Major factors that impact the salmonid production capacity in the lower Trinity River are due to upstream water allocation practices at Lewiston and Trinity dams. As noted previously, these diversions have resulted in a 70 to 90 percent reduction in base flows with operation of the Trinity River Division. This reach of the Trinity River has also experienced elevated water temperatures during the summer that has been attributed to reduced summer flows from upstream diversions in conjunction with lost riparian vegetation shading. Slightly increased releases subsequent to 1981 from Lewiston Dam have had no appreciable effect on the thermal regime or anadromous species habitat within this segment of the river however, the minimum prescribed flow, pending the completion of the Trinity Flow Study and implementation of recommended measures still represents the third lowest flow of record. Historical water pollution problems have also been associated with fish kills within this section of the river but are not known to occur today.

This segment of the Trinity River contains important habitat for spawning fall chinook, spring chinook, winter and fall steelhead, coho, green sturgeon, and Pacific lamprey.  Many of the tributary streams in this segment of the river are also important rearing habitats for these anadromous species. Coho are known to require one year of freshwater growth.  Coho that exit tributaries within or outside of this subbasin that are pre-smolts, must rear in the main stem Klamath River until smoltification has completed. The overall population trends for chinook salmon follow those described for other segments of the Trinity River.  Historical utilization of the Trinity by coho salmon is not well understood and it is felt that a few coho currently utilize this segment of the river for spawning and rearing. Reliable quantitative data for population trends for steelhead, spring chinook, green sturgeon and Pacific lamprey are not available for this area of the river.  It is generally believed, however, that steelhead numbers are below historical conditions in this basin (see Appendix A in Phase I report).

The historical data on the distribution of chinook only indicate utilization of the main stem, and the degree to which tributary systems were utilized is unknown. No historical distribution data exists to estimate habitat use for coho, steelhead, green sturgeon, or Pacific lamprey.  It should be noted that considerable restoration efforts for habitat improvement in the post 1964 flood event have occurred within this and upstream segments of the Trinity basin as a whole.

The primary factors that are considered to limit anadromous fish production in the lower Trinity subbasin include loss of juvenile rearing habitat as a consequence of high summer water temperatures within the main stem, reduction in suitable spawning gravels from sedimentation from several tributaries, reduction in steelhead rearing habitat due to water diversion practices, and migration barriers due to agricultural diversions. Many of the sedimentation problems, however, can be attributed to natural processes.  Adverse logging practices in the tributaries to the Trinity River have also been associated with degradation of anadromous fish habitat.

**The Lower Klamath Subbasin**

The Lower Klamath Subbasin is defined by the Klamath Task Force starting at Weitchpec to the mouth.  Flows and water quality in this section of the main stem Klamath River can be dominated by tributary inflows and releases from Iron Gate Dam during low flow periods.  Outside of the high spring runoff period, flow patterns are affected by the cumulative water allocation practices in the respective tributaries and operation of the Klamath Project, especially during below normal water years.

Anadromous species that use the main stem Klamath River include spring and fall chinook salmon, spring, fall and winter steelhead, coho, Pacific lamprey and green sturgeon.  This section of the main stem represents an important migration corridor for these anadromous species.   However, CDFG has presented

information that suggests that there is a delay in movement of fish through the lower Klamath (Wallace, CDFG, pers. com.).  This information indicates the importance of adequate flows for rearing life stages of fall chinook and other species.  Pre-smolt coho and steelhead originating from upstream and adjacent tributaries must also reside in the lower Klamath main stem until smoltification has completed.   Furthermore, this section of the main stem represents the principal spawning area for green sturgeon.  Although definitive data does not exist to quantitatively assess the status of the anadromous stocks, the available data indicate that fall chinook populations are severely below historical levels. Current populations of coho may be reflective of levels indicative of the 1960s, but are considered below historical numbers.  As has been indicated previously, steelhead are considered to have declined from historical levels.

Estimated habitat use within this section of the Klamath Basin indicates that approximately 100 miles of spawning and incubation habitat are utilized by chinook.  The estimated available coho habitat is approximately 130 miles, while estimated steelhead habitat is approximately 150 miles.  Green sturgeon are considered to utilize approximately 66 miles of the lower main stem Klamath River.   Distribution information for Pacific lamprey is not available but is considered approximately the same as that noted for steelhead.  Generally, the current distributions of available habitat for these anadromous species are considered to represent historical conditions (see Appendix A in Phase I report). Although available habitat is near historical levels in terms of miles, alterations in the flow pattern and water quality effectively reduce the amount of effective habitat during seasonal periods.

The primary factors which are considered to potentially limit anadromous fish production in this segment of the main stem Klamath River are associated with historical degradation of habitat due to land-use practices such as timber management as well as by the cumulative effects of upstream flow depletions and alterations in the seasonal hydrograh.  These impacts are associated with degradation of spawning gravel from sedimentation and historically from the creation of migration barriers.  At present, migration barriers in this section of the main stem and tributaries are not considered problematic.  This section of the main stem Klamath River is also known to experience elevated summer water temperatures.  These temperatures can often exceed optimal limits for rearing of juvenile spring chinook, coho, and steelhead.

**Life History Traits**

The following section provides a brief synoptic description of key life history traits for each of the species.  For a more complete treatment of life history traits the reader is referred to Leidy and Leidy (1984), USBR (1997), CH2MHILL (1985) and KRBFTF (1991).

## Steelhead

The Klamath Basin supports three runs of steelhead generically referred to as spring/ summer, fall and winter runs.  Typically mature spring/summer steelhead enter the Klamath River between mid-April to late May.  These fish migrate upstream to most of the principal tributaries including many of the larger creeks where they hold until spawning between January/April of the next year.  Weir counts on the New River that is approximately 84 miles from the delta showed adult summer steelhead show downstream migration in mid-March, peaked in mid-April and diminished by the end of May (USFWS pers. com.).  Fall run steelhead will typically enter the River as early as July, but primarily during October and November where they hold for several months before moving to spawning areas in smaller tributaries.  Winter run steelhead typically move into the River between December through February and may continue through May while migrating to their spawning areas.  Approximately 16 to 22 percent of spawning steelhead are repeat spawners (USFWS pers. com.) One of the more unique characteristics of the Klamath River Basin is the presence of half pounders.  These steelhead are immature (non-spawning) males and females, which are found in the summer and fall run steelhead migrations.  Half pounders that enter the Klamath River generally return to the ocean the following winter or spring.  After egg deposition, eggs typically incubate from 4 to 7 weeks with the fry typically emerging during March through June.  The length of time for egg incubation is a function of water temperature.  The juveniles may remain in fresh water for one to three years before emigration.  Emigration of natural steelhead smolts from the Klamath Basin typically occurs between March to late July.  Field collections suggest that most emigrating steelhead arrive in the estuary during April and May. Although steelhead utilizes the Klamath River as a migratory corridor to access spawning tributaries, some spawning does occur in the main stem. Its importance to resident life stages throughout the year cannot be understated.  For example, a large percentage of wild Klamath River steelhead show two years of freshwater growth and a half-pounder life stage exists. Tributary out-migration data show that a large percentage of steelhead entering the Klamath are fry and yearlings that must rear in the main stem for an additional year or two.  Half-pounders rear in the Klamath and tributaries from August-April.   Steelhead prefer water temperatures which range between 7.2 and 14.4 C. Optimal growth temperatures range between 10.0 and 12.8 C. Upper lethal limits on temperature have been reported as 23.9 C.

## Coho Salmon

Coho typically migrate into the Klamath River during mid-September through mid-January.  Upstream migrations are typically associated with pulse flows due to fall rain events.  Although coho primarily spawn in tributary streams from November through Jan. they have been observed spawning in side channels, at tributary confluences, and suitable shoreline habitats in the main stem.  Egg incubation lasts approximately seven weeks and typically occurs during

1   November through March.  Alevins remain in the gravel approximately two to
2   three weeks and then emerge as free-swimming fry during February to mid-May
3   with the peak in April and May.  Coho will typically rear in freshwater for one year
4   before emigrating to the ocean.  This usually occurs in the spring following the
5   first winter.  Out migration can begin as early as February and continue through
6   mid-June, with peak numbers arriving in the estuary during April and May.
7   Optimal temperature ranges for coho are 3.3 to 20.5 C, although preferred
8   rearing temperatures are 12.0 to 14.0 C.  Upper lethal temperatures have been
9   reported as 25.6 C.
10
11  **<u>Chinook Salmon</u>**
12
13  Spring chinook salmon typically enter the Klamath River as early as February
14  through the month of July.  Peek immigration has been reported as occurring
15  from March to mid-June.  Migrating adults tend to hold in deeper pools of the
16  tributaries where they remain throughout the summer before spawning in the fall.
17  Spawning may occur from September through mid-November.  Spring chinook
18  spawning in the Salmon River occurs from mid-September through mid-October.
19  Spring chinook are generally believed to migrate farther upstream than the fall
20  runs.
21
22  Once the eggs are deposited, incubation generally occurs from 40 to 60 days.
23  Alevins and fry remain in the gravel for approximately two to four weeks and
24  begin to emerge during December.  However, USFS emergence traps on the
25  Salmon River show emergence extending into late May.   Optimal incubation
26  temperatures range between 4.4 and 13.3 C.   Spring chinook will typically hold
27  in freshwater for approximately one year with emigration generally occurring
28  through March to July although USFS Salmon River outmigration traps show that
29  spring chinook smolts emigrate during fall and spring months.  Typical rearing
30  habitats for juvenile spring chinook are runs and pools.  Optimal temperature for
31  juvenile spring chinook ranges between 13.9 C and 19.4 C.  Upper threshold
32  temperature for juveniles has been reported as 25 C.
33
34  Fall chinook are typically separated into two runs, fall and late fall runs.  The fall
35  run enters the Klamath river from mid-July through mid-October while the late fall
36  run occurs from November through December with some as late as February.
37  Fall chinook spawning occurs throughout the lower reaches of tributaries with
38  less than one-third of the total fall chinook run utilizing the main stem Klamath
39  River for spawning.   Although approximately 50 percent of the main stem
40  Klamath spawning occurs in the upper 13 miles, significant spawning occurs as
41  far downstream as Happy Camp at river mile 110.  Spawning, in limited numbers,
42  has been observed downstream as far as Orleans.  Egg incubation generally
43  requires 50 to 60 days at water temperatures that range between 5 C and 14.4
44  C.   Some have reported emergence of the fry from the gravel during the
45  November to February period.  However, Klamath River main stem spawning
46  and temperature data collected by the USFWS in 1993 and 1994 was used to

1    predict emergence timing for the 1994 and 1995 water years using daily
2    temperature units. Emergence from the 1993 run began in early February and
3    peaked in early March 1994 compared to water year 1995 when emergence
4    began in early March and peaked in early April (USFWS pers. com.).
5    Emergence timing in the tributaries is believed to be earlier than the main stem.
6    Due to different life history strategies, outmigration of natural chinook is year
7    round. Type I chinook outmigrate in the spring and early summer months. Type
8    II outmigrate in the fall and Type III hold over through the winter and migrate in
9    early spring (Sullivan 1989). The majority of Klamath River chinook outmigrate
10   using the Type I strategy. Mid-Klamath River tributaries such as Elk Creek have
11   a Type II strategy. A wet and cold spring can cause a shift of the peak
12   outmigration up to one month later than a dry warm water year. Young of year
13   chinook outmigrating through the Big Bar trap subside in early August. Shasta
14   River chinook outmigrate from late January through early May. The secondary
15   pulse should not be confused with the fall, Iron Gate Hatchery release.
16
17   **Green Sturgeon**
18
19   Both white and green sturgeon have been found in the Klamath River, however
20   the green sturgeon is the most abundant of the two. The white sturgeon are
21   known to periodically migrate up the Klamath River (see citations in CH2MHILL
22   1985). Green sturgeon typically enter the Klamath River in late February and
23   may continue to do so through late July. Although sturgeon have been observed
24   as far upstream as Iron Gate Dam they typically do not migrate above Ishi Pishi
25   Falls on the main stem Klamath. As noted previously migrating sturgeon also
26   utilize the Trinity, South Fork Trinity, and lower Salmon River. Spawning typically
27   occurs during March to July with peak spawning occurring during April, May to
28   mid-June. Emigration of post spawning adults generally occurs throughout the
29   summer and fall with peaks in August and September. Out migration of sturgeon
30   juveniles may occur when they are less than one year old or as long as two years
31   old. Out migration begins in the upper reaches of the basin as early as July while
32   peaking in September in downstream areas.
33
34   **Coastal Cutthroat Trout**
35
36   It is believed that coastal cutthroat trout enter the Klamath River during the
37   November through March period and spawn during the spring. Juveniles may
38   rear for up to one or two years in either streams or the estuary before migrating
39   to the ocean.
40
41   **Eulachon (Candlefish)**
42
43   Eulachon typically enter the Lower Klamath River during the March and April
44   period and spawn immediately. Eggs typically incubate for two to three weeks
45   after which the larvae out migrate.
46

1  **Pacific Lamprey**
2
3   Very little information is known about the Pacific lamprey within the Klamath
4   River Basin.   The Yurok Tribal Fisheries Program has documented lamprey
5   entering the Klamath River from October through April with the peak often
6   occurring in December or January.  Lamprey are thought to spawn during April to
7   July.  Egg incubation typically occurs over a two to three-week period with the
8   ammocoetes remaining in the substrate for up to five or six years before out
9   migrating.   Emigration is thought to typically occur during the late summer
10  months.  However, observed immigrations in March appear to be associated with
11  high flows (Walt Lara Sr. pers. com. cited by Belchik pers. com.).  Lamprey have
12  been observed spawning in Dillon Creek in June and eyed juveniles as free
13  swimming and attached to steelhead in cool water refugia from Bluff Creek to
14  Bogus Creek (Belchik, unpublished data).
15
16              **The Ecological Basis of Flow Regimes for Aquatic Resources**
17
18  In order to place the work of Phase I and Phase II in context, the ecological basis
19  for the establishment of instream flows to protect, enhance, and ultimately
20  provide suitable conditions for the recovery of the anadromous species must be
21  understood.  The following section of the report highlights the importance of flow
22  in the overall framework of physical, chemical, and biological processes that
23  operate in river ecosystems.  It also provides a brief overview of the historical
24  and current direction of instream flow assessment research and applications.
25
26  River ecosystems create a temporally and spatially variable physical, chemical,
27  and biological template within which fish and other aquatic resources can exist if
28  they possess the proper suite of physiological, behavioral, and life history traits
29  (Poff and Ward, 1990; Orth, 1987).  This environmental template in conjunction
30  with species-specific life history traits is often characterized as a multi-
31  dimensional niche of environmental conditions (e.g., envelopes of depth, velocity,
32  substrate, temperature) and resources (e.g., food, space) that describes the
33  environmental conditions necessary for species survival.  Suitable environmental
34  conditions and resources must be available in terms of their quantity, quality and
35  timing in order to sustain a viable long-term population (Statzner1988; May and
36  MacArthur 1972; Pianka 1974; Colwell and Futuyma 1971).
37
38  Because a variety of factors and resources are required to meet the life history
39  requirements of species, the short and long term success of individuals and
40  ultimately populations can be limited by a single factor or by a combination of
41  factors.  In river systems, the suitability of environmental conditions for aquatic
42  resources are directly related to the characteristics of the flow regime.  Therefore,
43  quantification of flow requirements that will provide for the long-term protection of
44  the aquatic resources must be undertaken from an ecological basis in light of the
45  flow dependent environmental factors that may limit these aquatic resources.
46

1   In essence, an ecologically based flow regime must incorporate the spatial and
2   temporal flow conditions necessary to ensure long-term protection of the aquatic
3   resources.   The flow regime must maintain the linkage between the physical,
4   chemical, and biological components of river ecosystems, which result in the
5   formation and persistence of fish and macroinvertebrate habitat.
6
7   Quantification methodologies currently recognize that suitable flow regimes can
8   be broken down into four basic flow components (Petts et al., 1995; Hill et al.,
9   1991). These four flow components are fish habitat base flows, channel
10  maintenance flows, riparian flows, and valley maintenance flows. Although the
11  specific methods by which each of these flow components are quantified vary, all
12  components are essential to maintain the ecological health of the stream system
13  (Hill et al., 1991).
14
15  Phase I and Phase II focus on the fish habitat base flow component.
16  Quantification of the remaining flow components was not quantitatively
17  addressed given the existing state of the physical system, which presently allows
18  propagation of these higher flow events within the main stem Klamath River.
19  Specifically, with the exception of sustained drought periods, uncontrolled
20  releases from the Upper Klamath Basin below Iron Gate Dam continue with
21  sufficient frequency and magnitude, such that these flows are likely to protect the
22  physical processes within the main stem Klamath River necessary for channel
23  and riparian maintenance flows.
24
25  Research directed at the evaluation of instream flow requirements has resulted in
26  the development and application of a large number of methodologies over the
27  past several decades.   This focused research on instream flow assessment
28  methods continues at an elevated rate today.   Excellent reviews of many of the
29  techniques developed and applied within the United States and elsewhere can
30  be found in Hardy (1998a), Reiser et al. (1989), CDM (1986), EPRI (1986), and
31  Gore (1989).   Some of the existing research within the "discipline" of instream
32  flow assessments is focused on modification or extension of existing
33  methodologies, while other efforts are being directed at development and
34  application of new tools.   This is driven to some extent by the current ecosystem
35  management objectives of resource agencies and a growing consensus among
36  both researchers and practitioners that the disciplinary basis upon which the
37  fundamental science and analytical procedures are developed, validated and
38  applied in instream flow assessments will continue to benefit from a broader
39  ecological perspective (Hardy1998a; Orth 1995; Stanford 1994).
40
41  Current research has focused on the development and application of tools and
42  assessment frameworks aimed at a quantitative characterization of the factors
43  controlling fisheries resources rather than continued application of tools for
44  evaluation of a single target species from the limited perspective of physical
45  habitat.   This broadly includes research on trophic level dynamics, process
46  oriented delineation of flow induced changes in the physical and biological

1   components of the aquatic environment (e.g., the Trinity River Flow Evaluation
2   Report), and in the development of broader based ecological frameworks for the
3   evaluation of impact assessments or restoration efforts in aquatic ecosystems
4   (e.g. Johnson and Law 1995; Johnson et al. 1995; Hearne et al. 1994; Capra et
5   al. 1995; Leclerc et al. 1995; Addley 1993; Nehring and Anderson 1993; Muhar et
6   al. 1995).
7
8   Other pertinent research within the broader arena of instream flows has focused
9   on the delineation of key life history characteristics in terms of ontogenetic shifts
10  in habitat use under natural and induced flow variability (Heland et al. 1995;
11  Bardonnet and Gaudin 1990; Bardonnet et al. 1993; Crisp and Hurley 1991), the
12  relationship  between  flow  and  macroinvertebrate  community  dynamics
13  (Lancaster and Hildrew 1993; Gore 1989; Jowett et al. 1991; Weisberg et al.
14  1990; Statzner et al. 1991), and the importance of trophic level dependencies
15  between macroinvertebrates and fish (Filbert and Hawkins 1995; Bevelhimer
16  1996; Weisberg and Burton 1993; Easton and Orth 1992; Roell and Orth 1994).
17
18  Efforts employing mechanistic individual based bioenergetics, physical habitat
19  based population models, and multi-variate statistical approaches have also
20  produced encouraging results (Guensch et al. 2001; Addley 1993; Jager et al.
21  1993; Bovee et al. 1994; Hill and Grossman 1993; Jowett 1992).  This has
22  included results based on linking community level distribution and abundance
23  with spatially explicit delineations of the habitat mosaic at the meso-scale
24  (Aadland 1993; Dibble and Killgore 1994; Bain 1995; Jowett 1992).  A broader
25  view of the river corridor as an integrated ecosystem has also provided excellent
26  research on methods and frameworks for delineating the process driven linkages
27  between flow, sediment transport, channel structure, and the riparian community
28  (Goodwin and Hardy 1999; Hill et al. 1991; Nillson et al. 1991; Rabeni and
29  Jacobson 1993; Stromberg et al. 1991; Stromberg 1993).
30
31  Many of these techniques will be applicable to the Klamath Basin for evaluating
32  instream flow needs and restoration activities within an adaptive management
33  framework as part of long-term on-going management efforts.  Most of these
34  methods were beyond the specific scope of the Phase I study due to data
35  limitations.  However, the Phase II initiated many of these components and
36  provide key data and results for use in longer-term efforts.
37
38

**Phase I Process and Interim Instream Flow Recommendations**

**Phase I General Process**

The process used for the development of the Phase I interim instream flow recommendations involved not only the technical work conducted at USU, but input and technical review from a Technical Team.  This Technical Team was made up from representatives from state, federal, and tribal personnel who have extensive knowledge of the anadromous species in the Klamath River.  The Technical Team was formed at the request of USU to allow access to this knowledge base and to provide a mechanism for USU to obtain input and technical review through each step of the work.  The Technical Team was utilized during the process for information exchange, technical discussions on methodologies and study results, and ultimately the technical review of the Phase I report.  Once the Draft Phase I report had been produced, the Technical Team as well as the public provided written comments to USU.  All relevant comments were addressed to the degree that they had substantiated technical merit and appropriate changes were incorporated into the final Phase I report.

**Phase I Technical Approach**

A variety of analysis methods, covering a range of analytical techniques, were initially considered for use in the evaluation of minimum flow needs as part of Phase I.  However, lack of requisite data precluded application of any field based methods such as the Physical Habitat Simulation System.  Based on this review of methods, an assessment of data availability, and discussions with the Technical Team, Phase I utilized a suite of hydrology based methods for the instream flow assessments.  The potential applicability of each method was evaluated based on underlying assumptions, type of system(s) in which the method was developed or applied, target species, previous applications, specific data requirements, and potential for adoption to the Klamath River.

Based on this review, five hydrology based methods were selected for estimation of the interim instream flow recommendations as part of Phase I.  These methods are briefly described below.  In order to apply these methods, hydrology for the main stem Klamath River below Iron Gate Dam needed to be estimated for 'historical' conditions.  In this context, historical conditions refer to conditions prior to the Klamath Project and to the extent possible, prior to substantial water development in the Upper Klamath River Basin.  Estimation of the hydrology used in Phase I is discussed in the next section.

**Phase I Hydrology Analyses**

Most of the existing stream gage records are highly impacted by upstream water use and therefore determination of historical conditions is difficult.  The following summary is primarily taken from USGS (1995) that completed a characterization

of hydrology data in the Klamath River Basin based on periods of record for existing gages.  The analysis conducted by USGS indicated that at annual flow-volume level, gage data do not strongly reflect changes in water allocation strategies in the main stem Klamath River near Keno, the Shasta River, the Scott River, or the Salmon River.  However, flow alterations (e.g., depletions and seasonal shifts in the magnitude) are evident at the monthly level.  The annual flow regime downstream of Lewiston in the Trinity River clearly reflects the large trans-Basin diversions that began in 1961 with the construction and operation of the Central Valley Project Trinity River Division.  This change in hydrology becomes less detectable downstream during high flow periods due to unimpaired runoff at downstream locations in the Trinity River and is not readily apparent in main stem of the Klamath during the spring runoff period in normal and above normal water years.

One of the more unique characteristics of the historical flow regime of the main stem Klamath River was the rather 'smooth' annual hydrograph, which is attributed to the hydraulic buffering of the large storage capacity in Tule, Upper and Lower Klamath Lakes prior to development in the upper basin (Balance Hydrologics, Inc. 1996).  Within year variability of flows on a seasonal and daily basis within the main stem Klamath River below Copco Dam are well documented.  In addition, seasonal shifts in the annual hydrograph are readily apparent due to water allocation practices in the Upper Klamath Basin as reflected in the gage data below Iron Gate Dam, which are also well documented.  These include flow depletions of ~250,000+ acre-feet and seasonal shifts in the pattern of the annual hydrograph.

The following discussion on changes to within year hydrology is confined to the Lower Klamath Basin and is presented here for convenience.  The analysis by USGS concluded:

> " The Klamath River at Keno, Shasta River near Yreka and the Scott River near Ft. Jones are influenced by irrigated agricultural water use.  Two of these locations show a discernible change in relative runoff compared to the Salmon River beginning about the 1960's. ... we conclude this phenomenon is not due to changes in the Salmon River drainage, but due to changes in the upper Klamath and Scott basins.  These changes could be due to changes in crop patterns, irrigation techniques, water demand due to a persistent change in summer weather patterns or other causes.  We believe this phenomenon is related to man's activities."

Although a variety of flow analyses have been conducted within the Klamath Basin, two principal works were reviewed extensively during Phase I: USGS (1995) and Balance Hydrologics, Inc. (1996).  In both of these efforts, analyses were conducted to characterize both existing and historical hydrology within the Lower Klamath River Basin on an annual, monthly and daily basis.  Although these two reports differ somewhat in their conclusions on the degree or

1 magnitude of changes, these differences are attributed to the purposes of the
2 analyses, analytical techniques employed, and underlying assumptions used in
3 the analyses.
4
5 One of the findings of the USGS work is that, on a total annual flow volume
6 basis, flows from the Upper Klamath Basin have not changed 'substantially' over
7 time compared to the total annual flow volume within the Klamath River (i.e., pre
8 versus post Klamath Project flows in the main stem Klamath River).   However,
9 USGS and Balance Hydrologics (1996) both note that annual depletions from the
10 Upper Klamath Basin (i.e., above Iron Gate) are evident and that both monthly
11 and daily flows show the effects of water use in the Upper Klamath Basin. This
12 includes increased flows in the Klamath River from the Lost River diversions
13 during the winter and spring runoff periods.   However, the effects of these
14 diversions were not quantified as part of the Phase I analyses.
15
16 What the two analyses found in common is that the estimated average annual
17 outflow from the Upper Klamath Basin at Keno was approximately 1.5 million ac-
18 ft (2,156 cfs).  The equivalent 'pre-project' estimated average annual flow at Iron
19 Gate for a normal water year, which accounts for accretions in flow below Keno,
20 was approximately 1.8 million acre-feet (2,575 cfs).   This value was derived by
21 adjusting the computed mean annual flow from the 1905 to 1912 period of record
22 at the Keno gage to account for the above normal precipitation pattern during this
23 gaged period (see Balance Hydrologics, Inc., 1996).
24
25 In comparison, the long-term average annual flow measured at Iron Gate for the
26 1961 to 1996 period of record is 2060 cfs.  The difference between the historical
27 and existing mean annual flow is approximately 515 cfs, which corresponds to
28 roughly 372,800 ac-feet.  This compares to reported consumptive uses for water
29 for the Klamath Project (i.e., depletions to the main stem Klamath River below
30 Iron Gate) that have been estimated at between 245,000 and 350,000+ acre-feet
31 depending on water year type.   These estimates however, <u>do not</u> account for
32 consumptive uses above Klamath Lake (Larry Dugan, pers. com.).   Typical
33 Klamath Project operations may result in as much as 500,000 acre-feet of water
34 deliveries for agricultural and related demands during dry water years.   In
35 addition, water management practices in the Upper Klamath Basin above Iron
36 Gate Dam result in seasonal flows that are now higher in the late winter and early
37 spring and lower during the summer period compared to expected historical flow
38 patterns.  There is also a strong indication that flows are more variable now (see
39 Balance Hydrologics, Inc., 1996).   This is attributed to the use of water for
40 agricultural purposes, power generation, and perhaps the effect of lost seasonal
41 flow buffering with the loss of storage in Lower Klamath and other Upper Klamath
42 Basin wetlands.
43
44 The estimated pre-project flows in the main stem Klamath River at Keno and Iron
45 Gate were selected as the best representative values in the application of the
46 various hydrology based methods for Phase I.  The choice of these locations and

1 the estimated pre-project flows is justified since these values integrate basically
2 all the flows leaving Oregon, and represent the best estimate of hydrologic
3 conditions which the anadromous stocks would have evolved under.
4
5 Several flow statistics were required for the evaluation of instream flows using
6 the hydrology based instream flow assessment methods in Phase I.  These are
7 the average annual flow, mean and median monthly flows, and various monthly
8 flow duration (exceedance) statistics.
9
10 **Iron Gate Mean Annual, Average and Median Monthly Flows**
11
12 The mean annual and average monthly flows below Keno and Iron Gate Dam for
13 a normal water year were taken from Balance Hydrologics, Inc. (1996).  These
14 estimated flows are provided in Table 1. As noted, the Iron Gate values were
15 obtained from the 1905-1912 gage readings at the Keno gage adjusted to normal
16 water year flows.  These adjusted values include estimated normal year monthly
17 accretions between the Keno and Iron Gate gages.
18
19 The U.S. Bureau of Reclamation (USBR) concurred that, for the purposes of
20 Phase I, these mean annual and adjusted monthly flows were the best estimates
21 of pre-project flows in the main stem Klamath River below Iron Gate Dam (Larry
22 Dugan, pers. com.).
23
24 The median monthly flows at Iron Gate were derived from the Keno daily
25 discharge data for the 1905-1912 period of record by computing the monthly flow
26 duration (exceedance) statistics (see Appendix B in Phase I report).  These
27 values were then adjusted by 1.04 following the work of Balance Hydrologics, Inc
28 (1996) to approximate an average water year.  The monthly average water year
29 accretions listed in Table 1 were then added to obtain the estimated median
30 monthly (i.e. 50 percent exceedance) flows for Iron Gate as shown in Table 2.
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

1   Table 1.       Estimated pre-project mean annual and average monthly flows in
2                  cfs at Keno and Iron Gate Dam. (Note: MAF = Mean Annual Flow)
3
4

| | Keno 1905-1912 Mean (cfs) | Keno Adjusted Index (1.04) Normal Year | Percent of MAF | Monthly Normal Year Accretions (cfs) | Iron Gate Normal Mean (cfs) | Percent of MAF |
|---|---|---|---|---|---|---|
| Oct | 1236 | 1188 | 0.57 | 348 | 1536 | 0.60 |
| Nov | 1518 | 1460 | 0.70 | 349 | 1809 | 0.70 |
| Dec | 1915 | 1841 | 0.89 | 517 | 2358 | 0.92 |
| Jan | 2295 | 2207 | 1.06 | 620 | 2827 | 1.10 |
| Feb | 2670 | 2567 | 1.24 | 764 | 3331 | 1.29 |
| Mar | 3027 | 2911 | 1.40 | 693 | 3604 | 1.40 |
| Apr | 3326 | 3198 | 1.54 | 659 | 3857 | 1.50 |
| May | 3182 | 3060 | 1.48 | 567 | 3627 | 1.41 |
| Jun | 2630 | 2529 | 1.22 | 401 | 2930 | 1.14 |
| Jul | 1809 | 1739 | 0.84 | 408 | 2147 | 0.83 |
| Aug | 1202 | 1156 | 0.56 | 347 | 1503 | 0.58 |
| Sep | 1060 | 1019 | 0.49 | 351 | 1370 | 0.53 |
| Mean (cfs) | 2156 | 2073 | | | 2575 | |

5
6
7
8   Table 2.       Estimated pre-project median monthly flows in cfs at Keno and Iron
9                  Gate Dam.
10

| | Keno 1905-1912 Median (cfs) | Keno Adjusted Index (1.04) Normal Year | Monthly Normal Year Accretions (cfs) | Iron Gate Normal Year Median (cfs) |
|---|---|---|---|---|
| Oct | 1240 | 1192 | 348 | 1540 |
| Nov | 1495 | 1438 | 349 | 1787 |
| Dec | 1830 | 1760 | 517 | 2277 |
| Jan | 2250 | 2163 | 620 | 2783 |
| Feb | 2640 | 2538 | 764 | 3302 |
| Mar | 2690 | 2587 | 693 | 3280 |
| Apr | 3100 | 2981 | 659 | 3640 |
| May | 3060 | 2942 | 567 | 3509 |
| Jun | 2480 | 2385 | 401 | 2786 |
| Jul | 1760 | 1692 | 408 | 2100 |
| Aug | 1160 | 1115 | 347 | 1462 |
| Sep | 1050 | 1010 | 351 | 1361 |
| Mean (cfs) | 2063 | 1984 | | 2486 |

11

1    **Iron Gate Monthly Flow Exceedence Value Estimates**
2
3    Pre-project median monthly flows (i.e., 50 percent exceedence) as well as 40,
4    60, 70, 80 and 90 percent exceedence values were estimated at Iron Gate for
5    use in several of the instream flow analyses.  The daily flow records at Iron Gate
6    Dam are sufficiently impacted by water allocation practices that their direct use
7    for computing monthly exceedence values was deemed inappropriate.    The
8    required flows for specific monthly exceedence values were derived by
9    computing the monthly flow-exceedence values using the daily flow records for
10   the 1905-1912 period of record at Keno (see Appendix B in Phase I).  Since this
11   period of record corresponds to an above normal precipitation pattern, the flows
12   were adjusted at each of these exceedence values by 1.04 to derive a 'normal
13   year' estimate for each of the flow-exceedence values at Keno.      The
14   corresponding flow for each exceedence value at Iron Gate was then obtained by
15   adding normal year accretions below Keno for the 40, 50, and 60 percent
16   exceedence values.    Although Balance Hydrologics, Inc. (1996) infer that
17   accretions for wet, normal, dry and critically dry water years were previously
18   computed by CH2MHill for the USBR (see Page 15 in Balance Hydrologics, Inc.,
19   1996), only normal and wet year accretions were reported.  The USBR provided
20   estimated accretions for dry years (1977, 1981, 1987, 1992, 1994), which were
21   averaged for each month and then added to the flows associated with the 70, 80,
22   and 90 percent exceedence values to obtain these estimates at Iron Gate.
23   These values are provided in Table 3.   It is recognized that this particular
24   approach to estimating the required flow values associated with particular
25   exceedence ranges for use in the hydrology based instream flow approaches
26   discussed below likely over estimates to some degree the flows at high
27   exceedence ranges and to some degree under estimates the flows at low
28   exceedence ranges.  However, since most of the hydrology based methods are
29   oriented toward estimation of minimum flows rather than optimal flows, this bias
30   was not considered problematic for the intent of Phase I.
31
32   A more detailed examination of flows based on mass balance simulations using
33   results from the USGS and other models was undertaken as part of Phase II.
34
35   Table 3.    Estimated Iron Gate pre-project flows (cfs) for associated monthly
36               exceedence values used in various hydrology methods and where
37               derived from an analysis of the daily flow records at Keno for the
38               1905-1912 period of record.
39

| Exceedence | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 2889 | 3351 | 3674 | 3784 | 3692 | 2988 | 2379 | 1626 | 1524 | 1540 | 1801 | 2344 |
| 50 | 2783 | 3302 | 3280 | 3640 | 3509 | 2786 | 2100 | 1462 | 1361 | 1540 | 1787 | 2277 |
| 60 | 2591 | 3033 | 3231 | 3572 | 3192 | 2670 | 1879 | 1366 | 1332 | 1463 | 1743 | 2209 |
| 70 | 2269 | 2567 | 2659 | 2935 | 2791 | 2389 | 1691 | 1273 | 1196 | 1320 | 1640 | 1877 |
| 80 | 2125 | 2423 | 2620 | 2935 | 2714 | 2245 | 1585 | 1182 | 1162 | 1272 | 1582 | 1839 |
| 90 | 2096 | 2375 | 2466 | 2771 | 2560 | 2034 | 1460 | 1128 | 1068 | 1186 | 1476 | 1820 |

40
41

**Review of Hydrology Based Methods Used in Phase I**

The hydrology methods discussed below were applied in deriving flow estimates within the main stem Klamath River.  Each method is described briefly and the manner in which the method was applied or adopted is discussed. Methods were modified or adapted based on the physical or biological setting of the Klamath River and input from the Technical Team.  It must be stressed that the approach taken in the Phase I report (and the philosophy of the review team) was that if a method was broadly applicable from a biological perspective and where basic assumptions could be reasonably met, it was applied.  This approach avoided a priori or post priori justification of a single method and strived to treat each method as providing independently derived estimates of the instream flow requirements based on valid but unique underlying assumptions. The monthly instream flow estimates derived from each technique were then 'aggregated' based on a simple average of each monthly estimated instream flow to derive the final flow recommendations on a monthly basis.  The following section provides a brief synopsis of each method used in Phase I

**Hoppe Method**

This method was developed from studies on the Frying Pan River, Colorado and estimates flow requirements from percentiles on an annual flow duration curve for salmonid species.  A flow that is equaled or exceeded 17 percent of the time is set for a 48-hour period to maintain flushing flows.  However, Phase I did not consider this component of the flow regime.   The flow that is equaled or exceeded 40 percent of the time is recommended for protection of spawning flows and the flow that is equaled or exceeded 80 percent of the time is recommended to maintain flows for food production and aquatic cover.   In essence, this approach strives to protect the higher flow component associated with the spring high flow spawning period and to provide survival habitat in terms of food production and physical habitat during the low flow periods.

The biological rationale for this approach was adapted for the Klamath River by using the monthly 40 percent exceedence flows to protect spawning and incubation for the September through February period, the monthly 60 percent exceedence flows during March through May period to protect incubating eggs, and the monthly 80 percent exceedence flows for the June through August period for food production and protection of rearing habitats for fish.  The actual monthly exceedence values were utilized in order to preserve the characteristics of the pre-project flow patterns within a normal water year.

**New England Flow Recommendation Policy**

This method is based on the assumption that aquatic resources have evolved to survive the most severe or adverse environmental conditions in the most stressful month of the year and encompasses both salmonid and invertebrate

species.  Utilizing hydrology records, the aquatic base flow is set as the median August flow, unless superceded by spawning requirements which are equivalent to the historical (pre-project) median flow throughout the spawning period. Where inadequate flow records exist or where flows have been altered from water projects, recommendations are derived from the average median August flows computed from representative streams in the region in terms of cubic feet per square mile (cfsm).  In this instance, the 'default' flows are 0.5 cfsm for all times of the year unless superceded by spawning and incubation flows which are defined as 1.0 cfsm in the fall/winter or 4.0 cfsm in the spring for the entire applicable spawning and incubation periods.

This method was adopted for application in the Klamath by computing the flow associated with the 50 percent exceedance value for the spawning period from September to February using the daily flow records at Keno gage for the 1905 to1912 period of record.  The computed flow (1630 cfs) was then adjusted by 1.04 (see Balance Hydrologics Inc., 1996) and the monthly accretions for each of these months were added to the flow estimate.  A similar approach was taken for the incubation/emergence period during February through May using the Keno gage daily flow records for the 1905 to 1912 period of record.  The computed 50 percent exceedance flow of 2870 cfs was then adjusted by 1.04 and the normal year accretions for each month were added to this value.  Finally, the daily gage data for August at Keno using the daily flow records from the 1905-1912 period of record was computed and then adjusted by 1.04.  The monthly normal water year accretions were then added to each month.  The highest flow computed for each month was set as the instream flow requirement.

## Northern Great Plains Resource Program Method

This method was developed from the assumption that established aquatic resource populations (independent of species composition) are a result of normal or average flows as opposed to 'abnormal' flows (e.g., extreme low or high flow components of the flow regime).  The approach is based on the computation of mean monthly flows from the existing period of record and in the situation where the mean monthly flows are normally distributed, the 't' statistic is used the establish the bounds for normal flows.  That is, extreme values are discarded. Where mean monthly flows are not normally distributed, then professional judgment is utilized to censor the data records.

The daily flow records for each retained month (i.e., flows retained after data censoring) are then used to construct monthly flow duration curves and the flow that is equaled or exceeded 90 percent of the time is specified as the required flow to protect the aquatic ecosystem in that month.  Further adjustments are made to recommended flows during the spring runoff period using a flow that is 'near the mean annual flow of record' during the high flow months.  During low flow months, additional reductions in the flow may be made where 'sharing' of water with beneficial out-of-stream uses may be warranted.  These two flow

adjustments are based on professional judgment and negotiations.  Adjustments for low flow months was deemed inappropriate given the status of the anadromous stocks in the Klamath River Basin and as noted previously, the high flow component is not considered under Phase I.

Since the existing historical flow records at the Keno gage have such a short period of record, all the data were utilized to derive monthly flow durations.  The corresponding 90 percent exceedence values were then obtained from the monthly flow duration analyses.  In this instance, the estimated dry year accretions were added to each monthly value after adjusting by 1.04 to eliminate the above normal year bias.

### Tennant Method

This basic methodology attempts to protect the health of aquatic habitat based on an observed correlation between habitat conditions and flow regime as a percentage of the mean annual flow.   The technique was developed from a variety of streams that were dominated by salmonid species but has been broadly applied to a wide range of systems including non-salmonid systems.

Tennant is broadly accepted in the literature as a reconnaissance-level technique.  It was previously employed by Trihey (1996) to estimate instream flow requirements for tribal trust species in the Klamath River.  These estimated flows subsequently served as a basis by which the 'Modified Yurok' flow regime proposal was developed for consideration in Klamath Project operations.  The modified Yurok proposal was developed through a facilitated workshop of Klamath Basin fisheries biologists and represents a DELPHI based recommendation.

At its most fundamental level, the Tennant Method relies on the available long term gage data to derive an exceedence based flow level.  As such, it inherently incorporates the range of water year variability by nature of the flow-exceedence basis of the computations.  What remains difficult however, is the selection of an 'appropriate' percent of the mean annual flow to utilize and how then this flow volume should be partitioned between various months based on the life history needs of the target species and life stages.   There is no widely accepted 'method' or 'rule-of-thumb' that can be relied on to select the flow category for use in defining a flow recommendation.  Comparative studies between Tennant and more site-specific studies would suggest that flow criteria between the 30 percent and 60 percent ranges of the mean annual flow (MAF) are common (Wesche 1973, Wood and Whelan 1962, Joy et al. 1981, Orth and Maughan 1981, Prewitt and Carlson 1979, Nelson 1980).  It is recognized that in many of these applications the targeted species and river systems are very different from the Klamath, but remain roughly consistent across species and systems. Nelson (1980) suggests that the Tennant Method may in some instances; overestimate instream flow requirements compared to site-specific analyses in larger river

1  basins.   However, this is not known to be generally true across a variety of
2  systems.   Fundamentally, the use of Tennant for estimating minimum instream
3  flows remains widely applied and accepted.
4
5  Given the objectives of the Phase I analyses and a desire to maintain a
6  conservative view toward protection of the aquatic resources within the Klamath
7  River, an 80 percent of MAF basis was selected for use in the application of
8  Tennant.   This represents the mid-point of the Optimal Range for protection of
9  resources. This percent of the mean annual flow was partitioned between all
10 months within the year based on the percent distribution of pre-project mean
11 monthly flows.   In this instance, the application of the Tennant Method was
12 'modified' to allow the hydrograph to mimic natural flows patterns as is commonly
13 undertaken with this technique for adjustment of seasonal flow patterns (e.g., Ott
14 and Tarbox 1977, Bayha 1978, Estes 1985, Fernet 1987, Trihey 1996).
15
16 **Washington Base Flow Method**
17
18 This methodology estimates the required instream flow levels based on a ranking
19 of the stream in terms of wildlife, fisheries, scenic and esthetic, water quality,
20 navigational, and other environmental values.   The technique is applicable to
21 salmonid systems.   The average rating is then used in a nomographic solution to
22 obtain a flow-duration percentile.   This flow-duration percentile is then used to
23 estimate the flow recommendation using the flow duration curve for the river.   In
24 the absence of site-specific rankings in each of these categories, the highest
25 stream ranking (i.e., 24) was chosen and the solution for Western Washington
26 during the low flow period was selected for use with this technique.   This choice
27 is considered to be justified given the high value fisheries, ESA considerations,
28 high recreational values of the main stem Klamath River below Iron Gate Dam
29 including both sport fishing and recreational boating, and the importance of this
30 river for overall environmental concerns to tribal trust resources.
31
32 The resulting flow-duration statistic associated with this approach is the 60
33 percent exceedence.   This basic technique was modified for this report to utilize
34 the 60 percent exceedence value on a monthly basis in order to preserve the
35 natural pattern of seasonal flows.   The monthly 60 percent flow exceedence
36 values based on the daily discharges at Keno for the 1905-1912 period of record
37 were used and the normal year monthly accretions were added to each month.
38 The preservation of the seasonal pattern of natural flows is considered important
39 in light of the flow dependant cues of anadromous species to flow timing in the
40 main stem in conjunction with tributary flows.
41
42

1  **Phase I Recommended Interim Flows**
2
3  <u>Iron Gate Dam to the Shasta River</u>
4
5  Since each of the various hydrology based techniques were considered to
6  provide a independent estimate of required flows based on differing but valid
7  biological assumption, the individual monthly values for each method were
8  averaged across all techniques to derive the 'best estimate' of the recommended
9  interim monthly instream flows.    The resulting monthly instream flow
10  recommendations for Iron Gate to the Shasta River reach are provided in Table
11  4.    These values are compared to pre-project, historical (Klamath Project
12  Operations) and previous monthly instream flows in Table 5.
13
14  What is apparent from a comparison of the Phase I recommended flows below
15  Iron Gate is that during the September through March period these flows would
16  have been met under historical (i.e., existing) operations of the Klamath Project,
17  while actual flows were below the recommend flows during the remaining months
18  of the year.  The current lack of sufficient storage (e.g., increased retention from
19  restored wetlands and marshes, or increased capacity of existing facilities) in the
20  Upper Klamath Basin precludes the ability to hold water during the early spring
21  period when higher than pre-project flows are now typical.  This lack of adequate
22  storage may prevent the release of water necessary for the attainment of the
23  Phase I recommended flows due to high demands during the late spring and
24  summer period to meet water demands within the Upper Klamath Basin (i.e.,
25  above Iron Gate).
26
27  Table 4.      Summary of pre-project normal water year mean and median flows
28              at Iron Gate Dam, instream flow estimates (cfs) by method and
29              recommended monthly Minimum Instream Flows (MIF) below Iron
30              Gate Dam.
31

| | Iron Gate Mean Flows | Iron Gate Median Flows | Hoppe | NEABF | NGP | Tennant | Washington | MIF |
|---|---|---|---|---|---|---|---|---|
| Oct | 1536 | 1540 | 1540 | 1915 | 1186 | 1229 | 1508 | 1476 |
| Nov | 1809 | 1787 | 1801 | 1916 | 1476 | 1447 | 1799 | 1688 |
| Dec | 2358 | 2277 | 2344 | 2084 | 1820 | 1886 | 2277 | 2082 |
| Jan | 2827 | 2783 | 2889 | 2096 | 2262 | 2262 | 2670 | 2421 |
| Feb | 3331 | 3302 | 3351 | 3524 | 2375 | 2665 | 3124 | 3008 |
| Mar | 3604 | 3280 | 3231 | 3453 | 2466 | 2883 | 3333 | 3073 |
| Apr | 3857 | 3640 | 3572 | 3419 | 2771 | 3086 | 3689 | 3307 |
| May | 3627 | 3509 | 3192 | 3327 | 2560 | 2902 | 3297 | 3056 |
| Jun | 2930 | 2786 | 2245 | 1863 | 2034 | 2344 | 2761 | 2249 |
| Jul | 2147 | 2100 | 1585 | 1870 | 1460 | 1718 | 1938 | 1714 |
| Aug | 1503 | 1462 | 1182 | 1809 | 1128 | 1202 | 1407 | 1346 |
| Sep | 1370 | 1361 | 1524 | 1918 | 1068 | 1096 | 1371 | 1395 |

32
33
34
35

Table 5.   Comparison of pre-project mean flows in a normal year, recommended monthly instream flows and previous instream flow recommendations and historical Iron Gate releases (1961-1996) period of record (all flows are in cfs).

|     | Pre-project Mean | MIF | Iron Gate 1961-96 | FERC | Trihey | Yurok |
|-----|------|------|------|------|------|------|
| Oct | 1536 | 1476 | 1664 | 1300 | 1200 | 1300 |
| Nov | 1809 | 1688 | 2142 | 1300 | 1500 | 1500 |
| Dec | 2358 | 2082 | 2744 | 1300 | 1500 | 1500 |
| Jan | 2827 | 2421 | 2825 | 1300 | 1500 | 1500 |
| Feb | 3331 | 3008 | 3047 | 1300 | 1500 | 1500 |
| Mar | 3604 | 3073 | 3601 | 1300 | 1500 | 1500 |
| Apr | 3857 | 3307 | 2970 | 1300 | 2000 | 2000 |
| May | 3627 | 3056 | 2046 | 1000 | 2500 | 2500 |
| Jun | 2930 | 2249 | 1050 | 710 | 1700 | 1700 |
| Jul | 2147 | 1714 | 758 | 710 | 1000 | 1300 |
| Aug | 1503 | 1346 | 970 | 1000 | 1000 | 1300 |
| Sep | 1370 | 1395 | 1303 | 1300 | 1000 | 1300 |

The Phase I recommended flows below Iron Gate Dam are also typically higher than previous recommendations (see Table 5).  The major difference in the Phase I recommended flow regime and that of the modified Yurok and Trihey proposed flow regimes is that Phase I flows attempt to track the shape of the natural pattern in the 'pre-project' hydrograph.  This is considered important in terms of linking the magnitude and timing of the flow releases below Iron Gate to better match the pre-project relationship in the timing of higher flows with tributaries.  This pattern of flow is anticipated to provide a better ecological flow regime that contains not only the physical but ecological linkages between the main stem and tributary systems.

The Phase I recommended flows are substantially higher than the existing FERC flow requirements.   The FERC flow regime is at or below critically dry exceedence flows (i.e. $\geq$ 80 percent exceedence).  This is potentially problematic during the summer and early fall period when low flows can contribute to high maximum daily water temperatures below Iron Gate Dam.   The FERC recommended flow regime also departs substantially from the natural flow regime of the Klamath River throughout the whole year.  During the construction of Iron Gate Dam, concerns were raised by resident fisheries scientists over the appropriate magnitude of minimum flows.  This is evident from a review of the historical correspondence record that shows that the final FERC flow regime was a negotiated settlement and not derived from strong biological evaluations of the flow needs of the fishery in the main stem Klamath River below Iron Gate Dam (see Phase I, Appendix C).

**Shasta River to Scott River**

The 1933 to 1996 gage data for the Shasta River near Yreka was used to compute the long term mean annual flow (173 cfs) and subsequently to estimate the mean monthly flows as shown in Table 6. These flow values are underestimated due to diversions and depletions associated with agricultural practices within the basin.

Table 6.    Estimated mean monthly flows (cfs) in the Shasta River near Yreka (1933-1996) period of record.

| | |
|---|---|
| October | 151.3 |
| November | 194.6 |
| December | 276.6 |
| January | 324.2 |
| February | 337.2 |
| March | 309.1 |
| April | 201.5 |
| May | 131.5 |
| June | 96.9 |
| July | 43.2 |
| August | 38.1 |
| September | 74.6 |

One goal of the Phase I recommendations was to maintain the linkage between both flow timing and magnitude for the main stem Klamath River and its tributaries in order to maximize the opportunity for emigration and immigration of anadromous salmonids and protection of the physical, chemical, and biological processes.

Therefore, the instream flow recommendations derived for the Iron Gate to Shasta River reach were adjusted by adding the average monthly 'accretions' corresponding to the mean monthly flows in Table 6 to estimate the instream flows for the Shasta to Scott River reach.  Pending more specific work within the tributaries as well as the main stem of the Klamath River during Phase II, this approach was considered conservative in terms of maintaining flow linkages both within the two reaches of the main stem Klamath River as well as between the main stem and the Shasta River.   The resulting instream flows are presented in Table 7.

1 Table 7.        Recommended monthly instream flows for the Shasta to Scott
2                River reach (all values are in cfs).
3

|     | Iron Gate MIF | Shasta Mean Monthly Flows | Estimated MIF |
|-----|---------------|---------------------------|---------------|
| Oct | 1476 | 151 | 1627 |
| Nov | 1688 | 195 | 1883 |
| Dec | 2082 | 277 | 2359 |
| Jan | 2421 | 324 | 2745 |
| Feb | 3008 | 337 | 3345 |
| Mar | 3073 | 309 | 3382 |
| Apr | 3307 | 201 | 3508 |
| May | 3056 | 131 | 3187 |
| Jun | 2249 | 97 | 2346 |
| Jul | 1714 | 43 | 1757 |
| Aug | 1346 | 38 | 1384 |
| Sep | 1395 | 75 | 1470 |

4
5
6 **Monthly Transition Flows**
7
8 Existing ramping rates for Iron Gate Dam are presently being evaluated by
9 PacifiCorp and BOR.  Studies were targeted for the fall of 1999 as directed in the
10 1999 Biological Opinion for Klamath Project Operations.  However, because of
11 the possibility of stranding of young-of-the-year salmonids in April, May and
12 June, Phase I recommendations suggested limiting ramping rates to no more
13 than 50 cfs per hour.  It is anticipated that suitable ramping rates below Iron Gate
14 Dam will be established as part of the FERC relicensing for Iron Gate Dam.
15
16 **Phase I Evaluation of Water Temperatures**
17
18 The hydrology based techniques employed for Phase I implicitly assume that
19 other factors such as water quality or temperature are not limiting.  This of course
20 is not true for the main stem Klamath River below Iron Gate Dam where
21 deleterious water temperatures and low dissolved oxygen have been associated
22 with fish kills during the late summer low flow period.  Bartholow (1995) reviewed
23 the available data on temperature effects on anadromous species in the Klamath
24 River and found that the main stem Klamath experiences elevated temperatures
25 deleterious to salmonids from May through October.  Bartholow considered acute
26 thermal effects for salmonids, especially egg and larval life stages were to be
27 expected to occur at mean daily water temperatures of 20 C or for consecutive
28 exposures at a weekly mean temperature at 15 C.  He concluded that water
29 temperatures in the Klamath are presently marginal at best for anadromous
30 salmonids for much of the summer and early fall period.
31
32 The USGS presently utilizes the EPA Quality Criteria for Water within their
33 Systems Impact Assessment Model (SIAM) for the Klamath River (USGS 2001),
34 which considers acute thermal conditions for coho and chinook salmon as 22 C
35 and chronic exposures to occur at 16 C.  Empirical observations of fish
36 mortalities below Iron Gate during the summer period dictates that the flow

1   dependant nature of the thermal regime on a seasonal basis needs to be
2   factored into the flow recommendations.
3
4   As a preliminary screening of the relationship between flow and temperature
5   below Iron Gate, Dr. Mike Deas (U.C. Davis) provided simulations of daily water
6   temperatures for mid-August from Iron Gate Dam (RM 190.1) to the USGS Gage
7   near Seiad Valley (RM 128.9).   Simulations were completed for steady state
8   releases from Iron Gate for at least 7 days prior to August 14 to ensure no
9   transient effects remained in the simulation of the system.  Because tributary flow
10  contributions change daily and water temperature changes hourly, a dynamic
11  component exists in results for August 14 simulated mean, maximum, and
12  minimum temperature data, but it is minor.  Simulated flow releases were
13  modeled between 200 and 3000 cfs.
14
15  At low flow rates, water temperature results are compromised due to physical
16  representation of river geometry where modeled flows are excessively shallow
17  due to fixed trapezoidal cross sections.   Maximum daily temperatures are
18  probably too high and minimums too low for flows <500 cfs.  Mean temperatures
19  however, are probably representative.  The effect of tributary contributions on
20  maximum and minimum temperatures may also not be representative.   Lower
21  river results are probably more realistic due to increased tributary and accretion
22  contributions (Deas, personnel communication).
23
24  Based on these caveats, only the simulated data from 500 to 1500 cfs were used
25  in a qualitative manner in the Phase I.  Although these simulations are only a first
26  approximation, the results shown in Figures 2 and 3 for mean and maximum
27  daily temperatures respectively, demonstrate a clear relationship between flow
28  release volume and thermal response in the main stem Klamath River that occur
29  at least downstream to the Scott River, where ambient conditions then dominate.
30
31  It is evident that increasing flow rates result in a reduction in the both the mean
32  and maximum daily temperatures in the longitudinal profile of temperatures
33  below Iron Gate Dam.  This is attributed to the known relationship between
34  higher flow volumes and damping of the range in maximum daily temperatures
35  due to higher thermal mass with increasing flow rates.   Previous work by
36  PacifiCorp (1995) and Bartholow (1995) indicate that Iron Gate Dam may not
37  have sufficient storage (or a deep water release point) sufficient to mitigate
38  thermal effects with cool/cold water releases downstream of Iron Gate Dam for
39  any substantial length of time.
40
41  Release of the available cool water pool from Iron Gate Dam may place required
42  cool water needs of the Iron Gate Dam Hatchery at risk.   However, flow
43  reductions in dry or critically dry years during late summer and early fall clearly
44  have the potential to exacerbate thermal effects down stream of Iron Gate Dam.
45

1   Additional temperature modeling was conducted by the USGS for the Phase I
2   recommended monthly instream flows below Iron Gate Dam based on 1996
3   observed meteorological conditions using HEC5Q within SIAM.   Only summary
4   results were provided in the form of daily temperature plots below Iron Gate and
5   Seiad.   The results indicate that a 0.0 C to 0.6 C increase in mean daily
6   temperatures would likely occur with Phase I instream flow releases.   Although
7   the overall average difference compared to the 1996 baseline averaged less than
8   0.4 C for the July through September period, this magnitude is likely within the
9   noise of model input parameters given the gross estimations of wind speed,
10  relatively humidity, air temperature, shading, and other model parameters.   The
11  temperature differential at Seiad was less than the ranges found immediately
12  below Iron Gate Dam.
13
14  The results from these temperature simulations clearly reinforce the concerns of
15  the effects of low flow releases during the summer period below Iron Gate Dam.
16  The data also suggest that the recommended flow regimes will provide an
17  incremental improvement to the thermal regime below Iron Gate Dam in terms of
18  both the mean and maximum daily temperatures.   It should be noted that prior to
19  the construction of Iron Gate Dam as well as under natural conditions, a
20  substantial volume of the flows in the vicinity of Iron Gate Dam were dominated
21  by cold water inflows from springs and tributaries and would have contributed to
22  the maintenance of cool water refugia within this reach of river.     Historical
23  fisheries data clearly show that prior to building Iron Gate Dam that this section of
24  the Klamath River (i.e., above present Iron Gate Dam) supported anadromous
25  species, which targeted use of these cold-water inflows (Robert Franklin and
26  Kent Bulfinch, pers. com.).   Although existing conditions within the Klamath River
27  in terms of Iron Gate Dam, upstream reservoirs, and Klamath Lake likely result in
28  higher than would be expected temperature releases from Iron Gate Dam
29  compared to natural conditions, this is not justification to consider lower flow
30  releases as adequate to meet the anadromous species needs at this time.   The
31  temperature results supported the Phase I flow recommendations within the main
32  stem Klamath River below Iron Gate Dam compared to existing flow regimes.
33
34  These results, in conjunction with the flow recommendation analysis would
35  suggest that instream flow recommendations should not be adjusted for water
36  year types represented by dry and critically dry water years pending more refined
37  analyses based on site specific methodologies being conducted under Phase II.
38  The Phase I report also acknowledged that alterations and refinements in the
39  interim instream flow recommendations would be made based on application of
40  additional assessment techniques being undertaken as part of Phase II.
41
42



1 Figure 2.    Longitudinal profiles of simulated mean water temperatures below
2              Iron Gate Dam typical of mid-August meteorological conditions.
3



4 Figure 3.    Longitudinal profiles of simulated mean water temperatures below
5              Iron Gate Dam typical of mid-August meteorological conditions.
6
7

## Phase II

During the work on Phase I, Phase II site-specific field studies were initiated to develop the requisite data for application of state-of-the-art instream flow assessment methods.  Collaborative modeling efforts were also undertaken by USGS and the USBR for water quantity and water quality modeling for the Klamath River.  The USFWS, CDFG, and Tribal resources also provided collaborative work on fish distributions, habitat suitability curve data collection and analyses, and miscellaneous supporting fieldwork as described below.  This section of the report provides a description of all the technical components undertaken by USU and collaborative efforts relied upon in the Phase II technical evaluations.

## Phase II General Process

The work conducted during Phase II followed continued the collaborative process of Phase I and involved close coordination between USU and the Technical Team.  The Technical Team was utilized during the study for information exchange, technical discussions on methodologies, and review of study results.  The team provided input and technical review for:

- Study design
- Study reach selection
- Study site selection
- Field methods
- Hydrology modeling
- Hydraulic modeling calibration and simulations
- Water quality modeling
- Species and life stage periodicities
- Species and life stage habitat suitability criteria development and validation
- Habitat modeling development and validation
- Integration of study results

In addition to technical review and input, most members of the Technical Team also provided technical assistance and collaborative efforts for field data collection and analyses.  This included for example, habitat mapping, collection of fish observation data, and analysis of habitat use data for development of habitat suitability criteria.  Collaborative efforts are noted where appropriate throughout the remainder of the report.

## Study Design

The study design for the Phase II work was developed by USU after extensive discussions with the state, federal, and tribal representatives during the Phase I process.  This included input and discussions with the Technical Working Group

1  of the Klamath Task Force.  As noted previously, these discussions focused on
2  specific technical approaches for the selection of study sites, data collection
3  strategies, collaborative efforts with existing studies (i.e., USGS/USFWS SIAM
4  efforts), analytical techniques, and proposed modeling approaches.
5
6  **Phase II Integrated Assessment Framework**
7
8  The primary objective for Phase II was to develop instream flow
9  recommendations using best available science based on application of state-of-
10 the-art field data collection and modeling techniques.  This effort is focused on
11 the use of physical habitat modeling as a central element.  The approach taken in
12 Phase II focused on improved water quantity, temperature and water quality
13 modeling within the main stem Klamath River made available by collaborative
14 efforts of state, federal and tribal resource agencies.   The application and
15 integration of the study components relied on a multidisciplinary assessment
16 framework that parallels the Instream Flow Incremental Methodology (IFIM)
17 developed by the U.S. Fish and Wildlife Service.  This framework is illustrated in
18 Figure 4.
19



20
21 Figure 4.      Multidisciplinary assessment framework utilized for Phase II.
22
23 Figure 4 also illustrates the integrated nature of the physical, chemical, and
24 biological processes and specific technical assessment components required to
25 address instream flows in the main stem Klamath River.   The initiation of the
26 Strategic Instream Flow Assessment Plan component of this framework predates
27 Phase I and Phase II.  This component started with the identified need to assess
28 the instream flow requirements in the main stem Klamath River as part of the
29 objectives of the Klamath Restoration Act as well as on-going recovery actions

by state, federal, tribal, local, and private groups.   In addition, the USBR in collaboration with the USGS, BIA, USFWS, NMFS, Tribes, and the Technical Work Group from the Klamath River Basin Fisheries Task Force also facilitated the development of a long-term instream flow study plan for the Klamath River Basin to extend the work being conducted in Phase II.

The following sections of the report detail the specific approaches and results associated with each component of the assessment framework used in Phase II.

## Delineation of the Spatial Domain

The Phase II study primarily focused on the main stem Klamath River below Iron Gate Dam for most components of the assessment framework.   However, the hydrology and water quality (including temperature) components involved modeling inflows to Upper Klamath Lake and routing this water to Iron Gate Dam. The flows and initial conditions for water quality were then modeled below Iron Gate Dam.   The Phase II assessments do not include work within the principal tributary systems (i.e., Shasta, Scott, Salmon, and Trinity Rivers).   These systems are targeted for assessments as part of the long-term strategic flow study mentioned previously.

**River Reach Stratification**

The Technical Team was utilized to stratify the main stem Klamath River into 'homogeneous' study reaches.   This stratification was primarily based on the junctions of major tributary systems within the main stem Klamath River.   The purpose of this stratification was to delineate sections of river that function in a similar manner in terms of flow volumes and overall channel characteristics.   The discussions also considered additional factors such as species and life stage distributions, access, locations of on-going fieldwork for other research (e.g., USGS/USFWS, Tribal fisheries programs), culturally sensitive areas for the tribes, existing modeling capabilities for water quantity and quality, and pragmatic constraints dictated by time and budget constraints on field work for study site delineations.

The Technical Team conducted a site reconnaissance of the main stem from Iron Gate Dam to estuary as part of this stratification process.  Based on the technical discussions and site reconnaissance, five river reaches were delineated:

1. Iron Gate Dam to the Shasta River
2. Shasta River to the Scott River
3. Scott River to the Salmon River
4. Salmon River to the Trinity River
5. Trinity River to the Estuary

1   These reach delineations are shown by different colors within the main stem
2   Klamath River in Figure 5. Table 8 provides the starting, ending, and total length
3   of river miles associated with each of these segments.
4
5
6
7   Table 8.       Starting, ending, and total length of river miles for each river reach
8               segment identified for Phase II studies.
9

| Segments | Iron Gate Dam to Shasta River | Shasta River to Scott River | Scott River to Salmon River | Salmon River to Trinity River | Trinity River to Estuary |
|---|---|---|---|---|---|
| Starting Mile | 0.00 | 13.45 | 46.94 | 125.23 | 148.10 |
| Ending Mile | 13.45 | 46.94 | 125.23 | 148.10 | 194.07 |
| Segment Length (miles) | 13.45 | 33.49 | 78.29 | 22.87 | 45.97 |

10
11   **Overview of Study Site Selection**
12
13   The selection of study sites for Phase II were determined through a collaborative
14   effort with the Technical Team and ongoing studies being conducted by the
15   USGS and USFWS. The USGS/USFWS were in the process of collecting 1-
16   dimensional cross section data within the first two river reaches as part of the
17   development work for the Systems Impact Assessment Model (SIAM) and
18   intended application of their salmon production model component (SALMOD).
19
20   Phase II study site locations were chosen to be broadly representative of channel
21   characteristics within each delineated river reach and in some cases to overlap
22   with existing USGS/USFWS study sites. These overlapping study sites were
23   selected to permit comparison between USGS/USFWS study results with those
24   generated in Phase II due to very different field data collection and modeling
25   strategies between the two studies. Study site selection specific to the
26   USGS/USFWS and Phase II work are described in more detail below.
27
28   The process for selection of study sites involved the use of ground-based habitat
29   mapping. This mapping effort characterized the available mesohabitats (i.e., fish
30   habitat) within each river reach segment. Based on the mapping results, specific
31   study site locations were selected based on the respective USGS/USFWS and
32   Phase II study objectives.
33

1
2
3   Figure 5.    River reach delineations, USGS/USFWS (1-D) and USU (intensive)
4                study site locations, river mile, and SIAM control point (CP)
5                locations within the main stem Klamath River.
6
7   **Habitat Mapping**
8
9   The USFWS, USGS, and Yurok Tribes undertook field based mapping of
10  mesohabitat types from Iron Gate Dam to the estuary.   The mesohabitat
11  classification scheme employed was developed by the USGS/USFWS study
12  team in collaboration with other state, federal, and tribal resource agencies and
13  adopted for use in Phase II for consistency.
14
15  Starting at Iron Gate Dam, each mesohabitat unit encountered was enumerated,
16  assigned to a specific mesohabitat classification, GPS coordinates delineated for
17  the start of the feature, and maximum depth recorded with an acoustic bottom
18  sounder.  An Advantage Laser Atlanta laser range finder was used to determine
19  lengths and widths of mesohabitat units.
20
21  Mesohabitat classifications were broken into Low Slope (LS), Moderate Slope
22  (MS), High Slope (HS) (same as Steep Slope (SS)), and Pools (P).  In addition
23  main channel, side channels, and split channel classifications were made.
24  According to the USGS/USFWS a split channel was defined as a "permanent",
25  vegetated (trees) island that is not inundated even at a "high flow" (~ 10,000 cfs).

A side channel has a temporary, un-vegetated or seasonally vegetated island (e.g., a gravel or sand bar) that is inundated by low or moderate flows (~ 3,000 – 6,000), typically annually.  Whenever a split or side channel condition was encountered, mesohabitat mapping was conducted for the main channel and each side/split channel separately.

Table 9 provides a summary of the mesohabitat mapping results for each delineated river reach.  The habitat mapping results were also utilized to extrapolate the relationships between flow and available habitat within specific study sites to the reach level as described later in the report in the habitat modeling section.  Note:  The Trinity River to estuary reach has been omitted (see USU Two-dimensional Hydraulic Modeling section below).

### Selection of USGS/USFWS Study Sites

Specific study sites for the USGS/USFWS based field efforts were selected to meet their study objectives for development of SALMOD as part of SIAM for the Lower Klamath Basin.  The selection of these study sites were based on USGS/USFWS study objectives using the general framework for the application of the Physical Habitat Simulation (PHABSIM) of the Instream Flow Incremental Methodology (IFIM) as described in Bovee (1995).  Based on these objectives and the habitat mapping results, seven study sites composed of thirteen hydraulic modeling sites were identified within the main stem Klamath River between Iron Gate Dam and upstream of the Scott River (see Figure 5, 1D-Sites).  These study sites were selected to represent available habitats within the upper two river reaches corresponding to Iron Gate downstream to the confluence with the Shasta River and from the Shasta River downstream to the confluence with the Scott River.  Four separate sampling sites were selected to represent the river reach above the confluence of the Shasta River.  Three separate study sites were selected to represent the river reach below the confluence of the Shasta River.  These study sites, listed in a downstream direction are (see Figure 5):

1. <u>Rranch</u> - Iron Gate to the Shasta River
2. <u>KRCE</u> - Iron Gate to the Shasta River
3. <u>Cottonwood</u> - Iron Gate to the Shasta River
4. <u>Yellow House</u> - Iron Gate to the Shasta River
5. <u>Deliverance</u> - Shasta River to the Scott River
6. <u>Trees of Heaven</u> - Shasta River to the Scott River, and
7. <u>Brown Bear</u> - Shasta River to the Scott River

1
2  Table 9.      Proportion of available mesohabitat types within each river reach.
3                Note: Mesohabitat types are defined as: LS = Low Slope, MS =
4                Moderate Slope, SS = Steep Slope, P = Pool, POW = Pocket
5                Water.
6

**Iron Gate to Shasta:**

**Main Channel**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 19860 | 35.03 |
| MS | 11868 | 20.93 |
| SS | 1914 | 3.38 |
| P | 23053 | 40.66 |
| RUN | N/A | N/A |
| | | |
| Total | 56695 | 100 |

**Side Channels**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 940 | 22.18 |
| MS | 1043 | 24.60 |
| SS | N/A | N/A |
| P | 1927 | 45.46 |
| RUN | 329 | 7.76 |
| Unknown | N/A | N/A |
| | | |
| Total | 4239 | 100 |

**Split Channels**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 2308 | 58.59 |
| MS | 1157 | 29.37 |
| SS | N/A | N/A |
| P | 474 | 12.03 |
| | | |
| Total | 3939 | 100 |

**Shasta to Scott:**

**Main Channel**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 45668 | 25.42 |
| MS | 35241 | 19.62 |
| SS | 13262 | 7.38 |
| P | 83738 | 46.61 |
| RUN | 1742 | 0.97 |
| | | |
| Total | 179651 | 100 |

**Side Channels**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 3776 | 28.37 |
| MS | 3154 | 23.70 |
| SS | 601 | 4.52 |
| P | 5778 | 43.41 |
| RUN | N/A | N/A |
| Unknown | N/A | N/A |
| | | |
| Total | 13309 | 100 |

**Split Channels**

| Mesohabitat Type | Total Length (feet) | Percent Total |
|---|---|---|
| LS | 1437 | 20.97 |
| MS | 1790 | 26.12 |
| SS | 1215 | 17.73 |
| P | 2410 | 35.17 |
| | | |
| Total | 6852 | 100 |

7
8
9

1    Table 9. (Continued)
2

| Scott to Salmon: | | | Salmon to Trinity: | | |
|---|---|---|---|---|---|
| **Main Channel** | | | **Main Channel** | | |
| Mesohabitat Type | Total Length (feet) | Percent Total | Mesohabitat Type | Total Length (feet) | Percent Total |
| LS | 54383 | 13.13 | LS | 13230 | 10.64 |
| MS | 67572 | 16.32 | MS | 14712 | 11.84 |
| SS | 32437 | 7.83 | SS | 8505 | 6.84 |
| P | 249385 | 60.21 | P | 87238 | 70.18 |
| RUN | 10389 | 2.51 | RUN | 613 | 0.49 |
| | | | | | |
| Total | 414166 | 100 | Total | 124298 | 100 |
| | | | | | |
| **Side Channels** | | | **Side Channels** | | |
| Mesohabitat Type | Total Length (feet) | Percent Total | Mesohabitat Type | Total Length (feet) | Percent Total |
| LS | 6915 | 29.31 | LS | 2120 | 31.56 |
| MS | 3333 | 14.13 | MS | 1418 | 21.11 |
| SS | 2496 | 10.58 | SS | 494 | 7.35 |
| P | 8363 | 35.45 | P | 2686 | 39.98 |
| RUN | 403 | 1.71 | RUN | N/A | N/A |
| Unknown | 2081 | 8.82 | | | |
| | | | Total | 6718 | 100 |
| Total | 23591 | 100 | | | |
| | | | | | |
| **Split Channels** | | | **Split Channels** | | |
| Mesohabitat Type | Total Length (feet) | Percent Total | Mesohabitat Type | Total Length (feet) | Percent Total |
| LS | 3790 | 50.55 | LS | N/A | N/A |
| MS | 2449 | 32.66 | MS | N/A | N/A |
| SS | 660 | 8.80 | SS | N/A | N/A |
| P | 599 | 7.99 | P | N/A | N/A |
| | | | | | |
| Total | 7498 | 100 | Total | N/A | N/A |

3
4    Within each of these general river stretches, the location of specific study and
5    hydraulic modeling sites were chosen based on representing key morphological
6    attributes of the river such as main channel, side channel, and split channels,
7    known locations of chinook spawning and rearing habitats, and hydrologic
8    considerations such as inflows from major tributaries.   The mesohabitat mapping
9    results were used in conjunction with field observations and professional

judgment to select specific mesohabitats where detailed hydraulic and habitat characterizations would be collected at each study site as described below.

**Selection of USU Study Sites**

Selection of USU study sites based on Phase II study objectives followed the general framework for the application of the PHABSIM component of the Instream Flow Incremental Methodology (IFIM).   The Technical Team participated in a field-based review of the Klamath River from Iron Gate to the estuary in light of general channel morphology, changes in flow associated with tributary inflows, and known habitat use by anadromous species.  Based on this review, USU in collaboration with the Technical Team selected eight locations within the main stem Klamath River for intensive field based analyses.  Each of these study sites was selected to be generally characteristic of the specific river reaches where they were located and in some cases to also allow comparison of modeling results based on the USGS study sites and modeling approaches.  The location of the eight Phase II study sites within each of the five river reaches are indicated in Figure 5 (labeled as USU) and denoted by the following locations:

1. RRanch
2. Trees of Heaven
3. Brown Bear
4. Seiad
5. Rogers Creek
6. Orleans
7. Saints Rest Bar
8. Youngs Bar

**Physical Processes**

This section of the report highlights the methodologies for fieldwork and associated modeling efforts used to characterize the key physical processes within the main stem Klamath River.  These efforts were specifically targeted to acquire and analyze data necessary to support the habitat modeling undertaken as part of the Biological Processes of the Phase II study.

**Channel Characterization**

The approaches taken to characterize the channel are directly linked to the intended modeling approach and objectives of the study.   Therefore, the approaches differ markedly between the USGS/USFWS study and the fieldwork undertaken as part of the Phase II assessments by USU.  Each approach is detailed below.

**USGS/USFWS Field Methodologies for Channel Characterization**

The USGS/USFWS study relies on the application of the hydraulic and habitat modeling as implemented in the Physical Habitat Simulation System (PHABSIM) (Hardy 2000). As such, their field methodologies were specifically designed to target the characterization of the channel properties for use in this modeling system. PHABSIM relies on cross sections to define the channel topography and then employs 1-dimensional hydraulic modeling to characterize the hydraulic properties over desired ranges of discharges. At each of the USGS/USFWS hydraulic modeling study sites, cross section profiles within specific mesohabitat types (with the exception of high gradient riffles) were used to characterize the channel topography, water surface elevations at three discharges, and the velocity profiles at several calibration flows. Figures 6 and 7 conceptually illustrate the field-based characterization of the river at a study site using a cross section approach.

Complete velocity profiles were generally obtained only at low and intermediate flow rates. Discharge measurements and mid-channel velocities were taken at the high calibration flow at one or more cross sections at each study site using an acoustic doppler current profiler. Which cross sections were measured was dictated by the ability to collect "good data" that was restricted by the severity of surface turbulence and safety considerations for the field crew (Jim Henriksen, personal communication). In addition, at each vertical along each cross section, the substrate, cover type, and distance to cover were delineated. At two study sites, RRanch and Trees of Heaven, an additional velocity and water surface elevation data set were collected for validation testing of the hydraulic modeling. Hydraulic modeling utilizing these data is described later in more detail. Table 10 lists the discharge and water surface elevation calibration sets collected at each of the USGS/USFWS hydraulic modeling study sites.

Table 10.    Discharge and water surface elevation calibration sets collected at each of the USGS/USFWS hydraulic modeling study sites.

| | RRanch LB | RRanch Main | RRanch RB | KRCE Main | KRCE Side | Cotton1 | Cotton2 |
|---|---|---|---|---|---|---|---|
| Low | 324 | 1010 | 714 | 1119 | 35 | 1037 | 1037 |
| Medium | 1373 | 3366 | 1941 | 3310 | 301 | 3175 | 3142 |
| High | 4606 | 7926 | 3190 | 7780 | | 7618 | 7337 |
| | | | | | | | |
| | | | | | | | |
| Low | Yellow | Deliverance | Trees1 | Trees2 | Brown Bear | | |
| Medium | 1098 | 1412 | 1485 | 1485 | 1545 | | |
| High | 3078 | 3114 | 3451 | 3220 | 3654 | | |
| | 8548 | 8473 | 9621 | 9621 | 8870 | | |



1
2
3
4  Figure 6.    Idealized representation of channel characteristics in plan view
5              based on cross sections.
6



7
8  Figure 7.    Idealized representation of channel characteristics in transverse
9              view based on cross sections.
10

1   **USU Field Methodologies for Channel Characterization**
2
3   The field methodologies used by USU for Phase II to characterize the channel at
4   each study site differs fundamentally from the approach described above for the
5   USGS/USFWS study.   In the approach taken by USU, the objective was to
6   delineate the channel characteristics (i.e., channel topography, substrate, and
7   vegetation) in a spatially explicit manner over the entire study site.   This
8   approach to field data acquisition targets data suitable for 3-dimensional
9   representation of the study site and application of 2-dimensional hydraulic
10  modeling.  The use of this type of hydraulic modeling requires that the spatial
11  domain (i.e., study reach) be characterized in terms of its 3-dimensional
12  topography.  This 'view' of a study site is illustrated in Figure 8.
13



14
15  Figure 8.   Three-dimensional representation of a study site based on field data
16                 collection methodologies employed by USU for Phase II.
17
18  The approach to the field data collection and subsequent analysis methods to
19  achieve this type of characterization was accomplished through the application of
20  low elevation high-resolution aerial photogrammetry and acoustic based mapping
21  of the channel topography.  The aerial photogrammetry is utilized to acquire
22  channel topographies that are above water, while the acoustic based mapping is

1  utilized to acquire below water topography.  These two data sets are then
2  integrated to obtain a single 3-dimensional representation of the channel.  Each
3  of the data acquisition and analysis steps are described below.
4
5  ***Establishment of a Control Network for Aerial Photogrammetry***
6
7  A Global Position System (GPS) control network was established, using three to
8  four control points that were placed along each of the eight study reaches.
9  Points were placed in a non-linear alignment so that triangulations between
10  points could be carried out to rectify coordinate positions.  Control points were
11  established using permanent survey markers that were located using survey
12  grade GPS equipment or with standard survey techniques from known horizontal
13  and vertical control points located near the study reach.  When using GPS, data
14  were collected on each control point for times varying from twenty minutes to ten
15  hours depending on satellite configuration and previously established control
16  points that were located in the study area.  These data permit the rectification of
17  all subsequent data collected at the site to a standard map projection in the
18  Geographic Information System (GIS).
19
20  ***Aerial Photogrammetry Image Acquisition and Digital Terrain Modeling***
21
22  Acquisition of low elevation high-resolution imagery was targeted to coincide with
23  the lowest practical flow rates within the channel to maximize the exposure of
24  channel topographies at each study site.  Dates of collection, flight elevation, and
25  flow rates at each of the eight study sites are shown in Table 11.  An example of
26  the low elevation high-resolution imagery for the RRanch study site is provided in
27  Figure 9.  Out-of-water digital terrain models (DTMs) were then generated at
28  each intensive study site using Soft Copy Photogrammetry. This is explained in
29  the next section.
30
31
32
33
34
35

1   Figure 9.      Example of the low elevation high-resolution imagery for the
2                  RRanch study site employed by USU for Phase II characterizations
3                  of the river channel.
4
5
6
7
8
9
10
11
12
13
14
15
16

1 Table 11.      Dates of image collection, flight elevations, and flow rates
2                measured at the eight USU study sites.
3

| Sites | Date of Image Collection | Image Frame | Flight Elevations | Flow Rate (cfs) |
|---|---|---|---|---|
| RRanch | 8/24/1999 | 1-02 | 1059.809 | 1140 |
| | | 1-03 | 1064.617 | |
| | | 1-04 | 1065.222 | |
| | | 1-05 | 1058.915 | |
| | | Average: | 1062.141 | |
| Seiad | 8/24/1999 | 4-04 | 822.387 | 1470 |
| | | 4-05 | 826.831 | |
| | | 4-06 | 829.635 | |
| | | 4-07 | 828.622 | |
| | | 4-08 | 826.980 | |
| | | 4-11 | 822.099 | |
| | | 4-12 | 825.476 | |
| | | 4-13 | 828.856 | |
| | | 4-14 | 831.083 | |
| | | 4-15 | 828.180 | |
| | | 4-16 | 821.511 | |
| | | Average: | 826.515 | |
| Orleans | 8/24/1999 | 6-03 | 521.449 | 2130 |
| | | 6-04 | 519.932 | |
| | | 6-05 | 515.774 | |
| | | 6-06 | 512.974 | |
| | | 6-07 | 510.109 | |
| | | 6-08 | 503.838 | |
| | | 6-09 | 507.045 | |
| | | 6-10 | 509.099 | |
| | | 6-11 | 511.487 | |
| | | Average: | 512.412 | |
| Brown Bear | 8/24/1999 | 3-06 | 915.235 | 1226 |
| | | 3-07 | 921.588 | |
| | | 3-08 | 927.421 | |
| | | 3-09 | 930.248 | |
| | | 3-10 | 932.148 | |
| | | Average: | 925.328 | |

| Sites | Date of Image Collection | Image Frame | Flight Elevations | Flow Rate (cfs) |
|---|---|---|---|---|
| Youngs Bar | 8/24/1999 | 9-05 | 481.776 | 3038 |
| | | 9-07 | 456.712 | |
| | | 9-08 | 464.556 | |
| | | 9-09 | 467.831 | |
| | | 9-10 | 470.365 | |
| | | 9-11 | 471.526 | |
| | | Average: | 468.794 | |
| Trees of Heaven | 8/24/1999 | 2-01 | 1014.172 | 1224 |
| | | 2-02 | 1018.882 | |
| | | 2-03 | 1025.264 | |
| | | 2-04 | 1032.156 | |
| | | 2-05 | 1041.428 | |
| | | 2-06 | 1048.051 | |
| | | Average: | 1029.992 | |
| Rogers Creek | 8/24/1999 | 5-01 | 568.423 | 1832 |
| | | 5-02 | 570.465 | |
| | | 5-03 | 574.068 | |
| | | 5-04 | 575.765 | |
| | | 5-05 | 579.970 | |
| | | 5-06 | 585.394 | |
| | | 5-09 | 563.358 | |
| | | 5-10 | 571.051 | |
| | | 5-11 | 578.813 | |
| | | Average: | 574.145 | |
| Saints Rest Bar | 8/24/1999 | 7-02 | 472.690 | 2130 |
| | | 7-03 | 479.986 | |
| | | 7-04 | 492.593 | |
| | | 7-05 | 499.833 | |
| | | 7-06 | 505.818 | |
| | | Average: | 490.184 | |

4
5  Photogrametric derived DTMs generally have coordinate accuracies of
6  approximately 1/10,000[th] of the flying elevation.  Flying elevations for each study
7  site are shown in Table 10.  Accuracy of the DTMs at each site therefore, was
8  generally in the range of 0.03-0.09 meters (0.1-0.3 feet). In some instances,
9  where topographies were obscured by riparian vegetation, they were delineated
10 (i.e., horizontal and vertical measurements) using standard survey techniques
11 with a total station.  Topographic sampling in these cases was approached using
12 a systematic irregular sampling strategy that focused on delineating changes in
13 the plan form topography.
14
15 ***Aerial Photogrammetry Data Reduction***
16
17 Aerial photography ground control targets were placed on the ground at each
18 intensive study site and surveyed with GPS using the survey control network.  All
19 survey data were submitted to standard QA/QC checks at each site.   This
20 included for example, satellite configuration errors, checks on ellipsoid height
21 errors, PDOP (point dilution of precision), L1/L2 fix statistics, etc.   The aerial
22 targets were used as horizontal and vertical control in the photogrammetry block
23 adjustment process.
24

1   Aerial photographs were scanned at 12 $u$m using a high quality photogrammetric
2   scanner.  The interior orientation of each image was set in the photogrammetry
3   software using the USGS camera calibration report parameters for the aerial
4   camera.  The ground control points in combination with between image tie-points
5   were used within the photogrammetry software to perform a least-squares block
6   bundle adjustment of all images.  Statistics from this process were reviewed for
7   accuracy with an allowable maximum Root Mean Square Error of 1.0 or less.
8
9   Following this step, stereo pairs for use in digital terrain modeling were
10  generated.  The three-dimensional topography (DTM's of above water
11  topography) was then generated from the stereo pairs using standard softcopy
12  photogrammetry techniques.   All topography work was reviewed by a second
13  research technician as a QA/QC check.  Following generation of the complete
14  above water DTM's, digital orthophotographs were produced for each study site.
15  The orthophotographs were then used for the development of a GIS base map
16  for each study site.  This GIS (orthophotograph) base map was used primarily to
17  overlay data from biological observation, substrate/cover mapping, hydrodynamic
18  modeling (including computational meshes), topography contours, and fish
19  habitat modeling as described below.  The orthophotographs for each of the eight
20  study sites are provided in Figures 10 through 17.
21

001376

1



2
3  Figure 10.    Orthophotograph of the USU RRanch study site.
4

Figure 11.      Orthophotograph of the USU Trees of Heaven study site.



Figure 12.    Orthophotograph of the USU Brown Bear study site.

001379

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33



Figure 13.    Orthophotograph of the USU Seiad study site.

001380

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



Figure 14.    Orthophotograph of the USU Rogers Creek study site.



Figure 15.    Orthophotograph of the USU Orleans study site.

001382



Figure 16.    Orthophotograph of the USU Saints Rest Bar study site.

001383

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



Figure 17.    Orthophotograph of the USU Youngs Bar study site.

1   *Hydro-acoustic Mapping of Underwater Topography and Data Reduction*
2
3   The hydroacoustic based mapping of the subsurface channel topography (i.e.,
4   under water topography) was undertaken with a boat mounted real time
5   kinematic differentially corrected survey grade GPS system integrated with a
6   scientific grade acoustic bottom profiling system.  An acoustic doppler current
7   profiling system (ADP) for measurement of the 3-dimensional velocity vectors
8   throughout the water column was also integrated into the instrument package.
9   The integrated boat mounted instrument package is shown in Figure 18.
10
11   The hydroacoustic mapping was conducted at a discharge that was greater than
12   the discharge at which the aerial photogrammetry was collected to ensure an
13   overlap between the DTMs generated from these data sets and to minimize the
14   potential for missing topographies where the acoustic mapping was limited by
15   water depths at the stream margins.  Figure 19 illustrates a typical GPS track of
16   the USU integrated boat mounted hydro-acoustic mapping instrument package
17   while collecting bottom topographies at a river site.  This figure also illustrates out
18   of water terrain points derived from soft copy photogrammetry.
19
20   Table 12 lists the dates, flow rates, and number of sample points collected when
21   acoustic mapping was conducted at each USU study site.  Hydro-acoustic data
22   reduction involved conversion of electronic data from field systems in the
23   laboratory, data censoring, and QA/QC of the raw field data.  Data censoring and
24   QA/QC procedures were used to remove any data points where either bottom
25   lock was lost on the hydro-acoustic profiling gear or GPS location data were
26   degraded outside acceptable limits. In addition, the data were screened visually
27   in the 3-dimensional photogrammerty software for outliers where shallow water
28   interference caused errors in the hydro-acoustic data.



29

1    Figure 18.       USU    integrated    boat    mounted    hydro-acoustic    mapping
2                     instrument package.
3



4
5    Figure 19.       Typical GPS track (green lines) of the USU integrated boat
6                     mounted hydro-acoustic mapping instrument package while
7                     collecting bottom topographies at a river site.   Red points
8                     identify photogrammetry derived terrain points.
9
10   Table 12. Dates, flow rates, and number of data points collected during acoustic
11            mapping at each intensive study site.
12

| Study Site | Collection Dates | Flow Rate(s) CFS | Number of Sonar Points |
|---|---|---|---|
| Rranch | 3/29-3/30/99 | 5550,5530 | 18540 |
| Trees of Heaven | 3/25-3/27/99 | 6496 | 36400 |
| Brown Bear | 3/23-3/24/99 | 7563 | 22021 |
| Seiad | 3/16-3/20; 3/22/99 | 10300,9490,9220,10900,12600,1160 | 47407 |
| Rogers Creek | 8/26-8/27/99 | 1832 | 6970* |
| Orleans | 4/1-4/3/99 | 16700,16900 | 23439 |
| Saints Rest Bar | 4/6/1999 | 16600,16500 | 9893 |
| Youngs Bar | 4/7-4/8/99 | 22580,22500 | 14677 |

13   * Data collected using ADP.  All other data collected using single beam sonar.

1   *Integration of Photogrammetry and Hydro-acoustic Data*
2
3   The integration of the DTM data derived from the softcopy photogrammetry and
4   the DTM data derived from the hydro-acoustic data were integrated with
5   conventional survey data to generate a single spatially explicit terrain model for
6   each intensive study site.   This terrain model was then used to develop 3-
7   dimensional computational meshes for input into the 2-D hydrodynamics (i.e.,
8   hydraulic) model for each study site.   The development of the computational
9   meshes and hydrodynamic modeling is discussed below.
10
11  ## Water Surface Elevation and Water Velocity Mapping
12
13  The longitudinal profile of the water surface elevation within each study site was
14  measured at a minimum of three calibration discharges.   The survey data was
15  tied directly to the upstream and downstream control cross sections at each
16  intensive site.  These water surface profiles were accompanied by an estimate of
17  the discharge at the site.   The discharge and water surface elevation data sets
18  were used for 2-dimensional hydrodynamics model calibration as described
19  below.    Velocity measurements using a three-dimensional acoustic doppler
20  current profiler (ADCP) were undertaken throughout the study sites at the
21  discharge associated with the delineation of the channel topographies.  Table 12
22  indicates the dates of hydraulic calibration data set collections and associated
23  flow rates at each USU study site.
24
25  Table 13.      Dates of collection and flow rates for each calibration data set at
26              USU study sites (WSE = Water Surface Elevation, cms = cubic
27              meters per second).

| Site | Date | High WSE (m) | High Q (cms) | Med WSE (m) | Med Q (cms) | Low WSE (m) | Low Q (cms) |
|---|---|---|---|---|---|---|---|
| Rranch | 3/29/1999 | 624.99 | 157.164 | | | | |
| Rranch | 6/3/1999 | | | 624.24 | 53.800 | | |
| Rranch | 8/24/1999 | | | | | 623.99 | 32.280 |
| Trees of Heaven | 3/27/1999 | 566.41 | 183.953 | | | | |
| Trees of Heaven | 6/2/1999 | | | 565.29 | 57.599 | | |
| Trees of Heaven | 8/24/1999 | | | | | 564.94 | 34.661 |
| Brown Bear | 3/23/1999 | 471.23 | 214.168 | | | | |
| Brown Bear | 6/9/1999 | | | 470.15 | 57.542 | | |
| Brown Bear | 8/25/1999 | | | | | 469.76 | 34.718 |
| Seiad | 3/16/1999 | 384.17 | 291.674 | | | | |
| Seiad | 6/10/1999 | | | 383.58 | 128.563 | | |
| Seiad | 8/26/1999 | | | | | 383.12 | 41.627 |
| Rogers Creek | 4/14/2000 | 146.18 | 298.025 | | | | |
| Rogers Creek | 6/29/1999 | | | 145.38 | 131.465 | | |
| Rogers Creek | 8/26/1999 | | | | | 144.66 | 51.878 |
| Orleans | 4/1/1999 | 87.49 | 472.909 | | | | |
| Orleans | 6/14/1999 | | | 87.21 | 365.301 | | |
| Orleans | 9/1/1999 | | | | | 86.09 | 60.034 |
| Saints Rest Bar | 4/6/1999 | 464.41 | 32.487 | | | | |
| Saints Rest Bar | 7/6/1999 | | | 146.97 | 31.203 | | |
| Saints Rest Bar | 8/8/2000 | | | | | 63.18 | 30.212 |
| Youngs Bar | 4/7/1999 | 639.42 | 7.983 | | | | |
| Youngs Bar | 7/1/1999 | | | 275.53 | 6.583 | | |
| Youngs Bar | 9/2/1999 | | | | | 88.95 | 5.674 |

28
29

**Substrate and Vegetation Mapping**

Substrate and vegetation distributions were mapped at each study site by delineating filed interpreted polygons on color aerial photograph prints and then digitizing these polygon data in the laboratory.  Substrate and vegetation codes were standardized for the study and are provided in Table 14.  Where substrate could not be delineated directly, snorkeling, and underwater video were utilized.  This work was undertaken through a collaborative effort by the Yurok Tribal fisheries resource personnel assisting with the Phase II work.  The digitized polygon data were then overlaid onto the orthophotographs in the GIS in order to assign variable roughness values spatially within a study site at each computational mesh node location for use in the hydraulic modeling.  As will be discussed below, the integration of the substrate and vegetation mapping with the hydraulic solutions at each computational mesh node were also used in the habitat modeling for fish.  Figures 20 through 27 show the substrate and vegetation polygon distributions delineated for each intensive study site and overlaid on the study site orthophotographs.

Table 14.    Standardized codes used for field delineations of polygons associated with substrate and vegetation at study reaches.

| Code | Substrate or Vegetation Type | Code | Substrate or Vegetation Type |
|---|---|---|---|
| 1 | Filamentous algae | 18 | Clay |
| 2 | Non emergent rooted aquatic | 19 | Sand and/or silt (<0.1") |
| 3 | Emergent rooted aquatic | 20 | Coarse Sand (0.1-0.2") |
| 4 | Grass | 21 | Small Gravel (0.2-1") |
| 5 | Sedges | 22 | Medium Gravel (1-2") |
| 6 | Cockle burs | 23 | Large Gravel (2-3") |
| 7 | Grape vines | 24 | Very Large gravel (3-4") |
| 8 | Willows | 25 | Small Cobble (4-6") |
| 9 | Berry vines | 26 | Medium Cobble (6-9") |
| 10 | Trees <4" | 27 | Large Cobble (9-12") |
| 11 | Trees >4" | 28 | Small Boulder (12-24") |
| 12 | Rootwad | 29 | Medium Boulder (24-48") |
| 13 | Aggregates of small veg dom <4" | 30 | Large Boulder (>48") |
| 14 | Aggregates of large veg dom>4" | 31 | Bedrock-smooth |
| 15 | Duff, leaf litter, organic debris | 32 | Bedrock-rough |
| 16 | Small Woody Debris (SWD) <4"x12" | | |
| 17 | Large Woody Debris (LWD)>4"x12" | | |



Figure 20.    Spatial distribution of delineated substrate and vegetation at the USU RRanch study site.



Figure 21.    Spatial distribution of delineated substrate and vegetation at the USU Brown Bear study site.



1
2
3    Figure 22.    Spatial distribution of delineated substrate and vegetation at the
4                  USU Trees of Heaven study site.
5

1
2



3    Figure 23.    Spatial distribution of delineated substrate and vegetation at the
4                  USU Seiad study site.
5



6    Figure 24.    Spatial distribution of delineated substrate and vegetation at the
7                  USU Rogers Creek study site.



1
2   Figure 25.      Spatial distribution of delineated substrate and vegetation at the
3                   USU Orleans study site.



Figure 26.    Spatial distribution of delineated substrate and vegetation at the USU Saints Rest Bar study site.



Figure 27.    Spatial distribution of delineated substrate and vegetation at the USU Youngs study site.

**Hydraulic Modeling**

The approach to hydraulic modeling at each study site was undertaken specific to the requirements of each type of data set (i.e., 1-dimensional versus 2-dimensional data). The USGS/USFWS cross section data was analyzed using 1-dimensional hydraulics within PHABSIM, while hydraulic modeling at the USU study sites was analyzed using a two-dimensional hydraulic model. The specific modeling approaches for each type of data sets are described in detail within the following section of the report.

## USGS/USFWS 1-dimensional Hydraulic Modeling

USU collaborated with personnel from the USGS for all the hydraulic modeling associated with their data at each of their study sites. USU was initially supplied with electronic copies of the reduced field data, which included:

a)   Cross section geometry,
b)   Computed and best estimates of the discharge for each calibration flow,
c)   Measured velocities for each velocity calibration set,
d)   Substrate and cover associated with each vertical at each cross section,
e)   Distance to cover coding for each vertical at each cross section, and
f)   Weightings for each cross section to extrapolate results to the reach level.

### *Water Surface Modeling*

The determination of the relationship between the water surface (stage) and the discharge is the first step in hydraulic calibration and simulation phases of PHABSIM. The stage is used in the simulations to derive depth distributions for each cross section by subtraction of bed elevations across the channel from the stage; and to identify the location of the free surface to establish boundaries (i.e. wetted cell locations) for some of the equations that describe velocity distributions. If stage and bed elevation are known, depth may be determined at any location on the cross section.

Several approaches may be used in the prediction of stage-discharge relationships. In PHABSIM this includes: (1) linear regression techniques based on multiple measurements from the field (Stag-Q or IFG4); (2) use of Manning's equation (MANSQ); and (3) calculation of water surface profiles using standard step backwater computations (WSP). These three approaches represent the three main hydraulic modeling options within PHABSIM.

Water surface modeling at each study site followed recognized guidelines for calibration and simulation of water surface elevations for the application of

1    PHABSIM as outlined in Hardy (2000).  In general, the calibration and simulation
2    of water surface elevations for specific cross sections employed one or more of
3    the following three models:
4
5    **Stage-Q**      The Stage-Q model uses a stage-discharge relationship (rating
6                     curve) to calculate water surface elevations at each cross section.
7                     In the stage-discharge relationship and simulations, each cross
8                     section is independent of all others in the data set. The basic
9                     computational procedure is conducted by performing a log-linear
10                    regression between observed stage and discharge pairs at each
11                    cross section. The resulting regression equation is then utilized to
12                    simulate water surface elevations at all flows of interest.
13
14   **MANSQ**        The MANSQ program utilizes Manning's equation to calculate water
15                    surface elevations on a cross-section by cross-section basis and
16                    therefore treats each cross section as independent. Model
17                    calibration is accomplished by a trial and error procedure to select a
18                    $\beta$ coefficient, which minimizes the error between observed and
19                    simulated water surface elevations at all measured discharge and
20                    water surface elevation pairs.
21
22   **WSP**          The Water Surface Profile (WSP) program uses a standard step
23                    backwater method to determine water surface elevations at each
24                    cross section. The WSP program requires that all cross sections
25                    being analyzed in a given model run be dependent. That is, each
26                    cross section hydraulic characteristics in terms of bed geometry
27                    and water surface elevations are measured from a common datum.
28                    The model is initially calibrated to a measured longitudinal profile of
29                    the water surface elevations by adjusting Manning's roughness at
30                    each cross section and then to subsequent measured longitudinal
31                    water surface profiles at other discharges by adjustment of the
32                    roughness modifiers used within the model. This approach also
33                    requires all hydraulic controls within the modeled reach to be
34                    represented by cross sections.
35
36   The specific equations for each of these models and their application to water
37   surface modeling in PHABSIM can be found in Hardy (2000).
38
39   Specific model selection (i.e., Stage-Q, MANSQ, or WSP) for specific cross
40   sections over specific flow ranges was based on model performance
41   comparisons between observed and simulated water surface elevations at the
42   calibration flows.  It also included reviews of the simulated model results over the
43   full range of simulated discharges.
44
45   USU conducted the preliminary model calibrations for water surface elevations at
46   all USGS study sites and provided these results to the USGS for review and

1   revision.  USGS then provided USU revised modeling results for all study sites,
2   including updated and corrected calibration data.  USU then conducted a final
3   QA/QC evaluation of the hydraulic simulations.   This involved a comparison of
4   simulated and observed water surface elevations at each calibration flow and for
5   all simulated discharges to ensure that model outputs were rational (i.e., water
6   flowed down hill between successive cross sections within the hydraulic
7   modeling study site).  This QA/QC step is illustrated in Figure 28.  This figure
8   shows a series of 'screen grabs' from the PHABSIM modeling software used for
9   the evaluation of water surface modeling.  This software was developed at USU
10  (Hardy 2000) and used for all PHABSIM modeling in Phase II.
11
12



13
14  Figure 28.    Example of observed versus predicted water surface elevation
15                results used in the QA/QC modeling checks conducted by USU.
16
17  Calibration and simulation results at each study site for each cross section were
18  also reviewed by the Technical Team and they concurred with USGS and USU
19  that the hydraulic model calibration and simulations for water surface elevations
20  met acceptable standards of practice for the application of PHABSIM (see, Hardy
21  2000).
22

### *Velocity Modeling*

The second major step of hydraulic modeling within PHABSIM involves the determination of velocity profiles at each cross section within the river. PHABSIM models velocities at one cross section at a time and as such, treats the cross sections independently regardless of the model employed to generate the water surface elevations. Within PHABSIM, the IFG4 model is utilized for all velocity predictions, which are subsequently used in the habitat modeling components of the system.

Velocity modeling at each study site followed recognized guidelines for calibration and simulation of PHABSIM data sets as outlined in Hardy (2000). The IFG4 model was used for all velocity calibration and simulations. However, the specific IFG4 computational options (i.e., velocity calibration sets, use of cell specific Manning's n, etc.) for individual cross sections over specific flow ranges was based on model predictions compared to calibration data. It also included reviews of the simulated model results over the range of simulated discharges.

The specific equations and different approaches for velocity modeling and their application to simulation of velocity profiles in PHABSIM can be found in Hardy (2000).

USU conducted the preliminary model calibrations for velocities at all USGS study sites and provided these results to the USGS for review and revision. USGS and USU then worked collaboratively to revise and finalize the modeling approach for velocities at each cross section for all study sites, including updated and corrected calibration data.

USU then conducted a final QA/QC evaluation of these hydraulic modeling results. This QA/QC involved a comparison of simulated and observed velocities at each calibration flow and a review of the simulated velocity distributions at each vertical for all cross sections at all calibration flows. Finally, this process also examined the relationship of the velocities in each cell of each cross section for all simulated ranges of discharges to ensure that model outputs were rational (i.e., velocity magnitudes in edge cells were within realistic magnitudes for computed cell depths).

Examples of the QA/QC procedures for velocity modeling are illustrated in Figure 29. This figure shows comparisons between observed and predicted velocities at each of the three calibration flows (low, medium, and high clockwise from top right) and the simulation results over a range of discharges (lower right).

Calibration and simulation results at each study site for each cross section were reviewed by the Technical Team and they concurred with USGS and USU that the hydraulic model calibration and simulations for velocities met acceptable standards of practice for the application of PHABSIM (Hardy 2000).

1



2
3
4   Figure 29.     Example of observed versus predicted velocities results used in the
5                      QA/QC modeling checks conducted by USU.
6
7   **USU Two-dimensional Hydrodynamic Modeling**
8
9   Although a number of flow models were initially evaluated, the hydrodynamic
10  model used by USU was a two-dimensional flow model. This model relies on a
11  2-dimensional, quasi-3-dimensional model formulation and was developed and
12  used extensively for research on rivers by Jonathan Nelson of the USGS (Nelson
13  1996, Thompson et al. 1998, Nelson et al. 1995, McLean et al. 1999, Topping et
14  al. 2000). The model relies on 3-dimensional riverbed topography, flow rate, and
15  stage (i.e., water surface elevations) boundary conditions to calculate flow,
16  velocities, water surface elevations and boundary shear stresses in the channel.
17  It has been used in channels with or without islands in both high and low Froude
18  number flows (i.e., sub-critical and super-critical flow conditions). The model
19  solves the two-dimensional vertically averaged flow equations on an orthogonal
20  curvilinear grid. It uses a spatially variable, scalar kinematic eddy viscosity
21  turbulence closure that emphasizes vertical diffusion of momentum. The
22  program was written to accommodate spatially variable channel roughness and
23  was further modified at USU to enhance the wetting-drying algorithm and initial

1   condition capabilities.  These modifications were made to enhance computational
2   efficiency during the iterative process of model calibration and improve overall
3   simulation results.   The technical description of this model and underlying
4   equations can be found in citations noted above.
5
6   ***Development of Computational Meshes***
7
8   The DTM generated from the spatial delineation of the study reach described
9   above was used to create a curvilinear orthogonal mesh.  The meshes were
10  generated at each of the study sites using a smooth (gradually varying radius)
11  stream centerline overlaid on the DTM.  Meshes were refined (i.e., number of
12  mesh elements (nodes) and spacing between nodes) of each mesh as much as
13  practical given the size of the intensive study sites and limitations associated with
14  computational time requirements.   These meshes were used both for the
15  hydrodynamics modeling and for the habitat modeling as described below.  For
16  this study, the computational meshes at all sites contained nodes every 1.6
17  meters (5.25 feet) across the river and 1.7 meters (5.58 feet) in the longitudinal
18  direction (i.e., up and down the river).  An example of the computational mesh for
19  the RRanch study site is illustrated in Figure 30.
20



21  Figure 30.    Example of the computational mesh at RRanch used in the
22                hydrodynamic modeling of water surface elevations and velocities
23                at USU study sites.
24
25  ***Water Surface Modeling***
26
27  At each intensive study site, three sets of measured water surfaces and
28  calibration discharges were surveyed (see Table 13) for use in calibration of the

1  hydrodynamic model.  The two-dimensional hydraulic model at each site was
2  calibrated to measured water surfaces by adjusting roughness for each
3  computational node.  This calibration was facilitated from the overlays of the
4  delineated substrate and vegetation polygons onto the computational meshes at
5  each site as described previously (see Figures 20 through 27).  For each
6  substrate or vegetation type, we associated an estimated hydraulic roughness
7  height based on the size of the particle size (or largest particle size when mixed
8  substrates were delineated) or vegetation type in each substrate/vegetation
9  category.  In the case of substrates, the hydraulic roughness was based on a
10  drag coefficient calculated from the roughness length (particle size) of each
11  substrate category.    In the case of vegetation, roughness was assigned
12  according the morphometry and density of the vegetation delineated within a
13  polygon (i.e. grass versus willows).  Roughness values were assigned from
14  published values in the literature for vegetation (Chow 1959, Arcement and
15  Schneider 1989).    The roughness associated with vegetation and substrate
16  classes are provided in Table 14.  An example of these assignments spatially
17  within the USU RRanch study site is illustrated in Figure 31.
18
19  Table 14.    Hydraulic roughness assigned to classes of vegetation used in the
20           2-dimensionalhydrodynamic modeling at USU study sites.
21

| Vegetation Codes | Roughness Sparse (s) and Dense (d) | Hydrodynamic Roughness Code | Approximate Mannings n |
|---|---|---|---|
| Filamentous Algae | low (d&s) | 500/500 | High= 0.15 |
| Non Emergent Rooted Aquatic | low (d&s) | 500/500 | Med  High=0.10 |
| Emergent Rooted Aquatic | high (d), med high (s) | 900/800 | Med=0.06 |
| Grass | med (d), low (s) | 700/500 | Low=0.035 |
| Sedges | med (d), low (s) | 700/500 | |
| Cockle Burs | med (d), low (s) | 700/500 | |
| Grape Vines | high (d), med (s) | 900/700 | |
| Willows | high (d), med (s) | 900/700 | |
| Berry Vines | high (d), med (s) | 900/700 | |
| Trees <4" dbh | med high (d), med (s) | 800/700 | |
| Trees >4" dbh | med high (d), med (s) | 800/700 | |
| Rootwad | high (d), med (s) | 900 | |
| Aggregates of Small Veg Dom (<4") | high (d), med (s) | 900/700 | |
| Aggregates of Small Veg Dom (>4") | high (d), med (s) | 900/700 | |
| Duff, Leaf Litter, Organic Debris | Typically use substrate | | |
| Small Woody Debris (SWD) <4"x12" | high (d), med (s) | 700 | |
| Large Woody Debris (LWD) >4"x12" | high (d), med (s) | 900 | |

22



Figure 31.    Example of spatially explicit assignment of variable roughness for
              different substrate and vegetation codes within the USU RRanch
              study site (vegetation roughness is in green and substrate
              roughness is in red).

This process assigned differential roughness spatially across all computational
nodes as an initial starting point in the model calibration process.   During the
calibration phase of the hydrodynamics modeling, the roughness height assigned
to specific nodes for substrate was increased or decreased by a constant
percentage globally until the modeled water surface matched the measured
water surface at that calibration flow.   This was first undertaken at the high
calibration flow.   The calibrated roughness was then used in subsequent
simulations to verify model performance at the medium and low calibration flows.

When a channel roughness height adjustment was obtained throughout the study
site that generated accurate water surface elevation predictions at all calibration
flows, the hydrodynamics model was assumed to be calibrated.   All subsequent

1   hydraulic simulations for various flows used in the habitat modeling were
2   modeled with these same calibrated channel roughness heights.  Water surface
3   modeling results were generally within 1 to 5 centimeters over the entire spatial
4   domain of each study site.  This is illustrated for the results at the USU RRanch
5   study site in Figure 32.  This figure shows the difference between measured and
6   modeled water surface elevations at a flow rate of 157 cubic meters per second
7   (~ 5,544 cfs).
8



9
10  Figure 32.   Difference between measured and modeled water surface
11               elevations at the USU RRanch study site at a flow rate of 157 cubic
12               meters per second (~5,544 cfs).
13
14  However, in some instances, especially where high turbulence was encountered
15  within the study reach, predicted versus simulated water surface elevations could
16  show apparent differences that were higher.  This larger apparent difference for
17  these sections is attributed to both the solutions from the hydraulic model as well
18  as 'errors' associated with interpolation of the longitudinal water surface
19  elevations over the study site used in making these comparisons.   The
20  interpolation of the water surface elevation assumes a linear relationship both
21  longitudinally as well as transversely across the channel based on the locations
22  of measured data.  This is not always an accurate representation of the actual
23  differences in the spatial distribution water surface elevations longitudinally and

transversely observed in the field or generated from the modeling results.  The hydraulic model predicts variable longitudinal and transverse water surface elevations within a study reach based on the flow and channel topographies as represented by the computational mesh.   However, our evaluations of the modeling results are considered acceptable and on the order of resolution obtained from modeling results using the 1-dimensional models described previously.

### *Velocity Modeling*

Vertically averaged mean column velocities are generated during the solution of the two-dimensional hydrodynamics equations at each of the mesh nodes.  No "calibration" of the velocity modeling is required.  Accuracy of modeled velocities is primarily dependent on the accuracy of the channel topography, the accuracy of the channel roughness inputs, accuracy of the water surface elevations, and the hydrodynamics model itself (appropriateness of equations used in the model and the turbulence sub-model used for the analytical solutions).  The accuracy of the modeled velocities was assessed by comparing the modeled velocity patterns (direction and magnitude) to measured/observed velocity patterns collected during topography delineations.   Measured velocities included three dimensional point velocity measurements from the Acoustic Doppler Profiler at each intensive study site and standard mean column velocity measurements collected as part of the USGS 1-dimensional hydraulics modeling at two overlap study sites (RRanch and Trees of Heaven).  Figure 33 shows typical results of the velocity simulations obtained from the hydrodynamic model at a study site.  In Figure 33, the flow rate was simulated to just allow water to begin overflowing the exposed gravel bar (see orthophotograph in upper right).  The underlying colors are coded to depth with darker blue being deeper.  At this flow rate, water is also flowing down the small side channel at the lower bottom of the image.

Based on a review of these comparisons we consider that the velocity modeling results to represent the spatial distribution of velocity magnitude and directions of the flow fields at each study site.  For example, the overall pattern of the spatial distribution of velocity fields (e.g., eddies) was excellent when simulated and observed patterns of flow were examined.

However, the QA/QC evaluations conducted by USU at the Youngs Bar study site indicated that modeling solutions were unacceptable in terms of both water surface elevations and corresponding velocity simulations at the calibration flows.  Our technical assessment indicated that the upstream boundary of the study site (see Figure 17) was being impacted by the large gravel bar that extended above the study site boundary.   At different flow rates, water partitions between the main channel and along the lower inside corner of the channel (see lower right area in Figure 17).  Insufficient channel topography existed to extend the study site upstream and adequate stage-discharge relationships to allow an accurate

1  partitioning of the flows into the top of the modeled reach.   Based on these
2  results, the Youngs Bar study site was dropped from the assessments.
3



4
5
6  Figure 33.    Example of the predicted velocity magnitude and their directions at
7              the USU Seiad study site.
8
9  **Ranges of Simulated Flows**
10
11  For the USGS/USFWS based 1-dimensional hydraulic modeling the USU 2-
12  dimensional based hydraulic modeling, the ranges of simulated flows for the
13  models were based on the quality of the simulations and range of target flows
14  desired for the assessments.   For both the 1-dimensional and 2-dimensional
15  hydraulic modeling, flow ranges between 400 and 8,000 cfs at stations in the
16  river reach immediately below Iron Gate Dam are within what would be
17  considered valid ranges for application of these modeling tools based on the
18  measured calibration discharges and hydraulic modeling calibration and
19  simulation results (Hardy 2000).   For study sites in successive river reaches
20  below Iron Gate Dam, the calibration data reflects increased flows associated
21  with tributary accretions and therefore the range of simulated discharges
22  increase proportionally. For example, at the Saints Rest Bar study site, the lower
23  range of simulated flows is approximately 2200 cfs and the upper ranges is
24  approximately 19,500 cfs.   In all cases, the valid ranges of simulated flows

generally encompass the expected monthly flow ranges for the main stem Klamath River germane to the assessment of instream flow recommendations. In some cases however, especially at very low exceedence ranges (i.e., high flows), flow rates were higher than the simulated ranges for the hydraulics. This is addressed where appropriate in the development of the instream flow recommendations.

**Hydrology**

Phase I relied on data from the Keno and Iron Gate gages to estimate unimpaired and historical (i.e., Klamath Project operations) flows for use in the hydrology based instream flow assessment methods. In Phase II, the underlying hydrology used in the assessment process was derived from model simulations. Simulated hydrology for Phase II was primarily focused from below Iron Gate Dam to the estuary. However, in all simulations, water routing from Upper Klamath Lake to Iron Gate Dam was required. As described below, this was accomplished using KPSIM and/or MODSIM a component of SIAM. The Phase II assessments considered four different flow scenarios (described below) and were defined as follows:

1. Unimpaired no project flows (No_Project)
2. USGS simulated historical Klamath Project Operations (USGS_Historical)
3. Klamath Project operations based on the existing FERC flow schedule and Upper Klamath Lake water elevations set at the USFWS 2000 Biological Opinion levels (FERC_ESA) (see Tables 15 and 16.).
4. Klamath Project operations based on the Phase I recommended flow schedule and Upper Klamath Lake water elevations set at the USFWS 2000 Biological Opinion levels (FP1_ESA) (see Tables 15 and 16.).

Table 15.   Upper Klamath Lake elevation minimums used for the FERC_ESA and FP1_ESA simulations in the KPSIM modeling. (Blank values are linearly interpolated by KPSIM). Data supplied by USBR.

| Date | PASTE USER INPUT VALUES IN THIS BLOCK | | | | |
|---|---|---|---|---|---|
| | Wet | Above Avg | Average | Below Avg | Dry |
| | 1 | 2 | 3 | 4 | 5 |
| Sep-30 | 4139.0 | 4139.0 | 4139.0 | 4139.0 | 4139.0 |
| Oct-31 | | | | | |
| Nov-30 | | | | | |
| Dec-31 | 4140.0 | 4140.0 | 4140.0 | 4140.0 | 4140.0 |
| Jan-31 | | | | | |
| Feb-15 | 4141.5 | 4141.5 | 4141.5 | 4141.5 | 4141.5 |
| Feb-28 | | | | | |
| Mar-15 | | | | | |
| Mar-31 | | | | | |
| Apr-15 | 4142.6 | 4142.6 | 4142.6 | 4142.6 | 4142.6 |
| Apr-30 | | | | | |
| May-15 | | | | | |
| May-31 | 4142.6 | 4142.6 | 4142.6 | 4142.6 | 4142.6 |
| Jun-15 | | | | | |
| Jun-30 | | | | | |
| Jul-15 | 4141.6 | 4141.6 | 4141.6 | 4141.6 | 4141.6 |
| Jul-31 | 4139.0 | 4139.0 | 4139.0 | 4139.0 | 4139.0 |
| Aug-31 | | | | | |
| Sep-30 | 4139.0 | 4139.0 | 4139.0 | 4139.0 | 4139.0 |
| | ESA | ESA | ESA | ESA | ESA |

Table 16.   Average daily flows (cfs) for FERC_ESA and FP1_ESA specified as model inputs for the main stem Klamath River at Iron Gate Dam for each of these simulations. These flow schedules were used in all water year types for these respective simulations.

| Date | Timestep | Flow (cfs) | Flow (cfs) |
|---|---|---|---|
| Oct | 1 | 1476 | 1300 |
| Nov | 2 | 1688 | 1300 |
| Dec | 3 | 2082 | 1300 |
| Jan | 4 | 2421 | 1300 |
| Feb | 5 | 3008 | 1300 |
| Mar 1-15 | 6 | 3073 | 1300 |
| Mar 16-31 | 7 | 3073 | 1300 |
| Apr 1-15 | 8 | 3307 | 1300 |
| Apr 16-30 | 9 | 3307 | 1300 |
| May 1-15 | 10 | 3056 | 1000 |
| May 16-31 | 11 | 3056 | 1000 |
| Jun 1-15 | 12 | 2249 | 710 |
| Jun 16-30 | 13 | 2249 | 710 |
| Jul 1-15 | 14 | 1714 | 710 |
| Jul 16-31 | 15 | 1714 | 710 |
| Aug | 16 | 1346 | 1000 |
| Sep | 17 | 1395 | 1300 |
| | | MIF Final Phase 1 | FERC |

Simulations were made in KPSIM for the 1961-2000 time period.  The Year 2000 simulation results from KPSIM were eliminated from the output that was linked to MODSIM since that model only allows simulations through 1999.

For each of these scenarios, the simulated 1974 to 1997 water years were used in all analyses.  Although MODSIM allows the analysis of flow scenarios for the 1961-1999 period of record, simulations in MODSIM were confined to the 1974 to 1997 water year period.  This period or record corresponds to the only available

data on consumptive use estimates for inflows into Upper Klamath Lake necessary to generate the unimpaired flow for the main stem Klamath River at Iron Gate Dam.  This allowed a standardized period of record to be used for all comparisons between flow scenarios.

It is recognized that the simulation of flows in the main stem Klamath River below Iron Gate Dam has inherent uncertainties.  This is based on the lack of quantitative data on pre-project conditions, limited estimations of flow depletions above Upper Klamath Lake, estimated reach gains, historical changes in water practice such as the Link River Dam, diversions to Tule Lake, historic Lower Klamath Lake flooding variability in annual and seasonal operating practices, estimated demand requirements, etc.

However, we believe that there is sufficient motivation to using a standardized assessment tool (i.e., KPSIM/SIAM) that incorporates Klamath Project operations since these tools will ultimately be used in evaluating the Phase II flow recommendations by management agencies as part of Klamath Project Operations planning, biological opinions, Iron Gate FERC relicensing, and the forthcoming Klamath Project EIS.  Use of these tools will also facilitate a consistent evaluation of the recommended flows in light of Upper Klamath Lake water elevations and related ESA issues that must ultimately be considered (although not an element of this study).  A second major factor in utilizing these tools is the ability to generate water temperature estimates below Iron Gate as part of the instream flow assessments as discussed later in the report.

In this section of the report, the specific methods employed in the application of these models for specific scenarios are documented.

The simulation results were obtained from application of three sources:

1. Bureau of Reclamation provided simulated unimpaired flows from Upper Klamath Lake for the 1974 to 1997 water year period,
2. Simulation results based on application of the Bureau of Reclamation's KPSIM model, and
3. Simulation results based on application of the USGS MODSIM component of SIAM.

The System Impact Assessment Model (SIAM) developed by USGS (2001) is a modeling interface used to simulate water quality and flow in the Klamath River under different flow alternatives.  Three stand-alone models have been integrated into SIAM to achieve this purpose. The models are: MODSIM (flows), HEC5Q (water quality), and SALMOD (fisheries).  Our objective was to simulate Klamath River water temperatures and flows. Hence, the SALMOD portion was not used.  The reader should consult USGS (2001) for technical documentation on SIAM.

Within the MODSIM (and HEC5Q) components of SIAM several preset flow scenarios and associated computational networks are available. Computational networks are composed of predefined river segment and node definitions that correspond to input or output locations for flows. These computational networks govern how the mass balance calculations are implemented for a specific 'structure' of the river system.

The 'Network 2' computational network was developed by USGS to model the Klamath River without any of the existing dams or alterations to the system.  This network was created early in the SIAM development process but is no longer supported by the USGS.  Network 2 was constructed to allow simulated output from Upper Klamath Lake to the Seiad Valley gage for water years 1961-97. MODSIM flow simulations in Network 2 use a monthly time step for this period of record.  As will be noted below, this limitation of MODSIM to simulate unimpaired conditions below Seiad required additional analyses by USU to estimate the no project flows for study reaches in the lower river.

USGS also developed a 'Network 3' computational network that includes all dams and alterations to the system and simulates output from Upper Klamath Lake to the estuary.  This computational network was used for the simulation of scenarios involving Klamath Project operations.

In our application of MODSIM (SIAM), we found initially that the Upper Klamath Lake elevations and storage capacities showed a dramatic difference between SIAM generated output and the corresponding information obtained from the (USBR), Klamath office (Jan. 2001).  The MODSIM component does not model the reach from Upper Klamath Lake to Iron Gate Dam for multiple water year types in the same manner as the USBR project simulation model (KPSIM).

These initial problems were attributed to the fact that the USBR had provided an elevation-storage table that was "active" storage, and the USGS developed SIAM using a total elevation-storage relationship (see Figure 34). A revised version of SIAM was provided by the USGS that partially addressed the elevation issue (SIAM 2.6, Feb. 1, 2001).  Improvement in these simulations was made by modification of the KPSIM input files by adjusting elevations to reflect total storage values. This correction is explained later in the discussion of KPSIM (i.e., KPOPSIM, Klamath Project Simulation Model).

The final simulations were conducted with SIAM (version 2.72) for all the assessments.



Figure 34.    Comparison of Upper Klamath Lake storage versus elevation
relationships between USGS and USBR data.

**MODSIM and KPSIM Linkages**

In our application of MODSIM we determined that it has limited capability to
simulate the river system above Iron Gate Dam to realistically reflect actual
Klamath Project operations.  This is due to the inability of MODSIM to accurately
model the Klamath Irrigation Project, especially under varying water supply and
water demand scenarios over the 1961-1999 time period.   This limitation is
attributed to the objectives of the USGS in their development of SIAM and not
necessarily a function of the analytical capabilities of the algorithms.  Therefore,
USU chose to use the USBR operations model for the Klamath Project (KPSIM)
as a tool to 'front load' flows for use in SIAM (i.e., use KPSIM to generate flow
inputs for SIAM data files).   This front-loading of SIAM provided the most
accurate flows from Link River Dam to Iron Gate that reflects actual project
operations. Below Iron Gate Dam, MODSIM generated output was relied upon in
the assessments for Phase II.

KPSIM generated flows for use in modeling different flow scenarios in MODSIM.
It was used for the following MODSIM nodes:

> 1.  Upper Klamath Lake storage with the elevation-storage modified
>     to total storage to be consistent with SIAM.
> 2.  Deliveries to the 'A' Canal,
> 3.  Lost River Diversion Channel
> 4.  North Canal

5. Ady Canal
6. Klamath Straits Drain outflows
7. Flows at Iron Gate

The KPSIM generated output flow data at these nodes were used as input for the MODSIM model.  PCMSS (the MODSIM stand alone program) was used to update the appropriate network file.  This process provided the most accurate water balance results for MODSIM simulations of Klamath Project operations.  MODSIM was then used to compute the flows at all downstream locations.

**KPSIM Modifications**

The USBR provided USU with a five water year type version of KPSIM (test version with placeholders) that included updated hydrology through 2000.  USU made several changes and enhancements to this model as detailed below.

*1. Change of Agriculture and Refuge Wet Year Type Demands*

The five water year type version of KPSIM included the capability to simulate five agriculture demand year types as well as hydrologic year types.  This version of KPSIM originally set the demands and associated demand indicators, which would result in more years having critically dry agriculture and refuge demands as compared to the USBR original four-year type model.  This situation arose due to two modifications.  First, the original (four year type) agricultural demand indicator values were used and an additional 'fifth' indicator was added (as a place holder for further options) for the wettest year type.   Second, the demand values for the new below average and dry (two driest year types) retained the previous four-year type critically dry demand values.  The foregoing requires an in depth understanding and working knowledge of KPSIM.

In order to meet USU analysis objectives, it was determined that it would be best to keep the agriculture and refuge demands the same as the four-year type version currently used by USBR.  However, instead of having a placeholder for the wettest year demand indicator the original indicators were used for the three wettest year types and the below average year type was given a nominal low value (.1) and the dry demand indicator of 0 was retained from the original critically dry year type (Table 17).

Table 17.     Agricultural demand indicators for five water year types.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 131 | AGRICULTURAL DEMAND INDICATOR -- Area A2 (Feb 1st) | | | | | | |
| 132 | Name: | | agyrtype_precip ----- SB$135:$G$142 | | | | |
| 133 | Precipitation at Klamath Falls No. 2 Accumulated Oct 1st to date - (Inches) | | | | | | |
| 134 | | | Klamath Project Precip (in) | | | | |
| 135 | | | Wet | Above Avg | Average | Below Avg | Dry |
| 136 | | | 1 | 2 | 3 | 4 | 5 |
| 137 | Feb 1st | 5 | 10.0 | 7.0 | 4.0 | 0.1 | 0.0 |
| 138 | Mar 1st | 6 | | | | | |
| 139 | Mar 16th | 7 | | | | | |
| 140 | Apr 1st | 8 | | | | | |
| 141 | Apr 16th | 9 | | | | | |
| 142 | May 1 | 10 | | | | | |

This allowed KPSIM to select the new dry or below average year types (originally critically dry demands) with identical demand inputs (see Table 18).   With the current selection criteria (i.e., precipitation) this effectively maintains the demand year type distributions and classifications used in the four-water year type version of KPSIM.

Table 18.     Input modifications to the KPSIM model demands.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 257 | | | KLAMATH PROJECT AREA A2 (UKL to North/ADY Canals) ANNUAL TARGET DEM | | | | |
| 258 | Name: | | areaA2_demands -- $A$260:$G$278 | | | | |
| 259 | | | Klamath Project Area A2 Agricultural Demands (TAF) | | | | |
| 260 | | | Wet | Above Avg | Average | Below Avg | Dry |
| 261 | | | 1 | 2 | 3 | 4 | 5 |
| 262 | Oct | 1 | 4.3 | 5.3 | 6.7 | 8.5 | 8.5 |
| 263 | Nov | 2 | 5.9 | 7.5 | 9.5 | 8.8 | 8.8 |
| 264 | Dec | 3 | 8.4 | 8.3 | 10.8 | 14.5 | 14.5 |
| 265 | Jan | 4 | 14.2 | 10.4 | 12.1 | 12.6 | 12.6 |
| 266 | Feb | 5 | 8.0 | 9.4 | 8.5 | 7.5 | 7.5 |
| 267 | Mar  1-15 | 6 | 1.2 | 2.1 | 3.2 | 3.3 | 3.3 |
| 268 | Mar 16-31 | 7 | 1.3 | 2.3 | 3.5 | 3.5 | 3.5 |
| 269 | Apr  1-15 | 8 | 0.9 | 0.9 | 3.0 | 2.6 | 2.6 |
| 270 | Apr 16-30 | 9 | 0.9 | 0.9 | 3.0 | 2.6 | 2.6 |
| 271 | May  1-15 | 10 | 2.5 | 2.3 | 2.3 | 3.1 | 3.1 |
| 272 | May 16-31 | 11 | 2.6 | 2.4 | 2.5 | 3.3 | 3.3 |
| 273 | Jun  1-15 | 12 | 4.8 | 5.1 | 4.3 | 4.9 | 4.9 |
| 274 | Jun 16-30 | 13 | 4.8 | 5.1 | 4.3 | 4.9 | 4.9 |
| 275 | Jul  1-15 | 14 | 3.8 | 4.8 | 4.5 | 4.5 | 4.5 |
| 276 | Jul 16-31 | 15 | 4.0 | 5.1 | 4.8 | 4.8 | 4.8 |
| 277 | Aug | 16 | 6.8 | 9.9 | 5.5 | 7.9 | 7.9 |
| 278 | Sep | 17 | 5.7 | 8.3 | 6.4 | 7.8 | 7.8 |
| 279 | | Annual | 80 | 90 | 95 | 105 | 105 |
| 280 | | Input ➔ | 80.0 | 90.0 | 95.0 | 105.0 | 105.0 |

_2. KPSIM Priority Switching Between Upper Klamath Lake and Klamath River_

The following section documents additional modifications made to the KPSIM model necessary to meet our modeling objectives.

a. On the criteria sheet several cells were added. Cell I12 is a switch when set to 0 or "off" would keep the original KPSIM priority system between Upper Klamath Lake and the Klamath River. When set to 1 or "on" it would make the Klamath River below Iron Gate Dam the first priority for water demands, Upper Klamath Lake elevations second, agricultural demands third, and refuge demands fourth. Cell I3 is a user input absolute minimum for the Upper Klamath Lake elevation and will override the USFWS Biological Opinion minimum lake elevations. Cell I14 is the corresponding minimum storage (from the look-up table in the spreadsheet).

b. In the module worksheet, column headings (S and T) were changed from the minimum Upper Klamath Lake elevation/storage values to a biological minimum Upper Klamath Lake elevation/storage value.

c. Added a fish delivery factor test within existing column AN switch for the revised Upper Klamath Lake and river priority switch. If the switch is off then the program will use the original logic, if the switch is on then the program will use the same equation but uses seasonal available fish flows (i.e., supplies) (column AM not column AL) based on the absolute minimum lake elevation.

d. Created a fish monthly available supply (column AQ) based on absolute minimum lake elevation, and is only active when the switch is on.

e. Added a logical test for release of fish flows (column AR) to allow the use of the original equations and fish supply logic if the switch is off, and also modified the "on" condition to calculate flows based on the fish flow available supply (column AQ).

All simulations with KPSIM were set up so that the river has the first priority for water deliveries (versus other demands). The reader should consult USBR technical documentation for further information on KPSIM. This can be made through the Klamath Falls Office or at the website address via the World Wide Web: www.mp.usbr.gov/kbao/models/index.html.

*Year Type Classifications*

The hydrologic year type indicators used to trigger the river flow requirements in KPSIM were set to Upper Klamath Lake net inflow for the April to September period.   The Natural Resources Conservation Service (NRCS) makes stream flow forecasts for the net inflow into Upper Klamath Lake.  The forecasts start in January and are updated monthly through June.

The historic Upper Klamath Lake net inflow data (i.e., 1961-1999) were used in defining five water year types used in our analysis based on a classification of exceedance flow volumes using the 12, 40, 60 and 88 percent exceedance probabilities.  This breakdown into water year types follows the same procedure as Phase I and as implemented in the Trinity River Flow Evaluation Report.  A comparison between USBR original four-water year type classification and the USU derived five-water year type classification are shown in Table 19.

## Simulated Unimpaired Flows below Iron Gate Dam (No  Project)

Estimates of the unimpaired outflows from Upper Klamath Lake were provided by the Bureau of Reclamation.  USU obtained consumptive use estimates above Upper Klamath Lake from Mr. Jonathan L. La Marche of the State of Oregon Department of Water Resources.  These consumptive use estimates were developed as part of the technical work being conducted in support of the Alternative Dispute Resolution process for the Klamath Basin Adjudication in Oregon.

These consumptive use estimates were provided to the USBR and Phillip Williams and Associates (PWA).  PWA then conducted a number of flow simulations for Upper Klamath Lake with the updated version of an existing MIKE 11 model for Upper Klamath Lake.  The use of the MIKE 11 model, for these simulations rather than a simple mass balance approach, was undertaken to better reflect the actual dynamics of water flow through Upper Klamath Lake.

Table 19.   Comparison of USBR four water year classification and USU five water year classification based on Upper Klamath Lake net inflows.

| USBR Class | Water Year | Actual Historic Inflow (A-S) | Ranking | Calculated Exceedance | Estimated Exceedances | | "New" Year Type | Water Year | Actual Historic Inflow (A-S) |
|---|---|---|---|---|---|---|---|---|---|
| | 1983 | 876.5 | 1 | 2.50 | 12% flow | 785.1981 | | 1983 | 876.5 |
| | 1971 | 838.8 | 2 | 5.00 | 40%flow | 568.5 | | 1971 | 838.8 |
| | 1984 | 800.1 | 3 | 7.50 | 60% flow | 458.3 | Extremely Wet | 1984 | 800.1 |
| | 1999 | 791.9 | 4 | 10.00 | 88% flow | 286.7228 | | 1999 | 791.9 |
| | 1974 | 783.5 | 5 | 12.50 | | | | 1974 | 783.5 |
| | 1975 | 743.2 | 6 | 15.00 | | | | 1975 | 743.2 |
| | 1982 | 737.7 | 7 | 17.50 | | | | 1982 | 737.7 |
| Above Average | 1998 | 716.6 | 8 | 20.00 | | | | 1998 | 716.6 |
| | 1993 | 677.9 | 9 | 22.50 | | | | 1993 | 677.9 |
| | 1969 | 674.5 | 10 | 25.00 | | | Wet | 1969 | 674.5 |
| | 1967 | 620.8 | 11 | 27.50 | | | | 1967 | 620.8 |
| | 1972 | 607.3 | 12 | 30.00 | | | | 1972 | 607.3 |
| | 1963 | 589.4 | 13 | 32.50 | | | | 1963 | 589.4 |
| | 1989 | 582.7 | 14 | 35.00 | | | | 1989 | 582.7 |
| | 1996 | 568.9 | 16 | 40.00 | | | | 1996 | 568.9 |
| | 1985 | 568.5 | 15 | 37.50 | | | | 1985 | 568.5 |
| | 1965 | 558.3 | 17 | 42.50 | | | | 1965 | 558.3 |
| | 1978 | 539.6 | 18 | 45.00 | | | | 1978 | 539.6 |
| | 1995 | 523.8 | 19 | 47.50 | | | | 1995 | 523.8 |
| | 1986 | 521.6 | 20 | 50.00 | | | Normal | 1986 | 521.6 |
| | 1997 | 517.2 | 21 | 52.50 | | | | 1997 | 517.2 |
| | 1976 | 499.7 | 22 | 55.00 | | | | 1976 | 499.7 |
| | 1964 | 496.7 | 23 | 57.50 | | | | 1964 | 496.7 |
| | 1962 | 458.3 | 24 | 60.00 | | | | 1962 | 458.3 |
| | 1966 | 444.7 | 25 | 62.50 | | | | 1966 | 444.7 |
| | 1961 | 426.2 | 26 | 65.00 | | | | 1961 | 426.2 |
| Below Average | 1980 | 372.7 | 27 | 67.50 | | | | 1980 | 372.7 |
| | 1970 | 368.5 | 28 | 70.00 | | | | 1970 | 368.5 |
| | 1987 | 366.1 | 29 | 72.50 | | | | 1987 | 366.1 |
| | 1973 | 350.7 | 30 | 75.00 | | | Dry | 1973 | 350.7 |
| | 1979 | 331.4 | 31 | 77.50 | | | | 1979 | 331.4 |
| | 1990 | 318.5 | 32 | 80.00 | | | | 1990 | 318.5 |
| | 1977 | 300.8 | 33 | 82.50 | | | | 1977 | 300.8 |
| | 1988 | 298.7 | 34 | 85.00 | | | | 1988 | 298.7 |
| Dry | 1968 | 291.2 | 35 | 87.50 | | | | 1968 | 291.2 |
| | 1981 | 268.7 | 36 | 90.00 | | | | 1981 | 268.7 |
| | 1991 | 255.1 | 37 | 92.50 | | | Critically Dry | 1991 | 255.1 |
| Critical | 1994 | 179.1 | 38 | 95.00 | | | | 1994 | 179.1 |
| | 1992 | 154.6 | 39 | 97.50 | | | | 1992 | 154.6 |

The topographic geometry of the natural reef control structure used in the MIKE 11 models was developed from the actual cross-sectional profile constructed from a 2-foot contour map of the lake bathymetry developed in 1920.  The reef hydraulics were modeled using a simple broad-crested weir with an invert elevation of 4137.6 feet and bottom and top widths of roughly 60- and 600-ft respectively (PWA 2001).

The unimpaired inflow hydrograph used in the simulations was obtained by adding the consumptive use estimates for the Klamath Basin developed by Oregon Department of Water Resources, to the existing USBR net inflow records.  The daily consumptive use estimates and corresponding unimpaired outflow estimates are provided in Figures 35 and 36.

1  Simulations were conducted for the October 1973 to September 1997 period
2  based on the natural reef elevation of the lake outlet.  The October 1973 to
3  September 1997 period corresponds to the extent of the consumptive use data
4  records obtained from the Oregon Department of Water Resources.
5
6  USU was provided with the simulated estimates of unimpaired flow conditions
7  just below Upper Klamath Lake.   These simulated unimpaired flows are
8  considered the best available data at present for flow conditions before
9  agricultural development impacted flows in the Upper Klamath Basin.   The
10 specific technical approach undertaken for the Upper Klamath Lake component
11 of the modeling is documented in PWA (2001).
12
13 These simulated outflows from Upper Klamath Lake were then used as inputs to
14 the MODSIM model in order to estimate the unimpaired flows below Iron Gate
15 Dam.
16
17



**Upper Klamath Lake Consumptive Use Inflow Boundary Condition (1973 - 1997)**

18
19  Figure 35.    The October 1973 to September 1997 estimated daily consumptive
20              use above Upper Klamath Lake (from PWA 2001).
21



1
2
3   Figure 36.    Estimated unimpaired outflows from Upper Klamath Lake.  NOTE:
4                 only the October 1973 to September 1997 period of record contain
5                 estimated daily consumptive use adjustments  (from PWA 2001).
6
7   This simulation of flows for the unimpaired conditions below Seiad was not
8   possible with MODSIM due to the limitations in the structure of the Network 2 file
9   in SIAM as noted above.  Therefore, results for each control point below Seiad
10  were computed by manually adding the reach gains computed from the Network
11  3 file for use in the Phase II assessments. The simulated unimpaired flows using
12  MODSIM was accomplished in the following manner.
13
14  The USGS Network 2 (i.e., No_Project) file was used as a template and the node
15  (accretion) values were updated using data provided by USBR.  The updated
16  accretions were used to modify the Network 2 file for the 1961 to 1997 period (37
17  years of data).  Since nodes below Iron Gate in the Network 2 data file only
18  contained values through 1997, the updated USBR data for 1998 and 1999 was
19  excluded for the unimpaired simulations.  This approach was required, since
20  USGS no longer supports or updates their Network 2 computational node file.
21  Network 2 has reservoir nodes eliminated to simulate a no project condition and
22  stops at the Seiad gage.  USU was limited to this simulation capability in SIAM
23  for the unimpaired conditions.  MODSIM inputs or constraints that were project
24  related such as agriculture demands were set to zero.
25
26
27

1  **Historical Klamath Project Operations (USGS  Historical)**
2
3  The default SIAM simulation of historical Klamath Project operations based on
4  the Network 3 structure for the system and used by USGS to calibrate their
5  MODSIM model was used for this scenario.  This simulation provided estimates
6  of the flow regime between Iron Gate Dam and estuary based on existing system
7  structure and operating rules.   USU did not make any adjustments to this
8  simulation.   USU utilized the closest computational node to our study site
9  locations in all the assessments as described below.
10
11  **Simulated Klamath Project Operations with FERC Flows (FERC  ESA)**
12
13  USU simulated Klamath Project operations based on the existing FERC
14  minimum flow schedule below Iron Gate Dam using the Network 3 structure for
15  the system.  This scenario differs from the USGS historical operations simulation
16  in that the KPSIM and MODSIM linkages (described above) were set such that
17  flows below Iron Gate Dam met FERC minimum flows as the first priority.  This
18  scenario was implemented in order to assess the implications of the FERC flow
19  schedule relative to unimpaired, historical, and Phase I recommendations.
20
21  **Simulated Klamath Project Operations with Phase I Recommendations**
22  **(FP1 ESA)**
23
24  This scenario simulated Klamath Project operations based on the Phase I
25  recommended monthly regime using the Network 3 structure for the system.  The
26  KPSIM and MODSIM linkages described above were utilized to set these flow
27  targets below Iron Gate Dam as the first priority.
28
29  **Relationship between MODSIM Computational Nodes and USU Study Sites**
30
31  The results of the flow simulations in MODSIM were selected from the closest
32  MODSIM computational node to the actual spatial location of USU study sites.
33  Table 19 shows the relationship between MODSIM computational nodes and the
34  associated USU study sites.  In all cases, we felt that the simulated flow provided
35  the best estimates at the study sites and that any bias (i.e., under estimation or
36  overestimation of any reach gains between the MODSIM nodes and the USU
37  study sites were relatively small.  This was supported by field observations of the
38  location of USU study sites in relation to the MODSIM control node locations.
39
40

Table 19.    Relationship between MODSIM control points and USU study site locations.

| USU Study Site | Corresponding SIAM CP/Node | Down or Upstream From USU Site |
|---|---|---|
| R. Ranch | cp 40 | up |
| Tree of Heaven | cp 80 | exact |
| Brown Bear | cp110 | down |
| Seiad | cp130 | up |
| Rogers Creek | cp170 | up |
| Orleans | cp190 | down |
| Saint's Rest Bar | cp210 | up |
| Young's Bar | cp220 | up |

## Comparison of Modeled Scenario Hydrology

The simulated flow results for each modeled scenario at each USU study site (see Table 19) were used to compute the long-term average monthly flows and associated monthly flow exceedance values.  These results are presented in graphical form for the monthly average flows and in tabular form for the exceedances.  Note that Saints Rests Bar data has been omitted.

## Mean Monthly Flows

### *Iron Gate Dam*



Figure 37.    Mean monthly flows at Iron Gate associated with each simulated flow scenario.  Flow in October (FERC) is from lake evacuations.

1     *Trees of Heaven*



2     Figure 38.      Mean monthly flows at Trees of Heaven associated with each
3                     simulated flow scenario.
4
5     *Brown Bear*



6     Figure 39.      Mean monthly flows at Brown Bear associated with each simulated
7                     flow scenario.
8

1    *Seiad*



2    Figure 40.    Mean monthly flows at Seiad associated with each simulated flow
3                         scenario.
4
5    *Rogers Creek*
6
7



8    Figure 41.    Mean monthly flows at Rogers Creek associated with each
9                         simulated flow scenario.

1    *Orleans*



2    Figure 42.    Mean monthly flows at Orleans associated with each simulated flow
3                        scenario.
4
5    *Saints Rest Bar*



6
7    Figure 43.    Mean monthly flows at Saint Rests Bar associated with each
8                        simulated flow scenario.
9

1 **Monthly Flow Durations**
2
3 *Iron Gate Dam*
4
5 Table 20. Monthly flow exceedance values (cfs) for each simulated scenario
6 at Iron Gate Dam.
7

| Klamath River, Iron Gate | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | |
| Modeled with SIAM, cp40 (location in SIAM corresponding to Iron Gate) | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
| NO_PROJECT | 10.0 | 2169.5 | 2664.2 | 4521.6 | 5281.8 | 6438.6 | 6301.8 | 6430.4 | 5258.6 | 4163.4 | 2828.7 | 2131.0 | 2076.0 |
| | 20.0 | 1991.0 | 2283.6 | 3541.1 | 3791.5 | 5416.0 | 5462.8 | 5390.9 | 4613.1 | 3689.9 | 2527.7 | 1935.5 | 1843.0 |
| | 30.0 | 1884.8 | 2081.4 | 2909.6 | 3666.2 | 4245.4 | 5044.7 | 4869.4 | 4312.6 | 3473.4 | 2128.5 | 1639.4 | 1813.0 |
| | 40.0 | 1699.5 | 2020.2 | 2459.8 | 2990.3 | 3724.2 | 4394.4 | 4540.9 | 3784.7 | 2870.0 | 1985.8 | 1490.3 | 1754.0 |
| | 50.0 | 1589.0 | 1897.0 | 2281.9 | 2738.2 | 3071.8 | 3913.5 | 3840.9 | 3568.0 | 2689.0 | 1854.2 | 1424.5 | 1502.5 |
| | 60.0 | 1491.9 | 1716.8 | 2099.8 | 2541.3 | 2914.3 | 3388.9 | 3078.0 | 2848.1 | 2216.0 | 1739.0 | 1299.7 | 1377.0 |
| | 70.0 | 1450.5 | 1613.2 | 1903.2 | 2299.4 | 2559.1 | 2837.9 | 2637.0 | 2360.8 | 2033.0 | 1461.8 | 1158.4 | 1295.5 |
| | 80.0 | 1393.9 | 1584.4 | 1761.9 | 2037.1 | 2248.9 | 2390.3 | 2342.0 | 2218.1 | 1797.0 | 1324.8 | 1141.0 | 1174.0 |
| | 90.0 | 1163.4 | 1433.6 | 1643.4 | 1870.6 | 1921.6 | 1908.9 | 1908.0 | 1961.6 | 1532.5 | 1147.7 | 1004.0 | 1021.0 |
| USGS_PROJECT | 10.0 | 2618.2 | 3761.9 | 4027.5 | 5264.4 | 6561.4 | 7208.4 | 5664.9 | 3833.9 | 2190.0 | 963.5 | 1056.5 | 1628.5 |
| | 20.0 | 1836.8 | 2991.2 | 3853.7 | 3886.9 | 5127.9 | 5697.9 | 5195.9 | 3256.0 | 1321.0 | 797.0 | 1035.0 | 1426.0 |
| | 30.0 | 1686.8 | 2073.2 | 3398.7 | 3265.4 | 3888.9 | 5144.4 | 4373.4 | 2580.0 | 1084.0 | 743.0 | 1028.0 | 1347.0 |
| | 40.0 | 1377.2 | 1526.8 | 2429.6 | 3076.0 | 3364.9 | 4215.9 | 3380.9 | 2134.0 | 888.0 | 731.0 | 1023.0 | 1340.0 |
| | 50.0 | 1342.0 | 1402.0 | 1825.0 | 2086.0 | 2441.0 | 3108.0 | 2661.0 | 1650.5 | 819.0 | 718.5 | 1017.5 | 1325.5 |
| | 60.0 | 1338.2 | 1341.4 | 1588.2 | 1815.0 | 1809.0 | 2615.0 | 1729.0 | 1370.0 | 746.0 | 713.0 | 1005.0 | 1306.0 |
| | 70.0 | 1322.0 | 1331.2 | 1478.2 | 1632.0 | 1598.0 | 2308.0 | 1499.5 | 1031.0 | 734.0 | 707.0 | 985.5 | 1095.5 |
| | 80.0 | 1015.8 | 1282.4 | 1374.6 | 1334.0 | 1107.0 | 1820.0 | 1167.0 | 1007.0 | 726.0 | 676.0 | 925.0 | 1008.0 |
| | 90.0 | 888.0 | 915.2 | 927.0 | 1071.0 | 741.0 | 688.0 | 749.5 | 801.5 | 677.5 | 539.0 | 622.0 | 823.0 |
| FERC_ESA | 10.0 | 4965.7 | 3341.1 | 5662.5 | 5094.4 | 7548.9 | 6550.9 | 5437.9 | 3429.4 | 1756.5 | 710.0 | 1000.0 | 1300.0 |
| | 20.0 | 3910.7 | 2637.0 | 3330.0 | 3956.9 | 4637.9 | 6079.9 | 5074.9 | 2660.0 | 1463.0 | 710.0 | 1000.0 | 1300.0 |
| | 30.0 | 3406.3 | 2355.2 | 2825.2 | 2905.0 | 3664.4 | 5165.4 | 4272.4 | 2218.0 | 857.5 | 710.0 | 1000.0 | 1300.0 |
| | 40.0 | 2604.2 | 2024.8 | 2152.8 | 2601.0 | 3137.0 | 4419.9 | 3452.9 | 1472.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| | 50.0 | 1988.0 | 1632.0 | 1777.0 | 2109.5 | 2341.5 | 3097.0 | 2520.5 | 1136.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| | 60.0 | 1300.0 | 1321.0 | 1569.0 | 2035.0 | 2103.0 | 2841.0 | 1675.0 | 1000.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| | 70.0 | 1300.0 | 1300.0 | 1362.6 | 1538.5 | 1657.0 | 2511.0 | 1307.0 | 1000.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| | 80.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1700.0 | 1300.0 | 1000.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| | 90.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1300.0 | 1000.0 | 710.0 | 710.0 | 1000.0 | 1300.0 |
| FP1_ESA | 10.0 | 3358.5 | 3341.1 | 4418.9 | 5007.9 | 7548.9 | 6391.9 | 5437.9 | 3429.4 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 20.0 | 1476.0 | 2059.2 | 2917.2 | 2893.0 | 4637.9 | 5417.9 | 5074.9 | 3056.0 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 30.0 | 1476.0 | 1880.4 | 2283.6 | 2690.0 | 3601.9 | 4328.4 | 3867.9 | 3056.0 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 40.0 | 1476.0 | 1688.0 | 2082.0 | 2491.0 | 3008.0 | 3589.9 | 3465.9 | 3056.0 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 50.0 | 1476.0 | 1688.0 | 2082.0 | 2421.0 | 3008.0 | 3073.0 | 3307.0 | 3056.0 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 60.0 | 1476.0 | 1688.0 | 2082.0 | 2421.0 | 3008.0 | 3073.0 | 3307.0 | 3056.0 | 2249.0 | 1714.0 | 1346.0 | 1395.0 |
| | 70.0 | 1372.4 | 1572.0 | 2082.0 | 2421.0 | 3008.0 | 3073.0 | 2903.5 | 2677.0 | 1962.0 | 1497.5 | 1184.0 | 1339.0 |
| | 80.0 | 1115.4 | 1469.4 | 1789.8 | 2176.0 | 2285.0 | 3073.0 | 2265.0 | 2052.0 | 1475.0 | 1120.0 | 917.0 | 1019.0 |
| | 90.0 | 926.4 | 1083.0 | 1291.6 | 1640.0 | 1900.0 | 2815.0 | 1543.5 | 1436.0 | 1048.5 | 758.0 | 511.5 | 866.0 |

8
9
10

1  *Trees of Heaven*
2
3  Table 21.     Monthly flow exceedance values (cfs) for each simulated scenario
4              at Trees of Heaven.
5

| Klamath River, Trees of Heaven | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | |
| Modeled with SIAM, cp80 (location in SIAM corresponding to Trees of Heaven) | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
| NO_PROJECT | 10.0 | 2397.3 | 3235.4 | 6052.0 | 7137.5 | 7891.5 | 7275.9 | 7461.9 | 6145.5 | 4663.4 | 3023.7 | 2246.1 | 2217.0 |
| | 20.0 | 2193.7 | 2523.4 | 4157.5 | 4951.8 | 6988.8 | 6762.5 | 6006.9 | 5202.5 | 4247.9 | 2867.4 | 2097.1 | 2067.0 |
| | 30.0 | 2095.9 | 2388.8 | 3371.9 | 4412.3 | 4981.0 | 6037.2 | 5617.9 | 4798.5 | 3726.9 | 2349.2 | 1706.1 | 1928.5 |
| | 40.0 | 1884.0 | 2322.4 | 2790.0 | 3420.9 | 4435.6 | 5378.6 | 5084.9 | 4114.7 | 3062.0 | 2082.6 | 1545.5 | 1888.0 |
| | 50.0 | 1760.3 | 2222.0 | 2648.8 | 3221.6 | 3646.6 | 4604.9 | 4462.9 | 3933.3 | 2931.5 | 1950.5 | 1522.7 | 1592.0 |
| | 60.0 | 1642.5 | 1908.0 | 2416.5 | 2893.5 | 3288.2 | 3806.0 | 3557.9 | 3262.2 | 2507.0 | 1815.5 | 1386.8 | 1456.0 |
| | 70.0 | 1606.3 | 1826.2 | 2144.1 | 2610.5 | 2867.7 | 3234.6 | 2894.5 | 2596.0 | 2218.0 | 1526.1 | 1199.5 | 1376.0 |
| | 80.0 | 1555.2 | 1776.8 | 2006.3 | 2472.6 | 2631.4 | 2698.1 | 2591.0 | 2411.6 | 1942.0 | 1382.9 | 1155.1 | 1223.0 |
| | 90.0 | 1272.6 | 1617.8 | 1855.0 | 2128.1 | 2182.0 | 2112.1 | 2055.5 | 2137.3 | 1615.5 | 1192.7 | 1019.0 | 1057.0 |
| USGS_PROJECT | 10.0 | 2846.2 | 4206.9 | 5276.7 | 7112.9 | 8170.4 | 8181.9 | 6696.4 | 4613.4 | 2643.5 | 1190.0 | 1197.0 | 1757.5 |
| | 20.0 | 2031.2 | 3223.4 | 4666.9 | 4813.9 | 6426.9 | 6548.9 | 5874.9 | 3854.9 | 1811.0 | 1013.0 | 1131.0 | 1551.0 |
| | 30.0 | 1883.6 | 2302.0 | 4043.7 | 4177.4 | 4824.9 | 6133.4 | 5111.9 | 3119.0 | 1423.5 | 902.0 | 1121.5 | 1515.0 |
| | 40.0 | 1563.4 | 1887.2 | 2704.4 | 3464.9 | 4075.9 | 5301.9 | 4171.9 | 2526.0 | 1220.0 | 872.0 | 1113.0 | 1444.0 |
| | 50.0 | 1515.0 | 1713.0 | 2105.0 | 2416.0 | 2843.5 | 3758.4 | 3085.4 | 2077.5 | 1040.5 | 822.5 | 1089.5 | 1422.5 |
| | 60.0 | 1504.0 | 1603.0 | 1875.8 | 2171.0 | 2303.0 | 3042.0 | 2131.0 | 1700.0 | 1024.0 | 786.0 | 1062.0 | 1396.0 |
| | 70.0 | 1479.4 | 1548.4 | 1817.0 | 1890.0 | 1968.5 | 2746.0 | 1752.5 | 1238.0 | 875.0 | 776.0 | 1017.0 | 1168.0 |
| | 80.0 | 1129.0 | 1504.6 | 1625.4 | 1663.0 | 1550.0 | 2128.0 | 1383.0 | 1174.0 | 830.0 | 743.0 | 975.0 | 1064.0 |
| | 90.0 | 1016.4 | 1093.8 | 1144.8 | 1427.0 | 1001.0 | 891.5 | 896.5 | 1026.5 | 784.5 | 595.5 | 645.5 | 864.0 |
| FERC_ESA | 10.0 | 5193.3 | 3785.7 | 6991.5 | 7115.4 | 9157.4 | 7407.4 | 6469.4 | 4220.9 | 2275.5 | 1003.5 | 1141.5 | 1469.0 |
| | 20.0 | 4115.5 | 2839.4 | 4135.3 | 4883.9 | 5518.9 | 6901.9 | 5754.9 | 3230.0 | 1624.0 | 922.0 | 1107.0 | 1434.0 |
| | 30.0 | 3587.9 | 2625.4 | 3277.8 | 3626.9 | 4399.9 | 6522.9 | 5010.9 | 2826.0 | 1372.0 | 859.5 | 1094.0 | 1417.5 |
| | 40.0 | 2781.6 | 2218.6 | 2525.6 | 2976.0 | 3847.9 | 5505.9 | 4100.9 | 1864.0 | 999.0 | 827.0 | 1070.0 | 1407.0 |
| | 50.0 | 2178.0 | 1889.0 | 2142.0 | 2485.5 | 2739.5 | 3647.4 | 2945.0 | 1574.5 | 935.0 | 799.5 | 1065.0 | 1398.0 |
| | 60.0 | 1489.8 | 1674.6 | 1889.6 | 2383.0 | 2479.0 | 3290.0 | 2155.0 | 1330.0 | 901.0 | 787.0 | 1056.0 | 1383.0 |
| | 70.0 | 1458.6 | 1613.8 | 1579.6 | 1898.5 | 2047.0 | 2935.5 | 1577.5 | 1253.5 | 865.0 | 782.0 | 1050.0 | 1364.0 |
| | 80.0 | 1416.4 | 1504.2 | 1546.2 | 1735.0 | 1578.0 | 2008.0 | 1516.0 | 1188.0 | 829.0 | 768.0 | 1032.0 | 1345.0 |
| | 90.0 | 1408.2 | 1483.8 | 1508.2 | 1527.0 | 1559.0 | 1531.5 | 1454.5 | 1164.0 | 795.5 | 748.0 | 1016.0 | 1339.5 |
| FP1_ESA | 10.0 | 3586.1 | 3785.7 | 5866.3 | 6900.9 | 9157.4 | 7233.9 | 6469.4 | 4242.4 | 2859.0 | 2007.5 | 1487.5 | 1564.0 |
| | 20.0 | 1690.4 | 2295.2 | 3442.6 | 3651.9 | 5518.9 | 6713.9 | 5754.9 | 3760.9 | 2715.0 | 1926.0 | 1453.0 | 1529.0 |
| | 30.0 | 1665.4 | 2159.2 | 2797.2 | 3485.9 | 4284.9 | 5248.4 | 4719.9 | 3596.4 | 2566.0 | 1863.5 | 1440.0 | 1512.5 |
| | 40.0 | 1658.2 | 2006.4 | 2520.2 | 2976.0 | 3791.9 | 4334.9 | 4113.9 | 3456.9 | 2508.0 | 1831.0 | 1416.0 | 1502.0 |
| | 50.0 | 1647.0 | 1911.0 | 2362.0 | 2797.5 | 3472.9 | 3688.9 | 3777.4 | 3389.9 | 2443.5 | 1801.0 | 1411.0 | 1493.0 |
| | 60.0 | 1634.0 | 1899.0 | 2334.2 | 2774.0 | 3348.9 | 3498.9 | 3620.9 | 3385.5 | 2410.0 | 1788.0 | 1402.0 | 1476.0 |
| | 70.0 | 1545.4 | 1892.8 | 2299.6 | 2708.0 | 3276.5 | 3477.9 | 3161.0 | 3046.0 | 2126.5 | 1562.0 | 1225.5 | 1387.5 |
| | 80.0 | 1270.2 | 1712.4 | 1994.2 | 2413.0 | 2768.0 | 3334.0 | 2515.0 | 2233.0 | 1569.0 | 1184.0 | 932.0 | 1068.0 |
| | 90.0 | 1035.2 | 1264.0 | 1499.8 | 1982.5 | 2275.5 | 3076.5 | 1716.5 | 1654.5 | 1159.0 | 803.0 | 535.5 | 907.0 |

6
7

1 *Brown Bear*
2
3 Table 22.    Monthly flow exceedance values (cfs) for each simulated scenario
4                    at Brown Bear.
5

| Klamath River, Brown Bear | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | |
| Modeled with SIAM, cp110 (location in SIAM corresponding to Brown Bear) | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
| NO_PROJECT | 10.0 | 2435.4 | 3479.1 | 6944.8 | 8065.1 | 8750.3 | 7822.6 | 8033.4 | 6718.5 | 4997.9 | 3142.7 | 2299.8 | 2259.0 |
| | 20.0 | 2233.0 | 2633.8 | 4560.7 | 5448.3 | 7551.3 | 6373.9 | 5666.0 | 4804.9 | 3050.3 | 2143.5 | 2105.0 |
| | 30.0 | 2134.1 | 2453.8 | 3595.1 | 4751.5 | 5301.9 | 6501.2 | 6106.9 | 5099.9 | 3850.9 | 2452.3 | 1729.4 | 1950.0 |
| | 40.0 | 1915.4 | 2400.4 | 2911.2 | 3613.5 | 4721.7 | 5918.6 | 5465.9 | 4346.0 | 3174.0 | 2132.9 | 1576.5 | 1916.0 |
| | 50.0 | 1797.1 | 2282.0 | 2779.4 | 3413.6 | 3848.5 | 4942.2 | 4746.9 | 4155.9 | 3062.5 | 1999.4 | 1554.7 | 1613.0 |
| | 60.0 | 1672.3 | 1928.4 | 2533.5 | 3008.7 | 3418.9 | 3980.2 | 3814.9 | 3538.0 | 2660.0 | 1881.3 | 1433.2 | 1457.0 |
| | 70.0 | 1624.8 | 1857.2 | 2185.4 | 2709.2 | 2976.4 | 3416.0 | 3029.5 | 2747.9 | 2300.5 | 1561.9 | 1221.3 | 1395.5 |
| | 80.0 | 1582.8 | 1815.6 | 2076.2 | 2589.7 | 2800.7 | 2805.5 | 2708.0 | 2515.2 | 2033.0 | 1420.6 | 1204.8 | 1236.0 |
| | 90.0 | 1281.1 | 1650.4 | 1914.8 | 2183.2 | 2259.1 | 2187.6 | 2140.5 | 2224.8 | 1657.5 | 1213.1 | 1022.9 | 1062.0 |
| USGS_PROJECT | 10.0 | 2886.0 | 4379.9 | 6173.9 | 8099.9 | 9074.4 | 8652.4 | 7297.9 | 5131.9 | 2948.0 | 1320.5 | 1266.5 | 1792.0 |
| | 20.0 | 2075.0 | 3271.2 | 5099.3 | 5220.9 | 6862.9 | 7025.9 | 6263.9 | 4381.9 | 1999.0 | 1141.0 | 1180.0 | 1591.0 |
| | 30.0 | 1921.8 | 2366.0 | 4214.9 | 4533.9 | 4961.9 | 6739.9 | 5538.4 | 3544.4 | 1655.0 | 965.0 | 1158.5 | 1560.5 |
| | 40.0 | 1595.6 | 2000.8 | 2814.0 | 3590.9 | 4376.9 | 5870.9 | 4509.9 | 2773.0 | 1463.0 | 943.0 | 1154.0 | 1481.0 |
| | 50.0 | 1569.0 | 1847.0 | 2151.0 | 2521.5 | 3021.0 | 4105.4 | 3340.9 | 2415.5 | 1185.5 | 888.0 | 1117.0 | 1442.0 |
| | 60.0 | 1524.8 | 1624.4 | 2042.8 | 2303.0 | 2532.0 | 3234.0 | 2306.0 | 1945.0 | 1130.0 | 833.0 | 1093.0 | 1411.0 |
| | 70.0 | 1511.2 | 1597.2 | 1878.4 | 2122.0 | 2163.0 | 2929.5 | 1911.5 | 1379.0 | 984.0 | 816.5 | 1030.0 | 1176.5 |
| | 80.0 | 1148.0 | 1563.8 | 1702.0 | 1768.0 | 1590.0 | 2242.0 | 1505.0 | 1304.0 | 905.0 | 763.0 | 1002.0 | 1087.0 |
| | 90.0 | 1030.4 | 1128.4 | 1208.0 | 1558.5 | 1082.5 | 971.0 | 986.0 | 1114.0 | 838.5 | 624.0 | 651.5 | 875.5 |
| FERC_ESA | 10.0 | 5233.7 | 3958.7 | 7685.1 | 8223.4 | 10061.9 | 7879.9 | 7070.9 | 4761.9 | 2699.0 | 1176.0 | 1198.0 | 1525.5 |
| | 20.0 | 4156.1 | 2857.8 | 4558.9 | 5290.9 | 5954.9 | 7543.9 | 6142.9 | 3610.9 | 1889.0 | 1050.0 | 1157.0 | 1465.0 |
| | 30.0 | 3614.3 | 2689.2 | 3472.3 | 3983.4 | 4737.4 | 7081.4 | 5463.9 | 3218.0 | 1626.0 | 930.0 | 1133.0 | 1450.0 |
| | 40.0 | 2810.4 | 2394.4 | 2682.4 | 3118.0 | 4241.9 | 6074.9 | 4465.9 | 2111.0 | 1162.0 | 900.0 | 1103.0 | 1435.0 |
| | 50.0 | 2222.0 | 1918.0 | 2253.0 | 2642.5 | 2919.5 | 3825.9 | 3200.4 | 1827.0 | 1073.0 | 849.5 | 1092.0 | 1424.0 |
| | 60.0 | 1537.6 | 1800.2 | 1999.2 | 2474.0 | 2708.0 | 3507.9 | 2432.0 | 1574.0 | 1019.0 | 836.0 | 1080.0 | 1402.0 |
| | 70.0 | 1488.4 | 1719.6 | 1633.2 | 2133.5 | 2186.0 | 3126.5 | 1714.0 | 1414.0 | 974.0 | 826.5 | 1070.0 | 1383.5 |
| | 80.0 | 1433.8 | 1535.8 | 1607.8 | 1899.0 | 1668.0 | 2122.0 | 1638.0 | 1304.0 | 899.0 | 798.0 | 1042.0 | 1360.0 |
| | 90.0 | 1418.2 | 1518.2 | 1568.6 | 1594.5 | 1642.0 | 1623.0 | 1564.5 | 1242.5 | 846.0 | 768.5 | 1020.5 | 1345.5 |
| FP1_ESA | 10.0 | 3626.5 | 3958.7 | 6750.7 | 7900.4 | 10061.9 | 7862.4 | 7070.9 | 4845.4 | 3299.9 | 2180.0 | 1544.0 | 1620.5 |
| | 20.0 | 1734.4 | 2546.4 | 3684.9 | 4115.9 | 5954.9 | 7185.9 | 6142.9 | 4181.9 | 3004.0 | 2054.0 | 1503.0 | 1560.0 |
| | 30.0 | 1708.6 | 2232.6 | 3172.6 | 3909.4 | 4624.4 | 5814.4 | 5234.4 | 3968.4 | 2776.0 | 1934.0 | 1479.0 | 1545.0 |
| | 40.0 | 1686.0 | 2099.4 | 2853.6 | 3118.0 | 4148.9 | 4903.9 | 4445.9 | 3710.9 | 2659.0 | 1904.0 | 1449.0 | 1530.0 |
| | 50.0 | 1669.0 | 1950.0 | 2529.0 | 2953.5 | 3680.9 | 4035.9 | 4070.4 | 3622.9 | 2561.5 | 1852.5 | 1438.0 | 1519.0 |
| | 60.0 | 1657.4 | 1935.8 | 2422.0 | 2895.0 | 3486.9 | 3702.9 | 3795.9 | 3557.9 | 2483.0 | 1839.0 | 1426.0 | 1495.0 |
| | 70.0 | 1601.8 | 1928.2 | 2345.0 | 2806.0 | 3359.9 | 3664.9 | 3303.5 | 3250.9 | 2232.0 | 1599.5 | 1240.5 | 1404.0 |
| | 80.0 | 1298.0 | 1759.4 | 2039.6 | 2655.0 | 3258.0 | 3456.9 | 2637.0 | 2329.0 | 1624.0 | 1224.0 | 938.0 | 1081.0 |
| | 90.0 | 1044.6 | 1297.0 | 1560.6 | 2112.5 | 2384.0 | 3173.0 | 1839.0 | 1772.5 | 1230.5 | 824.0 | 542.5 | 919.0 |

6
7
8
9

1    *Seiad*
2
3    Table 23.   Monthly flow exceedance values (cfs) for each simulated scenario
4               at Seiad.
5

| **Klamath River, Seiad** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | |
| Modeled with SIAM, cp130 (location in SIAM corresponding to Seiad) | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
| NO_PROJECT | 10.0 | 2698.6 | 5070.9 | 10751.8 | 13368.2 | 13669.6 | 11193.2 | 10750.9 | 9904.3 | 7558.4 | 3818.1 | 2518.5 | 2469.5 |
| | 20.0 | 2431.9 | 3538.3 | 6826.0 | 7889.9 | 9543.1 | 9928.9 | 8614.9 | 8231.5 | 5887.9 | 3429.6 | 2295.5 | 2323.0 |
| | 30.0 | 2273.6 | 3032.8 | 5026.5 | 6703.9 | 7542.2 | 9424.3 | 8519.9 | 7512.0 | 5213.4 | 2853.9 | 1859.5 | 2078.5 |
| | 40.0 | 2110.1 | 2785.6 | 3931.8 | 4749.6 | 7014.5 | 8430.9 | 7396.9 | 5675.7 | 4017.9 | 2331.3 | 1729.4 | 1995.0 |
| | 50.0 | 1944.2 | 2527.0 | 3201.3 | 4031.0 | 4767.2 | 6554.9 | 6302.4 | 5387.3 | 3798.9 | 2179.8 | 1651.9 | 1677.0 |
| | 60.0 | 1764.8 | 2082.2 | 2885.4 | 3740.2 | 4565.2 | 4936.4 | 4768.9 | 4986.7 | 3215.0 | 2087.4 | 1543.5 | 1512.0 |
| | 70.0 | 1711.2 | 2006.2 | 2406.2 | 3375.9 | 3711.3 | 4439.4 | 3867.4 | 3643.0 | 2775.5 | 1693.1 | 1287.1 | 1453.5 |
| | 80.0 | 1635.9 | 1973.6 | 2319.1 | 3238.1 | 3308.6 | 3568.9 | 3438.9 | 3182.9 | 2477.0 | 1560.0 | 1237.7 | 1274.0 |
| | 90.0 | 1326.6 | 1790.6 | 2138.5 | 2398.5 | 2591.3 | 2638.1 | 2785.5 | 2735.3 | 1879.5 | 1296.3 | 1037.9 | 1092.0 |
| USGS_PROJECT | 10.0 | 3147.4 | 5500.1 | 11069.6 | 13352.9 | 13948.3 | 11726.3 | 9985.4 | 8118.9 | 5296.4 | 2222.5 | 1469.0 | 1928.0 |
| | 20.0 | 2266.2 | 3933.5 | 7485.1 | 7300.9 | 8832.9 | 10165.9 | 8003.9 | 6888.9 | 3744.9 | 1701.0 | 1365.0 | 1807.0 |
| | 30.0 | 2068.8 | 3174.2 | 5140.5 | 6489.4 | 6876.9 | 9414.9 | 7604.9 | 6031.9 | 2955.5 | 1365.0 | 1289.0 | 1679.5 |
| | 40.0 | 1791.2 | 2559.6 | 3647.7 | 4305.9 | 5950.9 | 8831.9 | 6789.9 | 4343.9 | 2124.0 | 1185.0 | 1250.0 | 1602.0 |
| | 50.0 | 1703.0 | 2434.0 | 3042.0 | 3671.4 | 4310.4 | 5658.9 | 4784.4 | 3740.9 | 1809.5 | 1041.5 | 1204.0 | 1526.0 |
| | 60.0 | 1639.0 | 1942.2 | 2809.2 | 3107.0 | 3522.9 | 4349.9 | 3251.0 | 3071.0 | 1817.0 | 1017.0 | 1183.0 | 1454.0 |
| | 70.0 | 1577.4 | 1755.8 | 2134.2 | 2686.0 | 2871.5 | 3779.9 | 2700.5 | 2242.5 | 1458.0 | 945.5 | 1073.5 | 1214.5 |
| | 80.0 | 1217.2 | 1665.2 | 1993.0 | 2410.0 | 2467.0 | 2999.9 | 2159.0 | 1939.0 | 1210.0 | 838.0 | 1041.0 | 1125.0 |
| | 90.0 | 1087.6 | 1243.0 | 1463.6 | 1929.0 | 1493.0 | 1448.0 | 1464.0 | 1553.0 | 1053.5 | 706.0 | 672.0 | 908.0 |
| FERC_ESA | 10.0 | 5495.5 | 5078.3 | 11429.6 | 13657.9 | 14740.8 | 11201.8 | 9758.4 | 7917.9 | 5100.4 | 1893.0 | 1394.0 | 1730.0 |
| | 20.0 | 4327.3 | 3951.1 | 6803.1 | 7389.9 | 7924.9 | 10423.9 | 8092.9 | 6351.9 | 3484.9 | 1680.0 | 1337.0 | 1594.0 |
| | 30.0 | 3741.3 | 2954.2 | 4419.1 | 5918.4 | 7192.4 | 9526.9 | 7588.9 | 5635.9 | 2747.9 | 1290.5 | 1263.0 | 1554.0 |
| | 40.0 | 2946.0 | 2740.0 | 3458.6 | 4698.9 | 6290.9 | 8792.9 | 6840.9 | 3770.9 | 2123.0 | 1164.0 | 1203.0 | 1542.0 |
| | 50.0 | 2367.0 | 2441.0 | 2901.0 | 3575.9 | 4002.4 | 5473.4 | 4643.9 | 3011.0 | 1782.0 | 1030.0 | 1188.0 | 1502.5 |
| | 60.0 | 1657.2 | 2170.6 | 2263.8 | 3054.0 | 3668.9 | 4581.9 | 3375.9 | 2876.0 | 1615.0 | 1005.0 | 1142.0 | 1468.0 |
| | 70.0 | 1570.4 | 1908.0 | 1986.8 | 2866.0 | 2951.5 | 4140.9 | 2622.0 | 2300.5 | 1454.5 | 959.5 | 1127.0 | 1433.0 |
| | 80.0 | 1502.4 | 1669.4 | 1840.0 | 2490.0 | 2239.0 | 2879.0 | 2411.0 | 1965.0 | 1188.0 | 915.0 | 1074.0 | 1395.0 |
| | 90.0 | 1467.0 | 1630.2 | 1751.6 | 1846.0 | 2031.0 | 2167.0 | 2087.0 | 1800.5 | 1052.5 | 837.5 | 1038.0 | 1369.0 |
| FP1_ESA | 10.0 | 3863.1 | 5123.5 | 11408.6 | 12747.4 | 14740.8 | 11201.8 | 9758.4 | 8001.4 | 5850.4 | 2897.0 | 1740.0 | 1825.0 |
| | 20.0 | 1924.6 | 3424.2 | 5865.9 | 6967.9 | 7924.9 | 9594.9 | 8092.9 | 6798.9 | 4913.9 | 2684.0 | 1682.0 | 1689.0 |
| | 30.0 | 1865.4 | 2818.4 | 4419.1 | 5918.4 | 6507.4 | 8598.4 | 7588.9 | 6219.4 | 3822.9 | 2294.5 | 1609.0 | 1649.0 |
| | 40.0 | 1834.6 | 2474.4 | 3585.3 | 4520.9 | 6290.9 | 7545.9 | 6356.9 | 5127.9 | 3512.9 | 2168.0 | 1549.0 | 1637.0 |
| | 50.0 | 1806.0 | 2355.0 | 3115.0 | 3786.4 | 4856.4 | 5589.4 | 5591.9 | 5019.4 | 3219.5 | 2034.0 | 1534.0 | 1597.5 |
| | 60.0 | 1772.4 | 2097.0 | 2717.6 | 3464.9 | 4496.9 | 4823.9 | 5040.9 | 4733.9 | 2930.0 | 2009.0 | 1480.0 | 1563.0 |
| | 70.0 | 1713.0 | 2090.4 | 2548.0 | 3390.9 | 3928.4 | 4523.9 | 4133.9 | 4083.9 | 2700.0 | 1729.0 | 1287.0 | 1457.0 |
| | 80.0 | 1373.6 | 1995.6 | 2283.8 | 2806.0 | 3435.9 | 4157.9 | 3343.9 | 2914.0 | 1868.0 | 1296.0 | 957.0 | 1119.0 |
| | 90.0 | 1075.0 | 1406.6 | 1836.4 | 2778.0 | 3060.0 | 3591.4 | 2483.5 | 2313.0 | 1517.0 | 907.0 | 566.0 | 949.0 |

6
7
8

1 *Rogers Creek Bar*
2
3 Table 24.   Monthly flow exceedance values (cfs) for each simulated scenario
4 at Rogers Creek.
5

| Klamath River, Rogers Creek | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | | |
| Modeled with SIAM, cp170 (location in SIAM corresponding to Rogers Creek) | | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
| NO_PROJECT | 10.0 | 3174.6 | 8914.3 | 19220.6 | 22047.8 | 22946.4 | 17020.7 | 15911.8 | 13344.3 | 9838.3 | 4397.0 | 2825.1 | 2714.3 |
| | 20.0 | 3066.4 | 5623.0 | 12080.9 | 12940.5 | 13692.3 | 15094.9 | 12893.6 | 11607.7 | 7245.1 | 3989.1 | 2594.5 | 2525.5 |
| | 30.0 | 2545.6 | 5024.4 | 7381.3 | 11203.5 | 11995.1 | 14444.9 | 11428.9 | 9904.6 | 6450.8 | 3385.3 | 2218.6 | 2354.1 |
| | 40.0 | 2352.6 | 3526.9 | 6207.9 | 9856.6 | 10155.7 | 12022.0 | 10247.4 | 7567.3 | 5010.1 | 2831.3 | 2073.3 | 2154.9 |
| | 50.0 | 2160.3 | 2669.4 | 4283.2 | 5857.1 | 7627.2 | 9747.6 | 8726.3 | 7055.8 | 4524.7 | 2573.2 | 1789.1 | 1891.7 |
| | 60.0 | 2057.9 | 2393.5 | 3913.2 | 5561.0 | 6832.7 | 7094.1 | 6570.8 | 6503.1 | 4144.5 | 2465.3 | 1682.6 | 1726.4 |
| | 70.0 | 1902.2 | 2311.5 | 3520.1 | 5085.9 | 5813.5 | 6352.0 | 5249.7 | 4682.5 | 3471.2 | 2052.9 | 1508.4 | 1665.0 |
| | 80.0 | 1708.6 | 2248.2 | 2827.1 | 4650.6 | 4687.4 | 5229.6 | 4772.8 | 3775.5 | 2874.9 | 1968.8 | 1431.4 | 1423.7 |
| | 90.0 | 1469.2 | 2156.4 | 2736.3 | 3229.7 | 3913.4 | 4042.0 | 3730.6 | 3444.8 | 2213.8 | 1494.1 | 1165.0 | 1209.1 |
| USGS_PROJECT | 10.0 | 3556.5 | 9273.9 | 19206.1 | 22030.2 | 23775.2 | 17480.3 | 15144.8 | 11769.9 | 7777.4 | 2766.0 | 1765.5 | 2167.0 |
| | 20.0 | 2930.2 | 5971.5 | 12521.8 | 12871.8 | 12633.8 | 15306.8 | 11932.8 | 10221.9 | 5305.9 | 2264.0 | 1721.0 | 1943.0 |
| | 30.0 | 2328.4 | 4472.5 | 7893.9 | 11192.4 | 11398.8 | 14839.3 | 10780.4 | 8957.4 | 4198.4 | 1893.0 | 1633.5 | 1889.0 |
| | 40.0 | 2094.6 | 3826.1 | 5319.3 | 9255.9 | 9760.9 | 12421.8 | 10154.9 | 6129.9 | 3184.0 | 1682.0 | 1525.0 | 1847.0 |
| | 50.0 | 1980.0 | 2977.0 | 4871.9 | 5839.4 | 6979.9 | 8851.4 | 7080.4 | 5434.4 | 2825.4 | 1445.5 | 1468.5 | 1750.5 |
| | 60.0 | 1864.8 | 2238.2 | 3409.3 | 4792.9 | 5552.9 | 6910.9 | 5084.9 | 4701.9 | 2673.0 | 1325.0 | 1347.0 | 1645.0 |
| | 70.0 | 1749.4 | 2023.2 | 2834.0 | 4410.4 | 4955.9 | 5537.9 | 4082.4 | 3292.0 | 1995.5 | 1257.5 | 1271.5 | 1465.5 |
| | 80.0 | 1375.0 | 1899.4 | 2596.0 | 3888.9 | 3921.9 | 4130.9 | 3978.9 | 2547.0 | 1576.0 | 1148.0 | 1117.0 | 1283.0 |
| | 90.0 | 1219.0 | 1722.0 | 2395.0 | 2519.0 | 2732.5 | 2852.0 | 2483.5 | 2262.0 | 1393.0 | 938.0 | 866.0 | 1032.0 |
| FERC_ESA | 10.0 | 5904.7 | 8975.1 | 18896.5 | 22335.7 | 24264.7 | 17137.3 | 14918.3 | 11769.9 | 7580.4 | 2474.0 | 1714.5 | 2043.5 |
| | 20.0 | 4728.1 | 5840.7 | 12131.6 | 12808.8 | 13429.8 | 15742.8 | 12120.8 | 9602.9 | 5025.9 | 2243.0 | 1691.0 | 1823.0 |
| | 30.0 | 3910.9 | 4549.5 | 6759.3 | 10854.9 | 11344.8 | 14844.3 | 10687.9 | 8130.4 | 3909.9 | 1791.5 | 1596.0 | 1812.0 |
| | 40.0 | 3184.2 | 3850.1 | 5733.9 | 9631.9 | 9430.9 | 12722.8 | 10016.9 | 5556.9 | 3137.0 | 1661.0 | 1502.0 | 1765.0 |
| | 50.0 | 2570.0 | 3002.0 | 4196.9 | 5413.9 | 6974.4 | 8838.9 | 6939.9 | 4708.4 | 2678.5 | 1438.0 | 1435.5 | 1695.0 |
| | 60.0 | 1933.6 | 2456.4 | 3255.5 | 5049.9 | 5728.9 | 6916.9 | 5095.9 | 4556.9 | 2440.0 | 1362.0 | 1342.0 | 1623.0 |
| | 70.0 | 1733.6 | 2200.0 | 3042.8 | 4392.9 | 5041.4 | 6011.9 | 4259.4 | 3339.9 | 1998.5 | 1314.0 | 1290.1 | 1546.0 |
| | 80.0 | 1642.8 | 2116.2 | 2472.8 | 4015.9 | 4296.9 | 4500.9 | 3851.9 | 2619.0 | 1551.0 | 1106.0 | 1207.0 | 1523.0 |
| | 90.0 | 1561.8 | 1950.2 | 2140.4 | 2694.5 | 3292.0 | 3570.9 | 2914.5 | 2396.5 | 1391.5 | 1053.5 | 1165.5 | 1460.0 |
| FP1_ESA | 10.0 | 4218.9 | 9043.1 | 19896.5 | 21425.2 | 24264.7 | 16955.8 | 14918.3 | 11829.8 | 8163.9 | 3477.9 | 2060.0 | 2138.5 |
| | 20.0 | 2588.6 | 5929.7 | 10902.9 | 12085.8 | 12524.8 | 14781.8 | 12120.8 | 10137.9 | 6474.9 | 3247.0 | 2037.0 | 1918.0 |
| | 30.0 | 2190.0 | 4470.9 | 6759.3 | 10541.9 | 11344.8 | 13699.3 | 10696.4 | 8589.4 | 4957.9 | 2795.5 | 1942.0 | 1907.0 |
| | 40.0 | 2089.4 | 3534.4 | 5827.9 | 9626.9 | 9430.9 | 12566.8 | 9206.9 | 7174.9 | 4553.9 | 2665.0 | 1848.0 | 1860.0 |
| | 50.0 | 2018.0 | 2571.0 | 4196.9 | 5551.9 | 7865.4 | 8937.4 | 8204.9 | 6628.4 | 4040.9 | 2428.0 | 1782.0 | 1789.0 |
| | 60.0 | 1949.0 | 2376.6 | 3747.3 | 5124.9 | 6613.9 | 7384.9 | 6937.9 | 6209.3 | 3922.9 | 2306.0 | 1688.0 | 1718.0 |
| | 70.0 | 1787.0 | 2330.2 | 3081.8 | 4904.9 | 5920.9 | 6340.4 | 5515.9 | 5163.4 | 3343.4 | 2029.5 | 1473.5 | 1565.0 |
| | 80.0 | 1587.8 | 2154.6 | 2932.0 | 4638.9 | 4959.9 | 5702.9 | 4638.9 | 3685.9 | 2404.0 | 1561.0 | 1032.0 | 1276.0 |
| | 90.0 | 1232.8 | 1900.8 | 2656.4 | 3321.4 | 4529.9 | 4631.4 | 3503.4 | 3022.0 | 1823.5 | 1100.5 | 757.0 | 1066.5 |

6
7
8

1 *Orleans*
2
3 Table 25.   Monthly flow exceedance values (cfs) for each simulated scenario
4           at Orleans.
5

| Klamath River, Orleans | | | | | | | | | | | | | |
| Percent Exceedence Q (cfs), Period of Record 1974-97 | | | | | | | | | | | | | |
| Modeled with SIAM, cp190 (location in SIAM corresponding to Orleans) | | | | | | | | | | | | | |
| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO_PROJECT | 10.0 | 4076.5 | 14569.1 | 31485.8 | 34459.8 | 34963.0 | 26537.5 | 23238.9 | 20800.5 | 15147.0 | 5862.6 | 3373.4 | 3228.0 |
| | 20.0 | 3975.5 | 8561.1 | 19554.1 | 19747.1 | 22862.6 | 22939.2 | 19451.5 | 18165.0 | 11273.5 | 5140.5 | 3156.3 | 2908.7 |
| | 30.0 | 3034.9 | 7939.0 | 10559.6 | 17341.1 | 17594.4 | 21607.0 | 17751.3 | 15931.4 | 8986.6 | 4495.8 | 2778.4 | 2756.8 |
| | 40.0 | 2771.1 | 4740.3 | 9650.7 | 15348.9 | 14982.0 | 17915.2 | 15132.9 | 11185.0 | 7328.0 | 3590.9 | 2647.4 | 2422.7 |
| | 50.0 | 2647.2 | 3209.4 | 6218.8 | 8981.3 | 11790.8 | 13983.5 | 12348.3 | 10031.5 | 6406.8 | 3199.1 | 2109.1 | 2206.4 |
| | 60.0 | 2482.3 | 2962.0 | 5467.2 | 8403.4 | 9981.1 | 10986.9 | 9991.8 | 9623.9 | 6026.4 | 3057.9 | 1982.7 | 2084.5 |
| | 70.0 | 2234.3 | 2839.5 | 4803.1 | 7407.6 | 8350.7 | 9236.3 | 8238.5 | 6961.7 | 4776.9 | 2611.3 | 1806.6 | 1838.4 |
| | 80.0 | 1885.1 | 2728.5 | 3676.9 | 6580.4 | 7397.9 | 7878.0 | 7219.1 | 5575.4 | 3591.6 | 2400.9 | 1725.6 | 1652.0 |
| | 90.0 | 1662.0 | 2546.9 | 3259.3 | 4358.5 | 5565.0 | 6046.9 | 5374.3 | 4906.4 | 2959.6 | 1868.5 | 1377.3 | 1402.8 |
| USGS_PROJECT | 10.0 | 4292.1 | 14927.0 | 31468.8 | 34188.5 | 35788.5 | 26601.6 | 22470.2 | 19228.3 | 13084.8 | 4128.4 | 2352.5 | 2694.5 |
| | 20.0 | 3767.5 | 9033.1 | 19992.9 | 19639.7 | 20870.7 | 22940.7 | 18270.8 | 16127.8 | 9333.9 | 3595.9 | 2306.0 | 2333.0 |
| | 30.0 | 2726.6 | 7208.9 | 11044.8 | 17399.3 | 17077.8 | 21908.7 | 17076.3 | 14835.8 | 8962.9 | 2939.5 | 2172.5 | 2284.5 |
| | 40.0 | 2519.8 | 4971.5 | 8853.5 | 14635.8 | 14585.8 | 18313.8 | 14873.8 | 10051.9 | 5500.9 | 2583.0 | 2006.0 | 2160.0 |
| | 50.0 | 2451.0 | 3766.9 | 6256.9 | 8611.4 | 11085.4 | 13424.3 | 10992.3 | 8521.4 | 4508.9 | 2174.0 | 1847.5 | 2095.0 |
| | 60.0 | 2185.6 | 2750.8 | 5036.5 | 7893.9 | 8687.9 | 10861.8 | 8504.9 | 7905.9 | 4367.9 | 1917.0 | 1635.0 | 1944.0 |
| | 70.0 | 2053.4 | 2551.2 | 4413.7 | 6844.9 | 7636.9 | 8386.4 | 7072.4 | 5626.4 | 3300.9 | 1801.5 | 1577.0 | 1736.0 |
| | 80.0 | 1604.4 | 2418.4 | 3502.9 | 5732.9 | 6254.9 | 6782.9 | 6423.9 | 4330.9 | 2537.0 | 1525.0 | 1285.0 | 1507.0 |
| | 90.0 | 1452.6 | 2271.0 | 2895.2 | 3634.9 | 4383.9 | 4855.9 | 4126.9 | 3736.4 | 2101.5 | 1240.5 | 1062.0 | 1247.5 |
| FERC_ESA | 10.0 | 6609.3 | 14628.2 | 32158.5 | 34494.0 | 36278.5 | 26574.6 | 22243.2 | 18941.3 | 12888.3 | 4084.9 | 2317.5 | 2664.5 |
| | 20.0 | 5565.5 | 8789.7 | 19803.3 | 19406.7 | 22597.7 | 23893.7 | 18438.8 | 15789.8 | 9053.9 | 3323.0 | 2254.0 | 2233.0 |
| | 30.0 | 4250.5 | 7438.5 | 9908.7 | 17007.3 | 16569.3 | 21429.7 | 17094.8 | 14156.3 | 6670.9 | 2791.0 | 2135.0 | 2176.5 |
| | 40.0 | 3729.3 | 5139.9 | 9247.9 | 14424.8 | 14256.8 | 18614.8 | 14752.8 | 9584.9 | 5445.9 | 2562.0 | 1983.0 | 2118.0 |
| | 50.0 | 3351.9 | 3346.9 | 5538.9 | 8426.4 | 11136.8 | 13546.8 | 10870.3 | 7826.9 | 4535.9 | 2166.5 | 1818.5 | 2026.0 |
| | 60.0 | 2430.6 | 3104.2 | 5111.9 | 7892.9 | 9016.9 | 10867.8 | 8410.9 | 7553.9 | 3988.9 | 1923.0 | 1630.0 | 1957.0 |
| | 70.0 | 2079.8 | 2798.4 | 4404.3 | 6827.9 | 7669.9 | 8807.4 | 7304.9 | 5637.4 | 3290.9 | 1860.0 | 1598.5 | 1779.5 |
| | 80.0 | 1881.0 | 2576.0 | 3287.8 | 5823.9 | 7006.9 | 7152.9 | 6288.9 | 4388.9 | 2512.0 | 1519.0 | 1437.0 | 1694.0 |
| | 90.0 | 1770.8 | 2416.6 | 2793.8 | 3822.9 | 4943.4 | 4557.9 | 3856.9 | | 2101.0 | 1392.0 | 1338.5 | 1619.0 |
| FP1_ESA | 10.0 | 4916.7 | 14696.2 | 32158.5 | 34118.5 | 36278.5 | 25989.6 | 22243.2 | 19268.8 | 13471.6 | 5088.9 | 2663.5 | 2759.5 |
| | 20.0 | 3664.1 | 8867.3 | 18374.6 | 19071.7 | 21692.7 | 22864.7 | 18438.8 | 16185.8 | 10501.9 | 4326.9 | 2600.0 | 2328.0 |
| | 30.0 | 2795.2 | 7354.1 | 9920.1 | 16619.3 | 16543.8 | 20347.2 | 17094.8 | 14574.8 | 7612.9 | 3794.4 | 2481.0 | 2271.5 |
| | 40.0 | 2483.6 | 4747.5 | 9424.3 | 14424.8 | 14286.8 | 18614.8 | 14091.8 | 10634.9 | 6984.9 | 3565.9 | 2329.0 | 2213.0 |
| | 50.0 | 2347.0 | 2953.0 | 5646.9 | 8609.4 | 12028.3 | 13645.3 | 12230.8 | 9866.9 | 5870.4 | 3082.0 | 2164.5 | 2120.0 |
| | 60.0 | 2273.6 | 2848.0 | 5330.1 | 7899.9 | 9743.9 | 11335.8 | 10357.9 | 9289.9 | 5481.9 | 2912.0 | 1974.0 | 1998.0 |
| | 70.0 | 2188.4 | 2771.4 | 4512.3 | 7271.9 | 8583.4 | 9355.9 | 8116.4 | 7497.4 | 4648.9 | 2489.5 | 1704.5 | 1734.0 |
| | 80.0 | 1711.6 | 2631.2 | 3821.3 | 6773.9 | 7577.9 | 7658.9 | 7140.9 | 5482.9 | 3604.9 | 2027.0 | 1227.0 | 1523.0 |
| | 90.0 | 1460.4 | 2545.2 | 3225.6 | 4417.9 | 6227.4 | 6359.9 | 5021.4 | 4495.9 | 2501.5 | 1411.0 | 963.5 | 1260.5 |

6
7
8

1  *Saints Rest Bar*
2
3  Table 26.  Monthly flow exceedance values (cfs) for each simulated scenario
4            at Saints Rest Bar.
5

**Klamath River, Saints Rest Bar**
Percent Exceedence Q (cfs), Period of Record 1974-97
Modeled with SIAM, cp40 (location in SIAM corresponding to Saints Rest Bar)

| Alternative | % | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | Aug | Sept |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO_PROJECT | 10.0 | 5108.2 | 20726.1 | 42762.3 | 42811.9 | 43202.5 | 32482.7 | 30103.6 | 24672.3 | 17448.3 | 6227.3 | 3565.4 | 3794.9 |
| | 20.0 | 4792.8 | 12912.9 | 29239.5 | 26269.5 | 28910.6 | 29340.3 | 25597.7 | 20516.8 | 12304.9 | 5720.1 | 3396.1 | 3216.0 |
| | 30.0 | 3734.3 | 10512.4 | 14838.4 | 21280.7 | 21804.7 | 27255.8 | 20833.7 | 17955.7 | 10720.9 | 5131.1 | 3111.0 | 3029.0 |
| | 40.0 | 3325.0 | 6791.3 | 12690.0 | 18301.0 | 20362.3 | 24041.5 | 18216.8 | 13649.8 | 8357.9 | 4230.5 | 2747.9 | 2740.0 |
| | 50.0 | 2940.8 | 4360.9 | 8722.8 | 13250.1 | 15770.6 | 17544.4 | 15957.3 | 11769.9 | 7508.3 | 3553.4 | 2437.6 | 2486.5 |
| | 60.0 | 2873.7 | 3751.9 | 7686.7 | 11249.4 | 12929.5 | 14819.1 | 11300.8 | 10554.9 | 6971.8 | 3400.8 | 2259.6 | 2355.0 |
| | 70.0 | 2664.9 | 3304.8 | 6007.3 | 9820.5 | 11381.3 | 12591.7 | 10898.8 | 8316.4 | 5532.9 | 3115.9 | 2138.7 | 2148.5 |
| | 80.0 | 2393.2 | 3162.6 | 4876.7 | 8556.1 | 10270.1 | 10509.2 | 9491.9 | 6992.4 | 4199.0 | 2774.8 | 1913.6 | 1816.0 |
| | 90.0 | 1933.7 | 3000.2 | 3812.9 | 5824.2 | 7635.7 | 7677.0 | 6493.8 | 5878.8 | 3381.0 | 2079.8 | 1501.9 | 1613.0 |
| USGS_PROJECT | 10.0 | 7166.9 | 32293.1 | 68093.7 | 66724.1 | 68813.1 | 51983.3 | 46829.4 | 31619.5 | 21510.7 | 6805.9 | 4037.4 | 4397.9 |
| | 20.0 | 5797.3 | 18914.2 | 42992.4 | 46089.4 | 42444.4 | 50310.3 | 33889.6 | 26697.6 | 14594.8 | 6102.9 | 3414.9 | 3567.9 |
| | 30.0 | 4642.9 | 14217.8 | 23322.1 | 33423.1 | 33708.5 | 43167.9 | 30809.6 | 24252.7 | 12349.3 | 5122.4 | 3327.9 | 3442.9 |
| | 40.0 | 4184.3 | 9481.5 | 17456.0 | 26272.6 | 29898.6 | 35064.5 | 24862.7 | 16784.8 | 10131.9 | 4807.9 | 3231.0 | 3277.0 |
| | 50.0 | 3616.9 | 5373.9 | 13105.8 | 20806.3 | 24206.2 | 27590.6 | 20917.1 | 14528.3 | 7844.4 | 3871.4 | 3023.5 | 3141.0 |
| | 60.0 | 3511.9 | 4895.1 | 10594.8 | 16000.8 | 19216.7 | 22916.7 | 15821.8 | 11531.8 | 7097.9 | 3478.9 | 2752.0 | 2830.0 |
| | 70.0 | 3290.0 | 4747.7 | 8445.3 | 14338.8 | 16495.8 | 18653.3 | 14236.3 | 10001.4 | 6089.9 | 3160.0 | 2628.0 | 2671.0 |
| | 80.0 | 2910.0 | 3838.5 | 6144.5 | 11958.8 | 14909.8 | 13809.8 | 12734.8 | 8659.9 | 5097.9 | 2878.0 | 2189.0 | 2377.0 |
| | 90.0 | 2277.6 | 3622.7 | 4866.5 | 6978.9 | 10233.9 | 10641.4 | 8197.9 | 7446.4 | 4143.9 | 2287.0 | 1672.0 | 1925.0 |
| FERC_ESA | 10.0 | 7464.3 | 20787.3 | 43440.4 | 43102.0 | 44088.9 | 33144.0 | 29110.6 | 22582.7 | 15191.3 | 4404.4 | 2751.5 | 3198.4 |
| | 20.0 | 6340.7 | 12180.8 | 29291.8 | 25271.7 | 28649.6 | 29627.6 | 24388.7 | 18779.8 | 10085.9 | 3967.9 | 2399.0 | 2663.0 |
| | 30.0 | 4821.3 | 10874.8 | 14140.0 | 20898.2 | 20769.7 | 26778.1 | 20021.7 | 16182.8 | 8833.9 | 3343.9 | 2344.0 | 2397.0 |
| | 40.0 | 4389.7 | 7191.1 | 12274.8 | 18250.8 | 19638.7 | 24743.7 | 17986.8 | 11278.8 | 6862.9 | 3219.0 | 2304.0 | 2331.0 |
| | 50.0 | 3833.9 | 4288.9 | 8167.9 | 12764.8 | 15118.8 | 16644.8 | 14914.8 | 9672.9 | 5527.4 | 2596.5 | 2162.5 | 2287.0 |
| | 60.0 | 3281.2 | 3587.3 | 7167.3 | 10744.9 | 11980.8 | 14700.8 | 10743.9 | 8442.9 | 4894.9 | 2397.0 | 2009.0 | 2238.0 |
| | 70.0 | 2665.6 | 3453.9 | 5681.7 | 9314.4 | 10571.9 | 11794.4 | 9521.4 | 7086.9 | 4148.4 | 2190.0 | 1836.0 | 2133.5 |
| | 80.0 | 2266.2 | 3095.0 | 4541.5 | 7971.9 | 9712.9 | 10309.9 | 8572.9 | 5775.9 | 3267.0 | 1956.0 | 1729.0 | 1853.0 |
| | 90.0 | 1964.4 | 2925.8 | 3540.3 | 5288.9 | 7015.4 | 7162.4 | 5677.9 | 5009.0 | 2559.0 | 1636.0 | 1486.0 | 1801.0 |
| FP1_ESA | 10.0 | 5722.9 | 20855.3 | 43440.4 | 42191.5 | 44088.9 | 32011.0 | 29110.6 | 22909.7 | 15774.8 | 5408.4 | 3097.5 | 3293.4 |
| | 20.0 | 4595.9 | 12450.4 | 28063.0 | 25378.7 | 27744.6 | 28561.6 | 24388.7 | 19337.0 | 11534.8 | 4971.9 | 2745.0 | 2758.0 |
| | 30.0 | 3398.9 | 10287.7 | 14201.0 | 20898.2 | 20769.7 | 26192.7 | 20068.7 | 16641.8 | 9775.9 | 4347.9 | 2690.5 | 2492.0 |
| | 40.0 | 3135.0 | 6798.7 | 12466.6 | 18073.8 | 19638.7 | 24743.7 | 17177.8 | 12223.8 | 7907.9 | 4222.9 | 2650.0 | 2426.0 |
| | 50.0 | 2837.0 | 3972.9 | 8344.9 | 12947.8 | 16010.3 | 16859.3 | 15558.8 | 11528.3 | 6953.9 | 3511.9 | 2495.5 | 2381.5 |
| | 60.0 | 2784.0 | 3728.5 | 7391.5 | 11129.8 | 12737.8 | 15169.8 | 11667.8 | 10498.9 | 6213.9 | 3194.0 | 2251.0 | 2277.0 |
| | 70.0 | 2387.2 | 3252.0 | 5878.9 | 9745.4 | 11584.8 | 12592.8 | 10866.3 | 8809.4 | 5405.4 | 2992.0 | 2048.5 | 2151.5 |
| | 80.0 | 2168.8 | 3079.8 | 5030.5 | 9092.9 | 10330.9 | 10193.9 | 9858.9 | 6900.9 | 4321.9 | 2424.0 | 1646.0 | 1745.0 |
| | 90.0 | 1700.0 | 2877.4 | 4051.5 | 5883.9 | 8298.9 | 7932.9 | 6141.4 | 5313.4 | 2943.0 | 1613.0 | 1036.0 | 1391.0 |

6
7
8  **Phase I versus Phase II Estimated Flow Comparisons**
9
10  A comparison of the estimated unimpaired flow exceedences generated from the
11  gage data in Phase I (see Table 3) and the results of the simulated unimpaired
12  flows show somewhat lower monthly values for the Phase II study results.  These
13  differences are attributed to revised flow accretions below Upper Klamath Lake
14  proved by the USBR, uncertainty in the depletions for Upper Klamath Lake, and
15  basic analytical differences (i.e., assumptions) between the simulated hydrology
16  and the gage adjustment approach used in Phase I.  We consider the current
17  Phase II simulated flows to represent the best available estimates at this time.
18

1    **Biological Processes**
2
3
4    **Macroinvertebrate Sampling and Processing**
5
6    As part of the Phase II investigations, USU conducted simulations using a
7    mechanistic individual based bioenergetics model of drift feeding salmonids.
8    One of the required inputs for the model is an estimation of aquatic
9    macroinvertebrate drift densities.  To that end, the available drift at each study
10   site was quantified.
11
12   Replicate samples below a riffle at each study site were collected and preserved
13   for processing back at USU.  Samples were processed using the standardized
14   processing protocol developed by the Utah State University Macroinvertebrate
15   Laboratory (Vinson and Hawkins 1996).  Samples were only processed to obtain
16   an estimate of total drift density broken down into five size classes for use in the
17   bioenergetics modeling as described later in the report.  Original and processed
18   samples were preserved and archived at USU for potential future research
19   needs.  Table 27 shows the dates, number of replicate samples, and average
20   total density of macroinvertebrates by size classes for each study site.
21
22   Table 27.    Dates, number of replicate samples, and average total density of
23              macroinvertebrates by size classes for each study site.

| Date | Site | Num. Of Samples | Average Number of Invertebrates per Cubic Meter | | | | | | |
|------|------|-----------------|-------|-------|-------|-------|--------|--------|--------|
| | | | 0-2mm | 2-4mm | 4-6mm | 6-8mm | 8-10mm | 10mm | Total |
| 3/30/1999 | R-Ranch | 9 | 0.0000 | 23.6832 | 13.8430 | 4.4493 | 1.7675 | 0.0000 | 43.7428 |
| 8/2/1999 | R-Ranch | 3 | 99.8407 | 53.1837 | 4.4629 | 3.1067 | 2.5138 | 6.6930 | 169.7987 |
| 8/31/1999 | R-Ranch | 5 | 30.0666 | 183.7620 | 92.6930 | 3.8122 | 2.2555 | 2.7100 | 315.2960 |
| 3/26/1999 | Tree of Heaven | 9 | 2.2607 | 8.7121 | 15.4433 | 3.1416 | 5.6175 | 4.5754 | 39.7507 |
| 9/8/1999 | Tree of Heaven | 3 | 101.2060 | 194.1133 | 145.6040 | 17.1299 | 10.2323 | 41.7580 | 510.0433 |
| 9/9/1999 | Tree of Heaven | 12 | 79.5008 | 104.1994 | 75.0246 | 5.6308 | 3.9112 | 18.1978 | 286.4650 |
| 9/8/1999 | Brown Bear | 7 | 1.6898 | 8.0963 | 14.6277 | 5.6278 | 2.3112 | 45.3496 | 77.7020 |
| 3/24/1999 | Brown Bear | 9 | 0.0000 | 5.6115 | 7.9126 | 0.8880 | 0.3997 | 0.5763 | 15.3881 |
| 3/20/1999 | Seiad | 9 | 1.5909 | 7.3110 | 13.0362 | 6.0245 | 3.8161 | 3.9129 | 35.6913 |
| 8/3/1999 | Seiad | 9 | 62.6749 | 95.0092 | 13.6985 | 0.2501 | 1.5229 | 3.6410 | 176.7980 |
| 11/10/1999 | Seiad | 5 | 7.5038 | 11.3881 | 3.4341 | 1.0045 | 1.3102 | 10.6903 | 35.3310 |
| 8/24/1999 | Rodgers Cr. | 9 | 29.1212 | 28.5764 | 8.0316 | 0.0000 | 1.2585 | 14.0468 | 81.0343 |
| 4/2/1999 | Orleans | 8 | 0.0000 | 0.9224 | 0.3633 | 0.9145 | 1.8423 | 0.4612 | 4.5036 |
| 4/8/1999 | Weitchpec | 9 | 0.0000 | 2.5917 | 7.3496 | 2.2720 | 0.8549 | 1.3480 | 14.4161 |
| 8/23/1999 | Weitchpec | 9 | 17.7186 | 67.1503 | 8.5710 | 1.5666 | 0.2873 | 2.8830 | 98.1776 |
| 4/8/1999 | Youngs Bar | 9 | 0.0000 | 4.3814 | 1.2158 | 0.5395 | 2.0109 | 0.5395 | 8.6871 |
| 8/11/1999 | Youngs Bar | 6 | 32.9266 | 29.7342 | 11.4083 | 5.3099 | 6.2253 | 0.0000 | 85.6047 |

24
25
26   **Fish Habitat Utilization**
27
28   Fish habitat utilization data were collected to meet two critical study objectives.
29   The first objective was to provide data suitable for development and testing of
30   habitat suitability criteria (HSC) and the second objective was to provide data
31   sets for validation of the habitat modeling results.
32

Fisheries collection data at intensive study sites involved a number of sampling protocols depending on the life stage and specific objective(s).  Redd survey data were obtained from either the USFWS or Tribal collaborators.  Data for other life stages were provided by CDFG, USFWS, and Tribal sources.  The number of samples taken and number of sampling efforts over time varied between study sites.

Life stages of fry and juveniles were sampled through a combination of gear types including direct observations, seining, and electrofishing.  Each sampling location (or redd count) was located either using GPS or standard surveying equipment.  When standard surveying was undertaken, the survey was tied to the control network at the study site.  Available collection data were registered to the orthophotographs in GIS for Habitat Modeling and HSC validation as discussed later in the report.

Data collected specifically for use in the development of HSC also included collection of physical attributes such as depth, velocity, substrate, cover, and distance to cover.  This work was undertaken as part of ongoing study efforts by the USGS/USFWS, HSC development work contracted by the CDFG, with assistance from Tribal Fisheries Program personnel, specifically targeted collection of fish location data to validate the habitat modeling results at USU study sites.

Fish observation data for each study site are reported below in the section on habitat modeling validation.

**Selection of Target Species and Life Stages for Phase II Evaluations**

Due to the limitations of availability of site-specific or literature based HSC for all native species and life stages within the main stem Klamath River only specific species and life stages were included for quantitative analyses in Phase II.  The specific species and life stages included in the Phase II analyses are listed in Table 28.

Table 28.    Species and life stages used in quantitative assessments of instream flow requirements for the main stem Klamath River.

| **Species** | **Life Stages** |
|---|---|
| Steelhead | Fry and 1+ |
| Chinook | Spawning, Fry, and Juvenile |
| Coho | Fry and Juvenile |

This list of species and life stages were derived from extensive discussions with the Technical Team.  The selection of these species and life stages were made

1   after reviewing simulation results using both site-specific and literature based
2   HSC developed for the study.  In addition, although some species and life stages
3   were considered for inclusion based on available HSC in the literature (e.g.,
4   sturgeon), these curves were not considered appropriate for application to the
5   Klamath River and therefore were not included in the analyses.
6
7   Given quantification of these species and life stages, and consideration of other
8   species and life stage life history needs, and professional judgment it is assumed
9   that flow protection for non-modeled species and life stages (e.g., sturgeon and
10  non-salmonid species) will be met.   This assumption has frequently been
11  employed under similar circumstances in applied instream flow assessments
12  where specific species and life stages are used to represent 'indicator species' or
13  'guilds' for multi-species aquatic communities (see Hardy 2000).
14
15  **Species and Life Stage Periodicities**
16
17  Hardy (1999) provided an interim species and life stage periodicity for the
18  anadromous species within the main stem Klamath River.  The Technical Team
19  reviewed existing fisheries collection data from the Klamath River and additional
20  literature on known or suspected species distributions and life stage periodicities.
21  This review included consideration of potential longitudinal and seasonal
22  variation within the main stem Klamath River between Iron Gate Dam and the
23  estuary.  The revised species periodicity by reach segment was derived from this
24  compiled information and input from the Technical Team. It is recognized that
25  potential refinement of this information will continue as part of the long-term
26  instream flow study being conducted by the USFWS and other collaborators.
27  The species and life stage periodicity used in the assessment of instream flows is
28  provided in Table 29.
29
30
31  **Habitat Suitability Criteria**
32
33  The physical habitat modeling component of the Phase II assessments require
34  that relationships between hydraulic properties and biological responses of target
35  species and life stages be quantified.  The common approach to defining these
36  relationships is the development of Habitat Suitability Criteria (HSC).   HSC
37  represent how suitable a particular gradient of depth, velocity, substrate, cover,
38  etc is to a target species and life stage.  HSC typically represent the suitability of
39  a particular factor (i.e., depth) on a scale between 0.0 and 1.0.  A suitability value
40  of 0.0 represents a condition (i.e., depth) that is wholly not suitable, while a 1.0
41  indicates a condition that is 'ideally' suitable.
42
43
44
45
46

Table 29.   Species and life stage periodicities for the main stem Klamath River between Iron Gate Dam and the estuary (hatching indicates occasional usage for that month).

| Iron Gate to Shasta | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chinook Fry | | | | ■ | ■ | ■ | ■ | ■ | ▦ | | | |
| Chinook Juvenile | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Chinook Spawning/Inc. | ■ | ■ | ■ | ■ | ■ | | | | | | | |
| Coho Fry | | | | | ▦ | ■ | ■ | ■ | ■ | | | |
| Coho Juv | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steelhead Fry | | | | | | | ■ | ■ | ■ | ■ | ▦ | |
| Steelhead Spring Juv | | | | | | ■ | ■ | ■ | | | | |
| Steelhead Summer Juv | | | | | | | | | | ■ | ■ | ■ |
| Steelhead Generic Juv | ■ | ■ | ■ | ■ | ■ | | | | | | | |

| Shasta to Scott | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chinook Fry | | | | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| Chinook Juvenile | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Chinook Spawning/Inc. | ■ | ■ | ■ | ■ | ■ | ■ | ▦ | | | | | |
| Coho Fry | | | | | ▦ | ■ | ■ | ■ | ■ | | | |
| Coho Juv | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steelhead Fry | | | | | | | ■ | ■ | ■ | ■ | ▦ | |
| Steelhead Spring Juv | | | | | | ■ | ■ | ■ | | | | |
| Steelhead Summer Juv | | | | | | | | | | ■ | ■ | ■ |
| Steelhead Generic Juv | ■ | ■ | ■ | ■ | ■ | | | | | | | |

| Scott to Salmon | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chinook Fry | | | | | ■ | ■ | ■ | ■ | ■ | | | |
| Chinook Juvenile | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Chinook Spawning/Inc. | ■ | ■ | ■ | ■ | ■ | | | | | | | |
| Coho Fry | | | | | ▦ | ■ | ■ | | | | | |
| Coho Juv | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steelhead Fry | | | | | | | ■ | ■ | ■ | ■ | ▦ | |
| Steelhead Spring Juv | | | | | | ■ | ■ | ■ | | | | |
| Steelhead Summer Juv | | | | | | | | | | ■ | ■ | ■ |
| Steelhead Generic Juv | ■ | ■ | ■ | ■ | ■ | | | | | | | |

| Salmon to Trinity | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chinook Fry | | | | | ■ | ■ | ■ | ■ | ■ | | | |
| Chinook Juvenile | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Chinook Spawning/Inc. | ■ | ■ | ■ | ■ | ■ | | | | | | | |
| Coho Fry | | | | | ▦ | ■ | ■ | | | | | |
| Coho Juv | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steelhead Fry | | | | | | | ■ | ■ | ■ | ■ | ▦ | |
| Steelhead Spring Juv | | | | | | ■ | ■ | ■ | | | | |
| Steelhead Summer Juv | | | | | | | | | | ■ | ■ | ■ |
| Steelhead Generic Juv | ■ | ■ | ■ | ■ | ■ | | | | | | | |

In general, it is commonly considered most appropriate to develop site-specific HSC data from the river in which the instream flow assessment is undertaken. However, many factors such as under seeding, presence of predators, presence of introduced species, modified habitat, etc., can make development of HSC from

the target stream system both infeasible and/or undesirable. Furthermore, poor field conditions (e.g., low water visibility) can also make collection of HSC data infeasible in many river systems on a seasonal basis. When site specific HSC cannot be developed then the next step undertaken is typically to assess the applicability of HSC from another river. This typically requires observational data for target species and life stages in the stream under study in order to attempt a validation or transferability test of the HSC. Existing methods for testing applicability (transferability) of HSC (e.g., Thomas and Bovee 1993) are not generally accepted and are known to produce inconsistent results (Dunbar and Ibbotson 2001). Finally, in the absence of transferable HSC, literature based curves in conjunction with professional judgment by species experts are often utilized to select HSC. This is perhaps the most commonly applied technique for HSC 'development' for instream flow assessments in the U.S. and internationally.

Hardy (2000) provides an extensive discussion of the different types of HSC, different methods for their development, and practical implications of their use in physical habitat modeling. The next section of the report is intended to lay an objective foundation from an ecological perspective for the assessment of the techniques used to develop site-specific HSC, adopt literature based HSC, and ultimately the application of HSC in the Phase II.

## The Ecological Basis of Habitat Suitability Criteria (i.e. Niche Theory)

In order to understand the distribution and abundance of a species it is necessary to know several things:

- The life history requirements of the species,
- The resources that it requires (e.g., food, space),
- The effects of environmental conditions (e.g., velocity, temperature),
- The rates of birth, death, and migration, and the
- Interactions with their own and other species (competition and predation).

One of the fundamental concepts that has helped ecologists understand the distribution and abundance of species is the ecological niche (Hutchinson 1957; Schoener 1988). The ecological niche is the set of environmental conditions (e.g., temperature, depth, velocity) and resources (things that are consumed such as food) that are required by a species to exist and persist in a given location. There are many environmental conditions and resources that make up a niche. Typically, each condition and resource is thought of as a dimension of the niche. Along an individual dimension of a niche (e.g., temperature) there is a range of values of the condition or resource that is suitable for the species. There is also a range that is beyond the ability of the organism to exist. The many individual dimensions of the niche interact to create a multidimensional "niche volume" of conditions and resources that provide a suitable environment for a species (e.g., temperature, velocity, depth, food). This environment of suitable conditions and resources has been defined as the fundamental niche of a species.

The fundamental niche of a species must exist in a location both temporally and spatially for a species to occupy that location.  Whether or not a species actually occupies a location, however, also depends on whether or not the species has access to the location and whether or not it is precluded from occupying the location by other species because of competition or predation.  The portion of a species fundamental niche that a species actually occupies is called its realized niche.   The realized niche varies depending on the number, types, and effectiveness of competitors and predators.  The realized niche also depends on availability and variability of conditions and resources in the environment.

For riverine fishes, some of the most important niche dimensions are water temperature, hydraulics (interaction of depth and velocity), substrate, cover, and food.  Multiple species can coexist in a river by utilizing a combination of niche dimensions differently.   If two species utilize the same or nearly the same combination of resources and environmental conditions (niche) at the same time and in the same locations, the potential exists for the more competitive of the two species to exclude the other from the system or from much of its fundamental niche.  Likewise, predators can exclude species from occupying much of their fundamental niche through intimidation or predation (Powers 1985; Schlosser 1987; and others).

Species and life stage specific HSC as used in instream flow determinations are an attempt to measure the important niche dimensions of a particular species and life stage (Gore and Nestler 1988).  These criteria are then used to identify how the amount of space corresponding to the measured niche changes with river discharge.  The assumption then, is that there is a positive relationship between the amount of space that exhibits suitable niche conditions and the potential numbers of the species and life stage in the river (Orth and Maughan 1982; Jowett 1992; Nehring and Anderson 1993; others).

In principle, increasing the range, availability, and abundance (diversity) of the important niche dimensions utilized by riverine fishes can increase the number of potential niches that can coexist in a river and can increase the diversity of fish species and life stages in the river.   Several investigators have shown that species and life stage diversity in rivers is directly related to the diversity of important niche dimensions (e.g., Gorman and Karr 1978, Schlosser 1987).

 Diversity of environmental conditions and resources results in biotic diversity (Allan 1995), but only if the spatial and temporal diversity is within a range of conditions that the species are pre-adapted to (only if diversity equates to a diversity of suitable niche conditions).   For example, highly variable environmental conditions result in a diverse environment, but low species diversity (Horwitz 1978; Bain et al. 1988) because species are not adapted to the rapidly changing conditions. Several investigators have quantified the range of conditions and resources that various riverine fishes inhabit (Lobb and Orth

1   1991; Aadland 1993; Bain et al. 1988; Bowen et al. 1998), particularly with
2   respect to depth and velocity.  They have identified species and life stage guilds
3   that utilize the niche dimensions of depth and velocity in a similar manner.
4   Guilds typically use a set of environmental conditions or resources similarly, but
5   typically differ in the temporal or spatial use of these resources or differ along
6   other niche dimensions (i.e., food utilization) to coexist.
7
8   Because stream flow is one of the key factors that controls the temporal and
9   spatial availability of stream hydraulics (interaction of depth and velocity),
10  substrate, cover, food, and to a lesser extent temperature (e.g., Statzner and
11  Higler 1986), stream flow within a given river system controls the abundance and
12  diversity of niche dimensions and the diversity of species that can exist. One
13  method of quantifying the effects of stream flow on riverine biota is to quantify the
14  diversity of habitat types (types inhabited by typical riverine fish guilds) versus
15  flow (e.g., Aadland 1993; Bowen et al. 1998).  The diversity of the habitats types,
16  particularly key bottleneck habitats that may affect recruitment of fishes at
17  various times of the year (e.g, spawning or nursery habitat) can be used to
18  identify stream flows that maintain habitats for a diversity of species and life
19  stages (Bain et al. 1988; Scheidegger and Bain 1995; Nehring and Anderson
20  1993).
21
22  A particularly useful complement to this method is to individually quantify habitat
23  for important or key species and life stages.  Analysis of individual species and
24  life stages has been used for a long time in instream flow assessments.
25  Unfortunately, many of these past assessments looked only at a few individual
26  species and/or life stages.  It is important, however, to analyze individual species
27  and life stages in the context of the entire community and ecology of the river
28  (e.g., Orth 1987).
29
30  Given perfect knowledge of a species and life stage's realized niche (seasonally
31  and with respect to discharge) in a river system, it would be possible to quantify
32  how the amount of its realized niche changes with flow.  This could be used to
33  generate a flow regime that minimizes habitat bottlenecks for target species and
34  life stages.   If this analysis was done in concert with a community wide
35  assessment (see above), the flow regime could be generated that did not create
36  undue bottlenecks for other species and life stages in the system.   Perfect
37  knowledge of a species and life stage niche is at a practical level unobtainable
38  however, and as a result, approximations of the realized niche must suffice (i.e.,
39  HSC).
40
41  HSC generated from fish observations in a river system are typically used to
42  quantify the realized niche in terms of depth, velocity, substrate, and cover
43  (although most investigators do not recognize them as such).   However,
44  generation of HSC is fraught with many difficulties.  Some of the most serious of
45  these are logistics constraints that affect the size, timing, and quality of the data

1  sample, habitat availability biases that exist at the time of sampling and
2  predation/competition biases that exist at the time of sampling.
3
4  HSC development is also complicated due to fish habitat use changes with fish
5  size, season, temperature, activity, habitat availability, presence and abundance
6  of competitors and predators, discharge, and changes between years (Orth
7  1987; Schrivell 1986; Heggenes 1990; Schrivell 1994; Smith and Li 1983; Bozek
8  and Rahel 1992; Everest and Chapman 1972; Moore and Gregory 1988; Modde
9  and Hardy 1992).  These factors underscore the importance of validating the
10 HSC, especially in terms of the habitat modeling results.  This is specifically
11 addressed below when reporting on the results of the habitat modeling.
12
13 **Site Specific HSC**
14
15 Site-specific HSC were developed for the main stem Klamath River for chinook
16 spawning, chinook fry, and for steelhead $1^+$ life stages for spring, summer, and
17 seasonally combined data sets.  These HSC are considered interim in light of the
18 continued instream flow assessment work being undertaken as part of the long-
19 term strategic flow study headed up by the USFWS.  It is anticipated that these
20 HSC will continued to be refined as additional information becomes available
21 over time.  HSC development was undertaken by a collaborative effort of the
22 Technical Team that relied on HSC research funded by the CDFG.  The Team
23 reviewed analytical methods used for data reduction, curve fitting techniques,
24 observational data, life history information, and work conducted in other systems.
25 This assessment also included the professional judgment of several Technical
26 Team members with extensive field experience in the Klamath River. The final
27 site-specific interim HSC were provided to USU for use in all the habitat
28 simulations.
29
30 *Substrate and Vegetation Coding for HSC*
31
32 Substrate and vegetation coding differed slightly between the 1999 and 2000
33 field assessments.  Differences in the coding arose from participation of different
34 study personnel.  These differences were rectified into a common twenty-two
35 category classification as shown in Table 30.
36
37 This classification scheme was employed for both the HSC but also used in the
38 coding of 'channel index' values in both the 1-dimensional and 2-dimensional
39 hydraulic simulation models as explained below.  The classification scheme in
40 Table 30 was also used in the habitat modeling portions of the study as
41 described in that section.
42
43
44
45
46

1  ***Chinook Spawning***
2
3   Chinook spawning HSC for depth, velocity and substrate were derived from field
4   data collections within the main stem Klamath River below Iron Gate Dam
5   downstream to the confluence with the Scott River during 1998 and 1999.   Tim
6   Hardin and Associates collected these data at approximately 1,200 (mid- to late-
7   October) and 1,800 cfs (early November) as part of California Department of Fish
8   and Game's on-going contributions to the instream flow assessments within the
9   Klamath River.   The study team sampled the entire river from below Iron Gate
10  Dam to the Scott River during each sample period.   The HSC curves were
11  developed from 290 observations taken from identified redd locations.   The final
12  interim HSC values for velocity, depth, and substrate are proved in Figures 44 to
13  46.
14
15
16
17
18
19
20  Table 30.     Substrate and vegetation coding scheme used for all HSC.
21

| Final Code | Year 2000 substrate and vegetation codes | Description | Final Code | Year 2000 substrate and vegetation codes | Description |
|---|---|---|---|---|---|
| 1 | 1 | Filamentous algae | 8 | 17 | Large woody debris (LWD)>4"x12" |
| 2 | 2 | Non emergent rooted aquatic | 12 | 18 | Clay |
| 3 | 3 | Emergent rooted aquatic | 12 | 19 | S and and/or silt (<0.1") |
| 4 | 4 | Grass | 12 | 20 | Coarse sand (0.1-0.2") |
| 4 | 5 | Sedges | 13 | 21 | Small gravel (0.2-1") |
| 4 | 6 | Cockle burs | 14 | 22 | Medium gravel (1-2") |
| 6 | 7 | Grape vines | 15 | 23 | Large gravel (2-3") |
| 6 | 8 | Willows | 16 | 24 | Very large gravel (3-4") |
| 6 | 9 | Berry vines | 16 | 25 | Small cobble (4-6") |
| 5 | 10 | Trees <4" | 17 | 26 | Medium cobble (6-9") |
| 5 | 11 | Trees >4" | 18 | 27 | Large cobble (9-12") |
| 10 | 12 | Root wad | 19 | 28 | Small boulder (12-24") |
| 11 | 13 | Aggregates of small vegetation dominate <4" | 20 | 29 | Medium boulder (24-48") |
| 11 | 14 | Aggregates of large vegetation dominate >4" | 21 | 30 | Large boulder (>48") |
| 7 | 15 | Duff, leaf litter, organic debris | 22 | 31 | Bedrock-smooth |
| 9 | 16 | Small woody debris (SWD) <4"x12" | 22 | 32 | Bedrock-rough |

22



1  Figure 44.    Frequency distribution (bars) and final interim HSC values (red line)
2                for chinook spawning for velocity from the Klamath River.



3  Figure 45.    Frequency distribution (bars) and final interim HSC values (red line)
4                for chinook spawning for depth from the Klamath River.



1
2      Figure 46.    Frequency distribution (bars) and final interim HSC values (red line)
3                    for chinook spawning for substrate from the Klamath River.
4
5      ***Chinook Fry***
6
7      Chinook fry data were collected from the main stem Klamath River below Iron
8      Gate Dam downstream to Seiad during both 1998 and 1999.   A total of 2498
9      observations were made for depth, 2252 for velocity, and 2300 for substrate and
10     cover.  HSC were developed for depth, velocity, cover type (i.e., no cover, object
11     cover, instream cover, and combined cover), distance to cover, and relative value
12     of cover type (i.e., substrate versus vegetation).   No cover was defined, as
13     conditions were the stream contained no form of escape cover.   Object cover
14     was defined as any feature adjacent to the water that proved 'object' cover from
15     predators.  Instream cover was defined as any feature within the stream (e.g.,
16     root snags, large cobble substrates, etc) that produced physical or hydraulic
17     properties that could be used as cover.  Combined cover was associated with
18     any physical or hydraulic feature containing both object and instream cover
19     elements.
20
21     The frequency distributions of the observed data and final HSC values for
22     velocity, depth, and cover are provided in Figures 47 to 49.



1 Figure 47.    Frequency distribution (bars) and final interim HSC values (red line)
2                 for chinook fry for velocity from the Klamath River.
3



4
5 Figure 48.    Frequency distribution (bars) and final interim HSC values (red line)
6                 for chinook fry for depth from the Klamath River.



Figure 49.   Frequency distribution (bars) and final interim HSC values (bars) for
chinook fry for cover types from the Klamath River.

The analysis also included an empirical based field assessment that confirmed
habitat use along the stream margins in association with cover versus use of the
main river channel.  This was accomplished through a combination of sampling
techniques including direct under water observations, video, and electrofishing
using longitudinal transects both along the stream margin and within the main
river channel.

HSC development also included an assessment of dependency of chinook fry
habitat use dependent on the distance to escape cover.  Figure 48 shows the
relationship between chinook fry and distance to escape cover derived from the
field observations.

Note that for the distance to cover component of the habitat analysis, a single
threshold of $\leq$ 2.0 feet was used for all habitat simulations as described later.  As
can be seen in Figure 50, this threshold distance incorporates 90 percent of all
fish observational data.



Figure 50.   Relationship between frequency of observations (red) and the cumulative percent of observations (blue) and distance to escape cover for chinook fry.

In addition, analyses were conducted on the relationship between in-water escape cover as a function of cover type (i.e., vegetation versus substrate). Based on the observation data, the relative importance of vegetation escape cover was set at 1.0 while substrate escape cover was set at 0.17. This reflects the relatively small proportion of chinook fry found in association with substrate specific cover compared to the overwhelming number of observations associated with vegetation cover types. Table 31 provides the interim HSC in-water escape cover chinook fry.

Table 31.   Interim in-water escape cover HSC for chinook fry.

| In-Water Escape Cover Component | Interim HSC |
|---|---|
| Vegetation | 1.00 |
| Substrate | 0.17 |

It should be noted that the field data collection for chinook fry were obtained at a relatively high flow rates during the first two field seasons. This had the potential to bias these HSC toward higher flow rate conditions. Chinook fry observations obtained during spring 2001 field sampling by USFWS field personnel at substantially lower flow rates, indicate very little bias if any in these HSC.

1  Chinook fry depth and velocity utilization and their association with inundated
2  streamside vegetation appears to be consistent with the existing chinook fry HSC
3  developed for the study (Tom Shaw, personnel communication).
4
5  **Steelhead 1[+]**
6
7  Summertime steelhead 1[+] observations taken between Iron Gate Dam and
8  Young's Bar during July to October 1999 were used to develop site-specific HSC
9  for depth, velocity, substrate/cover, and distance to escape cover.  The bulk of
10 these data were collected from the RRanch and Seiad USU study sites.  A total
11 of 192 observations were made for depth, 193 for velocity, and 197 for substrate.
12
13 Springtime steelhead 1+ observations were made during March to May in 1999
14 and 2000 in the reach of river between Iron Gate Dam and Seiad Valley.  A total
15 of 158 observations were made for depth, 158 for velocity, and 151 for substrate.
16 The HSC were developed specifically for spring, summer, and the seasonally
17 combined data sets.   The spring and summer partitioning of the data was
18 undertaken to reflect changes in habitat utilization associated with both growth
19 and responses to different environmental factors (e.g., temperature regimes).
20 The seasonally combined data were utilized for assessing non-spring and
21 summer conditions.   The frequency distributions and final HSC values are
22 provided in Figures 51 to 62.



23
24 Figure 51.    Frequency distribution (bars) and final interim HSC values (red line)
25              for spring time steelhead 1[+] velocity from the Klamath River.
26



1
2   Figure 52.   Frequency distribution (bars) and final interim HSC values (red line)
3                for springtime steelhead 1[+] depth from the Klamath River.



4   Figure 53.   Frequency distribution (blue) and final interim HSC values (red) for
5                springtime steelhead 1[+] escape cover from the Klamath River.
6



Figure 54. Frequency distribution (bars) and final interim HSC values (red line) for springtime steelhead 1$^+$ distance to escape cover from the Klamath River.



Figure 55. Frequency distribution (bars) and final interim HSC values (red line) for summertime steelhead 1$^+$ velocity from the Klamath River.



Figure 56.   Frequency distribution (bars) and final interim HSC values (red line) for summertime steelhead 1$^+$ depth from the Klamath River.



Figure 57.   Frequency distribution (blue) and final interim HSC values (red) for summertime steelhead 1$^+$ cover from the Klamath River.

1



2
3  Figure 58.   Frequency distribution (bars) and final interim HSC values (red line)
4              for summertime steelhead $1^+$ distance to escape cover from the
5              Klamath River.



6  Figure 59.   Frequency distribution (bars) and final interim HSC values (red line)
7              for seasonal combined steelhead $1^+$ velocity from the Klamath
8              River.



1
2  Figure 60.      Frequency distribution (bars) and final interim HSC values (red line)
3                  for combined steelhead 1$^+$ depth from the Klamath River.



4  Figure 61.      Frequency distribution (blue) and final interim HSC values (red) for
5                  combined steelhead 1$^+$ cover from the Klamath River.
6



1
2   Figure 62.    Frequency distribution (bars) and final interim HSC values (red line)
3                 for combined steelhead 1$^+$ distance to escape cover from the
4                 Klamath River.
5
6   **Literature Based Habitat Suitability Criteria**
7
8   Some investigators that have dealt with the inherent problems of HSC outlined in
9   the discussion above have suggested that 'enveloped HSC' are a viable
10  alternative solution when site-specific HSC are not available or concerns of bias
11  may invalidate their application.  In this context, enveloped HSC are derived by
12  'drawing' a composite HSC that envelops all the observation data or family of
13  HSC derived from several sources.  For example, Bozek and Rahel (1992) found
14  differences in the suitability and preference (suitability criterial corrected for
15  habitat biases) criteria of young cutthroat trout between years and between
16  rivers.  They found that composite models (combining data from rivers and years)
17  provided a practical solution for representing the niche dimensions of depth and
18  velocity.  Jowett (1991) found that using enveloped suitability criteria from four
19  rivers performed almost as well as stream specific criteria, and very much better
20  than functions developed at one river and applied to another.  Based on these
21  results, he advocated the use of generalized envelope criteria.
22
23  Several authors, conversely, have advocated the use of only site-specific
24  suitability criteria for describing the realized niche of a particular species and life
25  stages (e.g., Moyle and Baltz 1985; Schirvell 1986; Gore and Nestler 1988).  This
26  is a reasonable approach where HSC development can be done properly, but the
27  problems discussed previously are still inherent for site-specific data.   In
28  particular, when flows change or fish competitors/predators change the realized

niche of a species or life stage, this change may not be encompassed in the potentially "narrowly" defined site specific data (also time, fish density, habitat availability, and flow specific data).  In fact, narrowly defined site-specific curves frequently perform poorly when applied in locales other than where they were developed (e.g., Bozek and Rahel 1992; Jowett 1991).

At the present time, properly defined envelop curves appear to be one of the most practical approaches for describing the realized niche dimensions of species/life stages where high quality (properly developed) site specific data are not available (see Dunbar and Ibbotson 2001).

In order to consider other key target species and life stages in the Phase II assessments for which site-specific curves were not available, an envelope HSC development procedure was developed using literature-based HSC.   HSC published for the following species and life stages were evaluated in light of data collection methods, number of samples, and where possible, type of river system for which the curves were derived.

- Steelhead – Fry
- Chinook – Juvenile
- Coho – Fry
- Coho – Juvenile

A systematic procedure was then developed for constructing generalized envelope HSC.  This procedure was tested against the species and life stage site-specific HSC developed in the previous section.

***Envelope HSC Development Procedure***

Generalized envelope based HSC were determined from literature based curves using the following set of assumptions and methods:

1) Regardless of the system size represented by the literature HSC, the depth and velocity HSC are indicative of measured variations in the realized niche for a specific life stage of fish.  However, irrational artifacts in the literature HSC (i.e., where zero (0) depths indicated some amount of suitability) were ignored in developing the curves.

2) HSC for a particular 'life stage' represent a range of fish sizes (e.g., fry = ~30mm through 55mm for chinook) and differences in the functional relationships for HSC can in part be attributed to differences in size classes of fish used in the HSC development.

3) Fish (especially fry and juvenile) are known to exhibit shifts in both depth and velocity utilization as they grow over the size ranges

1  specified for a particular life stage HSC.  This is related to Number 2
2  above.
3
4  4)   The utilization of envelope curves has been shown in the literature to
5       be a valid approach to development and application of HSC in the
6       absence of site-specific HSC.  In general, 'envelope' HSC perform
7       nearly as well as a site-specific HSC and generally better than a single
8       site-specific curve that is transferred to a different system as noted
9       above.
10
11 5)   Available HSC for a given life stage were evaluated in terms of their
12       functional relationships, known life history traits for depth and velocity
13       use, and the fish size ranges intended for application of the HSC within
14       the Klamath River.
15
16 HSC that had been published in the literature that were predominantly from the
17 western United States were assembled and the relationships between velocity
18 and depth plotted.  For each HSC, the type of curve (i.e., utilization, preference,
19 professional judgment, etc., was noted and the location where the HSC were
20 developed (if known) for each target species and life stage.  Appendix A contains
21 the bibliographic references for these literature based HSC.
22
23 Utilizing these assumptions and professional judgment, literature-based curves
24 were used to generate envelope HSC for the species and life stages noted
25 above. The envelope curves were constructed to represent robust characteristics
26 of the realized niche for each parameter (i.e., depth and velocity). The following
27 section of the report highlights data sources and rationale associated with the
28 HSC for each species and life stage.
29
30 *Steelhead – Fry*
31
32 The source, type, and location of steelhead fry velocity and depth literature HSC
33 considered in the development of the envelope HSC are shown in Table 32.
34
35 Table 32.   Source, curve type, and location of steelhead fry HSC used for the
36            development of the velocity and depth envelope HSC.
37

| Source | Curves | Location |
|---|---|---|
| Hosey & Associates (1986) | Suitability, Cat I | Washington |
| Hampton (1988a) | Utilization, Cat II | California |
| Beak Consultants (1985) | Utilization, Cat II | Oregon |
| USFWS (1987) | Probability-of-use, Cat II; Winter Run | US |
| Sanford (1984) | Preference, Cat III | Washington/Oregon |
| USFWS (1998) | | Trinity River |

44
45 Each of these HSC sets for velocity and depth are shown in Figures 63 and 64.
46 The envelope HSC is also contained in each of these figures.

1



2
3  Figure 63.    Literature based HSC and final envelope HSC for steelhead fry
4                     velocity.



5
6  Figure 64.    Literature based HSC and final envelope HSC for steelhead fry
7                     depth.
8
9
10
11

1   *Coho – Fry*
2
3   The source, type, and location of coho fry velocity literature HSC considered in
4   the development of the envelope HSC are shown in Table 33.  In this instance,
5   some sources did not provide depth HSC.
6
7   Table 33.   Source, curve type, and location of coho fry HSC used for the
8              development of the velocity envelope HSC.
9

| Source | Curves | Location |
|---|---|---|
| Hampton (1988a) | Utilization; Cat II | California |
| Bovee (1978) | Probability-of-use; Cat II | US Western |
| AEIDC (1981) | Cat II | Alaska |
| Sheppard & Johnson (1985a) | Cat II; June | New York |
| Sheppard & Johnson (1985b) | Cat II; October | New York |
| Hampton (1988b) | Preference; Cat III | California |
| Sanford (1984) | Cat III | Washington/Oregon |
| USFWS (1998) | | Trinity River |

10
11  Each of these HSC sets for velocity is shown in Figure 65.  The envelope HSC is
12  also contained in the figure.
13



14
15  Figure 65.   Literature based HSC and final envelope HSC for coho fry velocity.
16
17  The source, type, and location of coho fry depth literature HSC considered in the
18  development of the envelope HSC are shown in Table 34.  In this instance, some

1  sources did not provide both velocity and depth HSC.   Either was used if
2  provided.
3
4  Table 34.       Source, curve type, and location of coho fry HSC used for the
5                  development of the depth envelope HSC.
6

| Source | Curves | Location |
|---|---|---|
| Hampton (1988) | Utilization; Cat II | California |
| Bovee (1978) | Probability-of-use; Cat II | US Western |
| AEIDC (1981) | Cat II | Alaska |
| Bustard & Narver (1975) | Utilization; Cat II; Temperature = 7 C; Winter | B.C. |
| Sheppard & Johnson (1985a) | Cat II; June | New York |
| Sheppard & Johnson (1985b) | Cat II; October | New York |
| Hampton (1988) | Preference; Cat III | California |
| Sanford (1984) | Cat III | Washington/Oregon |
| USFWS (1998) | | Trinity River |

7
8  Each of these HSC sets for depth is shown in Figure 66.   The envelope HSC is
9  also contained in the figure.
10



12  Figure 66.      Literature based HSC and final envelope HSC for coho fry depth.
13
14
15
16
17

1   _Coho – Juvenile_
2
3   The source, type, and location of coho juvenile velocity literature HSC considered
4   in the development of the envelope HSC are shown in Table 35.  In this instance,
5   some sources did not provide either velocity or depth HSC.
6
7   Table 35.    Source, curve type, and location of coho juvenile HSC used for the
8               development of the velocity envelope HSC.
9

| Source | Curves | Location |
|---|---|---|
| AEIDC (1981) | Cat II | Alaska |
| Hampton (1988a) | Utilization; Cat II | California |
| Hampton (1988b) | Preference; Cat III | California |
| Suchanek et al. (1984a) | Utilization; Cat II | Susitna R., Alaska |
| Suchanek et al. (1984b) | Utilization; Cat II | Lower Susitna R., Alaska |
| USFWS (1998) | | Trinity River |

10
11   Each of these HSC sets for velocity is shown in Figure 67.  The envelope HSC is
12   also contained in the figure.



13
14
15   Figure 67.   Literature based HSC and final envelope HSC for coho juvenile
16               velocity.
17

1　The source, type, and location of coho juvenile depth literature HSC considered
2　in the development of the envelope HSC are shown in Table 36.  In this instance,
3　some sources did not provide either velocity or depth HSC.
4
5　Table 36.　　Source, curve type, and location of coho juvenile HSC used for the
6　　　　　　　　development of the depth envelope HSC.
7

| Source | Curves | Location |
|---|---|---|
| AEIDC (1981) | Cat II | Alaska |
| Hampton (1988a) | Utilization; Cat II | California |
| Bustard & Narver (1975) | Utilization; Cat II; Temperature = 7 C; Winter | B.C. |
| Hampton (1988b) | Preference; Cat III | California |
| Suchanek et al. (1984a) | Utilization; Cat II | Susitna R., Alaska |
| USFWS (1998) | | Trinity River |

8
9　Each of these HSC sets for depth is shown in Figure 68.  The envelope HSC is
10　also contained in the figure.
11



12
13　Figure 68.　　Literature based HSC and final envelope HSC for coho juvenile
14　　　　　　　　depth.
15
16
17
18
19

1   *Chinook – Juvenile*
2
3   The source, type, and location of chinook juvenile velocity literature HSC
4   considered in the development of the envelope HSC are shown in Table 37.
5
6   Table 37.      Source, curve type, and location of chinook juvenile HSC used for
7                  the development of the velocity envelope HSC.
8

| Source | Curves | Location |
|---|---|---|
| Hampton (1988a) | Utilization, Cat II | California |
| Raleigh et al. (1986a) | Suitability, Cat I | US |
| Raleigh et al. (1986b) | Suitability, Cat I | US |
| Estes & Kuntz (1986) | Suitability (Utilization), Cat II | Alaska |
| Raleigh et al. (1986c) | Utilization, Cat II; Clear Water | Alaska |
| Raleigh et al. (1986d) | Utilization, Cat II; Turbid Water | Alaska |
| Raleigh et al. (1986) (Burger et al.) | Utilization, Cat II | Alaska |
| Raleigh et al. (1986) (Burger et al.) | Utilization, Cat II; Nose Velocity | Alaska |
| Bovee (1978) | Probability-of-use; Cat II | Idaho/Oregon |
| Reiser (1986); Reiser et al. (1989) | Suitability; Cat II | Idaho |
| Beak Consultants (1985) | Suitability Utilization, Cat II | Oregon |
| USFS (1989) | GAWS (suitability); Cat II | US Western |
| Hampton (1988b) | Preference, Cat III | California |
| Wampler (1985) | Preference, Cat III | Washington |
| Suchanek et al. (1984a) | Utilization; Cat II; High Turbidity | Susitna R., Alaska |
| Suchanek et al. (1984b) | Utilization; Cat II; Low Turbidity | Susitna R., Alaska |
| Suchanek et al. (1984c) | Utilization; Cat II; Clear Water | Susitna R., Alaska |
| Suchanek et al. (1984d) | Utilization; Cat II; (Depth curve for turbid water) | Susitna R., Alaska |
| USFWS (1998) | | Trinity River |

9
10  Each of these HSC sets for velocity is shown in Figure 69.  The envelope HSC is
11  also contained in the figure.
12



1
2  Figure 69.    Literature based HSC and final envelope HSC for chinook juvenile
3                velocity.
4
5  The source, type, and location of chinook juvenile depth literature HSC
6  considered in the development of the envelope HSC are shown in Table 38.
7
8  Table 38.    Source, curve type, and location of chinook juvenile HSC used for
9               the development of the depth envelope HSC.
10

| Source | Curves | Location |
|---|---|---|
| Hampton (1988a) | Utilization, Cat II | California |
| Raleigh et al. (1986a) | Suitability, Cat I | US |
| Raleigh et al. (1986b) | Suitability, Cat I | US |
| Estes & Kuntz (1986) | Suitability (Utilization), Cat II | Alaska |
| Raleigh et al. (1986c) | Utilization, Cat II; Clear Water | Alaska |
| Raleigh et al. (1986d) | Utilization, Cat II; Turbid Water | Alaska |
| Bovee (1978) | Probability-of-use; Cat II | Idaho/Oregon |
| Reiser (1986); Reiser et al. (1989) | Suitability; Cat II | Idaho |
| Beak Consultants (1985) | Suitability Utilization, Cat II | Oregon |
| USFS (1989) | GAWS (suitability); Cat II | US Western |
| Hampton (1988b) | Preference, Cat III | California |
| Wampler (1985) | Preference, Cat III | Washington |
| Suchanek et al. (1984b) | Utilization; Cat II; Low Turbidity | Susitna R., Alaska |
| Suchanek et al. (1984c) | Utilization; Cat II; Clear Water | Susitna R., Alaska |
| Suchanek et al. (1984d) | Utilization; Cat II; (Depth curve for turbid water) | Susitna R., Alaska |
| USFWS (1998) | | Trinity River |

11

1    Each of these HSC sets for depth is shown in Figure 70.   The envelope HSC is
2    also contained in the figure.



3
4    Figure 70.      Literature based HSC and final envelope HSC for chinook juvenile
5                    depth.
6
7    In order to conduct a validation test of the envelope HSC development process,
8    envelope HSC were also developed for the species and life stages in the
9    Klamath River for which site-specific HSC were available.   These included
10   chinook spawning, chinook fry, and steelhead 1[+].   For each of these species and
11   life stages, the same methodology used to generate the envelope HSC described
12   above was employed.   The results for each species and life stage are provided
13   below.   In the following section of the report, the actual validation test is
14   discussed.
15
16   *Chinook – Fry*
17
18   The source, type, and location of chinook fry velocity and depth literature HSC
19   considered in the development of the envelope HSC are shown in Table 39.
20
21   Each of these HSC sets for velocity is shown in Figure 71 and depth is shown in
22   Figure 72.   The envelope HSC and Klamath site-specific HSC are also contained
23   in these figures.
24
25
26

1    Table 39.    Source, curve type, and location of chinook fry HSC used for the
2                    development of the velocity and envelope HSC.
3

| Source | Curves | Location |
|---|---|---|
| Hampton (1988) | Utilization, Cat II | California |
| Raleigh et al. (1986) | Suitability, Cat I | California |
| Raleigh et al. (1986) | Suitability, Cat I | US |
| Raleigh et al. (1986) (Burger et al.) | Utilization, Cat II | Alaska |
| Beak Consultants (1985) | Suitability (Utilization), Cat II | Oregon |
| Raleigh et al. (1986) | Utilization, Cat II | Washington |
| Hampton (1988) | Preference, Cat III | California |
| USFWS (1998) | | Trinity River |
| Campbell & Eddy (1988) | Utilization, Cat II | Washington |
| Rubin & Bjornn (1989) DRAFT | Suitability (Utilization); Pooled; Cat II | Idaho |
| Rubin & Bjornn (1989) DRAFT | Suitability (Utilization); Cape Horn Creek; Cat II | Idaho |
| Everest & Chapman (1972) | Utilization; 1966 data;  Crooked Fork Creek | Idaho |
| Everest & Chapman (1972) | Utilization; 1966 data;  Johnson Creek (Low Grad) | Idaho |
| Everest & Chapman (1972) | Utilization; 1966 data;  Johnson Creek (High Grad) | Idaho |

4



5
6    Figure 71.    Literature based HSC, final envelope HSC (bold red), and Klamath
7                    site-specific HSC (bold black) for chinook fry velocity.
8



Figure 72.    Literature based HSC, final envelope HSC (bold red), and Klamath
              site-specific HSC (bold black) for chinook fry depth.

*Chinook – Spawning*

The source, type, and location of chinook spawning velocity and depth literature
HSC considered in the development of the envelope HSC are shown in Table 40.

Each of these HSC sets for velocity is shown in Figure 73 and depth in Figure 74.
The envelope HSC and Klamath site-specific HSC are also contained in these
figures.

1   Table 40.    Source, curve type, and location of chinook spawning HSC used for
2               the development of the velocity and depth envelope HSC.
3

| Source | Curves | Location |
|---|---|---|
| Bovee (1978) | Probability-of-use; Cat II | Idaho/Oregon |
| Sams & Pearson (1963) | Suitability (Utilization), Cat II | Oregon |
| Bovee (1978) | Probability-of-use; Cat II | Oregon |
| Sams & Pearson (1963) | Suitability (Utilization), Cat II | Oregon |
| Raleigh et al. (1986) | Suitability; Cat I | US |
| Hampton (1988) | Utilization, Cat II | California |
| Reiser (1986); Reiser et al. (1989) | Suitability; Cat II | Idaho |
| Raleigh et al. (1986) | Utilization, Cat II | Washington |
| Raleigh et al. (1986) | Suitability (V=Cat II; D=Cat I) | Alaska |
| Raleigh et al. (1986) | Utilization; Cat II; Fall Run | California |
| Beak Consultants (1985) | Suitability (Utilization), Cat II | Oregon |
| Raleigh et al. (1986) | Utilization, Cat II (Spring Run) | Washington |
| USFS (1989) | GAWS (suitability); Cat II | US Western |
| Hampton (1988) | Preference, Cat III | California |
| Vogel (1982) | Preference, Cat III | California |
| Wa. Dept. Fish. Wild. (1987) | Preference, Cat III; Rivers | Washington |
| Wa. Dept. Fish. Wild. (1987) | Preference, Cat III; Large Rivers | Washington |
| Wa. Dept. Fish. Wild. (1987) | Preference, Cat III; Streams | Washington |
| Estes (1979) | Utilization, Cat II | Alaska |
| From Estes (1984) | Utilization, Cat II | Willow Creek, Alaska |
| Vincent Lang et al. (1984) | Utilization, Cat II | Lower Susitna R., Alaska |
| USFWS (1998) | | Trinity River |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



1
2   Figure 73.   Literature based HSC, final envelope HSC (bold red), and Klamath
3                site-specific HSC (bold black) for chinook spawning velocity.
4



5   Figure 74.   Literature based HSC, final envelope HSC, and Klamath site-
6                specific HSC for chinook spawning depth.

1
2   _Steelhead – 1$^+$_
3
4   The source, type, and location of steelhead 1+ velocity and depth literature HSC
5   considered in the development of the envelope HSC are shown in Table 41.
6
7   Table 41.   Source, curve type, and location of chinook spawning HSC used for
8              the development of the velocity and depth envelope HSC.
9

| Source | Curves | Location |
|---|---|---|
| Hampton (1988) | Utilization, Cat II | California |
| Hosey & Associates (1986) | Suitability, Cat I; Summer | Washington |
| Hosey & Associates (1986) | Suitability, Cat I; Winter | Washington |
| Reiser (1986); Reiser et al. (1989) | Suitability; Cat II | Idaho |
| Beak Consultants (1985) | Utilization, Cat II | Oregon |
| USFWS (1987) | Probability-of-use, Cat II; Winter Run | US |
| USFS (1989) | GAWS (Suitability); Cat II | US (Western) |
| Hampton (1988) | Preference, Cat III | California |
| Wa. Dept. Fish. Wild. (1987) | Preference, Cat III | Washington |
| Sanford (1984) | Preference, Cat III | Washington/Oregon |
| USFWS (1998) | | Trinity River |
| Everest & Chapman (1972) | Util., Cat. II;  Crooked Fork Creek, Summer | Idaho |
| Everest & Chapman (1972) | Util., Cat. II;  Johnson Creek, Low Grad., Summer | Idaho |
| Everest & Chapman (1972) | Util., Cat. II;  High Grad., Summer | Idaho |
| Bovee (1978) | Probability-of-use (Depth may tail off); Cat II | Idaho/Washington |
| USFWS (1998) | | Trinity River |

10
11
12   Each of these HSC sets for velocity is shown in Figure 75 and depth is shown in
13   Figure 76.  The envelope HSC is also contained in the figure.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30



1
2    Figure 75.    Literature based HSC, final envelope HSC, and Klamath site-
3                  specific HSC for steelhead 1[+] velocity.
4



5    Figure 76.    Literature based HSC, final envelope HSC, and Klamath site-
6                  specific HSC for steelhead 1[+] depth.

1   **Site-Specific versus Envelope HSC Validation Test**
2
3   As a validation of the overall concept, assumptions, and specific approach to
4   development and application of the envelope HSC, we utilized the envelope
5   curves developed in the previous section for chinook spawning, chinook fry, and
6   steelhead 1$^+$ to model the relationship between available habitat and discharge at
7   several study sites.  The habitat modeling also included the application of the
8   site-specific HSC developed for the project (see above).  Several different study
9   sites were selected to represent different channel characteristics and proportions
10  of habitat availability.  Figures 77 to 84 show these comparisons.
11



12  Figure 77.  Comparison   between   generalized   and   site-specific   habitat
13                relationships, chinook fry, and steelhead juvenile life stages at the
14                Deliverance study site using cross section data.



1    Figure 78.  Comparison between generalized and site-specific habitat
2                relationships chinook fry, and steelhead juvenile life stages at the
3                Yellow House study site using cross section data.
4



5
6    Figure 79.  Comparison between generalized and site-specific habitat
7                relationships for steelhead juvenile life stage at the RRanch Left
8                channel study site using cross section data.
9



Figure 80.   Comparison between generalized and site-specific habitat relationships for chinook spawning life stage at the RRanch Left channel study site using cross section data.



Figure 81.   Comparison between generalized and site-specific habitat relationships for chinook fry life stage at the RRanch Left channel study site using cross section data.



1
2   Figure 82.   Comparison between generalized and site-specific habitat
3               relationships for steelhead 1+ life stage at the Rranch main channel
4               study site using cross section data.



5
6   Figure 83.   Comparison between generalized and site-specific habitat
7               relationships for chinook spawning life stage at the RRanch main
8               channel study site using cross section data.



1  Figure 84.   Comparison   between   generalized   and   site-specific   habitat
2              relationships for chinook fry life stage at the RRanch main channel
3              study site using cross section data.
4
5   These results clearly show that the envelope HSC generate habitat results that
6   are very similar to the site-specific HSC at all study sites.  The results for chinook
7   fry at RRanch main channel had perhaps the largest difference obtained in all the
8   comparisons.  The differences between all of the comparative relationships, even
9   the worst ones, are generally not sufficient to impact instream flow management
10  decisions given the similarity in the functional relationship of habitat versus
11  discharge.  This degree of variability in modeling results is also within the range
12  of variability to be expected from application of physical habitat modeling
13  approaches applied to the same reach in successive years or in the same reach
14  by two different investigators (Hardy 1998b).  Based on the strength of these
15  comparative results, we consider that the development and application of
16  envelope HSC to be a valid approach for the Klamath River in the absence of
17  site-specific HSC.   These results are consistent with other study results
18  comparing site-specific to generalized HSC discussed and cited above.
19
20  **Physical Habitat Modeling**
21
22  In habitat modeling, an appropriate hydraulic model is applied to determine
23  characteristics of the stream in terms of depth and velocity as a function of
24  discharge.  This information is integrated with habitat suitability curves to produce
25  a measure of available habitat as a function of discharge.
26

1   The general assumption underlying habitat modeling is that aquatic species will
2   react to changes in the hydraulic environment.   This assumption is rooted in
3   ecological principals and has been demonstrated to be valid in applied research
4   (Stalnaker et al. 1995; Nehring and Anderson 1993; Bovee et al. 1994; Jager et
5   al. 1993; Jowett 1992; Railsback et al. 1993; Studley et al. 1995).   These
6   changes in hydraulic properties are simulated for each computational cell within
7   each cross section throughout the study reach.   The stream reach simulation
8   takes the form of a multi-dimensional matrix of the calculated surface areas of a
9   stream having different combinations of hydraulic parameters (i.e., depth,
10  velocity, and channel index), as illustrated in Figure 85.   This figure shows the
11  generalized representation of a segment of river for a series of transects that
12  define a grid of habitat cells with their associated attributes of depth, velocity and
13  channel index (i.e., substrate and cover).   These cells represent the basic
14  computational elements used by the habitat programs to derive relevant indices
15  of available habitat.   Depth and velocity attributes for each computational cell
16  vary with simulated changes in discharge, and can result in changes in the
17  amount and quality of available habitat.



18
19   Figure 85.   Conceptual representation of a stream reach by computational cells
20              with attributes of depth, velocity, and channel index used in habitat
21              modeling.
22

001471

HSC are used to describe the adequacy of various combinations of depth, velocity and channel index conditions in each habitat computational cell to produce an estimate of the quantity and or quality of habitat in terms of surface area. This measure in its most generic sense is referred to as weighted usable area (WUA) and is expressed in terms of units of square feet per 1000 linear feet of stream. WUA is computed within the reach at a specific discharge by the following equation:

$$WUA = \frac{\sum_{i=1}^{n} A_i C_i}{\text{Reach Length} (1000's \text{ feet})}$$

Where:

$A_i =$ Surface area of cell i,

$C_i =$ Combined suitability of cell i (i.e., composite of depth, velocity and channel index individual suitabilities).

The combined or composite suitability of the cell is derived from the aggregation of the individual suitabilities for depth, velocity, and channel index based on the simulated depth, velocity and channel index attributes within a habitat computational cell. The individual suitabilities for depth, velocity and channel index are obtained from the corresponding species and life stage HSC. This is illustrated in Figure 86.



Figure 86.  Calculation of component suitability index values for depth, velocity and channel index which generates the WUA versus discharge function for a species and life stage

Composite suitabilities can be computed by a number of methods.  The most common are the multiplicative, geometric mean, or limiting value approaches. However, as will be discussed below, alternative methods can be used to meet specific modeling objectives.  Although there are some differences between the implementation details used for either  one- or two-dimensional habitat modeling, the approaches are conceptually the same.    The specific habitat modeling approaches used in these studies are detailed in the following sections.

## One-dimensional Cross Section Based Habitat Modeling

This section of the report outlines the specific technical approach and study results for habitat modeling using the USGS/USFWS 1-dimensional cross section data.    The first analytical requirement once the hydraulic model calibration and simulation results were obtained (see above) is the appropriate weight to be associated with the results for each cross section.  This weighting of individual cross sections is used to estimate the habitat at the reach level based on the habitat mapping results and is described in the next section.

### *USGS/USFWS Study Site Weightings for Reach Level Habitat Results*

Table 42 indicates site locations and the number of cross sections collected by mesohabitat type within the two reach level segments represented by these data. These weightings were used as the basis to obtain both study site specific and reach level habitat results using USGS/USFWS cross section based data for the first two river reaches (i.e., Iron Gate to Shasta River, and Shasta River to Scott River).

Weightings were determined based on the longitudinal distance for each habitat type as a percent of the total reach length. The data in Table 42 were produced by USGS/USFWS from their habitat mapping results and provided to USU.

The USGS/USFWS one-dimensional hydraulic simulation results were used in conjunction with the HSC to predict available habitat as a function of discharge at each of the USGS/USFWS hydraulic modeling study sites.  Results for specific hydraulic study sites were aggregated to the reach level based on the weighting in Table 42.

1 Table 42.   Weighting of cross sections for each study site based on summary
2              habitat mapping results.
3



**Segment 1. from Gate to Shasta River**

| MHT | Low Slope (LS) | | MHT | Moderate Slope (MS) | | MHT | Pool | | |
|---|---|---|---|---|---|---|---|---|---|
| Channel Type | Main | | Channel Type | Main | | Channel Type | Main | | Total |
| Study Site | Transect | Percent | Study Site | Transect | Percent | Study Site | Transect | Percent | Precent |
| RRanch | 6 | 4.0 | RRanch | 6 | 4.0 | RRanch | 9 | 4.4 | |
| RRanch | 7 | 4.0 | KRCE | 2 | 4.0 | KRCE | 5 | 4.4 | |
| KRCE | 3 | 4.0 | Cotton | 4 | 4.0 | KRCE | 6 | 4.4 | |
| KRCE | 4 | 4.0 | Yellow | 4 | 4.0 | Cotton | 2 | 4.4 | |
| Cotton | 5 | 4.0 | Yellow | 5 | 4.0 | Cotton | 3 | 4.4 | |
| Cotton | 6 | 4.0 | | | | Yellow | 1 | 4.4 | |
| Cotton | 7 | 4.0 | | | | Yellow | 2 | 4.4 | |
| Yellow | 6 | 4.0 | | | | Yellow | 3 | 4.4 | |
| Yellow | 7 | 4.0 | | | | | | | |
| Total | 9 | 36.0 | Total | 5 | 20.0 | Total | 8 | 35.0 | 91.0 |

Note: Cotton Transect 7 and Yellow Transect 0 are hydraulic controls - no weighting value.

| MHT | Low Slope (LS) | | MHT | Moderate Slope (MS) | | MHT | Pool | | |
|---|---|---|---|---|---|---|---|---|---|
| Channel Type | Split/Mayor Q | | Channel Type | Split/Mayor Q | | Channel Type | Split/Mayor Q | | |
| Study Site | Transect | Percent | Study Site | Transect | Percent | Study Site | Transect | Percent | |
| RRanch | 2B | 1.5 | RRanch | 5B | 1.0 | None | | | 2.5 |

| MHT | Low Slope (LS) | | MHT | Moderate Slope (MS) | | MHT | Pool | | |
|---|---|---|---|---|---|---|---|---|---|
| Channel Type | Split/Minor Q | | Channel Type | Split/Minor Q | | Channel Type | Split/Minor Q | | |
| Study Site | Transect | Percent | Study Site | Transect | Percent | Study Site | Transect | Percent | |
| RRanch | 1 | 0.4 | None | | | RRanch | 2A | 1.0 | |
| RRanch | 3 | 0.4 | | | | | | | |
| RRanch | 4 | 0.4 | | | | | | | |
| RRanch | 5A | 0.4 | | | | | | | |
| Total | 4 | 1.5   3.0 | Total | 0 | 0.0 | Total | 1 | 1.0 | 2.5 |

| MHT | Low Slope (LS) | | MHT | Moderate Slope (MS) | | MHT | Pool | | |
|---|---|---|---|---|---|---|---|---|---|
| Channel Type | Side/Minor Q | | Channel Type | Side/Minor Q | | Channel Type | Side/Minor Q | | |
| Study Site | Transect | Percent | Study Site | Transect | Percent | Study Site | Transect | Percent | |
| KRCE | 3A | 0.5 | KRCE | 1A | 1.0 | KRCE | 2A | 2.0 | |
| KRCE | 4A | 0.5 | | | | | | | |
| Total | 2 | 1.0 | Total | 1 | 1.0 | Total | 1 | 2.0 | 4.0 |
| | | | | | | | Grand Total | | 100.0 |

**Segment 2. Shasta River to Scott River**

| MHT | Low Slope (LS) | | MHT | Moderate Slope (MS) | | MHT | Pool | | |
|---|---|---|---|---|---|---|---|---|---|
| Channel Type | Main | | Channel Type | Main | | Channel Type | Main | | Total |
| Study Site | Transect | Percent | Study Site | Transect | Percent | Study Site | Transect | Percent | Precent |
| Deliverance | 1 | 9.3 | Deliverance | 2 | 4.2 | Deliverance | 5 | 8.5 | |
| Trees of Heaven | 3 | 9.3 | Deliverance | 3 | 4.2 | Deliverance | 6 | 8.5 | |
| Brown Bear | 4 | 9.3 | Trees of Heaven | 1 | 4.2 | Trees of Heaven | 5 | 8.5 | |
| | | 9.3 | Trees of Heaven | 2 | 4.2 | Trees of Heaven | 6 | 8.5 | |
| | | 9.3 | Brown Bear | 5 | 4.2 | Brown Bear | 2 | 8.5 | |
| | | 9.3 | | | | Brown Bear | 3 | 8.5 | |
| Total | 3 | 28.0 | Total | 5 | 21.0 | Total | 6 | 51.0 | 100.0 |
| | | | | | | | Grand Total | | 100.0 |

4
5
6 ## *Fry Life Stages - Escape Cover Dependent Modeling*
7
8 Field observations and the analysis of data described in the section on HSC
9 development clearly showed a strong association by fry life stages for both
10 specific types of cover and distance to cover.  USU conducted a number of initial
11 habitat modeling runs using different HSC criteria and different approaches to
12 illustrate the various methods that could be used to derive the composite
13 suitability factor.   The Technical Team reviewed simulation results involving
14 these potential approaches.   Based on the technical evaluation of the various
15 simulation results, the Technical Team (and USU) determined that the best
16 approach for representing the observed behavior of fry in the Klamath River was
17 to calculate available habitat using an escape cover based channel index coding
18 scheme in combination with a modification to computational algorithm of the
19 standard habitat model within PHABSIM (i.e., HABTAE).
20
21

The channel index coding scheme used the following format:

X.YZ

Where:

X =   A numerical value between 1 and 22 representing the vegetation and substrate coding scheme adopted for the study.

Y =   A numerical value between 1 and 4 representing the cover type coding scheme adopted for the study.

Z =   A numerical value that was 1 if the cell was within 2.0 feet of cover or 0 otherwise.

Escape cover modeling was implemented by designating cover codes at each vertical for each cross section based on field mapping. During field data collection, the distance to cover and type of cover was noted for each cell. Distance to cover was coded as '1.0' as long as a vertical (or cell) along a particular cross section was within two feet of escape cover. Otherwise, the cover component was set to '0.0'. Therefore, for any vertical (or cell) that was more than two feet from suitable escape cover, no habitat value would be assigned regardless of the relative suitability for depth or velocity. This restriction on distance to escape cover was empirically determined from field data collections on fry life stages within the main stem Klamath River as noted previously in the section on HSC development. These cover codes for all cross sections were provided to USU and subsequently used in the habitat analyses for these life stages.

If a cell was more than two feet from escape cover, the composite suitability of the cell was set to 0.0 (i.e., no habitat). If a cell was found to be within two feet of escape cover, then the composite habitat suitability value (CSI) for each cell was computed using the geometric mean of the individual suitabilities associated with velocity, depth, and type of escape cover. This value was then modified by whether the escape cover was substrate (0.17) or vegetation (1.0) (i.e., a cover type modifier). The composite suitability for a given habitat computational cell if it was within two feet of appropriate cover was determined by the following equation:

$$CSI = (Depth_{SI} * Velocity_{SI} * Cover_{SI})^{1/3} * Cover\ Type\ Modifier$$

In order to implement this equation, USU modified the existing version of the HABTAE model within PHABSIM to allow a fourth variable (i.e., cover type modifier) to be read from the HSC input file and utilized in the computation of composite suitability for a cell. The HSC for substrate allowed incorporation of the two-foot escape cover directly into the coding scheme and therefore did not require any additional information. Program modifications required both an increase in the array sizes for HSC input data to accommodate the combined

1   substrate and distance to escape cover channel index coding scheme as well as
2   a modification to the analytical subroutine in HABTAE that computes the
3   composite suitability to accommodate the fourth variable in the manner described
4   above.  Prior to application of the modified algorithm, QA/QC of model output
5   was checked against test data sets analyzed in spreadsheets.
6
7   Once these modifications had been implemented and simulation results available
8   for additional review, the Technical Team met with USU at the Trees of Heaven
9   study site.  The flow rate at the study site for that day was used to simulate the
10  distribution of the composite suitability at each cross section.  The Technical
11  Team then located each cross section within the study site and reviewed the
12  predicted spatial locations for suitable cells at each cross section as a field
13  validation of the modeling approach.  This field based review showed overall
14  excellent agreement between predicted and observed locations of suitable
15  habitat at that flow rate.
16
17  *Steelhead 1[+] Habitat Modeling*
18
19  Based on comparisons between observed and predicted habitat utilization using
20  a variety of computational approaches with combinations of depth, velocity,
21  substrate, cover, and distance to cover, the best results for steelhead 1+ were
22  obtained using only the geometric mean of the depth and velocity HSC.  The
23  composite habitat suitability for all simulations for a cell was derived from the
24  geometric mean of the individual suitability's associated with velocity and depth
25  as follows:
26
27      $CSI = = (Depth_{SI} * Velocity_{SI})^{1/2}$
28
29  The opportunity for assessing steelhead 1[+] habitat simulations in the field was
30  not possible.  The Technical Team did an "office" examination of  the simulation
31  outputs.
32
33  *Salmon Spawning Habitat Modeling*
34
35  Chinook spawning was computed based on suitable values for depth, velocity,
36  and substrate size with no escape cover or other distance constraints.  The
37  composite suitability for a given cell was computed as the geometric mean of the
38  individual suitability's associated with velocity, depth, and type of channel index
39  (i.e., substrate) as follows:
40
41      $CSI = = (Depth_{SI} * Velocity_{SI} * Substrate_{SI})^{1/3}$
42
43  *Habitat Modeling Implementation*
44
45  Habitat modeling was undertaken using  a modified version of the HABTAE
46  program in PHABSIM developed at USU.  The modification of the HABTAE

1   program involved the use of a fourth HSC category in HSC input file structure
2   and modification of the algorithm that computes the composite suitability values.
3   This allowed implementation of the desired modeling approach for fry not
4   available in the original version.  Chinook spawning and all juvenile life stages
5   were analyzed using the substrate coding for the channel index, while all fry life
6   stages relied upon substrate, distance to cover, and cover type coding as
7   described previously.
8
9   *Evaluation of Study Site Specific Habitat Modeling Results*
10
11   The Technical Team undertook an extensive review of the simulation results on a
12   cross section-by-cross section basis for chinook fry, steelhead 1+, and chinook
13   spawning.  This review included an evaluation of the simulation results compared
14   against field observations in terms of location and quality of depth, velocity,
15   substrate, cover, distance to cover, and combined suitabilities.  This included
16   location of redds within study sites at or adjacent to cross section locations.
17   Overall, the modeling results were found to match the observed distribution of
18   habitat use for these species within the Klamath River based on the data and
19   extensive experience of the field biologists involved on the Technical Team.  This
20   provided a field validation of the results.
21
22   *River Reach Level Habitat Modeling Results*
23
24   The reach level habitat versus discharge relationships for each species and life
25   stage as well as the corresponding relationships normalized in terms of each
26   species and life stage percent of maximum habitat are provided in Figures 87
27   and 90.  As was noted previously, these habitat results integrate the availability
28   of different mesohabitat types according to the proportion that they occur through
29   each of the river reaches. The two river reach segments represented by the one-
30   dimensional habitat modeling (PHABSIM) are Iron Gate to the Shasta River and
31   Shasta River to the Scott River.



Figure 87.    Relationship between available habitat and discharge for each species and life stage in the Iron Gate to Shasta River reach.



Figure 88.    Relationship between percent of maximum habitat and discharge for each species and life stage for the Iron Gate to Shasta River reach.



1
2   Figure 89.   Relationship between available habitat and discharge for each
3                species and life stage in the Shasta River to Scott River reach
4                (one-dimensional modeling).
5



6
7   Figure 90.   Relationship between percent of maximum habitat and discharge
8                for each species and life stage for the Shasta River to Scott River
9                reach  (one-dimensional modeling).
10
11
12

1   **Two-dimensional Based Habitat Modeling**
2
3   The two-dimensional based habitat modeling paralleled the application of the
4   PHABSIM modeling described above.  However, due to the spatial nature of the
5   intensive study site data a more refined habitat analysis was possible compared
6   to the cross section based approach.  This is described in this section of the
7   report.
8
9   *USU Study Site Weightings for Reach Level Habitat Results*
10
11  The USGS/USFWS field based habitat mapping results were overlaid on the
12  orthrophoto of each study site.  GIS was then used to assign each node in the
13  computational mesh the appropriate mesohabitat classification.   An example of
14  this at the RRanch study site is illustrated in Figure 91.   USGS/USFWS 1-
15  dimensional cross section locations have also been overlaid for reference.
16



17
18  Figure 91.    Example of the overlay of field based habitat mapping results on
19                the RRanch study site used as a basis to assign habitat type
20                attributes to each computational node element.
21
22  The mesohabitat mapping results were used to compute the total surface area
23  for each habitat type associated with each of the five river reaches.  The surface
24  area of each mesohabitat type that was computed at the reach level was used to
25  assign appropriate weighting factors to each computational node element.  Table

1  43 provides the starting and ending river miles for each of the five river segments
2  and the proportion of available mesohabitats within each segment.
3
4  Table 43.      Starting and ending river miles for each river segment and
5             proportion of available mesohabitat types within each segment.
6

| Segments | Iron Gate Dam to Shasta River | Shasta River to Scott River | Scott River to Salmon River | Salmon River to Trinity River | Trinity River to Estuary |
|---|---|---|---|---|---|
| Starting Mile | 0.00 | 13.45 | 46.94 | 125.23 | 148.10 |
| Ending Mile | 13.45 | 46.94 | 125.23 | 148.10 | 194.07 |
| Segment Length (mi.) | 13.45 | 33.49 | 78.29 | 22.87 | 45.97 |
| **Mesohabitat Main Channel** | Percent | Percent | Percent | Percent | Percent |
| LS | 35.03 | 25.42 | 13.13 | 10.64 | 22.34 |
| MS | 20.93 | 19.62 | 16.32 | 11.84 | 12.63 |
| SS | 3.38 | 7.38 | 7.83 | 6.84 | 1.33 |
| P | 40.66 | 46.61 | 60.21 | 70.18 | 61.24 |
| RUN | 0.00 | 0.97 | 2.51 | 0.49 | 0.96 |
| POW | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 |
| UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| **Mesohabitat Side Channel** | Percent | Percent | Percent | Percent | Percent |
| LS | 22.18 | 28.37 | 29.31 | 31.56 | 37.96 |
| MS | 24.60 | 23.70 | 14.13 | 21.11 | 16.55 |
| SS | 0.00 | 4.52 | 10.58 | 7.35 | 0.00 |
| P | 45.46 | 43.41 | 35.45 | 39.98 | 45.49 |
| RUN | 7.76 | 0.00 | 1.71 | 0.00 | 0.00 |
| UNKNOWN | 0.00 | 0.00 | 8.82 | 0.00 | 0.00 |
| Totals | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| **Mesohabitat Split Channel** | Percent | Percent | Percent | Percent | Percent |
| LS | 58.59 | 20.97 | 50.55 | 0.00 | 39.09 |
| MS | 29.37 | 26.12 | 32.66 | 0.00 | 37.34 |
| SS | 0.00 | 17.73 | 8.80 | 0.00 | 0.00 |
| P | 12.03 | 35.17 | 7.99 | 0.00 | 23.56 |
| RUN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 100.00 | 100.00 | 100.00 | 0.00 | 100.00 |

7
8  Assigning both the habitat type and proportional weight to each computational
9  node element allowed the total habitat versus discharge relationships at the
10  reach level to be computed directly from the habitat modeling results.  Study site-
11  specific habitat versus discharge relationships were also computed by assigning
12  the node specific weighting factors a value of 1.0.  This essentially computes
13  habitat for the study site without proportioning the habitat availability to the reach
14  level.  In both instances, the weighting factor multiplies the area associated with
15  each computational node to scale the results to the appropriate reach level or
16  site-specific level.
17
18  ***Fry Escape Cover Modeling***
19

1   The spatially explicit substrate and vegetation mapping for each of the study site
2   was overlaid on the computational mesh and utilized to assign substrate and
3   vegetation codes to every node in a manner similar to that described above for
4   assigning mesohabitat attributes.  This was accomplished using GIS.  Based on
5   the codes for either substrate or vegetation classes that were considered suitable
6   for fry escape cover (i.e. HSC values were not 0.0), the distance to the nearest
7   escape cover and the type of cover was computed for every computational node.
8   A radial search algorithm was adopted for this purpose and computed within the
9   GIS.  In addition, the bed elevation associated with the location of the cover node
10  was also recorded.   This permitted the habitat modeling algorithm for fry to
11  compute the depth of the cover element at the specified flow rate.  These data
12  were then exported for integration with the hydraulic solution properties (depth
13  and velocity) data in the habitat modeling system developed by USU.
14
15  At a given flow rate, for each node, the integrated data sets included the x and y
16  location, area for the node, bed elevation, simulated depth and mean column
17  velocity, substrate and vegetation code of the node, habitat type, node weighting
18  factor, distance to nearest escape cover, type of escape cover, and the elevation
19  of the cell containing the escape cover.  Other data such as temperature and drift
20  size densities associated with the bioenergetics modeling are described in that
21  section of report.
22
23  An algorithm to compute available habitat using these data and the HSC
24  described previously was developed at USU specifically for this project.   The
25  algorithm uses the HSC for fry (or other) life stages to evaluate whether an
26  existing node is within the user specified distance threshold for escape cover
27  (e.g., two feet) and then determines whether the actual node containing the
28  escape cover at that flow rate meets a specified minimum depth threshold (i.e.,
29  set at 0.4 feet for fry in this study). This depth criteria threshold was implemented
30  to ensure that a cover element contained sufficient depth to allow access by fry
31  to the escape cover at that simulated flow rate.
32
33   If both of these criteria are met, then the combined suitability of the node is
34  computed from the geometric mean of the node depth, velocity, and cover type
35  individual suitabilities.  The combined suitability of the node is then adjusted by
36  the cover type modifier derived form whether the cover element contained
37  vegetation (i.e., suitability of 1.0) or substrate (i.e., suitability of 0.17).  Otherwise,
38  the habitat value of the node is set to zero.
39
40  This is computationally similar to the habitat modeling approach described for fry
41  using the 1-dimensional PHABSIM approach.   It differs however in that the
42  distance to cover is computed from a radial search in all directions and
43  incorporates an explicit depth threshold for the cover 'cell' (or node).
44
45
46

*Steelhead 1[+] Habitat Modeling*

Steelhead 1[+] modeling followed the same computational steps as described for this life stage using the 1-dimensional PHABSIM based modeling.  Calculations were made on a node-by-node basis and the habitat modeling algorithm developed by USU incorporated this 'standard' modeling approach as the default option.  A variety of alternative modeling options that incorporated distance to cover, and different combinations of depth, velocity, substrate, etc were also explored before using the specific approach described above for this study.  This approach was selected based on comparisons between the simulated quantity and quality of available habitat and fish observation data at study sites.

*Salmon Spawning Habitat Modeling*

Chinook spawning habitat was computed on a node-by-node basis from the HSC values for depth, velocity, and substrate size with no escape cover or other distance constraints.   This is equivalent to the approach taken with the 1-dimensional PHABSIM data sets. The composite suitability for a given node was computed as the geometric mean of the individual velocity, depth and channel index (substrate) suitability's as described previously.

## HSC and Habitat Modeling Field Validation

Habitat simulations for each species and life stage were initially conducted at each study site without any reach level weightings (i.e., node weight values = 1.0).  These site-specific habitat simulations were utilized at each intensive study site to empirically validate the HSC and in particular, to validate the habitat modeling results.   For any species and life stages evaluated in the habitat modeling for which actual fish observations were available, a comparison between fish location and habitat modeling results was undertaken.   This comparison represents an empirically based validation of the habitat modeling results.

Field data collections undertaken by state, federal, and tribal biologists in support of the Phase II work were provided to USU.  These data delineated the spatial location of specific species and life stages and the flow rate at which the data were observed.  Several flow rates were typically sampled at each study location. The number of fish observations also varied by date, location, species, and life stage.   All available fish observation data were utilized for the comparisons. These data were used to overlay the fish locations on the orthophoto's at each study site and were represented as color circles on the images.

1    The simulated combined suitability at all nodes associated with a particular flow
2    rate was used to generate contours of suitable habitat between 0.00001 and 1.0
3    to overlay the spatial distribution of predicted habitat at each study site.  Setting
4    the lower threshold at 0.00001 eliminated completely non-suitable conditions
5    from the contour overlays of habitat.   In the following figures, nodes with
6    combined suitability less than this lower threshold are therefore 'transparent' and
7    the underlying image of the river is visible.
8
9    It should be noted when examining these results that the computational mesh for
10   each study site does not encompass the extreme upstream or downstream
11   sections of the visible river in each orthophotograph.   Some fish observations
12   shown at the extreme upstream and downstream sections in the images are in
13   fact outside the 'model spatial domain' and modeling results should not be
14   interpreted as providing no habitat values in these areas.   These circumstances
15   are noted where appropriate in the figure legends.
16
17   Care should also be taken when comparing predicted habitat quality and  fish
18   observations.   In several instances, observed flow rates associated with fish
19   collections are not identical to the flow rates associated with the habitat
20   simulations used in comparisons.  This is noted where appropriate in the figure
21   legends.  It should be also be understood that the flow  depicted in the imagery
22   (flow when aerial photos were flown)  is not always near the flow magnitude used
23   in the modeling comparisons.  Therefore, modeled stream boundaries (i.e., edge
24   of water) and fish locations may be higher or lower than the water depicted in the
25   images.   This is readily apparent in some instances where fish appear to be
26   located on 'dry ground'.  It is also important to realize that fish observations
27   occurred only within small sections of the study sites.  Therefore, suitable habitat
28   that contains no fish observations typically occur because no sampling occurred
29   in these areas.  Finally, it should be noted that fish observation data shown in the
30   comparisons also contain observation data not utilized in the development of
31   site-specific HSC and therefore actually represent both verification as well as
32   validation data.
33
34   *Chinook Spawning*
35
36   Figures 92 through 99 show predicted habitat suitability (i.e., combined suitability
37   at each node) versus the spatial location of chinook spawning redds at different
38   flow rates for various study sites where observation data was available.   It is
39   clear from an examination of these results that there is generally excellent
40   agreement between predicted and observed spatial distribution of redds at
41   different flow rates and locations within the main stem Klamath River.  Note in
42   Figures 91 and 92 that a few redd locations were found in a 'patch' of stream
43   (upper right center) that the model indicates is not suitable (i.e., no color).  This
44   area has substrate delineations that are too coarse for chinook spawning in the
45   model although the depths and velocity were suitable.  Field biologists indicate
46   that this area has 'small patches' of suitable gravel behind large substrate

001484

1   elements that are utilized for spawning (USFWS, personnel communication).
2   These small patch sizes were not incorporated into the substrate polygon
3   mapping at the study sites described previously.
4

001485

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33



Figure 92.    Suitability of predicted habitat versus observed spawning locations for chinook within the Rranch study site at approximately 1300 cfs.

001486



Figure 93.    Suitability of predicted habitat versus observed spawning locations for chinook within the Rranch study site at approximately 1377 cfs.