Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

The Klamath Lake sculpin apparently is the most abundant sculpin in Upper Klamath Lake. It is caught in large numbers in the lake with bottom trawls (D. Markle, Oregon State University, personal communication, 2001) and in smaller numbers with beach seines and trap nets (Simon and Markle 1997b). The abundance of this sculpin is estimated to be in the millions (Simon et al. 1996). It is present only in Upper Klamath and Agency lakes and in springs and creeks that flow into the west side of Upper Klamath Lake (Bentivoglio 1998). The present distribution coincides with the known historical distribution of the species. Little is known about its environmental requirements, but it lives mainly in offshore areas with bottoms of sand and silt and appears to be able to withstand widely varied lake conditions. No Klamath Lake sculpins have been reported in the fish kills of Upper Klamath Lake, but dead fish of this species would not float and so would be easy to overlook. The apparent ability of the Klamath Lake sculpin to live in conditions of poor water quality (especially low dissolved oxygen) is similar to that of prickly sculpin (*Cottus asper*) in Clear Lake of central California which, like Upper Klamath Lake, is subject to massive blooms of cyanobacteria (Moyle 2002).

The slender sculpin apparently once was common in the Williamson, Sprague, Sycan, and Lost rivers and in Upper Klamath Lake (Bentivoglio 1998). Bentivoglio (1998) collected sculpins throughout the upper basin in 1995–1996, however, and found slender sculpins only in the lower Williamson River and a few in Upper Klamath Lake. Simon and Markle (1997b) also recorded small numbers in Upper Klamath Lake. Little is known about the ecology of this fish, although it seems to require coarse substrates and high water quality; it is especially characteristic of cold springs. Its closest relative is the rough sculpin (*C. asperimmus*) of the Fall River in California (Robins and Miller 1957), which requires cold, spring-fed streams (Moyle 2002). It is fairly long-lived for a sculpin (7 yr) but is small (rarely longer than 75 mm; Bentivoglio 1998). Overall, the slender sculpin appears to have disappeared from much of its native range and is uncommon in most areas where it is found today.

The Upper Klamath marbled sculpin is the most widely distributed sculpin in the Klamath basin (A. Bentivoglio, USFWS, personal communication, 2002). It is found in most streams and rivers in the basin in a wide range of conditions, including summer temperatures over 20°C (Bond et al. 1988). It is most abundant among coarse substrates in the larger streams where water velocities are moderate to low (Bond et al. 1988). In the Lost River basin, it is known mainly from riffles in Willow and Boles Creeks (Koch et al. 1975) but has become scarce in recent years (Shively et al. 2000a). It is largely absent from the reservoirs in the basin, at least in California (data in Buettner and Scoppettone 1991), but is fairly common in Upper Klamath Lake (Simon et al. 1996, Simon and Markle 1997b). It

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 2 of 102
011496

occurs mostly on soft bottoms in the lake and apparently enters the water column to feed at night (Markle et al. 1996). It has been recorded in at least one of the fish kills of Upper Klamath Lake (Perkins et al. 2000b). The marbled sculpin, like most stream sculpins, generally hides under or among rocks, where it feeds on benthic invertebrates (Moyle 2002). Females glue their eggs to the bottoms of rocks and logs where developing embryos are tended by males until they hatch. The larvae are benthic and do not move far from their natal site. They become mature in their second summer and live 4–5 yr (Moyle 2002). The details of their ecology and life history in the upper Klamath basin have not been described.

## NONNATIVE FISHES

In the last century, the upper Klamath basin has been invaded by 17 nonnative species (Table 5-2), 15 of which were introduced for sport fishing or for bait. Most of the 17 are not particularly common in the basin, but some are abundant and widespread (or are spreading), and their effects on native fishes are poorly understood. One of the most recent invaders is the fathead minnow, which is now one of the most abundant fishes in Upper Klamath and Agency lakes (Simon and Markle 1997a). The Sacramento perch, which was introduced into Clear Lake in the 1960s, has the potential to become very abundant in other lakes of the basin (Moyle 2002). Other introduced species—especially yellow perch, brown bullhead, and pumpkinseed—are locally abundant, especially in reservoirs and sloughs or ponds (Buettner and Scoppettone 1991, Simon and Markle 1997b). Brook trout, brown trout, and nonnative strains of rainbow trout are common in cold-water streams and have replaced native redband trout and bull trout in many areas. One concern is that future changes in water quality in the basin may promote further expansion of nonnative species.

The fathead minnow, which is native to eastern North America, appeared in the Klamath basin in the early 1970s, perhaps as a result of release of fish used in bioassay work (Simon and Markle 1997a). By 1983, it was common in Upper Klamath Lake and by the early 1990s it had spread to the Lost River system (Simon and Markle 1997a, Shively et al. 2000a). It was collected in the lower Klamath River in 2002 (M. Belchik, unpublished memo). Fathead minnows often are the most abundant species at sampling sites. Their effects on other fishes are not well understood, although declines in catches of tui chub and blue chub have been associated with their ascendance.

The Sacramento perch is native to central California, where it has largely disappeared from its native habitats. It survives mainly when introduced into alkaline waters outside its native range (Moyle 2002). It was introduced by the California Department of Fish and Game into Clear Lake in the 1960s and spread throughout the Lost River and into the Klamath

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 3 of 102
011497

**TABLE 5-2** Nonnative Fishes of the Upper Klamath Basin

| Species | Adult Habitat[a] | Status[b] | Comments |
|---|---|---|---|
| Goldfish, *Carassius auratus* | L, R, P | U | Locally common |
| Golden shiner, *Notemigonus chrysoleucas* | L, R, P | R | Bait fish |
| Fathead minnow, *Pimephales promelas* | L, P | A | Probably still spreading |
| Brown bullhead, *Ameiurus nebulosus* | P, L, W | A | Widespread |
| Black bullhead, *A. melas* | P, L | U | Localized populations |
| Channel catfish, *Ictalurus punctatus* | L, R | ? | May not be established |
| Kokanee, *Oncorhynchus nerka* | L | U? | Localized populations? |
| Rainbow trout, *O. mykiss* | L, R, C | C | Widely planted, hatchery strains |
| Brown trout, *Salmo trutta* | C, R | C | — |
| Brook trout, *Salvelinus fontinalis* | C | U | Localized in headwaters |
| Sacramento perch, *Archoplites interruptus* | L, P, R, W | C | Spreading |
| White crappie, *Pomoxis annularis* | L, R | U | Abundant in a few reservoirs |
| Black crappie, *P. nigromaculatus* | L, P | U | Recorded in Lost River |
| Green sunfish, *Lepomis cyanellus* | P, W | C | Widespread in reservoirs |
| Bluegill, *L. macrochirus* | P, W | U | Locally abundant |
| Pumpkinseed, *L. gibbosus* | L, R, P | C | Widespread |
| Largemouth bass, *Micropterus salmoides* | P, L, R | C | Common in reservoirs |
| Yellow perch, *Perca flavescens* | L, R, P | A | Abundant in large reservoirs |

[a]Habitats are listed in order of importance for each species: C, cold-water streams; L, lakes; P, ponds and reservoirs; R, rivers; W, warm-water streams.
[b]Status in upper basin: A, abundant; C, common; R, rare; U, uncommon.

River downstream to Iron Gate Reservoir (Buettner and Scoppettone 1991). It is not particularly abundant in most areas where it is present. It has not yet established itself in Upper Klamath Lake. If it does colonize Upper Klamath Lake, it will probably become abundant there, as it has in other shallow lakes (Moyle 2002). It feeds primarily on insect larvae (especially midges), but adults can be piscivorous (Moyle 2002).

## ENDANGERED SUCKERS OF THE KLAMATH BASIN

All four native sucker species of the Klamath basin are endemic. The endangered Lost River sucker and shortnose sucker are part of a species

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 4 of 102
011498

group of suckers that are large, long-lived, late-maturing, and live in lakes but spawn primarily in streams; collectively, they are commonly referred to as lake suckers. Lake suckers populated much of the Snake River, Great Basin, and Lahontan Basin region (Miller and Smith 1981, Scoppettone and Vinyard 1991). Present-day species in the genus *Chasmistes* include not only the shortnose sucker (*C. brevirostris)* but also the cui-ui (*C. cujus*) of Pyramid Lake, Nevada; the June sucker (*C. liorus*); and a species that recently became extinct, the Snake River sucker (*C. muriei*) of Wyoming. Lost River suckers and shortnose suckers (Figure 5-1) are closely related to the more speciose and widely distributed sucker genus *Catostomus*; some recent taxonomic treatments place Lost River suckers in this genus (e.g., Moyle 2002).

The lake suckers differ from most other suckers in having terminal or subterminal mouths that open more forward than down, an apparent adaptation for feeding on zooplankton (small swimming animals) rather than suctioning food from the substrate (Scoppettone and Vinyard 1991). Zooplanktivory can also be linked to the affinity of these suckers for lakes, which typically have greater abundances of zooplankton than do flowing waters.

Historically, Lost River suckers and shortnose suckers occurred in the Lost River and upper Klamath River and their tributaries, especially Tule



A) Lost River Sucker

B) Shortnose Sucker

**FIGURE 5-1** Endangered suckers of the Klamath River basin. (A) A Lost River sucker from Clear Lake; (B) a shortnose sucker from Clear Lake. Source: Moyle 2002, pp. 199, 203. Drawings by A. Marciochi. Reprinted with permission; copyright 2002, University of California Press.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

011499

Lake, Upper Klamath Lake, Lower Klamath Lake, Sheepy Lake, and their tributaries (Moyle 2002; USFWS 2002, Appendix D). Their current distribution (Table 5-3; Figures 5-1 and 5-2) reflects a combination of local extirpations and redistribution through water management. Suckers no longer occur in Lower Klamath Lake or Sheepy Lake, which were extensively drained in the 1920s; the populations in Tule Lake apparently do not reproduce successfully. Juveniles of Lost River and shortnose suckers have been found in much of the Lost River, but they probably originate in Miller Creek (Shively et al. 2000a). An additional population, probably consisting of shortnose suckers, was extirpated from nearby Lake of the Woods, Oregon, in 1952 when government agencies poisoned the lake to remove potential competition with trout (53 Fed. Reg. 27130 [1988]). The endangered suckers also are found in the main-stem reservoirs of the Klamath irrigation project (Chapter 3; Figure 1-4), but these populations appear to be nonreproducing (Desjardins and Markle 2000, USFWS 2002). Reproducing populations exist in Clear Lake and perhaps the Lost River. Shortnose suckers also have a reproducing population in Gerber Reservoir (Moyle 2002, USFWS 2002).

Accounts of sucker distribution often are complicated by difficulties in distinguishing species, especially when the fish are young. Lost River suckers and shortnose suckers are partly distinguished from Klamath largescale suckers and Klamath smallscale suckers by greater maximum size. The Lost River sucker can be 26–40 in. long, the shortnose sucker no longer than 21 in., the Klamath largescale sucker no longer than 18 in., and the Klamath smallscale sucker, a poorly studied species, at least 18 in. The Lost River sucker differs from the shortnose sucker and the Klamath largescale sucker with respect to some anatomical features of the head, mouth, lips, gill rakers, and body shape (Cunningham et al. 2002); it can generally be distinguished by its longer head and narrower, smaller mouth (see Figure 5-1).

The life histories of Lost River suckers and shortnose suckers are in some ways similar to those of anadromous salmon. Salmon spawn in freshwater and live most of their lives at sea before returning to their natal (birth) rivers to spawn and die. Similarly, the adults of the endangered suckers commonly ascend from lakes to rivers to spawn, the eggs hatch in gravel, and the larvae float or swim downstream to lakes, where they grow and mature before returning to rivers or springs to spawn. Unlike salmon, lake suckers spawn repeatedly. It is not known which individuals return consistently to their natal rivers to spawn, but at least 50% do return at least one time to a river in which they have previously spawned (Cunningham et al. 2002). There are many exceptions to these generalizations. For example, some individuals or subpopulations spawn in lakes, whereas others live their entire lives in rivers or streams. The repeated spawning of the

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 6 of 102
011500

*FISHES IN THE KLAMATH RIVER BASIN*

**TABLE 5-3** Current and Former Distribution of Adult Lost River Suckers and Shortnose Suckers in the Klamath Basin

| Habitats[a] | Map Code | Lost River Suckers | Shortnose Suckers | Reference |
|---|---|---|---|---|
| Upper Klamath Lake | | + | + | Moyle 2002 |
|   Peripheral Springs | | | | |
|     Boulder Springs | 1 | Spawn | Spawn | Hayes et al. 2002 |
|     Cinder Flats | 2 | Spawn | Spawn | Hayes et al. 2002 |
|     Ouxy Springs | 3 | Spawn | Spawn | Hayes et al. 2002 |
|     Silver Bldg. Springs | 4 | Spawn | Spawn | Hayes et al. 2002 |
|     Sucker Springs | 5 | Spawn | Spawn | Hayes et al. 2002 |
|     Harriman Springs | 6 | Spawn* | – | 59 Fed. Reg. 61744 [1994] |
|     Barkley Springs | 7 | Spawn* | – | 59 Fed. Reg. 61744 [1994] |
|   Tributaries | | | | |
|     Wood River | 8 | Spawn*[b] | Spawn | Markle and Simon 1994 |
|     Lower Williamson River | 9 | Spawn | Spawn | Cunningham et al. 2002 |
|     Upper Williamson River | 10 | 0[b] | 0 | |
|     Sprague and Sycan | 11 | Spawn | Spawn | Janney et al. 2002 |
| Lake of the Woods, OR | 12 | 0 | +[ec] | Moyle 2002 |
| Lower Klamath Lake, CA | 13 | +* | +* | Scoppettone and Vinyard 1991 |
| Clear Lake, CA[d] | 14 | + | +[e] | 59 Fed. Reg. 61744 [1994], USFWS 2002 |
|   Willow Creek | 15 | Spawn | Spawn | Moyle 2002 |
|   Boles Creek | 16 | Spawn | Spawn | Moyle 2002 |
| Gerber Reservoir | 17 | 0 | +[e] | 59 Fed. Reg. 61744 [1994] |
| Sheepy Lake | 18 | +* | +* | Moyle 2002 |
|   Sheepy Creek | 19 | Spawn* | – | Moyle 2002 |
| Tule Lake | 20 | (+) | (+) | USFWS 2002 |
| Lost River | 21 | Spawn[f] | Spawn | 59 Fed. Reg. 61744 [1994] |
| J.C. Boyle Reservoir | 22 | (+) | (+) | 53 Fed. Reg. 27130 [1988] |
| Copco Reservoir | 23 | (+) | (+)[g] | Scoppettone 1988, Scoppettone and Vinyard 1991 |
| Iron Gate Reservoir | 24 | (+) | (+) | Moyle 2002 |
| Klamath River | 25 | (+) | (+) | 59 Fed. Reg. 61744 [1994] |

[a]Tributary streams and springs are listed under lakes into which they flow.
[b]R. S. Shively, U. S. Geological Survey, Klamath Falls, Oregon, personal communication, 2002.
[c]An extirpated population of *Chasmistes* in Lake of the Woods, Oregon, originally referred to as *C. stomias* (Andreasen 1975), may have been another population of shortnose suckers (Moyle 2002).
[d]Drainage for Clear Lake includes numerous small reservoirs and tributary streams that contain both species (USFWS 2002, Appendix D).
[e]Shortnose suckers in Clear Lake and Gerber Reservoir may have been confused with Klamath largescale suckers or with shortnose suckers and Klamath largescale sucker hybrids (D. F. Markle, Oregon State University, personal communication 2002), although genetic information indicates that hybridization is rare (D. Buth, University of California at Los Angeles, and T. Dowling, Arizona State University, personal communications, July, 2002).
[f]Larvae in Lost River apparently do not survive (Moyle 2002).
[g]Shortnose suckers in Copco Reservoir may have hybridized with Klamath smallscale suckers (Scoppettone and Vinyard 1991).
Abbreviations: +, currently present; +*, previously present; (+), small population, probably nonbreeding; Spawn, current or previous spawning; Spawn*, spawning inferred from fish in spawning condition; 0, not known ever to occur; –, lack of information.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 7 of 102
011501



**FIGURE 5-2** Locations of current and past populations of Lost River suckers and shortnose suckers. Numbers indicate current or former locations of suckers; light gray shows the area of the Klamath Project; dark gray shows standing water. See Table 5-3 for additional information.

endangered suckers, combined with their exceptional longevity, allows individual adults to contribute to multiple year classes. Successful year classes are crucial to survival of both species, as explained below.

The requirements of the two species of endangered suckers are best understood in the context of their life-history stages, as described below. Unless a species-specific difference is indicated, the description of any given life-history feature is assumed to apply to both species. The quantity and quality of information on the species have increased substantially since the fishes were listed as endangered in 1988.

Copyright National Academy of Sciences. All rights reserved.

011502

### Spawning

Spawning occurs in tributary streams, in springs caused by upwelling of groundwater in lakes, and around springs in rivers. The suckers may migrate as little as 2–4 mi up a stream from a lake (for example, up Willow Creek from Clear Lake), or over 20 mi (for example, up Boles Creek from Clear Lake and up the Sprague River to RM 74 from Upper Klamath Lake; R. S. Shively, U. S. Geological Survey, Klamath Falls, Oregon, personal communication, 2002). Upstream migrations commence when snowmelt leads to increases in river discharge—from early February through early April for Lost River suckers and from late February to late May for shortnose suckers (Moyle 2002). Spawning can occur at temperatures of 5.5–19°C (Moyle 2002). For example, migrations of Lost River suckers up the Williamson River in 2001 were concentrated in April and May and showed a peak in mid-April. Spawning of shortnose suckers peaked in mid-May 2001 (Cunningham et al. 2002). In any given year, some temporal separation of spawning among species may occur. Klamath largescale suckers migrate first and are followed by Lost River suckers and then shortnose suckers (Coleman et al. 1988, cited in Scoppettone and Vinyard 1991), although migrations of the three may overlap (USGS 2002).

Shortnose suckers were numerically dominant in the lower Williamson River in 2001, but Lost River suckers outnumbered shortnose suckers by more than 10 to 1 at Chiloquin Dam, about 9 mi farther upstream (Cunningham et al. 2002, Janney et al. 2002). Thus, the Lost River suckers may be more likely than shortnose suckers to migrate upriver to spawn, or perhaps the two species react differently to dams. In 2001, 30 shortnose suckers were collected at lakeshore sites, compared to 900 found in the Williamson River, whereas Lost River suckers were five times more abundant at spawning sites in the lake than in the Williamson River system (Hayes et al. 2002, Cunningham et al. 2002). This suggests that spawning by shortnose suckers in Upper Klamath Lake is relatively rare at present. Shortnose suckers that do spawn in the lake use the same spawning sites as Lost River suckers. In flowing water, the suckers spawn in riffles or runs with moderate current (less than 3.3 ft/s) over cobble or gravel bottoms at depths of 0.7–6.6 ft (Scoppettone and Vinyard 1991, Perkins and Scoppettone 1996, Markle and Cooperman 2002). Gravel appears to be preferred; patches of gravel added to a spawning area will be used if flow and depth are appropriate (Golden 1969, Scoppettone and Vinyard 1991, Moyle 2002). Spawning in the upper Sprague River appears to be concentrated around springs (L. Dunsmoor, cited in USFWS 2002). Spawning behavior is similar to that of other suckers in that one female spawns with several males and the fertilized eggs, which are 2.5–3.2 mm in diameter, drop into spaces in the gravel.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

Sampling at six known spawning sites along the eastern shoreline of Upper Klamath Lake (Sucker Springs, Silver Building Springs, Ouxy Springs, Boulder Springs, Cinder Flats, and Modoc Point) indicates that Lost River suckers spawning in the lake are slightly larger than those ascending the Williamson River (lake fish were 150–200 mm longer: Hayes et al. 2002, p < 0.05). Nearly 80% of the fish captured at lake spawning sites occurred at three of the six sites (Sucker Springs, Silver Building Springs, and Ouxy Springs). As is common among spawning suckers, males outnumber females at spawning sites. Sex ratios at nonspawning sites in Upper Klamath Lake indicate a predominance of females; males tend to remain at spawning sites, whereas females do not (Coen et al. 2002).

Lake spawning occurs in 0.5–3.7 ft of water; 95% of successful spawnings occur in water deeper than 1.0 ft, and about 35% occurs at 1–2 ft (Klamath Tribes, in USFWS 2002). Spawning aggregations were present from mid-March to early May. Peak abundances at all sites occurred during the first 2 wk of April, and a second peak occurred at Sucker Springs, the most heavily used site, in late April. The relative spawning condition (prespawn, ripe, postspawn) of fish captured in Upper Klamath Lake from February to June 2001 suggests that some eastern regions near spawning sites, such as Modoc Point and Goose Bay, are staging areas for spawning and that some western bays are used more heavily after spawning (Coen et al. 2002). The temporal sequence of capture of the sexes during the spawning season also suggests that males move to staging and spawning areas ahead of females.

Evidence from Hayes et al. (2002) is consistent with earlier conclusions by Perkins et al. (2000b) that river spawners and lake spawners constitute subpopulations of Lost River suckers in Upper Klamath Lake, but does not prove complete segregation of populations. Of 201 Lost River suckers tagged during previous years and recaptured at springs in the lake in 2001, with some recaptures separated by as much as three yr, 198 (98.5%) were captured both times at eastern shore spawning sites. The other three fish had been tagged in the Williamson River. Also, 76% of the fish recaptured at the Chiloquin Dam fish ladder in 2001 had been tagged originally at the ladder in previous years, and 20% of the fish had been tagged at other sites on the Williamson River (Janney et al. 2002). About half the Lost River suckers caught in Upper Klamath Lake were from sites other than those where they were tagged, either for within-year or between-year recaptures; this indicates that lake-spawning fish do not restrict their breeding activities to a single lacustrine spawning site. Ten shortnose suckers captured in 2001 were recaptures from previous years; all had originally been captured at shoreline sites. Movement between lake sites was apparent, as with the Lost River sucker.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

Female Lost River suckers contain 44,000–236,000 eggs, and female shortnose suckers contain 18,000–72,000 eggs. Larger females bear more eggs, as is typical of most fishes (USFWS 2002). It is unknown whether individuals of either species spawn more than once each year or whether individuals spawn every year. Recapture data on lake spawners (Perkins et al. 2000b, Hayes et al. 2002) suggest that some Lost River suckers spawn every year. Cui-ui (*Chasmistes cujus*) are known to spawn several hundred times over a period of 3–5 days (Scoppettone and Vinyard 1991); Lost River suckers and shortnose suckers might behave similarly. Coen et al. (2002) found that 75% of male but only 40% of female Lost River suckers and 69% of male but only 46% of female shortnose suckers captured in February–June 2001 were in spawning condition (see also Coen and Shively 2001). These observations suggest that a large portion of the adult population of both species is not in spawning condition during any given spawning season. Observations of tagged fish frequenting more than one lake spawning site in a year suggest multiple spawning events for individual fish. Frequency of spawning is relevant to the populations' potential for recovery.

### Larvae

Embryos remain in the gravel for 2–3 wk (USFWS 2002). The subsequent larval stage lasts for about 40–50 days (Markle and Cooperman 2002). Stream-spawned larvae emerge ("swim up") from the gravel and immediately move downstream, mostly at night, in late March to early June, depending on spawning date (Moyle 2002). The abundance of larvae peaked in the Williamson River system 21 days after the peak in spawning (Coleman et al. 1988, cited in Scoppettone and Vinyard 1991). Larvae spawned in the Williamson River system pass to Upper Klamath Lake in as little as a day. More than 99% of larvae enter the lake before the caudal fin has formed and well before the yolk sac is absorbed, after which the fish must feed (Cooperman and Markle 2000). How these movement rates are related to location of spawning (lower Williamson River or Sprague River below or above Chiloquin Dam) and how different they would be if more fish spawned above the dam are unknown. Larval mortality in the Williamson River is around 93% per day (L. Dunsmoor, personal communication, in Markle and Cooperman 2002). Mortality in fishes with planktonic larvae is in general very high (Houde 1987, 1997).

Larval habitat is best described as shallow, nearshore, and vegetated in both rivers and lakes (Figure 5-3) except in Clear Lake and Gerber Reservoir, which lack vegetation (Klamath Tribe 1991, Markle and Simon 1994, Reiser et al. 2001). Larvae are most abundant in the northeastern portion of Upper Klamath Lake, including the Williamson River estuary and the lower Williamson River (Markle and Cooperman 2002). In Upper Klamath

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...



**FIGURE 5-3** Generalized view of habitat of young suckers in Upper Klamath Lake. Source: USFWS 2002, p. 83.

Lake, larvae first concentrate near emergent vegetation at the mouth of the Williamson River for several weeks and then appear in other regions of the lake where emergent vegetation is found; that this process can continue for more than 2 mo is not surprising, given the protracted spawning period of the suckers (Cooperman and Markle 2000).

Studies of the larval use of habitat have focused on the importance of depth and vegetation as components of habitat. Observations by Coleman et al. (1988), Buettner and Scoppettone (1990), the Klamath Tribes (Klamath Tribe 1991; Klamath Tribe, Natural Resources Department, Chiloquin, Oregon, unpublished material, 1996), Cooperman and Markle (2000), and Reiser et al. (2001) indicate use of shallow water (less than 4.3 ft and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 12 of 102
011506

often less than 20 in.) sometimes in areas devoid of cover but more usually near emergent vegetation, such as bullrush beds. Larvae use emergent vegetation primarily from early May through late June, although larvae may be found up to mid-July (see Reiser et al. 2001) because spawning continues into late May. Submerged aquatic vascular plants apparently are less important than emergent vegetation (Cooperman 2002), probably because macrophyte beds are seldom well developed in spring, when much of larval growth occurs. Larvae may not necessarily aggregate within dense vegetation itself but rather near it or in openings in the vegetation in areas described as "pockets of open water surrounded by emergent vegetation," or "the open water/emergent vegetation interface" (Reiser et al. 2001, p. 4–9).

Successful spawning and recruitment of suckers in Clear Lake, which is largely devoid of emergent and submerged vegetation, show that larvae can survive without such vegetation. Clear Lake is very turbid, however, and this may provide protection from visual predators. Laboratory tests show that predation on larvae by fathead minnows is highest when larvae lack cover (Dunsmoor 1993). Young and small fishes in freshwater and marine habitats worldwide often take refuge in dense vegetation when threatened by predators, although larvae of some species are entirely pelagic.

Clear Lake contains flooded annual grasses and herbs and emergent and submerged vegetation in tributaries that may be used by larvae, and it has fewer introduced predators, such as yellow perch and fathead minnows, than does Upper Klamath Lake (USFWS 2002). Thus, successful recruitment in Clear Lake does not demonstrate that vegetation is unimportant in Upper Klamath Lake. Successful spawning apparently does not occur in any of the main-stem reservoirs, which have steep shorelines, lack substantial emergent vegetation, have abundant predators, and may lack spawning areas (Desjardins and Markle 2000).

### Juveniles (1–4 Inches)

Larvae are considered juveniles at a length of 1–4 in., which the suckers generally achieve by the end of July (USFWS 2002). Juveniles are termed young of the year (YOY) or age 0 through their first winter. They spend daytime near shorelines over clean, rocky bottoms composed of sand, gravel, and small boulders (Simon et al. 2000; Figure 5-3). YOY use both vegetated and unvegetated portions of shoreline, generally in water less than 4.3 ft deep (USFWS 2002). Knowledge of the extent to which vegetation is used is complicated by the difficulties of sampling juveniles in dense vegetation (Reiser et al. 2001). Abundance of YOY at first is greatest in the northeastern portion of Upper Klamath Lake; as summer progresses, young fish move southward in the lake and into deeper water and become less associated with shorelines, and they become more oriented toward the lake bot-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

tom (Gutermuth et al. 2000). Simon and Markle (2001) suggest that over-winter mortality of first-year juveniles approaches 90%. After their first year, juveniles are found throughout the lake but are most abundant in the northern one-third of the lake, as are adults, although it may be important that sampling has been concentrated on this area (Reiser et al. 2001). Juvenile Lost River suckers appear to depend less on shallow-water habitats than juvenile shortnose suckers, as shown by sampling with beach seines (Simon et al. 2000), and juvenile shortnose suckers are apparently more strongly oriented toward the lake bottom than juvenile Lost River suckers (Scoppettone et al. 1995).

## Subadults (4–10 Inches) and Adults

Subadults are the least-studied age group. It is assumed that their requirements and habits are most like those of nonspawning adults but their behavior is obscure because they are too fast to catch in seines or trawls, too deep to catch in cast nets, and often too small to gillnet. Given that suckers may spend the first 3–8 yr of their lives as subadults, additional information on this stage could be important.

Lost River suckers grow rapidly for their first 5 or 6 yr to a length of 14–20 in. (Scoppettone 1988). Some males reach maturity (i.e., are capable of spawning) at 4+ yr and 15 in. and some females do so at 7+ yr and 21 in., but most fish mature at 8 or 9 yr; males often mature earlier than females. At maturity, growth slows (Scoppettone 1988, Buettner and Scoppettone 1990, Scoppettone et al. 1995, Perkins et al. 2000a). The largest and oldest fish are females. The oldest known Lost River sucker (43 yr) was obtained in Upper Klamath Lake during a fish kill in 1986 (Scoppettone 1988).

Female shortnose suckers apparently grow faster and larger than males. Both male and female shortnose suckers mature as early as 4+ yr. Males can be mature at 11 in. and females at 13 in., although maturation at 5–7 yr is more usual. The oldest known shortnose sucker (33 yr) was taken from Copco Reservoir in 1987 and was 19 in. long (Scoppettone 1988).

Adult Lost River suckers forage primarily on zooplankton and benthic (bottom-dwelling) macroinvertebrates (Coleman et al. 1988, Scoppettone and Vinyard 1991). The shortnose sucker, as could be predicted from the more terminal position of its mouth, feeds predominantly on cladoceran zooplankters (water fleas), although the guts of only a few adults have been examined (Coleman et al. 1988). The presence of detritus in the guts of shortnose suckers from Clear Lake indicates that shortnose suckers may also feed close to the bottom (Moyle 2002).

Adult suckers select water depths of 3–15 ft, as shown by daylight spring and summer observations; their strongest preference appears to be for 5–11 ft (Reiser et al. 2001, USFWS 2002). Their minimal use (1% of

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 14 of 102
011508

daytime observations) of shallower water could reflect avoidance of high light intensities and thus of aerial predators; limited use of the deepest water (about 4% of daytime observations), particularly in summer, may reflect avoidance of low concentrations of dissolved oxygen (Chapter 3).

Although adults of the Lost River suckers and shortnose suckers are captured together in many places in Upper Klamath Lake, some differences in their distribution suggest different habitat preferences. For example, in 2001, Lost River suckers were 2–3 times more abundant in trammel net samples from the western shoreline of Upper Klamath Lake, whereas shortnose suckers were 2–3 times more abundant in samples from the eastern shore (Coen et al. 2002). Possible habitat differences in these regions might be worthy of further investigation, although the differences could reflect chance encounters with aggregations of the two species.

## Physiological Tolerances

Lake suckers in general are relatively tolerant of water-quality conditions that are unfavorable or even lethal for many other fishes. For example, suckers in good condition occur in Tule Lake, which periodically experiences extremes of dissolved oxygen, pH, and ammonia that are toxic to fathead minnows, a tolerant species (Dileanis et al. 1996, cited in USFWS 2002). Other lake sucker species are similarly tolerant. Endangered cui-ui evolved in the very alkaline (pH, 9.0–9.5) and saline (5 ppt) waters of Pyramid Lake, Nevada, where only five or six other native fish species persist. The only nonindigenous fish species to have successfully colonized Pyramid Lake is the Sacramento perch (G.G. Scoppettone, U. S. Geological Survey, Reno, Nevada, personal communication, 2002).

Most fishes cannot tolerate sustained pH in excess of 9 (Falter and Cech 1991). Upper Klamath Lake suckers can tolerate pH approaching 10, temperatures up to 31–33°C, concentrations of unionized ammonia up to 0.4–0.5 mg/L, and dissolved oxygen concentrations down to 1.5 mg/L. Beyond these thresholds, the suckers die in laboratory tests (typically conducted on juvenile fish); larvae are more sensitive than larger fish (Falter and Cech 1991, Martin and Saiki 1999, Saiki et al. 1999, Moyle 2002). Mortality is high in adult suckers below oxygen concentrations of about 1 mg/L (Chapter 6). Falter and Cech (1991) found that shortnose suckers had much lower tolerance of high pH (measured as pH at which swimming equilibrium was lost) than two other endemic fishes, the Klamath tui chub and the Klamath largescale sucker. Shortnose suckers lost equilibrium at a mean pH of 9.55, tui chub at 10.75, and Klamath largescale suckers at 10.73. Maximum pH in Upper Klamath Lake during summer phytoplankton blooms frequently exceeds 9.5 at the surface during daylight hours, but pH during episodes of mass mortality generally is about 7.5–8.5 (Perkins et

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 15 of 102
011509

al. 2000b), indicating that high pH does not cause mass mortality (Chapter 3). In Upper Klamath Lake in late summer, during times of physiological stress, suckers may seek higher water quality, such as that of springs and river mouths, even though such areas are otherwise avoided, probably because they are too shallow or too clear (USFWS 2002, Appendix D; Chapter 6).

Physiological tolerance tests generally are performed in a laboratory on single factors held at constant values, whereas factors in nature often vary over time and space, co-occur, and can operate synergistically. Summer conditions in Upper Klamath Lake typically involve episodes of high pH, high unionized ammonia, and low dissolved oxygen in combination with high temperatures that increase the oxygen demand of the fish. High concentrations of unionized ammonia can cause structural damage to gills, which can increase the susceptibility of fish to low concentrations of dissolved oxygen. High pH (over 9) inhibits ammonia excretion, thus creating stress (Lease 2000, cited in USFWS 2002). Susceptibility to columnaris disease, which is caused by the bacterium *Flavobacterium columnare*, increases with increasing temperature but decreases with increasing ammonia concentrations (Morris et al. 2000, Snyder-Conn et al. unpublished in USFWS 2002).

As an adjunct to laboratory studies, Martin and Saiki (1999) placed cages containing juvenile Lost River suckers in Upper Klamath Lake for 4-day periods. High mortality occurred at high pH, high concentrations of unionized ammonia, and low concentrations of dissolved oxygen; low dissolved oxygen was the strongest correlate with mortality. At sublethal temperatures and concentrations of unionized ammonia, fish were tolerant of higher pH than expected from the laboratory studies (fish tolerated pH as high as 10.8). The study suggests that laboratory tests of single factors should be viewed as being only indicative of the extremes that can be tolerated; they are not strictly predictive of responses in the field.

From the viewpoint of physiological stress on fishes generally, and especially for cold-water fishes, water-quality conditions are poor throughout much of the Klamath basin, as explained in Chapters 3 and 4. Physiological thresholds for suckers, however, are reached or exceeded less extensively than for most fishes because of the high tolerance of suckers. Harm to suckers caused by poor water quality is known for Upper Klamath Lake and may also occur in the Lost River and upper Keno Reservoir (Lake Ewauna). In other lacustrine or flowing-water environments of the basin, however, poor water quality may be much less important than other factors for suckers, although it may strongly affect some other fishes.

In Upper Klamath Lake, suckers are adversely affected by poor water quality, which is a byproduct of very high abundances of *Aphanizomenon flos-aquae*, a planktonic bluegreen (cyanobacterial) alga. Peak abundances

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 16 of 102
011510

202                                         *FISHES IN THE KLAMATH RIVER BASIN*

of *Aphanizomenon* occurring in late summer or early fall cause very high pH. Under certain meteorological conditions overturn of a stratified water column and collapse of the *Aphanizomenon* population combine to cause depletion of oxygen throughout the water column and distribution of high concentrations of unionized ammonia (Chapter 3).

The adverse water-quality conditions in Upper Klamath Lake potentially have three types of effects on endangered suckers in Upper Klamath Lake: (1) mass mortality of large fish, (2) mortality, either episodic or continuous, of small fish or larvae, and (3) physiological stress on one or more age classes, which leads to physiological impairment but not necessarily death.

Poor water quality in Upper Klamath Lake is a documented cause of the episodic mass mortality of large suckers in the lake. The recent history of these episodes is given in this chapter, and the factors producing death are discussed in Chapter 3. Extensive research on the direct cause of mortality during episodes of mass mortality has led to the reasonably firm conclusion, supported by scientific evidence, that mortality is caused by inadequate amounts of dissolved oxygen. The two other potential direct causes of mortality, pH and unionized ammonia, appear not to control mass mortality. Dissolved oxygen, unlike pH and unionized ammonia, remains adverse continuously for many days during episodes of mass mortality, whereas pH and unionized ammonia do not. Thus, although additional studies of mechanisms leading up to mass mortality are warranted, the direct cause in large fish seems to be understood reasonably well.

There is insufficient evidence to show whether extreme water-quality conditions also cause mortality of juveniles and larvae. Laboratory experiments indicate such potential, but it has not been documented in the field. Field documentation, especially if mortality were steady rather than episodic, would be difficult for the smaller life stages of fish because of their quick deterioration and dispersal after death. The possibility that gradual or episodic mass mortality of small fish occurs should be studied.

Adverse water-quality conditions can affect fish indirectly, as explained above. Laboratory studies are useful, but field indicators of stress also are important in that sublethal responses to stress cannot always be produced in an interpretable way in the laboratory. Indicators of physiological stress include unusual or recurrent epizootics, poor body-condition factors, physical anomalies, and low growth rates compared with those in populations that are not exposed to adverse water-quality conditions, abnormally low fecundity or fertility of mature fish, and behavioral aberrations. Some attention has been given to the indicators—for example, physical anomalies in suckers of Upper Klamath Lake are common (USFWS 2002)—but a more comprehensive effort at evaluating indicators of stress probably is warranted.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 17 of 102
011511

Overall, there is no doubt that poor water-quality conditions are suppressing the endangered suckers of Upper Klamath Lake through mass mortality of large fish. Less clear is the role of potential additional suppression through mortality of smaller fish or sublethal effects of physiological stress caused by poor water-quality conditions on any or all life stages.

## Population Size

Abundances of larval and juvenile suckers have been estimated from field samples over the last several years (e.g., Simon et al. 2000). Calculated population sizes of adults have been based on recapture of tagged fish during fish kills. The confidence intervals around the numbers are very large and, because many of the assumptions of mark and recapture methods are not met by these estimates, the estimates are of limited value (R. S. Shively, USGS, unpublished memo, 5 March 2002; USFWS 2002).

Newspaper reports, eyewitness accounts, and data on catch per unit effort leave little doubt that the sucker population exploited by the snag fishery in the 1960s and earlier was much larger than it was by the 1980s. Relative estimates of the size of the spawning run of suckers in the Williamson River were first based on estimated catch rates and later on standardized recapture and electrofishing methods. The estimates showed a marked decrease in abundance of fish during the middle 1980s. In 1984, the run of spawning Lost River suckers was estimated at 23,000, but it fell to 12,000 in 1985. Catch per unit effort of electrofishing fell by 57% for Lost River suckers and by 83% for shortnose suckers from 1984 to 1986 before the major fish kill of 1986 (Scoppettone 1986, Bienz and Ziller 1987, Scoppettone and Vinyard 1991). The fishery was closed in 1987. More recent estimates of abundance depend on catch per unit effort in standardized trammel-net samples and can be compared only among collections for the years 1995–2001.

No universal or absolute estimates of the size of any age class of sucker are available. Estimates are relative, limited to specific sites (e.g., spawning areas), or are otherwise qualified from the viewpoint of making an overall numerical assessment of the population. While the use of qualified or relative estimates is beneficial, efforts to make more comprehensive population size estimates in the future would be desirable (see Chapter 6). For purposes of ESA actions, the critical facts, which are known with a high degree of certainty, are that the fish are much less abundant than they originally were and that they are not showing an increase in overall abundance. Thus, the point of departure for research and remediation in the future is the need to restore abundance of the listed suckers.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 18 of 102
011512

### Age-Class Structure

Most adult suckers in Upper Klamath Lake are large and old. The uneven age distribution has characterized the populations for several decades. Through the 1980s, the age distribution of Lost River suckers was heavily skewed to fish 19–28 yr old. In 1986, the year before fishing was banned, recruitment had apparently been poor for about 18 yr; 95% of adult Lost River suckers were 19–30 yr old (Figure 5-4; Scoppettone 1988). The data for Lost River suckers shown in Figure 5-4 are based on fish obtained during fish kills, a sampling method with unknown but multiple biases, including some evidence that older, larger fish suffer disproportionately high mortality (Chapter 6). Assuming that the fish collected during fish kills are representative of the adult population as a whole, it can be concluded that many age classes were essentially missing from the lake before 1988, when the fishery was active.

Closure of the fishery in 1987 greatly reduced mortality of spawners, after which additional mature fish began entering the spawning population (Figure 5-4B). Cessation of fishing apparently contributed to the production of a strong year class of both endangered sucker species in 1991, and to smaller but notable year classes also produced in 1990, 1992, and 1993 (Figure 5-4B; see Markle and Simon 1994, Cunningham and Shively 2001). These fish would have been expected to mature in the late 1990s, but the major fish kills that occurred in 1995, 1996, and 1997 affected not only old spawners but also probably young spawners. Spawning runs declined in the late 1990s, with little evidence of substantial recovery until 2000 (Figure 5-5). The upsurge in spawning numbers in that year and again in 2001 may represent maturation of fish from the 1991 and later year classes. It is possible that fish that lived through the fish kills of the middle 1990s were stressed by poor water quality and as a result experienced delayed maturation (e.g., Trippel 1995, Baltz et al. 1998), although Terwilliger et al. (M.R. Terwilliger et al., Oregon State University, Corvallis, OR, unpublished material, 2000) found no evidence of impaired growth associated with periods of poor water quality in juvenile suckers of Upper Klamath Lake. That spawning runs apparently increased in 1999–2001 shows that the species have substantial resilience, but this is no guarantee of recovery.

Comparisons between 2000 and 2001 data indicate a weak but significant trend toward increasing average size among all spawning shortnose suckers and female Lost River suckers in the Williamson River (Cunningham et al. 2002). A similar significant trend toward increased median size at a variety of nonspawning sites in Upper Klamath Lake was also found (Coen et al. 2002). When combined with evidence of low numbers of small river-spawning fish in recent years (Cunningham et al. 2002), the data could indicate year-class failure among fish that hatched in the middle 1990s and

Copyright National Academy of Sciences. All rights reserved.

011513



**FIGURE 5-4** Age distributions of suckers in Upper Klamath Lake based on fish kills. (A) Age distribution of Lost River suckers in Upper Klamath Lake based on the 1986 fish kill. Multiple peaks indicate strong year classes estimated as 1958, 1961, 1964, 1967. Source: Scoppettone and Vinyard 1991. Pp. 359–377 in *Battle Against Extinction: Native Fish Management in the American West*, W.L. Minckley and James E. Deacon, eds. Copyright 1991 The Arizona Board of Regents. Reprinted by permission of the University of Arizona Press. (B) Age frequency distributions of Lost River suckers and shortnose suckers in Upper Klamath Lake based on fish collected from the 1997 fish kill. Effects of fishery closure in 1987 and of entry of successful 1991 year class are evident. Fish as old as 35 yr (spawned in 1962) were present. Source: Markle and Cooperman 2002, based on data from R. Shively, USGS.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 20 of 102
011514



**FIGURE 5-5** Spawning-run abundances of lake suckers, lower Williamson River, 1995–2001. Decline in spawners consistent with expected changes given fish kills of 1995–1997 is evident (1995 data were obtained before the fish kill that year). CPUE is a measure of catch per unit effort based on fish caught per unit of time spent fishing with trammel nets. Source: Modified from Cunningham et al. 2002, p. 30.

that would mature in the early 2000s. Concern over lost year classes might be tempered by an apparent trend in increased overall abundance among river spawners in 1999–2001 (Figure 5-5). Catches of both species from the Williamson River in spring 2002 decreased, however, by about 50% compared with 2001 (R. S. Shively, U.S. Geological Survey, Klamath Falls, Oregon, personal communication, October 8, 2002). Abundance index (catch per unit effort) for lake-spawning Lost River suckers do not indicate an increase in numbers of spawners (1999, 3.0 fish/h; 2000, 2.0 fish/h; 2001, 2.4 fish/h), and the average size of lake-spawning fish increased significantly between 2000 and 2001, suggesting lack of recent recruitment into the spawning population (Hayes et al. 2002). Catches at the shoreline areas in 2002 also decreased by about 15–20%. In fact, sampling in 2002 indicates that there has been no substantial recruitment into the adult population since 1999 (R. S. Shively, U.S. Geological Survey, Klamath Falls, Oregon, personal communication, October 8, 2002).

Observations on size of spawners since 1984 (Perkins et al. 2000b) indicates that very large Lost River suckers (over 25 in. for males, and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 21 of 102
011515

over 28 in. for females) have been lost progressively from the population, that recent spawning aggregations are made up largely of medium-size fish (18–24 in.), and that the median age of spawners for Lost River suckers is 12 yr and for shortnose suckers is 9 yr (as judged from age-length relationships; Markle and Cooperman 2002). These findings suggest that successful year classes after 1991–1993 are largely absent, that is, that little recruitment of young spawners has occurred at the same time that the largest fish have been progressively removed by the fish kills; this raises a concern over future numbers of spawners and total reproductive output of the population.

As with Lost River suckers, knowledge of age distributions of shortnose suckers in Upper Klamath Lake comes chiefly from three fish kills in the 1990s, except that the data are even less complete and earlier data are lacking (Figure 5-4B). Indications from age distributions of fish collected after fish kills have indications similar to those for the Lost River suckers.

One other trend of note is that larger fish appear to spawn earlier in the season (Perkins et al. 2000b), but this trend may have been obscured in recent years by a relative lack of small spawners (Hayes et al. 2002). Regardless of cause, multiple strong year classes with temporal separation in spawning between year classes is potentially advantageous because it decreases the likelihood of failure of all the year's larvae if environmental factors vary for year to year during the breeding season (e.g., Trippel 1995).

Information on age distribution is a fundamental indicator of the status of a population, and it sometimes suggests reasons for failure of a species to recover. Although the 1990s, in apparent contrast with earlier years when the fishery was in place, have produced recruitment into the subadult and adult stages, the fish entering these stages have been killed in large numbers during episodes of mass mortality in Upper Klamath Lake. Thus, one reason for failure of the populations to recover is probably suppression of reproductive capacity of the population due to selective mortality of adult fish. This does not, however, rule out the possibility that part of the explanation for lack of recovery lies in suppression of the number of fish entering the subadult and adult phases. The fish collected during fish kills indicate recruitment into the subadult and adult stages in all years, and especially in some years with notably abundant year classes (such as 1991), but the amount of this recruitment may be insufficient to support overall growth of the population. Thus, one bottleneck almost certainly involves the mass mortality of large fish, and a second bottleneck could be at one or more places in the life cycle between laying of eggs and the entry of fish into the subadult and adult categories. As cited above, numerous efforts are under way to identify unusual mortality or suppression of vigor in young fish, but no conclusions are yet available on this important matter.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 22 of 102
011516

### Perspective on Age-Class Structure and Strength, Mortality, and Reproductive Output

Most fishes experience astronomically high mortality in their early life-history stages. The millions or even billions of individuals that hatch in a population are reduced by many orders of magnitude at the time of maturation. On the average, a male and female just replace themselves over a lifetime of spawning, even though they may produce millions of fertile eggs. These facts are relevant to sucker recovery in several ways. High mortality among larvae and small juveniles is to be expected, but the rates should plummet in later years, and old fish should show low mortality. Small percentage changes in mortality of young fish can translate into large population differences later because of the high numbers of young individuals. Thus, any steps that can be taken to increase larval and juvenile survival in Klamath Lake suckers could produce great benefits.

The high mortality experienced by very old fish during the fish kills of the middle 1990s is especially alarming given the reproductive potential of these fish (e.g., Conover and Munch 2002). Large, old fish of most species produce disproportionately more eggs than smaller fish. For example, in red snapper (*Lutjanus campechanus*), which is heavily fished and depleted throughout its North American range, a single 10-yr old female (26 lb, 24 in.) can contain 9 million eggs, which is equivalent to the total egg output of 212 adult females that are 3–4 yr old, weigh 2.2 lb each, and are 17 in. long. One 26 lb old fish produces more eggs than 250 lb of younger fish. Thus, loss of larger size classes in a population can have a disproportionate effect on egg production and future recruitment (Bohnsack 1994). The value of large fish, even in small numbers, is evident in the listed suckers. The number of young produced and eventually recruited into adulthood increased greatly just after the snag fishery was closed (see Figure 5-4B), demonstrating that even low numbers of large fish can produce large numbers of recruits (Markle and Cooperman 2002).

The disproportionately high contribution of old fish is even greater than fecundity would indicate. Because the quality of eggs (size and amount of yolk) produced by old females may be greatest, larvae hatching from these eggs may be larger and more likely to survive the early periods of high mortality (e.g., Trippel 1995). Although numbers of spawning fish in the Williamson River appear to have climbed in recent years, the reproductive potential of the population is lower than it was before the fish kills because the fish are smaller (Markle and Cooperman 2002). Reproductive output of a population is determined jointly by the number of spawners and the age distribution of spawners. Two populations of equal size that contain different size distributions of fish will not be equal in reproductive value; the population with more old, large fish will have much higher reproductive

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 23 of 102
011517

potential. Any alterations that can be made in the environmental conditions that directly affect the probability or severity of fish kills should receive especially careful consideration (Chapter 3).

Species that are long lived and late to mature, such as the endangered suckers of the Klamath basin, may respond slowly both to degradation and to restoration of habitat requirements, in contrast to other species that mature more quickly. Thus, the presence of old fish is not in itself evidence of a sound population. In fact, even if old fish are numerous, their failure to propagate would render them implicitly extinct until a reversal of the situation occurs. Similarly, improvement of environmental conditions may lead to beneficial changes in the population through recruitment of young age classes, but the final evidence of progress toward recovery, which is survival of these younger classes to maturity and old age, will not be evident for a decade or more. This special perspective on the long lived, slow maturing suckers must be maintained in any evaluation of prospects for extinction and response to remediation.

### Endangered Suckers in Other Klamath Basin Waters

Suckers occurred naturally in Tule Lake, Sheepy Lake, and Lower Klamath Lake, from which spawning fish ran up the Lost River (Table 5-3). All three of the lake populations apparently were extirpated when their waters were drained for agricultural purposes around 1920 (Chapter 2). During the 1930s, after farming failed in the former lake bed, the lakes were to some extent reinundated, but not to their former depths. Suckers recolonized Tule Lake but not the other two lakes. There has been no evidence of successful spawning in Tule Lake, although fish from the lake evidently spawn in the lower Lost River.

Fish of both species, but mostly shortnose suckers, have been found regularly in the reservoirs between Keno and Iron Gate Dam (e.g., J. C. Boyle, Copco, Iron Gate). Apparently, they do not spawn. Fish in these impoundments probably consist of individuals that enter the Link River from Upper Klamath Lake and survive passage at Link River Dam; they tend to be old and large (Figure 5-6). The trip out of Upper Klamath Lake is one-way, inasmuch as no fish ladders suitable for suckers are located at Link River Dam or at any of the other dams along the Klamath River (Chapter 6). The great size and age of female fish as suggested by Figure 5-6 could make such fish valuable as transplants to more favorable habitats.

Reproducing populations of endangered suckers exist in Clear Lake, in Gerber Reservoir, and in portions of the Lost River downstream (the Lost River could receive fish from Gerber Reservoir in its upper portion and from Tule Lake in its lower 7 mi, below Anderson Rose Dam). Clear Lake,

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 24 of 102



**FIGURE 5-6** Age structure of a small sample of shortnose suckers taken from Copco Reservoir, 1987. Source: Scoppettone and Vinyard 1991. Pp. 359–377 in *Battle Against Extinction: Native Fish Management in the American West*, W.L. Minckley and James E. Deacon, eds. Copyright 1991 The Arizona Board of Regents. Reprinted by permission of the University of Arizona Press.

which was established in 1910, contains populations of both species (Scoppettone et al. 1995 estimated that 73,000 suckers occupied the lake), and both show recent evidence of diverse age structure and continued successful reproduction and recruitment. The reservoir is a source of irrigation water and can be drawn down during drought, which exposes the fish to multiple threats. Clear Lake was drawn down to as low as 5% of capacity during 1992, and fish collected after the drawdown and in the next spring were in poor condition, although their condition rebounded by the end of the next summer (USFWS 2002). Success of shortnose suckers and Lost River suckers in Clear Lake is encouraging in its own right and as a potential rescue population that could be used for restoring populations in other water bodies. Extreme drawdown, although prohibited by the USFWS biological opinion of 2002, is a threat if it should occur inadvertently, and the lake and its suckers presumably are vulnerable to major environmental disasters, such as a break in the dam (Moyle 2002). Unexpected changes in the spawning and rearing habitats in Willow and Boles Creeks above the reservoir also could affect sucker abundances.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 25 of 102
011519

Gerber Reservoir, which was created in 1925, contains shortnose suckers but not Lost River suckers. Shortnose suckers in Gerber Reservoir exhibit a wide range of size classes, indicating successful reproduction and recruitment. Gerber Reservoir is not connected to any other sucker population, so there is no possibility of genetic exchange. Condition of fish in Gerber Reservoir is known to vary from poor to good; poor condition was associated with lowest water levels in 1992 (the lake was drawn down to 1% of capacity). The population has not received a great deal of attention.

Gerber Reservoir flows into the Lost River, which flows into Tule Lake (Figure 1-2). Historical sucker runs out of Tule Lake and up the Lost River were substantial; these runs supported commercial fisheries and canneries (USFWS 2002). Today, after the construction of multiple dams, only small numbers of the two endangered species occur in the Lost River; shortnose suckers are more common than Lost River suckers. It is not known whether these populations are self-sustaining (USFWS 2002). Spawning habitat is limited, and spawning has been observed at only about three locations, although several other sites appear to provide appropriate spawning habitat. Small numbers of larvae and juveniles have been collected in the river, but these fish could originate in Gerber Reservoir. Upstream movement from Tule Lake ends at Anderson Rose Dam, 7 mi above the lake. Spawning habitat in the 7-mi reach is scarce, and rearing habitat is compromised by poor water quality from water connected with Tule Lake sumps and agricultural return flows. Water quality in the Lost River is generally poor; the river fails to meet several Oregon state-specified water-quality thresholds. Gradients in portions of the river are unfavorably steep for suckers, and seasonal dewatering is common, as are dense plant growth and algal blooms associated with poor water quality. Both summer and winter fish kills were documented for the Lost River Diversion Canal region in the late 1990s. Brown bullhead (*Ameiurus nebulosus*) and pumpkinseed (*Lepomis gibbosus*) are abundant and nine of the 16 fishes in the river are warm-water nonnatives. USFWS (2002, Appendix E, p. 31) concludes that the Lost River is highly degraded and "can perhaps be best characterized as an irrigation water conveyance, rather than a river."

Tule Lake, once larger than Upper Klamath Lake but now less than 15% of its original size, contains populations of both endangered species amounting to perhaps a few hundred fish represented by a few size classes of old fish (for example, 16–24 in.; Scoppettone et al. 1995). Suckers in Tule Lake typically have higher condition factors and lower incidence of external parasites than suckers in other parts of the basin (USFWS 2002). The Tule Lake populations historically were maintained by spawning runs up the Lost River, which for reasons listed above now are extremely limited. Conditions within Tule Lake are deteriorating because of accumulation of sediment from agricultural sources. Alterations in water-management prac-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 26 of 102
011520

212                                   *FISHES IN THE KLAMATH RIVER BASIN*

tices, however, could arrest deterioration. Some changes might even restore spawning runs. In 1999, the U.S. Bureau of Reclamation began releasing 30 cfs during the spawning and incubation period (April–June), which led to detectable spawning activity below Anderson Rose Dam within 2 days (USFWS 2002). Such spawning could presumably lead to juvenile recruitment, but monitoring for presence of juveniles is needed. Collection of larvae reported by Shively et al. (2000a) is additional evidence of reproduction. The relatively good condition of suckers in Tule Lake makes these populations valuable for the long-term survival of both species of suckers, especially given the continuation of fish kills in Upper Klamath Lake.

## Conservation Status

Lost River suckers and shortnose suckers were declared endangered by California in 1974 (Moyle 2002); Oregon placed both Lost River suckers and shortnose suckers on its protected list in 1987. USFWS first listed both sucker species as candidate (Category 2) species in 1982. They were proposed for listing as endangered in 1987 and were designated as endangered species in 1988 (53 Fed. Reg. 27130 [1988]). Despite the controversy surrounding the species in recent years, only 13 written comments were received by USFWS during the comment period before listing; 12 of the comments favored listing, one expressed no opinion, and there were no comments opposing the listing. Reasons for listing are given in Chapter 6. A federal recovery plan has been developed (Stubbs and White 1993). Critical habitat was proposed in 1994 (59 Fed. Reg. 61744 [1994]) but has not yet been formalized, nor has a recovery team been designated.

## CONCLUSIONS

Human activities in the upper basin have affected not only the listed suckers, but virtually all the native species, several of which are greatly diminished in distribution and abundance. In particular, bull trout and slender sculpin have become rare in the basin in recent years. The Lost River system, which appears to have changed the most in the last 30 yr was dominated by blue chub, tui chub, and the three native sucker species, but it is now dominated by nonnative species. Upper Klamath Lake also has a high abundance of nonnative species, and most of its native species appear to be declining. A downward trend may be common, in fact, to native fishes in most aquatic habitats in the upper Klamath basin, although documentation is weak. The overall status and biology of the fishes of the basin, except for the two endangered suckers, is poorly known or at least poorly recorded. Research over the last 15 yr has produced many unpublished reports and extensive data but very few peer-reviewed papers. Thus, the

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 27 of 102
011521

utility of the available information is hard to judge. One possible remedy would be to provide funding for postdoctoral scholars to compile information and write papers by working with university and agency scientists who have collected data.

Future status of the suckers and other native fishes and the spread of nonnative species cannot be judged without periodic basin-wide survey of fishes. Monitoring is a key feature of adaptive management (see Chapter 10). Also, most information on the biology and status of the suckers and other native fishes has not been published in peer-reviewed journals or books. Also, further studies on the systematics of Klamath basin fishes are needed so that managers can avoid being surprised by the discovery of new endangered species, as are studies of the effects of nonnative species on the listed suckers and other native fishes. Introductions or spread of nonnative species already in parts of the basin are major threats to native species. The Sacramento perch in particular has the potential to spread through the canal system from the Lost River to Upper Klamath Lake, where it could become a predator of juvenile suckers and other native fishes.

Populations of the two listed sucker species in the upper Klamath basin have declined greatly in overall abundance and breadth of distribution. Stable reproducing populations of the two species occur now only in Clear Lake and Gerber Reservoir (Gerber Reservoir has only shortnose suckers). The formerly large populations of the two suckers in Upper Klamath Lake are drastically reduced, although no quantitative estimates are available for former or present population sizes. The sucker populations showed a substantial increase in recruitment, as indicated by year class strength, following the end of fishing in 1987. While the populations of Upper Klamath Lake are reproducing and all age classes are present, they are not rebounding in abundance. Episodic mass mortality of large endangered suckers is one explanation for failure of the populations of Upper Klamath Lake to rebound. Other age classes may be adversely affected in other ways, but these mechanisms are not as well documented. Prolonged low concentration of dissolved oxygen during the late summer of some years is probably the direct cause of mass mortality in Upper Klamath Lake.

The two endangered sucker species are present at other locations, but at none of these locations are substantial numbers of all age classes present. Large suckers are present in the five main-stem reservoirs of the upper Klamath basin and in the upper and lower portions of the Lost River main stem, as well as Tule Lake, but there is no recruitment. Spawning occurs in the Lost River but does not sustain a population of juveniles in Tule Lake, as once was the case. Dewatering of Tule Lake and Lower Klamath Lake and large physical and chemical changes in the Lost River almost certainly are the cause for failure of endangered suckers in the Lost River below Clear Lake and Gerber Reservoir to show recruitment or increase in abundance.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 28 of 102
011522

# 6

# Causes of Decline and Strategies for Recovery of Klamath Basin Suckers

When the Lost River and shortnose suckers were listed under the Endangered Species Act (ESA), the U.S. Fish and Wildlife Service (USFWS) and others identified numerous factors that could explain their decline and their failure to recover after elimination of the sucker fishery (Chapter 5, Scoppettone and Vinyard 1991). Since the listing, many of these factors have been studied. As a result, understanding of the biology of Klamath suckers and of requirements for their recovery has improved. Information on suckers is found in over 500 articles, reports, memoranda, and critiques, although most are unpublished and so have not benefited from scientific peer review. The number of persons working on the suckers has grown from a few ichthyologists to several dozen scientists, resource managers, policy developers, consultants, and informed citizens. New information derived from the increased pace of documentation and research supports increasingly firm judgments on the current status of the species, probable causes of their decline, priorities for further study, and actions that should and can be taken to move the species toward the ultimate goal of recovery, as described in this chapter.

## CRITERIA FOR JUDGING STATUS AND RECOVERY OF SUCKER POPULATIONS

Criteria for the assessment of status and recovery provide a useful point of departure for the causal analysis of decline of the endangered suckers and for evaluating proposals for their restoration. Criteria presented here

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 29 of 102
011523

are intended as a tool of convenience for present purposes; other criteria might be useful for other purposes.

Because each life-history stage of a population is linked to all other stages, unusual suppression of any life-history stage may be reflected ultimately in the suppression of the population as a whole. Thus, trends in the abundance of any stage can be chosen arbitrarily as an index of the status of a population. For the endangered suckers, the most convenient life stage to use as an index of status is the adult. As explained in Chapter 5, other stages are difficult to observe or sample, especially in large lakes, although attempts to do so are essential to the diagnosis of mechanisms that affect specific life-history stages.

If adults are used as an index of the status of the populations, three criteria, taken together, would indicate recovery: diversity in the age distribution of adults, annual entry of at least some individuals into the adult stage in most years from the younger life stages coupled with entry of large numbers of such recruits in some especially favorable years, and a population size that reflects carrying capacity for an environment that is generally well suited, although not necessarily optimal, for the suckers. The presence of multiple age classes of adults would indicate past recruitment to the adult stage and persistence of conditions suitable for the maintenance of adults. The combination of new recruitment in most years and very high recruitment in some years would indicate the general welfare of younger stages and successful spawning. The maintenance of populations at a density that approaches expected carrying capacity would indicate that growth and reproduction occur at sufficient rates to offset mortality through the life cycle as a whole.

As indicated in Chapter 5, the status of geographically defined subpopulations of the two endangered suckers varies drastically. Table 6-1 summarizes the status of various geographic subpopulations on the basis of the adults. As shown in Table 6-1, Clear Lake and Gerber Reservoir support apparently stable subpopulations and therefore provide a basis for comparison with other subpopulations. The Upper Klamath Lake subpopulations, in contrast, do not meet the criteria for recovery, nor do they indicate recovery in progress. These subpopulations took an important positive turn after elimination of fishing in 1987, through the entry of new fish into the subadult and adult populations each year and through the production of one very strong year class (1991) and several moderately strong year classes during the decade of the 1990s (Chapter 5). Indications of no recovery without further environmental change, however, include the failure of adults to show an upward turn in overall abundances and the lack of a diversified age structure among older age classes, presumably because of repeated mass mortality of large fish.

Copyright National Academy of Sciences. All rights reserved.

Copyright National Academy of Sciences. All rights reserved.

**TABLE 6-1** Summary of Status of Geographic Subpopulations of Two Endangered Suckers in Upper Klamath Basin[a]

| Geographic Subpopulations | Recovery Criteria[a] | | | Required Actions | Priority[b] | Specific Actions |
|---|---|---|---|---|---|---|
| | Age Structure | New Adults | Population Density | | | |
| Clear Lake | + | + | + | Protection | 1 | Prevent alteration of tributaries; no drawdown exceeding 1992 |
| Gerber Reservoir[c] | + | + | + | Protection | 1 | Same as for Clear Lake |
| Upper Klamath Lake | – | + | – | Remediation | 1 | Numerous, see Figure 6-1 |
| Tule Lake | – | – | – | Remediation | 2 | Create spawning habitat[d] |
| Lake of the Woods | 0 | 0 | 0 | Remediation | 2 | Remove present fish; stock suckers |
| Lower Klamath Lake | 0 | 0 | 0 | Remediation | 3 | Raise level; stock adults[d] |
| Main-stem reservoirs | – | – | – | Protection | 3 | Protect status quo or better |

[a]According to Chapter 5 and three criteria described in text for evaluation of status and recovery.
[b]Priorities are based on the apparent ultimate value of subpopulation to recovery of population at large.
[c]Shortnose sucker only.
[d]Requires feasibility studies.
Abbreviations: +, meets criterion; –, does not meet criterion; 0, population absent.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

Fishes of Tule Lake (and of the associated Lost River) show no signs whatsoever of recovery according to the criteria shown in Table 6-1. Lack of recruitment of young fish into the subadult and adult stages indicates lack of reproduction or negligible survival of young fish. Two additional locations, Lower Klamath Lake and Lake of the Woods, are listed even though they lack endangered suckers. These are locations where sucker populations conceivably could be established in the future. The main-stem reservoirs also are listed but belong to a somewhat different category because, as explained in Chapter 5 and further in this chapter, the potential for creation of suitable conditions for the entire life cycle is probably lower for these waters than for Upper Klamath Lake or the other waters where the suckers originally thrived.

## REQUIREMENTS FOR PROTECTION AND RECOVERY

The ESA requires both protection and recovery of listed species (Chapter 9). Protection is accomplished by prohibitions of take and preservation of habitat. Protection alone is insufficient, however, in that the populations as a whole have shown a drastic decline over the last several decades, and there is no evidence that the populations are recovering. At the subpopulation level, as indicated in Chapter 5, the balance between protection and remediation depends on location. Because the subpopulations of Clear Lake and Gerber Reservoir are the only ones in the upper Klamath basin that meet the criteria for recovery as outlined above, their protection is of utmost importance for the long-term survival of the two endangered sucker species in the upper Klamath basin as a whole. These subpopulations appear to depend entirely on tributary spawning. Therefore, maintenance of tributary conditions suitable for spawning is an essential element of their protection. It is important that neither of the reservoirs be drawn down to extremes that would produce summer or winter mortality. Given the historical experience of the 1990s, the requirements of the 2002 biological opinion appear to be adequately protective in this respect, but it is critical for these subpopulations that no errors in judgment lead to extremes in drawdown beyond that observed in the 1990s.

The subpopulations of Upper Klamath Lake also have high priority but have different status. As explained in Chapter 5, they showed some encouraging responses to the curtailment of the snag fishery, but the numerical abundance of adults and the continuing attrition of old fish appears to be holding the population down and may even be driving it closer to extirpation. The pathway to recovery for this population is not clear. A great deal of the analysis of cause and effect in the remaining part of this chapter is devoted to the Upper Klamath Lake subpopulations because of their his-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 32 of 102

011526

torical numerical importance and the lack of clarity about the means of achieving their recovery.

The Tule Lake subpopulations consist of a very small number of apparently healthy adults, but they fail to meet all three of the criteria outlined above for recovery: there is no evidence of recruitment into the adult stage, there is no diversification of age structure for adults, and abundances per unit area are low. Because the suckers are long-lived, the adults of the Tule Lake population are of high value, and also could be supplemented with salvaged individuals from other locations. The first step toward recovery of the Tule Lake subpopulations would be to establish spawning capability, which would require intensive work with tributary waters. Acquisition of water rights and steps toward the creation of (potentially artificial) physical habitat suitable for spawning and for larvae would be necessary initial steps toward recovery of these subpopulations. The Tule Lake subpopulations, although small, need not be written off as unrecoverable.

Listed fifth in Table 6-1 is Lake of the Woods. As explained in Chapter 5, this was the location of a population probably consisting of shortnose suckers, but the population was eliminated. The present fish populations of Lake of the Woods should be eliminated, and adult shortnose suckers and other native fishes should then be reintroduced. If the suckers meet the recovery criteria outlined above after a number of years, fish biologists could consider the reintroduction of game fish (fish other than suckers probably will have colonized the lake by that time in any event).

Lower Klamath Lake lacks suckers and is probably unsuitable for them (Chapters 3 and 5), but alteration of these conditions could be feasible. Steps should be taken toward acquisition of water rights suitable for maintenance of higher water levels in Lower Klamath Lake if feasibility studies support this approach. Adult suckers from salvage (as described later in this chapter) should then be transferred to Lower Klamath Lake. Water quality and habitat conditions may be unsuitable, but suitability can be determined most effectively by monitoring of trial reintroductions. To the extent that maintenance of higher water levels would interfere with agricultural use of land, its establishment would require negotiations and compensation for acquisition of private rights.

The last subpopulations mentioned in Table 6-1 are the ones in mainstem reservoirs. These reservoirs have value primarily for long-term storage of large suckers. They do not have high priority for recovery, because they are not part of the original habitat complex of the suckers and probably are inherently unsuitable for completion of life cycles by the suckers. Maintenance of adults in these locations does, however, provide some insurance against loss of other subpopulations.

Construction of fish ladders for suckers at the dams might facilitate return of fish from main-stem reservoirs to Upper Klamath Lake. A fish

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 33 of 102
011527

ladder at Link River Dam, which is scheduled for completion in January 2006, should receive high priority; movements of fish through the ladder should be monitored.

## SUPPRESSION OF ENDANGERED SUCKERS IN UPPER KLAMATH LAKE: CAUSAL ANALYSIS AND REMEDIES

For several reasons, causal analysis of the suppression of endangered suckers deserves more attention for the Upper Klamath Lake subpopulations than for other subpopulations. First, despite severe suppression of endangered suckers in Upper Klamath Lake, these subpopulations still contain many fish. Second, the subpopulations in Upper Klamath Lake were large as recently as 50 yr ago, so it seems reasonable, lacking evidence to the contrary, that they could be restored by a reversal of one or more critical human-induced impairments that have occurred over the last 50 yr. Third, water management involving Upper Klamath Lake is the responsibility of the federal government through the U.S. Bureau of Reclamation (USBR), which has access to substantial resources and also has legal responsibility for reversing or moderating any adverse effects of its management of Upper Klamath Lake if causal linkages between management and harm to the suckers can be established. Fourth, even though the subpopulations of endangered suckers are suppressed in Upper Klamath Lake, all life stages are present and some recruitment appears to be occurring from one life stage to another every year; recovery seems feasible if some key factors can be identified and changed.

Actual or potential cause-and-effect relationships that explain the status of a population are hierarchical. For present purposes, *immediate* causes can be explained in terms of suppression of one or more stages of the life cycle. For example, suppression of the entire population could be explained entirely or in part by exceptionally high mortality of larvae. Suppression of more than one component of a population could prevent it from recovering. There can be more than one immediate cause of suppression of a population.

*Proximate* causes are environmental factors. An example is poor water quality that leads to mass mortality of adult fish. A single proximate cause may be linked to more than one immediate cause. For example, poor water quality may suppress not only adults but also other life-history stages.

*Ultimate* causes, in the present context, are direct or indirect results of human actions. For example, operation of unscreened canals is an ultimate cause of mortality of fish in various life stages. Human actions that have led to changes in the water quality of Upper Klamath Lake are ultimate causes of mass mortality of large fish.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 34 of 102
011528

*FISHES IN THE KLAMATH RIVER BASIN*

Recovery of the populations of endangered suckers can be approached most efficiently through analysis of the three levels of causation that explain failure of the fish to recover. Because the possible combinations of cause and effect are numerous, remedial actions, which are expensive, must focus on chains of cause and effect that are most likely to produce recovery. Winnowing the importance of cause-and-effect relationships requires information, some of which must be quantitative to be useful. The task of the researcher or the monitoring team is to produce information, typically over a period of years, that can be used to support estimates of the suppression of the population by chains of causation involving specific life-history stages (immediate causes), specific environmental factors (proximate causes), and specific human actions (ultimate causes). Knowledge of causation can produce estimates of the beneficial effect of remediating the effects of human actions.

Intensive research on the endangered suckers has been under way for a relatively short time, especially in view of the complicating effects of natural variation caused by climate and other factors that are not under human control. Only a few causal relationships are known well enough to support remedial action with confidence, but some of these are among the most important because they explain notable mortality of one or more stages of the population. Eventually, some of the more subtle but still important types of impairment and their causes must be clarified, as indicated in the following overview and analysis of cause and effect.

The analysis of causal connectivity is summarized in Figure 6-1. The figure shows the life stages of the endangered suckers as presented in Chapter 5 and identifies potential proximate causes of suppression of each life stage. Because the life stages are interconnected developmentally, the underlying premises of the diagram are that suppression of any life stage contributes at least potentially to suppression of the overall population and that a potential remedy for the suppression of the population lies in the identification and reversal of the suppression of individual life stages. It is not a foregone conclusion, however, that reversal of a particular type of suppression on a specific life stage will move a population notably toward recovery.

Figure 6-1 shows connections between immediate, proximate, and ultimate causes as solid or dashed lines. Solid lines indicate causal connections that are well established scientifically; typically these connections involve phenomena that are easily observed or documented (such as mass mortality of adults or death due to entrainment). Dashed lines indicate causal connections that are under study and for which there is insufficient evidence to show them as unimportant, moderately important, or important.

The figure shows convergence of multiple lines on individual immediate causes in some cases. Thus, the diagram indicates the likelihood that

Copyright National Academy of Sciences. All rights reserved.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...



**FIGURE 6-1**  Diagram of possible causal connections in suppression of populations of endangered suckers in Upper Klamath Lake. Solid line = connection verified scientifically; dashed line = connection under study. "High mortality" and "low growth rate" are relative to rates in stable populations.

221

011529

011530

222                                    *FISHES IN THE KLAMATH RIVER BASIN*

some immediate causes of decline are explained by multiple factors and that the factors might interact in their effects on a specific life-history stage. In addition, the diagram indicates that some environmental factors (proximate causes) have multiple connections with immediate causes; that is, they can affect more than one life stage. This is also expected from the literature on fish populations. The last column in the diagram lists remedial measures; the degree of certainty in their effectiveness is discussed below. Even though the life-history stages are interdependent and so must be considered together in the final prescriptions for recovery, it is useful to consider them individually first because each stage is affected by a distinctive suite of environmental factors. The discussion therefore follows the life-history sequence.

### Production and Viability of Eggs

The production of eggs is usually discussed in terms of spawning fish, which are much more easily observed than eggs. The eggs themselves are the concern, however, and successful spawning is only one element of their final value to the population. Low viability of eggs, for example, could undermine the effectiveness of successful spawning. No researchers have attempted to make a case that the viability of eggs differs in Upper Klamath Lake or its tributaries from what would be expected in an unimpaired environment. Thus, the present discussion focuses on spawning, but it should be noted that lack of discussion of the fate of eggs after spawning is due partly to lack of information.

### Dams

Small dams are found in the tributaries of Upper Klamath Lake. Where it can be shown that the dams do not allow passage of fish attempting to spawn, they should be removed or, if a dam must be retained, it should be fitted with a functional bypass.

The only moderately large dam on a tributary to Upper Klamath Lake is Chiloquin Dam, which blocks the Sprague River near its confluence with the Williamson River (Figure 1-3). Construction of Chiloquin Dam in the early 1900s (1918–1924—the exact date is unclear) may have eliminated more than 95% of the historical spawning habitat in the Sprague River (53 Fed. Reg. 61744 [1988], p. 5). This possibility is based on total river miles above the dam and does not take into account unusable portions of the river or the ascent of the dam by at least a few spawning fish via the fish ladder each year. There are more fish below than above the dam, however, and few fish enter the fish ladder (e.g., Janney et al. 2002), although the actual number is unknown. Improved access to the upper Sprague River

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 37 of 102
011531

would increase the extent of spawning habitat and expand the range of times and the conditions under which larvae enter Upper Klamath Lake.

Proposals for improving access of suckers to spawning grounds on the upper Sprague River involve two possibilities: removal of the dam and improved fish passage at the dam. Scoppettone and Vinyard (1991) recommended removal of the dam, as have others since then (e.g., Klamath Water Users Association 2001). Stern (1990) estimated the cost of removing the dam at about $500,000 and of fish passage improvements at $560,000. CH2M HILL (1996) presented detailed plans for improvement of passage and estimated the cost at $1.445 million but gave no estimate for removal of the dam. The plan of CH2M HILL includes construction of a new vertical-slot ladder on the left bank (looking upstream) that would replace the present ladder, which is ineffective. The new ladder would be based on fish passage structures through which cui-ui (*Chasmistes cujus*) move up the Truckee River and into Pyramid Lake.

CH2M HILL (1996, p. 2) dismissed removal of Chiloquin Dam because of "too many environmental concerns . . . as well as a lack of local support." The environmental concerns were not enumerated; presumably they are related to release of sediment and the difficulty of predicting how fish would respond to the new hydraulic conditions (e.g., Stern 1990). Issues related to sediments arise with virtually any dam-removal project, but often they can be resolved (Heinz Center 2002). The response of the fish is unknown, but removal of the dam is likely to result in a natural migratory response, at least by young spawners that have not already developed the habit of spawning downstream of the dam.

Lack of local support for removal of Chiloquin Dam is explained in part by water delivery via the dam to the Modoc Point Irrigation District (MPID). MPID involves about 60 farms and irrigates 3,000–5,300 acres annually, or less than 3% of the irrigable acreage in the basin. The MPID apparently has "adopted a Resolution indicating its willingness to participate in a project to restore fish passage" (Klamath Water Users Association, undated memo, about 2001) and is willing to consider moving its point of diversion away from Chiloquin Dam (E. Bartell, The Resource Conservancy, Inc., Fort Klamath, Oregon, unpublished report, 2002). Cooperation with MPID is important to the removal of Chiloquin Dam.

Removal of Chiloquin Dam has high priority and should be pursued aggressively. In the interim, spawning fish could be captured at the base of the fish ladder and released immediately above it; some of the released fish should be fitted with transmitters. Such a program would immediately give more fish access to the Sprague River and would show what upstream areas are favored by the fish. Continued monitoring below the dam also would provide information on numbers of adults returning downstream and numbers of larval fish reaching the lake. A summer sampling program could

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 38 of 102
011532

determine whether juveniles are in the river and would demonstrate the status of other native fishes in the river.

### Water Level in Upper Klamath Lake

Spawning occurs at shoreline sites around Upper Klamath Lake from late February to May; maximum spawning activity occurs in March and April. More than 60% of spawning occurs in water more than 2 ft deep at locations with inflowing stream water (e.g., Reiser et al. 2001; see also Chapter 5). Inundation to a depth of at least 2 ft may be necessary for successful use of spawning substrate. At Sucker and Ouxy springs, two of the most frequently used sites (Hayes et al. 2002), lake elevations below 4,142.5 ft place 55% and 67%, respectively, of the spawning area in water shallower than 2 ft. Reiser et al. (2001, p. 7-2), in a separate analysis, concluded that lake elevations below 4,142.0 ft "severely diminish available spawning habitat"; they recommend that Upper Klamath Lake be kept at full pool elevation (4,143.3 ft) from mid-March to as late as mid-May to provide adequate water depth for spawning. Under recent operating regimes, water levels have remained above 4,143 ft for extended intervals in wet years but have fallen well below 4,143 ft in dry years (Figure 6-2).

Figure 6-2 shows the effect of water-level regulation in Upper Klamath Lake on spawning area according to the criteria proposed by Reiser et al. (2001). Under natural conditions, spring water levels would have been at or near full pool (4,143.3 ft). Under conditions prevailing in 1990–2001, full pool elevation was achieved during the spawning interval in 6 of 10 yr; in



**FIGURE 6-2** Water levels for 5-day intervals in Upper Klamath Lake over months of most vigorous spawning by suckers (March, April, and May—MAM), shown in context with spawning habitat designations given by Reiser et al. (2001).

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

the other 4 yr the water level was slightly lower to much lower, with corresponding consequences for the inundation of spawning sites.

It seems clear that drawdown of Upper Klamath Lake decreases the area of lakeside spawning habitat for the endangered suckers. Thus, a reasonable hypothesis is that lake levels below 4,143 ft, and especially those below 4,142 ft, suppress the production of larvae by reducing production of viable eggs, thus potentially affecting the population. In the absence of scientific information on the recruitment of larvae or other stages in years showing various amounts of water-level drawdown, professional judgment would be the only recourse for assigning significance of variations in spawning habitat to the relationship between production of larvae and water level in the lake. As a result of intensive study of the suckers, however, there is some direct evidence by which the hypothesis can be tested in a preliminary way.

Larval suckers have been sampled systematically since 1995 (Simon and Markle 2001). If drawdown suppresses spawning success substantially, one would expect lower relative abundance of larvae in years of extreme drawdown. The relationship between water level and abundance of larvae or juveniles would not necessarily be linear; it might involve thresholds rather than gradual changes in production of viable larvae.

Figure 6-3 shows the relationship between water level of Upper Klamath Lake in April (in the middle of the critical period) and relative abundances of larvae as shown by the standardized sampling program. Minor differences in relative abundances of larvae should not be considered significant because the sampling variance for any given year is substantial (95% confidence limits extend 50–100% around the mean in most cases).



**FIGURE 6-3** April water level and larval abundance (mean catch per unit effort [CPUE]) in Upper Klamath Lake. 95% confidence limits for annual means typically are 50–100% of the mean. Source: Simon and Markle 2001.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 40 of 102
011534

Thus, 1998 and 2000 might be considered distinctive in their scarcity of larvae, whereas 1995–1997 and 1999 belong to a second category of years involving much higher larval abundances that are virtually indistinguishable from each other because of sampling variance.

The year of lowest water levels during April was 1999, during which spawning habitat varied from somewhat diminished to severely diminished according to the criteria of Reiser et al. (2001; Figure 6-2). In all other years of the 6-yr record, the restriction of area was substantially less than in 1999. Thus, the hypothesis that diminution adversely affects production of larvae from eggs is contradicted by this test. The test is not particularly strong, because extremes of diminution and repeated years of diminution are not available in the record. Further observation might demonstrate some relationship that is not now evident. For the present there is no indication of a strong relationship between spawning success, as inferred from abundance of larvae, and water level in Upper Klamath Lake.

One other empirical test is possible. It is more remote in a life-history sense because it involves the relative abundance of adult fish. Its advantage is that it involves data that extend into different water years from those available for testing through larval abundance. As explained in Chapter 5, mass mortality of fish provides insight into the age structure of the endangered sucker populations. Specifically, the relative abundance of age classes of subadult and adult fish can be judged on the basis of their relative frequency of appearance among fish that are collected after the fish kill. As indicated in Chapter 5, any use of this information must be considered provisional because the relationship between the actual age structure of the population and the age structure reflected in the fish kill is unknown.

Given the assumption that large fish are killed in relation to their abundance in the population, relative abundance of specific year classes of fish should reflect the developmental history of each year class. If repression of larval production through restriction of spawning areas is critical in years of low water level in the lake, years affected by low level should stand out as producing a reduced population of large fish, given that large fish are ultimately a byproduct of successful spawning. The relationship between lake level and relative abundance (percentage frequency) of fish is shown in Figure 6-4. As indicated in the figure, the 2 yr of extraordinarily low water levels (1992 and 1994), which would be expected to show most strongly the negative signal involving larval production, do not indicate any repression of the year classes related to water level.

Further research may show a relationship between inundation of the spawning area and larval recruitment. Present data suggest, however, that any such relationship would be either weak or indirect. Thus, the connection does not appear to be especially important for the population. This conclusion seems counterintuitive, but there are several potential explana-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

011535



FIGURE 6-4 Relative abundance of year classes of suckers in Upper Klamath Lake, as inferred from fish recovered after mass mortality in 1997, in relation to water level during spawning interval when same year classes were produced. Source: USGS, unpublished data, 2001.

tions. First, the present population, which is much smaller than the original population, may have adequate spawning area even when spawning area is reduced, simply because it puts less total demand on the spawning area. Thus, progressive recovery of the population could produce a bottleneck related to spawning area in the future. Second, recruitment from spawning in streams may be more important than lake spawning under present circumstances. These and other possibilities cannot be distinguished at present. Overall, maintaining full pool elevation for promotion of spawning, although intuitively appealing, is difficult to defend scientifically.

### Degradation of Spawning Areas

Some lacustrine spawning areas appear to be degraded, as indicated in Chapter 5. Where feasible, degraded spawning areas should be restored by introduction of additional gravel in appropriate type and size, removal of silt, or redirection of spring flows. It is unclear whether these actions will increase sucker spawning success, but they are not especially expensive and may be beneficial. Potential diminution of depth must be taken into account if restoration involves the addition of new substrate. Also, factors other than depth per se need to be studied more extensively with respect to the suitability of spawning areas. Wave action and other factors that have not yet been studied might be relevant, for example.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 42 of 102
011536

While lakeside spawning areas for suckers in Upper Klamath Lake have been studied extensively, tributary spawning areas have received relatively little attention. Where tributary spawning occurs, the morphometric features and substrate composition favoring the suckers should be identified, and specific efforts should be made to offset any changes in these characteristics that may have occurred through anthropogenic mechanisms. In addition, potential adverse effects of suspended load should be identified. Improvement of appropriate conditions for spawning will likely require protection of riparian zones from grazing and other disturbances, reduction in transport of suspended load related to land disturbance through agricultural and other land-use practices, and restoration of wetland near channels. Furthermore, it may be effective to protect specific spawning regions of tributaries from human presence in order to reduce the possibility of harassment and to increase public awareness of the importance of specific locations for successful spawning by suckers.

Some tributaries and lakeside spawning areas that are known to support successful spawning by suckers may not require restoration but do require vigorous protection because of their special value to the population. Even subtle changes, which might involve pumping of groundwater in the vicinity of these spawning sites, land disturbance, recreational activities, poorly managed agricultural practices, and other human activities could easily degrade or even eliminate these sources of sucker fry.

## Abandonment of Spawning Areas

Some historical spawning areas have been abandoned for no apparent physical reason. Reestablishment of population components with natal affinities to the areas should be attempted. The degree of benefit cannot be estimated from present information, but the work could be accomplished without great cost. Specific locations are as follows:

1. Harriman Springs in northern Upper Klamath Lake was last used in 1974; spawning was also reported historically at Odessa Creek on the western shore (Andreason 1975, USFWS 2002). Barkley Springs on the southeast shoreline of Upper Klamath Lake was a previous spawning site but has not been used since the late 1970s (Perkins et al. 2000a), because diking, ponding, and rerouting of water associated with the construction of Hagelstein Park in the 1960s apparently blocked access of the fish to the site. Spawning substrate was added and water-control devices designed to inundate the springs were constructed in 1995, but no spawning has yet been observed.

2. Spawning suckers were reported at a spring on Bare Island (in the northern portion of Upper Klamath Lake east of Eagle Ridge) in the early

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 43 of 102
011537

1990s, but spawning has not been observed at the site since then (Perkins et al. 2000a).

3. In the region of Agency Lake, spawning of suckers was observed in the late 1980s and early 1990s in Crooked Creek, Fort Creek, Sevenmile Creek, Fourmile Creek, and Crystal Creek. The Wood River has had the only recent spawning activity, most of it attributed to shortnose suckers. Adults were last seen in the Wood River in 1996, and larvae were last collected in 1992; no juveniles were found in 2000 (Simon and Markle 1997b, 2001; Cooperman and Markle 2003).

4. Additional, indirect evidence of abandoned spawning sites in Upper Klamath Lake itself has been obtained on the basis of lost fishing gear (Cooperman and Markle 2003). Shoreline surveys conducted during record low lake levels in 1994 revealed fishing gear on the bottom at known spawning sites, such as Ouxy and Sucker Springs. Lost gear also was found at four unnamed, flowing spring sites between Modoc Point and Sucker Springs. Failure to observe suckers spawning at these four sites during recent spawning surveys suggests that direct removal or harassment led to the elimination of the spawning aggregations.

The available evidence strongly suggests that lake and stream spawners mix only occasionally if at all and that spawning-site fidelity causes an abandoned spawning site to remain unused. Abandonment of apparently appropriate spawning sites indicates that the use of a spawning site is a social tradition, that is, that fish learn about spawning sites by following or observing other fish (e.g., Helfman and Schultz 1984). A good spawning site may remain unused by fish that show those characteristics if "teachers" are absent, as has been demonstrated for reef-spawning wrasses in the Caribbean (Warner 1988, 1990). Use of abandoned sites might be renewed spontaneously if populations of adults become substantially more abundant.

The possibility that sites are abandoned because of a break in tradition suggests a solution. Transplantation of spawning-ready fish of both sexes to historically used sites, perhaps accompanied by confinement of the fish in cages for a brief acclimation period, might initiate use of the abandoned sites. Feasibility of this approach is suggested by Warner's (1988, 1990) manipulations, which involved transplantation of fish to locales that had been experimentally depopulated, with subsequent establishment of site-specific, traditional spawning groups by transplanted individuals. Males might be attracted to caged females in spawning-ready condition; spawning readiness could even be induced, if necessary, by hormone injection. Fish could be transplanted from habitats that lack recruitment—such as Tule Lake, the Lost River, or the Klamath main-stem reservoirs—assuming that spawning-ready individuals are available. If fish from Upper Klamath Lake are used for such manipulations, they should probably be young, first-time

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 44 of 102
011538

*FISHES IN THE KLAMATH RIVER BASIN*

spawners because fish with spawning experience are likely to abandon a new site for a site with which they are familiar.

Regardless of the cause of spawning-site abandonment, loss of spawning aggregations has several consequences for sucker recovery. If the aggregations at these sites represented genetically distinct groups of suckers, overall genetic diversity of the Upper Klamath Lake populations probably has been reduced. Even without genetic distinctness, the uniqueness of circumstances at each site creates potential differences in survival of larvae originating at different sites. Multiple spawning sites have a bet-hedging effect on larval survival: the more spawning sites a population uses, the more resistant the population is to exceptional loss at any one site.

## Survival of Larvae and Juveniles

Mortality of larval and juvenile stages of all fishes is high, even in populations that successfully saturate their environment. High mortality in the young stages of the life history of a given fish population does not necessarily indicate that these stages are a bottleneck that leads to repression of the population. Survival of larval and juvenile stages in a repressed population could be usefully compared with those in a vigorous population; a bottleneck at the larval and juvenile stages would be indicated by substantially lower survival rates in the repressed population than in the vigorous population. However, estimation of survival rates of young life-history stages of fish is extremely difficult, and less direct indicators often are the only recourse for assessment of these stages, as is the case for sucker populations of Upper Klamath Lake.

## Morphological Anomalies in Young Fish

Morphological anomalies—which may indicate parasitism, dietary deficiencies, or physiological stress during development—suggest abnormal losses of young fish during development. Where fish are not under physiological stress due to poor water-quality conditions, morphological anomalies seldom exceed 1% (Karr et al. 1986). In Upper Klamath Lake, however, the frequencies of anomalies among the larval and juvenile shortnose suckers averaged 8%, and among the Lost River suckers averaged 16% (Plunkett and Snyder-Conn 2000). The anomalies included deformities of the fins, eyes, spinal column, vertebrae, and osteocranium, as shown by Plunkett and Snyder-Conn (2000), who suspected chemical agents of human origin. These authors reviewed literature indicating high frequencies of anomalies in other fishes as well (fathead minnows and chub species) and in amphibians of the Upper Klamath Lake basin. Harmful agents have not yet been identified.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 45 of 102
011539

Skeletal deformities in young fish can affect their swimming performance and indirectly increase their vulnerability to predation and impair their ability to escape unfavorable habitat conditions. Plunkett and Snyder-Conn (2000, p. 2) suggest that the relatively high rate of anomalies in young suckers could result in "early elimination of anomalous 0-aged suckers from Upper Klamath Lake populations." Direct comparisons with populations in Clear Lake and Gerber Reservoir, where populations are apparently stable, would be informative.

**Entrainment of Larvae and Juveniles**

Entrainment at and lack of passage through Klamath River dams and other irrigation structures were added to the list of threats to the endangered suckers after the original listing (e.g., USFWS 1992a). Entrainment into irrigation and power-diversion channels is now recognized as being responsible for loss of "millions of larvae, tens of thousands of juveniles, and hundreds to thousands of adult suckers each year" (USFWS 2002, Appendix C., p. 24). Sucker larvae appear at the south end of Upper Klamath Lake beginning in late April. Millions of young fish then are swept from Upper Klamath Lake into the Link River, whence large numbers are drawn into the A Canal (USFWS 2002), from which they cannot escape.

Speculation has developed about the source of the young fish that reach the Link River. They may come from known spawning sites along the northeastern portion of Upper Klamath Lake, from such tributary streams as the Williamson River, or from unknown spawning sites farther south. Because all known spawning sites are in the northern portions of the lake, the critical question is whether currents in the lake are strong enough and of proper alignment to deliver larvae to the Link River 18 mi to the south.

Some evidence indicates that larval and juvenile fish entering the Link River originate in known riverine and lake spawning areas. Prevailing winds are from the northwest when larvae are present and establish substantial south-flowing currents, according to a numerical model developed by Philip Williams & Associates (PWA 2001). The Philip Williams model suggests that it is very feasible for larvae produced from the Williamson and Sprague system to enter the south end of the lake within a few days of swimup, the time at which larvae first leave the substrate for the water column (R. S. Shively, U. S. Geological Survey, Klamath Falls, Oregon, personal communication, 2002). Whether entrainment is caused by natural movement of fish that would historically have entered Lower Klamath Lake or is an avoidance response to poor habitat or poor water-quality conditions is unknown. Regardless, given that these larvae likely originate in known spawning aggregations and that any larvae leaving the lake to the south are permanently lost from the population, entrainment

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 46 of 102
011540

of young fish is a potentially important contributor to failure of the populations to grow.

USBR was scheduled to place fish screens at the A Canal in the summer of 2003. These screens function effectively with fish larger than 30 mm (USFWS 2002). Although retention of fish smaller than 30 mm could be achieved, the likelihood that very young, fragile fish would survive impingement (along with algae and debris) on the screens is low, and the chances of salvaging them successfully are even lower. Juvenile fish may survive impingement but, unless they move against the current, will still be lost from source populations because fish screened from the A Canal will next pass through the Link River Dam and then enter other canals, be killed by turbines, or join nonreproducing populations downstream (Figures 1-2 and 1-4). Even so, the screening does prevent loss of subadults, adults, and some juveniles through the A Canal.

USFWS (2002) recommends coordination of intake at the A Canal with timing of juvenile movements, deflection barriers that would move juveniles away from intake structures, location of intakes above the water-column strata in which young suckers usually swim, and salvage. These measures seem reasonable and should be pursued. Salvage operations may be pointless, however, if emigration from the lake is an avoidance response to poor water quality. Salvaged fish possibly could be moved to a holding facility with good water quality before return to Upper Klamath Lake or could be transplanted to other sites to establish new populations.

## Adequacy of Nursery Habitat for Larvae and Juveniles

Upper Klamath Lake has lost an estimated 66% of emergent marsh vegetation and submerged vegetation (USFWS 2002). Specific changes include the apparent loss of emergent vegetation in the region between the Williamson River mouth and Goose Bay that probably once was important larval habitat; vegetation should be restored in this area as soon as possible. In general, diking, draining, and water-level management have reduced emergent and submerged vegetation along shorelines by about 40,000 acres (USFWS 2002). Remaining marginal marshes around Upper Klamath Lake are reduced, patchy, and often dewatered by middle to late summer as water level falls.

Vegetation in shallow water is a consistent aspect of larval habitat and may be important to juvenile habitat as well (Chapter 5). Abundance of this habitat feature during the larval phase, which extends from April through July, in Upper Klamath Lake is in part related to water depth. Higher water levels in Upper Klamath Lake are associated with larger amounts of emergent vegetation (Table 6-2). Ignoring emergent vegetation, total shoreline area that is at least 1 ft deep at lake water levels of 4,142–4,143 ft accounts

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 47 of 102
011541

**TABLE 6-2** Estimates of Larval Habitat Availability Calculated as Percentage of Lakeshore Inundated to a Depth of at Least 1 Ft for Lake Edge and Marsh Regions in Northeastern Upper Klamath Lake that Contain Emergent Vegetation, and Total Lake Shoreline Regardless of Vegetation

| Water Level, Lake (ft) | % Larval Habitat Available | | % Lake Shoreline Available | |
| --- | --- | --- | --- | --- |
| | Dunsmoor et al. 2000 | Reiser et al. 2001 | Chapin 1997 | Reiser et al. 2001 (All Shoreline) |
| 4,143.0 | – | – | – | 85–100 |
| 4,142.8 | 80[a] | – | – | – |
| 4,142.0 | 50[a] | 100[b] | – | 40–60 |
| 4,141.5 | – | 80[b] | – | – |
| 4,141.2 | – | 80[c] | – | – |
| 4,141.0 | – | – | – | 10–25 |
| 4,140.0 | 0[d] | 0 | 0 | – |

[a]Shoreline emergent vegetation.
[b]All emergent vegetation.
[c]Marsh edge habitat only.
[d]Almost completely unavailable.

for at least 50% of the lake's perimeter, but this fraction declines rapidly with reduced water levels. Very little emergent vegetation is available to larval suckers below a lake level of 4,141 ft; emergent vegetation is essentially inaccessible below 4,140 ft (Reiser et al. 2001). Reiser et al. (2001) recommend maintaining water levels above 4,142 ft at least until July 15 to ensure access by larvae and juveniles, although the data on use of this habitat by juveniles are not clear.

Because the majority of suckers in Upper Klamath Lake now spawn in the Williamson and Sprague river system, use of habitat in the system by larvae could be important in determining production of larvae. Under current conditions (blockage of spawning migrations at Chiloquin Dam combined with a highly modified stream channel in the lower Williamson delta), a higher proportion of larvae may be produced in the lower Williamson than were produced there historically. As a result, the larvae may pass from the river to the lake more quickly and with less temporal dispersion than was the historical norm. Cooperman and Markle (2000) found that larvae left the Williamson River in as little as a single day and that 99% of larvae entering the lake had not yet developed a tail fin and so were not yet competent swimmers and feeders. The majority of larvae in the lower river sampled by Cooperman and Markle (2000) had empty guts. Thus, many larvae may be entering Upper Klamath Lake before they are ready to feed or to avoid predators (comparisons with Clear Lake and Gerber Reservoir

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 48 of 102
011542

populations would be useful but are not available). Modifications to the lower Williamson have reduced plant cover, and thus possibly reduced food production and shelter from predators. The Nature Conservancy is restoring the lower Williamson to a more natural, meandering, multiple-channel configuration that supports denser riparian and emergent vegetation. This project should be completed soon. Larvae descending from the Williamson system will find cover near the mouth of the river when vegetation and morphology have begun to recover, which may take some time.

Physical conditions that may impair spawning and support of fry in the rivers above Upper Klamath Lake have not been adequately studied. Changes in river channels have occurred as a result of removal of riparian vegetation, access of cattle to the streams, alteration of flows, and loading of the stream with fines. All of these factors should be documented and measures should be taken to reverse them on grounds that these changes are quite likely to interfere with successful spawning and larval survival.

Hypotheses about the significance of lake-level changes and capacity of Upper Klamath Lake to sustain larval suckers can be tested against information on the relative abundance of sucker larvae, as determined over the years 1995–2000. If interannual variation in lake levels is a dominant factor in the viability of larvae in the lake, years of higher lake level during the larval development period should be marked by higher larval abundance. To be of use in management, any beneficial effects of high water level should appear as higher CPUE (catch per unit effort) of larvae. This is not the case, however (Figure 6-5). In fact, the amount of larval habitat in spring varies across years much less (about 2-fold; compare Figure 6-5 with Table 6-2) than larval abundance per unit area (as indicated by CPUE—10-fold).

Additional testing is possible through use of information on relative abundance of year classes among fishes collected during episodes of mass mortality. If interannual variations in lake level correspond to relative degrees of repression of larval production, and this factor has a major effect on the populations, year classes produced in years of especially low water levels in Upper Klamath Lake should be exceptionally weak. Once again, this is not the case (Figure 6-6).

Lack of correspondence between larval abundance and indicators of year-class success based on either collection of larvae or collection of adults does not contradict the idea that inundated vegetation is critical habitat, that is, habitat that the suckers need in some unknown amount and distribution. It does call into question the idea that greater or smaller abundance of this habitat feature from one year to the next is regulating the populations. Cooperman and Markle (2003) have argued that complicating factors could mask an important relationship between water level in Upper Klamath Lake and production of larvae. From a scientific viewpoint, how-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...



**FIGURE 6-5** Relative abundance of larvae as determined by standardized sampling, shown in relation to mean water level of Upper Klamath Lake during the main interval of larval development (April–July). Source: Simon and Markle 2001.

ever, the water-level hypothesis is not supported because it fails empirical tests for the presently available data. An argument for a complex relationship involving water level would require empirical support, of which there is none. One potential line of investigation would be to examine the differences in larval production of the two sucker species. The two species appear to be responding in similar ways to environmental change, but the data



**FIGURE 6-6** Relative abundances of year classes of endangered suckers collected from Upper Klamath Lake during the fish kill of 1997, shown in relation to mean water level over the interval of larval development for the same year classes. Source: USGS, unpublished data, 2001.

**Copyright National Academy of Sciences. All rights reserved.**

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 50 of 102
011544

*236*                               *FISHES IN THE KLAMATH RIVER BASIN*

suggest that the responses are not exactly the same. Differences related to timing or place of spawning may be important.

From a management perspective, the difficulty with a water-level hypothesis that involves unknown complications is that observations of higher water levels at present offer no evidence that would support maintenance of higher water levels. At the same time, the lack of a relationship between observed water levels and larval abundances cannot be taken as justification for broader manipulation of water levels, which at some extreme could be notably harmful.

Monitoring of larval abundance and year-class abundances as inferred from mass mortality indicate that the explanation for interannual variability at present lies in key factors other than the amount of shallow water or emergent vegetation. This conclusion should energize the investigation of other habitat features. For example, restricted availability or poor condition of tributary spawning areas could be critical. Interannual variability of year-class abundance as affected by delivery of larvae from tributary spawning areas would be an obvious subject for further study.

The known biology of the suckers indicates that particular depths are preferred at established spawning locales and that flooded emergent vegetation is primary larval habitat. The lack of relationship between water level in Upper Klamath Lake and larval production or larval survival indicates that other factors, such as degraded water quality or poor larval habitat, override the presumed benefits of depth-related habitat availability. Recommending maintenance of particular water levels to promote sucker recovery has no clear scientific basis until the factors that override water depth are better understood and, if possible, rectified. USFWS may retain an interest in water-level manipulations as justified by the need to minimize risk. Given limitations on the legitimate use of the need to minimize risk, however (Chapter 9), it might be difficult for USFWS to justify more stringent limitations on water level as a general operating rule. One alternative is for USFWS to work with USBR in testing various water-level combinations that can be achieved through such actions as experimental use of water-bank resources or by use of the excess water that may be available in some years.

## Overview of Larval and Juvenile Production

As explained above, larvae were variably abundant in trawl catches throughout the 6-yr monitoring period 1995–2000. Catches were high in 1995, 1996, 1997, and 1999, and were relatively low in 1998 and 2000. No correlations are obvious between abundance of fish in spawning runs and larval abundance (Simon and Markle 2001, USFWS 2002) or between fish kills and larval abundance. Abundances of young of the year (YOY)

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 51 of 102
011545

also have high year-to-year variation and lack any detectable relationship with abundance of spawners. The year 1999 was good for larvae and juveniles regardless of sampling locale or method (Simon and Markle 2001, USFWS 2002), and 1991 must have been favorable as well, as judged from abundance of adults (monitoring of larvae did not begin until 1995).

As in most fish populations, abundance of young suckers in Upper Klamath Lake declines progressively through each summer and fall (Simon and Markle 2001). Declines could be explained by offshore movement as the fish grow, high mortality, high emigration rates from the lake, or a combination of these. Abundance of juveniles in spring (age 1+ yr) appear to reflect a 90% overwinter mortality or emigration (Simon and Markle 2001). High incidences of physical abnormalities in these fish (Plunkett and Snyder-Conn 2000) imply that mortality or export may repress recruitment of subadults and adults, although avoidance of sampling gear by postlarval fish creates difficulties in interpretation.

Some minimal number of spawners is necessary to produce a successful year class of larvae, but the lack of correlation between numbers of spawners and abundances of larvae implies that abundant spawners are no guarantee of high larval numbers and that, given the high fecundity of suckers, a small number of spawning fish may be sufficient to produce abundant larvae if conditions for larvae are good.

## Adults

### Entrainment

Fish that enter water-management structures typically cannot return to the habitat from which they came or enter another suitable habitat. For Upper Klamath Lake, the A Canal has long been recognized as a source of entrainment for all life-history stages, including adults, whose loss may be especially significant because of the importance of large fish in maintaining the fecundity of the population (Chapter 5). Scheduled screening of the A Canal, which will be ineffective for small fish < 30 mm, will block entrainment of subadult and adult fish, and could thus reverse an important historical source of mortality. The benefits of this measure to the population are unknown. Entrainment of fish from Upper Klamath Lake via the Link River still occurs through intake structures of the Link River Dam, which should be screened (USFWS 2002).

### Mass Mortality

Unlike most other imperiled lakesuckers, suckers of Upper Klamath Lake suffer from episodic mass mortality of reproductive-age fish. Although such

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 52 of 102
011546

mortality probably inhibits recovery, fish kills are not new to Upper Klamath Lake. Records indicate periodic kills dating at least to the late 1800s; before the 1990s, large fish kills occurred in at least 1894, 1928, 1932, 1966, 1967, 1971, and 1986 (USFWS 2002). Whether episodic mass mortality has always occurred in Upper Klamath Lake is a matter of conjecture.

The actual numbers and sizes of fish killed are difficult to estimate because of sampling difficulties, differential sampling effort, loss of small fish to birds, and loss of fish that do not float after death. Mortality may reach tens of thousands in a severe episode (Perkins et al. 2000b). The effects of fish kills on spawning populations of suckers probably have been substantial. As much as 50% of the adult populations may have died in the 1996 fish kill; sizes of spawning runs indicate that the spawning populations of both species were reduced by 80–90% from 1995 to 1998 (USFWS 2002; Chapter 5).

The largest documented case of mass mortality occurred in 1971; it involved the loss of about 14 million fish, most of which were blue and tui chubs. Water level may or may not have played a role in conditions leading to the incident, but 1971 was the year of highest recorded water level since full operation of the Klamath Project began in 1960. It is unclear whether the extent or frequency of mortality is greater now than earlier. Incidents of mass mortality in 3 consecutive recent years (1995, 1996, and 1997) are a reason for special concern, but it is impossible to determine whether such episodes now are more frequent than in the past.

It could be argued that mass deaths of suckers is a natural phenomenon caused by very high abundances of algae that have always been characteristic of Upper Klamath Lake. Or it could be argued, without particularly strong support, that mass mortality is more frequent or more severe than it used to be. It is not necessary, however, to resolve this point for ESA purposes. Because the abundances of the endangered suckers have been drastically reduced, any factor that leads to a larger population should be favored as a step toward recovery of the species, even if it involves a natural mortality mechanism. Thus, reducing mass mortality, whether natural or not, should be counted as beneficial to the welfare of the species and should be pursued.

Conditions commonly associated with fish kills include high temperature, intense blooms of bluegreen algae, high incidences of copepod (*Lernaea*) infestations (see Table 6-3), cysts, lesions, infection with *Flavobacterium columnare* (columnaris disease), high pH, high concentrations of unionized ammonia, and low concentrations of dissolved oxygen (Perkins et al. 2000b, Chapter 3). Before kills, some fish apparently move to the Link River (Gutermuth et al. 1998), and others (mainly redband trout) become concentrated in specific refuge areas, including Pelican Bay, Odessa Creek, and the Williamson River mouth. Refuges often contain springs that offer much better water quality than the lake itself (Bienz and Ziller 1987).

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

**TABLE 6-3** Incidence (%) of Various Indicators of Stress in Suckers of Upper Klamath Lake Based on Visual Inspection

|  | Incidence, % | | | | |
|---|---|---|---|---|---|
|  | Lampreys Wounds | Copepods Infections | Eye Damage | Emaciation | Wounds |
| Lost River Suckers, Live Fish, 2001 | | | | | |
|   Lake spawning | 40 | 22 | 4 | 0 | 1 |
|   River spawning | 48 | 28 | 22 | 0 | 2 |
|   Lake non-spawning | 51 | 18 | 8 | 1 | 2 |
| Shortnose Suckers, Live Fish, 2001 | | | | | |
|   Lake spawning | 53 | 30 | 3 | 0 | 0 |
|   River spawning | 38 | 51 | 16 | 0 | 1 |
|   Lake non-spawning | 48 | 33 | 8 | 0 | 4 |
| Fish Kill | | | | | |
|   1997 | | 73[a] | | | |

[a]Based on Foott 1997 and Holt 1997 in USFWS 2002; incidence of *Columnaris* disease was 92% and 80%, respectively, during the 1996 and 1997 fish kills (USFWS 2002).
Sources: Coen et al. 2002, Cunningham et al. 2002, Hayes et al. 2002.

Mortality of fish during routine sampling with trammel nets also increases during the weeks preceding a fish kill (USFWS 2002).

Although USFWS (2002) went to considerable lengths to examine the possible direct influence of high water levels in Upper Klamath Lake on sucker welfare, the data now on hand contradict the hypothesis that water level is associated with fish kills (NRC 2002, Figure 3; Chapter 3). Fish kills have occurred in years of low, average, and above-average median August lake levels. Water level may affect the accessibility of refuges that are reportedly used by large fish during periods of poor water quality and fish kills, but the data on this topic are largely anecdotal (see Buettner 1992 unpublished memo, USFWS 2002, Appendix C, and below).

High incidences of parasites, bacterial infections, and other anomalies imply that stressful conditions exist in Upper Klamath Lake for several weeks before the appearance of dead fish. Loftus (2001, cited in USFWS 2002) developed a "stress-day" index that accounts for multiple stress factors related to water quality. In 1990–1998, accumulated stress days were maximal in July and August during the fish-kill years of 1995 and 1997. The stress-day index approach is useful in that it involves regular, coordinated monitoring focused on water quality, meteorology, fish condition (parasite frequency, body condition, and so on), and attention to increased numbers of adults in the Link River or presumed refuges. When conditions and early warning signs converge, whatever remedial actions are

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 54 of 102
011548

240                                                    *FISHES IN THE KLAMATH RIVER BASIN*

feasible should be taken, possibly including oxygen supplementation at specific locales where suckers aggregate (Chapter 3).

In some lakes, mass mortality of fish occurs under ice ("winterkill"), usually in association with low concentrations of dissolved oxygen. Winterkill is not known to have occurred in Upper Klamath Lake or in any other lakes occupied by endangered suckers. Thus, the relevance of winterkill to Upper Klamath Lake remains hypothetical, as do management actions that would minimize its likelihood or effect.

Winter mortality (but not necessarily winterkill) has been postulated as the cause of a 90% reduction of first-year juvenile suckers in Upper Klamath Lake from late fall to early spring and population reductions in other species (Simon and Markle 2001). Comparable data are needed on winter mortality in surrounding water bodies with better water quality (such as Clear Lake) to determine whether the 90% mortality figure is extreme.

Concern over winterkill is justified, especially if water quality deteriorates further or if an exceptionally cold winter results in an unusually long period of ice cover. Improvement in water quality in the lake probably would reduce the likelihood of winterkill, but may be infeasible over the short term. Winter monitoring of oxygen should be undertaken in any event (Chapter 3).

## Loss of Habitat

Adult Lost River suckers and shortnose suckers prefer open water; they use flowing waters chiefly for spawning. Total lake habitat available to suckers throughout the Klamath basin is a fraction of its original extent because of drainage and other water-management practices (Chapter 2). Even where it persists, habitat for adults may be compromised during late summer. Adult suckers appear to prefer water that is deep and turbid, and thus dark (USFWS 2002), but degraded water quality in summer apparently forces fish to use specific areas of shallow, clear water, such as the mouth of Pelican Bay in Upper Klamath Lake.

### Factors Relevant to All Life-History Stages

A number of factors, some of which have already been mentioned, are potentially relevant to all life-history stages, although further research may show them to be more relevant to some stages than to others. Most prominent is poor water quality, which is linked not only to mass mortality of adults but potentially to undocumented mortality of other stages and to stress, which in turn may be a cause of anomalies, parasitism, and disease in multiple life-history stages. A second complex of factors that may apply broadly across stages, but still in unknown ways, falls under the heading of

Copyright National Academy of Sciences. All rights reserved.

011549

predation and competition, primarily from nonnative fishes. A final factor that cannot yet be attached to any particular life-history stage is hybridization, which may change populations genetically.

## Water Quality

Suckers of Upper Klamath Lake suffer from varied deformities, parasites, lesions, cysts, and infections. The afflictions of adult suckers include eroded, deformed, and missing fins; lordosis; pughead; multiple water-mold infections; reddening of the fins and body due to hemorrhaging; cloudiness of the skin caused by low mucus production; loss of pigmentation; external parasitic infection by copepods and leeches; lamprey wounds; ulcers; gas emboli in the eyes; exophthalmia; cataracts; and a high incidence of gill, heart, and kidney abnormalities after fish kills. Plunkett and Snyder-Conn (2000) reported body-anomaly rates of 8–16% in larval and juvenile suckers. Juvenile suckers suffered infestation with copepods and trematodes of 0–7% in 1994–1996 and 9–40% in 1997–2000; shortnose suckers generally show higher rates of infestation than Lost River suckers (USFWS 2002 based on Carlson et al. 2002). Data on both species in Upper Klamath Lake and at river spawning sites also indicate relatively high frequencies of abnormalities in adults (Table 6-3). Spawning and nonspawning fish do not show substantial differences in the incidence of such indicators, except that copepod infestations appear to be higher in shortnose suckers and eye damage is higher in river-spawning fish of both species. The latter finding might reflect crowding of fish downstream of Chiloquin Dam or injuries to the fish as they attempted to negotiate the unsuitable fish ladder at the dam.

The widely used Index of Biotic Integrity (Karr et al. 1986) incorporates 1% as a threshold criterion for anomalies; sites with fish above this threshold receive the lowest metric scores for their ability to support a diverse biota. The appropriate threshold may vary geographically and by taxa, however. For the Willamette River, Hughes and Gammon (1987) identified 6% as a threshold. Hughes et al. (1998) proposed a more general threshold of 2%. Most collections from all size classes of Upper Klamath Lake suckers exceed these thresholds. It is not known why Clear Lake, with its better water quality and apparently stable population, also is characterized by "heavy parasite loads on suckers and other fish" (Snyder-Conn, personal communication cited in USFWS 2002, Appendix E, p. 38).

Even if infections and afflictions do not lead directly or even indirectly to death, they are likely to inhibit growth (e.g., M.R. Terwilliger et al., Oregon State University, Corvallis, Oregon, unpublished material, 2000) and reproduction and may compromise an individual's ability to resist other sources of stress. Without better baseline and reference values for suckers in other water bodies in and out of the Klamath basin, it is difficult

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 56 of 102
011550

*FISHES IN THE KLAMATH RIVER BASIN*

to state categorically that the incidence of anomalies is extraordinary, but field researchers who work with fish seldom observe affliction rates approaching those found in Upper Klamath Lake.

### Nonindigenous Species as Predators and Competitors

Eighteen of the 33 fish taxa in the upper Klamath basin are nonnative (Chapter 5). The nonnatives dominate numerically in many habitats and probably influence native species, including the endangered suckers, through predation and competition. Competition is particularly difficult to quantify in nature (Fausch 1988, 1998). Thus, it is not often possible to invoke competition as a major cause of problems in a population, and it also is difficult to moderate competition even where it can be demonstrated. In contrast, predation on native fishes by nonnative fishes is easily demonstrated; it can have devastating effects on native fishes (e.g., Fuller et al. 1999). In Upper Klamath Lake, introduced fathead minnows may prey on larval suckers, as shown in laboratory enclosures (Dunsmoor 1993, cf. Ruppert et al. 1993), although the applicability of the laboratory studies to conditions in nature is uncertain. Juvenile and adult yellow perch and juvenile largemouth bass consume larvae, as may Sacramento perch, most other centrarchid sunfishes, and the two bullhead species present in Upper Klamath Lake. Juvenile and adult largemouth bass also could feed on juvenile suckers, although adult suckers reach a body size that provides them refuge from fish predators. Comparisons of Upper Klamath Lake with other lakes in this regard could be useful. With the exception of Sacramento perch, Clear Lake apparently has been spared significant introductions of nonnative fishes, and its populations appear to be stable. A species list for Gerber Reservoir is not readily available.

The presence of numerous and diverse nonnative fishes in the Klamath system complicates recovery efforts. Nonnative species typically do well in disturbed systems (Moyle and Leidy 1992). Given that attempts to reduce abundances of nonnative fishes usually are unsuccessful, the best tactics for decreasing the success of these invaders are to discourage future introductions (especially of predators), to restore water quality if possible, and to prevent movement of nonnative fishes within the basin. Selective control of nonnative species has been pursued in some environments (Ruzycki et al. 2003), however, and should not be ruled out entirely for Upper Klamath Lake.

### Hybridization and Introgression

Hybridization results in wasted spawning and loss of genetic diversity through elimination of rare alleles. Introgression (backcrossing of hybrids

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 57 of 102
011551

with parental species) can harm a rare species, as apparently has happened to the endangered June sucker, *Chasmistes liorus liorus*, which hybridizes readily with the more abundant Utah sucker, *Catostomus ardens* (Echelle 1991). The original ESA listing document for Klamath suckers (53 Fed. Reg. 27130 [1988]) cited apparently high rates of hybridization among the three Upper Klamath Lake sucker species, especially between shortnose suckers and Klamath largescale suckers, and cited hybridization as a potential contributor to loss of genetic integrity and decline of species. Apparent hybrids, as indicated by morphological intermediacy, are commonly found in the Williamson River downstream of Chiloquin Dam and in sucker populations of Clear Lake, where crosses between Lost River suckers and Klamath largescale suckers are most frequently suspected (e.g., Cunningham et al. 2002; Moyle 2002; D. Markle, Oregon State University, Corvallis, Oregon, personal communication, 2002). Recent anatomical studies of hybridization, however, imply that it is a rare occurrence. Among spawning fish captured in Upper Klamath Lake in 2001, 0.2% of fish from shoreline spawning sites, 4% from the lower Williamson River, and 6% occupying the area below Chiloquin Dam were apparent hybrids (Cunningham et al. 2002, Hayes et al. 2002, Janney et al. 2002). In contrast, one-third of fish caught at Chiloquin Dam in 2000 appeared to be anatomically intermediate. Morphological studies may overestimate hybridization; allozyme frequency and nuclear genetic data indicate that recent hybridization is rare, that nominal species are all valid, and that little genetic divergence has occurred among populations within species (D. Buth, University of California at Los Angeles, Los Angeles, California, personal communication, 2002; Dowling 2000; T. Dowling, Arizona State University, Tempe, Arizona, personal communication, 2002). Microsatellite data indicate, however, that the three species present in the Lost River (largescale, shortnose, and Lost River suckers) are significantly different from suckers in Upper Klamath Lake and the upper Williamson River (G. Tranah, Harvard School of Public Health, Boston, Massachusetts, personal communication, 2002).

Overall, morphological data indicate that hybridization has occurred, but current genetic analyses reveal that Lost River suckers and shortnose suckers are distinct and that the identity of the species has not been eroded by extensive hybridization. High priority should be attached to further genetic analysis that will give more information on hybridization and on the genetic structure of currently isolated populations.

Before the Klamath Project was completed, all sucker habitats were subject to interchange of fish (Chapter 2). Dams and irrigation canals isolated populations to an extent that could ultimately affect the genetic diversity of the species. None of the primary dams in the Klamath basin allow passage of suckers. Efforts to protect the species with regard to

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 58 of 102
011552

range fragmentation should focus on habitat protection and improvement of all subpopulations and on construction of ladders of proven effectiveness or removal of barriers to improve exchange among subpopulations.

## Other Issues Relevant to Recovery

### Other Natives and the Paradox of Persistent Endemics

Shortnose and Lost River suckers apparently are more susceptible to degraded habitat conditions or other factors, such as predators, than any of the 14 other native species. Blue chub and tui chub do appear in some fish kills, sometimes in large numbers, but their populations remain large in Upper Klamath Lake, as do populations of Klamath Lake sculpins and redband trout. Even the Klamath largescale suckers in the upper Klamath basin and Klamath smallscale suckers in the lower basin seem not as affected by anthropogenic change as Lost River and shortnose suckers, although the Klamath largescale sucker is listed as a species of special concern in California (Moyle 2002). Introduced species, such as yellow perch and fathead minnow, appear to be unaffected by poor water quality. Sacramento perch, which have been greatly reduced throughout their native range (Moyle 2002), apparently are doing well in the Klamath basin. Explanations for the exceptional vulnerability of shortnose and Lost River suckers could be applied to recovery efforts.

One line of evidence is related to physiological tolerances among species, but this information is limited. Falter and Cech (1991) found that shortnose suckers were less tolerant of elevated pH than were Klamath tui chub and Klamath largescale suckers (Chapter 5). Additional comparative studies of physiological responses to water-quality degradation in the Klamath basin are needed. Overall, more and better information is needed on the biology and population status of nonsucker species in the upper basin (Chapter 5). Because all native Klamath fishes are endemics, any significant declines in their populations could trigger ESA actions. Although research efforts directed specifically at native fishes other than the listed suckers would be desirable, information on them can be collected in conjunction with studies of suckers. Some of the species can be used as indicators of water quality and habitat conditions and would provide insight into the welfare of the endangered suckers, especially where differences in physiological tolerance can be demonstrated. Comparisons between endangered Klamath suckers and other catostomid species in the Klamath basin and between Klamath suckers and lake suckers elsewhere could provide additional, invaluable insight into solutions to problems in the Klamath basin.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 59 of 102
011553

## Captive Propagation

Captive propagation is a controversial means of protecting endangered species. Successful propagation can lead to complacency about the condition of natural populations and to delay in the correction of the original causes of decline, but it also can serve as insurance against catastrophes. Although Klamath suckers have not reached the point where captive propagation is necessary, many conservation practitioners recommend against waiting until there is no alternative to captive propagation, because by then genetic resources are diminished and problems with rearing methods may be disastrous.

The Klamath Tribe has established a sucker holding and rearing facility (the Klamath Tribes Native Fish Hatchery) at Braymill near Chiloquin. The facility has been used for physiological and behavioral studies and for fertilization and larva-rearing trials (e.g., Dunsmoor 1993; L. K. Dunsmoor, Klamath Tribes, Chiloquin, Oregon, personal communication, September 3, 2002). The facility could serve as the core of a captive-propagation effort if populations continue to decline. Methods already developed there can be used, perhaps with advice based on successful propagation of cui-ui at the David Koch Cui-ui Hatchery in Sutcliffe, Nevada, if captive propagation proves necessary.

## Critical Habitat

Critical habitat, as defined by the ESA (Chapter 9), was not identified for the Klamath suckers at the time of original listing, and has yet to be completed for either endangered species, although a draft proposal appeared in 1994 (59 Fed. Reg. 61744 [1994]). On the basis of established ESA criteria (for example, water quantity and quality; physical habitat appropriate for spawning, rearing, and feeding; and protection from predation and climatic stress), USFWS identified six critical-habitat units (CHUs) in the basin: Clear Lake and its watershed, Tule Lake, the Klamath River, Upper Klamath Lake and its watershed, the Williamson and Sprague Rivers, and Gerber Reservoir and its watershed. All except Gerber Reservoir are habitat units for both sucker species; Gerber Reservoir contains only shortnose suckers, but Lost River suckers presumably could live there.

The draft critical-habitat determination (59 Fed. Reg. 61744 [1994]) and its recommendations should be reviewed and revised in light of recent findings. The process of identifying critical habitat for both species needs to receive higher priority and should be more specific. In designating Upper Klamath Lake a CHU, USFWS (59 Fed. Reg. 61744 [1994]) did not identify specific areas of particular value. The CHU approach could be expanded to include the needs of specific life-history stages, for example, east coast springs for spawning, Williamson River mouth and nearby shorelines as a

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 60 of 102
011554

nursery region, Modoc Point and Goose Bay as staging areas before spawning, and west coast bays as postspawning aggregation areas (see Chapter 5). Buettner (1992) identified sites that have the greatest potential as adult refuges at low lake levels on the basis of their size, proximity to the main lake, relative water quality, and density of submerged vegetation. The issue of water-quality refuges needs more study relative to critical habitat. If the postulated patterns can be verified and the location and use of these apparent water-quality refuges can be confirmed, they might be designated as critical habitat and considered for special protection.

Although there is only weak pressure for development in the Klamath basin, the human population of the area has grown, and future growth is likely (Chapter 2). Proposals for new construction or use of the lake should take into account possible adverse effects on suckers. For example, an article in *SAIL* magazine for July 2002 identified Howard Bay, Pelican Bay, and Harriman Springs as desirable destinations for boaters. Howard Bay apparently is a preferred aggregation area for postspawning shortnose suckers (Coen et al. 2002); Pelican Bay was identified by Buettner (1992) as a refuge for suckers during the fish kills of July 1971 and August 1986 and was considered the best sucker refuge site on the west shoreline when lake levels drop; and Harriman Springs is a former spawning site. Increased boat traffic, development, groundwater pumping, or other activities may adversely affect these sites.

## LESSONS FROM COMPARATIVE BIOLOGY OF SUCKERS

Of the 63 species of suckers in the world, 61 are endemic to North America. Among the few known extinctions of freshwater fishes in North America, suckers figure prominently. Previously abundant, sometimes widespread species have disappeared, including the harelip sucker (*Lagochila lacera*) and the Snake River sucker (*Chasmistes muriei*). Fully 35% of sucker species are imperiled (Warren and Burr 1994), and eight have federal endangered or threatened status (50 CFR 17.11 [1999]).

Populations of large suckers in general and lake suckers in particular have declined largely because of anthropogenic factors. Although there is an obvious need for concern about these very American fishes, comparative data indicate that they can survive long periods of interrupted recruitment and can recover from these remarkable hiatuses in reproduction if factors causing decline are reduced. For example, decline has occurred in other lake suckers: cui-ui experienced no known recruitment from 1950 to 1969; June suckers had experienced at least 15 yrs without recruitment by the middle 1980s, and that probably continued into the 1990s; some populations of razorback suckers (*Xyrauchen texanus*) experienced 20–30 yr without recruitment; and Utah suckers (*Catostomus ardens*) did not reproduce successfully between the middle 1960s and the early 1990s.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 61 of 102
011555

Despite extended interruptions in breeding, several species of suckers have responded successfully to recovery programs. Cui-ui successfully spawn in the Truckee River because of enhanced flows and are propagated in a hatchery managed by the Paiute Tribe, from which they are regularly transplanted into Pyramid Lake, where they are abundant (USFWS 1992b). Efforts to promote recovery of June suckers have been under way since the early 1990s and appear to have been successful; they include water-allocation agreements, refuge-population establishment, and captive breeding and release (USGS 1998). The robust redhorse, *Moxostoma robustum*, a large sucker thought to have undergone population declines in Atlantic slope drainages, is now propagated and planted and has shown successful recaptures in three southeastern rivers (Jennings et al. 1998; C. Jennings, U. S. Geological Survey, Athens, Georgia, personal communication, 2002). An extensive recovery program for razorback suckers instituted in 1988 includes captive rearing and transplantation, habitat acquisition and protection, and control of nonindigenous species; success has been mixed (Minckley et al. 1991, Mueller and Marsh 1995). This general picture of decline, public concern, multifaceted efforts at recovery, and evidence of success can suggest actions that might be successful with the Klamath basin sucker species.

All four living lake suckers (shortnose sucker, Lost River sucker, cui-ui, and June) are relatively large and long-lived (Chapter 5). High tolerance of poor water quality implies that the fishes evolved in habitats that periodically experience extremes of water quality. Long life in these suckers may reflect an evolutionary history that included harsh conditions that often resulted in reproductive failure, perhaps for many consecutive years. Exceptional longevity is a cause for optimism in that it allows the fish to recover from population declines once conditions favorable to survival are restored (Scoppettone and Vinyard 1991).

Age distributions in Upper Klamath Lake suckers, as reflected in the fish-kill data, show apparent resilience in Klamath species (e.g., Cooperman and Markle 2003). Heavy fishing pressure resulted in low numbers of old suckers until 1987, when the fishery was eliminated. Numbers of adults later increased sharply (Figure 5-4). The rapid increase demonstrates the positive effect of closing the fishery. More important, the increase shows that even after prolonged population declines brought about by overfishing, a relatively small number of large, highly fecund individuals can produce many young and help to restore a population (Cooperman and Markle 2003). Even slight improvements in conditions favorable to suckers in Upper Klamath Lake, its tributaries, and surrounding water bodies could contribute to recovery.

## CONCLUSIONS

Despite elimination of fishing for the shortnose and Lost River suckers in 1987, these two listed species have failed to show an increase in overall

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 62 of 102
011556

248                                    *FISHES IN THE KLAMATH RIVER BASIN*

abundance. Apparently stable populations with regular recruitment and the presence of all life-history stages at appropriate abundance are found only in Clear Lake and Gerber Reservoir. Thus, the listed suckers at these two locations require special degrees of protection, both in the lakes themselves and in tributary waters where the suckers spawn.

The two listed suckers are present in Upper Klamath Lake, where they reproduce and show the full spectrum of age classes indicating successful maturation of at least some individuals. This population has not increased in abundance, however, because of episodes of mass mortality affecting large fish and possibly other factors as well. Populations at other locations (the main-stem reservoirs, the main stem of the Lost River, and Tule Lake) are of very low abundance and consist primarily of adults; no full representation of age classes is present at these locations. Suckers have been eliminated entirely from the middle portion of the main stem of the Lost River, from Lower Klamath Lake, and from Lake of the Woods.

Small irrigation dams and the larger Chiloquin Dam across the main stem of the Sprague River impede the movement of suckers attempting to spawn in the tributaries to Upper Klamath Lake. Elimination of Chiloquin Dam could greatly expand any potential spawning area, although channel and riparian improvements to the upper Sprague might be necessary to achieve the full benefit of dam removal.

Spawning of suckers in tributaries to Upper Klamath Lake is successful in producing fry, but the spawning areas do not receive special protection and are poorly studied. Physical restoration of tributary spawning areas is a matter of high priority and will involve exclusion of livestock and other measures designed to promote conditions that favor spawning of the suckers. Physical restoration near the mouth of the Williamson River as it enters Upper Klamath Lake is also important.

Water level in Upper Klamath Lake shows no relationship to water-quality conditions that result in mass mortality of adult suckers or other potentially adverse water-quality conditions. In addition, water level shows no relationship to year-class strength or to abundance of fry or juveniles over the years during which standardized sampling is available. Thus, maintenance of water levels above recent historical levels in order to increase the abundance of suckers by maximizing the area of habitat where young suckers are found is not supported by the currently available evidence. Water levels lower than recent historical levels could have undocumented adverse effects and therefore are inadvisable. Experimental maintenance of specific water levels could be incorporated into a management plan, however, through agreements between USFWS and USBR, if USFWS sees merit in further studies of water-level control.

The two listed suckers spawn in specific lakeside areas of Upper Klamath Lake, typically in association with the presence of springs. Some

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO Document 410 Filed 02/21/20 Page 63 of 102
011557

spawning areas have been abandoned entirely, possibly because of the elimination, through fishing, of specific groups of fish that habitually used these areas. Some spawning areas show signs of anthropogenic degradation. Selective restoration of these areas and manipulation of stocks to encourage bonding of specific groups of suckers to the unused sites could be beneficial in spreading the reproductive risk of the sucker populations.

Suckers of all ages in Upper Klamath Lake historically have been entrained into the A Canal, which is the main supply conduit for USBR's Klamath Project. Screening of this source of mortality is scheduled for summer of 2003, but it cannot be expected to prevent mortality of very small fish. Refinement of the operation of the screens as recommended by USFWS (2002) might reduce the mortality of very young fish. The Link River Dam intake units remain unscreened, and thus remain a source of mortality for fish of all ages.

Suckers of Upper Klamath Lake and at other locations where suckers are present in the upper basins share their habitat to varying degrees with nonindigenous species, some of which are known to prey upon or compete with young suckers. Elimination of nonindigenous species over very large systems such as Upper Klamath Lake is beyond the current state of the art, but programs designed to prevent additional introductions and prevent the spread of presently nonindigenous species would be highly advisable. Because the actual effect of the nonindigenous species on the suckers is poorly known, it is difficult to judge the importance of this factor based on current information.

Hybridization among sucker species was an original concern of considerable importance to the listing of the suckers. Subsequent studies have reduced the level of this concern, but it would be advisable to have more information on the genetic identities of suckers at various locations in the upper basin.

Captive propagation is a possibility and could be conducted on a pattern that has been developed for populations of related suckers at other locations. Captive propagation is probably disadvantageous at present, however, in that it tends to undermine incentives for return of the populations to a self-sustaining basis, which may still be possible in the Klamath basin. Continued decline of the population sizes or loss of any major subpopulations would indicate a need for captive propagation.

The long life-history of suckers requires extended observation as a means of judging population trends. Benefits of restoration actions will not necessarily be evident until the fish benefiting from these actions have achieved spawning capability. Similarly, the negative effects of mortality focused on large fish may become evident only gradually, but could extinguish entire subpopulations.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 64 of 102
011558

# 7

# Fishes of the Lower Klamath Basin

Native fishes of the lower Klamath basin are mainly anadromous spe-
cies that use productive flowing-water habitats and a few nonmigratory
stream fishes typical of cool-water environments. Because the watershed
has been drastically altered by human activities, it has become progressively
less favorable for anadromous fishes, including coho salmon. Given that
the native anadromous fishes support important tribal, sport, and commer-
cial fisheries and have high iconic value, there is widespread support among
stakeholders, both inside and outside the basin, for restoration of these
fishes to their earlier abundances. Restoration efforts would most rationally
apply to all native fishes, not just those listed or proposed for listing under
the federal Endangered Species Act (ESA). If broadly based restoration does
not occur, additional anadromous species are likely to be listed under state
and federal endangered species acts. Furthermore, because actions that are
perceived to benefit one species may do harm to another, the species cannot
be treated as isolated units.

The lower Klamath basin supports 19 species of native fishes (Table 7-
1). Thirteen (68%) of the 19 are anadromous, and two are amphidromous
(larval stages in salt water); thus, 80% of the fishes require salt water to
complete their life histories. The remaining four species spend their life
entirely in freshwater and show close taxonomic ties to fishes in the upper
basin or adjacent basins. The species composition of native fishes supports
geologic evidence that the Klamath River in its present form is of relatively
recent origin. One of the resident fishes (the lower Klamath marbled scul-
pin), however, is distinctive enough to be recognized as a subspecies and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

**TABLE 7-1** Native Fishes of the Lower Klamath River and Its Tributaries

| Name[a] | Life History | Status in Lower Klamath and Trinity Rivers[a] | Comments |
|---|---|---|---|
| Pacific lamprey, *Lampetra tridentata* | A | Declining | TTS, probably multiple runs |
| River lamprey, *L. ayersi* | A | Uncommon | Poorly known |
| Klamath River lamprey, *L. similis* | N | Common | Poorly known |
| Green sturgeon, *Acipenser medirostris* | A | State special concern, proposed for listing | TTS, important fishery |
| White sturgeon, *A. transmontanus* | A | Uncommon | May not spawn in river |
| Klamath speckled dace, *Rhinichthys osculus klamathensis* | N | Common, widespread | Most widespread fish in basin |
| Klamath smallscale sucker, *Catostomus rimiculus* | N | Common, widespread | Found also in Smith and Rogue rivers |
| Eulachon, *Thaleichthys pacificus* | A | State special concern | TTS, huge runs now gone, lowermost river only |
| Longfin smelt, *Spirinchus thaleichthys* | A | State special concern | Small population mainly in estuary |
| Prickly sculpin, *Cottus asper* | Am | Common | Larvae wash into estuary |
| Coastrange sculpin, *C. aleuticus* | Am | Common | Larvae wash into estuary |
| Lower Klamath marbled sculpin, *C. klamathensis polyporus* | N | Common? | Endemic |
| Threespine stickleback, *Gasterosteus aculeatus* | A/N | Common | Migratory close to ocean, anadromous; upstream forms nonmigratory |
| Coho salmon, *Oncorhynchus kisutch* Southern Oregon-Northern California ESU | A | Federally threatened | Being considered for state listing, TTS |
| Chinook salmon, *O. tshawytscha* | | | TTS |
|   Southern Oregon-Northern California ESU | A | Commonest salmon below mouth of Trinity River | Much reduced in numbers |
|   Upper Klamath and Trinity rivers ESU | | | |
|     Fall run | A | Commonest salmon in both rivers | Much reduced, focus of hatcheries |

*(continued on next page)*

**Copyright National Academy of Sciences. All rights reserved.**

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 66 of 102
011560

FISHES IN THE KLAMATH RIVER BASIN

**TABLE 7-1** continued

| Name[a] | Life History | Status in Lower Klamath and Trinity Rivers[a] | Comments |
|---|---|---|---|
| Late fall run | A | Possibly extinct | Presence uncertain |
| Spring run | A | Endangered but not recognized as ESU | Distinct life history, adults require cold water in summer |
| Chum salmon, *O. keta* | A | Rare, state special concern | Southernmost run of species, TTS |
| Pink salmon, *O. gorbuscha* | A | Extinct | Breeding in basin poorly documented, TTS |
| Steelhead (rainbow trout), *O. mykiss* Klamath Mountains Province ESU | A, N | Common but declining; proposed for listing | Resident populations above barriers, TTS |
| Winter run | A | Most abundant | Distinct life history |
| Summer run | A | Endangered but not recognized as separate ESU | Distinct life history, adults require cold water in summer |
| Coastal cutthroat trout, *O. clarki clarki* | A, N | State special concern | Only in lower river and tributaries, resident populations above barriers, TTS |

[a]Evolutionarily significant unit.
Abbreviations: A, anadromous; Am, amphidromous; N, non-migratory; TTS, tribal trust species.

several of the anadromous species have distinct forms adapted to the special conditions of the Klamath basin.

In addition, 17 nonnative species of fishes have been recorded in the basin (Table 7-2); only two of these are anadromous. For the most part, these fishes are confined to human-created environments—such as reservoirs, ponds, and ditches—although individuals constantly escape into the streams, where they may take advantage of favorable habitats created by human activity. In addition, nonnative fishes come down continually from the upper Klamath basin.

## COHO SALMON

The coho salmon (Figure 7-1) once was an abundant and widely distributed species in the Klamath River and its tributaries, although its historical numbers are poorly known because of the dominance of Chinook salmon. Snyder (1931) reported that coho were abundant in the Klamath

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 67 of 102
011561

**TABLE 7-2** Nonnative Fishes of the Lower Klamath and Trinity Rivers

| Name | Life History | Status | Comments |
|------|--------------|--------|----------|
| American shad, *Alosa sapidissima* | A | Uncommon | Small annual run in lowermost reach of river |
| Goldfish, *Carassius auratus* | N | Uncommon | Ponds and reservoirs |
| Fathead minnow, *Pimephales promelas* | N | Uncommon | Invading from upper basin where extremely abundant |
| Golden shiner, *Notemigonus chrysoleucas* | N | Uncommon | Important bait fish in California |
| Brown bullhead, *Ameiurus nebulosus* | N | Locally abundant | Ponds and reservoirs, especially Shasta River; some in main stem |
| Wakasagi, *Hypomesus nipponensis* | N | Locally abundant | In Shastina Reservoir but a few downstream records |
| Kokanee, *Oncorhynchus nerka* | N | Locally abundant | Reservoirs |
| Brown trout, *Salmo trutta* | N, A | Common in some streams | Sea-run adults rare |
| Brook trout, *Salvelinus fontinalis* | N | Common | Only in headwater streams and lakes |
| Brook stickleback, *Culea inconstans* | N | Locally abundant, spreading | Recent introduction into Scott River |
| Green sunfish, *Lepomis cyanellus* | N | Common | Warm streams, ditches, and ponds |
| Bluegill, *L. macrochirus* | N | Common | Ponds and reservoirs |
| Pumpkinseed, *L. gibbosus* | N | Uncommon | Abundant in upper basin |
| Largemouth bass, *Micropterus salmoides* | N | Common | Ponds and reservoirs |
| Spotted bass, *M. punctulatus* | N | Locally common | Only in Trinity River reservoirs |
| Smallmouth bass, *M. dolomieui* | N | Locally common | Only in Trinity River reservoirs |
| Yellow perch, *Perca flavescens* | N | Locally common | Abundant in upper basin, including Iron Gate Reservoir |

Abbreviations: A, anadromous; N, non-migratory.

River but also indicated that reports of the salmon catch probably lumped coho and Chinook. Historically, coho salmon occurred throughout the Klamath River and its tributaries, at least to a point as high up in the system as the California-Oregon border. It is possible that they once migrated well into the upper Klamath basin (above Klamath Falls), as did Chinook and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 68 of 102
011562



**FIGURE 7-1** Coho salmon male (top), female (head), and parr. Source: Moyle 2002. Drawing by Chris M. Van Dyck. Reprinted with permission; copyright 2002, University of California Press.

steelhead, but there are no records of this, perhaps because most people are unable to distinguish them (Snyder 1931).

Today coho salmon occupy remnants of their original range wherever suitable habitat exists and wherever access is not prevented by dams and diversions (Brown et al. 1994, Moyle 2002). Because the coho salmon is clearly in a long-term severe decline throughout its range in California, all populations in the state have been listed as threatened under both state and federal endangered species acts (CDFG 2002).

### Life History

Coho salmon in the Klamath basin have a 3-yr life cycle (3 yr is the time from spawning of a parent to spawning of its progeny), about the first 14–18 mo of which is spent in freshwater, after which the fish live in the ocean until they return to freshwater to spawn at the age of 3 yr. The main variation in the cycle is that a small percentage of the males return to freshwater to spawn early (in their second year, before spending a winter at sea) as "jacks." A few juveniles may also remain in freshwater for 2 yr (e.g., Bell et al. 2001), although this has not been documented for Klamath basin coho. Adults typically start to enter the river for spawning in late Septem-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 69 of 102
011563

ber. They reach peak migration strength between late October and the middle of November. A few fish enter the river through the middle of December (USFWS, unpublished material, 1998). Adult coho generally enter streams when water temperatures are under 16°C and rains have increased flows (Sandercock 1991). The presence, however, of small numbers of adult coho in the fish kill of September 2002, indicates that some coho begin migration without these stimuli. Most spawning takes place in tributaries, especially those with forested watersheds, but some main-stem spawning has been recorded (Trihey and Associates 1996). Spawning usually takes place within a few weeks of the arrival of fish in the spawning grounds. Females dig redds (nests) in coarse gravel and spawn repeatedly with large, hooknose males and with small jacks over a period of a week or more. The fertilized eggs are covered with gravel after each spawning event. Adults die after spawning.

Embryos develop and hatch in 8–12 wk, depending on temperature. Alevins (hatchlings with yolk sacs attached) remain in the gravel for another 4–10 wk (Sandercock 1991). In forested watersheds with relatively stable slopes and stream channels, mortality is lower for embryos and alevins than it is in disturbed watersheds (Sandercock 1991). Major sources of mortality include scouring of redds by episodes of exceptionally high flow and smothering of embryos by silt. When most of the yolk sac is absorbed, the alevins emerge from the gravel as fry (30–35 mm) and seek the shallow stream margins, where velocities are low and small invertebrates are abundant. Fry start emerging in late February and typically reach peak abundance in March and April, although fry-sized fish (up to about 50 mm) appear into June and early July (CDFG, unpublished data, 2000, 2001, 2002). Fry are nonterritorial and have a tendency to move around (Kahler et al. 2001); this allows them to disperse. Thus, some fry are captured in outmigrant traps at the mouths of the Shasta and Scott rivers from May to early July (CDFG, unpublished data, 2000, 2001, 2002), although most probably stay in the tributaries close to the areas in which they were spawned.

There is no sharp separation between fry and juvenile (parr) stages; juveniles are typically over about 50–60 mm and partition available habitat among themselves through aggressive behavior (Sandercock 1991). Juveniles develop in streams for a year. Typical juvenile habitat consists of pools and runs in forested streams where there is dense cover in the form of logs and other large, woody debris. They require clear, well-oxygenated water and low temperatures. Preferred temperatures are 12–14°C, although juvenile coho can under some conditions live at 18–29°C for short periods (McCullough 1999, Moyle 2002). For example, Bisson et al. (1988) planted juvenile hatchery coho in streams that had been devastated by the eruption of Mount St. Helens 3–4 yr earlier and found that they showed high rates of

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 70 of 102
011564

growth and survival in areas where maximum daily temperatures regularly exceeded 20°C and occasionally reached 29°C. Early laboratory studies in which juvenile coho were reared under constant temperatures indicated that exposure to temperatures over 25°C, even for short periods, should be lethal (Brett 1952). But laboratory studies in which temperatures were increased gradually (for example, 1°C/hr) suggest that lethal temperatures range from 24 to 30°C, depending on other conditions and the temperature to which the fish were originally acclimated (McCullough 1999). In the laboratory, juvenile coho can be reared at constant temperatures of 20–23°C if food is unlimited (McCullough 1999); but in hatcheries, they typically are reared at lower temperatures because of their reduced growth and increased mortality from disease at higher temperatures. Coho at Iron Gate Hatchery are reared at summer temperatures near 13–15°C (Bartholow 1995).

Consistent with the experiences of hatcheries, most coho develop and grow where water temperatures are at or near the preferred temperatures for much of each 24-hr cycle. For example, in tributaries to the Matolle River, California, Welsh et al. (2001) found that juveniles persisted through the summer only in tributaries where the daily maximum temperature never exceeded 18°C for more than a week. In the Klamath basin, such suitable conditions exist today mainly in portions of tributaries that are not yet excessively disturbed (Figure 1-1). NMFS (2002) has identified, in addition to the Shasta, Scott, Salmon, and Trinity rivers, six creeks between Iron Gate Dam and Seiad Valley, 13 creeks between Seiad Valley and Orleans, and 27 creeks between Orleans and the mouth of the Klamath as important coho habitat in the Klamath basin.

The explanation of seemingly contradictory information on temperature tolerance lies in the realm of bioenergetics. Juvenile coho can survive and grow at high daily maximum temperatures provided that (1) food of high quality is abundant so that foraging uses little energy and maximum energy can be diverted to the high metabolic rates that accompany high temperatures, (2) refuge areas of low temperature are available so that exposure to high temperatures is not constant, and (3) competitors or predators are largely absent so that the fish are not forced into physiologically unfavorable conditions or energetically expensive behavior (such as aggressive interactions). Thus, in the streams around Mount St. Helens cited above, food was abundant and temperatures were low much of the time. Temperatures dropped well below 15°C at night even after the hottest summer days, were below 16°C for 65–80% of the time, and rarely exceeded 25°C (Bisson et al. 1988). There were also areas of cool groundwater inflow that served as refuges on hot days, although the extent of their use by coho was not documented. And coho were the only species present. In some rivers, however, interactions of coho with juvenile Chinook and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

011565

steelhead cause shifts of coho into energetically less favorable conditions (Healey 1991, Harvey and Nakamoto 1996). For example, coho juveniles occupying tributaries at the Matolle River faced not only limited food supplies but also energetically expensive interactions with juvenile steelhead (Welsh et al. 2001) and so were restricted to cool water.

Observations of juvenile coho in the main-stem Klamath River during summer suggest that juvenile coho live in the main stem despite temperatures that regularly exceed 24°C and are usually over 20°C for much of the day from late June through the middle of September (M. Rode, CDFG, personal communication, USFWS, unpublished data, 2002). Temperatures at night typically drop to 18–20°C during the warmest period. The coho occupy mainly pools at the mouths of inflowing streams where temperatures are usually 2–6°C lower than the water in the main river. The pools apparently are the only cool-water refugia in the river and occupy only a small area (B. A. McIntosh and H. W. Li, unpublished report, 1998). The coho in the pools appear to move into warmer water to forage on the abundant aquatic insects (D. Hillemeier, Yurok Tribe, personal communication). Thus, it is at least possible that coho could, from a bioenergetic perspective, occupy the main stem. Snorkel surveys of mouth pools in 2001 show, however, that juvenile coho, in contrast with Chinook and steelhead, occupied 16% of the tributary-mouth pools in June but only a single pool in August and September (T. Shaw, USFWS, unpublished material, 2002; Table 7-3).

Most of the tributary mouth pools contain juvenile Chinook salmon, steelhead, or both (Table 7-3). These fishes can compete with and prey on juvenile coho (and each other) and are somewhat more tolerant of high temperatures than coho. While many of these juveniles resulted partly from natural spawning, many of them likely came from Iron Gate Hatchery.

**TABLE 7-3** Pools Containing Juvenile Coho Salmon, Chinook Salmon, and Steelhead Along Main Stem of Klamath River, 2001, as Determined in Snorkeling Surveys[a]

| Month of Survey | No. of Mouth Pools Surveyed | No. (%) of Pools with Juvenile Fish | | |
|---|---|---|---|---|
| | | Coho | Chinook | Steelhead |
| June | 31 | 5 (16) | 26 (84) | 26 (84) |
| July | 46 | 7 (15) | 41 (89) | 43 (93) |
| August | 39 | 1 (3) | 26 (67) | 34 (87) |
| September | 32 | 1 (3) | 13 (41) | 28 (88) |

[a]The data are comprehensive in that they include all tributaries large enough to form a cool pool, and include some tributaries below the Trinity River (e.g., Blue Creek).
Source: T. Shaw, USFWS, unpublished material, 2002.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

Many large (70–90 mm) juvenile Chinook from the hatchery move down the river from late May through July, as do large numbers of hatchery steelhead smolts in March and April. Interactions among hatchery and wild fish of all species may cause wild fish, which are smaller, to move downstream prematurely when cool-water habitat becomes limiting in summer, although this possibility has not been documented for the Klamath River. The number of pools occupied by Chinook salmon declines by August and September, as does the number of Chinook present in each pool that has fish (T. Shaw, USFWS, unpublished material, 2002); this reflects the normal outmigration of both wild and hatchery juvenile Chinook. Steelhead remain in most pools throughout the summer.

Although 2001 was a year of exceptionally low flows, Table 7-3 suggests that coho juveniles are uncommon in the main stem in early summer and become progressively less common as the season progresses. Juvenile coho are virtually absent from the main stem, including pools at tributary mouths, by late summer, even though juvenile Chinook and steelhead persist in these habitats. Although the overall rarity of coho in the Klamath basin may contribute to their absence from the mouth pools, their presence early in the summer and the reduced densities of juvenile Chinook salmon as summer progresses suggest that juvenile coho would be noticed by observers in late summer if they were present. In one respect, the near absence of coho by late summer is surprising because juvenile coho do move about and should be continually dropping into the pools from tributaries (Kahler et al. 2001). Movement of coho juveniles may be prevented by the warming or drying of the lower reaches of tributaries in late summer.

Overall, it appears that the bioenergetic demands of juvenile coho prevent them from occupying the main stem. Even with abundant food, the thermal refugia (the pools at mouths of tributaries) are inadequate: nighttime temperatures stay too high for them, and the energy costs of interactions with Chinook and steelhead, both of which are much more abundant in the pools, are probably high. Coho juveniles in the pools during June and July may die by late summer. Alternatively, they could be moving back into tributary streams, but temperatures in the lower reaches of the tributaries are similar to those of the mouth pools by late summer, and barriers to reentry (such as gravel bars) are often present. It is also possible that coho juveniles move to the estuary, perhaps traveling at night, when temperatures are lowest. Estuarine rearing of juvenile coho has been documented in other systems (Moyle 2002). A rotary-screw trap set near Orleans on the lower river for 10 yr (1991–2001) caught juvenile coho from April through July, after which the trap was taken from the river; peak numbers were observed in May and June—5 times higher than in July (T. Shaw, USFWS, unpublished data, 2002). Annual seining data from the estuary (1993–2001) indicate, however, that coho are absent from the estuary or are very

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 73 of 102
011567

rare from July through September, when temperatures often exceed 18°C (M. Wallace, CDFG, unpublished memorandum, 2002). Thus, the evidence points to the conclusion that juvenile coho are not occupying either the estuary or the main stem through the summer.

One proposal for increasing the survival of juvenile coho in the main stem in summer has been to release more water from Iron Gate Reservoir to increase the habitat for juvenile coho, as defined by analogy with habitat used by juvenile Chinook salmon, and to reduce daily temperature fluctuations in the river, thus removing the potentially lethal temperature peaks (Chapter 4). The water available from Iron Gate Reservoir, however, is quite warm in summer (18–22°C or more) and, because it is increasingly warm as it moves downstream, is unlikely to ameliorate high temperatures very much. Modeling suggests that additional flows may indeed reduce maximum temperatures some distance downstream but that they will also increase minimum temperatures (Chapter 4). From a bioenergetic perspective, increasing minimum temperatures may be especially unfavorable for coho in the main stem because nocturnal relief from high temperatures would be reduced.

The low abundance of juvenile coho in the main stem in summer, the known thermal regimes of the main stem, and the bioenergetic requirements of coho together suggest that the most crucial rearing habitat for juveniles is that of cool tributaries. Today, cool tributaries are mainly small streams that flow directly into the Klamath or into the Shasta, Scott, Salmon, and Trinity rivers. With its large, cold springs in the headwaters, the entire Shasta River was probably once favorable habitat for coho juveniles in most years, but diversions and removal of riparian vegetation have made it generally lethal thermally for salmonids in summer. If warming occurs with future climate change, it would likely exacerbate other factors that have led to warming of the tributaries (see Chapter 8).

Even a stream that has suitable summer habitat for juvenile coho may be unsuitable in winter. Studies in Oregon and elsewhere indicate that overwintering habitat is a major limiting factor where summer conditions are favorable (Nickelson et al. 1992a, b). Juveniles need refuges from winter peak flows. The refuges are side channels, small clear seasonal tributaries, logjams, and other similar areas. Simplification of channel structure through removal of woody debris or channelization eliminates much of the overwintering habitat. The condition of winter habitat for coho in the Klamath basin has not been evaluated.

Barred juveniles (parr) transform into silvery smolts and begin migrating downstream in the Klamath basin between February and the middle of June (USFWS, unpublished material, 1998) when they are about 10–12 cm long. Most smolts captured in the Orleans screw trap are taken in April and May (T. Shaw, USFWS, unpublished material, 2002) and appear in the

Copyright National Academy of Sciences. All rights reserved.

011568

estuary at about the same time (M. Wallace, CDFG, unpublished memo-randum, 2002). Typically, coho smolts migrate downstream on the declining end of the spring hydrograph. About 60–70% of the smolts are of hatchery origin (M. Wallace, CDFG, unpublished memorandum, 2002). They are largely gone from the estuary by July. The transformation of juveniles into smolts appears to be triggered by light (perhaps moonlight) and other changing environmental conditions. Smoltification results in profound physiological and morphological changes in the fish. Smolts are compelled to move to the marine environment and will actively swim downstream to do so, especially at night. Exact timing of the downstream movement appears to be affected by flow, temperature, and other factors (Sandercock 1991). Higher flows in the river in April and May probably decrease transit time of the smolts. Low transit time could reduce predation rates and reduce energy consumption in swimming, although this has not been demonstrated in the Klamath River.

Smolts may feed and grow in the estuary for a month or so before entering the ocean (e.g., Miller and Sadro 2003). Coho entering the ocean generally have their highest mortality rates in their first few months at sea (Pearcy 1992). The first month or so after entry may be especially important due to predation, which suggests that smolts will have higher survival rates if they are large before going out to sea (C. Lawrence, UCD, personal communication, 2002). Once at sea, they spend the next 18 mo or so as immature fish that feed voraciously on shrimp and small fish, and grow rapidly.

Ocean survival depends on a number of interacting factors, including the abundance of prey, density of predators, the degree of intraspecific competition (including that from hatchery fish), and fisheries (NRC 1996). The importance of these factors in turn depends on ocean conditions (productivity, predation, and other factors), which vary widely on both spatial and temporal scales. Even relatively small changes in local and annual fluctuations in temperature, for example, can be related to changes in salmon survival rates (Downton and Miller 1998). Even more important are multidecadal (20–50 yr) fluctuations in ocean conditions, which can result in drastic changes in ocean productivity for extended periods of time (Hare et al. 1999, Chavez et al. 2003). Prolonged climatic shifts have caused significant shifts in salmonid populations to the north or south through modification of ocean temperatures (Ishida et al. 2001). Global warming thus could result in a shift in salmonid distribution to the north, and cause an overall decrease in abundance of salmonids (Ishida et al. 2001).

When the ocean is in a period of low productivity, survival rates may be low, and thus result in reduced runs coming into the streams. Commercial fishing is most likely to affect salmon populations during periods of natu-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 75 of 102

011569

rally low ocean survival, but the fishery for wild coho salmon has been banned in California since 1997 and the fishery for Chinook has been greatly reduced (Boydstun et al. 2001). A fishery for coho still exists off the Oregon coast, but only hatchery fish, which are marked, can be retained.

Historically, the abundance of coho spawners reflected a balance between ocean survival and freshwater survival (Figure 7-2). A year of especially poor conditions for survival in freshwater (e.g., created by drought) could be compensated for if conditions in the ocean (e.g., high regional productivity: Hobday and Boehlert 2001) enhanced survival there. Persistently poor conditions in freshwater, such as exist throughout the Klamath basin today, make the recovery of populations difficult, however, even when ocean conditions are favorable and fisheries have been shut down or reduced. When ocean conditions are poor, the positive effects of restoring of salmonid habitat in streams may be masked (Lawson 1993, NRC 1996). Thus, only long-term monitoring can reveal effects of restoration.



**FIGURE 7-2** Population cycles of coho salmon in California. If conditions are favorable in spawning and rearing streams (A) and conditions are also favorable for high survival rates in the ocean, large populations of salmon will result. Even if conditions for survival are relatively poor in the ocean (B), large populations of coho may be maintained (although not as well as in cycle A) as long as production of coho in freshwater is high. Likewise, poor conditions in freshwater from natural causes (C) can be partially compensated for if ocean survival rates are high. If coho streams are degraded by human activity (D) and ocean conditions are poor, combined mortality may result in downward spiral of population size. If conditions in both fresh and salt water result in low survival (E), extinction may occur. Source: Based on information in Moyle 2002.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 76 of 102
011570

## Hatcheries

Coho salmon have been an important part of the Klamath basin fish fauna since prehistoric times (CDFG 2002), and many attempts have been made to augment their populations in the Klamath basin. The first attempt occurred in 1895, when 460,000 fish from Redwood Creek—part of the same evolutionarily significant unit (ESU) as Klamath River coho—were stocked in the Trinity River. It is not known whether these fish, which were taken from a small stream, survived and contributed to later populations. Hatchery production of coho salmon in the Klamath basin began in the 1910–1911 season and continued for another 5 yr. From 1919 to 1942, six additional plants of hatchery-reared fish, all apparently of local origin, were conducted (CDFG 2002). The principal hatcheries today are the Iron Gate Hatchery (operating since 1966) on the Klamath and the Trinity River Hatchery (operating since 1963) on the Trinity River. Faced with a declining egg supply, operators of the two hatcheries at various times brought in fertilized eggs from the Eel and Noyo rivers in California and the Cascade and Alsea rivers in Oregon (CDFG 2002). Thus, present hatchery stocks probably are of mixed origin. Although a few hatchery fish have been planted in tributaries, hatchery fish are for the most part released as smolts into the main stem on the assumption that they will head directly to the sea.

Genetic studies of the contribution of hatchery coho to wild populations in the Klamath basin are not available. Brown et al. (1994) inferred that most wild coho stocks in the basin were partially mixed with hatchery stocks because the two hatcheries are at the far upstream end of coho distribution and produce large numbers of fish. In recent years, the Trinity River Hatchery has released an average of 525,000 coho per year and the Iron Gate Hatchery about 71,000 per year (CDFG 2002), although historically the Iron Gate Hatchery has released about 500,000 coho per year (CDFG, unpublished data, 2002). The coho typically are reared to the smolt stage and marked with a maxillary clip before release, which occurs between March 15 and May 1. They reach the estuary in concert with wild smolts, which peak in late May and early June, but typically are longer than the wild fish—about 170–185 mm vs 135–145 mm (M. Wallace, CDFG, unpublished data, 2002). Although the effect of large numbers of hatchery coho on wild coho is not known for the Klamath, hatchery fish may dominate wild fish when the two are together (Rhodes and Quinn 1998). In any event, hatchery fish are apparently more numerous than their wild counterparts. In 2000 and 2001, 61% and 73%, respectively, of the smolts captured in the estuary were of hatchery origin (M. Wallace, CDFG, unpublished data, 2002).

The percentage of hatchery fish in the spawning population has not been estimated directly, but Brown et al. (1994) estimated that 90% of the

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 77 of 102
011571

adult coho in the system returned directly to the hatcheries or spawned in the rivers in their immediate vicinity. Other hatchery coho no doubt stray into other streams, but the percentage is not known (CDFG 2002). In a survey of spawning coho in the Shasta River in 2001, individuals from the Iron Gate and Trinity River hatcheries were identified; seven of 23 carcasses examined were hatchery fish (CDFG, unpublished data, 2001). Regardless of origin, natural-spawning coho in the basin's tributaries have managed to maintain timing of runs and other life-history features that fit the basin's hydrologic cycle well.

### Status

Coho salmon populations in California in general and in the Klamath basin specifically have declined dramatically in the last 50 yr (Brown et al. 1994, Weitkamp et al. 1995, CDFG 2002). The Southern Oregon-Northern California Coast (SONCC) ESU, of which Klamath stocks are part, was listed as threatened by the National Marine Fisheries Service (NMFS) as a consequence. The California Department of Fish and Game (CDFG 2002) recommended listing the ESU as threatened under the California state endangered species act, and the recommendation was adopted by the Fish and Game Commission as official state policy. Analysis by CDFG (2002) suggests that SONCC populations have stabilized at a low level since the late 1980s but could easily decline again if stream conditions change. Surveys in 2001 indicated that 17 (68%) of 25 historical coho streams in the Klamath basin contained small numbers of juvenile coho (CDFG 2002). In the Trinity River, wild coho stocks have experienced reduction of about 96% (USFWS/HVT 1999). The role of coho spawners of hatchery origin in maintaining these populations is not known, but marked fish of hatchery origin have been found among the spawners.

### CHINOOK SALMON

Chinook salmon were and continue to be the most abundant anadromous fish in the Klamath basin, and their management potentially influences the abundance of coho in the basin and vice versa. They support important commercial, sport, and tribal fisheries. Annual runs have ranged from about 30,000 to 240,000 fish in the last 25 yr (CDFG, unpublished data, 2002), although runs were much larger historically (Snyder 1931). Chinook salmon spawn and grow primarily in the main stem of the Klamath River, in the larger tributaries (such as the Salmon, Scott, Shasta, and Trinity rivers), Bogus, Indian, Elk, and Blue creeks, and also in some smaller tributaries. Large numbers once spawned in the Williamson, Sprague, and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 78 of 102
011572

264                                    *FISHES IN THE KLAMATH RIVER BASIN*

Wood rivers above Upper Klamath Lake, but these runs were eliminated by the construction of Copco Dam in 1917 (Snyder 1931).

Two ESUs are recognized for Klamath basin Chinook: the Southern Oregon and Coastal (SOCC) ESU and the Upper Klamath and Trinity rivers ESU (Myers et al. 1998). The SOCC ESU consists only of fall-run Chinook that spawn in the main-stem Klamath roughly from the mouth of the Trinity River to the estuary and is tied to other runs in coastal streams from Cape Blanco, Oregon, to San Francisco Bay. The Upper Klamath and Trinity rivers ESU encompasses the rest of the Chinook in the basin, including Trinity River fish. It consists of three runs (fall, late fall, and spring). Runs are named for the season of entry and migration up the river, which is not necessarily the same as the spawning time. Thus, spring-run Chinook migrate upriver during the spring, but spawn in the fall. The spring run differs in its life history from other runs and diverges slightly from them genetically as well; it may merit status as a separate ESU (Myers et al. 1998). Because studies of Chinook salmon and fisheries in the Klamath basin do not separate fish from the two ESUs (e.g., Hopelain 2001, Prager and Mohr 2001), Chinook salmon are treated here as either fall-run or spring-run. The late fall-run Chinook in the basin is either extinct or poorly documented (Moyle 2002). The vast majority of the fish today are fall-run fish of both wild and hatchery origin.

## Fall-Run Chinook Salmon

### Life History of Fall-Run Chinook Salmon

Fall-run Chinook in the Klamath have the classic ocean type of life-history pattern: juveniles spend less than a year in freshwater (Healey 1991). This pattern allows the salmon to take advantage of streams in which conditions may become unfavorable by late summer (Moyle 2002). Adult Chinook salmon that have the ocean type of life-history pattern also typically spawn in the main channels of large rivers and their major tributaries. Historically, the fall run in the Klamath was known as a summer run because fish started entering the estuary and lower river in July, peaked in August, and were largely finished by late September (Snyder 1931). Today, the run peaks in early September and continues through late October (Trihey and Associates 1996; USFWS, unpublished material, 1998). The 2- to 4-wk shift in run timing suggests that the main-stem Klamath and Trinity rivers have become less favorable to adult salmon in summer, presumably because of high temperature (Bartholow 1995), or perhaps because of excessive harvest of early run fish. Even with the shift in timing, temperature during the time of the spawning run probably is stressful to the migrating salmon and may result in increased mortality of spawning adults. Literature re-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

viewed by Bartholow (1995) suggests that temperatures under 14°C are optimal for adult migration and that chronic exposure of migrating adults to 17–20°C can be lethal, although they can endure temperatures as high as 24°C for short periods. McCullough (1999, p. 75), commenting on adult migration primarily with data from the Columbia River, concludes that spring Chinook migrate at 3.3–13.3ºC, summer Chinook migrate at 13.9–20.0ºC, and fall Chinook migrate at 10.6–19.4ºC.

Fall-run Chinook reach upstream spawning grounds 2–4 wk after they enter the river; they then spawn and die (USGS 1998). In 2001, adult Chinook were first recorded entering the Shasta River on September 11; the run peaked on October 1, and 95% of the run had entered the system by October 27 (CDFG, unpublished data, 2001). In 1993–1996, spawning in the reach between Seiad Creek and within 40 mi of Iron Gate Dam on the main stem began in the second week of October, peaked in the last week of October, and was completed by the middle of November (USGS 1998). This spawning period coincides with declining temperatures, which by early November are within the optimal range for incubation of developing embryos (4–12°C); 2–16°C is the range for 50% mortality (Healey 1991, Myrick and Cech 2001).

Time to emergence from the gravel varies with the temperature regime to which the embryos are exposed. In the main-stem Klamath River, alevins can emerge from early February through early April, but peak times vary from year to year (USGS 1998). In the Shasta River, newly emerged fry have been captured as early as the middle of January (USGS 1998). After they emerge, fry disperse downstream, and many then take up residence in shallow water on the stream edges, often in flooded vegetation, where they may remain for various periods. As they grow larger, they move into faster water. Some fry, however, keep moving after emergence and reach the estuary for rearing (Healey 1991). This pattern seems to be common in the Klamath River, although the small juveniles in the estuary leave, apparently for the ocean, after only a few weeks (Wallace 2000). The time that juveniles spend in the estuary may depend on upstream conditions (Wallace and Collins 1997). When river conditions are relatively poor (for example, warm), the juveniles move into the estuary when smaller and stay there longer. In other systems, juveniles may live in the estuary through the smolt stage and this can be important for allowing juvenile Chinook of the ocean life-history pattern to grow to larger sizes before entering the ocean (Healey 1991). Juveniles are found in the Klamath estuary from March through September (the sampling season), over which time new fish constantly enter and older fish leave (Wallace 2000; unpublished data 2002).

Other juvenile fall-run Chinook rear in the river or large tributaries for 3–9 mo, but downstream movement is fairly continuous. During June and July, movement of wild fish may be stimulated by the release of millions of

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 80 of 102
011574

juvenile salmon from Iron Gate Hatchery; the hatchery fish probably compete with wild fish for space. An outmigrant trap set at Big Bar, near Orleans, for 10 yr (1991–2001) captured juveniles from late February through late August, although the trap was usually set only from early April through July (T. Shaw, USFWS, unpublished material, 2002). Time of peak catch varied from year to year but usually was between late May and the middle of July. Outmigrant traps on the Scott and Shasta rivers catch Chinook fry, parr, and smolts from early February through July in most years. Peak numbers occur in March or early April for the Shasta River and from the middle of April to the middle of May in the Scott River. A survey of main-stem pools at the mouths of creeks in 2001 indicates that juveniles can be found in the main stem from January through September, but abundances are considerably reduced by August and September (T. Shaw, USFWS, unpublished material, 2002). Thus, there appears to be a steady movement of fish down the main stem throughout summer; the fry stay for various periods in the main stem at temperatures of 19–24°C. That pattern is consistent with the thermal tolerances of juvenile Chinook salmon, which can feed and grow at continuous temperatures up to 24°C when food is abundant and other conditions are not stressful (Myrick and Cech 2001). Under constant laboratory conditions, optimal temperatures for growth are around 13–16°C. Continuous exposure to 25°C or higher is invariably lethal (McCullough 1999). Juveniles can, however, tolerate higher temperatures (28–29°C) for short periods. Depending on their thermal history, fish in wild populations may experience high mortality at temperatures as low as about 22–23°C (McCullough 1999). In the lower Klamath River, the presence in late summer of refuges that are 1–4°C cooler than the main stem and lower temperatures at night may increase the ability of the fry to grow. The abundance of invertebrate food also makes the environment bioenergetically favorable, although intense intraspecific competition may occur around the refuge pools.

What limits the survival of Chinook fry in the main stem is not known. Food is apparently abundant, and summer temperatures, although potentially stressful, are rarely lethal. It is possible that shallow-water rearing habitat is limiting for fry, especially if there is competition for space with other salmonids, including hatchery-reared Chinook and steelhead (e.g., Kelsey et al. 2002). Fry (under 50 mm) require shallow edge habitat for feeding and protection from predators. Thus, increasing flows to increase edge habitat may be desirable for as long as small fish are present. Some fall-run Chinook apparently remain in the river long enough to become smolts before they migrate to the sea; the rest do not (migration to the estuary is known to occur without smoltification in some cases). Timing of migration may be critical. Baker et al. (1995) indicated that prolonged exposure of outmigrating smolts to temperatures of 22–24°C in the Sacra-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 81 of 102
011575

mento River resulted in high mortality. Juvenile Chinook salmon that trans-form into smolts at temperatures over 18°C may have low ability to survive in seawater (Myrick and Cech 2001).

Once the Chinook are at sea, they grow rapidly on a diet of shrimp and small fish (Healey 1991). They can move widely through the ocean but typically are most abundant in coastal waters, where growth and survival are strongly influenced by ocean conditions. They return to the Klamath mainly as 3-yr-old fish, but jacks (2-yr-old males) and 4-yr-old fish also are common.

## Hatcheries

Hatcheries for Chinook salmon have been operating continuously since 1917. Both the Iron Gate Hatchery and the Trinity River Hatchery produce large numbers of spring-run (13%) and fall-run (87%) juvenile Chinook of native stock (Myers et al. 1998). The hatcheries release 7–12 million juve-niles into the river each year (about 70% from the Iron Gate Hatchery, all fall-run). The fish generally have been released over 2–3 days in late May or early June and take 1–2 mo (mean, 31 days) to reach the estuary (M. Wallace, CDFG, unpublished data, 2002), although some fish probably remain in pools for most of summer. Smaller fish take longer than larger fish to reach the estuary, but because they are feeding and growing on the way downstream, all juveniles are about the same size when they reach it. About 40% of the juvenile fish in the estuary in 2000 were of hatchery origin (CDFG, unpublished data, 2000); this is presumably a fairly typical figure. Adult Chinook returning to the hatcheries are roughly one-third of the total run—30% in 1999, 44% in 2000, and 28% 2001 (CDFG, unpub-lished data, 2001). There has been an increase in the percentage of hatchery fish in the run in recent years—up from 18% in 1978–1982, and 26% in 1991–1995 (Myers et al. 1998). Their contribution to natural spawning is not known, but estimates for the Trinity River suggest that it is roughly the same as the percentage of hatchery returns (Myers et al. 1998).

## Status

The fall-run Chinook salmon in the Klamath basin overall probably has declined in abundance, but it is still the most abundant salmonid in the basin. In the first major study of Klamath salmon, Snyder (1931) stated that "the actual contribution of the river to the entire salmon catch of the state is not known, nor can it be known. . . . The fishery of the Klamath is particularly important, however, because of the possibility of maintaining it, while that of the Sacramento probably is doomed to even greater depletion than now appears." Snyder did not provide estimates of run sizes, but the river harvest

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 82 of 102
011576

alone in 1916–1927 was 35,000–70,000 fish (as estimated from Snyder's data showing an average weight of 14 lb/fish and a harvest of 500,000–1,000,000 lb each year). If, as Snyder's data suggest, the river harvest was roughly 25% of the ocean harvest in this period, annual total catches were probably 120,000–250,000 fish. This in turn suggests that the number of potential spawners in the river was considerably higher than the number spawning in the river today. Since 1978, annual escapement has varied from 30,000 to 230,000 adults. In both 2000 and 2001, runs were over 200,000 fish. If it is assumed that fish returning to the hatcheries are, on the average, 30% of the population and that 30% of the natural spawners are also hatchery fish, then roughly half the run consists of salmon of natural origin (including progeny of hatchery fish that spawned in the wild).

Additional evidence of decline is the exclusion of salmon from the river and its tributaries above Iron Gate Dam in Oregon, where fairly large numbers spawned, and the documented decline of the runs in the Shasta River. The Shasta River once was one of the most productive salmon streams in California because of its combination of continuous flows of cold water from springs, low gradients, and naturally productive waters. The run was probably already in decline by the 1930s, when as many as 80,000 spawners were observed. By 1948, the all-time low of 37 fish was reached. Since then, run sizes have been variable but have mostly been well below 10,000. Wales (1951) noted that the decline had multiple causes, most related to fisheries and land use in the basin, but laid much of the blame on Klamath River lampreys: the lampreys preyed extensively on the salmon in the main stem when low flows delayed their entry into the Shasta River.

In some respect, it is remarkable that fall-run Chinook salmon in the Klamath River are doing as well as they seem to be. Both adults migrating upstream and juveniles moving downstream face water temperatures that are bioenergetically unsuitable or even lethal. As explained later in this chapter, the vulnerability of the run to stressful conditions was dramatically demonstrated by the mortality of thousands of adult Chinook in the lower river in late September 2002.

## Spring-Run Chinook

### Life History

Like coho, spring-run Chinook have a stream type of life history, which means that juveniles remain in streams for a year or more before moving to the sea (Healey 1991). In addition, the adults typically enter freshwater before their gonads are fully developed and hold in deep pools for 2–4 mo before spawning. In California, this strategy allows salmon to spawn and develop in upstream reaches of tributaries that often are inaccessible to fall-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 83 of 102
011577

run Chinook because of low flows and high temperatures in the lower reaches during fall (Moyle 2002). Major disadvantages of such a life-history pattern in the present system are that low flows and high temperatures during the adult and smolt migration periods can prevent the fish from reaching their destinations or greatly increase mortality during migration (Moyle et al. 1995, Trihey and Associates 1996).

Spring-run Chinook enter the Klamath system from April to July, although the fish that appear later apparently are mainly of hatchery origin (Barnhart 1994). The Chinook aggregate in deep pools, where they hold through September. Temperatures below 16°C generally are regarded as necessary for spring-run Chinook because susceptibility to disease and other sources of mortality and loss of viability of eggs increase as temperature increases (McCullough 1999). In the Salmon River, temperatures of pools holding spring-run Chinook often exceed 20°C (West 1991, Moyle et al. 1995). Spawning peaks in October. Fry emerge from the redds from March to early June; the fish reside through the summer in the cool headwaters (West 1991). Because most of the streams in which they reside also are likely to be used by juvenile coho salmon, interactions between the two species are likely (see O'Neal 2002 for information specific to the Klamath). Some juveniles may move down to the estuary as temperatures decline in October, although most do not move out until the following spring (Trihey and Associates 1996); they spend summer in the same reaches as the holding adults. More precise details of the life history of spring-run Chinook in the Klamath basin are unavailable.

**Status**

Spring-run Chinook may once have been nearly as abundant as fall-run Chinook in the Klamath basin. Perhaps 100,000 fish spread into tributaries throughout the basin, including the Sprague and Williamson rivers in Oregon (Moyle 2002). The Shasta, Scott, and Salmon rivers all supported large runs. Spring-run Chinook suffered precipitous decline in the 19th century caused by hydraulic mining, dams, diversions, and fishing (Snyder 1931). The large run in the Shasta River disappeared coincidentally with the construction of Dwinnell Dam in 1926 (Moyle et al. 1995). In the middle to late 20th century, the decline of the depleted populations continued as a result of further dam construction (for example, of Trinity and Iron Gate Dams) and, in 1964, heavy sedimentation of habitat that resulted from catastrophic landslides due to heavy rains on soils denuded by logging (Campbell and Moyle 1991). By the 1980s, spring-run Chinook had been largely eliminated from much of their former habitats because the cold, clear water and deep pools that they require were either absent or inaccessible. In the Klamath River drainage above the Trinity, only the population

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 84 of 102
011578

in the Salmon River and Wooley Creek remains; it has annual runs of 150–1,500 fish (Campbell and Moyle 1991, Barnhart 1994). Numbers of fish in the area continue to decline (Moyle 2002). Because the Trinity River run of several thousand fish per year is apparently sustained largely by the Trinity River Hatchery, the Salmon River population may be the last wild (naturally spawning) population in the basin. The Trinity River Hatchery releases over 1 million juvenile spring-run Chinook every year, usually in the first week of June. Apparently, all spawners in the main-stem Trinity River below Lewiston Dam are of hatchery origin.

NMFS debated designation of the Klamath spring-run Chinook as a distinct ESU, but decided that it was too closely related to fall-run Chinook to justify separation (Myers et al. 1998). Nevertheless, the presence of genetic differences and of great differences in life history suggest that it should be managed as a distinct ESU (as was done for the Sacramento River spring-run Chinook) or as a distinct population segment. Protection and restoration of streams used by spring-run Chinook salmon would provide additional protection for coho salmon because the two salmon have similar temperature and habitat requirements.

## STEELHEAD

Steelhead (anadromous rainbow trout) are widely distributed and common in the Klamath basin. They consistently co-occur with coho salmon in streams, and the juveniles of the two species can have strong interactions (e.g., Harvey and Nakamoto 1996). All populations are considered by NMFS to be part of the Klamath Mountains Province ESU. Besides having genetic traits in common, the populations share a life-history stage called the half-pounder, which is an immature fish that migrates to the sea in spring but returns to spend the next winter in freshwater (Busby et al. 1994, Moyle 2002). Two basic life-history strategies are recognized in the basin: summer steelhead (stream-maturing) and winter steelhead (ocean-maturing). Barnhart (1994) and Hopelain (1998) divide the winter steelhead further into early (fall-run) and late (winter-run), but the two forms have similar life histories and will be treated together here as winter steelhead.

## Winter Steelhead

### Life History

Winter steelhead are the most widely distributed anadromous salmonids in North America. Key factors in their success in a wide variety of habitats include an adaptable life history, higher physiological tolerances than those of other salmonids, and ability to spawn more than once (Moyle

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

2002). The flexibility in life-history pattern is reflected in the fact that most populations have juveniles that spend 1, 2, or 3 yr in freshwater and adults that spend 2–4 yr in the ocean and return one to four times to spawn. This variability virtually ensures that runs can continue through periods of adverse conditions unless the stream habitat becomes chronically unfavorable to survival of steelhead.

Winter steelhead enter the Klamath River from late August to February (Barnhart 1994). They disperse throughout the lower basin and spawn mainly in tributaries but also show some main-stem spawning. Snyder (1933) noted that fish entering the Shasta River in 1932 came in bursts of 2–3 days over a 7-wk period. Spawning, which can take place any time from January through April, apparently peaks in February and March. Mature fish first return to spawn after a year, at 40–65 cm; the smallest fish are those that spent a winter in freshwater as half-pounders (Hopelain 1998). Up to 30% of the mature fish spawn a second time, after another year at sea; up to 20% spawn a third time; and a very few a fourth time (Hopelain 1998).

Fry emerge from the gravel in spring and most (80–90%) spend 2 yr in freshwater before going to sea. The rest spend either 1 or 3 yr in freshwater (Kesner and Barnhart 1972, Hopelain 1998). The juveniles occupy virtually all habitats in the basin in which conditions are physiologically suitable. They can tolerate minimal depths and flows and so can be found in the smallest accessible tributaries and in the main river channels. Although spawning occurs mainly in tributaries, the juveniles distribute themselves widely, and many move into the main stem. For example, large numbers of parr have been observed moving out of the Scott and Shasta rivers in early July (W.R. Chesney, CDFG, unpublished reports, 2000, 2002). Habitat preferences change with size: bigger fish are more inclined to use pools or deep runs and riffles, and the larger juveniles prefer water at least about 50–100 cm deep with water-column velocities of 10–30 cm/s and deep cover (Moyle 2002). Juveniles feed primarily on invertebrates, especially drifting aquatic and terrestrial insects, but fish (including small salmon) can be an important part of the diet of larger individuals. Aggressive 2-yr-old steelhead (14–17 cm) often dominate pools.

A key to the success of steelhead in freshwater is their thermal tolerance, which is higher than that of most other salmonids. Preferred temperatures in the field are usually 15–18°C, but juveniles regularly persist in water where daytime temperatures reach 26–27°C (Moyle 2002). Long-term exposure to temperatures continuously above 24°C, however, is usually lethal. Steelhead cope with high temperatures by finding thermal refuges (springs, stratified pools, and so on) or by living in areas where nocturnal temperatures drop below the threshold of stress. Persistence in thermally stressful areas requires abundant food, which steelhead will shift

Copyright National Academy of Sciences. All rights reserved.

011580

their behavior to find. Thus, Smith and Li (1983) found that juvenile steelhead persisted in a small California stream in which daytime temperatures sometimes reached 27°C for short periods by moving into riffles where food was most abundant; these fish, however, were at their bioenergetic limits for survival. Overall, the ability of steelhead to thrive under the summer temperatures experienced in the lower Klamath and the different habitat requirements of juvenile steelhead of different sizes indicate that they will benefit from the expansion of habitat created by increased flows in the main-stem Klamath and tributaries, as long as water quality, especially temperature, remains suitable for them.

Steelhead juveniles become smolts and move into the estuary from early April to the middle of May (Kesner and Barnhart 1972). Small numbers continue to trickle into the estuary all summer (M. Wallace, CDFG, unpublished data, 2002). A majority of the early fish that return each year to the river in September are immature (half-pounders, 25–35 cm). These fish usually stay in the lower main stem of the Klamath through March before returning to the sea. This life-history trait allows the steelhead to consume eggs of the large numbers of Chinook salmon that enter the river at the same time (USGS 1998). Half-pounders that return to spawn in the following winter are much smaller (40–50 cm), however, than the first-time spawners that skipped the half-pounder stage (55–65 cm) (Hopelain 1998).

## Hatcheries

The Iron Gate Hatchery produces about 200,000 and the Trinity River Hatchery about 800,000 winter steelhead smolts per year (Busby et al. 1994). The fish are released into the rivers in the last 2 wk of March, and most reach the estuary about a month later (M. Wallace, CDFG, personal communication, 2002), coincident with the emigration of wild smolts. Diets of outmigrating smolts are similar to those of wild smolts, although the consumption of a greater variety of taxa and fewer organisms by the hatchery fish than by wild fish suggests that they have lower feeding efficiency than wild fish (Boles 1990). Otherwise, the interactions between hatchery and wild fish in the Klamath are not known, although hatchery steelhead released into a stream will dominate the wild steelhead (McMichael et al. 1999), potentially increasing the mortality in wild fish from predation, injury, or reduced feeding. Hatchery steelhead also can have adverse effects on juveniles of other salmonids, especially Chinook and coho salmon, through aggressive behavior and predation (Kelsey et al. 2002).

In the 1970s and early 1980s, adults of hatchery origin made up about 8% of the run of Klamath River steelhead and 20–34% of the run in the Trinity River (Busby et al. 1994). As numbers of wild steelhead decline, the percentage of hatchery fish in the population presumably will increase.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

There is some indication that the runs most heavily influenced by hatchery steelhead in the Trinity River have a lower frequency of half-pounders in the population than do wild populations (Hopelain 1998).

**Status**

Historical numbers of winter steelhead in the Klamath River are not known, but total run sizes in the 1960s were estimated at about 170,000 for the Klamath and 50,000 for the Trinity (Busby et al. 1994). Historical numbers for the Klamath River above the Trinity undoubtedly were much higher because by 1917 all access to the upper basin was eliminated and habitat in the tributaries was greatly degraded or blocked. In the 1970s, Klamath River runs were estimated to average around 129,000; by the 1980s, they had dropped to around 100,000 (Busby et al. 1994). Similar trends were noted for the Trinity River. Numbers presumably are still declining, although all estimates of abundance, past and present, are very shaky. NMFS considered winter steelhead in the Klamath to be in low abundance and to be at some risk of extinction (Busby et al. 1994) but has not listed them under the ESA.

## Summer Steelhead

**Life History**

Summer (spring-run) steelhead have the same relationship to winter steelhead that spring-run Chinook salmon have to fall-run Chinook salmon in the Klamath River. They are closely related but have different life histories. Summer steelhead enter the Klamath River as immature fish from May to July and migrate upstream to the cool waters of the larger tributaries (Barnhart 1994, Moyle 2002). They hold in deep pools roughly until December, when they spawn. Temperature requirements of adult summer steelhead are not well documented, but maximum daytime temperatures of less than 16°C seem to be optimal, and temperatures above 20°C increase stress substantially (Moyle et al. 1995) through susceptibility to starvation (they do not feed much while holding) and disease. High temperatures also decrease viability of eggs inside the females. Juveniles probably occupy mainly the same upper stream reaches in which they were spawned, that is, above the areas in which most winter steelhead spawn and rear but where coho are likely to be present. Other aspects of their life history are similar to those of winter steelhead, including a predominance of 2-yr-old smolts and the presence of half-pounders (Hopelain 1998). There is some evidence, however, that summer steelhead have higher repeat spawning rates and grow larger in the ocean (Hopelain 1998). As is the case with spring-run

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 88 of 102
011582

Chinook salmon, major disadvantages of the summer steelhead's life-history pattern in the present system are that reduced flows and increased temperatures during the adult and smolt migration periods prevent the fish from reaching their destinations or greatly increase their mortality during migration (Moyle et al. 1995, Trihey and Associates 1996).

### Status

Summer steelhead once were widely distributed in the Klamath and Trinity basins and were present in most headwaters of the larger tributaries (Barnhart 1994). In the 1990s, estimated numbers were 1,000–1,500 adults divided among eight populations; the largest numbers were in Dillon and Clear creeks (Barnhart 1994, Moyle et al. 1995, Moyle 2002). Numbers presumably are still declining because of loss of habitat, poaching in summer, and reduced access to upstream areas during migration periods as a result of diversions. Summer steelhead and winter steelhead probably are different ESUs. NMFS considers the stocks depressed and in danger of extinction (Busby et al. 1994). Summer steelhead are not produced by Klamath basin hatcheries.

## OTHER FISHES

### Pink Salmon

Small runs of pink salmon probably once existed in the Klamath River and elsewhere on the coast. The pink salmon now appears to be extirpated as a breeding species in California, although individuals stray occasionally into coastal streams (Moyle et al. 1995, Moyle 2002).

### Chum Salmon

Periodic observations of adult chum salmon and the regular collection of small numbers of young suggest that this species continues to maintain a small population in both the Klamath and Trinity rivers (Moyle 2002). It was more abundant in the past and occasionally was harvested, but it has never been present in large numbers. The run in the Klamath basin is the southernmost of the species. The life history of this species in the Klamath basin, including timing of spawning runs and outmigration of juveniles, is probably similar to that of fall-run Chinook salmon.

### Coastal Cutthroat Trout

Because of their similarity to the more abundant steelhead, coastal cutthroat trout have been largely overlooked in the Klamath basin. They

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 89 of 102
011583

occur mainly in the smaller tributaries to the main stem within about 22 mi of the estuary. They also have been observed further upstream in tributaries to the Trinity River (Moyle et al. 1995). Their life history in the Klamath River is poorly documented but is apparently similar to that of winter steelhead. Adults enter the river for spawning in September and October, and juveniles grow in the streams for 1–3 yr before going to sea. Cutthroat trout can spawn two to four times. Competition for space by spawners and juveniles with the dominant steelhead is reduced by the ability of cutthroat to use habitats higher in the watersheds than are typically used by steelhead (Moyle 2002). Voight and Gale (1998) suggest that in small tributaries in the lower 22 mi of the Klamath River, cutthroat may actually be more abundant in headwater streams than they were historically because they have become resident above migration barriers created by human activities, such as log jams and debris flows. The life history of one such population on the nearby Smith River is documented by Railsback and Harvey (2001).

The general absence of cutthroat trout from streams higher in the Klamath basin presumably results from their general intolerance of water that exceeds 18°C (Moyle 2002) and from competition with the more tolerant steelhead and perhaps other salmonids. Juveniles move downstream when they reach 12–20 cm during April through June, coincidentally with the outmigration of juvenile Chinook salmon, a major prey (Hayden and Gale 1999, Moyle 2002). Adults apparently do not move far once they reach salt water and some may return to overwinter in freshwater; others may move up in summer. Movements into freshwater by nonbreeding fish may be triggered by abundance of juvenile salmon, which are prey; the timing of such movements into the lower Klamath appears to vary greatly from year to year (Gale et al. 1998). Large numbers of adult cutthroat are observed every summer in lower Blue Creek, where they seek refuge from poor conditions in the main-stem Klamath (Gale et al. 1998).

## Eulachon

The eulachon or candlefish is a smelt (Osmeridae) that reaches the southern extent of its range in the Mad River, Redwood Creek, and the Klamath River (Moyle 2002). Historically, large numbers entered the river to spawn in March and April, but they rarely moved more than 8 mi inland. Spawning occurs in gravel riffles, and the embryos take about a month to develop before hatching and being washed into the estuary as larvae. The eulachon in the Klamath River once was an important food of the American Indians in the region (Trihey and Associates 1996). Since the 1970s, their numbers have been too low in most years to support a fishery. The causes of the decline are not known but probably are tied to changing ocean conditions and poor habitat and water quality in their historical spawning areas (Moyle 2002).

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 90 of 102
011584

## Green Sturgeon

Probably 70–80% of all green sturgeon are produced in the lower Klamath River and Trinity River, where several hundred are taken every year in the tribal fishery, which is the principal source of life-history information on this species (Moyle 2002). Green sturgeon enter the Klamath River to spawn from March to July; most spawning occurs from the middle of April to the middle of June at temperatures below 14°C. Spawning takes place in the lower main stems of the Klamath and Trinity rivers in deep pools with strong bottom currents. Juveniles occupy the river until they are 1–3 yr old, when they move into the estuary and then to the ocean. Optimal temperatures for juvenile growth in the river appear to be 15–19°C. Temperatures above 25°C are lethal (Mayfield 2002). After leaving the river, green sturgeon spend 3–13 yr at sea before returning to spawn and often move long distances along the coast. They reach maturity at 130–150 cm and are repeat spawners. Large adults (250–270 cm) typically are females that are 40–70 yr old (Moyle 2002). There is some evidence that green sturgeon populations are in decline, but reduction of the marine commercial fishery for them may have alleviated the decline somewhat (Moyle 2002). In 2003, NMFS rejected a petition to have them listed as a threatened species.

## Pacific Lamprey

Lampreys once were so abundant in the coastal rivers of California that they inspired the name Eel River for the third largest river in the state. They supported important tribal fisheries. Today, their numbers are low and declining (Close et al. 2002, Moyle 2002). Their biology is poorly documented, but they probably have multiple runs in the Klamath basin. Most adults (30–76 cm) enter the river from January through March to spawn from March to June, although movement has also been observed in most other months (Moyle 2002). How far upstream lampreys moved historically is not known, but it is certain, as shown by the genetics of resident lampreys, that they entered the upper basin above Klamath Falls at least occasionally. Most spawning appears to take place in the main stem or larger tributaries. Like salmon, lampreys construct redds for spawning in gravel riffles, although the tiny larvae emerge from the gravel in just 2–3 wk. They are washed downstream once they emerge, and they settle in sand and mud at the river's edge. The larvae (ammocoetes) live in burrows in these quiet areas for probably 5–7 yr and feed on algae and other organic matter. During the larval stage, they move about frequently, so they are commonly captured in salmon outmigrant traps. Factors limiting the survival of ammocoetes are not known, but it is likely that rapid or frequent

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 91 of 102
011585

drops in flow deprive them of habitat and force them to move into open water, where they are vulnerable to predation. They do not appear to be limited by temperatures in the basin, but anything that makes their shallow-water habitat less favorable (such as pollution and trampling by cattle) is likely to increase mortality.

The blind, worm-like ammocoetes undergo a dramatic transformation into eyed, silvery adults when they reach 14–16 cm, after which they migrate to the sea (Moyle 2002). Downstream migration usually is coincidental with high flows in the spring, but movement has also been observed during summer and fall (Trihey and Associates 1996). In the ocean and estuary, they prey on salmonids and other fish for 1–2 yr before returning to spawn. The Pacific lamprey is a tribal trust species with a high priority for recovery to fishable populations (Trihey and Associates 1996). Its cultural importance to American Indians is largely unappreciated (Close et al. 2002).

## Native Nonanadromous Species

Speckled dace, Klamath smallscale sucker, lower Klamath marbled sculpin, threespine stickleback (some of which are anadromous), and Klamath River lamprey are quite common in the lower river and its tributaries of low gradient. With the possible exception of the sculpin, these species probably all have fairly high thermal tolerances (Moyle 2002). In the reaches within 30 mi or so of the ocean, marbled sculpin apparently are replaced by the two amphidromous species, prickly sculpin and coastrange sculpin. With the exception of the lamprey, which feeds on fish, all the resident fishes feed mainly on aquatic invertebrates. The relationship between the native nonanadromous and anadromous species has not been worked out in the Klamath, but the dace, stickleback, sculpins, and suckers are probably subsidized by nutrients brought into the streams by the anadromous fish and may suffer heavy predation, especially in the larval stages, by juvenile salmon and steelhead.

## Nonnative Species

The lower Klamath basin is still dominated by native fishes, but other species have a strong presence in highly altered habitats, such as reservoirs and ponds. The Shasta River, once a cold-water river, now supports large populations of brown bullheads and other warm-water, nonnative species because summer flows consist largely of warm irrigation-return water. There also is a continuous influx of nonnative fishes from the upper Klamath basin, where they are extremely abundant. Because there is a positive relationship between degree of habitat disturbance and abundance of nonnative fishes

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO    Document 410    Filed 02/21/20    Page 92 of 102
011586

278                                    *FISHES IN THE KLAMATH RIVER BASIN*

(Moyle and Light 1996), improving habitat for native fishes should reduce the likelihood that nonnative species will become more abundant.

## MASS MORTALITY OF FISH IN THE
## LOWER KLAMATH RIVER IN 2002

During the last half of September 2002, mass mortality of fish (fish kill or fish die-off) occurred in a reach of the Lower Klamath River extending about 30 mi up from the confluence of the river with its estuary (Figure 1-1). In responding to the general need for a timely assessment of the conditions leading to this mortality, CDFG released in January 2003 a report that describes the extent of the mortality and its distribution among species, hydrologic and meteorological conditions that accompanied the mortality, some aspects of water quality, and the results of physical examination of both living and dead fish. A second CDFG report will deal with long-term consequences of the mortality. Also during 2003, USGS released a report dealing with the mortality of September 2002 (Lynch and Risley 2003). The USGS report documents environmental conditions that coincided with the mortality, but does not attempt to reach conclusions as to its cause.

The sponsors of the NRC study on endangered and threatened fishes asked the NRC committee to study information on the fish kill of 2002 and include the analysis in its final report. While it is reasonable that this issue be covered in the committee's report, it is also important to note that the fish kill primarily affected Chinook salmon, for reasons that are explained below, and not the threatened coho salmon that is the focus of attention for the NRC committee in its work on the lower Klamath basin. Furthermore, the NRC committee was only able to consider the two reports cited above and unpublished records on weather and temperature; other reports to be issued in the future might provide additional information that would influence conclusions about the cause of the fish kill. The fish kill of 2002 in the Klamath lower main stem is unprecedented in magnitude. It raises questions as to whether human manipulation of the Klamath River or the adjoining estuary was directly or indirectly responsible and, if so, what might be done to prevent its recurrence. A full and final explanation of mortality probably is not possible, however, given that the fish kill was not anticipated and therefore the conditions leading to it were not well documented.

### Extent of Mortality

CDFG, quoting USFWS, has estimated the total mortality of fish in the last half of September 2002 at about 33,000. This estimate, which is subject

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
011587

to revision, is likely to be conservative. The projected run size of fall-run Chinook salmon, which was the most abundant of the fish that died, was estimated at 132,000. Thus, regardless of any adjustments that might be made in the final estimate of mortality, a substantial portion of the Chinook salmon run was lost before spawning.

Both CDFG and USFWS estimated the species composition of the fish kill, which extended beyond salmonids to other taxa, including the Klamath River smallscale sucker, but percentage estimates from CDFG are limited to the salmonids. A sample of 631 dead fish collected under the supervision of CDFG showed 95.2% Chinook salmon, 4.3% steelhead trout, and 0.5% coho salmon. These estimates differ only slightly from the USFWS estimates. Further details may appear in reports yet to be issued. Among both Chinook and steelhead, nonhatchery fish appeared to have died in greater numbers than fish of hatchery origin. A similar determination for coho salmon is complicated by the fact that only small numbers of coho were found. If the coho had been in peak migration at the time when mortality occurred, more dead coho probably would have been found. The coho migration occurs later than the Chinook migration, which probably explains why few coho were affected.

### Direct Causes of Mortality

CDFG has given infection as the direct cause of death of the fish. Both living and dead fish were infected with *Ichthyopthirius multifilis,* a protozoan, and *Flavobacter columnare,* a bacterium. As indicated by CDFG, these two pathogens are widespread and, when they become lethal to fish, typically are associated with high degrees of stress. Crowding may be considered an additive agent to stress in that it facilitates efficient transmission of pathogens from one fish to another. A combination of crowding and stress thus would be especially favorable for the development of these pathogens in sufficient strength to cause mortality of fish. Potential agents of stress, which may have acted in combination rather than alone, include high temperature, inadequate concentrations of dissolved oxygen (undocumented), and high concentrations of unionized ammonia (undocumented).

### Indirect Causes of Mortality

Low flow in the Klamath River main stem is the most obvious possible cause of stress leading to the lethal infections of fish in the lower Klamath River during 2002. Low flow can cause crowding of the fish in their holding areas as they await favorable conditions for upstream migration and can be associated with high water temperature and with lower than normal

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 94 of 102
011588

concentrations of dissolved oxygen. CDFG therefore reviewed information on flow in the main stem, as did USGS (Lynch and Risley 2003).

The flow of the Klamath River at Klamath, which is just a few miles above the estuary, is shown in Figure 7-3 for dry yrs used by CDFG in its overview of low flows in the river. The flows at Iron Gate Dam, about 185 mi upstream, are given for comparison. For an extended span of years not restricted to drought, September flow at Iron Gate Dam is about one-third of the flow at Klamath. For example, mean September discharge at Klamath was 2,973 cfs for 1988 through 2001 (excluding 1996, 1997) and the same statistic for the Klamath River at Iron Gate Dam is 1,130 cfs, as determined from USGS gage records.

The USGS elected not to use data for the Klamath gage because the accuracy of the gage at low flow is subject to errors greater than 15%. Figure 7-3 shows the sum of the gages at Orleans (main stem above the Trinity) and at Hoopa (on the lower Trinity), both of which produce discharge readings within 10% of the true value, for comparison with the flows in the main stem at Klamath. The two sets of values are separated by some additional discharge (undocumented) that accumulates below the



**FIGURE 7-3** Mean flows of the Klamath main stem at Klamath (near the site of the 2002 fish kill) and at Iron Gate Dam (about 185 mi upstream) in September for 6 low-flow years considered by CDFG in its analysis of the fish kill. The asterisk shows the sum of flows for the Klamath at Orleans and the Trinity at Hoopa, as a check on the Klamath gage (this sum omits small tributaries below the Trinity). Sources: Data from CDFG 2003 and USGS gages.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

Trinity. The Klamath gage data and the sum of the two gages above it show essentially the same picture qualitatively, as does the analysis by USGS based on the Orleans gage alone. Also, USGS restricted its analysis of flows to 1–24 September, which coincides better with observed mortality than 1–30 September, but the mean gage readings for these differing intervals are essentially identical (< 1% difference at Klamath). All data indicate that flows comparable with those of 2002 have occurred a number of times over the last 15 yr without causing mass mortality of salmonids. This does not rule out the possibility that low flow was a factor, but it does suggest that the occurrence of flows similar to those of 2002 has not in the past been sufficient by itself to cause mass mortality.

The USGS analysis adds a new dimension to future concerns related to flow in that it shows a substantial increase in distance to the water table over 2001 and 2002, both of which were dry years. Because shallow alluvial water reaches the tributaries and main-stem Klamath as groundwater, which supports flow in dry weather, drawdown of the water table by pumping should be taken into account in any future evaluation of low flows, particularly if pumping is a growing response to water scarcity during drought. Flow could be related to crowding on a conditional basis through run size or timing of run. CDFG considered this possibility by using estimates of run timing and run size of Chinook salmon, which accounted for most of the fish biomass in the river during the last half of September. The analysis showed that the run of Chinook was only slightly larger than average and that it was bracketed by run sizes both smaller and larger for other comparably dry years. Thus, run size does not show evidence of being a conditional influence related to flow.

The August–October run of Chinook appears to have peaked earlier in 2002 than in other years of record, and this suggests a conditional relationship with low flow in causing mortality. CDFG was reluctant, however, to attribute great significance to this possible relationship, given the small amount of information on which it is based. The data available to CDFG indicated that air temperatures were not unusually high during September 2002 compared with other years of low flow when no fish kills occurred. Information on water temperature is sketchier, but also indicates that average maximum water temperatures fell within the range of water temperatures in previous years of low water when there were no fish kills. The USGS made comparisons of the Klamath River with the Rogue River, which is located nearby and has more comprehensive temperature records. Both water and air temperatures on the Rogue River were approximately 2°F higher in 2002 than the mean for the period of record. While the difference is small, the threshold for harm to salmonids lies close to September temperatures, even in years of average flow. The USGS analysis, like the CDFG analysis, did not suggest that temperatures in 2002 were extreme by com-

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 96 of 102
011590

282                                    FISHES IN THE KLAMATH RIVER BASIN

parison with other years of low flow when no fish kills occurred. Thus, if temperature is a factor governing mortality, it would involve coincidence of high temperatures with some other factor, the nature of which is not clear from the presently available information.

Tests of water quality did not indicate the presence of toxicants, although the water was not sampled until seven days after the onset of the first observation of dead fish (CDFG 2003). It is always possible that toxicants not tested were involved, but this seems unlikely, given that the fish kill occurred over an extended period and that there is no circumstantial evidence of the role of toxicants other than possibly ammonia generated by the fish themselves.

CDFG also considered fish passage. According to CDFG, high flows in 1997 and 1998 may have caused aggradation and expansion of channel bars that inhibited fish passage during extremes of low flow. These changes did not result in fish kills during the low-water year of 2001, but flows in 2001 were not as low as those in 2002. Thus, a current hypothesis of CDFG is that a change in channel geometry has created new conditions that are detrimental to fish at low flows even though such flows previously did not lead to high mortality. The hypothesis is speculative in that changes in channel conditions have not been established by measurement, but it should remain under consideration until further relevant evidence is collected.

## Summary of Explanations

The possibility that passage is inherently more difficult at low flows now than it was before 1997–1998 was the only explanation of unique conditions leading to the fish kill that CDFG could not rule out in preparing its January 2003 report. Because of the limited data about conditions before and during the kill, other hypotheses probably will emerge as other reports are prepared. One hypothesis that has not been evaluated by CDFG involves the effect of temperature extremes during the fish kill. As explained earlier in this chapter, mean water temperature is less important for salmonids than extremes of water temperature. Thus, for example, the failure of temperatures to decline sufficiently at night when mean temperature is high could place unusual stress on salmonids but could be overlooked in a consideration of mean and maximum temperatures alone. Such conditions could occur, for example, when back radiation is so low (perhaps as a result of cloudiness or high humidity) that a typical amount of cooling would not occur at night.

A sequence of events involving daily minimum temperature rather than fish passage might be a cause of mortality. A large number of salmon moved up the river coincident with a series of days in which water temperatures were high enough to inhibit migration. McCullough (1999) states

Copyright National Academy of Sciences. All rights reserved.

011591

that, based on studies in the Columbia River, Chinook salmon cease migrating when maximum water temperatures exceed 21°C. Lynch and Risley (2003) indicate that during the time of the kill, maximum water temperatures in the river at Orleans, 30 mi upstream of the kill, averaged 20.3°C, and that the average minimum was 19.7°C. Thus it seems likely that temperatures in the Klamath River at the site of the kill reached or approached the inhibitory temperatures. As they commonly do, the salmon held in pools when the temperatures were high, waiting for conditions to improve before continuing upstream. The temperature and flow data given by Lynch and Risley (2003) indicate, however, that conditions did not improve and that nocturnal temperatures were not much lower than daytime temperatures. Because salmon are more vulnerable to infectious diseases at higher temperatures (McCullough 1999), crowding encouraged the disease outbreak that resulted in the kill.

The fish-passage hypothesis of CDFG or the minimum temperature hypothesis given above may or may not justify additional release of flow from Iron Gate Dam. It is unclear whether low flows actually blocked upstream migration or, as suggested by the literature, that most of the fish stopped moving because of high temperature (CDFG cites evidence that at least a portion of the run was capable of moving upstream during these low-flow conditions). The emergency release of 500 cfs of additional water from Iron Gate Dam by USBR, which arrived long after the fish kill had ended, lacked any specific justification. For relief of physical blockage, if it occurs, only a large amount of water (e.g., 1,500 cfs) would be of use. Additional water from the Trinity could be especially valuable in that it would be cooler, if released in quantity.

If passage is the key issue, the recurrence of low flows similar to those of 2002 will probably be accompanied by mass mortality of fish. If other explanations, including minimum temperature, are the key explanation of mortality, recurrence is less likely, although higher temperatures over the long term caused by climate change could increase the likelihood that such kills would occur. Aggressive pursuit of some recommendations related to coho salmon (see information on augmentation of cold-water tributary flows in Chapter 8) could, if successful, reduce the risk of mass mortality of Chinook salmon. In any case, it is clear that increased monitoring of water quality and channel conditions in relation to flows in the lower main stem is needed in support of measures that may be necessary to prevent loss of Chinook salmon.

## CONCLUSIONS

The lower Klamath basin is a geologically dynamic region that historically had large runs of anadromous fishes with diverse life histories. The

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 98 of 102

011592

fishes were widely distributed in the basin; some even entered the rivers that fed Upper Klamath Lake. The Salmon, Scott, Shasta, and Trinity rivers—all of which are major tributaries of the Klamath River—were major salmon and steelhead producers. The Shasta River in particular, with its cold flows and high productivity, was once especially productive for anadromous fishes. In the Klamath basin as a whole, Chinook salmon were and are the most abundant salmonid, followed by steelhead. Coho salmon rank third, but are well below Chinook and steelhead in abundance.

Virtually all populations of anadromous fishes have declined considerably from their historical abundances, although documentation for some species, such as Pacific lamprey and green sturgeon, is poor. Three of the most distinctive forms—coho salmon, spring-run Chinook, and summer steelhead—are on the verge of extinction as naturally maintained populations in the basin. It is significant that these three are the most dependent on summer water temperatures below 18°C and that they historically spawned and developed in tributary streams, many of which now are too warm for them. The anadromous fishes have been in decline since the 19th century when dams, mining, and logging severely altered many important streams and shut off access to the upper basin. The declines continued through the 20th century with the development of intensive agriculture with its dams, diversions, and excessively warm water both inside and outside the basin. Continued logging in headwater areas and commercial fishing also have contributed to the decline.

The main-stem Klamath River has become a challenging environment for anadromous fishes because of decreased flows and increased summer water temperatures. Although it is inhospitable to juvenile coho, it is still important for the rearing of juvenile Chinook salmon and steelhead, but increases in temperatures in July–September of 1–3°C may make it unsuitable even for them in the future. Increased flows down the river in summer are likely to benefit anadromous fishes only if temperatures can be kept within bioenergetically favorable ranges. This is particularly true for the lowermost reach of the main stem, below the Trinity River, which may be either cooler or warmer in late summer than the main stem, depending on the amount of water being released from Lewiston Dam.

Millions of juvenile fish, including Chinook salmon, steelhead, and coho are released into the Klamath and Trinity rivers each year by the Iron Gate and Trinity River hatcheries, which were built to mitigate salmonid losses created by large dams. These hatcheries have helped to maintain fisheries for coho and Chinook salmon, but their effect on wild populations of salmonids in the basin is not well understood. It is likely, however, that interactions between the hatcheries and wild juveniles in the river are having an adverse effect on the survival of wild juveniles through competition for space and food and aggressive interactions (e.g., McMichael et al. 1999,

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 99 of 102
011593

Kelsey et al. 2002), to the extent that the contributions of hatchery fish to fisheries are at least partially offset by the decreased contribution of wild fish (Levin et al. 2001). A high percentage of naturally spawning adult coho and Chinook salmon are of hatchery origin.

Native nonanadromous fishes are widespread and common in the drainage, but their relationships to anadromous fishes are not known. Nonnative fishes are uncommon in the lower basin except where drastically altered habitats favor them. If habitat degradation continues, the Klamath River and its main tributaries will probably favor nonanadromous native and nonnative fishes increasingly at the expense of anadromous fishes. The hierarchical nature of watersheds assures that many environmental changes, some of which are quite small individually, collectively affect fish populations not only in their immediate vicinity but also both upstream and downstream because of the extensive movement of fishes (Fausch et al. 2002).

The problems with coho salmon are a reflection of larger problems with poor habitat and water quality for anadromous fishes generally in the basin. Restoration efforts that benefit coho salmon should benefit most, but not necessarily all, declining species. Prevention of further listings under the ESA requires a systematic, basin-wide approach to restoration and management. Some major gaps in knowledge are as follows:

1. Information on the biology of coho and other salmonids in the basin is largely unsynthesized; synthesis and interpretation of data on historical trends and present conditions would be especially valuable.

2. Studies on anadromous fishes other than fall-run Chinook, winter steelhead, and coho are very limited or lacking, particularly for summer steelhead, spring-run Chinook, and Pacific lamprey. It cannot be assumed that management strategies favoring species of primary interest also favor other species.

3. The biology of nonanadromous native fishes and macroinvertebrates in the basin is largely unknown, including basic descriptions of life histories and environmental requirements and their relationships to coho salmon and other anadromous fishes.

4. The potential effects of global climate change on the Klamath basin and its fishes, especially coho, are poorly understood, including the relationship between changing ocean conditions and the abundance of coho and other anadromous fishes. Climate warming would almost certainly be disadvantageous to coho.

5. The thermal consequences of stream and watershed restoration actions, including increasing summer flows down the main-stem Klamath River, are not well documented, especially in relationship to coho salmon.

6. The effects of hatchery operations on wild populations of coho and

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...

other salmonids in the basin are not understood, including the effects of hatchery steelhead and Chinook on juvenile coho salmon.

7. Strategies for improving tributaries for spawning and rearing of coho and other anadromous fishes are not yet well defined.

8. The lower 30–40 km of the main-stem Klamath seems to be increasingly unfavorable to anadromous fishes, for reasons that are not known. The effect on the lower river of changing flows from the Trinity River needs to be evaluated, as do the potential benefits of comanaging flow releases from the dams on the Trinity and Upper Klamath rivers.

9. Reliable abundance estimates and habitat affinities of juvenile coho and other salmonids are largely lacking.

Copyright National Academy of Sciences. All rights reserved.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...
Case 3:19-cv-04405-WHO   Document 410   Filed 02/21/20   Page 101 of 102
011595

# 8

# Facilitating Recovery of Coho Salmon and Other Anadromous Fishes of the Klamath River

Restoration of anadromous fishes to higher abundances in the Klamath basin will require multiple interactive initiatives and will take many years to reach full effectiveness. This chapter emphasizes actions needed for recovery of coho salmon; the same actions likely will benefit other species as well. Remedial actions to be evaluated here include restoration of tributary habitat, restoration of main-stem flows and habitats in the Klamath River, removal of dams, changes in land use and water management, changes in operation of hatcheries, and creation of an institutional framework for fisheries management. Research and monitoring programs are the means by which remedial actions should be evaluated and adjusted.

## RESTORATION OF TRIBUTARIES

Coho salmon, spring-run Chinook salmon, and summer steelhead depend heavily on tributaries to complete their life cycles and sustain their populations (Chapter 7). Thus, restoring large, self-sustaining runs of anadromous fishes in the basin requires restoration of the tributaries to conditions that favor spawning and rearing of anadromous fishes. For most of the tributaries, restoring low summer temperatures probably is the most important action (Table 8-1). Removing barriers, improving physical habitat, and increasing minimum flows also are important and are strongly linked to the objective of lowering summer temperatures.

Because the four main tributaries differ from each other, a uniform approach to management and restoration in their watersheds is unlikely to

287

Copyright National Academy of Sciences. All rights reserved.

Copyright National Academy of Sciences. All rights reserved.

**TABLE 8-1** Factors Likely to Limit Production of Coho and Other Salmonids in the Shasta, Scott, Salmon, and Trinity Rivers and Their Tributaries

| Limiting Factors | Shasta, Main | Shasta, Tributaries | Scott, Main | Scott, Tributaries | Salmon, Main | Salmon, Tributaries | Trinity, Main | Trinity, Tributaries |
|---|---|---|---|---|---|---|---|---|
| **Migration Barriers** | | | | | | | | |
| Dams, weirs, diversion structures | x | x | o | x | – | – | x | o |
| Low-flow blockage | x | x | x | x | o | o | x | o |
| Thermal barriers | x | x | x | – | o | – | – | – |
| **Hydrologic Changes** | | | | | | | | |
| Low summer and fall flows | x | x | x | x | – | – | – | o |
| Reduced peak winter flows | o | – | – | – | – | – | x | – |
| Reduced spring flows due to diversions | o | o | o | o | – | – | x | o |
| Reduced base-flow support from ground water | x | x | x | x | – | – | – | – |
| **Water Quality** | | | | | | | | |
| High temperature | x | x | x | – | o | o | o | o |
| Low dissolved oxygen (DO) | x | x | o | – | – | – | – | – |
| pH, alkalinity, dissolved solids | – | – | – | – | – | – | – | – |
| Suspended solids | – | – | o | o | o | o | o | o |
| **Geomorphology** | | | | | | | | |
| Loss of spawning gravel | x | o | x | x | o | – | x | x |
| Fine sediment deposition | x | x | x | x | o | – | x | x |
| Channel aggradation and instability | x | o | x | x | – | – | x | x |
| Reduced in-stream cover | x | x | x | o | – | – | x | x |
| Loss of riparian cover | x | x | x | o | – | – | o | x |
| **Land Use Constraints** | | | | | | | | |
| Timber management practices | – | o | x | x | o | o | x | x |
| Grazing and pasture in riparian areas | x | x | x | o | – | – | o | o |
| Grazing in upslope areas | – | – | – | o | – | – | o | o |
| Management of fuels | – | o | – | x | x | x | o | o |
| Land conversion for agriculture | x | x | x | o | – | – | – | o |
| Unscreened diversions | x | x | x | x | – | – | – | o |
| Tailwater return flows | x | – | x | – | – | – | – | – |
| Water development | x | x | x | o | – | – | x | o |
| Urbanization | o | o | o | – | – | – | – | – |

Abbreviations: o, common and of moderate concern or significance; x, widespread or important; –, probably not a limiting factor.

Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for ...