JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESROUCES, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants, <br><br> and <br><br> KLAMATH WATER USERS ASSOCIATION, <br><br> Intervenor-Defendant. | Case No. 3:19-cv-04405-WHO <br><br> **STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION (ECF 27) AND MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE (ECF 50)** <br><br> Hearing Date: February 28, 2020 <br> Hearing Time: 2:00 PM <br> Courtroom: 2, 17th Floor <br> Judge William H. Orrick |

Stip. Cont. Hearing on Pls' Mot. Prelim. Inj. - 1   3:19-cv-04405-WHO

Plaintiffs, Federal Defendants, and Defendant-Intervenor hereby agree and stipulate that the hearing currently scheduled for February 28, 2020 (ECF 60) on Plaintiffs' motion for preliminary injunction (ECF No. 27) and Federal Defendants' motion to exclude, or, in the alternative, limit consideration of Plaintiffs' extra-record materials (ECF 50), may be continued by one week, to March 6, 2020, or to the Court's next availability thereafter. The parties request that the hearing be postponed to facilitate ongoing settlement discussions. The parties were granted one previous continuance of the hearing date, although this is the first request to continue the hearing date due to ongoing settlement discussions.

IT IS SO STIPULATED

Dated: February 21, 2020

    Respectfully submitted,

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

*/s/ Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
robert.p.williams@usdoj.gov
kaitlyn.poirier@usdoj.gov

***Attorneys for Federal Defendants***

/s/ *Patti A. Goldman* (with permission on 2/21/2020)
PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104

Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***


/s/ *Paul S. Simmons* (with permission on 2/21/2020)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

***Attorneys for Defendant-Intervenor***
***KLAMATH WATER USERS ASSOCIATION***

**PURSUANT TO STIPULATION, IT IS ORDERED** that the hearing on the pending motions shall be continued until March 6, 2020 at 10 a.m.

Dated: February 25, 2020

_____
William H. Orrick,
United States District Court Judge

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: February 21, 2020

                          */s/ Robert P. Williams*
                          ROBERT P. WILLIAMS, Sr. Trial Attorney
                          U.S. Department of Justice
                          Environment and Natural Resources Division
                          Wildlife and Marine Resources Section
                          Ben Franklin Station, P.O. Box 7611
                          Washington, D.C. 20044-7611
                          (202) 305-0206 (tel)
                          (202) 305-0275 (fax)
                          robert.p.williams@usdoj.gov