JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESROUCES, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants, <br><br> and <br><br> KLAMATH WATER USERS ASSOCIATION, <br><br> Intervenor-Defendant. | Case No. 3:19-cv-04405-WHO <br><br> **STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION (ECF 27) AND MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE (ECF 50)** <br><br><br> Hearing Date: March 6, 2020 <br> Hearing Time: 10:00 AM <br> Courtroom: 2, 17th Floor <br> Judge William H. Orrick |

Stip. Cont. Hearing on Pls' Mot. Prelim. Inj. - 1                    3:19-cv-04405-WHO

1         Plaintiffs, Federal Defendants, and Defendant-Intervenor hereby agree and stipulate that

2 the hearing currently scheduled for March 6, 2020 (ECF 60) on Plaintiffs' motion for

3 preliminary injunction (ECF No. 27) and Federal Defendants' motion to exclude, or, in the

4 alternative, limit consideration of Plaintiffs' extra-record materials (ECF 50), may be continued

5 to March 20, 2020, or to the Court's next availability thereafter.  The parties request an

6 additional continuance of the hearing date to facilitate ongoing settlement discussions, which the

7 parties believe will allow them to resolve the pending motions matter without judicial

8 involvement.  The parties previously requested, and were granted, a one-week continuance of

9 the hearing date to facilitate ongoing settlement discussions.  Those discussions have been

10 productive and remain ongoing.  Prior to that, the parties were granted one extension of the

11 hearing date for reasons unrelated to settlement discussions.

12        IT IS SO STIPULATED

13 Dated:  March 3, 2020

14                        Respectfully submitted,

15                        JEAN E. WILLIAMS, Deputy Assistant Attorney General

16                        SETH M. BARSKY, Chief
                       S. JAY GOVINDAN, Assistant Chief

17

18                        */s/ Robert P. Williams*
                       ROBERT P. WILLIAMS, Sr. Trial Attorney

19                        KAITLYN POIRIER, Trial Attorney

20                        U.S. Department of Justice
                       Environment and Natural Resources Division

21                        Wildlife and Marine Resources Section
                       Ben Franklin Station, P.O. Box 7611

22                        Washington, D.C. 20044-7611

23                        (202) 307-6623 (tel)
                       (202) 305-0275 (fax)

24                        robert.p.williams@usdoj.gov
                       kaitlyn.poirier@usdoj.gov

25

26                        ***Attorneys for Federal Defendants***

27                        /s/ *Patti A. Goldman* (with permission on 3/3/2020)
                       PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]

28

KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's
Associations, Institute for Fisheries Resources, and Yurok Tribe***


/s/ *Paul S. Simmons* (with permission on 3/3/2020)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

***Attorneys for Defendant-Intervenor
KLAMATH WATER USERS ASSOCIATION***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 4, 2020



William H. Orrick,
United States District Court Judge

---

Stip. Cont. Hearing on Pls' Mot. Prelim. Inj. - 3              3:19-cv-04405-WHO

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: March 3, 2020

/s/ Robert P. Williams
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0206 (tel)
(202) 305-0275 (fax)
robert.p.williams@usdoj.gov