KRISTEN L. BOYLES (CSBA # 158450)
PATTI A. GOLDMAN (WSBA # 24426)
*[Admitted Pro Hac Vice]*
ASHLEY BENNETT (WSBA # 53748)
*[Admitted Pro Hac Vice]*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph:  (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*

AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. BOX 1027
Klamath, CA 95548
Ph:  (707) 482-1350
acordalis@yuroktribe.nsn.us

DANIEL CORDALIS (CSBA #321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, CA 95519
Ph: (303) 717-4618
dcordalislaw@gmail.com

*Attorneys for Plaintiff Yurok Tribe*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>                  Plaintiffs,<br>       v. | Case No. 3:19-cv-04405-WHO<br>Related Cases: No. C16-cv-06863-WHO<br>                        No. C16-cv-04294-WHO<br><br>MOTION TO LIFT STAY AND FOR TEMPORARY RESTRAINING ORDER<br>**HEARING REQUESTED PRIOR TO MAY 15, 2020** |

MOTION TO LIFT STAY AND FOR
TEMPORARY RESTRAINING ORDER        - 1 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

| | |
|---|---|
| 1 | U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE, |
| 2 | |
| | Defendants, |
| 3 | and |
| 4 | KLAMATH WATER USERS ASSOCIATION, |
| 5 | Defendant-Intervenor. |

Pursuant to Federal Rule of Civil Procedure 65, plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (hereinafter "Yurok Tribe" or "Tribe") file this motion asking the Court to lift the stipulated stay, reinstate their motion for a preliminary injunction, and issue a temporary restraining order. Plaintiffs request a hearing on this motion on Thursday, May 14, 2020 or Friday, May 15, 2020, in light of the irreparable harm plaintiffs will face if the reduction of Klamath River flows is not halted. The hearing will be held remotely. Pursuant to Civil L.R. 65-1(b), undersigned counsel for plaintiffs provided notice to counsel for federal defendants and defendant-intervenors by email and telephone call.

In this motion, Yurok Tribe asks the Court to issue the following relief:

1. Lift the stipulated stay of litigation entered by the Court on March 27, 2020 (ECF 908), because defendant Bureau of Reclamation ("Bureau") is deviating from and not implementing the 2020-2022 Interim Klamath Project Operations Plan ("Interim Plan") that formed the basis for the Stipulated Stay. The Bureau's actions provide grounds to lift the stay. Stipulation ¶¶ 4, 6. Pursuant to ¶ 8 of the Stipulation, the parties held a meet-and-confer meeting on May 13, 2020, which did not resolve their disagreement.

MOTION TO LIFT STAY AND FOR
TEMPORARY RESTRAINING ORDER   - 2 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104-1711*
*(206) 343-7340*

2. Reinstate Yurok Tribe's motion for a preliminary injunction as modified (ECF 27 & 48), which the Tribe had filed to prevent irreparable harm from inadequate river flows to Southern Oregon/Northern California Coast ("SONCC") Coho Salmon, a species protected under the Endangered Species Act ("ESA"). The motion sought an additional 50,000 acre-feet for river flows, but the Tribe is now seeking less water, a total of 30,000 acre-feet for the water year to remedy to the following two shortfalls that will cause irreparable harm.

    a. First, the Tribe is seeking 23,000 acre-feet in augmented flows to provide habitat for and reduce disease in salmon. The Interim Plan, developed to resolve the preliminary injunction motion and avoid further litigation over the 2019 biological opinion, provided 40,000 acre-feet in augmented flows in May-June. While the Tribe does not believe the amount of water allocated to the river under the Interim Plan is sufficient to satisfy the needs of listed salmon, that Plan provided an additional 40,000 acre-feet for desperately needed additional flows in May and June. The 40,000 acre-feet consisted of 23,000 acre feet from the agricultural allocation and 17,000 acre-feet from Upper Klamath Lake. The Bureau allocated the 40,000 acre-feet based on April 1, 2020 forecasts in accordance with the Interim Plan, but it has since decided not to provide the 40,000 acre-feet in augmented flows. The Tribe asks the Court to order the Bureau to provide 23,000 of the 40,000 acre-feet of the Interim Plan's augmented flows this year, leaving the other 17,000 acre-feet in Upper Klamath Lake to meet

MOTION TO LIFT STAY AND FOR
TEMPORARY RESTRAINING ORDER     - 3 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

the needs of endangered suckers.  The Interim Plan would govern augmented flow allocations in future years.

    b.  Separately, the Bureau has renounced its commitment in the 2019-2024 Klamath Project Operations Plan (2019 Plan)[1] to provide an additional 7,000 acre-feet for river flows for the Yurok Tribe's ceremonial and culturally important Boat Dance later in the water year.  Declaration of Vice Chairman Frankie Myers (May, 13, 2020) (describing the deep cultural and existential importance of the Boat Dance to the Yurok).[2]  The Tribe asks the Court to order the Bureau to restore the separate 7,000 acre-feet of water that had been set aside for the Yurok Tribe's Boat Dance this year.

Together, these measures will: (1) restore some, but not all, of the flow allocated to the river under the Interim Plan; and (2) remedy the Bureau's violation of the 2019 Plan, which allocated 7,000 acre-feet for the Yurok Tribe's Boat Dance this year.

3. Enter a temporary restraining order directing the Bureau to resume augmentation flows that the Bureau began cutting off on Monday evening May 11, 2020.

---

[1] In the 2019 consultation, the Bureau developed a proposed action for 2019-2024 Klamath Project Operations Plan, and defendant National Marine Fisheries Service issued a biological opinion 2019 signing off on that plan with some modifications that had been made during the consultation.  The 2020 Interim Plan required the Bureau to implement the 2019-2024 Plan approved in the 2019 biological opinion ("2019 Plan"), plus the 2020 Interim Plan's augmented flow requirements.

[2] Long before the 2020 Interim Plan, the Bureau has set aside 7,000 acre-feet to be used for the Yurok Tribe's biannual ceremonial Boat Dance, and the Bureau continued this practice in making allocations for the 2020 water year.  Inexplicably, the Bureau has now indicated it is unwilling to commit to providing that 7,000 acre-feet allocation for the Boat Dance.

MOTION TO LIFT STAY AND FOR
TEMPORARY RESTRAINING ORDER    - 4 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

Specifically, the Tribe asks the Court to order the Bureau to provide augmented flows to ensure that the daily average Klamath river flows at Iron Gate Dam are the sum of the flows as calculated in the 2019 biological opinion without the 2020 Interim Plan plus an additional 390 cubic feet per second. All other provisions of the 2019 Plan and biological opinion would continue to apply. The Bureau had been providing such augmentation flows based on technical staff recommendations, but started cutting off the flows on May 11, 2020 and they will cease on May 14, 2020, if the cut-off and ramp-down continues. The temporary restraining order would remain in place until this Court decides the motion for a preliminary injunction or the additional flows have reached a total water volume of 23,000 acre-feet, including the additional flow volume released between May 1 and May 14.

In support of this motion, the Yurok Tribe is submitting a proposed order, the declarations of Vice Chairman Frankie Myers (May 13, 2020) and Patti Goldman (May 13, 2020), and several exhibits. For the reasons set out in the attached memorandum of points and authorities, the Court should respectfully lift the stay, reinstate the motion for a preliminary injunction, as modified, and issue a temporary restraining order directing the Bureau to resume augmenting river flows at a rate of 390 cubic feet per second per day until this Court decides the preliminary injunction motion.

1  DATED this 13th day of May, 2020.

Respectfully submitted,

*s/ Patti A. Goldman*
PATTI A. GOLDMAN (WSBA # 24426)
*[Admitted Pro Hac Vice]*
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748)
*[Admitted Pro Hac Vice]*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph:  (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*


*s/ Amy Cordalis*
AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. Box 1027
Klamath, CA 95548
Ph:  (707) 482-1350
acordalis@yuroktribe.nsn.us


*s/ Daniel Cordalis*
DANIEL CORDALIS (CSBA # 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, CA 95519
Ph:  (303) 717-4618
dcordalislaw@gmail.com

*Attorneys for Plaintiff Yurok Tribe*

MOTION TO LIFT STAY AND FOR
TEMPORARY RESTRAINING ORDER    - 6 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed the foregoing MOTION TO LIFT STAY AND FOR TEMPORARY RESTRAINING ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*s/ Patti A. Goldman*
PATTI A. GOLDMAN

MOTION TO LIFT STAY AND FOR TEMPORARY RESTRAINING ORDER            - 7 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*