1  Jeremiah D. Weiner (CSBA No. 226340)
2  Simon W. Gertler (CSBA No. 326613)
   ROSETTE, LLP
3  1415 L St., Suite 450
   Sacramento, CA 95814
4  Telephone: (916) 353-1084
   Fax: (916) 353-1085
5  jweiner@rosettelaw.com
   sgertler@rosettelaw.com
6
7  *Attorneys for The Klamath Tribes*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants<br><br>KLAMATH WATER USERS ASSOCIATION,<br>Intervenor-Defendant. | Case No. 3:19-cv-04405-WHO (Related Case No. 3:16-cv-04294 WHO) (Related Case No. 3:16-cv-06863-WHO)<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge: Honorable William H. Orrick |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Civil Rule 5-1(c)(2)(B), please take notice that Simon W. Gertler (CSBA No. 326613) of Rosette, LLP is replacing Lucas T. Christian (CSBA No. 320014) of the same firm

SUBSTITUTION OF COUNSEL

as counsel for Defendant-Intervenor The Klamath Tribes. Mr. Gertler is admitted to practice in this court and is a registered ECF user.

Respectfully submitted, May 18, 2020.

By: */s/ Simon Gertler*
    Jeremiah D. Weiner (CSBA No. 226340)
    Simon W. Gertler (CSBA No. 326613)
    ROSETTE LLP
    1415 L Street, Ste. 450
    Sacramento, CA 95814
    Telephone (916) 353-1084
    Fax (916) 353-1085
    jweiner@rosettelaw.com
    sgertler@rosettelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on May 18, 2020, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*s/ Simon W. Gertler*

Simon W. Gertler
