SOMACH SIMMONS & DUNN, PC
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
bjohnson@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Defendant-Intervenor
KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　Defendants.<br>KLAMATH WATER USERS ASSOCIATION,<br><br>　　　　　Defendant-Intervenor. | Case No. 3:19-cv-04405-WHO<br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>STIPULATION TO CONTINUE HEARING DATE ON MOTION TO LIFT STAY (ECF No. 928)<br><br>Hearing Date:　May 26, 2021<br>Hearing Time:　2:00 p.m.<br>Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

Plaintiffs, Federal Defendants, and Defendants-Intervenors continue to meet and confer on Defendant-Intervenor Klamath Water User Association's motion to lift stay (ECF No. 928). The parties request that the hearing and deadlines for oppositions and reply briefs be continued for two weeks to allow for continued discussions among the parties, which may allow them to resolve the pending motion with limited judicial involvement. The parties hereby agree and stipulate that:

　　　1.　Any opposition to the motion to lift stay be filed by May 17, 2021;

　　　2.　Any reply filed in support of the motion to lift stay be filed by May 24, 2021; and

STIP. TO CONTINUE HEARING DATE　　　　　　　　　　　　　　　　　　　　　　　-1-

3. The hearing currently scheduled for May 26, 2021, on Defendant-Intervenor's motion to lift stay (ECF No. 928) may be continued by two weeks, to June 9, 2021, or to the Court's next availability thereafter.

The parties have not previously stipulated to continue the hearing date and other deadlines.

IT IS SO STIPULATED.

Dated: April 28, 2021

Respectfully submitted,

*/s/ Patti A. Goldman* (with permission on 04-28-2021)
PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

**Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe**

*/s/ Robert P. Williams* (with permission on 04-28-2021)
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3101
Facsimile: (202) 305-0275
robert.p.williams@usdoj.gov

THOMAS K. SNODGRASS, Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7233
thoams.snodgrass@usdoj.gov

**Attorneys for Federal Defendants**

*/s/ Jeremiah D. Weiner* (with permission on 04-28-2021)
JEREMIAH D. WEINER (CSBA # 226340)
SIMON W. GERTLER (CSBA # 326613)
Rosette, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
jweiner@rosettelaw.com
sgertler@rosettelaw.com

**Attorneys for Defendant-Intervenor**
**The Klamath Tribes**


*/s/ Brittany K. Johnson*
BRITTANY K. JOHNSON (CSBA # 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com

**Attorneys for Defendant-Intervenor**
**Klamath Water Users Association**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 29, 2021

_____
William H. Orrick
United States District Court Judge

## **ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: April 28, 2021     SOMACH SIMMONS & DUNN, PC

By: */s/ Brittany K. Johnson*
Brittany K. Johnson, Esq. (SBN 282001)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com

Attorneys for Defendant-Intervenor
Klamath Water Users Association