JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ROBERT P. WILLIAMS, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-307-6623 | Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov

THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233 | Fax: 303-844-1350
Email: thomas.snodgrass@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al.,  ) | Case No. 3:19-cv-04405-WHO |
| ) | |
| Plaintiffs, ) | **STIPULATION TO CONTINUE HEARING DATE ON MOTION TO LIFT STAY OF LITIGATION AND DEADLINE FOR RESPONSES THERETO** |
| ) | |
| v. ) | |
| ) | |
| U.S. BUREAU OF RECLAMATION, et al., ) | |
| ) | |
| Defendants, ) | Hearing Date: June 9, 2021 |
| ) | Hearing Time: 2:00 p.m. |
| and ) | Judge: Honorable William H. Orrick |
| ) | |
| KLAMATH WATER USERS ASSOCIATION, ) | |
| ) | |
| and ) | |
| ) | |
| THE KLAMATH TRIBES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

1  Plaintiffs, Federal Defendants, and Defendants-Intervenors continue to meet and confer on Defendant-Intervenor Klamath Water User Association's (KWUA) motion to lift stay (ECF No. 928). The parties request that the hearing and deadlines for oppositions and reply briefs be continued to allow for continued discussions among the parties, which may allow them to narrow the dispute or resolve the pending motion with limited judicial involvement. The parties hereby agree and stipulate that:

1. Any oppositions to the motion to lift stay be filed by May 27, 2021;

2. Any reply filed in support of the motion to lift stay be filed by June 7, 2021; and

3. The hearing currently scheduled for June 9, 2021, on Defendant-Intervenor's motion to lift stay (ECF No. 928) may be continued by two weeks from the filing of any reply, to June 21, 2021, or to the Court's next availability thereafter.

The parties previously stipulated to a two-week continuance of the hearing date and associated deadlines for KWUA's motion.

IT IS SO STIPULATED

Dated: May 14, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
robert.p.williams@usdoj.gov

/s/ *Thomas K. Snodgrass*
THOMAS K. SNODGRASS, Sr. Attorney
Natural Resources Section

999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Thomas.snodgrass@usdoj.gov

***Attorneys for Federal Defendants***

/s/ *Patti A. Goldman* (with permission on 5/14/2021)
PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***

/s/ *Amy Cordalis* (with permission on 5/14/2021)
AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. BOX 1027
Klamath, CA 95548
Ph:  (707) 482-1350 | Fax:  (707) 482-1377
acordalis@yuroktribe.nsn.us

***Attorneys for Plaintiff Yurok Tribe***

/s/ *Paul S. Simmons* (with permission on 5/14/2021)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

*Attorneys for Defendant-Intervenor*
*Klamath Water Users Association*


/s/ *Jay D. Weiner*
Jay D. Weiner (OSBA No. 182247)
Rosette, LLP
1415 L St. Suite 450
Sacramento, California 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
jweiner@rosettelaw.com

*Attorney for The Klamath Tribes*

**PURSUANT TO STIPULATION, IT IS SO ORDERED with the following modification: the hearing is rescheduled from June 9, 2021 to June 23, 2021 at 2 p.m.**

Dated: May 17, 2021

_____
William H. Orrick,
United States District Court Judge


**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: May 14, 2021

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division