SOMACH SIMMONS & DUNN, PC
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
bjohnson@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Defendant-Intervenor
KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, *et al.*,<br><br>　　　　　　Defendants.<br>KLAMATH WATER USERS ASSOCIATION,<br><br>and<br><br>THE KLAMATH TRIBES,<br><br>　　　　　　Defendant-Intervenors. | Case No. 3:19-cv-04405-WHO<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO LIFT STAY OF LITIGATION AND DEADLINE FOR RESPONSES THERETO**<br><br>Hearing Date: August 20, 2021<br>Hearing Time: 9:00 a.m.<br>Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

　　　　Plaintiffs, Federal Defendants, and Defendant-Intervenors continue to meet and confer on Defendant-Intervenor Klamath Water User Association's (KWUA) motion to lift stay (ECF No. 928). The parties believe their discussions have been productive and that they are making progress towards narrowing the dispute and/or resolving the pending motion with limited judicial involvement. The parties therefore request that the hearing and deadlines for oppositions and reply briefs be continued to allow for continued discussions among the parties. The parties

hereby agree and stipulate that:

1. Any oppositions to the motion to lift stay be filed by July 28, 2021;

2. Any reply filed in support of the motion to lift stay be filed by August 4, 2021; and

3. The hearing currently scheduled for July 22, 2021, on Defendant-Intervenor's motion to lift stay (ECF No. 928) may be continued to August 20, 2021, or to September 1, if the Court is not available August 20.

The parties have previously stipulated to three continuances of the hearing date and associated deadlines for KWUA's motion, which the Court has granted. ECF Nos. 930, 933, 935.

IT IS SO STIPULATED.

Dated: June 16, 2021

        Respectfully submitted,

*/s/ Patti A. Goldman* (with permission on 06/16/2021)
PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340; Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***

JEAN E. WILLIAMS
Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Robert P. Williams* (with permission on 6/16/2021)
ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 307-6623; Fax: (202) 305-0275
robert.p.williams@usdoj.gov

STIP. TO CONTINUE HEARING DATE ON MOTION TO LIFT STAY OF LITIGATION AND DEADLINE FOR RESPONSES THERETO -2-

/s/ *Thomas K. Snodgrass* (with permission on 6/16/2021)
THOMAS K. SNODGRASS, Sr. Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-7233
Thomas.snodgrass@usdoj.gov

***Attorneys for Federal Defendants***

/s/ *Amy Cordalis* (with permission on 6/16/2021)
AMY CORDALIS (CSBA # 321257)
Yurok Tribe
190 Klamath Blvd.
P.O. Box 1027
Klamath, CA 95548
Ph: (707) 482-1350; Fax: (707) 482-1377
acordalis@yuroktribe.nsn.us

***Attorneys for Plaintiff Yurok Tribe***

/s/ *Jeremiah D. Weiner* (with permission on 6/16/2021)
Jeremiah D. Weiner (CSBA # 226340)
Simon W. Gertler (CSBA # 326613)
Rosette, LLP
1415 L St. Suite 450
Sacramento, CA 95814
Ph: (916) 353-1084; Fax: (916) 353-1085
jweiner@rosettelaw.com

***Attorneys for The Klamath Tribes***

*/s/ Brittany K. Johnson*
BRITTANY K. JOHNSON (CSBA # 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Ph: (916) 446-7979; Fax: (916) 446-8199
bjohnson@somachlaw.com

***Attorneys for Defendant-Intervenor***
***Klamath Water Users Association***

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on this matter will be on August 20, 2021 at 2 p.m.**

Dated: June 17, 2021



William H. Orrick
United States District Court Judge

## **ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: June 16, 2021   SOMACH SIMMONS & DUNN, PC

By: */s/ Brittany K. Johnson*
Brittany K. Johnson, Esq. (CSBA # 282001)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Ph: (916) 446-7979; Fax: (916) 446-8199
bjohnson@somachlaw.com

Attorneys for Defendant-Intervenor
Klamath Water Users Association