Jeremiah D. Weiner (CSBA No. 226340)
Simon W. Gertler (CSBA No. 326613)
Rosette, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1094
Facsimile: (916) 353-1085
jweiner@rosettelaw.com
sgertler@rosettelaw.com

*Attorneys for The Klamath Tribes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>　　　　　Defendants.<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION,<br><br>and<br><br>The Klamath Tribes<br><br>　　　　　Intervenor-Defendants | Case No. 3:19-cv-04405-WHO<br><br>Related Cases: No. C16-cv-06863-WHO<br>　　　　　　　　　No. C16-cv-04294-WHO<br><br>**SIMON W. GERTLER'S NOTICE TO WITHDRAW AS COUNSEL FOR THE KLAMATH TRIBES** |

**NOTICE**

PLEASE TAKE NOTICE that Simon W. Gertler of Rosette, LLP, 1415 L Street, Ste. 450, Sacramento, CA 95814, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3- 700, to withdraw as counsel for The Klamath Tribes.

Mr. Gertler has conferred with The Klamath Tribes about his withdrawal due to changed employment and the Klamath Tribe consents to his withdrawal as counsel. Mr. Gertler's withdrawal will not cause any prejudice or delay in this case and The Klamath Tribes have continuing counsel from the same firm—Jeremiah D. Weiner, who is active in the Tribe's representation and will not need additional time to acclimate to Mr. Gertler's absence as counsel.

THEREFORE, Mr. Gertler respectfully requests this Court grant him leave to withdraw as The Klamath Tribes' counsel in the above-captioned matter and enter an order stating that Mr. Gertler has so withdrawn.

Date: July 2, 2021

Respectfully submitted,

*/s/ Simon W. Gertler*

Simon W. Gertler (326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 3533-1085

The above withdrawal of counsel is approved and SO ORDERED.

DATED:_____      By:_____
                              Hon. William H. Orrick
                              U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on July 2, 2021, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*s/ Simon W. Gertler*
Simon W. Gertler
