UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>    Defendants. | Case No. 19-cv-04405-WHO<br><br>**ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO LIFT STAY**<br><br>Re: Dkt. No. 940 |

On April 19, 2021, defendant-intervenor Klamath Water User Association filed a motion to lift the stay. Dkt. No. 928. That motion is currently scheduled for hearing on August 20, 2021 at 2:00 p.m. On June 25, 2021, federal defendants filed a motion for limited lifting of the stay. Dkt. No. 938. The parties stipulate to set both motions for hearing on August 20, 2021 at 2:00 p.m. and set July 28, 2021 as the deadline for oppositions and August 11, 2021 for replies. Dkt. No. 940. The stipulation is GRANTED, except the hearing is continued from August 20, 2021 to August 27, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 8, 2021

William H. Orrick
United States District Judge