JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ROBERT P. WILLIAMS, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-307-6623 | Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov

THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233 | Fax: 303-844-1350
Email: thomas.snodgrass@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al., | Case No. 3:19-cv-04405-WHO |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO LIFT STAY OF LITIGATION AND DEADLINE FOR RESPONSES THERETO** |
| v. | |
| U.S. BUREAU OF RECLAMATION, et al., | |
| Defendants, | Hearing Date: August 27, 2021 |
| and | Hearing Time: 2:00 p.m. Judge: Honorable William H. Orrick |
| KLAMATH WATER USERS ASSOCIATION, | |
| and | |
| THE KLAMATH TRIBES, | |
| Intervenor-Defendants. | |

Plaintiffs, Federal Defendants, and Defendants-Intervenors continue to meet and confer on the motions to the lift the stay filed by Defendant-Intervenor Klamath Water User Association's (KWUA) (Dkt. No. 928) and by the Federal Defendants (Dkt. No. 938).  Pursuant to the parties' most recent prior stipulation, the court set July 28, 2021 as the deadline for oppositions to these motions; August 11, 2021 as the deadline for replies; and August 27, 2021 for a hearing on the motions.  Dkt. No. 941.

The parties request that the hearing and deadlines for oppositions and reply briefs be continued for an additional 14 days to allow for continued discussions among the parties, which may allow them to narrow the dispute or resolve the pending motions with limited judicial involvement.  The parties hereby agree and stipulate that:

1. Any oppositions to the motions be filed by August 11, 2021;

2. Any replies filed in support of the motions be filed by August 25, 2021; and

3. The hearing currently scheduled for August 27, 2021, on Defendant-Intervenor's motion to lift stay (ECF No. 928) and Federal Defendants' motion for a limited lifting of the stay (Dkt. No. 938) be continued to September 10, 2021, or to the Court's next availability thereafter.

The parties previously stipulated to four continuances of the hearing date and associated deadlines for KWUA's motion, which the Court granted (Dkt. Nos. 930, 933, 935, 937), as well to one prior continuance related to the Federal Defendants' motion, which the Court also granted (Dkt. No. 941).

IT IS SO STIPULATED

Dated:  July 26, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
robert.p.williams@usdoj.gov


/s/ *Thomas K. Snodgrass*
THOMAS K. SNODGRASS, Sr. Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Thomas.snodgrass@usdoj.gov

**Attorneys for Federal Defendants**


/s/ *Patti A. Goldman* (with permission on 7/26/2021)
PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
KRISTEN L. BOYLES (CSBA # 158450)
ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
pgoldman@earthjustice.org
abennett@earthjustice.org

**Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's**
**Associations, Institute for Fisheries Resources, and Yurok Tribe**


/s/ *Amy Cordalis* (with permission on 7/26/2021)
AMY CORDALIS (CSBA # 321257)
2910 Springer Drive
McKinleyville, CA 95519
Ph: (541) 915-3033
acordalis@ridgestoriffles.org

**Attorneys for Plaintiff Yurok Tribe**

/s/ *Paul S. Simmons* (with permission on 7/26/2021)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

**Attorneys for Defendant-Intervenor**
**Klamath Water Users Association**


/s/ *Jay D. Weiner* (with permission on 7/26/2021)
Jay D. Weiner (CSBA No. 226340)
Rosette, LLP
1415 L St. Suite 450
Sacramento, California 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
jweiner@rosettelaw.com

**Attorney for The Klamath Tribes**


   **PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing currently**

**scheduled for August 27, 2021 is continued to September 10, 2021 at 2:00 p.m.**


Dated: July 26, 2021

William H. Orrick,
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: July 26, 2021

*/s/ Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division