TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ROBERT P. WILLIAMS, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-307-6623 | Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov

THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233 | Fax: 303-844-1350
Email: thomas.snodgrass@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al.,                     ) | Case No. 3:19-cv-04405-WHO |
| )  | |
|       Plaintiffs,                    ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING DATE ON MOTIONS TO** |
|   v.                                       ) | **LIFT STAY OF LITIGATION AND** |
| ) | **DEADLINE FOR RESPONSES** |
| U.S. BUREAU OF RECLAMATION, et al., ) | **THERETO** |
| ) | |
|       Defendants,                   ) | Hearing Date: September 10, 2021 |
| ) | Hearing Time: 2:00 p.m. |
|   and                                    ) | Judge: Honorable William H. Orrick |
| ) | |
| KLAMATH WATER USERS        ) | |
| ASSOCIATION,                            ) | |
| ) | |
|     and                                    ) | |
| ) | |
| THE KLAMATH TRIBES,            ) | |
| ) | |
|       Intervenor-Defendants.     ) | |

Plaintiffs, Federal Defendants, and Defendants-Intervenors continue to meet and confer on the motions to lift the stay filed by Defendant-Intervenor Klamath Water User Association's ("KWUA") (Dkt. No. 928) ("KWUA's Motion") and by the Federal Defendants (Dkt. No. 938) ("U.S. Motion"). Pursuant to the parties' most recent, prior stipulation, the court set August 11, 2021, as the deadline for oppositions to these motions; August 25, 2021, as the deadline for replies; and September 10, 2021, for a hearing on the motions. Dkt. No. 943.

The parties, except KWUA, request, and KWUA agrees that the hearing and deadlines for oppositions and reply briefs be continued as set forth below to allow for continued discussions among the parties, which may allow them to narrow the dispute or resolve the pending motions with limited judicial involvement. In this regard, counsel for Plaintiffs, Federal Defendants, and Defendant-Intervenor the Klamath Tribes have recently made substantial progress in their negotiations, but need additional time to determine if they are able to reach final terms on a stipulation, and KWUA agrees to afford the other parties that opportunity. The parties hereby agree and stipulate that:

1. Any stipulation among Plaintiffs, Federal Defendants, and/or the Klamath Tribes be filed by August 18, 2021;

2. Oppositions to KWUA's Motion and the U.S. Motion and any stipulation among Federal Defendants, Plaintiffs, and/or the Klamath Tribes, be filed by August 25, 2021;

3. Any replies filed in support of KWUA's Motion and/or the U.S. Motion, including Federal Defendants', Plaintiffs', and/or the Klamath Tribes' replies to any opposition(s) filed to any stipulation into which they may enter, be filed by September 8, 2021; and

4. The hearing currently scheduled for September 10, 2021, on KWUA's Motion and the U.S. Motion be continued to September 22, 2021.

The parties previously stipulated to four continuances of the hearing date and associated deadlines for KWUA's Motion only, which the Court granted (Dkt. Nos. 930, 933, 935, and 937), as well to two prior continuances related to both KWUA's Motion and the U.S. Motion, which the Court also granted (Dkt. No. 941 and 943).

1    IT IS SO STIPULATED

2  Dated: August 11, 2021

3                                    Respectfully submitted,

4
                                     TODD KIM
5                                    Assistant Attorney General
                                     SETH M. BARSKY, Chief
6                                    S. JAY GOVINDAN, Assistant Chief
                                     U.S. Department of Justice
7                                    Environment and Natural Resources Division
8
                                     /s/ *Robert P. Williams*
9                                    ROBERT P. WILLIAMS, Sr. Trial Attorney
                                     Wildlife and Marine Resources Section
10                                   Ben Franklin Station, P.O. Box 7611
                                     Washington, D.C. 20044-7611
11                                   (202) 307-6623 (tel)
                                     (202) 305-0275 (fax)
12                                   robert.p.williams@usdoj.gov
13
                                     /s/ *Thomas K. Snodgrass*
14                                   THOMAS K. SNODGRASS, Sr. Attorney
                                     Natural Resources Section
15                                   999 18th Street, South Terrace, Suite 370
                                     Denver, CO 80202
16                                   Telephone: 303-844-7233
                                     Thomas.snodgrass@usdoj.gov
17
18
                                     **Attorneys for Federal Defendants**
19
20                                   /s/ *Patti A. Goldman* (with permission on 08/11/21)
                                     PATTI A. GOLDMAN (WSBA # 24426) [*Pro Hac Vice*]
21                                   KRISTEN L. BOYLES (CSBA # 158450)
                                     ASHLEY BENNETT (WSBA # 53748) [*Pro Hac Vice*]
22                                   Earthjustice
23                                   810 Third Avenue, Suite 610
                                     Seattle, WA  98104
24                                   Ph: (206) 343-7340 | Fax: (206) 343-1526
25                                   kboyles@earthjustice.org
                                     pgoldman@earthjustice.org
26                                   abennett@earthjustice.org
27
                                     **Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's**
28                                   **Associations, Institute for Fisheries Resources, and Yurok Tribe**

/s/ *Amy Cordalis* (with permission on 08/11/21)
AMY CORDALIS (CSBA # 321257)
2910 Springer Drive
McKinleyville, CA 95519
Ph: (541) 915-3033
acordalis@ridgestoriffles.org

**Attorneys for Plaintiff Yurok Tribe**

/s/ *Paul S. Simmons* (with permission on 08/11/21)
SOMACH SIMMONS & DUNN, PC, A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
jmueller@somachlaw.com

**Attorneys for Defendant-Intervenor
Klamath Water Users Association**

/s/ *Jay D. Weiner* (with permission on 08/11/21)
Jay D. Weiner (CSBA No. 226340)
Simon W. Gertler (CSBA No. 326613)
Rosette, LLP
1415 L St. Suite 450
Sacramento, California 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
jweiner@rosettelaw.com

**Attorneys for The Klamath Tribes**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 11, 2021

_____
William H. Orrick,
United States District Court Judge

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: August 11, 2011 2021

                                        */s/ Thomas K. Snodgrass*
                                        Thomas K. Snodgrass, Sr. Trial Attorney
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division