TODD KIM
Assistant Attorney General
THOMAS K. SNODGRASS, Senior Attorney (CO Bar No. 31329)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Fax: 303-844-1350
thomas.snodgrass@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUROK TRIBE, on its own behalf and on behalf of its members, and  Plaintiffs,  v.  U.S. BUREAU OF RECLAMATION,  Defendant. | Case No. 3:20-cv-05891-WHO  Related Case: No. 3:19-cv-04405-WHO  **JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION AND BRIEFING SCHEDULE**  Judge: Hon. William H. Orrick |

Pursuant to the Court's Order, dated November 9, 2021 (ECF No. 29), Plaintiff Yurok Tribe and Defendant U.S. Bureau of Reclamation ("Bureau"), hereby submit this Joint Status Report and Stipulation to Continue Stay of Litigation and Briefing. During the extension of the previous stay granted by the Court, the parties continued to discuss Plaintiff's April 1, 2021 settlement proposal and the Bureau's written response to that proposal. The parties desire to

1  continue these settlement discussions in the hopes of reaching an agreement that would resolve
2  these proceedings without further litigation and stipulate to a further stay of the litigation until
3  September 30, 2022 in the above-captioned case.  During the stay, the parties stipulate to
4  continue the suspension of the briefing schedule on the Bureau's pending motion to dismiss
5  (ECF 16), filed December 11, 2020, to allow the parties to continue settlement discussions.
6  This would be the fifth extension of the stay of this case since the original stay was entered on
7  January 19, 2021 (ECF 19).  The Parties will submit to the Court either an amended briefing
8  schedule or a status report on the status of their negotiations by September 30, 2022.

9      IT IS SO STIPULATED
10     Dated: March 25, 2022

Respectfully submitted,

/s/ Amy Cordalis (permission on 03/25/22)
AMY CORDALIS
4856 29th N
Arlington VA, 22207
Telephone: 541-915-3033
acordalis@ridgestoriffles.org

*Attorney for Plaintiff Yurok Tribe*

TODD KIM
Assistant Attorney General

/s/ Thomas K. Snodgrass
THOMAS K. SNODGRASS, Sr. Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
thomas.snodgrass@usdoj.gov

*Attorneys for Defendant U.S. Bureau of Reclamation*

**PURSUANT TO STIPULATION, IT IS**

**SO ORDERED** Dated: March 30, 2022



William H. Orrick,
United States District Court Judge