| | |
|---|---|
| 1 | Amy Cordalis |
| 2 | 4856 29th St N |
|   | Arlington VA |
| 3 | 22207 |
|   | Telephone: 541-915-3033 |
| 4 | acordalis@ridgestoriffles.org |
| 5 | |
| 6 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| YUROK TRIBE, on its own behalf and on behalf of its members, and | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 3:20-cv-05891-WHO |
| U.S. BUREAU OF RECLAMATION, | ) ) ) | Related Case: No. 3:19-cv-04405-WHO |
| Defendant. | ) ) ) ) ) ) ) ) ) ) | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO KID MOTION TO INTERVENE AND CROSS COMPLAINT**  Judge: Hon. William H. Orrick |

Plaintiff Yurok Tribe ("Tribe"), Defendant U.S. Bureau of Reclamation ("Bureau"), and proposed intervenor Klamath Irrigation District ("KID") hereby stipulate to extend the Tribe's and Bureau's time to respond to KID's Motion to Intervene and Memorandum in Support ("Motion") (ECF No. 33) by seven (7) days to April 8, 2022.

Proposed intervenor KID filed the Motion in this case on March 18, 2022. KID noticed the motion for hearing on April 27, 2022. Under Local Rule 7-3, responses are currently due

1   April 1, and replies are due April 8. The Tribe, the Bureau, and KID jointly stipulate to a one-
2   week extension of all dates in connection with KID's motion to intervene, with responses due
3   April 8, 2022, replies due April 15, 2022, and the hearing to be moved to May 4, 2022.
4       IT IS SO STIPULATED
5       Dated: April 1st, 2022

Respectfully submitted,

/s/
AMY CORDALIS
4856 29th N
Arlington VA, 22207
Telephone: 541-915-3033
acordalis@ridgestoriffles.org

*Attorney for Plaintiff Yurok Tribe*

TODD KIM
Assistant Attorney General


/s/(permission on 3/28/22)
THOMAS K. SNODGRASS, Sr. Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
thomas.snodgrass@usdoj.gov

*Attorneys for Defendant U.S. Bureau of Reclamation*

WANGER JONES HELSLEY PC


By: /s (permission on 3/28/22)
John P. Kinsey
Christopher A. Lisieski
Attorneys for proposed intervenor KLAMATH IRRIGATION DISTRICT

Joint Stipulation to Extend Time to Respond to KID Motion to Intervene (3:20-cv-05891-WHO)

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4  Dated: April 1, 2022
5
6
         _____
7        William H. Orrick,
         United States District Court Judge
8
...
28