SOMACH SIMMONS & DUNN
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
psimmons@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Defendant-Intervenor, Crossclaim-Defendant, and Counterclaimant KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants. | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>JARED MUELLER'S NOTICE TO WITHDRAW AS COUNSEL FOR THE KLAMATH WATER USERS ASSOCIATION<br><br>Judge: Honorable William H. Orrick |
| UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Joined as Cross-Claimants, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT, |
| 3 | |
| 4 | Crossclaim-Defendants, |
| 5 | and |
|   | KLAMATH IRRIGATION DISTRICT, |
| 6 | Intervenor-Defendant. |
| 7 | KLAMATH WATER USERS ASSOCIATION, |
| 8 | Counterclaimant, |
| 9 | v. |
| 10 | UNITED STATES OF AMERICA, |
| 11 | Counterclaim-Defendant. |
| 12 | OREGON WATER RESOURCES DEPARTMENT, |
| 13 | Counterclaimant, |
| 14 | v. |
| 15 | UNITED STATES OF AMERICA, |
| 16 | Counterclaim-Defendant. |

PLEASE TAKE NOTICE that Jared S. Mueller of Somach Simmons & Dunn, PC, hereby withdraws as counsel of record for the Klamath Water Users Association. Other members of Somach Simmons & Dunn, PC, remain in the case and will continue to serve as counsel of record for the Klamath Water Users Association.

Respectfully submitted,

SOMACH SIMMONS & DUNN, PC

DATED: August 30, 2022        By *s/ Jared S. Mueller*
Jared S. Mueller (257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendant-Intervenor,
Crossclaim-Defendant, and Counterclaimant
Klamath Water Users Association

SOMACH SIMMONS & DUNN
A Professional Corporation