UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUROK TRIBE, et al.,

    Plaintiffs,

v.

U.S. BUREAU OF RECLAMATION, et al.,

    Defendants.

Case No. 19-cv-04405-WHO

**ORDER GRANTING JOINT MOTION TO ENLARGE TIME AND CONTINUE MOTION HEARING**

Re: Dkt. No. 1084

On November 7, 2022, defendant and cross-claimant United States of America and plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "the plaintiffs") filed a joint administrative motion to enlarge the time to respond to Klamath Irrigation District ("KID")'s motion to join the Hoopa Valley Tribe as a necessary party and to continue the hearing date on KID's motion by one week so that it may be heard with the other pending motions in this suit. Dkt. No. 1084. While I recognize that KID opposes this motion and has not had an opportunity to be heard, the timing of the briefing and reasonableness of the request impels me to GRANT the request.

The United States and the plaintiffs request the schedule adjustments so that the Hoopa Valley Tribe can decide how to respond to KID's motion and can engage in government-to-government consultation with the Yurok Tribe. *See id*. at 3:7-10. Moreover, they point out, hearing all of the pending motions at once promotes judicial efficiency. *Id*. at 3:12-14. The United States and the plaintiffs represent that intervenor Klamath Tribes and crossclaim defendant Oregon Water Resources Department ("OWRD") do not oppose their request for an extension and continuance, and that crossclaim defendant and counterclaimant Klamath Water Users' Association ("KWUA") does not either, so long as the December 7, 2022, hearing date remains for

the other pending motions. *See id*. at 3:20-25.

The United States and the plaintiffs represent that KID would not agree to the modified schedule unless the parties agreed to ask the court to continue the December 7, 2022, hearing, so that the hearing dates on KID's motion and the other motions remain staggered. *See id*. at 3:25-28. I understand KID's position. And under normal circumstances, a party would have four days to respond to this administrative motion to expand on it. *See* Civil L-R 6-3(b). But the opposition briefs are due tomorrow so I need to make a decision now, and there is good cause to grant the request. The Hoopa Valley Tribe has the overriding interest here: its decision has significant implications for it and the litigation and it needs additional time to determine how to respond to KID's motion. Its response will impact how the other parties respond to KID's motion and could eliminate the need for their responses entirely. Extending the briefing schedule and continuing the hearing date by one week allows the Hoopa Valley Tribe and other parties enough time to decide how to proceed. Further, of course, hearing all pending motions at the same time promotes judicial efficiency.

Accordingly, any responses to KID's motion are now due by **November 16, 2022.** Any replies are due by **November 23, 2022.** The motion will be heard on **December 7, 2022,** along with the motions previously scheduled to be heard on that date.

**IT IS SO ORDERED.**

Dated: November 8, 2022

William H. Orrick
United States District Judge