SOMACH SIMMONS & DUNN
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
psimmons@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Defendant-Intervenor, Crossclaim-Defendant, and Counterclaimant KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants. | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FILING OPPOSITIONS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:  April 26, 2023<br>TIME:  2:00 p.m.<br>LOCATION:  Videoconference<br>Judge:  Honorable William H. Orrick |
| UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>and<br><br>HOOPA VALLEY TRIBE,<br><br>Joined as Cross-Claimants, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES |
| 3 | DEPARTMENT, |
| 4 | Crossclaim-Defendants, |
| 5 | and |
|   | KLAMATH IRRIGATION DISTRICT, |
| 6 | Intervenor Cross-Defendant. |
| 7 | KLAMATH WATER USERS ASSOCIATION, |
| 8 | Counterclaimant, |
| 9 | v. |
| 10 | UNITED STATES OF AMERICA, |
| 11 | Counterclaim-Defendant. |
| 12 | OREGON WATER RESOURCES DEPARTMENT, |
| 13 | Counterclaimant, |
| 14 | v. |
| 15 | UNITED STATES OF AMERICA, |
| 16 | Counterclaim-Defendant. |

Per Local Rule 6-2, Intervenor-Defendant and Crossclaim Defendant Klamath Water Users' Association (KWUA); Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "Plaintiffs"); Defendants U.S. Bureau of Reclamation and National Marine Fisheries Service (Federal Defendants); Intervenor Klamath Tribes; Joined Cross-Claimant Hoopa Valley Tribe; and Intervenor-Defendant Klamath Irrigation District (KID) (all, collectively, "the Parties") submit this stipulation and proposed order to enlarge time for filing oppositions to Plaintiffs' Motion for Preliminary Injunction [ECF No. 1117], and replies in support of Plaintiffs' Motion, and to continue the hearing date. Crossclaim Defendant Oregon Water Resources Department has no position on the Motion for Preliminary Injunction.

The reason for the stipulated extension is that the opposition deadline under the Local

SOMACH SIMMONS & DUNN
A Professional Corporation

Rules conflicts with scheduled leave for counsel for Federal Defendants, and Federal Defendants otherwise require additional time to prepare their response given the number and complexity of the issues presented, and the amount of interagency coordination that the response requires. Counsel for KWUA also requires additional time to prepare KWUA's opposition papers.

The Parties have not requested or received any other extensions of time regarding the Motion for Preliminary Injunction.

Accordingly, the Parties stipulate as follows:

1. The deadline to file all oppositions to the Plaintiffs' Motion for Preliminary Injunction will be extended from April 5, 2023, to **April 14, 2023**.

2. The deadline for all replies in support of the Plaintiffs' Motion for Preliminary Injunction will be extended from April 12, 2023, to **April 26, 2023**.

3. The hearing date shall be rescheduled from April 26, 2023, to **May 10, 2023**.

**IT IS SO STIPULATED.**

DATED: March 31, 2023

| | |
|---|---|
| *s/ Brittany K. Johnson* <br> BRITTANY K. JOHNSON (CSBA # 282001) <br> Somach Simmons & Dunn, PC <br> 500 Capitol Mall, Suite 1000 <br> Sacramento, CA 95814 <br> Telephone: (916) 446-7979 <br> Fax: (916) 446-8199 <br> bjohnson@somachlaw.com <br><br> ***Attorneys for Defendant-Intervenor Klamath Water Users Association*** | ELLEN F. ROSENBLUM <br> Attorney General <br> Oregon Department of Justice <br><br> *s/ Sara Van Loh (with permission)* <br> SARA VAN LOH #264704 <br> Senior Assistant Attorney General <br> 100 SW Market Street <br> Portland, OR 97201 <br> Telephone: (503) 881-9008 <br> Sara.vanloh@doj.state.or.us <br><br> ***Attorneys for Crossclaim Defendant and Counterclaimant Oregon Water Resources Department*** |

**SOMACH SIMMONS & DUNN**
**A Professional Corporation**

| | |
|---|---|
| *s/ Patti A. Goldman (with permission)*<br>PATTI A. GOLDMAN (WSBA # 24426)<br>*[Pro Hac Vice]*<br>KRISTEN L. BOYLES (CSBA # 158450)<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Telephone: (206) 343-7340<br>kboyles@earthjustice.org<br>pgoldman@earthjustice.org<br><br>ANNA K. STIMMEL (CSBA # 322916)<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Telephone: (415) 217-2000<br>astimmel@earthjustice.org<br><br>AMY CORDALIS (CSBA # 321257)<br>4856 29th St. N.<br>Arlington, VA 22207<br>Telephone: (541) 915-3033<br>acordalis@ridgestoriffles.org<br><br>***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***<br><br>*s/ Jeremiah D. Weiner (with permission)*<br>JEREMIAH D. WEINER (CSBA # 226340)<br>DANIEL RAY (*admitted pro hac vice*)<br>Rosette, LLP<br>1415 L St., Suite 450<br>Sacramento, CA 95814<br>Telephone: (916) 353-1084<br>Fax: (916) 353- 1085<br>jweiner@rosettelaw.com<br>dray@rosettelaw.com<br><br>***Attorneys for The Klamath Tribes*** | *s/ Robert P. Williams (with permission)*<br>THOMAS K. SNODGRASS, Senior Attorney<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Telephone: 303-844-7233<br>Fax: 303-844- 1350<br>thomas.snodgrass@usdoj.gov<br><br>ROBERT P. WILLIAMS, Sr. Trial Attorney<br>Wildlife and Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-307-6623<br>Fax: 202-305-0275<br>robert.p.williams@usdoj.gov<br><br>***Attorneys for Federal Defendants and Cross-Claimant United States of America***<br><br>*s/ Nathan R. Rietmann (with permission)*<br>Nathan R. Rietmann<br>Rietmann Law PC<br>1270 Chemeketa St. NE<br>Salem, OR 97301<br>Telephone: 503-551-2740<br>nathan@rietmannlaw.com<br><br>John P. Kinsey<br>Wanger Jones Helsley PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>Telephone: 559-233-4800<br>Fax: 559-233-9330<br>jkinsey@wjhattorneys.com<br><br>***Attorneys for Klamath Irrigation District***<br><br>*s/ Thomas P. Schlosser (with permission)*<br>Thomas P. Schlosser (WSBA # 06276)<br>Thane D. Somerville (WSBA # 31468)<br>Morisset, Schlosser, Jozwiak & Somerville<br>811 First Avenue, Suite 218<br>Seattle, WA 98104<br>Telephone: 206-386-5200<br>Fax: 206-386-7322<br>t.schlosser@msaj.com<br>t.somerville@msaj.com<br><br>***Attorneys for Cross-Claimant Hoopa Valley Tribe*** |

I, Brittany K. Johnson, attest that each of the other signatories concurred in the filing of this document on today's date.

*s/ Brittany K. Johnson*
BRITTANY K. JOHNSON

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 31, 2023

Honorable William H. Orrick
United States District Court Judge

STIP. & [PROPOSED] ORDER TO ENLARGE TIME FOR FILING OPP. TO MOTION FOR PI    -5-
3:19-cv-04405-WHO