SOMACH SIMMONS & DUNN
A Professional Corporation
BRITTANY K. JOHNSON (SBN 282001)
RICHARD S. DEITCHMAN (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
rdeitchman@somachlaw.com

*Attorneys for Defendant-Intervenor, Crossclaim-Defendant, and Counterclaimant Klamath Water Users Association*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants. | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>NOTICE OF APPEAL<br><br>Judge: Honorable William H. Orrick |
| UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES, | |

and

HOOPA VALLEY TRIBE,

Joined as Cross-Claimants,

v.

KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT,

Crossclaim-Defendants,

and

KLAMATH IRRIGATION DISTRICT,

Intervenor Cross-Defendant.

KLAMATH WATER USERS ASSOCIATION,

Counterclaimant,

v.

UNITED STATES OF AMERICA,

Counterclaim-Defendant.

OREGON WATER RESOURCES DEPARTMENT,

Counterclaimant,

v.

UNITED STATES OF AMERICA,

Counterclaim-Defendant.

SOMACH SIMMONS & DUNN
A Professional Corporation

Pursuant to 28 U.S.C. § 1292(a)(1), Crossclaim-Defendant and Counterclaimant Klamath Water Users Association (KWUA) hereby gives notice of its appeal to the United States Court of Appeals for the Ninth Circuit from the Order on Motions for Summary Judgment, Motions to Strike, and Motion to Stay of Judge William H. Orrick dated February 6, 2023 (ECF No. 1102), granting the United States' and plaintiffs' motions for summary judgment and permanent injunctive relief on the First Cause of Action of the United States' Crossclaim, denying KWUA's motion for summary judgment on KWUA's First Counterclaim, and denying Oregon Water Resources Department's motion for summary judgment on OWRD's counterclaim; as well as any

or all issues or rulings adverse to KWUA that are antecedent to or subsumed within the foregoing judicial determination in the above-captioned action.

The Representation Statement required by Ninth Circuit Rule 3-2(b) is attached to this Notice.

Respectfully submitted,

SOMACH SIMMONS & DUNN, PC

DATED: April 4, 2023

By *s/ Brittany K. Johnson*

Brittany K. Johnson (SBN 282001)
Richard S. Deitchman (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
rdeitchman@somachlaw.com

*Attorneys for Crossclaim-Defendant and Counterclaimant Klamath Water Users Association*

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2, Plaintiffs submit this Representation Statement.

**Counsel for Appellant and Crossclaim-Defendant/Counterclaimant Klamath Water Users Association (KWUA):**

Somach Simmons & Dunn
A Professional Corporation
Brittany K. Johnson (CSBN 282001)
bjohnson@somachlaw.com
Richard S. Deitchman (CSBN 287535)
rdeitchman@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979

**Counsel for Appellees and Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources:**

Patti A. Goldman (WSBA # 24426) *[Pro Hac Vice]*
pgoldman@earthjustice.org
Kristen L. Boyles (CSBN 158450)
kboyles@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340

Anna K. Stimmel (CSBN 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000

Amy Cordalis (CSBN 321257)
acordalis@ridgestoriffles.org
4856 29th St. N.
Arlington, VA 22207
Telephone: (541) 915-3033

**Counsel for Appellees and Cross-Claimant and Counterclaim-Defendant United States of America:**

Thomas K. Snodgrass, Senior Attorney
thomas.snodgrass@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7233

Robert P. Williams, Sr. Trial Attorney
robert.p.williams@usdoj.gov
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment and Natural Resources Division
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 307-0206

**Counsel for Appellee and Joined Cross-Claimant Hoopa Valley Tribe:**

Thomas P. Schlosser (WSBA # 06276)
t.schlosser@msaj.com
Thane D. Somerville (WSBA # 31468)
t.somerville@msaj.com
Morisset, Schlosser, Jozwiak & Somerville
811 First Avenue, Suite 218
Seattle, WA 98104
Telephone: (206) 386-5200

**Counsel for Intervenor-Defendant Klamath Tribes:**

Jeremiah D. Weiner (CSBN 226340)
jweiner@rosettelaw.com
Daniel Ray (CSBN 335355) [*admitted pro hac vice]*
dray@rosettelaw.com
Rosette, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084

SOMACH SIMMONS & DUNN
A Professional Corporation

**Counsel for Crossclaim-Defendant/Counterclaimant Oregon Water Resources Department:**

Ellen F. Rosenblum
Attorney General
Oregon Department of Justice

Sara D. Van Loh (OSB # 044398)
Sara.vanloh@doj.state.or.us
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (503) 881-9008

**Counsel for Intervenor-Cross-Defendant Klamath Irrigation District:**

Nathan R. Rietmann (OSB # 053630)
nathan@rietmannlaw.com
Rietmann Law PC
1270 Chemeketa St. NE
Salem, OR 97301
Telephone: (503) 551-2740

John P. Kinsey (CSBN 215916)
jkinsey@wjhattorneys.com
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800

SOMACH SIMMONS & DUNN
A Professional Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on April 4, 2023, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*s/ Brittany K. Johnson*
Brittany K. Johnson