| | |
|---|---|
| **WANGER JONES HELSLEY PC**<br>265 E. River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br><br>John P. Kinsey #215916<br>  jkinsey@wjhattorneys.com<br>Nicolas R. Cardella #304151<br>  ncardella@wjhattorneys.com | **RIETMANN & KIM, LLP**<br>1270 Chemeketa St., NE<br>Salem, OR 97301<br>Telephone: (503) 551-2740<br>Facsimile: (888) 700-0192<br><br>Nathan R. Rietmann #053630<br>  nathan@rietmannlaw.com<br>*Pro hac vice* |

Attorneys for:    Intervenor/Cross-Defendant KLAMATH IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>    Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION,<br><br>and<br><br>KLAMATH TRIBES,<br><br>    Intervenor-Defendants, | Case No. 3:19-cv-04405-WHO<br><br>**NOTICE OF APPEAL** |

{7756/006/01588414.DOCX}

NOTICE OF APPEAL

Notice is hereby given that the Intervenor and Cross-Defendant in this matter, Klamath Irrigation District, appeals to the United States Circuit Court of Appeals for the Ninth District from the Order on Motions for Summary Judgment, Motions to Strike, and Motion to Stay, entered on February 6, 2023, (Docket No. 1102), in which the District Court enjoined Crossclaim-Defendant and Counterclaimant Oregon Water Resources Department from enforcing OWRD's April 6, 2021, order enforcing and administering water rights in UKL by ordering Reclamation to not divert stored water from Oregon's Upper Klamath Lake, which KID and others own the water rights to, without a water right authorizing Reclamation's diversion and use of the stored water. U.S.C. § 1292(a)(1).

Dated: April 4, 2023                    WANGER JONES HELSLEY PC

                                                                                   By: __ /s/ John P. Kinsey_____
                                                                                      John P. Kinsey
                                                                                      Attorneys for KLAMATH IRRIGATION DISTRICT

Dated: April 4, 2023                    RIETMANN & KIM, LLP

                                                                                   By: __ /s/ Nathan R. Rietmann _____
                                                                                      Nathan R. Rietmann
                                                                                      Attorneys for KLAMATH IRRIGATION DISTRICT