UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>    Defendants. | Case No. 19-cv-04405-WHO<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 1113 |

Intervenor Klamath Irrigation District ("KID") sought leave to file a motion for reconsideration of my Order on Motions for Summary Judgment, Motions to Strike, and Motion to Stay. Dkt. Nos. 1102, 1113. KID has since filed a notice of appeal of that Order to the Ninth Circuit. Dkt. No. 1122. Because KID seeks appellate review of my decision, its motion for leave to file a motion for reconsideration is DENIED as moot. *See* Fed. R. Civ. P. 62.1(a)(2).

**IT IS SO ORDERED.**

Dated: April 10, 2023



William H. Orrick
United States District Judge