SOMACH SIMMONS & DUNN
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
psimmons@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Defendant-Intervenor, Crossclaim-Defendant, and Counterclaimant KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>and<br><br>HOOPA VALLEY TRIBE,<br><br>Joined as Cross-Claimants, | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**<br><br>Judge: Honorable William H. Orrick |

|   |   |
|---|---|
| 1 | v. |
| 2 | KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT, |
| 3 |   |
| 4 | Crossclaim-Defendants, |
|   | and |
| 5 | KLAMATH IRRIGATION DISTRICT, |
| 6 |   |
|   | Intervenor Cross-Defendant. |
| 7 | KLAMATH WATER USERS ASSOCIATION, |
| 8 | Counterclaimant, |
| 9 | v. |
| 10 | UNITED STATES OF AMERICA, |
| 11 | Counterclaim-Defendant. |
| 12 | OREGON WATER RESOURCES DEPARTMENT, |
| 13 | Counterclaimant, |
| 14 |   |
| 15 | v. |
|   | UNITED STATES OF AMERICA, |
| 16 | Counterclaim-Defendant. |

Please take notice that no transcripts will be ordered in connection with this appeal. See 9th Cir. R. 10-3.1(c). A copy of this notice will be provided to the Court of Appeals.

SOMACH SIMMONS & DUNN, PC

DATED: April 14, 2023       By  *s/ Brittany K. Johnson*
                                Brittany K. Johnson
                                Attorneys for Defendant-Intervenor,
                                Crossclaim-Defendant, and Counterclaimant
                                Klamath Water Users Association

SOMACH SIMMONS & DUNN
A Professional Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on April 14, 2023, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*s/ Brittany K. Johnson*
Brittany K. Johnson