1  PATTI A. GOLDMAN (WSBA # 24426) (*pro hac vice*)
   KRISTEN L. BOYLES (CSBA # 158450)
2  PAULO PALUGOD (WSBA # 55822) (*pro hac vice*)
   Earthjustice
3  810 Third Avenue, Suite 610
   Seattle, WA 98104
4  Ph: (206) 343-7340
   pgoldman@earthjustice.org
5  kboyles@earthjustice.org
   ppalugod@earthjustice.org
6
   ANNA K. STIMMEL (CSBA # 322916)
7  Earthjustice
   50 California Street, Suite 500
8  San Francisco, CA 94111
   Ph: (415) 217-2000
9  astimmel@earthjustice.org

10 *Attorneys for Plaintiffs/Cross-Claimants Pacific Coast*
   *Federation of Fishermen's Associations,*
11 *Institute for Fisheries Resources, and Yurok Tribe*

12 AMY CORDALIS (CSBA # 321257)
   4856 29th St. N.
13 Arlington, VA 22207
   Ph: (541) 915-3033
14 acordalis@ridgestoriffles.org

15 *Attorney for Plaintiff/Cross-Claimant Yurok Tribe*

16              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                SAN FRANCISCO DIVISION

18 | YUROK TRIBE, PACIFIC COAST | Case No. 3:19-cv-04405-WHO |
   FEDERATION OF FISHERMEN'S
19 ASSOCIATIONS, and INSTITUTE FOR        Related Cases: No. C16-cv-06863-WHO
   FISHERIES RESOURCES,                                 No. C16-cv-04294-WHO
20
                 Plaintiffs,              STIPULATION AND
21       v.                               ADMINISTRATIVE MOTION TO
                                          ENLARGE PAGE LIMITS FOR
   U.S. BUREAU OF RECLAMATION, and        PLAINTIFFS' REPLY IN SUPPORT OF
22 NATIONAL MARINE FISHERIES SERVICE,     MOTION FOR PRELIMINARY
                                          INJUNCTION
23               Defendants,

24       and

25

STIPULATION AND ADMINISTRATIVE MOTION
TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

| | |
|---|---|
| KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>                Intervenor-Defendants. | JUDGE: Hon. William H. Orrick |

UNITED STATES OF AMERICA,

                Cross-Claimant,

YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,

    and

HOOPA VALLEY TRIBE,

                Joined as Cross-Claimants,

    v.

KLAMATH WATER USERS ASSOCIATION, and OREGON WATER RESOURCES DEPARTMENT,

                Crossclaim-Defendants,
    and

KLAMATH IRRIGATION DISTRICT,

                Intervenor-Defendant.

KLAMATH WATER USERS ASSOCIATION,

                Counterclaimant,
    v.

UNITED STATES OF AMERICA,

                Counterclaim-Defendant.

OREGON WATER RESOURCES DEPARTMENT,

                Counterclaimant,
    v.

UNITED STATES OF AMERICA,

                Counterclaim-Defendant.

STIPULATION AND ADMINISTRATIVE MOTION
TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1    Pursuant to Local Rules 7-11 and 7-12, the parties hereby stipulate, by and through

2  counsel, to enlarge the page limit for the Plaintiffs' reply in support of their motion for

3  preliminary injunction (ECF No. 1117).  The Plaintiffs will be filing a single consolidated reply

4  brief responsive to the opposition briefs of Defendant-Intervenor Klamath Irrigation District

5  (ECF No. 1128), Federal Defendants [ECF No. 1129] and Defendant-Intervenor Klamath Waters

6  Users Association [ECF No. 1130], and the position response of Defendant-Intervenor Klamath

7  Tribes, which briefs total approximately 80 pages in length (along with supporting declarations).

8    The parties hereby stipulate to an enlargement of page limits up to 35 pages for the

9  Plaintiffs' consolidated reply brief.  The page limits are of text, exclusive of the title page, tables

10  of contents and authorities, and signature blocks.

11    Dated: April 21, 2023.                              Respectfully submitted:

12  *s/ Patti A. Goldman*                                *s/ Brittany K. Johnson*
    PATTI A. GOLDMAN (WSBA # 24426)                      PAUL S. SIMMONS (CSBA # 127920)
13  *[Pro Hac Vice]*                                     BRITTANY K. JOHNSON (CSBA # 282001)
    KRISTEN L. BOYLES (CSBA # 158450)                    Somach Simmons & Dunn, PC
14  PAULO PALUGOD (WSBA # 55822)                         500 Capitol Mall, Suite 1000
    *[Pro hac vice]*                                     Sacramento, CA 95814
15  Earthjustice                                         Telephone: (916) 446-7979
    810 Third Avenue, Suite 610                          Fax: (916) 446-8199
16  Seattle, WA 98104                                    psimmons@somachlaw.com
    Telephone: (206) 343-7340                            bjohnson@somachlaw.com
17  kboyles@earthjustice.org
    pgoldman@earthjustice.org                            **Attorneys for Defendant-Intervenor Klamath**
    ppalugod@earthjustice.org                            **Water Users Association**

18  ANNA K. STIMMEL (CSBA # 322916)
    Earthjustice                                         *s/ Jeremiah D. Weiner*
19  50 California Street, Suite 500                      JEREMIAH D. WEINER (CSBA # 226340)
    San Francisco, CA 94111                              DANIEL RAY (*admitted pro hac vice*)
20  Telephone: (415) 217-2000                            Rosette, LLP
    astimmel@earthjustice.org                            1415 L St., Suite 450
                                                         Sacramento, CA 95814
21  **Attorneys for Plaintiffs Pacific Coast**          Telephone: (916) 353-1084
    **Federation of Fishermen's Associations,**          Fax: (916) 353- 1085
22  **Institute for Fisheries Resources, and**           jweiner@rosettelaw.com
    **Yurok Tribe**
23                                                       **Attorneys for The Klamath Tribes**

24
    STIPULATION AND ADMINISTRATIVE MOTION                              *Earthjustice*
    TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' REPLY                       *810 Third Ave., Suite 610*
25  IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - Page 1           *Seattle, WA  98104-1711*
                                                                       *(206) 343-7340*

1
AMY CORDALIS (CSBA # 321257)
4856 29th St. N.
2
Arlington, VA 22207
Telephone: (541) 915-3033
3
acordalis@ridgestoriffles.org

4
**Attorney for
Yurok Tribe**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*s/ Nathan R. Rietmann*
JOHN P. KINSEY
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: 559-233-4800
Fax: 559-233-9330
jkinsey@wjhattorneys.com

NATHAN R. RIETMANN
Rietmann Law PC
1270 Chemeketa St. NE
Salem, OR 97301
Telephone: 503-551-2740
nathan@rietmannlaw.com

**Attorneys for Klamath Irrigation District**

*s/ Robert P. Williams*
THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Fax: 303-844- 1350
thomas.snodgrass@usdoj.gov

ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-307-6623
Fax: 202-305-0275
robert.p.williams@usdoj.gov

**Attorneys for Federal Defendants and
Cross-Claimant United States of America**

I, Patti A. Goldman, attest that each of the other signatories concurred in the filing of this document.

*s/ Patti A. Goldman*
PATTI A. GOLDMAN

STIPULATION AND ADMINISTRATIVE MOTION
TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - Page 2

*Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104-1711
(206) 343-7340*

1

**<u>ORDER</u>**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    DATED:

6
                                    _____
                                    Honorable William H. Orrick
7                                   United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     ORDER RE STIPULATION AND ADMINISTRATIVE MOTION                 *Earthjustice*
     TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' REPLY                   *810 Third Ave., Suite 610*
25                                                                  *Seattle, WA  98104-1711*
     IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - Page 1       *(206) 343-7340*