UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>        Plaintiffs,<br><br> v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>        Defendants,<br><br> and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>        Intervenor-Defendants. | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>[PROPOSED] ORDER GRANTING KLAMATH WATER USERS ASSOCIATION'S MOTION TO ENTER FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b) **AS MODIFIED** |
| UNITED STATES OF AMERICA,<br><br>        Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br> and<br><br>HOOPA VALLEY TRIBE,<br><br>        Joined as Cross-Claimants,<br><br> v.<br><br>KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT,<br><br>        Crossclaim-Defendants, | |

|    |                                                     |
|----|-----------------------------------------------------|
| 1  | and                                                 |
| 2  | KLAMATH IRRIGATION DISTRICT,                        |
| 3  | Intervenor Cross-Defendant.                         |
| 4  | KLAMATH WATER USERS ASSOCIATION,                    |
| 5  | Counterclaimant,                                    |
| 6  | v.                                                  |
| 7  | UNITED STATES OF AMERICA,                           |
| 8  | Counterclaim-Defendant.                             |
| 9  | OREGON WATER RESOURCES DEPARTMENT,                  |
| 10 | Counterclaimant,                                    |
| 11 | v.                                                  |
| 12 | UNITED STATES OF AMERICA,                           |
|    | Counterclaim-Defendant.                             |

This matter is before the Court on Crossclaim-Defendant Klamath Water Users Association's (KWUA) Motion to Enter Final Judgment under Federal Rule of Civil Procedure 54(b).  Upon consideration of the motion and supporting materials, and responses, and the entire record in this case, the Court grants the motion.  Based on the stipulation between the Plaintiffs, Federal Defendants, and the Klamath Tribes, which was subsequently joined by the Hoopa Valley Tribe, the Court previously ordered that the litigation of the United States' crossclaim would proceed in two phases: summary judgment motions will address the First Cause of Action consisting of arguments **related to** the Endangered Species Act (ESA), **and, if the parties then proceed to the second phase after a summary judgment ruling or other resolution of the merits of the first phase (*e.g.*, no appeal is taken), the second phase of summary judgment motions and briefing would address the** second Cause of Action consisting of the alternative, non-ESA, tribal water rights basis for the crossclaim and supplemental complaint.  ECF No. 961 at 5-6; ECF No. 951-1 ¶ 10 (Bifurcation Order).

The Court's order on summary judgment motions, ECF No. 1102, finally disposed of the First Cause of Action as well as KWUA's First Counterclaim, which raised issues related to the

First Cause of Action, and the Oregon Water Resources Department's counterclaim.  These claims are separable and distinct from the remaining claims in the United States' crossclaim and KWUA's counterclaim, which **would** be decided in phase two of the litigation**, if the parties proceed to the second phase**.  The Bifurcation Order assumed that final judgment would be entered on the phase one claims with the opportunity for appeal prior to any litigation on the phase two claims.  Further, there is no just reason for delay in entering final judgment on the phase one claims.

Accordingly, KWUA's Motion to Enter Final Judgment under Federal Rule of Civil Procedure 54(b) is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 54(b), the Court will enter the proposed form of judgment submitted as Exhibit B to the Declaration of Brittany K. Johnson in support of the motion.

**IT IS SO ORDERED.**

Dated:  August 14, 2023

_____
William H. Orrick
United States District Judge