**FILED**

NOV 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

YUROK TRIBE; et al.,

    Plaintiffs-Appellees,

v.

U.S. BUREAU OF RECLAMATION,

    Defendant-counter-claimant-cross-claimant-Appellee,

NATIONAL MARINE FISHERIES SERVICE,

    Defendant-Appellee,

v.

KLAMATH WATER USERS ASSOCIATION,

    Defendant-counter-claimant-cross-claimant-Appellant,

KLAMATH TRIBES; KLAMATH IRRIGATION DISTRICT,

    Intervenor-Defendants-Appellees,

v.

OREGON WATER RESOURCES

No. 23-15499

D.C. No. 3:19-cv-04405-WHO
Northern District of California,
San Francisco

ORDER

DEPARTMENT,

    Cross-claim-defendant-Appellee.

YUROK TRIBE; et al.,

    Plaintiffs-Appellees,

  v.

U.S. BUREAU OF RECLAMATION; KLAMATH WATER USERS ASSOCIATION,

    Defendants-counter-claimants-cross-claimants-Appellees,

 NATIONAL MARINE FISHERIES SERVICE,

    Defendant-Appellee,

KLAMATH TRIBES,

    Intervenor-Defendant-Appellee,

  v.

KLAMATH IRRIGATION DISTRICT,

    Intervenor-Defendant-Appellant,

  v.

OREGON WATER RESOURCES

No. 23-15521

D.C. No. 3:19-cv-04405-WHO

2

3

| DEPARTMENT,<br><br>    Cross-claim-defendant-<br>    Appellee. |
|---|

Before: SCHROEDER, GOULD, and R. NELSON, Circuit Judges.

Appellant Klamath Irrigation District's unopposed motion to extend time to file a reply brief in support of its motion to certify questions to the Oregon Supreme Court (Dkt. 125) is **GRANTED**. Appellant shall file any reply by December 16, 2024.