# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

YUROK TRIBE, et al.,

      Plaintiffs,

    v.

U.S. BUREAU OF RECLAMATION, et al.,

      Defendants,

UNITED STATES OF AMERICA,

      Cross-Claimant,

    v.

KLAMATH WATER USERS ASSOCIATION,

and

OREGON WATER RESOURCES DEPARTMENT,

      Cross-Defendants,

and

KLAMATH IRRIGATION DISTRICT,

      Intervenor-Cross-Defendant

Case No. 3:19-cv-04405-WHO

Related Case Nos.: C16-cv-06863-WHO
                      C16-cv-04294-WHO

ORDER [Proposed]

Judge: Honorable William H. Orrick

{7756/006/01509631.DOCX}                     1
[PROPOSED] ORDER

THIS MATTER came before the Court on Klamath Irrigation District's motion to change the hearing date on Plaintiffs' Motion for Summary Judgment from August 19, 2026, to August 14, 2026. The motion is GRANTED.  The hearing is set for 10:00 a.m PDT via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: June 25, 2026

William H. Orrick
United States District Judge

[PROPOSED] ORDER